**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

**CASE NO. 26-2423**

---

**PHILLYWINE LLC, a Pennsylvania Limited Liability Company,**
***Plaintiff / Appellants,***

**v.**

**KSWCO LLC, a Delaware Limited Liability Company, SALKEDS LLC, a Delaware Limited Liability Company, THE NATIONAL WINE SCHOOL LLC, a Pennsylvania Limited Liability Company, ALANA ZERBE, an individual, and KEITH WALLACE, an individual, d/b/a Wine School of Philadelphia,**
***Defendants / Appellees.***

---

On appeal from the Order entered in the United States District Court for the Eastern District of Pennsylvania in Case No. 2:26-cv-01268
The Honorable Joshua D. Wolson

---

# APPELLANT'S APPENDIX, VOLUME III


**GREENBERG TRAURIG, LLP**
Ian C. Ballon, Esq.
Brian T. Feeney, Esq.
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
215-988-7800
ballon@gtlaw.com
brian.feeney@gtlaw.com

# TABLE OF CONTENTS

**Volume I**


| **Document** | **Page** |
|---|---|
| Plaintiff / Appellant's Notice of Appeal | App. 0001 |
| Trial Court's Order (Wolson, J.)(ECF 34) | App. 0004 |
| Trial Court's Memorandum (Wolson, J.)(ECF 33) | App. 0005 |
| Trial Court's Docket | App. 0041 |


**Volume II**


| **Document** | **Page** |
|---|---|
| Trial Court's Docket | App. 0041 |
| Plaintiff / Appellant's Complaint with supporting Exhibits, dated February 26, 2026 (ECF 1) | App. 0048 |
| • Exhibit 1 (ECF 1-3) | App. 0103 |
| • Exhibit 2 (ECF 1-4) | App. 0161 |
| • Exhibit 3 (ECF 1-5) | App. 0166 |
| • Exhibit 4 (ECF 1-6) | App. 0177 |
| • Exhibit 5 (ECF 1-7) | App. 0179 |
| • Exhibit 6 (ECF 1-8) | App. 0191 |
| • Exhibit 7 (ECF 1-9) | App. 0226 |
| • Exhibit 8 (ECF 1-10) | App. 0238 |
| • Exhibit 9 (ECF 1-11) | App. 0251 |
| • Exhibit 10 (ECF 1-12) | App. 0270 |
| • Exhibit 11 (ECF 1-13) | App. 0276 |
| • Exhibit 12 (ECF 1-14) | App. 0303 |
| • Exhibit 13 (ECF 1-15) | App. 0312 |
| • Exhibit 14 (ECF 1-16) | App. 0398 |
| • Exhibit 15 (ECF 1-17) | App. 0402 |
| • Exhibit 16 (ECF 1-18) | App. 0405 |
| • Exhibit 17 (ECF 1-19) | App. 0407 |
| • Exhibit 18 (ECF 1-20) | App. 0419 |
| • Exhibit 19 (ECF 1-21) | App. 0427 |
| • Exhibit 20 (ECF 1-22) | App. 0429 |
| • Exhibit 21 (ECF 1-23) | App. 0442 |
| • Exhibit 22 (ECF 1-24) | App. 0445 |
| • Exhibit 23 (ECF 1-25) | App. 0449 |
| • Exhibit 24 (ECF 1-26) | App. 0494 |

- Exhibit 25 (ECF 1-27) .......... App. 0500
- Exhibit 26 (ECF 1-28) .......... App. 0507
- Exhibit 27 (ECF 1-29) .......... App. 0518
- Exhibit 28 (ECF 1-30) .......... App. 0524
- Exhibit 29 (ECF 1-31) .......... App. 0537
- Exhibit 30 (ECF 1-32) .......... App. 0548
- Exhibit 31 (ECF 1-33) .......... App. 0568
- Exhibit 32 (ECF 1-34) .......... App. 0597
- Exhibit 33 (ECF 1-35) .......... App. 0713
- Exhibit 34 (ECF 1-36) .......... App. 0774
- Exhibit 35 (ECF 1-37) .......... App. 0786
- Exhibit 36 (ECF 1-38) .......... App. 0793
- Exhibit 37 (ECF 1-39) .......... App. 0799
- Exhibit 38 (ECF 1-40) .......... App. 0887
- Exhibit 39 (ECF 1-41) .......... App. 0901
- Exhibit 40 (ECF 1-42) .......... App. 0918
- Exhibit 41 (ECF 1-43) .......... App. 0925
- Exhibit 42 (ECF 1-44) .......... App. 0945
- Exhibit 43 (ECF 1-45) .......... App. 0967
- Exhibit 44 (ECF 1-46) .......... App. 0982

Plaintiff / Appellant's Motion for Preliminary Injunction with supporting Exhibits, dated February 27, 2026 (ECF 6) .......... App. 0986

- Exhibit 1 (ECF 6-3) .......... App. 0991
- Exhibit 2 (ECF 6-4 and 6-5) .......... App. 0994
- Exhibit 3 (ECF 6-6) .......... App. 1285
- Exhibit 4 (ECF 6-7, 6-8 and 6-9) .......... App. 1290
- Exhibit 5 (ECF 6-10) .......... App. 1721
- Exhibit 6 (ECF 6-11) .......... App. 1750
- Exhibit 7 (ECF 6-12) .......... App. 1767
- Exhibit 8 (ECF 6-13) .......... App. 1816

Order regarding Recusal (Wolson, J.), dated March 4, 2026 (ECF 18) .......... App. 1906

Defendants' / Appellees' Exhibit 1 in Support of Response in Opposition to Plaintiff / Appellant's Motion for Preliminary Injunction with supporting Exhibits, dated March 16, 2026 (ECF 25-1) .......... App. 1908

Trial Court's Order Scheduling Hearing on Motion for Preliminary Injunction, dated March 17, 2026 (ECF 27) .......... App. 2046


**Volume III**

**Document** **Page**


Plaintiff / Appellant's Request for Judicial Notice in Support of its Motion for Preliminary Injunction with supporting Exhibits, dated March 25, 2026 (ECF 29) .......... App. 2047

- Exhibit 1 (ECF 29-2) ........................................................................App. 2053
- Exhibit 2 (ECF 29-3) ........................................................................App. 2062
- Exhibit 3 (ECF 29-4) ........................................................................App. 2065
- Exhibit 4 (ECF 29-5) ........................................................................App. 2123

Plaintiff / Appellant's Exhibit 9 in Support of Reply Brief in Support of its Motion for Preliminary Injunction with supporting Exhibits, dated March 25, 2026 (ECF 30-1, 30-2, 30-3 and 30-4) ........................................App. 2816

Plaintiff / Appellant's Exhibit 10 in Support of Reply Brief in Support of its Motion for Preliminary Injunction with supporting Exhibits, dated March 25, 2026 (ECF 30-5) ..............................................................App. 3601

Plaintiff / Appellant's Exhibit 11 in Support of Reply Brief in Support of its Motion for Preliminary Injunction with supporting Exhibits, dated March 25, 2026 (ECF 30-6) ..............................................................App. 3655

Plaintiff's / Appellant's Letter to Judge Wolson Requesting Oral Argument, dated April 3, 2026 ..........................................................................................App. 3805

Defendants' / Appellees' Letter to Judge Wolson Opposing Remote Oral Argument, dated April 6, 2026 ..........................................................................................App. 3806

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLYWINE LLC, a Pennsylvania Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>KSWCO LLC, a Delaware Limited Liability Company, SALKEDS LLC, a Delaware Limited Liability Company, THE NATIONAL WINE SCHOOL LLC, a Pennsylvania Limited Liability Company, ALANA ZERBE, an individual, and KEITH WALLACE, an individual, d/b/a Wine School of Philadelphia,<br><br>*Defendants.* | No. 2:26-cv-01268 |

**PLAINTIFF PHILLYWINE LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff PhillyWine LLC ("PhillyWine" or "Plaintiff"), through undersigned counsel, hereby requests the Court take judicial notice pursuant to Federal Rule of Evidence 201(b) of the following when ruling on Plaintiff's Motion for Preliminary Injunction (ECF No. 6):

1. The United States Patent and Trademark Office (USPTO) Office Action (Official Letter) About Applicant KSWCO LLC's Trademark Application regarding U.S. Trademark Application Serial No. 98869526 - PHILLY WINE SCHOOL, which is printed from the USPTO website at https://tsdr.uspto.gov/documentviewer?caseId=sn98869526&docId=NFIN20250728153915&linkId=10#docIndex=9&page=1, and attached hereto as **Exhibit 1**, and which states: "if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f) or on the Supplemental Register, applicant will be required to continue to disclaim "WINE SCHOOL" because such wording appears to be generic in the context of applicant's goods and/or services."

2. The Philly Wine School Registration Certificate obtained by KSWCO LLC on December 9, 2025 under Registration No. 8,055,977, which is printed from the USPTO website at https://tsdr.uspto.gov/documentviewer?caseId=sn98869526&docId=NFIN20250728153915&linkId=10#docIndex=0&page=1, and attached hereto as **Exhibit 2**, and which reflects the following disclaimer, as "required" above relative to **Exhibit 1**: "No claim is made to the exclusive right to use the following apart from the mark as shown: 'WINE SCHOOL.'"

3. USPTO Registration Certificates containing disclaimers that no claim is made to the exclusive right to use "School" apart from the mark as shown on the registration certificate (*e.g.*, the AAA School of Trucking registration certificate includes the disclaimer that "No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL OF TRUCKING'), collected from the USPTO website at tsdr.uspto.gov (and entering the application serial number or registration number into the box on that website to see the list of documents available) and attached hereto as **Exhibit 3**.

4. USPTO Office Action Official Letters corresponding to each of the USPTO Registration Certificates attached in Exhibit 3, collected from the USPTO website at tsdr.uspto.gov (and entering the application serial number or registration number into the box on that website to see the list of documents available) and attached hereto as **Exhibit 4**.

Federal Rule of Evidence 201(b) authorizes the Court to take judicial notice of any material that is "not subject to a reasonable dispute in that it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Courts within the Third Circuit have ruled that information and documents posted on publicly available websites—and, specifically publicly available in the USPTO's public files—are subject to judicial notice. *Theia Techs. LLC v. Theia Grp., Inc*, No. 20-97, 2021 WL 291313, at *9 (E.D. Pa. Jan. 28, 2021) ("The Court takes judicial notice of Technologies' newly submitted Exhibits A, B, E, F, J, and K—all of which are from the U.S. Patent & Trademark Office's public files of [the] trademark applications at issue.") (citing Fed. R. Evid. 201(b)(2)). This Court may properly consider judicially noticed documents when ruling on Plaintiff's Motion for Preliminary Injunction. *Id.* ("Judicial notice may be taken at any stage of a proceeding, provided it is not unfair to the party").

Here, it is not subject to reasonable dispute that the USPTO took the position that the term "Wine School" is generic and thus needs to be disclaimed (**Exhibit 1**), or that the Philly Wine School Registration Certificate obtained by KSWCO LLC reflects such a disclaimer (**Exhibit 2**)—or that the USPTO has taken similar positions in other cases that the term "School" is generic or descriptive for other marks used with educational services (**Exhibits 3-4**). This Court may take judicial notice and consider Exhibits 1 through 4 when ruling on Plaintiff's Motion for Preliminary Injunction because they are all publicly available on the USPTO website. The Third Circuit has stated that it is appropriate to take judicial notice of "information publicly available on government websites." *Vanderklok v. United States*, 868 F.3d 189, 205 n.16 (3d Cir. 2017) (taking judicial notice of articles and guidance posted on the Department of Homeland Security official website). Specifically in relation to the USPTO, the Third Circuit, *sua sponte* reviewing a Notice of Allowance published on the USPTO website, stated that courts "may take judicial notice of such public records." *Kos Pharms., Inc. v. Andrx Corp*., 369 F.3d 700, 705 (3d Cir. 2004) (citing *Hoganas AB v. Dresser Indus., Inc*., 9 F.3d 948, 954 n. 27 (Fed. Cir. 1993); *Standard Havens Prods., Inc. v. Gencor Indus., Inc*., 897 F.2d 511, 514 n. 3 (Fed. Cir. 1990)); *see also Foster v. Pitney Bowes Corp*., No. 11-7303, 2013 WL 487196, at *1, n.4 (E.D. Pa. Feb. 8, 2013) ("In deciding this Motion, the Court will take judicial notice of publicly available records filed with the USPTO."), *supplemented*, No. 11-7303, 2013 WL 1500683 (E.D. Pa. Apr. 12, 2013), *and aff'd*, 549 F. App'x 982 (Fed. Cir. 2013). Other cases within the Third Circuit have also held that decisions, letters, and policies by government agencies are judicially noticeable. *See Pension Ben. Guar. Corp. v. White Consol. Indus., Inc*., 998 F.2d 1192, 1197 (3d Cir. 1993) (explaining "letter decisions of government agencies" and "published reports of administrative bodies" are noticeable); *see also Comite De Apoyo A Los Trabajadores Agricolas v. Solis*, No. 09-240, 2010 WL 3431761, at *26 (E.D. Pa. Aug. 30, 2010) (granting motion to take judicial notice of a government agencies policies and guidance letters along with other publicly-available information on government websites).

Accordingly, Plaintiff respectfully requests that the Court consider and take judicial notice of Exhibits 1 through 4 when ruling on Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

Dated: March 25, 2026

/s/ *Brian T. Feeney*
Brian T. Feeney, Esq.
1717 Arch Street, Suite 400
Philadelphia, PA 19103
brian.feeney@gtlaw.com

Ian C. Ballon, Esq. (admitted *Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
ballon@gtlaw.com

Barry Horwitz, Esq. (admitted *Pro Hac Vice*)
Marc Trachtenberg, Esq. (admitted *Pro Hac Vice*)
Molly Carr, Esq. (admitted *Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
360 North Green Street, Suite 1300
Chicago, IL 60607
barry.horwitz@gtlaw.com
trachtenbergm@gtlaw.com
carrm@gtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2026, I electronically filed the foregoing Request for Judicial Notice using the CM/ECF System which will send notification of such filing to all counsel of record.

/s/ *Brian T. Feeney*
Brian T. Feeney, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PHILLYWINE LLC, a Pennsylvania Limited Liability Company,

*Plaintiff,*

v.

KSWCO LLC, a Delaware Limited Liability Company, SALKEDS LLC, a Delaware Limited Liability Company, THE NATIONAL WINE SCHOOL LLC, a Pennsylvania Limited Liability Company, ALANA ZERBE, an individual, and KEITH WALLACE, an individual, d/b/a Wine School of Philadelphia,

*Defendants.*

No. 2:26-cv-01268

**[PROPOSED] ORDER**

AND NOW, on this _________ day of ________________, 2026, upon consideration of the Request for Judicial Notice in Support of Plaintiff's Motion for Preliminary Injunction and the exhibits attached thereto, **IT IS ORDERED:**

The Court takes judicial notice of Exhibits 1 through 4 because they are in the public realm, from government websites, the authenticity of which cannot be reasonably questioned.

Plaintiff's Request for Judicial Notice is **HEREBY GRANTED.**

BY THE COURT:

____________________________________
Hon. Joshua D. Wolson

# EXHIBIT 1

| | |
|---|---|
| **To:** | KSWCO LLC(keith@vinology.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98869526 - PHILLY WINE SCHOOL |
| **Sent:** | July 28, 2025 03:38:43 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98869526

**Mark:** PHILLY WINE SCHOOL

**Correspondence Address:**
KSWCO LLC
109 S 22nd St
Philadelphia PA 19103
United States

**Applicant:** KSWCO LLC

**Reference/Docket No.** N/A

**Correspondence Email Address:** keith@vinology.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** July 28, 2025

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SUMMARY OF ISSUES:

- Section 2(e)(2) Refusal - Primarily Geographically Descriptive
- Supplemental Register Advisory

SEARCH RESULTS – NO CONFLICTING MARKS FOUND

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**SECTION 2(e)(2) REFUSAL – PRIMARILY GEOGRAPHICALLY DESCRIPTIVE**

Registration is refused because the applied-for mark is primarily geographically descriptive of the origin of applicant's goods and/or services. Trademark Act Section 2(e)(2), 15 U.S.C. §1052(e)(2); *see* TMEP §§1210, 1210.01(a).

A goods-place or services-place association may be presumed where (1) the location in the mark is generally known to the purchasing public, (2) the term's geographical significance is its primary significance, and (3) the goods and/or services do, in fact, originate from the named location in the mark. TMEP §1210.04; *see, e.g.*, *In re Cal. Pizza Kitchen Inc.*, 10 USPQ2d 1704, 1705 (TTAB 1988) (finding a services-place association was presumed between applicant's restaurant services and California because the services originated in California); *In re Handler Fenton Ws., Inc.*, 214 USPQ 848, 850 (TTAB 1982) (finding a goods-place association was presumed between applicant's t-shirts and Denver because the goods had their geographical origin in Denver); *see also In re Nantucket, Inc.*, 677 F.2d 95, 102, 213 USPQ 889, 895 (C.C.P.A. 1982) (Nies, J., concurring) ("[W]e must start with the concept that a geographic name of a place of business is a descriptive term when used on the goods of that business. There is a public goods/place association, in effect, presumed." (internal footnote removed)).

A mark is primarily geographically descriptive when the following is demonstrated:

(1) The primary significance of the mark to the purchasing public is a generally known location;

(2) The goods or services originate in the place identified in the mark; and

(3) The purchasing public would be likely to believe that the goods or services originate in the geographic place identified in the mark; that is, to make a goods-place or services-place association.

*See Spiritline Cruises LLC v. Tour Mgmt. Servs., Inc.*, 2020 USPQ2d 48324, at *5 (TTAB 2020) (citing *In re Nantucket, Inc.*, 677 F.2d 95, 96-97, 213 USPQ 889, 891 (C.C.P.A. 1982)); *see also In re Newbridge Cutlery Co.*, 776 F.3d 854, 860-61, 113 USPQ2d 1445, 1448-49 (Fed. Cir. 2015); *In re Societe Generale des Eaux Minerales de Vittel S.A.*, 824 F.2d 957, 959, 3 USPQ2d 1450, 1452 (Fed. Cir. 1987); *In re JT Tobacconists*, 59 USPQ2d 1080, 1081 (TTAB 2001)); TMEP §1210.01(a).

The primary significance of "PHILLY" is a geographic location, namely, Philadelphia, a city in Pennsylvania, United States. *See* attached Gazetteer evidence.

While the applied-for mark does contain the additional wording of "WINE SCHOOL" this does not

remove the geographic significance as the addition of generic or highly descriptive twording to a geographic word or term does not diminish that geographic word or term's primary geographic significance. TMEP §1210.02(c)(ii); *see, e.g.*, *Spiritline Cruises LLC v. Tour Mgmt. Servs., Inc.*, 2020 USPQ2d 48324, at *6-7 (TTAB 2020) (holding CHARLESTON HARBOR TOURS primarily geographically descriptive of various travel tour and cruise services because TOURS is generic for the services and CHARLESTON HARBOR is a well-known harbor in Charleston, South Carolina); *In re Hollywood Lawyers Online*, 110 USPQ2d 1852, 1853-54 (TTAB 2014) (holding HOLLYWOOD LAWYERS ONLINE primarily geographically descriptive of attorney referrals, online business information, and an online business directory). Applicant's attached specimen shows that applicant is providing educational services for wine.

For services to originate in a geographic place, the record must show that they are rendered at least in part in the geographic place. *See In re Chalk's Int'l Airline Inc.*, 21 USPQ2d 1637 (TTAB 1991) (holding PARADISE ISLAND AIRLINES primarily geographically descriptive of air transportation services of passengers and/or goods that are performed at least in part on Paradise Island); *In re Cal. Pizza Kitchen Inc.*, 10 USPQ2d 1704 (TTAB 1988) (holding CALIFORNIA PIZZA KITCHEN primarily geographically descriptive of restaurant services rendered in California and outside the state as well); *In re Opryland USA Inc.*, 1 USPQ2d 1409 (TTAB 1986) (holding THE NASHVILLE NETWORK primarily geographically descriptive of television production and distribution services provided in Nashville); TMEP §1210.03.

Finally, to establish a goods-place or services-place association, the trademark examining attorney's evidence need only show a "reasonable basis" for concluding that the public is likely to believe that the mark identifies the place from which the goods and/or services originate. *See In re JT Tobacconists*, 59 USPQ2d 1080, 1083-84 (TTAB 2001) (finding that nothing in the record suggested that it would be incongruous or unexpected for the purchasing public to believe that applicant's cigars, cigar cases and humidors, "manufactured products which could have their origin practically anywhere," came from the place named in the mark, as applicant was located in the place and the goods were packaged and shipped from the location, such that consumers would have a reasonable basis to believe the goods came from the place named in the mark); *In re Cambridge Digital Sys.*, 1 USPQ2d 1659, 1661-62 (TTAB 1986) (finding that the location named in the mark was renowned for educational institutions and the record demonstrated the location was a manufacturing and commercial center producing related goods such that purchasers of applicant's goods would reasonably believe they emanate from the place named in the mark); *see also* TMEP §1210.04; *In re Loew's Theatres, Inc.*, 769 F.2d 764, 768, 226 USPQ 865, 868 (Fed. Cir. 1985).

In this case, applicant's address is in Philadelphia, therefore, a services/location association is presumed.

INFORMATION REQUEST

To permit proper examination of the application, applicant must provide a written statement explaining whether the services or any aspect of the services will be rendered in, or will have any other connection with, the geographic location named in the mark. *See* 37 C.F.R. §2.61(b); TMEP §§814, 1210.03. Applicant has a duty to respond directly and completely to this requirement for information. *See In re Ocean Tech., Inc.*, 2019 USPQ2d 450686, at *2 (TTAB 2019) (citing *In re AOP LLC*, 107 USPQ2d 1644, 1651 (TTAB 2013)); TMEP §814. Failure to comply with a requirement for information is an independent ground for refusing registration. *In re SICPA Holding SA*, 2021 USPQ2d 613, at *6 (TTAB 2021) (citing *In re Cheezwhse.com, Inc.*, 85 USPQ2d 1917, 1919 (TTAB 2008); *In re DTI*

*P'ship LLP*, 67 USPQ2d 1699, 1701-02 (TTAB 2003); TMEP §814).

**SUPPLEMENTAL REGISTER/SECTION 2(f) ADVISORY**

The applied-for mark has been refused registration on the Principal Register. Applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091(c); 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s). TMEP §816.04.

The applied-for mark has been refused registration on the Principal Register. Applicant may respond by submitting evidence and arguments against the refusal. In addition, applicant may respond by doing one of the following: (1) amending the application to seek registration under Trademark Act Section 2(f), or (2) amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §§1052(f), 1091(c).

To seek registration on the Principal Register based on a claim of acquired distinctiveness under Section 2(f), applicant generally may (1) submit actual evidence that the mark has acquired distinctiveness of the goods and/or services, (2) claim ownership of an active prior U.S. registration for the same mark for sufficiently similar goods and/or services, or (3) provide the following verified statement of five years' use: "**The mark has become distinctive of the goods and/or services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least five years immediately before the date of this statement.**" *See* 15 U.S.C. §1052(f); 37 C.F.R. §2.41(a); TMEP §§1212.03-.06 *et seq*.

To amend the application to the Supplemental Register, applicant must provide a written statement requesting that the application be amended to the Supplemental Register. TMEP §816.01; *see* 15 U.S.C. §1091(c); 37 C.F.R. §2.47.

Although registration on the Supplemental Register does not afford all the benefits of registration on the Principal Register, it does provide the following advantages to the registrant:

(1) Use of the registration symbol ® with the registered mark in connection with the designated goods and/or services, which provides public notice of the registration and potentially deters third parties from using confusingly similar marks.

(2) Inclusion of the registered mark in the USPTO's database of registered and pending marks, which will (a) make it easier for third parties to find it in trademark search reports, (b) provide public notice of the registration, and thus (c) potentially deter third parties from using confusingly similar marks.

(3) Use of the registration by a USPTO trademark examining attorney as a bar to registering confusingly similar marks in applications filed by third parties.

(4) Use of the registration as a basis to bring suit for trademark infringement in federal court, which, although more costly than state court, means judges with more trademark experience, often faster adjudications, and the opportunity to seek an injunction, actual damages, and attorneys' fees and costs.

(5) Use of the registration as a filing basis for a trademark application for registration in certain foreign countries, in accordance with international treaties.

*See* 15 U.S.C. §§1052(d), 1091(c), 1094; J. Thomas McCarthy, *McCarthy on Trademarks & Unfair Competition* §§19:33, 19:37 (rev. 4th ed. Supp. 2017).

**DISCLAIMER GENERIC MATTER SUPPLEMENTAL REGISTER/§2(F) ADVISORY**

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f) or on the Supplemental Register, applicant will be required to continue to disclaim "WINE SCHOOL" because such wording appears to be generic in the context of applicant's goods and/or services. *See* 15 U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 144, 196 USPQ 7, 8 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766, 768 (TTAB 1986); TMEP §1213.03(b).

Applicant must keep the following disclaimer if applicant seeks to amend to the Supplemental Register or provide a 2(f) claim:

**No claim is made to the exclusive right to use "WINE SCHOOL" apart from the mark as shown.**

TMEP §1213.08(a)(i).

For an overview of disclaimers and instructions on how to provide one using the electronic response form, see the Disclaimer webpage.

**RESPONSE GUIDELINES**

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see "Responding to Office Actions" and the informational video "Response to Office Action" for more information and tips on responding.

If applicant does not respond to this Office action within the response deadline mentioned above of the issue/mailing date, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register. *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§718.01, 718.02. Additionally, the USPTO will not refund the application filing fee, which is a required processing fee. *See* 37 C.F.R. §§2.6(a)(1)(i)-(iv), 2.209(a); TMEP §405.04.

When an application has abandoned for failure to respond to an Office action, an applicant may timely file a petition to revive the application, which, if granted, would allow the application to return to active status. *See* 37 C.F.R. §2.66; TMEP §1714. The petition must be filed within two months of the date of issuance of the notice of abandonment and may be filed online via the Trademark Electronic Application System (TEAS) with a $100 fee. *See* 37 C.F.R. §§2.6(a)(15)(ii), 2.66(b)(1).

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official

application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06

Because of the legal technicalities and strict deadlines of the trademark application process, applicant is encouraged to hire a private attorney who specializes in trademark matters to assist in this process. The assigned trademark examining attorney can provide only limited assistance explaining the content of an Office action and the application process. USPTO staff cannot provide legal advice or statements about an applicant's legal rights. TMEP §§705.02, 709.06. See Hiring a U.S.-licensed trademark attorney for more information.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Ryan Lavoie/
Ryan Lavoie
Trademark Examining Attorney
Law Office 108
(571) 272-6774
Ryan.Lavoie@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on July 28, 2025 for
**U.S. Trademark Application Serial No. 98869526**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office

# Philly Wine School

**Reg. No. 8,055,977**

**Registered Dec. 09, 2025**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

KSWCO LLC (DELAWARE LIMITED LIABILITY COMPANY), Philly Wine School
109 S 22nd St
Philadelphia, PENNSYLVANIA 19103

CLASS 41: Educational services, namely, conducting courses in the fields of food and wine and distribution of training materials in connection therewith

FIRST USE 8-15-2016; IN COMMERCE 8-15-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WINE SCHOOL"

SEC.2(F)

SER. NO. 98-869,526, FILED 11-23-2024

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 3

# United States of America
## United States Patent and Trademark Office

# AAA SCHOOL OF TRUCKING

**Reg. No. 7,848,536**

**Registered Jul. 01, 2025**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

AAA School of Trucking, Inc. (PENNSYLVANIA CORPORATION)
442 E. Girard Avenue, Unit 1
Philadelphia, PENNSYLVANIA 19125

CLASS 41: Education services, namely, providing instruction, classes, seminars, and workshops in the field of trucking, truck driving, and commercial vehicle driving and operation; Providing courses of instruction in the field of trucking, truck driving, and commercial vehicle driving and operation; Providing training in the field of trucking, truck driving, and commercial vehicle driving and operation; Vocational education in the field of trucking, truck driving, and commercial vehicle driving and operation

FIRST USE 00-00-1997; IN COMMERCE 00-00-1997

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL OF TRUCKING"

SER. NO. 98-764,340, FILED 09-23-2024

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# AUGUSTE ESCOFFIER SCHOOL OF CULINARY ARTS

**Reg. No. 4,029,325**

**Registered Sep. 20, 2011**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TRIUMPH GROUP, INC. (ILLINOIS CORPORATION)
2300 N. BARRINGTON ROAD
SUITE 443
HOFFMAN ESTATES, IL 60169

FOR: DEGREE AND DIPLOMA GRANTING VOCATIONAL EDUCATION IN THE FIELD OF CULINARY ARTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-1-2011; IN COMMERCE 6-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL OF CULINARY ARTS", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 77-849,447, FILED 10-15-2009.

DANNEAN HETZEL, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

BARBARA BRENNAN SCHOOL OF HEALING

**Reg. No. 5,594,653**

**Registered Oct. 30, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Barbara Brennan School of Healing (NEW YORK CORPORATION)
500 Ne Spanish River Blvd., Ste. 208
Boca Raton, FLORIDA 33431

CLASS 41: Educational services, namely, vocational education in the field of holistic health; providing vocational courses of instruction in the field of holistic health and distributing course material in connection therewith; arranging and conducting educational classes, conferences, seminars, workshops, all in the field of holistic health; and educational testing

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL OF HEALING"

The Name "BARBARA BRENNAN" identifies a living individual whose consent is of record.

SER. NO. 87-812,574, FILED 02-27-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Andrei Iancu

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# California School of Construction

**Reg. No. 5,963,698**

**Registered Jan. 14, 2020**

**Int. Cl.: 41**

**Service Mark**

**Supplemental Register**

Hands-On America, Inc. (CALIFORNIA CORPORATION)
928 N. San Fernando Blvd., Suite J317
Burbank, CALIFORNIA 91504

CLASS 41: Vocational schools, namely, providing education and training for individuals who are seeking to acquire the necessary skills to work in the construction industry

FIRST USE 1-2-2019; IN COMMERCE 1-2-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL OF CONSTRUCTION"

SER. NO. 88-505,739, FILED P.R. 07-09-2019; AM. S.R. 12-02-2019

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# Calvary School of Missions

**Reg. No. 8,149,123**

**Registered Feb. 24, 2026**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Calvary Chapel Saving Grace (CALIFORNIA CHARITABLE CORPORATION)
17451 Bastanchury Rd Ste 203
Yorba Linda, CALIFORNIA 92886

CLASS 41: Charitable education services, namely, providing vocational training in the field of international ministry

FIRST USE 00-00-2021; IN COMMERCE 00-00-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL OF MISSIONS"

SER. NO. 99-239,254, FILED 06-17-2025

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

CANADIAN
SCHOOL

**Reg. No. 7,584,860**

**Registered Dec. 03, 2024**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

SISTEMA CANADIENSE INTERNACIONAL, S.A. DE C.V.
(MEXICO sociedad anonima (sa de cv)))
133 BAJADA DE LAS AGUILAS, INT. 3
ZAPOPAN, JALISCO, MEXICO 45129

CLASS 41: Education services, namely, physical, music, boarding school education; Providing training, namely, providing computer education, business, sports, meditation training; Entertainment services, namely, storytelling, cheerleading, conducting contests, conducting carnivals; Organizing exhibitions for sporting and cultural purposes; Educational academies, namely, educating at primary, junior high, senior high school levels; Exam application services for obtaining a certificate in any profession; Coaching in the field of sports; Professional coaching services in the fields of math, science, English, art and sports; Educational services, namely, arranging and conducting colloquiums in the fields of math, science, English, art, music; Organization of sports competitions; Organization of competitions in the field of entertainment, education, and other non-business and non-commercial fields; Arranging and conducting of conferences and congresses in the field of education, telecommunications technology, economics, fashion, intellectual property law; Dissemination of culture and knowledge in the nature of providing information in the fields of art, art history, art culture and art appreciation via a website; Education information in the nature of providing information in the field of teaching methodology and education; Educational services, namely, conducting classes, seminars, conferences and workshops in the fields of education, math, science and distribution of instructional course material in connection therewith; Physical education; Education examination services; Testing services; Education services, namely, providing kindergarten through 12th grade (K-12) classroom instruction; providing classes and instruction in the field of dance; providing tutoring in the field of math, science and art; Teaching services at kindergarten through 12th grade (K-12) school; Award delivery services of recognition derived from educational, cultural and entertainment activities in the nature of incentive award programs to encourage students and organization members to set up and achieve goals in academics, attendance, citizenship, and conduct; Educational services provided by schools in the nature of elementary, beauty, nursing schools; Educational examination services;

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

Organization of exhibitions for cultural or educational purposes; Cultural promotion services in the nature of organizing and hosting events for entertainment and cultural purposes; Nursery schools; Lending library services for lending games; On-line library services, namely, providing electronic library services which feature electronic, computer video games via an on-line computer network; Arranging and conducting in-person cultural and educational forums, seminars, symposiums, and workshops in the fields of music, art, language training, history; Vocational guidance; Vocational education in the fields of art, language, music, English, history and civics; Publication of texts, other than publicity texts; Education services, namely, providing tutoring in the fields of math, science, English, history, civics, art and music

OWNER OF MEXICO , REG. NO. 1671179, DATED 09-05-2016, EXPIRES 05-11-2026

The mark consists of a stylized maple leaf design element above a stylized open book design element above the stacked elements "CANADIAN SCHOOL".

No claim is made to the exclusive right to use the following apart from the mark as shown: "CANADIAN SCHOOL"

SER. NO. 98-289,734, FILED 11-29-2023

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**Reg. No. 3,089,733**

**United States Patent and Trademark Office** **Registered May 9, 2006**

**SERVICE MARK**
**PRINCIPAL REGISTER**

Colorado School of
Healing Arts

HEALTH CARE ASSOCIATES, INC. (COLORADO CORPORATION)

SUITE 100

7655 W. MISSISSIPPI AVE

LAKEWOOD, CO 80226

FOR: VOCATIONAL EDUCATION IN THE FIELD OF MASSAGE THERAPY AND RELATED HEALING ARTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-14-1987; IN COMMERCE 12-14-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL OF HEALING ARTS", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-558,191, FILED 2-1-2005.

ALAIN LAPTER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

em
lyon
business
school

**Reg. No. 5,337,483**

**Registered Nov. 21, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

ASSOCIATION DE L'ENSEIGNEMENT SUPERIEURCOMMERCIAL RHONE-ALPES - A.E.S.C.R.A. (FRANCE Association régie par la loi du 1er juillet 1901 )
23 Avenue Guy De Collongue
F-69130 Ecully
FRANCE

CLASS 41: Education services, namely, providing classes, seminars, workshops in the fields of entrepreneurship, business, management and executive development; training in the form of workshops in the fields of entrepreneurship, business, management and executive development; teaching courses of instruction at the undergraduate, graduate and post-graduate level; entertainment services in the nature of live events, namely, soccer, golf and tennis tournaments, track and field competitions, running races, automobile races, ballet and dance performances, theatre productions, magic and light shows, performances by a musical band, orchestra performances; entertainment services, namely, arranging and conducting festivals, namely, ethnic, wine, film and music festivals; sporting and cultural activities, namely, organization of sports competitions and of cultural events; providing information and advice in the fields of education, educational training and teaching; organization and conducting of training workshops for students and adults in the fields of entrepreneurship, business, management and executive development; practical training in the form of workshops in the fields of entrepreneurship, business, management and executive development; continuous training in the form of workshops in the fields of entrepreneurship, business, management and executive development; providing education in the fields of entrepreneurship, business, management and executive development rendered through correspondence courses; educational services, namely, conducting interactive distance learning at the university level; organization and conducting of educational conferences, congresses, colloquiums, seminars, symposiums, round tables all in the fields of entrepreneurship, business, management and executive development; educational services, namely, organization and conducting of focus groups for educational purposes in the fields of business organization and management, industrial or commercial companies; organization and conducting of exhibitions for cultural or educational purposes; organization of social entertainment events for educational purposes, namely, meetings of students and former students; vocational guidance; organization of educational competitions with or without distribution of prizes and awards; educational examinations; publication of books; publication of texts; publication of books, manuals, journals and multimedia teaching aids; electronic publication of books and periodicals online; photographic reporting; book lending

The mark consists of the word "em" above the word "lyon" above the word "business" above the word "school" all on a shaded square.

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Joseph Matal

Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

PRIORITY DATE OF 02-04-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1320897 DATED 07-08-2016, EXPIRES 07-08-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "LYON BUSINESS SCHOOL"

SER. NO. 79-197,074, FILED 07-08-2016

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,971,415**

**Registered June 7, 2016**

**Int. Cls.: 16, 25 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

JACKSON PREPARATORY SCHOOL FOUNDATION, INC. (MISSISSIPPI CORPORATION)
P.O. BOX 4940
JACKSON, MS 392964940

FOR: SCHOOL SUPPLIES, NAMELY, NOTEBOOKS, FOLDERS, NOTE PADS, PENCILS, PENS, PENCIL CASES, WRITING UTENSILS, BOOK COVERS; PRINTED INSTRUCTIONAL, EDUCATIONAL, AND TEACHING MATERIALS IN THE FIELDS OF READING, MATHEMATICS, WRITING, SCIENCE, SOCIAL STUDIES, ENGLISH AND FOREIGN LANGUAGES; PUBLICATIONS, NAMELY, YEARBOOKS AND PRINTED PERIODICALS IN THE FIELD OF ACADEMICS, ATHLETICS, MARKETING AND ADMISSIONS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-1993; IN COMMERCE 6-0-1993.

FOR: CLOTHING PRODUCTS, NAMELY SHIRTS, T-SHIRTS, JERSEYS, SHORTS, JACKETS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1993; IN COMMERCE 6-0-1993.

FOR: EDUCATIONAL SERVICES IN THE NATURE OF A COLLEGE PREPARATORY SCHOOL; EDUCATIONAL SERVICES, NAMELY, PROVIDING SIXTH GRADE THROUGH TWELFTH GRADE CLASSROOM INSTRUCTION AND DISTRIBUTING COURSE MATERIALS IN CONJUNCTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, PROVIDING CLASSROOM INSTRUCTION, VOCATIONAL INSTRUCTION, MENTORING, TUTORING, CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF SECONDARY EDUCATION; EDUCATIONAL AND TRAINING SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, AND WORKSHOPS IN THE FIELD OF LEADERSHIP DEVELOPMENT; PROVIDING AFTER SCHOOL EDUCATIONAL AND EXTRACURRICULAR PROGRAMS, NAMELY, STUDY-ABROAD PROGRAMS AND SUMMER PROGRAMS IN THE NATURE OF ARTS, CRAFTS AND ACADEMIC COURSEWORK FOR STUDENTS IN SIXTH GRADE THROUGH TWELFTH GRADE; LIBRARY SERVICES; ADMISSION CONSULTING SERVICES, NAMELY, CONSULTING IN THE FIELD OF COLLEGE ADMISSIONS; ART EXHIBITIONS; ENTERTAINMENT, NAMELY, THEATER PRODUCTIONS, LIVE MUSIC CONCERTS, AND PRESENTATION OF MUSICAL PERFORMANCES; PROVIDING FACILITIES FOR SHOWS, PLAYS, MUSIC AND ART EXHIBITS; ORGANIZING, SANCTIONING AND CONDUCTING, AMATEUR ATHLETIC PROGRAMS, ACTIVITIES AND COMPETITIONS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF DEBATE AND ACADEMICS;

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**Reg. No. 4,971,415** ENTERTAINMENT IN THE NATURE OF COMPETITIONS OR TOURNAMENTS IN THE FIELDS OF FOOTBALL, BASEBALL, SOFTBALL, SOCCER, VOLLEYBALL, BASKETBALL, GOLF, TENNIS, TRACK AND FIELD, CROSS COUNTRY AND SWIMMING; PROVIDING SPORTS FACILITIES; RECREATION, SPORT, ATHLETIC AND SUMMER CAMPS; PROVIDING RECOGNITION AND INCENTIVES BY THE WAY OF AWARDS TO DEMONSTRATE EXCELLENCE IN THE FIELD OF ACADEMICS AND SPORTS; INFORMATION SERVICES FOR ALL OF THE FOREGOING PROVIDED BY A GLOBAL COMPUTER NETWORK; SUMMER CAMPS; RECREATIONAL CAMPS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-0-1993; IN COMMERCE 6-0-1993.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PREPARATORY SCHOOL" FOR EDUCATIONAL SERVICES IN THE NATURE OF A COLLEGE PREPARATORY SCHOOL; EDUCATIONAL SERVICES, NAMELY, PROVIDING SIXTH GRADE THROUGH TWELFTH GRADE CLASSROOM INSTRUCTION AND DISTRIBUTING COURSE MATERIALS IN CONJUNCTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, PROVIDING CLASSROOM INSTRUCTION, VOCATIONAL INSTRUCTION, MENTORING, TUTORING, CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF SECONDARY EDUCATION; EDUCATIONAL AND TRAINING SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, AND WORKSHOPS IN THE FIELD OF LEADERSHIP DEVELOPMENT; PROVIDING AFTER SCHOOL EDUCATIONAL AND EXTRACURRICULAR PROGRAMS, NAMELY, STUDY-ABROAD PROGRAMS AND SUMMER PROGRAMS IN THE NATURE OF ARTS, CRAFTS AND ACADEMIC COURSEWORK FOR STUDENTS IN SIXTH GRADE THROUGH TWELFTH GRADE; LIBRARY SERVICES; ADMISSION CONSULTING SERVICES, NAMELY, CONSULTING IN THE FIELD OF COLLEGE ADMISSIONS IN CLASS 41, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A DEPICTION OF A SHIELD DIVIDED INTO FOUR PARTS - THE UPPER LEFT CORNER DEPICTING SIX STARS, THE UPPER RIGHT CORNER DEPICTING THREE ACORNS, THE LOWER LEFT CORNER DEPICTING LEAVES, THE LOWER RIGHT CORNER DEPICTING DIAGONAL BARS - AND A BORDER WITH THE WORDING "EXCELLENTIA" ON THE TOP OF THE SHIELD AND "JACKSON PREPARATORY SCHOOL" ON THE LEFT AND RIGHT SIDE OF THE SHIELD.

THE ENGLISH TRANSLATION OF "EXCELLENTIA" IN THE MARK IS "EXCELLENT".

SEC. 2(F).

SER. NO. 86-408,169, FILED 9-28-2014.

MICHELE SWAIN, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

**Reg. No. 7,110,242**

**Registered Jul. 18, 2023**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

B-3-1, LLC (FLORIDA LIMITED LIABILITY COMPANY), DBA FLEETFORCE, FLEETFORCE TRUCK DRIVING SCHOOL
4950 Recker Highway, Building 9
Winter Haven, FLORIDA 33880

CLASS 41: Providing courses of instruction at the post high school level; Providing courses of instruction in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Education services, namely, providing instruction, classes, seminars, and workshops in the fields of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Educational services in the nature of truck driving schools; Educational services in the nature of commercial vehicle driving and operation schools; Educational services in the nature of heavy equipment operation schools; Educational services, namely, conducting instruction, classes, seminars, and workshops in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Educational services, namely, providing training of drivers and operators for certification in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Training in the use and operation of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Training in the use of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Training services in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Vehicle driving instruction; Vocational education in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Vocational education in the fields of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation

FIRST USE 9-23-2020; IN COMMERCE 9-23-2020

The color(s) grey, red, and black is/are claimed as a feature of the mark.

The mark consists of the stylized wording "FLEETFORCE" with the word "FLEET" in grey with the top of the "F" extending right to the end of the word "FORCE" and the word "FORCE" in red with the top of the "F" extending right to the end of the word "FORCE" and a line extending left from the bottom of the "F" to the beginning of the word "FLEET," all above a black bar containing the stylized non-colored wording

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

"TRUCK DRIVING SCHOOL".

No claim is made to the exclusive right to use the following apart from the mark as shown: "TRUCK DRIVING SCHOOL"

SER. NO. 97-024,823, FILED 09-13-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

GENIUS SCHOOL

**Reg. No. 6,571,440**

**Registered Nov. 30, 2021**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

GENIUS GROUP LIMITED (SINGAPORE LIMITED COMPANY )
8 AMOY STREET #01-01
Singapore 049950, SINGAPORE

CLASS 41: Providing information relating to education services; educational services, namely, providing webinars, classes, workshops, e-courses, coaching, conferences and workshops in fields of business leadership and business management; vocational education in the field of computer software, computer hardware and computer science; tuition services, namely, providing instructions and training for certification in academic and skills disciplines at the secondary and post-secondary level; coaching in the field of self-development, company management, new business ventures and growth strategies; university education services; providing information about education; provision of educational information in the field of business education and business leadership development training

The color(s) green, grey, orange, yellow, blue, black is/are claimed as a feature of the mark.

The trademark is in the shape of the butterfly with green, grey, orange, yellow and blue colours and the letters from the word "GENIUS" are black and letter from the word "SCHOOL" are green.

The mark consists of the design of a butterfly with green, gray, orange, and yellow wings and blue head above the wording "GENIUS SCHOOL", with "GENIUS" in black and "SCHOOL" in green.

PRIORITY DATE OF 10-05-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1567240 DATED 10-10-2020, EXPIRES 10-10-2030

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 79-300,818, FILED 10-10-2020

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

GEORGIATRADESCHOOL
REBUILDING AMERICA

**Reg. No. 4,731,235**

**Registered May 5, 2015**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GEORGIA TRADE SCHOOL, LLC (GEORGIA LIMITED LIABILITY COMPANY)
2260 MOON STATION COURT, SUITE 110
ATTN.: RYAN BLYTHE, EXECUTIVE DIRECTOR
KENNESAW, GA 30144

FOR: PRACTICAL TRAINING IN THE FIELD OF WELDING; VOCATIONAL EDUCATION IN THE FIELDS OF PIPE WELDING AND STRUCTURAL PLATE WELDING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-0-2012; IN COMMERCE 1-0-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GEORGIA TRADE SCHOOL", APART FROM THE MARK AS SHOWN.

THE COLOR(S) RED, WHITE, BLUE, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "GEORGIA" AND "SCHOOL" WRITTEN IN BLACK WITH THE WORD "TRADE" WRITTEN IN RED BETWEEN THEM, THE WORDS "REBUILDING AMERICA" WRITTEN IN BLACK UNDERNEATH THE WORDS "GEORGIA TRADE SCHOOL", AND A STYLIZED DRAWING OF A RED, WHITE, AND BLUE BANNER WITH BLUE AND WHITE STARS ABOVE IT AND A BLACK OVAL SURROUNDING IT APPEARING ABOVE THE WORDS "GEORGIA TRADE SCHOOL".

SER. NO. 86-390,606, FILED 9-10-2014.

BRIAN PINO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# I PROMISE SCHOOL

**Reg. No. 6,789,651**

**Registered Jul. 12, 2022**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

LBJ Trademarks, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3800 Embassy Parkway, Suite 360
Akron, OHIO 44333

CLASS 41: Education services, namely, providing elementary school and middle school classroom instruction; providing vocational instruction, mentoring, tutoring, classes, seminars and workshops for individuals with varying learning styles using advanced learning technologies and teaching methods

FIRST USE 7-1-2018; IN COMMERCE 7-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 97-239,986, FILED 01-26-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# INTERACTIVE FILM SCHOOL

**Reg. No. 5,076,032**

**Registered Nov. 08, 2016**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

iStudent Media, Inc. (MICHIGAN CORPORATION)
PO BOX 391
Royal Oak, MI 48068

CLASS 9: Downloadable electronic publications in the nature of books, textbooks, interactive-books, and interactive-textbooks in the field of prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies; digital media, namely, digital software applications, downloadable electronic data files, downloadable art files, downloadable audio files, downloadable games, downloadable video and movie files, and downloadable interactive-files featuring prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies; interactive-multimedia software applications featuring prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies

FIRST USE 1-28-2012; IN COMMERCE 8-9-2012

CLASS 41: Education services, namely, providing live and on-line instruction, tutoring, mentoring, lessons, and inspirational solutions in the field of prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies; entertainment services, namely, conducting contests to display work and encourage students in the field of prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies; video production and digital media production, namely, production of CDs, DVDs, books, interactive-books, digital software applications, digital art, digital audio, digital games, electronic files, video, movies, downloadable interactive-files, and interactive-multimedia software and applications featuring prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies

FIRST USE 1-28-2012; IN COMMERCE 8-9-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:

Michelle K. Lee

Director of the United States
Patent and Trademark Office

"FILM SCHOOL"

SER. NO. 86-425,129, FILED 10-15-2014
ESTHER ANN BELENKER, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# IT STEP SCHOOL

**Reg. No. 6,430,423**

**Registered Jul. 27, 2021**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

KORCHEVSKYI Dmytro (UKRAINE INDIVIDUAL)
Rupniecibas St. 44, Apt. 17
Riga
LATVIA

CLASS 41: Arranging and conducting of educational conferences in the fields of computer science, computer and information technologies; arranging and conducting of educational courses, classes and lectures in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of in-person educational forums in the fields of computer science, computer and information technologies; arranging and conducting of educational seminars in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of educational symposiums in the fields of computer science, computer and information technologies; arranging and conducting of educational training workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; consulting services about training, further training and education in the fields of computer science, computer and information technologies; educational services, namely, providing classes, lessons, seminars, workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration rendered through correspondence courses; education services, namely, providing tutoring in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; educational and entertainment services, namely, providing classes, lessons, seminars, interactive exhibits in the field of robots, and conducting programs featuring recreational activities at children's computer camps; educational examination services in the fields of computer science, computer and information technologies; educational services provided by computer schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services provided by schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services, namely, providing computer classes and lessons for children in the fields of computer science, computer and information technologies; educational services, namely, conducting of on-line exhibitions, displays, interactive exhibits in the field of robots, field trips at children's summer camps in the fields of computer science, computer and information technologies; entertainment services, namely, provision of interactive play areas, social gatherings, live appearances by professional entertainers at children's summer camps in the fields of computer science, computer and information technologies; holiday camp entertainment services, namely arranging and hosting social entertainment events in the fields of computer science, computer and information technologies; online publication of electronic books and journals in the fields of computer science, computer and information technologies; organization of educational competitions in the fields of computer science, computer and information technologies;

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

organization of exhibitions for educational purposes in the fields of computer science, computer and information technologies; practical educational demonstration and training in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; providing information about computer education training relating to computer science, computer and information technologies; educational services, namely providing online non-downloadable electronic publications in the nature of books, newspapers, magazines, journals, blogs, articles, newsletters and coursewares in the fields of computer science, computer and information technologies; providing online videos, not downloadable, in the fields of computer science, computer and information technologies; publication of books in the fields of computer science, computer and information technologies; publication of texts, other than publicity texts, in the fields of computer science, computer and information technologies; publication of training guides, manuals, educational materials in the fields of computer science, computer and information technologies; teaching in the fields of computer science, computer and information technologies; training courses in computer graphics and design; training courses in computer programming; training courses in web design; training in computer and network technologies; training in computer programming; training in computer software testing; training in computer-aided montage; training in development and promotion of web sites and other web projects; training in system administration; training in the use of computers; vocational guidance, namely, providing advice on training and educating others in the fields of computer science, computer and information technologies

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 10-04-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1518893 DATED 11-25-2019, EXPIRES 11-25-2029

No claim is made to the exclusive right to use the following apart from the mark as shown: "IT" AND "SCHOOL"

SER. NO. 79-280,552, FILED 11-25-2019

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# LUISS BUSINESS SCHOOL

**Reg. No. 7,209,717**

**Registered Nov. 07, 2023**

**Int. Cl.: 9, 14, 16, 18, 21, 25, 36, 39, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**

Luiss - Libera Università Internazionale degli Studi Sociali Guido Carli
(ITALY University )
Viale Pola 12
I-00198 Roma
ITALY

CLASS 9: Electronically recorded data, namely, electronic database in the field of science, law, medicine and economics recorded on computer media; electronic publications, downloadable, namely, magazines in the field of science, law, medicine and economics; electronic databases recorded on computer media featuring statistical data in the field of science, law, medicine and economics; downloadable sounds, downloadable images, downloadable text and information all featuring recorded audio and video content in the field of ecology to be provided by telecommunications networks, by online delivery and by way of the Internet and the world wide web; downloadable computer software for teaching, instructional and educational purposes in the field of science, law, medicine and economics; blank digital and analogue media for use in recording, reproducing, carrying, storing, processing, manipulating, transmitting, broadcasting, retrieving and reproducing downloadable music, downloadable sounds, downloadable images, downloadable text; optical, electronic and magnetic data storage devices bearing pre-recorded information in the field of science, law, medicine and economics, namely, storage devices in the nature of computer storage devices, namely, high-speed storage subsystems for storage and backup of electronic data either locally or via a telecommunications network; downloadable computer programs, namely, downloadable operating system programs; electric apparatus and instruments for sound or image recording and reproduction; blank sound and video recording materials in the nature of digital storage media; pre-recorded sound and video recording materials featuring musical performances recorded on computer media; information stored in electronic, digital and magnetic form, namely, magnetically, optically, or electronically recorded or encoded data in the fields of science, law, medicine or economics; downloadable publications in electronic form, namely, magazines in the field of science, law, medicine or economics to be supplied on-line from databases from facilities provided on the Internet; downloadable software and applications for use in data analysis; downloadable software applications for delivery on-line through a web-browser or as a downloadable application or application delivered to any computing device including desktop, laptop and tablet computers as well as mobile devices for the purpose of cloud storage of data; blank CD-ROMs and DVDs; helmets, namely, protective helmets for sports; spectacles; blank USB flash drives

CLASS 14: Jewellery findings; jewellery made of precious metals; paste jewellery; tie clips; cuff links; rings being jewellery; bracelets; chains being jewellery; jewellery charms; necklaces being jewellery; tiaras; gems; medals; medallions; earrings; pins being jewellery; watch bands; watch chains; chronographs being watches; chronoscopes; clocks and watches; alarm clocks; commemorative coins; collectible coins; key rings in the nature of split rings with trinket or decorative fobs; commemorative shields of precious metals; jewellery cases; jewelry caskets; jewellery boxes

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

CLASS 16: paper, paper articles In the nature of paper emblems and paper tablemats; cardboard and cardboard articles in the nature of storage boxes; books in the nature of printed date books, sketch books; printed matter, in the nature of printed calendars, printed forms; printed teaching, educational and instructional materials in the field of science, law, medicine and economics; printed specialist periodicals in the field of science, law, medicine and economics; printed periodicals in the nature of magazines in the field of entertainment; printed newspapers; printed sheet music; printed magazines, namely, printed general feature magazines; printed maps for excursions, printed maps for educational and teaching purposes, printed posters and printed wall charts, printed photographs; pens; pencils; pencil cases

CLASS 18: Bags, namely, carry-all bags, leather bags; briefcases, backpacks, suitcases, document cases, umbrellas, wallets, travel bags, briefcases, handbags; conference folders, namely, briefcase-like leather business folders; coin purses, luggage; trunks being luggage; credit card cases and sports bags

CLASS 21: Drinking glasses, drinking vessels and barware, namely, beer glasses and wine glasses; cups and mugs; porcelain ware, namely, porcelain flower pots; isothermic bags, namely, thermal insulated bags for food or beverages; bottles, sold empty; stemware; decanters; napkin rings; works of art made of glass; works of art made of crystal; souvenir plates; coin banks; toothbrush holders; brushes, namely, scrubbing brushes, bath brushes; toothbrushes, non-electric; toothbrushes, electric

CLASS 25: Articles of clothing and footwear, namely, coats and shirts; bathing suits; neckties; jackets being clothing; stuff jackets being clothing; skirts; aprons being clothing; maillots; hosiery; sweaters; cloaks; brassieres; slips being underclothing; trousers; slippers; pyjamas; ponchos; sandals; shoes; neck scarves being mufflers; shawls; boots; uniforms; combinations being one-piece undergarments; dressing gowns; togas; sweatshirts; tee-shirts; sportswear, namely, sweat pants

CLASS 36: Providing educational scholarships; providing monetary grants to charities; providing information relating to charitable fundraising; investment of funds for charitable purposes; arranging of financing for humanitarian projects; financial sponsorship of scholarship programs, charitable activities and humanitarian projects; philanthropic services concerning monetary donations; providing financial sponsorship of scholarship programs, charitable activities and humanitarian projects and patronage

CLASS 39: Rental of vehicles, namely, bicycles, scooters, cars and trucks; transportation travel arrangement for individuals and for groups, organising, reservation and booking of transport for travel tours, tourist transport services and sightseeing transport services, passenger transport using vehicles and trucks; escorting of travellers; chauffeur services

CLASS 41: Education and instruction, namely, providing classes and seminars in the field of science, law, medicine and economics; advanced training in the field of science, law, medicine and economics; business training services; continuous training in the field of science, law, medicine and economics; training and instruction, namely, providing workshops and seminars in the field of science, law, medicine and economics; educating at university or colleges, namely, providing courses at the university and college level in the field of science, law, medicine and economics; provision of education courses in the field of science, law, medicine and economics; provision of educational examinations and tests in the form of educational testing services; providing facilities for educational purposes; provision of facilities for education; provision of non-downloadable online tutorials in the field of screenwriting; management of education services, namely, educational counseling services to assist students in planning and preparing for further education; teaching in colleges; educational institute services, namely, planning curriculum for teachers in the field of science, law, medicine and economics; teaching, namely, teaching of courses of instruction at the undergraduate, graduate and post-graduate level; provision of skill assessment courses in the field of computer hardware and software repair; publishing services, namely, academic publishing services in the

field of science, law, medicine and economics; electronic publishing services, namely, digital video, audio, and multimedia publishing services; publishing, electronic, namely, open-access publishing services, namely, publication of electronic magazines; providing on-line electronic publications, not downloadable, in the nature of journals in the fields of science, law, medicine or economics; teaching being educational services in the field of science, law, medicine and economics; publishing services offered through the Internet, namely, publishing of web magazines; providing information about education; providing information about teaching; research in the field of education; providing information about education via a computer database; online academic library services provided by a university; university services, namely, providing seminars in the field of science; providing educational assessment services; arranging and conducting seminars, symposiums, conferences and congresses in the field of journalism; conducting of correspondence courses in the field of journalism; teaching, lecturing and tutorial services in middle schools; educational examination, namely, providing educational assessment services; organising of exhibitions for educational purposes; lending libraries and online academic library services; provision of sporting, cultural and entertainment activities, namely, production of televised sporting, cultural and theater events; museum services; rental of educational apparatus and materials in the nature of printed books, downloadable and non-downloadable electronic publications, journals, magazines; information and advisory services relating to all the aforesaid services; educational services provided by universities in the nature of providing courses at the university level; providing online non-downloadable electronic publications in the nature of journals in the fields of science, law, medicine or economics; publication of year books; publication of calendars of events; publication of books; publishing of instructional books; publication of manuals; publication of posters; on-line publication of electronic books and journals; publication of texts, other than publicity texts; electronic desktop publishing services; organizing community sporting and cultural activities; conducting guided tours of universities; arranging and conducting educational lectures, not for business or commercial purposes; arranging and conducting educational conferences, not for business or commercial purposes; arrangement of seminars for educational purposes; arranging of seminars relating to cultural activities, not for business or commercial purposes; arranging and conducting of educational symposiums, not for business or commercial purposes; educational services, namely, providing seminars in the field of engineering; coaching in the nature of sports training; lending library services and library services; educational services in the nature of dance academies; conducting of educational courses in the field of music; conducting courses, seminars and workshops in the field of music; conducting of courses in the field of science, law, medicine and economics; advisory services relating to education methodology; conducting training workshops in the field of science, law, or economics; provision of courses of instruction in languages; conducting training workshops in the field of personal development courses; development and dissemination of printed educational materials of others in the field of science, law, medicine and economics; vocational guidance, namely, providing education or training advice for students

CLASS 43: Rental of temporary accommodation; providing temporary accommodation in universities; temporary accommodation reservations; hospitality services, namely, providing temporary housing accommodations; hospitality services in the nature of making reservations for hotel accommodation; providing conference, exhibition and meeting facilities; providing food and drink in restaurants and bars; bar services; café services; canteen services; self-service restaurant services; restaurant services; snack-bar services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-02-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1702937 DATED 04-04-2022, EXPIRES 04-04-2032

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUSINESS SCHOOL"

SER. NO. 79-358,242, FILED 04-04-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MEDIA DESIGN SCHOOL

**Reg. No. 6,993,316**

**Registered Feb. 28, 2023**

**Int. Cl.: 16, 35, 41**

**Service Mark**

**Trademark**

**Supplemental Register**

Media Design School (NEW ZEALAND unlimited liability company )
Level 16, 92 Albert St.
Auckland, NEW ZEALAND 1010

CLASS 16: Publications, namely, books, hand-outs, workbooks, pamphlets and instructions materials in the fields of professional development, art, architecture, digital media, software engineering, film, animation and visual effects, creative technologies, creative advertising, and design; printed matter, namely, magazines, books, printed periodicals, newsletters, and brochures in the fields of professional development, art, architecture, digital media, software engineering, film, animation and visual effects, creative technologies, creative advertising, and design

CLASS 35: Advertising; Dissemination of advertising material; Dissemination of advertising matter; Distribution of advertising material; Event management services, namely, organization of exhibitions or trade fairs for commercial or advertising purposes; Recruitment advertising; Business consultancy; Business management; Business management consultancy; Business recruitment consultancy; Career advisory services other than education and training advice, namely, career placement consulting services; Career counselling in the nature of employment advice and information, namely, career planning services and career advancement consulting services in the field of art, architecture, digital media, software engineering, film, animation and visual effects, creative technologies, creative advertising, and design; Career information and advisory services other than educational and training advice, namely, providing career information; Business consultancy relating to business management; Business consultancy relating to personnel management; Business consultancy relating to personnel recruitment; Business consultancy relating to the management of personnel; Employment staffing consultancy; Employment recruiting consultancy; Personnel management consultancy; Personnel recruitment consultancy; Recruitment consultancy services, namely, consultancy of personnel recruitment and employment recruiting consultancy; Employment counselling services; Employment recruitment; Human resource management; Personnel management; Personnel management advice; Personnel management assistance; Personnel placement; Personnel recruitment; Recruitment of personnel; Job placement services; Personnel management consultations relating to business; Marketing services; Professional business consultancy; Professional recruitment services; Promotional marketing services; Recruitment, employment and career management services, namely, career planning and career placement services; Personnel management services; employment recruiting and

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

staffing advice and information; Business and personnel management consulting

CLASS 41: Educational services and on-line educational services, namely, providing courses of instruction at the college, university and graduate school level; educational services, namely, providing courses of study both in person and on-line, at the college, university and graduate school level; Educational counseling services to assist students in planning and preparing for further education; Provision of both education and training via a global computer network, via schools and educational institutions and via correspondence courses, namely, providing on-line training courses, seminars, and workshops in the field of professional development, art, architecture, digital media, software engineering, film, animation and visual effects, creative technologies, creative advertising, and design; Services provided by schools, teaching and training institutions, namely, teaching, training, tutoring and courses of instruction at the undergraduate, graduate and post-graduate level; Arranging and conducting of educational and training workshops, conferences and seminars; Education and training advisory services including vocational education and guidance services, namely, consulting services about education and educational training; Career advisory services in the nature of career counseling, namely, providing advice concerning education options to pursue career opportunities; Education services, namely, conducting courses and training in communication design, interior design, fashion, printing and graphic arts; Career coaching services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON NEW ZEALAND APPLICATION NO. 1136380, FILED 12-05-2019, REG. NO. 1136380, DATED 03-25-2022, EXPIRES 03-25-2032

OWNER OF U.S. REG. NO. 5356723

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL" FOR INTERNATIONAL CLASS 41

SER. NO. 88-984,609, FILED P.R. 12-10-2019; AM. S.R. 06-24-2022

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**Reg. No. 3,469,429**

**United States Patent and Trademark Office** **Registered July 15, 2008**

## SERVICE MARK
## PRINCIPAL REGISTER

PENN FOSTER CAREER SCHOOL

PENN FOSTER, INC. (PENNSYLVANIA CORPORATION)
925 OAK STREET
SCRANTON, PA 18615

FOR: PROVIDING PROGRAMS AND COURSES OF INSTRUCTION ON A VARIETY OF SUBJECTS AT THE HIGH SCHOOL, VOCATIONAL AND COLLEGE LEVEL VIA DISTANCE LEARNING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-19-2005; IN COMMERCE 12-19-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PENN" AND "CAREER SCHOOL", APART FROM THE MARK AS SHOWN.

SN 78-729,961, FILED 10-10-2005.

PAUL CROWLEY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# ROADMASTER DRIVERS SCHOOL

**Reg. No. 7,378,419**

**Registered May 07, 2024**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Career Path Training Corp. (FLORIDA CORPORATION)
11300 4th Street No, Ste 200
St Petersburg, FLORIDA 33716

CLASS 41: vocational education and training, namely, conducting in-person classes, online classes, and behind-the-wheel training in the field of truck driving; education and training, namely, conducting in-person classes, online classes, and behind-the-wheel training in the field of acquiring a commercial driver's license (CDL); administration of commercial driver's license (CDL) testing

FIRST USE 11-00-1992; IN COMMERCE 11-00-1992

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3115832

No claim is made to the exclusive right to use the following apart from the mark as shown: "DRIVERS SCHOOL"

SER. NO. 97-871,173, FILED 04-03-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# STRINGHAM SCHOOLS

**Reg. No. 4,528,058**
**Registered May 13, 2014**
**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

STRINGHAM REAL ESTATE SCHOOL, INC. (UTAH CORPORATION), DBA STRINGHAM SCHOOLS
STE 301
635 W 5300 S
SALT LAKE CITY, UT 84123

FOR: CONTINUING EDUCATION SERVICES, NAMELY, PROVIDING LIVE AND ON-LINE CONTINUING PROFESSIONAL EDUCATION SEMINARS IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; DEVELOPING EDUCATIONAL MANUALS FOR OTHERS IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATION SERVICES, NAMELY, PROVIDING CAREER RE-TRAINING CLASSES IN THE FIELDS OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATION SERVICES, NAMELY, PROVIDING LIVE AND ON-LINE COURSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATION SERVICES, NAMELY, PROVIDING TRAINING IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING PROGRAMS IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELDS OF REAL ESTATE, MORTGAGE, OR CONTRACTING AND DISTRIBUTION OF TRAINING MATERIALS IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, CONDUCTING NON-DOWNLOADABLE WEBINARS IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING AND DISTRIBUTION OF TRAINING MATERIAL IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CONFERENCES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING AND DISTRIBUTION OF COURSE MATERIAL IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING AND DISTRIBUTION OF EDUCATIONAL MATERIALS IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, PROVIDING CONTINUING PROFESSIONAL EDUCATION COURSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, PROVIDING ON-LINE CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, PROVIDING ONLINE INSTRUCTION IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY,

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,528,058** PROVIDING ONLINE INSTRUCTION IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING VIA AN ONLINE WEBSITE; EDUCATIONAL SERVICES, NAMELY, PROVIDING TRAINING OF REAL ESTATE AGENTS, MORTGAGE AGENTS, OR CONTRACTORS FOR CERTIFICATION IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; PROVIDING EDUCATION COURSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING OFFERED THROUGH ONLINE, NON-DOWNLOADABLE VIDEOS AND INSTRUCTOR ASSISTANCE; VOCATIONAL EDUCATION IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-4-2003; IN COMMERCE 9-4-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOLS", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-877,874, FILED 3-15-2013.

SUSAN RICHARDS, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# The Fab School

**Reg. No. 6,607,321**

**Registered Jan. 04, 2022**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Innovative Fabrication School, Inc. (CALIFORNIA CORPORATION), DBA
The Fab School
9571 Pittsburgh Ave.
RANCHO CUCAMONGA, CALIFORNIA 91730

CLASS 41: Educational services, namely, conducting programs in the field of welding, metal fabrication, computer aided software, and composites materials; Computer education training services; Vocational education in the field of welding, metal fabrication, computer aided software, and composites materials

FIRST USE 10-1-2005; IN COMMERCE 10-1-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 90-532,108, FILED 02-17-2021

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# The Lionheart School

**Reg. No. 7,896,515**

**Registered Aug. 19, 2025**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

The Lionheart Life Center (GEORGIA NON-PROFIT CORPORATION)
225 Roswell St
Alpharetta, GEORGIA 30009

CLASS 41: Charitable services, namely, academic mentoring of school age children; Educational services in the nature of special needs schools; Educational services, namely, conducting programs in the field of special needs; Educational services, namely, conducting classes, seminars, conferences and workshops for children with special needs in the field of hippotherapy, science, history, social studies, occupational therapy, speech, language, reading, writing, math, physical education, art, music, drama, communication skills, therapeutic interventions, assistive technology, life thinking curriculum and pre-vocational and vocational skills

FIRST USE 9-00-2000; IN COMMERCE 9-00-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5432841, 4158296

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 98-502,628, FILED 04-16-2024

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# The Relationship School

**Reg. No. 5,163,297**

**Registered Mar. 14, 2017**

**Int. Cl.: 41**

**Service Mark**

**Supplemental Register**

The Relationship School (COLORADO LIMITED LIABILITY COMPANY)
2015 Balsam Drive
Boulder, CO 803043617

CLASS 41: Educational services, namely, providing live and on-line mentoring, programs, classes, seminars, workshops, and group coaching on relationship training for personal growth and relationship development of adults and youth; Educational services, namely, providing vocational training of individuals for certification in the relationship coaching field and distribution of course and educational materials in connection therewith; Educational services, providing educational speakers and outreach in the field of relationship development and training of adults and youth

FIRST USE 6-13-2016; IN COMMERCE 6-13-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 87-120,236, FILED P.R. 07-28-2016; AM. S.R. 12-20-2016
ELISSA GARBER KON, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# TUNER SCHOOL

**Reg. No. 4,758,371**

**Registered June 23, 2015**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TUNER SCHOOL, LLC (TEXAS LIMITED LIABILITY COMPANY)
9281 SW INTERSTATE 10 FRONTAGE RD
SEALY, TX 77474

FOR: EDUCATIONAL SERVICES IN THE NATURE OF CLASSES, SEMINARS, AND WORKSHOPS, ALL IN THE FIELD OF AUTOMOBILE TUNING, MODIFICATION, IMPROVEMENT, PERFORMANCE, AND REPAIR; VOCATIONAL EDUCATION IN THE FIELD OF AUTOMOBILES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-1-2007; IN COMMERCE 7-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 86-184,493, FILED 2-4-2014.

JAMES STEIN, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 4

**To:** Matthew A. Homyk(mhomyk@blankrome.com)
**Subject:** U.S. Trademark Application Serial No. 98764340 - AAA SCHOOL OF TRUCKING - - 156960-00101
**Sent:** March 29, 2025 07:11:05 PM EDT
**Sent As:** tmng.notices@uspto.gov

**Attachments**

screencapture-www-merriam-webster-com-dictionary-school-17432882836881

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98764340

**Mark:** AAA SCHOOL OF TRUCKING

**Correspondence Address:**
Matthew A. Homyk
Blank Rome LLP
One Logan Square
Philadelphia PA 19103
United States

**Applicant:** AAA School of Trucking, Inc.

**Reference/Docket No.** 156960-00101

**Correspondence Email Address:** mhomyk@blankrome.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** March 29, 2025

**Introduction**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues**

- Search Results - No Conflicting Marks Found
- Missing Apartment Number or Suite Number
- Disclaimer of Descriptive Wording Required

**Search Results - No Conflicting Marks Found**

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Missing Apartment Number or Suite Number**

**Domicile address cannot be accepted.** Applicant must provide its current domicile street address because the domicile address of record identifies an address for a multi-dwelling building or multi-unit commercial building with the particular unit unspecified, which is not an acceptable type of domicile address for a juristic applicant. TMEP §601.01(c)(i). That is, this address does not identify applicant's principal place of business. *See* 37 C.F.R. §§2.2(o)-(p), 2.11(b), 2.189; TMEP §601.01(c)(i). All applications must include an applicant's domicile address. *See* 37 C.F.R. §§2.32(a)(2), 2.189; TMEP §803.05(a). In addition, all applicants domiciled outside the United States must be represented by a U.S.-licensed attorney. 37 C.F.R. §2.11(a); TMEP §601. See Hiring a U.S.-licensed attorney for more information. The USPTO uses applicant's domicile address to determine whether applicant is required to be represented by a U.S.-licensed attorney in this matter. *See* 37 C.F.R. §2.11(a); TMEP §601.01(a).

**Response option(s)**
**Applicant must provide an acceptable domicile street address**; that is, the location of applicant's headquarters where its senior executives or officers ordinarily direct and control applicant's activities. *See* 37 C.F.R. §§2.2(o)-(p), 2.32(a)(2), 2.189; TMEP §803.05(a). If applicant provides a foreign domicile address, applicant must appoint a U.S.-licensed attorney qualified under 37 C.F.R. §11.14. *See* 37 C.F.R. §2.11(a)-(b); TMEP §601.01(a).

If applicant cannot provide a domicile street address due to an extraordinary situation, applicant may file a petition to the Director to request the Director waive this requirement. *See* 37 C.F.R. §§2.146(a)(5), 2.148; TMEP §1708.01. The petition must include the required fee as well as (a) a verified statement of facts explaining the extraordinary situation, and (b) the state, or foreign equivalent, and country of applicant's domicile, to determine whether applicant must be represented by a U.S.-licensed attorney. *See* 37 C.F.R. §§2.11(a)-(b), 2.146(c)(1); TMEP §1708.01. However, filing a petition is not considered a response to an Office action. *See* 37 C.F.R. §2.146(g); TMEP §1705.06. Applicant must still file a timely response to this Office action to avoid abandonment of the application. The response should indicate that a petition has been filed, specify the reason(s) for filing the petition (i.e., to request a waiver of the domicile address requirement), and request suspension of the application pending disposition of the petition. *See* TMEP §§716.02, 716.02(l), 1705.06.

**Instructions for responding**

**To provide applicant's domicile street address.** After opening the electronic response form and entering the serial number, (1) answer "yes" to the question about owner information and click "Continue;" (2) on the "Owner Information" page, in the "Domicile Address" fields, uncheck the box stating the domicile and mailing address are not the same; and (3) below the checkbox provide applicant's domicile street address. The address provided in the "Domicile Address" fields will be hidden from public view. However, any street address listed in the "Mailing Address" fields will be publicly viewable.

**To appoint a U.S.-licensed attorney**, (1) use the Change Address or Representation form to appoint an attorney after they have been retained, or (2) applicant's attorney can appear by responding on applicant's behalf using the electronic response form, indicating that an appointment of attorney has been made, addressing all other refusals or requirements in the action, if any, and properly signing the response.

**Disclaimer of Descriptive Wording Required**

Applicant must disclaim the wording "SCHOOL OF TRUCKING" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from *Merriam Webster's Dictionary* shows that "school" means "an organization that provides instruction" and "trucking" is the subject of the instruction as described in applicant's identification of services. *See* attached evidence from *merriam-webster.com*. Thus, the wording merely describes applicant's goods and/or services because applicant provides instruction in the field of trucking, as described in the identification of services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "SCHOOL OF TRUCKING" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the electronic response form, see the Disclaimer webpage.

**Response guidelines.** For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide

additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Joanne Clifford/
Joanne Clifford
Trademark Examining Attorney
Law Office 125
(571) 272-4692
Joanne.Clifford@uspto.gov

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.
- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.
- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://www.merriam-webster.com/dictionary/school at 06:45:02, 03/29/2025

Merriam Webster | Dictionary | Thesaurus | school | Games | Word of the Day | Grammar | Wordplay | Slang | Rhymes | Word Finder | Thesaurus | More

Take the quiz

Learn a new word every day. Delivered to your inbox!

Your email address | SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

Merriam Webster EST. 1828 | Dictionary | Thesaurus | school | Games | Word of the Day | Grammar | Wordplay | Slang | Rhymes | Word Finder | Thesaurus | More

Dictionary
Definition
- noun (1)
- verb (1)
- noun (2)
- verb (2)
- Synonyms
- Synonym Chooser
- Example Sentences
- Word History
- Phrases Containing
- Rhymes
- Entries Near

# school 1 of 4 noun (1)

ˈskül

Synonyms of *school* ›

1 : an organization that provides instruction: such as

a : an institution for the teaching of children

b : COLLEGE, UNIVERSITY

c (1) : a group of scholars and teachers pursuing knowledge together that with similar groups constituted a medieval university

(2) : one of the four faculties of a medieval university

(3) : an institution for specialized higher education often associated with a university

the *school* of engineering

d : an establishment offering specialized instruction

a secretarial *school*

driving *schools*

ADVERTISEMENT
Jornay PM
Long-acting JORNAY PM allows all-day symptom control from their AM to their PM
LEARN MORE

Quordle
W O R D Y
L O V E R
P L A Y S

Related Articles
Cite this Entry
Share
Kids Definition
More from M-W
Show Less
Save Word

Rhymes
Entries Near
Related Articles
Cite this Entry
Share
Kids Definition
More from M-W
Show Less
Save Word

2 a (1) : the process of teaching or learning especially at a school
(2) : attendance at a school
(3) : a session of a school
b : a school building
c : the students attending a school
*also* : its teachers and students

3 : a source of knowledge
experience was his school
a secretarial school
driving schools

2 a (1) : the process of teaching or learning especially at a school
(2) : attendance at a school
(3) : a session of a school
b : a school building
c : the students attending a school
*also* : its teachers and students

3 : a source of knowledge
experience was his school

4 a : a group of persons who hold a common doctrine or follow the same teacher (as in philosophy, theology, or medicine)
the Aristotelian school
*also* : the doctrine or practice of such a group
b : a group of artists under a common influence
c : a group of persons of similar opinions or behavior
*also* : the shared opinions or behavior of such a group
other schools of thought

5 : the regulations governing military drill of individuals or units
*also* : the exercises carried out
the school of the soldier

Can you solve 4 words at once?
Play
ADVERTISEMENT


P L A Y S
D A I L Y
Can you solve 4 words at once?
Play
ADVERTISEMENT


2024 LINCOLN
Corsair SUV
Exceptional offers happening now
LEARN MORE
SEE OFFERS
WORD OF THE DAY
elucidate
See Definitions and Examples »
Get Word of the Day daily email!
Your email add
SUBSCRIBE

[redacted]

## school 2 of 4 verb (1)

**schooled; schooling; schools**

*transitive verb*

1 **a** : to teach or drill in a specific knowledge or skill
 well *schooled* in languages

**b** : to discipline or habituate to something
 *school* oneself in patience

2 : to educate in an institution of learning
 the child was *schooled* at great cost to her family

## school 3 of 4 noun (2)

: a large number of fish or aquatic animals of one kind swimming together

## school 4 of 4 verb (2)

**schooled; schooling; schools**

*intransitive verb*

: to swim or feed in a school
 bluefish are *schooling*

ADVERTISEMENT



**Make The Switch. Own Your Day.**

Stay a step ahead thanks to Now Brief with Galaxy AI on the new Samsung...

SPONSORED BY SAMSUNG

LEARN MORE

ADVERTISEMENT



[redacted]

## Synonyms

**Noun (1)**

academe academy seminary

**Verb (1)**

educate indoctrinate instruct
lesson teach train
tutor

See All Synonyms & Antonyms in Thesaurus >

## Choose the Right Synonym for *school*

**TEACH, INSTRUCT, EDUCATE, TRAIN, DISCIPLINE, SCHOOL** mean to cause to acquire knowledge or skill.

**TEACH** applies to any manner of imparting information or skill so that others may learn.

*taught* us a lot about our planet

**INSTRUCT** suggests methodical or formal teaching.

*instructs* raw recruits in military drill

**EDUCATE** implies development of the mind.

more things than formal schooling serve to *educate* a person

**TRAIN** stresses instruction and drill with a specific end in view.

*trained* foreign pilots to operate the new aircraft

**DISCIPLINE** implies training in habits of order and precision.

a *disciplined* mind

**SCHOOL** implies training or disciplining especially in what is hard to master.

*schooled* the horse in five gaits

[redacted]

## Examples of *school* in a Sentence

**Noun (1)**

one of the first ***schools*** in the country to admit girls as students

**Verb (1)**

***schooled*** their children in proper etiquette for formal occasions

## Recent Examples on the Web

Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

**Noun**

Mahmoud Khalil, who helped lead the ***school***'s student protest movement demanding a ceasefire in Gaza, is married to a US citizen and had a green card.
— Catherine E. Shoichet, *CNN*, 22 Mar. 2025

The announcement drew immediate condemnation from some faculty and free speech groups, who accused the university of caving to President Donald Trump's largely unprecedented intrusion upon the ***school***'s academic freedom.
— *arkansasonline.com*, 22 Mar. 2025

**Verb**

Despite being a longtime celebrity chef, Guy Fieri can still get ***schooled***.
— Sabrina Weiss, *People.com*, 13 Mar. 2025

The comedian, 42, joked that his dad has been ***schooling*** him on proper Emmy etiquette ever since the trophy arrived.
— *EW.com*, 11 Mar. 2025

See All Example Sentences for *school* ›

ADVERTISEMENT



[redacted]

## Word History

### Etymology

**Noun (1)**

Middle English *scole*, from Old English *scōl*, from Latin *schola*, from Greek *scholē* leisure, discussion, lecture, school; perhaps akin to Greek *echein* to hold — more at SCHEME entry 1

**Noun (2)**

Middle English *scole*, from Middle Dutch *schole*; akin to Old English *scolu* multitude and probably to Old English *scylian* to separate — more at SKILL entry 1

### First Known Use

**Noun (1)**

before the 12th century, in the meaning defined at sense 1

**Verb (1)**

15th century, in the meaning defined at sense 1a

**Noun (2)**

15th century, in the meaning defined above

**Verb (2)**

1597, in the meaning defined above

### Time Traveler

**The first known use of *school* was before the 12th century**

See more words from the same century

## Phrases Containing *school*

[redacted]

after-school | alternative school | approved school
at school | boarding school | B-school
charter school | church school | common school
comprehensive school | consolidated school | correspondence school

See More

## Rhymes for *school*

boule | brule | buhl
cool | drool | fool
ghoul | mule | pool
poul | rule | spool

See All Rhymes for *school*

## Browse Nearby Words

schonfelsite | **school** | schoolable

See All Nearby Words ›

## Articles Related to *school*







**A Drudge of Lexicographers Presents:...**

What do you call a group of cats?



**Is 'school' ever properly a verb?**

It's time for you to get schooled on 'school'



**Get Schooled on 'School'**

What does a school of fish have to do with a classroom? Nothing.

ADVERTISEMENT




## Cite this Entry

Style MLA

"School." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/school. Accessed 29 Mar. 2025.

Copy Citation

## Share

## Kids Definition

[redacted]

# school 1 of 3 noun

skul

1 a : a place or establishment for teaching and learning

*public schools*

*a music school*

b : a faculty or division within an institution for higher education devoted to teaching, study, and research in a particular area of knowledge : COLLEGE

*school of law*

*graduate school*

2 a : a session of school

*missed school yesterday*

b : SCHOOLHOUSE

c : the students or students and teachers of a school

*the whole school was at the assembly*

3 : a group of persons having the same opinions and beliefs or accepting the same methods or leaders

*also* : the shared opinions, beliefs, or methods of such a group

# school 2 of 3 verb

1 : to teach or drill in a specific skill or area of knowledge

*well schooled in languages*

2 : to discipline or make used to something

*school oneself in patience*

# school 3 of 3 noun

: a large number of water-dwelling animals of one kind (as fish) swimming together

## Etymology

**Noun**

Old English *scōl* "a place for learning," from Latin *schola* (same meaning), from

Old English scōl "a place for learning," from Latin *schola* (same meaning), from Greek *scholē* "leisure, discussion, lecture, school"

### Word Origin

The English word *school* comes from the Greek *scholē*. The original meaning of *scholē* was "leisure." To the Greeks it seemed natural that one's leisure should be spent learning and thinking. *Scholē* therefore came to mean not only "leisure" but also "a place for learning." Many Greeks were later employed by the Romans as teachers, and the Romans borrowed the Greek word as *schola*. The Latin word *schola* in time came into Old English as *scōl*.

ADVERTISEMENT

### More from Merriam-Webster on *school*

Nglish: Translation of *school* for Spanish Speakers

Last Updated: 25 Mar 2025 - Updated example sentences

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

### Popular in Grammar & Usage

See More



How to Use Em Dashes (—), En Dashes (–), and Hyphens (-)




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?



Words You Always Have to Look Up



Democracy or Republic: What's the difference?

## Popular in Wordplay

See More

Top 10 Sophisticated Insults

Flower Etymologies For Your Spring Garden

More Words with Remarkable Origins

Terroir, Oenophile, & Magnum: Ten Words About Wine

8 Words for Lesser-Known Musical Instruments

## Games & Quizzes

See All




Quordle
Can you solve 4 words at once?
Play

Blossom Word Game
Pick the best words!
Play

Missing Letter
A daily crossword with a twist
Play

Guess the Curious Origins of These Everyday Words
Oh, that's where that comes from...
Take the quiz

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on March 29, 2025 for
**U.S. Trademark Application Serial No. 98764340**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

| | |
|---|---|
| **To:** | Triumph Group, Inc. (trademarks@sonnenschein.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 77849447 - AUGUSTE ESCOFFIER SCHOOL OF - 09787000.000 |
| **Sent:** | 1/25/2010 3:34:30 PM |
| **Sent As:** | ECOM106@USPTO.GOV |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4<br>Attachment - 5<br>Attachment - 6<br>Attachment - 7<br>Attachment - 8<br>Attachment - 9<br>Attachment - 10<br>Attachment - 11<br>Attachment - 12<br>Attachment - 13<br>Attachment - 14<br>Attachment - 15<br>Attachment - 16<br>Attachment - 17<br>Attachment - 18<br>Attachment - 19<br>Attachment - 20 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 77/849447

**MARK**: AUGUSTE ESCOFFIER SCHOOL OF

**CORRESPONDENT ADDRESS**:
CAROL ANNE BEEN
SONNENSCHEIN, NATH & ROSENTHAL, LLP
PO BOX 061080
CHICAGO, IL 60606-1080

*77849447*

**RESPOND TO THIS ACTION:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/main/trademarks.htm**

**APPLICANT**: Triumph Group, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO** :
09787000.000
**CORRESPONDENT E-MAIL ADDRESS**:
trademarks@sonnenschein.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 1/25/2010**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Section 2(d) Refusal: Likelihood of Confusion**

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 2862085. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the enclosed registration.

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely that a potential consumer would be confused or mistaken or deceived as to the source of the goods and/or services of the applicant and registrant. *See* 15 U.S.C. §1052(d). The court in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) listed the principal factors to be considered when determining whether there is a likelihood of confusion under Section 2(d). *See* TMEP §1207.01. However, not all of the factors are necessarily relevant or of equal weight, and any one factor may be dominant in a given case, depending upon the evidence of record. *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont*, 476 F.2d at 1361-62, 177 USPQ at 567.

The question is not whether people will confuse the marks, but whether the marks will confuse people into believing that the goods and/or services they identify come from the same source. *In re West Point-Pepperell, Inc.*, 468 F.2d 200, 201, 175 USPQ 558, 558-59 (C.C.P.A. 1972); TMEP §1207.01(b). For that reason, the test of likelihood of confusion is not whether the marks can be distinguished when subjected to a side-by-side comparison. The question is whether the marks create the same overall impression. *See Recot, Inc. v. M.C. Becton*, 214 F.3d 1322, 1329-30, 54 USPQ2d 1894, 1899 (Fed. Cir. 2000); *Visual Info. Inst., Inc. v. Vicon Indus. Inc.*, 209 USPQ 179, 189 (TTAB 1980). The focus is on the recollection of the average purchaser who normally retains a general rather than specific impression of trademarks. *Chemetron Corp. v. Morris Coupling & Clamp Co.*, 203 USPQ 537, 540-41 (TTAB 1979); *Sealed Air Corp. v. Scott Paper Co.*, 190 USPQ 106, 108 (TTAB 1975); TMEP §1207.01(b).

In this case, the following factors are the most relevant: similarity of the marks, similarity of the goods and/or services, and similarity of trade channels of the goods and/or services. *See In re Opus One, Inc.*, 60 USPQ2d 1812 (TTAB 2001); *In re Dakin's Miniatures Inc.* , 59 USPQ2d 1593 (TTAB 1999); *In re Azteca Rest. Enters., Inc.*, 50 USPQ2d 1209 (TTAB 1999); TMEP §§1207.01 *et seq.*

**Similarities of the Marks**

In a likelihood of confusion determination, the marks are compared for similarities in their appearance, sound, meaning or connotation and commercial impression. *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b). Similarity in any one of these elements may be sufficient to find a likelihood of confusion. *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re Lamson Oil Co.*, 6 USPQ2d 1041, 1043 (TTAB 1987); *see* TMEP §1207.01(b).

Applicant seeks registration for AUGUSTE ESCOFFIER SCHOOL OF CULINARY ARTS, with SCHOOL OF CULINARY ARTS disclaimed (see requirement below). Although a disclaimed portion of a mark certainly cannot be ignored, and the marks must be compared in their entireties, one feature of a mark may be more significant in creating a commercial impression. Disclaimed matter is typically less significant or less dominant when comparing marks. *See In re Dixie Rests., Inc.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997); *In re Nat'l Data Corp.* , 753 F.2d 1056, 1060, 224 USPQ 749, 752 (Fed. Cir. 1985); TMEP §1207.01(b)(viii), (c)(ii). In other words, the dominant portion of applicant's mark is AUGUSTE ESCOFFIER.

Registrant's mark is LA FRATERNELLE DES CUISINIERS GRAND PRIX CULINAIRE INTERNATIONAL ET EXPOSITION AUGUSTE ESCOFFIER, which translates to THE BROTHERHOOD OF CHEFS INTERNATIONAL CULINARY GRAND PRIX AND EXHIBITION AUGUSTE ESCOFFIER. First, the wording GRAND PRIX CULINAIRE INTERNATIONAL ET EXPOSITION is disclaimed, thus making the wording LA FRATERNELLE DES CUISINIERS and AUGUSTE ESCOFFIER the dominant portion of registrant's marks. Applicant's mark is similar in appearance and sound because both marks share the identical element AUGUSTE ESCOFFIER. More importantly, both marks share a similar meaning because of the shared identical element AUGUSTE ESCOFFIER. Auguste Escoffier was a famous French chef who is famous for cultivating French recipes and food. Please see the attached evidence. Thus, because both marks refer to Auguste Escoffier the marks impress upon consumers the ideas and techniques of Auguste Escoffier.

**Similarities of the Services**

The goods and/or services of the parties need not be identical or directly competitive to find a likelihood of confusion. *See Safety-Kleen Corp. v. Dresser Indus., Inc.*, 518 F.2d 1399, 1404, 186 USPQ 476, 480 (C.C.P.A. 1975); TMEP §1207.01(a)(i). Rather, it is sufficient that the goods and/or services are related in some manner and/or the conditions surrounding their marketing are such that they would be encountered by the

same purchasers under circumstances that would give rise to the mistaken belief that the goods and/or services come from a common source. *In re Total Quality Group, Inc.*, 51 USPQ2d 1474, 1476 (TTAB 1999); TMEP §1207.01(a)(i); *see, e.g., On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086-87, 56 USPQ2d 1471, 1475-76 (Fed. Cir. 2000); *In re Martin's Famous Pastry Shoppe, Inc.* , 748 F.2d 1565, 1566-68, 223 USPQ 1289, 1290 (Fed. Cir. 1984).

Applicant seeks registration for vocational educational services in the field of culinary arts. These services can be provided by a variety of activities, including workshops, seminars, and exhibitions. Registrant's services include providing educational exhibitions in the field of cooking and culinary arts. The services are legally identical. Both are providing educational services in the field of culinary arts.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1025 (Fed. Cir. 1988).

Because the use of similar marks used on legally identical services is likely to cause confusion, registration must be refused under Section 2(d). Although applicant's mark has been refused registration, applicant may respond to the refusal by submitting evidence and arguments in support of registration.

Applicant must respond to the requirements set forth below.

**Disclaimer**

A "disclaimer" is a statement in the record that an applicant does not claim exclusive rights to an unregistrable component of a mark; it does not affect the appearance of the mark. TMEP §1213. An unregistrable component can include wording or designs that are merely descriptive or generic, deceptively misdescriptive, or primarily geographically descriptive of an applicant's goods and/or services. 15 U.S.C. §1052(e); *see* TMEP §§1213, 1213.03.

The Office can require an applicant to disclaim an unregistrable component of a mark. 15 U.S.C. §1056(a). Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

A disclaimer does not physically remove the disclaimed matter from the mark, but rather is a written statement that applicant does not claim exclusive rights to the disclaimed wording and/or design separate and apart from the mark as shown in the drawing. TMEP §§1213, 1213.10.

Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

The following cases further explain the disclaimer requirement: *Dena Corp. v. Belvedere Int'l Inc* ., 950 F.2d 1555, 21 USPQ2d 1047 (Fed. Cir. 1991); *In re Brown-Forman Corp.*, 81 USPQ2d 1284 (TTAB 2006); *In re Kraft, Inc.*, 218 USPQ 571 (TTAB 1983).

Applicant seeks registration for vocational educational services in the field of culinary arts. The proposed mark includes the phrase "school of culinary arts." This phrase immediately describes applicant's services by informing consumers of the nature of applicant's services (schooling) and the subject matter (culinary arts). Therefore, applicant must disclaim this descriptive phrase apart from the mark as shown. *See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.03(a). Please see the attached showing the wording "school of culinary arts" used to describe other educational services in the field of culinary arts. This evidence also consists of attached copies of printouts from the USPTO X-Search database, which show third-party registrations that disclaim "school" and "culinary arts" for marks used with in conjunction with educational services or similar services. The use of these disclaimers demonstrates the descriptiveness of this wording in conjunction with the same or similar services as that of the applicant.

The computerized printing format for the Office's *Trademark Official Gazette* requires a standardized format for a disclaimer. TMEP §1213.08(a)(i). The following is the standard format used by the Office:

**No claim is made to the exclusive right to use "SCHOOL OF CULINARY ARTS" apart from the mark as shown.**

TMEP §1213.08(a)(i); *see In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

**Individual Identified**

Applicant must clarify whether the name or signature in the applied-for mark identifies a particular living individual. Written consent is required for registration of a name, including a pseudonym, stage name or nickname, or signature, if the name or signature identifies a specific living

individual. Trademark Act Section 2(c), 15 U.S.C. §1052(c); TMEP §813; *see* TMEP §§1206 *et seq.*

**If the name or signature shown in the mark identifies a particular living individual**, then applicant must submit the following:

(1) A written consent, personally signed by the individual whose name or signature appears in the mark, authorizing applicant to register the name, pseudonym, stage name, nickname or signature as a trademark and/or service mark with the USPTO; and

(2) A statement that "**AUGUSTE ESCOFFIER** identifies a living individual whose consent is of record." If the name represents that of a pseudonym, stage name or nickname, applicant must include a statement that "**AUGUSTE ESCOFFIER** identifies the {pseudonym/stage name/nickname} of {specify actual name}, a living individual whose consent is of record."

*See* TMEP §§813, 813.01(a), 1206.04(a).

**However, if the name or signature in the mark does not identify a living individual**, then applicant must submit a statement that "**AUGUSTE ESCOFFIER** does not identify a living individual." TMEP §813.01(b).

**Classification of Services**

The services are classified incorrectly. Applicant must amend the application to classify the services in International Class 041. *See* 37 C.F.R. §§2.32(a)(7), 2.85; TMEP §§1401.02(a), 1401.03(b).

**Response Guidelines**

There is no required format or form for responding to an Office action; however, applicant must explicitly address each refusal and/or requirement raised in this Office action. If a refusal has issued, applicant may wish to argue against the refusal, i.e., submit arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. To respond to requirements, applicant should set forth in writing the required changes or statements and request that the Office enter them into the application record.

The response must be signed by the individual applicant or someone with legal authority to bind a juristic applicant (e.g., a corporate officer or general partner). *See* 37 C.F.R. §§2.62(b), 2.193(e)(2)(ii); TMEP §§611.03(b), 611.06 *et seq.*, 712.01. In the case of joint applicants, all must sign. 37 C.F.R. §2.193(e)(2)(ii); TMEP §611.06(a). In addition, the proper signatory must personally sign or personally enter his/her electronic signature. *See* 37 C.F.R. §2.193(a), (e)(2)(ii); TMEP §§611.01(b), 611.02.

The Office recommends applicants use the Trademark Electronic Application System (TEAS) to respond to Office actions online at http://www.uspto.gov/teas/index.html. If applicant responds on paper via regular mail, the response should include the title "Response to Office Action" and the following information: (1) the name and law office number of the examining attorney, (2) the serial number and filing date of the application, (3) the date of issuance of this Office action, (4) applicant's name, address, telephone number and e-mail address (if applicable), and (5) the mark. 37 C.F.R. §2.194(b)(1); TMEP §302.03(a).

The following legal authorities govern the processing of trademark and service mark applications by the Office: The Trademark Act of 1946, 15 U.S.C. §§1051 *et seq.*; The Trademark Rules of Practice, 37 C.F.R. Part 2; and the Office's *Trademark Manual of Examining Procedure* (TMEP) (6th ed. 2009). These legal resources are available online at http://www.uspto.gov/main/trademarks.htm.

"TMEP" refers to the Office's *Trademark Manual of Examining Procedure* (6th ed. 2009), available on the United States Patent and Trademark Office website at http://www.uspto.gov/main/trademarks.htm. The TMEP is a detailed administrative manual written by the Office to explain the laws and procedures that govern the trademark/service mark application, registration, and post registration processes.

If applicant has questions about its application or this Office action, please contact the assigned trademark examining attorney at the telephone number below.

/Dannean J Hetzel/
Trademark Examining Attorney
Law Office 106
Phone 571-272-8858
Fax 571-273-9106

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail. For *technical* assistance with the form, please e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

**DESIGN MARK**

**Serial Number**
76471035

**Status**
REGISTERED

**Word Mark**
LA FRATERNELLE DES CUISINIERS GRAND PRIX CULINAIRE INTERNATIONAL ET EXPOSITION AUGUSTE ESCOFFIER

**Standard Character Mark**
No

**Registration Number**
2862085

**Date Registered**
2004/07/13

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
LA FRATERNELLE DES CUISINIERS DE NICE MUTUALISTIC COMPANY FRANCE 2 Rue de l'Hôtel de Ville 06300 Nice FRANCE

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Entertainment in the nature of culinary competitions; publication of books, newspapers, and magazines; and organizing exhibitions for educational and cultural purposes relating to cooking.

**Foreign Country Name**
FRANCE

**Foreign Registration Number**
1386953

**Foreign Registration Date**
1986/12/23

**Foreign Expiration Date**
1996/12/23

**Foreign Renewal Registration Number**
1386953

**Foreign Renewal Registration Date**
1996/11/25

**Foreign Renewal Expiration Date**
2006/11/25

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GRAND PRIX CULINAIRE INTERNATIONAL ET EXPOSITION" APART FROM THE MARK AS SHOWN.

**Name/Portrait Statement**
The name "Auguste Escoffier" is the name of an individual who is deceased.

**Translation Statement**
The words "LA FRATERNELLE DES CUISINIERS" translates from French into English as "The brotherhood of chefs". The wording "GRAND PRIX CULINAIRE INTERNATIONAL ET EXPOSITION" translates from French into English as "International culinary grand prix and exhibition".

**Filing Date**
2002/11/22

**Examining Attorney**
STINE, DAVID

**Attorney of Record**
Mark Lebow

LA FRATERNELLE DES CUISINIERS

GRAND PRIX CULINAIRE INTERNATIONAL
ET EXPOSITION
AUGUSTE ESCOFFIER

http://www.google.com/search?hl=en&source=hp&q=what+is+school+of+culinary&aq=f&aql=&aqi=&oq=
01/25/2010 01:09:14 PM

AllCulinarySchools
Your Guide to Education and Careers in the Culinary Arts

Home | School Listings | Articles & Resources

Search for Schools Diploma andlor Enter a zip or state GO!

RECEIVE NEWS & EVENTS

Subscribe to our monthly newsletter to receive free school and career information.

Email Address

Subscribe»

EXPLORE TOP DEGREES

1. Culinary School
2. Hospitality Management Certificate
3. Baking School
4. Pastry Chef School
5. Culinary Arts Institutes
6. Chef School

EXPLORE TOP SCHOOLS

THE INTERNATIONAL CULINARY SCHOOLS

Le Cordon Bleu College of Culinary Arts

The Institute of Culinary Education

START YOUR
CULINARY CAREER
TODAY

*Search the most comprehensive online directory of accredited culinary schools.*

**Receive info from schools on:**

» Culinary School
» Pastry Chef School
» Hospitality Management
» Restaurant Management



Browse Our Directory of Top Culinary Schools

View Culinary Schools »

Explore Exciting Culinary Careers

Get More Info »



**Hot Culinary Careers**



Let All Culinary Schools help you take the first step toward an exciting culinary career. Whether you're looking for diploma, associate's or bachelor's degrees, our directory has a wide selection of cooking schools with programs to meet your needs. All Culinary Schools lets you easily compare schools and contact the ones that interest you.

Not sure which direction your culinary career should take? Our Culinary Career Research page has information to help you choose the right path.

**Culinary School and Career Resource Center**

**Culinary Community**



Keep up with the latest culinary news, gossip and trends. Read these recent posts on our Culinary Community News Board.

Today's Article:

NEW ENGLAND CULINARY INSTITUTE

The French Culinary Institute NEW YORK CITY

CULINARD

KITCHEN

ITALIAN CULINARY ACADEMY

## Culinary School and Career Resource Center



Before you hand over your tuition money, you probably have some questions about culinary school. In our Culinary School and Career Resource Center, you can learn about a number of topics from how to choose a culinary arts program to industry statistics and information about the outlook for a culinary career.

Read more about culinary schools and careers in our articles and resources:

- Choosing a Culinary Arts Program
- Culinary Jobs and Externships
- How Cooking Schools Work
- Culinary Career Outlook
- Salaries for Culinary Arts Careers
- Chef Job Description
- Chef Interview

## Hospitality & Restaurant Management Resources



Maybe you're interested in a culinary career, but you don't necessarily want to work in the kitchen. If your business skills outshine your culinary genius, find out more about management careers in our Hospitality and Restaurant Management Career Resource Center. There are many opportunities for individuals with business know-how and an appreciation for good food to succeed in the culinary industry.

Read more about restaurant and hospitality management:

- Restaurant Management Job Description
- Hospitality Jobs Industry Outlook
- Hotel and Restaurant Management Salaries
- Hospitality Career Center
- Restaurant Manager Interview

**Today's Article:**

- Become a Culinary Arts Major: Cook Your Way Out of Job Woes

**Previous Articles:**

- Culinary Volunteers Help Fight Hunger and Obesity
- Honoring Healthy Fare from High School Culinary Students
- Artisan Cooking: Culinary School Isn't Just for Top Chefs

>> More Culinary Community News

## Featured Articles

Where Top Chefs Attended Cooking School



We revere those who prepare our food. Whether it's Mom's home cooking or a gourmet chef's exquisite concoction, there's no lack of gratitude towards those who feed us. While top chefs fill our stomachs with their culinary creations, they sometimes also fill us with envy for their thriving careers. Read more about where top chefs attended cooking school.

**Culinary Career Success Stories: From Culinary School to a Dream Job**



Just as variety is the essence of a successful dish—an abundance of colors, flavors and textures that work together—it's also a key part of the culinary industry.

Culinary careers cover much more than being a chef. There are culinary careers to fit all sorts of people with all kinds of goals, and the paths to these careers are as varied as the jobs themselves. Read these culinary school success

- The International Culinary School Professor Interview
- Le Cordon Bleu Professor Interview

### Catering Career Resources



Put your culinary school training to good use in a catering business. If you're looking for a career that will allow you to be your own boss and have a flexible schedule, a catering career could be a good fit.

Learn more about catering jobs and whether you have what it takes. Explore the following catering articles:

- Catering Job Description
- Inside Look at Catering Jobs
- Getting Started as a Caterer

### Culinary Arts Institute: Geography Resources



Learn about culinary schools, career prospects and regional cuisines. Get information about the culinary scene in different states so you can choose a school that's right for you.

Explore the following geography articles:

- Arizona Culinary School
- California School of Culinary Arts
- Florida Culinary School
- Illinois Culinary School
- Louisiana Culinary School
- Massachusetts Culinary School
- Nevada Culinary School
- New York Culinary School
- Pennsylvania Culinary Arts Institute

jobs themselves. Read these culinary school success stories.

### Baking and Pastry Chef Resources



Do your talents tend toward the sweeter side of the culinary spectrum? If so, perhaps it's time to explore your options in a baking or pastry chef program.

Learn more about baking and pastry chef training and careers in the following articles:

- Pastry Chef Job Description
- Inside Look at Pastry Chef Careers
- Baker vs. Pastry Chef: What's the Difference?

### Cuisines



As you start your culinary school training, you'll be exposed to many different techniques and cuisines. Finding which style of food inspires you the most is an important step toward making your mark in the culinary world.

Read about these popular cooking styles:

- French Cooking
- Italian Cooking
- Japanese Cooking
- Southwestern Cooking

### Other Culinary Articles

- All About Culinary School Accreditation
- Balancing Work and Culinary School
- Guide to Culinary Arts Programs

http://www.google.com/search?hl=en&source=hp&q=what+is+school+of+culinary&aq=f&aql=&aqi=&oq=
01/25/2010 01:09:14 PM

- Culinary School in Texas

### Your Quick and Easy Guide to Cooking Schools



If you're looking for in-depth resources about cooking schools and careers, explore our Culinary Career Resources for information on a wide range of topics. However, if you're looking for a quick and easy guide to cooking school, look no further than this article on How to Choose a Cooking School.

- Jobs for Chef School Graduates

Find more articles in our Culinary Arts Schools Article Archive.

### Quick Links

- Find culinary schools by city or state.
- Learn about Financial Aid for your culinary education.

Looking for more info?
Sign up for monthly email updates with the latest career, degree and school info. Email Address Subscribe»

Home | Schools Directory | Articles & Resources
Find a School | Privacy Policy | Site Map | About Us | School Login | Advertise With Us | Contact Us

### Top Cooking School Programs

1. Culinary School
2. Hospitality Management Certificate
3. Baking School
4. Pastry Chef School
5. Culinary Arts Institutes
6. Chef School
7. Art of Cooking
8. Food & Beverage Management

### Recent Articles

5 jobs You Can Get With a Hospitality Degree
Where Top Chefs Attended Cooking School
Culinary Arts Programs
How to Choose a Cooking School
Jobs for Chef School Graduates
Salary Information for Culinary Arts Careers

### Culinary Career Centers

Culinary School
Baking & Pastry Chef
Hospitality Management Training
Restaurant Management Career
Chef Job Resources
Catering Job Resources

### Interviews

A Professor's Culinary School Advice
Inside Pastry Chef Careers
Restaurant Manager Interview
Inside Catering Jobs
Inside Chef Jobs

© 2002-2010 All Star Directories, Inc. All Rights Reserved. | Terms of Use

**Print: Jan 25, 2010** **76463941**

**DESIGN MARK**

**Serial Number**
76463941

**Status**
REGISTERED

**Word Mark**
C.A.F.E. (CULINARY ARTS FOODSERVICE EXPOSITION)

**Standard Character Mark**
No

**Registration Number**
2781604

**Date Registered**
2003/11/11

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Johnson & Wales University NON-PROFIT CORPORATION RHODE ISLAND 8 Abbot Park Place Providence RHODE ISLAND 029032807

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Vocational education in the field of foodservice. First Use: 1991/10/19. First Use In Commerce: 1991/10/19.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CULINARY ARTS FOODSERVICE EXPOSITION" APART FROM THE MARK AS SHOWN.

**Filing Date**
2002/10/31

**Examining Attorney**
ENGEL, MICHAEL

**Attorney of Record**
Robert S. Salter, Esq.

# C.A.F.E. (Culinary Arts Foodservice Exposition)

**Print: Jan 25, 2010** **76629344**

**DESIGN MARK**

**Serial Number**
76629344

**Status**
REGISTERED

**Word Mark**
THE GREENBRIER CULINARY ARTS CENTER

**Standard Character Mark**
Yes

**Registration Number**
3044199

**Date Registered**
2006/01/17

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
GREENBRIER IA, INC CORPORATION DELAWARE 136 CARRIAGE LANE WHITE SULPHUR SPRING WEST VIRGINIA 24986

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Education services, namely, offering a variety of cooking classes. First Use: 2000/00/00. First Use In Commerce: 2000/00/00.

**Prior Registration(s)**
1482046;1627679;2754408;AND OTHERS

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CULINARY ARTS CENTER" APART FROM THE MARK AS SHOWN.

**Filing Date**
2005/01/24

**Examining Attorney**
MARTIN, JENNIFER

**Print: Jan 25, 2010** **76629344**

**Attorney of Record**
Mary Dalton Baril

# The Greenbrier Culinary Arts Center

**Print: Jan 25, 2010** **77076286**

**DESIGN MARK**

**Serial Number**
77076286

**Status**
REGISTERED

**Word Mark**
NATIONAL INSTITUTE FOR CULINARY ARTS AT MOUNTAIN STATE UNIVERSITY

**Standard Character Mark**
No

**Registration Number**
3427650

**Date Registered**
2008/05/13

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Mountain State University CORPORATION WEST VIRGINIA P.O. Box 9003 Beckley WEST VIRGINIA 25802

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: education courses relating to culinary arts. First Use: 2008/01/03. First Use In Commerce: 2008/01/03.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NATIONAL INSTITUTE FOR CULINARY ARTS AT MOUNTAIN STATE UNIVERSITY" APART FROM THE MARK AS SHOWN.

**Description of Mark**
The mark consists of a light blue diamond around a dark blue interior and a light blue flame above the words "NATIONAL INSTITUTE FOR CULINARY ARTS" in dark blue and the words "AT MOUNTAIN STATE UNIVERSITY" in black.

**Colors Claimed**
The color(s) light blue, dark blue, and black is/are claimed as a

feature of the mark.

**Filing Date**
2007/01/04

**Examining Attorney**
CHHINA, KARAN

**Attorney of Record**
Michael T. Smith

# National Institute for Culinary Arts

AT MOUNTAIN STATE UNIVERSITY

**Print: Jan 25, 2010** **77279743**

**DESIGN MARK**

**Serial Number**
77279743

**Status**
REGISTERED

**Word Mark**
THE INTERNATIONAL CULINARY SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
3464763

**Date Registered**
2008/07/08

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Education Management LLC LIMITED LIABILITY COMPANY DELAWARE 210 Sixth Avenue Pittsburgh PENNSYLVANIA 15222

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Educational services, namely, providing courses of instruction at the postsecondary level. First Use: 2007/11/05. First Use In Commerce: 2007/11/05.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CULINARY SCHOOL" APART FROM THE MARK AS SHOWN.

**Filing Date**
2007/09/14

**Amended Register Date**
2008/05/06

**Examining Attorney**
WELLS, KELLEY

Print: Jan 25, 2010 77279743

**Attorney of Record**
Christie Baty Heinze

# THE INTERNATIONAL CULINARY SCHOOL

http://www.escoffier.com/ 01/25/2010 03:29:10 PM

x

## Did you know that your Internet Explorer 6 (IE6) is out of date?

This template is compatible with IE6, however your experience will be enhanced with a newer browser.

To get the best possible experience using our website we recommend that you upgrade to a newer version or other web browser. A list of the most popular web browsers can be found below

Escoffier On Line
*The Culinary Resource*
*Serving the Culinary Community since 1995*

EOL Home | Escoffier & Great Chefs | Careers, Education & Scholarships | Content Categories | Culinary Forums&Blogs | Photos &Videos | Chef Shops | Contact EOL | Site Map

### HOT JOBS

- Executive Chef- Atlanta, GA
- Kitchen Manager- Duluth, MN
- Executive Chef- Detroit, MI
- Restaurant General Manager- Orlando, FL
- Banquet Chef- Lansing, MI

### CHEF CAREER HELP

- Has Your Head Been Hunted Lately? Working with Recruiters in Your Job Search
- Cruise Ship Job Applications - Target Them Correctly
- The Salary Negotiation Dance During A Job Interview
- Cruise Ship Jobs: Why Bigger Isn't Always Better!
- Your Job Search Wish List

### HOT OFF THE STOVE

- Basilicata Italy Carnevale Season
- A Wine Lover's Weekly Guide To $10 Wines - A Beringer White Zinfandel
- Food Packaging: More Environmentally Friendly
- Kosher Wine Pairings For The Distinguished Palate
- Easy Casseroles and Meat Pies

### SEARCH EOL

Search

Search

### LOG IN

Username

Password

Remember me

## Escoffier On Line

### Georges Auguste Escoffier

Auguste Escoffier began his career at the age of 13 and retired 61 years later. Escoffier made French Cuisine world famous and documented its methods and techniques. He moved menus, cooking technique and the organization of the professional kitchen into what

Share on facebook

Add Site to Favorites
Add Page to Favorites
Make Homepage
Print This Page

LOGIN

Forgot login?

No account yet? Register




Available

Print

professional kitchen into what we are familiar with today. His three cook books, especially Le Guide Culinaire first published in 1903, are read by all levels of culinarians from Culinary Students to Certified Master Chefs for inspiration. Escoffier On Line is dedicated to preserving the history of Escoffier and the Great Chefs. We hope to add the Culinary Community by organizing the many resources on the web for Escoffier and the Great Chefs

There have been discussions that contend that Escoffier would have been upset with the wonderful new tools we have; food processors, convection and combi ovens, computers and all the information on Culinary Arts on the web. I believe the opposite is true, and that he would have embraced them and been at the forefront of incorporating these new technologies into his kitchen

To learn more about Escoffier read his biography

EXECUTIVE CHEF CAREER
Morrison Management Specialists
US-DC-Washington

Production Supervisor/Sous Chef
Goodwin House
US-VA-Falls Church

Restaurant Manager - 500+ locations - GMs earn $100K
Patrice & Associates
US-VA-Dumfries

Restaurant General Manager
Horizon Hospitality Associates, Inc
US-VA-DC and Northern VA

Complex Executive Chef
Hilton Worldwide
US-VA-Arlington

Restaurant Manager
BlackFinn American Saloon
US-MD-Bethesda

Cook
Sunrise Senior Living
US-MD-Bethesda

Restaurant Managers needed
Martin & Associates
US-VA-Fairfax

Restaurant Manager and General Manager
Gecko Hospitality
US-MD-Bethesda, Rockville, California Waldorf and surrounding areas

Type in search... Go

Post a Resume
Post a Job

See more jobs at CareerBuilder.com

Upromise Scholarship. Upromise is giving $2,500 each to some very deserving students. Learn more

World Travel

### I Love Italian Travel - Basilicata Carnevale Season

Basilicata sits in the south of Italy with a tiny coastline on the Tyrrhenian Sea to the west and a somewhat larger one on the Gulf of Taranto to the south. This is one of the least prosperous, most

| | |
|---|---|
| **To:** | Triumph Group, Inc. (trademarks@sonnenschein.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 77849447 - AUGUSTE ESCOFFIER SCHOOL OF - 09787000.000 |
| **Sent:** | 1/25/2010 3:34:34 PM |
| **Sent As:** | ECOM106@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 77849447) has been reviewed. The examining attorney assigned by the United States Patent and Trademark Office ("USPTO") has written a letter (an "Office action") on 1/25/2010 to which you must respond (*unless the Office letter specifically states that no response is required*). Please follow these steps:**

**1. Read** the Office letter by clicking on this **link** **http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77849447&doc_type=OOA&mail_date=20100125** **OR** go to **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter. If you have difficulty accessing the Office letter, contact **TDR@uspto.gov**.

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2. Contact** the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3. Respond** within 6 months, calculated from **1/25/2010** (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov**.

**ALERT:**

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT (loss) of your application.**

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.**

| | |
|---|---|
| **To:** | Hands-On America, Inc. (roger@rogerdoumanianlaw.com) |
| **Subject:** | U.S. Trademark Application Serial No. 88505739 - CALIFORNIA SCHOOL OF CONSTRUCTION - 8118HOA-TMR |
| **Sent:** | September 26, 2019 03:31:37 PM |
| **Sent As:** | ecom125@uspto.gov |
| **Attachments:** | Attachment - 1 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 88505739

**Mark:** CALIFORNIA SCHOOL OF CONSTRUCTION

**Correspondence Address:**
ROGER DOUMANIAN
ROGER DOUMANIAN, ATTORNEY AT LAW, APC
27955 SMYTH DRIVE, SUITE 107
VALENCIA, CA 91355

**Applicant:** Hands-On America, Inc.

**Reference/Docket No.** 8118HOA-TMR

**Correspondence Email Address:**

roger@rogerdoumanianlaw.com

## NONFINAL OFFICE ACTION

**The USPTO must receive applicant's response to this letter within six months of the issue date below or the application will be abandoned.** Respond using the Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date: September 26, 2019**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

### SEARCH OF OFFICE'S DATABASE OF MARKS

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

### SUMMARY OF ISSUES:

- SECTION 2(e)(2) REFUSAL – PRIMARILY GEOGRAPHICALLY DESCRIPTIVE
- DISCLAIMER OF GENERIC WORDING REQUIRED ON SUPPLEMENTAL REGISTER

**SECTION 2(e)(2) REFUSAL – PRIMARILY GEOGRAPHICALLY DESCRIPTIVE**

Registration is refused because the applied-for mark is primarily geographically descriptive of the origin of applicant's goods and/or services. Trademark Act Section 2(e)(2), 15 U.S.C. §1052(e)(2); *see* TMEP §§1210, 1210.01(a).

A mark is primarily geographically descriptive when the following is demonstrated:

(1) The primary significance of the mark is a generally known geographic place or location;

(2) The goods and/or services for which applicant seeks registration originate in the geographic place identified in the mark; and

(3) Purchasers would be likely to make a goods-place or services-place association; that is, purchasers would be likely to believe that the goods and/or services originate in the geographic place identified in the mark.

TMEP §1210.01(a); *see In re Societe Generale des Eaux Minerales de Vittel S.A.*, 824 F.2d 957, 959, 3 USPQ2d 1450, 1452 (Fed. Cir. 1987); *In re Hollywood Lawyers Online*, 110 USPQ2d 1852, 1853 (TTAB 2014).

Applicant has applied to register CALIFORNIA SCHOOL OF CONSTRUCTION for "Vocational schools, namely, providing education and training for individuals who are seeking to acquire the necessary skills to work in the construction industry" in International Class 41.

The primary significance of "CALIFORNIA" is a geographic location, namely, a state in the United States of America, as shown in the attached internet evidence from the Columbia Gazetteer of the World.

Here, applicant's address lists California which creates a direct association between the services and the geographic location in the mark.

Applicant's incorporation of the additional wording "SCHOOL OF CONSTRUCTION" does not avoid the refusal. The addition of generic or highly descriptive wording to a geographic word or term does not diminish that geographic word or term's primary geographic significance. TMEP §1210.02(c)(ii); *see, e.g., In re Hollywood Lawyers Online*, 110 USPQ2d 1852, 1853-54 (TTAB 2014) (holding HOLLYWOOD LAWYERS ONLINE primarily geographically descriptive of attorney referrals, online business information, and an online business directory); *In re Cheezwhse.com, Inc.*, 85 USPQ2d 1917, 1920 (TTAB 2008) (holding NORMANDIE CAMEMBERT primarily geographically descriptive of cheese).

Applicant's identification of goods states that applicant provides education services related to the construction industry at a vocational school. Thus, the wording "SCHOOL OF CONSTRUCTION" is merely descriptive of a feature of applicant's services.

Based on the foregoing, registration is refused under Section 2(e)(2) because the applied-for mark is primarily geographically descriptive of the origin of applicant's services.

*SUPPLEMENTAL REGISTER ADVISORY*

Registration is refused on the Supplemental Register because the proposed mark is not in lawful use in commerce, as required by Trademark Act Section 23. *See* 15 U.S.C. §1091(a); 37 C.F.R. §2.47(a); TMEP §714.05(a)(i). Specifically, this application is based on applicant's bona fide intention to use the mark in commerce under Section 1(b), and applicant has not yet submitted an amendment to allege use under 37 C.F.R. §2.76. *See* 37 C.F.R. §§2.47(d), 2.75(b); TMEP §§815.02, 1102.03.

This refusal will be withdrawn if applicant (1) deletes the amendment to the Supplemental Register, or (2) submits an amendment to allege use that meets the requirements of 37 C.F.R. §2.76(b), (c). *See* TMEP §§815.02, 1102.03.

If applicant maintains the amendment to the Supplemental Register and provides an acceptable amendment to allege use, the effective filing date of the application will be the date on which applicant met the minimum filing requirements of 37 C.F.R. §2.76(c) for the amendment to allege use. 37 C.F.R. §2.75(b); TMEP §§816.02, 1102.03. In addition, the undersigned trademark examining attorney will conduct a new search of the USPTO records for conflicting marks based on the later application filing date. TMEP §§206.01, 1102.03.

Although registration on the Supplemental Register does not afford all the benefits of registration on the Principal Register, it does provide the following advantages to the registrant:

(1) Use of the registration symbol ® with the registered mark in connection with the designated goods and/or services, which provides public notice of the registration and potentially deters third parties from using confusingly similar marks.

(2) Inclusion of the registered mark in the USPTO's database of registered and pending marks, which will (a) make it easier for third parties to find it in trademark search reports, (b) provide public notice of the registration, and thus (c) potentially deter third parties from using confusingly similar marks.

(3) Use of the registration by a USPTO trademark examining attorney as a bar to registering confusingly similar marks in applications filed by third parties.

(4) Use of the registration as a basis to bring suit for trademark infringement in federal court, which, although more costly than state court, means judges with more trademark experience, often faster adjudications, and the opportunity to seek an injunction, actual damages, and attorneys' fees and costs.

(5) Use of the registration as a filing basis for a trademark application for registration in certain foreign countries, in accordance with international treaties.

*See* 15 U.S.C. §§1052(d), 1091, 1094; J. Thomas McCarthy, *McCarthy on Trademarks & Unfair Competition* §§19:33, 19:37 (rev. 4th ed. Supp. 2017).

**DISCLAIMER OF GENERIC WORDING REQUIRED ON SUPPLEMENTAL REGISTER**

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f) or on the Supplemental Register, applicant will be required to disclaim "SCHOOL OF CONSTRUCTION" because such wording appears to be generic in the context of applicant's goods and/or services. *See* 15 U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 144, 196 USPQ 7, 8 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766, 768 (TTAB 1986); TMEP §1213.03(b).

Applicant may submit a disclaimer in the following format:

**No claim is made to the exclusive right to use "SCHOOL OF CONSTRUCTION" apart from the mark as shown.**

TMEP §1213.08(a)(i).

For an overview of disclaimers and instructions on how to satisfy this issue using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**RESPONSE GUIDELINES**

Please call or email the assigned trademark examining attorney with questions about this Office action. Although the trademark examining attorney cannot provide legal advice or statements about applicant's rights, the trademark examining attorney can provide applicant with additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06. Although the USPTO does not accept emails as responses to Office actions, emails can be used for informal communications and will be included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

**How to respond. Click to file a response to this nonfinal Office action**

/Katie Foss/
Examining Attorney
Law Office 125

571-272-4067
katherine.foss@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

Site Provided by U S Patent and Trademark Office



THE COLUMBIA GAZETTEER OF THE WORLD



California
California
Geography
Economy
History: 1500s to 1776
History: 1776 to 1812
History: 1812 to 1853
History: 1853 to World War II
History: World War II to 1980
History: 1980 to Present
Government

State Flag



Country Flag



# California

| | |
|---|---|
| TYPE OF PLACE | state |
| LOCATION | California, United States |
| POPULATION | 36,457,549 |

Historical Population

**California** (KAL-ee-FORN-yah), state (= 163,707 sq mi/424,001 sq km; 2000 population 33,871,648; 2005 estimated population 36,154,147), W U.S., admitted as the thirty-first state of the Union in 1850; • Sacramento. The largest cities are Los Angeles, San Diego, San Jose, San Francisco, Long Beach, Oakland, and Sacramento. California is known as "The Golden State" due to the discovery of gold in 1848 and for its fields of golden poppies.

## Geography

California is bounded on the N by Oregon, on the E by Nevada and Arizona (from which it is separated by the Colorado River), on the S by Mexico (Baja California Norte state), and on the W by the Pacific Ocean. Ranking first among the U.S. states in population and third in area, California has a diverse topography and climate. A series of low mountains known as the Coast Ranges extends along the 1,200 mi/1,931 km coast. Most of the coastal areas and mountains immediately inland, from Eureka in N to Los Angeles in S, are subject to frequent and often severe earthquakes from the San Andreas Fault and other geological faults; also, some areas in NE, especially around Lassen Peak, are volcanically active. The Coast Ranges receive heavy rainfall in the N, but the climate of these mountains is considerably drier in S California, and no major rivers reach the ocean S of the Golden Gate. The entire coastline is subject to fog, formed by a clash of cool ocean currents from N and a warm land surface; fog adds to the region's beauty, but is also the contributor to infamous multicar pileups on California's freeways. Behind the coastal ranges in central California lies the great Central Valley, a long alluvial valley drained by the Sacramento and San Joaquin rivers. In the SE lie vast deserts, notably the Mojave Desert, site of Joshua Tree National Monument. Rising as an almost impenetrable granite barrier E of the Central Valley is the Sierra Nevada range, which includes Mount Whitney (highest point in U.S. outside Alaska, 14,494 ft/4,418 m), Kings Canyon National Park, Sequoia National Park, and Yosemite National Park (all in S part of Sierras, SE California). The Cascade Range, the northern continuation of the Sierra Nevada, includes Lassen Volcanic National Park. Death Valley National Monument is E of the S Sierra Nevada.

## Economy

California has an enormously productive and diverse economy. Although agriculture is second to industry as the basis of the state's economy, California is the leading state in the production of fruits and vegetables, including tomatoes, carrots, asparagus, broccoli, spinach, citrus, and artichokes. The state's most valuable crops are grapes, nursery products, cotton, flowers, almonds, lettuce, strawberries, and oranges. Cattle, poultry and dairy products also contribute a major share of farm income. The state produces the major share of U.S.-produced wine, especially Sonoma and Napa counties, N of San Francisco. California's farms are highly productive as a result of good soil, a long growing season, and the use of modern agricultural methods. Irrigation is widely used in almost every agricultural district. The gathering and packing of crops is done largely by seasonal migrant labor, including thousands of Mexicans. Fishing remains an important industry in the NW. Much of the state's manufacturing depends on the processing of farm produce and upon such local natural resources as mineral deposits and forests. Petroleum is the state's most valuable mineral, although reserves are being depleted rapidly. Other important products are natural gas, cement, and sand and gravel. Since World War II heavy industry in the state has increased enormously, notably in the manufacture of transportation equipment, electronic equipment, machinery, and metal products. Major reductions in the defense industry in the late 1980s and in the 1990s have had a severe negative impact on the region. The "Silicon Valley," between Palo Alto and San Jose, earns its nickname as the nation's leading producer of semiconductors but suffered an economic downturn in 2001 due to the fall out in the online/computer industry. California continues to be a major U.S. center for motion-picture and television production, although Hollywood's luster has faded since the 1950s and the industry has dispersed to adjacent areas (Burbank, Studio City, Beverly Hills). Tourism is an important source of income. Disneyland, Sea World, and other theme parks draw many visitors each year, as does San Francisco with its numerous attractions, including the Golden Gate Bridge. California also abounds in natural beauty, featuring the giant sequoia trees (among the oldest living things on earth); Redwood National Park in NW, Lassen Volcanic National Park in NE, Channel Islands National Park off SW coast; Point Reyes National Seashore and Golden Gate National Recreation Area in W; Whiskeytown-Shasta-Trinity National Recreation Area in N; and Santa Monica Mountains National Recreation Area in SW. Several national forests include Six Rivers, Trinity, and Mendocino (NW); Klamath and Shasta (N); Modoc and Lassen (NE); Plumas, Tahoe, Eldorado, Stanislaus, Tuolumne, Sierra, Sequoia, and Inyo (E); Cleveland, San Bernardino, San Gabriel, and Los Padres (S). The Sierras contain many national parks and forests, and there are miles of beautiful beaches, especially in Southern California. One of the state's most acute problems is an inadequate water supply. The once fertile Owens Valley is now arid, its waters tapped by Los Angeles, located 175 mi/282 km away. In the lush, fruit-growing Imperial Valley, irrigation is controlled by the All-American Canal, which draws from the Colorado River. To the N, the Central Valley receives its water supply mainly from streams descending out of the Sierra Nevada. After a cutback in federally-funded water projects in the late 1970s and 1980s, many California cities began to buy their water from areas with a surplus. In addition to irrigation water supply, drinking water for major cities is carried by long concrete aqueducts, including Hetch Hetchy in the central part of the state and Los Angeles and Colorado rivers aqueducts in S.

## History: 1500s to 1776

The first voyage (1542) to Alta California (Upper California), as the region N of Baja California (Lower California) came to be known, was commanded by the Spanish explorer Juan Rodriguez Cabrillo, who explored San Diego Bay and the area farther N along the coast. In 1579 an English expedition headed by Sir Francis Drake landed near Point Reyes, N of San Francisco, and claimed the region for Queen Elizabeth I. In 1602, Sebastian Vizcaino, another Spaniard, explored the coast and Monterey Bay. Colonization was slow, but finally in 1769 Gaspar de Portolá, governor of the Californias, led an expedition up the Pacific coast and established a colony on San Diego Bay. The following year he explored the area around Monterey Bay and later returned to establish a presidio there. Soon afterward, Monterey became the capital of Alta California. Accompanying Portola's expedition was Father Junipero Serra, a Franciscan missionary who founded a mission at San Diego. Franciscans later founded several missions that extended as far N as Sonoma, N of San Francisco. The missionaries sought to Christianize the Native Americans, but also forced them to work as manual laborers, helping to build the missions into vital agricultural communities. Cattle raising was of

| | |
|---|---|
| **To:** | Hands-On America, Inc. (roger@rogerdoumanianlaw.com) |
| **Subject:** | U.S. Trademark Application Serial No. 88505739 - CALIFORNIA SCHOOL OF CONSTRUCTION - 8118HOA-TMR |
| **Sent:** | September 26, 2019 03:31:37 PM |
| **Sent As:** | ecom125@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **September 26, 2019** for
**U.S. Trademark Application Serial No.** 88505739

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1) Read the official letter.**

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

Katie Foss
/Katie Foss/
Examining Attorney
Law Office 125
571-272-4067
katherine.foss@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from **September 26, 2019**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.
- **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.
- **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**To:** Calvary Chapel Saving Grace(stacy@ccsavinggrace.com)
**Subject:** U.S. Trademark Application Serial No. 99239254 - CALVARY SCHOOL OF MISSIONS
**Sent:** November 12, 2025 04:08:18 PM EST
**Sent As:** tmng.notices@uspto.gov

**Attachments**

screencapture-ahdictionary-com-word-search-html-17629627612261
screencapture-ahdictionary-com-word-search-html-17629630302971

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 99239254

**Mark:** CALVARY SCHOOL OF MISSIONS

**Correspondence Address:**
Calvary Chapel Saving Grace
17451 Bastanchury Rd Ste 203
Yorba Linda CA 92886
United States

**Applicant:** Calvary Chapel Saving Grace

**Reference/Docket No.** N/A

**Correspondence Email Address:** stacy@ccsavinggrace.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** November 12, 2025

**Introduction**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant

must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues**

- Search Results - No Conflicting Marks Found
- Disclaimer of Descriptive Wording Required
- Advisory Regarding Hiring a Trademark Attorney

**Search Results - No Conflicting Marks Found**

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Disclaimer of Descriptive Wording Required**

Applicant must disclaim the wording "SCHOOL OF MISSIONS" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from *American Heritage Dictionary* shows the wording SCHOOL refers to an institution for instruction, and the term MISSIONS means "a body of persons sent to a foreign land by a religious organization, especially a Christian organization, to spread its faith or provide educational, medical, and other assistance." Thus, the wording merely describes applicant's goods and/or services because applicant is providing a school specifically for training students in how to conduct missions. *See* applicant's specimen.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "SCHOOL OF MISSIONS" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the electronic response form, see the Disclaimer webpage.

**Advisory Regarding Hiring a Trademark Attorney**

Because of the legal technicalities and strict deadlines of the trademark application process, applicant is encouraged to hire a private attorney who specializes in trademark matters to assist in this process. The assigned trademark examining attorney can provide only limited assistance explaining the content of an Office action and the application process. USPTO staff cannot provide legal advice or statements about an applicant's legal rights. TMEP §§705.02, 709.06. See Hiring a U.S.-licensed trademark attorney for more information.

**Response Guidelines**

**Response guidelines.** For this application to proceed, applicant must explicitly address each refusal

and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Kaitlin Pomeroy-Murphy/
Kaitlin Pomeroy-Murphy
Examining Attorney
LO126--LAW OFFICE 126
(571) 270-0886
Kaitlin.PomeroyMurphy@uspto.gov

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

The American Heritage® dictionary of the English Language

Search

**HOW TO USE THE DICTIONARY**

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit*, *dog whistle*, or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

**THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

**school**[1] (skool)

Share: Post

*n.*

1. An institution for the instruction of children or people under college age.
2. An institution for instruction in a skill or business: *a secretarial school; a karate school.*
3.
   a. A college or university.
   b. An institution within or associated with a college or university that gives instruction in a specialized field and recommends candidates for degrees.
   c. A division of an educational institution constituting several grades or classes: *advanced to the upper school.*
   d. The student body of an educational institution.
   e. The building or group of buildings housing an educational institution.
4. The process of being educated formally, especially education constituting a planned series of courses over a number of years: *The children were put to school at home. What are you plan to do when you finish school?*
5. A session of instruction: *School will start in three weeks. He had to stay after school today.*
6.
   a. A group of people, especially philosophers, artists, or writers, whose thought, work, or style demonstrates a common origin or influence or unifying belief: *the school of Aristotle; the Venetian school of painters.*
   b. A group of people distinguished by similar manners, customs, or opinions: *aristocrats of the old school.*
7. Close-order drill instructions or exercises for military units or personnel.
8. *Australian* A group of people gathered together for gambling.

*tr.v.* **schooled, school·ing, schools**

1. To educate in or as if in a school.
2. To train or discipline: *She is well schooled in literature.* See Synonyms at teach.
3. *Slang* To defeat or put down decisively, especially in a humiliating manner: *Our team got schooled by the worst team in the division.*

*adj.*

Of or relating to school or education in schools: *school supplies; a school dictionary.*

[Middle English *scole*, from Old English *scōl*, from Latin *schola*, *scola*, from Greek *skholē*; see **segh-** in the Appendix of Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

**school**[2] (skool)

Share: Post

*n.*

A large group of aquatic animals, especially fish, swimming together; a shoal.

*intr.v.* **schooled, school·ing, schools**

To swim in or form into a school.

[Middle English *scole*, from Middle Dutch; see **skel-**[1] in the Appendix of Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by

**AMERICAN HERITAGE DICTIONARY APP**

The new American Heritage Dictionary app is now available for iOS and Android.

**THE AMERICAN HERITAGE DICTIONARY BLOG**

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

**THE 100 WORDS®**

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

**INTERESTED IN DICTIONARIES?**

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

HarperCollins Publishers. All rights reserved.

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

**Indo-European Roots**

**Semitic Roots**

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our **Dictionary of Indo-European Roots**.

## American Heritage Dictionary Products



The American Heritage Dictionary 5th Edition · The American Heritage Dictionary of Idioms · The American Heritage Roget's Thesaurus · Curious George's Dictionary · The American Heritage Children's Dictionary

CONTACT US
Customer Service
Make Me An Author
Ebooks Help with Glose Reader

ABOUT US
Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

FOR READERS
Browse Reading Guides

FOR AUTHORS
Submit a Manuscript
Report Piracy
Agent Portal

MEDIA
Publicity Contacts
Press Room

SERVICES
HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

COVID-19 RESOURCES & PERMISSIONS
Permissions for Adult Online Readings
Permissions for Kids Online Readings

SALES & RIGHTS
Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

GLOSE APP
iPhone
Android

GLOBAL DIVISIONS
HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins
News Corp

Terms of Use • Terms of Sale • Your Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information

Copyright 2022 HarperCollins Publishers All rights reserved.

The AMERICAN HERITAGE dictionary of the English Language

Search

HOW TO USE THE DICTIONARY

To look up an entry in The American Heritage Dictionary of the English Language, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like bus rapid transit, dog whistle, or identity theft) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

**mis·sion** (mĭsh′ən)

Share: Post

n.

1.
   a. A special assignment given to a person or group: *an agent on a secret mission.*
   b. A combat operation assigned to a person or military unit.
   c. An aerospace operation intended to carry out specific program objectives: *a mission to Mars.*

2. An ambition or purpose that is assumed by a person or group: *felt it was his mission in life to help the poor.*

3.
   a. A body of persons sent to conduct negotiations or establish relations with a foreign country.
   b. The business with which such a body of persons is charged.
   c. A permanent diplomatic office abroad.
   d. A body of experts or dignitaries sent to a foreign country.

4.
   a. A body of persons sent to a foreign land by a religious organization, especially a Christian organization, to spread its faith or provide educational, medical, and other assistance.
   b. A mission established abroad.
   c. The district assigned to a mission worker.
   d. A building or compound housing a mission.
   e. An organization for carrying on missionary work in a territory.
   f. **missions** Missionary duty or work.

5. A Christian church or congregation with no cleric of its own that depends for support on a larger religious organization.

6. A welfare or educational organization established for the needy people of a district.

tr.v. **mis·sioned, mis·sion·ing, mis·sions**

1. To send (someone) on a mission.
2. To organize or establish a religious mission among (a people) or in (an area).

adj.

1. Of or relating to a mission.
2. Of or relating to a style of architecture or furniture used in the early Spanish missions of California.
3. often **Mission** Of or relating to a furniture style originating during the Arts and Crafts Movement and characterized by sturdy, angular, solid wood construction.

[French, from Old French, from Latin *missiō, missiōn-*, from *missus*, past participle of *mittere*, to send off.]

**mis′sion·al** *adj.*



(click for a larger image)
mission
Mission San Luis Rey
Oceanside, California

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary app is now available for iOS and Android.

THE AMERICAN HERITAGE DICTIONARY BLOG

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

THE 100 WORDS®

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our Dictionary of Indo-European Roots.

## American Heritage Dictionary Products



The American Heritage Dictionary, 5th Edition | The American Heritage Dictionary of Idioms | The American Heritage Roget's Thesaurus | Curious George's Dictionary | The American Heritage Children's Dictionary

**CONTACT US**

Customer Service
Make Me An Author
Checks Help with Close Reader

**ABOUT US**

Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

**FOR READERS**

Browse Reading Guides

**FOR AUTHORS**

Submit a Manuscript
Report Piracy
Agent Portal

**MEDIA**

Publicity Contacts
Press Room

**SERVICES**

HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

**COVID-19 RESOURCES & PERMISSIONS**

Permissions for Adult Online Readings
Permissions for Kids Online Readings

**SALES & RIGHTS**

Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

**CLOSE APP**

iPhone
Android

**GLOBAL DIVISIONS**

HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins

Terms of Use • Terms of Sale • Your Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information

Copyright [illegible] HarperCollins Publishers All rights reserved.

[illegible]

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on November 12, 2025 for
**U.S. Trademark Application Serial No. 99239254**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

**To:** Kevin P. Hartley(kevin@trusttree.com)
**Subject:** U.S. Trademark Application Serial No. 98289734 - CANADIAN SCHOOL
**Sent:** June 29, 2024 06:53:30 PM EDT
**Sent As:** tmng.notices@uspto.gov

**Attachments**

screencapture-en-wikipedia-org-wiki-Canadians-1719693146065l
screencapture-www-ahdictionary-com-word-search-html-1719693367265l
screencapture-www-canadianschool-com-mx-1719693933363l
98289734

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98289734

**Mark:** CANADIAN SCHOOL

**Correspondence Address:**
KEVIN P. HARTLEY
TRUST TREE LEGAL, P.C.
798 BERRY ROAD, #41400
NASHVILLE TN 37204
UNITED STATES

**Applicant:** SISTEMA CANADIENSE INTERNACIONAL, S.A. DE C.V.

**Reference/Docket No.** N/A

**Correspondence Email Address:** kevin@trusttree.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** June 29, 2024

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant

must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SUMMARY OF ISSUES:

- REQUIREMENT for Submission of a Disclaimer Statement
- REQUIREMENT for Clarification of Identification Language
- REQUIREMENT for Submission of Filing Fee for Additional International Class or Restriction of Identification Language

**SEARCH**

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02. In order to pursue registration, however, the applicant must respond to the following requirements.

**REQUIREMENT for Submission of a Disclaimer Statement**

Applicant must disclaim the wording "CANADIAN SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from the online reference resource ***Wikipedia.org*** Canadians - Wikipedia that defines the term CANADIAN to mean "people identified wit the country of Canada" and the digital version of ***The American Heritage English Dictionary*** American Heritage Dictionary Entry: school (ahdictionary.com) to mean "An institution for the instruction of children or people under college age." Thus, use of the term SCHOOL in the context of the listed educational services, the term SCHOOL is the generic name for the listed services in this case.

Also attached are pages from the applicant's website CANADIAN SCHOOL® Colegio privado en ingles english full immersion that shows the applicant stating:

**"The province of Alberta, Canada, has one of the finest educational systems in the world. At Canadian School we are proud to have implemented its curricula as the core of our program.We are one of the 14 Alberta-accredited international schools."**

Thus, the wording merely describes a feature and characteristic of the applicant's identified educational services because applicant provides its educational instruction services using curricula and instructional methods developed for and used in ***Canadian schools.***

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "CANADIAN SCHOOL"**

**apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**REQUIREMENT for Clarification of Identification Language**

The following wording in bold in the identification of goods language is indefinite and must be clarified as to the form of and subject-matter featured by the listed services:

**"EDUCATION; PROVIDING OF TRAINING; ENTERTAINMENT; SPORTING AND CULTURAL ACTIVITIES; ACADEMIES (EDUCATION); EXAM APPLICATION SERVICES TO OBTAIN A CERTIFICATE IN ANY PROFESSION; APPLICATION OF ACADEMIC EXAMINATIONS FOR ACCREDITATION CERTIFICATION; COACHING (TRAINING); ARRANGING AND CONDUCTING OF COLLOQUIUMS;** ORGANIZATION OF SPORTS COMPETITIONS; **ORGANIZATION OF COMPETITIONS (EDUCATION OR ENTERTAINMENT); ARRANGING AND CONDUCTING OF CONFERENCES; ARRANGING AND CONDUCTING OF CONGRESSES; DISSEMINATION OF CULTURE AND KNOWLEDGE; EDUCATION INFORMATION; EDUCATION SERVICES WITH DISTRIBUTION OF INSTRUCTIONAL LITERATURE;** PHYSICAL EDUCATION; **EDUCATION SERVICES; TEACHING; AWARD DELIVERY SERVICES OF RECOGNIZATION DERIVED FROM EDUCATIONAL, CULTURAL AND ENTERTAINMENT ACTIVITIES; EDUCATIONAL SERVICES PROVIDED BY SCHOOLS; EDUCATIONAL EXAMINATION;** ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; **CULTURAL PROMOTION SERVICES; NURSERY SCHOOLS; TEACHING;** NURSERY SCHOOLS; **GAMES LIBRARY SERVICES ; ARRANGING AND CONDUCTING OF IN-PERSON EDUCATIONAL FORUMS; ARRANGING AND CONDUCTING OF SEMINARS; ARRANGING AND CONDUCTING OF SYMPOSIUMS; ARRANGING AND CONDUCTING OF WORKSHOPS (TRAINING);** VOCATIONAL GUIDANCE **(EDUCATION OR TRAINING ADVICE);** PUBLICATION OF TEXTS, OTHER THAN PUBLICITY TEXTS; **TUTORING**". *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

The identification of services contains parentheses. Generally, an applicant should *not* use parentheses and brackets, including curly brackets, in identifications in order to avoid confusion with the USPTO's practice of using parentheses and brackets in registrations to indicate (1) services that have been deleted from registrations, (2) services not claimed in an affidavit of incontestability, or (3) guidance to users of the USPTO's *U.S. Acceptable Identification of Goods and Services Manual* to draft an acceptable identification. *See* TMEP §§1402.04, 1402.12. The only exception for including parenthetical information in identifications is if it serves to explain or translate the matter immediately preceding the parenthetical phrase in such a way that it does not affect the clarity or scope of the identification, e.g., "fried tofu pieces (abura-age)." *See* TMEP §1402.12.

Therefore, applicant must remove the parentheses from the identification and incorporate any parenthetical or bracketed information into the description of the services.

Applicant is advised to delete or modify the duplicate entry in the identification of services in International Class 041 for "TEACHING" and "NNURSERY SCHOOLS". *See generally* TMEP §§1402.01, 1402.01(a). If applicant does not respond to this issue, be advised that the USPTO will remove duplicate entries from the identification prior to registration. If modifying one of the duplicate entries, applicant may amend it to clarify or limit the services, but not to broaden or expand the services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Also, generally, any deleted services may not later be reinserted. TMEP §1402.07(e).

Applicant's services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different services or add services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the services will further limit scope, and once services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

Applicant may address the issues raised herein by ^ amend the identification to the following suggested amended language, if accurate:

***Please note*** that parentheses are not acceptable in the identification. *See* TMEP Section 1402.12. Where the wording **"{specify ...}"** appears in this Office Action, the examining attorney has merely suggested ways to cure the indefiniteness of the identification. The applicant must list the goods and/or services without parentheses.

*INTERNATIONAL CLASS 041*

Education ***services, namely,*** **{specify, e.g., physical, music, boarding school}** education; Proving of training, ***namely, providing*** **{specify, e.g., computer education, animal, business, sports, meditation}** ***training;*** Entertainment ***services, namely,*** **{specify, e.g., storytelling, cheerleading, conducting contests, conducting carnivals};**
***Organizing exhibitions for*** sporting and cultural ***purposes;*** Education***al*** academies, ***namely, educating at*** **{specify, e.g., primary, junior high, senior high}** ***school levels*** Exam application services ***for obtaining*** a certificate in any profession; Coaching ***in the field of sports; Professional*** coaching ***services in the field of*** **{indicate field or subject matter};** ***Educational services, namely,*** arranging and conducting colloquiums ***in the field of*** **{specify subject-matter, e.g., math, science, English, art, music};** Organization of sports competitions; Organization of competitions ***in the field of*** entertainment, education, ***and other non-business and non-commercial fields;***
Arranging and conducting of conferences and congresses ***in the field of*** **{specify, e.g., telecommunications technology, economics, fashion, intellectual property law};**
Dissemination of culture and knowledge ***in the nature of providing information in the fields of art, art history, art culture and art appreciation via a website;*** Education information ***in the nature of providing information in the field of teaching methodology and education;*** Educational services, ***namely, conducting*** **{specify modes of instruction, e.g., classes, seminars, conferences, workshops}** ***in the field of*** **{indicate specific field, e.g., pet care, math}** ***and*** distribution of instructional ***course***

***material in connection therewith;*** Physical education; Education **{specify, e.g., examination, testing}** services; Education services, ***namely, providing*** **{specify, e.g., kindergarten through 12th grade (K-12) classroom instruction; providing classes and instruction in the field of dance; providing tutoring in the field of {specify subject matter}}**; Teaching ***at*** **{specify, e.g., elementary, junior high}** ***school;*** Award delivery services of recognition derived from educational, cultural and entertainment activities ***in the nature of incentive award programs to encourage students and organization members to set up and achieve goals in academics, attendance, citizenship and conduct***; Educational services provided by schools ***in the nature of*** **{specify, e.g., elementary, beauty, nursing}** ***schools;*** Educational examination ***services;*** Organization of exhibitions for cultural or educational purposes; Cultural promotion services ***in the nature of organizing and hosting events for entertainment and cultural purposes;*** Nursery schools; ***Lending*** library ***services for lending*** games; ***On-line*** library ***services, namely, providing electronic library services which feature {specify, e.g., electronic, computer video}*** games ***via an on-line computer network;*** Arranging and conducting in-person **{specify type, e.g., cultural, educational}** forums, seminars, symposiums, workshops ***in the field of*** **{specify, e.g., music, art, language training, history}**; Vocational guidance; Vocational education ***in the field of*** **{indicate specific field, e.g. mechanics, computers}**; Publication of texts, other than publicity texts; ***Education services, namely, providing*** tutoring ***in the field of*** **{specify subject matter, e.g., math, science, English, history, civics, art, music}**.

*INTERNATIONAL CLASS 042*

Application of academic examinations for accreditation certification, ***namely,*** **{specify, e.g., testing, analysis and evaluation of service provider examinations to determine conformity with established accreditation standards; evaluating organizations to determine whether the organization examinations conform to an established accreditation standard}.**

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual. See* TMEP §1402.04.

**REQUIREMENT for Submission of Additional Class Filing Fee or Restriction of Identification Language**

The application identifies services that are classified in at least two (2) classes; however, applicant submitted a fee sufficient for only one (1) class. In a multiple-class application, a fee for each class is required. 37 C.F.R. §2.86(a)(2), (b)(2); TMEP §§810.01, 1403.01. For more information about adding classes to an application, see the Multiple-class Application webpage.

Therefore, applicant must either (1) Restrict the application to the number of classes covered by the fees already paid, or (2) Submit the fees for each additional class.

The application identifies services in more than one international class; therefore, applicant must satisfy all the requirements below for each international class based on Trademark Act Section 44:

(1) **List the goods and/or services by their international class number** in consecutive

numerical order, starting with the lowest numbered class.

(2) **Submit a filing fee for each international class** not covered by the fee already paid (view the USPTO's current fee schedule). The application identifies services that are classified in at least two (2) classes; however, applicant submitted a fee sufficient for only one (1) class. Applicant must either submit the filing fees for the classes not covered by the submitted fees or restrict the application to the number of classes covered by the fees already paid.

*See* 37 C.F.R. §2.86(a); TMEP §§1403.01, 1403.02(c).

For an overview of the requirements for a Section 44 multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form, see the Multiple-class Application webpage.

**How to respond:** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Amy Kean/
Amy Kean
Trademark Examining Attorney
Law Office 121
(571) 272-8854
Amy.Kean@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.
- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.
- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

Contents hide


(Top)
Term
Population
Immigration
Citizenship and diaspora
Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
Bibliography
Further reading
External links


(Redirected from Canadian)

*"Canadian" redirects here. For other uses, see Canadian (disambiguation).*

**Canadians** (French: *Canadiens*) are people identified with the country of Canada. This connection may be residential, legal, historical or cultural. For most Canadians, many (or all) of these connections exist and are collectively the source of their being *Canadian*.

Canada is a multilingual and multicultural society home to people of groups of many different ethnic, religious, and national origins, with the majority of the population made up of Old World immigrants and their descendants. Following the initial period of French and then the much larger British colonization, different waves (or peaks) of immigration and settlement of non-indigenous peoples took place over the course of nearly two centuries and continue today. Elements of Indigenous, French, British, and more recent immigrant customs, languages, and religions have combined to form the culture of Canada, and thus a Canadian identity. Canada has also been strongly influenced by its linguistic, geographic, and economic neighbour—the United States.

Canadian independence from the United Kingdom grew gradually over the course of many years following the formation of the Canadian Confederation in 1867. The First and Second World Wars, in particular, gave rise to a desire among Canadians to have their country recognized as a fully-fledged, sovereign state, with a distinct citizenship. Legislative independence was established with the passage of the Statute of Westminster, 1931, the Canadian Citizenship Act, 1946, took effect on January 1, 1947, and full sovereignty was achieved with the patriation of the constitution in 1982. Canada's nationality law closely mirrored that of the United Kingdom. Legislation since the mid-20th century represents Canadians' commitment to multilateralism and socioeconomic development.

**Canadians**



National flag of Canada

**Total population**

Canada 38,888,480 (Q2 2023)[1]

**Ethnic origins:**[2][3]

White (69.8%)
South Asian (7.1%)
Indigenous (5%)
Chinese (4.7%)
Black (4.3%)
Arab (1.9%)
Latin American (1.6%)
Southeast Asian (1.1%)
West Asian (1%)
Korean (0.6%)
Japanese (0.3%)
Multiracial/Other (3.2%)

2021 census: Overall total is greater than 100% due to multiple visible minority, population group, and Indigenous responses.[1]

**Regions with significant populations**



Map of the Canadian diaspora in the world

| | |
|---|---|
| United States | 1,062,640[5] |
| Hong Kong | 300,000[5] |
| United Kingdom | 73,000[5] |

## Term

The word *Canadian* originally applied, in its French form, *Canadien*, to the colonists residing in the northern part of New France[12]— in Quebec, and Ontario—during the 16th, 17th, and 18th centuries. The French colonists in Maritime Canada (New Brunswick, Nova Scotia, and Prince Edward Island), were known as Acadians.

When Prince Edward (a son of King George III) addressed, in English and French, a group of rioters at a poll in Charlesbourg, Lower Canada (today Quebec), during the

Appearance hide

Text
Small
Standard
Large

Width
Standard
Wide

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
Bibliography
Further reading
External links

election of the Legislative Assembly in June 1792,[..] He stated, "I urge you to unanimity and concord Let me hear no more of the odious distinction of English and French You are all His Britannic Majesty's beloved Canadian subjects "[14] It was the first-known use of the term *Canadian* to mean both French and English settlers in the Canadas [13][15]

| | |
|---|---|
| France | 60,000[.] |
| Lebanon | 45,000[5] |
| United Arab Emirates | 40,000[7] |
| Italy | 30,000[8] |
| Pakistan | 30 000[9] |
| Australia | 27,289[5] |
| China | 19 990[5] |
| Germany | 15,750[10] |
| South Korea | 14,210[5] |
| Japan | 11,016[5] |

**Languages**

**Languages of Canada[11]**

54 9% English
19 6% French
3 5% Chinese
1 8% Punjabi
1 5% Spanish
1 4% Arabic
1 3% Tagalog
0 9% Italian
0 7% German
0 7% Portuguese

**Religion**

**Religions of Canada[11]**

53 3% Christian[a]
4 9% Muslim
2 3% Hindu
2 1% Sikh
1 0% Buddhist
0 9% Jewish
0 2% Indigenous spirituality
0 6% Other
(34 6% No religion)

Width

Standard

Wide

## Population

*See also Population of Canada and Demographics of Canada*

As of 2010, Canadians make up 0 5% of the world's total population [16] having relied upon immigration for population growth and social development [17] Approximately 41% of current Canadians are first- or second-generation immigrants [19] and 20% of Canadian residents in the 2000s were not born in the country [19] Statistics Canada projects that by 2031 nearly one-half of Canadians above the age of 15 will be foreign-born or have one foreign-born parent [20] Indigenous peoples, according to the 2016 Canadian census, numbered at 1,673,780 or 4 9% of the country's 35,151,728 population [21]

### Immigration

*Main articles Immigration to Canada and Canada immigration statistics*

While the first contact with Europeans and Indigenous peoples in Canada had occurred a century or more before, the first group of permanent settlers were the French who founded the New France settlements, in present-day Quebec and Ontario, and Acadia in present-day Nova Scotia and New Brunswick, during the early part of the 17th century [22][23]

Approximately 100 Irish-born families would settle the Saint Lawrence Valley by 1700, assimilating into the *Canadien* population and culture [24][25] During the 18th and 19th century immigration westward (to the area known as Rupert's Land) was carried out by "Voyageurs" French settlers working for the North West Company, and by British settlers (English and Scottish) representing the Hudson's Bay Company, coupled with independent entrepreneurial woodsman called coureur des bois [26] This arrival of newcomers led to the creation of the Métis, an ethnic group of mixed European and First Nations parentage [27]

In the wake of the British Conquest of New France in 1760 and the Expulsion of the Acadians, many families from the British colonies in New England moved over into Nova Scotia and other colonies in Canada, where the British made farmland available to British settlers on easy terms More settlers arrived during and after the American Revolutionary War when approximately 60 000 United Empire Loyalists fled to British North America, a large portion of whom settled in New Brunswick [28] After the War of 1812, British (including British army regulars) Scottish and Irish immigration was encouraged throughout Rupert's Land Upper Canada and Lower Canada [29]

Between 1815 and 1850 some 800,000 immigrants came to the colonies of British North America, mainly from the British Isles as part of the Great Migration of Canada [30] These new arrivals included some Gaelic-speaking Highland Scots displaced by the Highland Clearances to Nova Scotia [31] The Great Famine of Ireland of the 1840s significantly increased the pace of Irish immigration to Prince Edward Island and the Province of Canada, with over 35,000 distressed individuals landing in Toronto in 1847 and 1848 [32][33] Descendants of Francophone and Anglophone northern Europeans who arrived in the 17th 18th and 19th centuries are often referred to as Old Stock Canadians [34][35]

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
Bibliography
Further reading

Width

Standard

Wide

Beginning in the late 1850s, the immigration of Chinese into the Colony of Vancouver Island and Colony of British Columbia peaked with the onset of the Fraser Canyon Gold Rush [36] The *Chinese Immigration Act of 1885* eventually placed a head tax on all Chinese immigrants, in hopes of discouraging Chinese immigration after completion of the Canadian Pacific Railway [37] Additionally, growing South Asian immigration into British Columbia during the early 1900s[38] led to the continuous journey regulation act of 1908 which indirectly halted Indian immigration to Canada as later evidenced by the infamous 1914 *Komagata Maru* incident

**Permanent residents admitted in 2021, by top 10 source countries[39]**

| Rank | Country | Number | Percentage |
|---|---|---|---|
| 1 | India | 127,795 | 31 5 |
| 2 | China[b] | 30,970 | 7 6 |
| 3 | Philippines | 17,990 | 4 4 |
| 4 | Nigeria | 15,580 | 3 0 |
| 5 | France | 12,685 | 3 1 |
| 6 | United States | 11,930 | 2 9 |
| 7 | Brazil | 11,420 | 2 8 |
| 8 | Iran | 11,285 | 2 8 |
| 9 | Afghanistan | 8,550 | 2 1 |
| 10 | Pakistan | 8 410 | 2.1 |
| | *Top 10 Total* | 256,615 | 63.3 |
| | *Other* | 148,715 | 36.7 |
| | **Total** | **406,330** | **100** |

The population of Canada has consistently risen, doubling approximately every 40 years since the establishment of the Canadian Confederation in 1867 [40] In the mid-to-late 19th century, Canada had a policy of assisting immigrants from Europe, including an estimated 100,000 unwanted "Home Children" from Britain [41] Block settlement communities were established throughout Western Canada between the late 19th and early 20th centuries Some were planned and others were spontaneously created by the settlers themselves [42] Canada received mainly European immigrants, predominantly Italians, Germans, Scandinavians Dutch, Poles and Ukrainians [43] Legislative restrictions on immigration (such as the continuous journey regulation and *Chinese Immigration Act, 1923*) that had favoured British and other European immigrants were amended in the 1960s, opening the doors to immigrants from all parts of the world [44] While the 1950s had still seen high levels of immigration by Europeans by the 1970s immigrants were increasingly Chinese, Indian, Vietnamese, Jamaican and Haitian [45] During the late 1960s and early 1970s Canada received many American Vietnam War draft dissenters [46] Throughout the late 1980s and 1990s, Canada's growing Pacific trade brought with it a large influx of South Asians, who tended to settle in British Columbia [47] Immigrants of all backgrounds tend to settle in the major urban centres [48][49] The Canadian public, as well as the major political parties are tolerant of immigrants [50]

The majority of illegal immigrants come from the southern provinces of the People's Republic of China, with Asia as a whole Eastern Europe Caribbean Africa and the Middle East [51] Estimates of numbers of illegal immigrants range between 35,000 and 120,000 [52]

## Citizenship and diaspora

*Main articles Canadian nationality law and Canadian diaspora*

Canadian citizenship is typically obtained by birth in Canada or by birth or adoption abroad when at least one biological parent or adoptive parent is a Canadian citizen who was born in Canada or naturalized in Canada (and did not receive citizenship by being born outside of Canada to a Canadian citizen) [53] It can also be granted to a permanent resident who lives in Canada for three out of four years and meets specific requirements [54] Canada established its own nationality law in 1946, with the enactment of the *Canadian Citizenship Act* which took effect on January 1 1947 [55] The *Immigration and Refugee Protection Act* was passed by the Parliament of Canada in 2001 as Bill C-11, which replaced the *Immigration Act 1976* as the primary federal legislation regulating immigration [56] Prior to the conferring of legal status on Canadian citizenship, Canada's naturalization laws consisted of a multitude of Acts beginning with the *Immigration Act* of 1910 [57]



Map of the Canadian diaspora in the world (might include people with Canadian citizenship and children of Canadians) [8]
Canada
+ 100,000
+ 10,000
+ 1 000

According to Citizenship and Immigration Canada, there are three main classifications

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
Bibliography
Further reading
External links

Width
Standard
Wide

for immigrants *family class* (persons closely related to Canadian residents) *economic class* (admitted on the basis of a point system that accounts for age, health and labour-market skills required for cost effectively inducting the immigrants into Canada's labour market) and *refugee class* (those seeking protection by applying to remain in the country by way of the Canadian immigration and refugee law) [58] In 2008, there were 65,567 immigrants in the family class, 21 860 refugees and 149,072 economic immigrants amongst the 247,243 total immigrants to the country.[18] Canada resettles over one in 10 of the world's refugees[59] and has one of the highest per-capita immigration rates in the world [60]

As of a 2010 report by the Asia Pacific Foundation of Canada, there were 2 8 million Canadian citizens abroad [61] This represents about 8% of the total Canadian population Of those living abroad the United States Hong Kong the United Kingdom Taiwan China Lebanon United Arab Emirates and Australia have the largest Canadian diaspora Canadians in the United States constitute the greatest single expatriate community at over 1 million in 2009 representing 35 8% of all Canadians abroad [62] Under current Canadian law Canada does not restrict dual citizenship but Passport Canada encourages its citizens to travel abroad on their Canadian passport so that they can access Canadian consular services [63]


Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
Bibliography
Further reading
External links



Width
Standard
Wide


## Ethnic ancestry

*Main article Ethnic origins of people in Canada*

According to the 2021 Canadian census over 450 "ethnic or cultural origins" were self-reported by Canadians [4] The major panethnic origin groups in Canada are European (52 5%), North American (22 9%), Asian (19 3%), North American Indigenous (6 1%), African (3 8%), Latin Central and South American (2 5%), Caribbean (2 1%), Oceanian (0 3%), and Other (6%) [4][64] Statistics Canada reports that 35 5% of the population reported multiple ethnic origins thus the overall total is greater than 100% [4][d]



A map showing the largest ethnic or cultural origins in Canada by census division in 2021



The country's ten largest self-reported specific ethnic or cultural origins in 2021 were Canadian[c] (accounting for 15 6 percent of the population), followed by English (14 7 percent), Irish (12 1 percent), Scottish (12 1 percent), French (11 0 percent), German (8 1 percent),Indian (5 1 percent),[e] Chinese (4 7 percent), Italian (4 3 percent), and Ukrainian (3 5 percent) [68][64]

Of the 36 3 million people enumerated in 2021 approximately 25 4 million reported being "white", representing 69 8 percent of the population [69][70] The indigenous population representing 5 percent or 1 8 million individuals, grew by 9 4 percent compared to the non-Indigenous population, which grew by 5 3 percent from 2016 to 2021.[71] One out of every four Canadians or 26 5 percent of the population belonged to a non-White and non-Indigenous visible minority,[70][f] the largest of which in 2021 were South Asian (2 6 million people, 7 1 percent), Chinese (1 7 million 4 7 percent) and Black (1 5 million 4 3 percent) [69]

Between 2011 and 2016 the visible minority population rose by 18 4 percent [73] In 1961 less than two percent of Canada's population (about 300,000 people) were members of visible minority groups [74] The 2021 Census indicated that 8 3 million people, or almost one-quarter (23 0 percent) of the population reported themselves as being or having been a landed immigrant or permanent resident in Canada—above the 1921 Census previous record of 22 3 percent [75] In 2021 India, China and the Philippines were the top three countries of origin for immigrants moving to Canada [76]


Ethnic ancestry
Culture
Religion


## Culture

*Main article Culture of Canada*


Width
Standard
Wide


Canadian culture is primarily a Western culture, with influences by First Nations and other

Languages
See also
Notes
References
Bibliography
Further reading
External links

cultures. It is a product of its ethnicities, languages, religions, political, and legal system(s). Canada has been shaped by waves of migration that have combined to form a unique blend of art, cuisine, literature, humour, and music.[77] Today, Canada has a diverse makeup of nationalities and constitutional protection for policies that promote multiculturalism rather than cultural assimilation.[78] In Quebec, cultural identity is strong, and many French-speaking commentators speak of a Quebec culture distinct from English Canadian culture.[79] However, as a whole, Canada is a cultural mosaic: a collection of several regional, indigenous, and ethnic subcultures.[80][81]



A 1911 political cartoon on Canada's bicultural identity showing a flag combining symbols of Britain, France and Canada, titled "The next favor. 'A flag to suit the minority.'"

Canadian government policies such as official bilingualism, publicly funded health care, higher and more progressive taxation, outlawing capital punishment, strong efforts to eliminate poverty, strict gun control, the legalizing of same-sex marriage, pregnancy terminations, euthanasia and cannabis are social indicators of Canada's political and cultural values.[82][83] American media and entertainment are popular, if not dominant, in English Canada; conversely, many Canadian cultural products and entertainers are successful in the United States and worldwide.[84] The Government of Canada has also influenced culture with programs, laws, and institutions. It has created Crown corporations to promote Canadian culture through media, and has also tried to protect Canadian culture by setting legal minimums on Canadian content.[85]



*Monument to Multiculturalism* by Francesco Pirelli in Toronto; four identical sculptures are located in Buffalo City, Changchun, Sarajevo, and Sydney

Canadian culture has historically been influenced by European culture and traditions, especially British and French, and by its own indigenous cultures. Most of Canada's territory was inhabited and developed later than other European colonies in the Americas, with the result that themes and symbols of pioneers, trappers, and traders were important in the early development of the Canadian identity.[86] First Nations played a critical part in the development of European colonies in Canada, particularly for their role in assisting exploration of the continent during the North American fur trade.[87] The British conquest of New France in the mid-1700s brought a large Francophone population under British imperial rule, creating a need for compromise and accommodation.[88] The new British rulers left alone much of the religious, political, and social culture of the French-speaking *habitants*, guaranteeing through the *Quebec Act* of 1774 the right of the *Canadiens* to practise the Catholic faith and to use French civil law (now Quebec law).[89]

The *Constitution Act, 1867* was designed to meet the growing calls of Canadians for autonomy from British rule, while avoiding the overly strong decentralization that contributed to the Civil War in the United States.[90] The compromises made by the Fathers of Confederation set Canadians on a path to bilingualism, and this in turn contributed to an acceptance of diversity.[91][92]

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
Bibliography
Further reading
External links

Width
Standard
Wide

The Canadian Armed Forces and overall civilian participation in the First World War and Second World War helped to foster Canadian nationalism;[93][94] however, in 1917 and 1944, conscription crises highlighted the considerable rift along ethnic lines between Anglophones and Francophones.[95] As a result of the First and Second World Wars, the Government of Canada became more assertive and less deferential to British authority.[96] With the gradual loosening of political ties to the United Kingdom and the modernization of Canadian immigration policies, 20th-century immigrants with African, Caribbean and Asian nationalities have added to the Canadian identity and its culture.[97] The multiple-origins immigration pattern continues today, with the arrival of large numbers of immigrants from non-British or non-French backgrounds.[98]

Multiculturalism in Canada was adopted as the official policy of the government during the premiership of Pierre Trudeau in the 1970s and 1980s.[99] The Canadian government has often been described as the instigator of multicultural ideology, because of its public emphasis on the social importance of immigration.[100] Multiculturalism is administered by the Department of Citizenship and Immigration and reflected in the law through the *Canadian Multiculturalism Act*[101] and section 27 of the *Canadian Charter of Rights and Freedoms*.[102]

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
Bibliography
Further reading
External links

## Religion

*Main article Religion in Canada*

Canada as a nation is religiously diverse, encompassing a wide range of groups, beliefs and customs [104] The preamble to the *Canadian Charter of Rights and Freedoms* references "God", and the monarch carries the title of "Defender of the Faith" [105] However Canada has no official religion, and support for religious pluralism (Freedom of religion in Canada) is an important part of Canada's political culture [106][107] With the role of Christianity in decline it having once been central and integral to Canadian culture and daily life,[108] commentators have suggested that Canada has come to enter a post-Christian period in a secular state [109][110] with irreligion on the rise [111] The majority of Canadians consider religion to be unimportant in their daily lives, but still believe in God [112] The practice of religion is now generally considered a private matter throughout society and within the state [113]



Religion in Canada (2011 National Household Survey)[103]

- Catholic (38 7%)
- Other Christian (28 6%)
- Non-religious (23 9%)
- Islam (3 2%)
- Hinduism (1 5%)
- Sikhism (1.4%)
- Buddhism (1 1%)
- Judaism (1 0%)
- Other religions (0 6%)

Width

Standard

Wide

The 2011 Canadian census reported that 67 3% of Canadians identify as being Christians, of this number, Catholics make up the largest group, accounting for 38 7 percent of the population [103] The largest Protestant denomination is the United Church of Canada (accounting for 6 1% of Canadians), followed by Anglicans (5 0%), and Baptists (1 9%) [103] About 23 9% of Canadians declare no religious affiliation including agnostics, atheists, humanists and other groups [103] The remaining are affiliated with non-Christian religions, the largest of which is Islam (3 2%), followed by Hinduism (1 5%), Sikhism (1 4%), Buddhism (1 1%), and Judaism (1 0%) [103]

Before the arrival of European colonists and explorers, First Nations followed a wide array of mostly animistic religions [114] During the colonial period, the French settled along the shores of the Saint Lawrence River, specifically Latin Church Catholics including a number of Jesuits dedicated to converting indigenous peoples, an effort that eventually proved successful [115] The first large Protestant communities were formed in the Maritimes after the British conquest of New France, followed by American Protestant settlers displaced by the American Revolution [116] The late nineteenth century saw the beginning of a substantive shift in Canadian immigration patterns Large numbers of Irish and southern European immigrants were creating new Catholic communities in English Canada [117] The settlement of the west brought significant Eastern Orthodox immigrants from Eastern Europe and Mormon and Pentecostal immigrants from the United States [118]

The earliest documentation of Jewish presence in Canada occurs in the 1754 British Army records from the French and Indian War [119] In 1760, General Jeffrey Amherst, 1st Baron Amherst attacked and won Montreal for the British In his regiment there were several Jews, including four among his officer corps most notably Lieutenant Aaron Hart who is considered the father of Canadian Jewry [119] The Islamic, Jain, Sikh, Hindu, and Buddhist communities—although small—are as old as the nation itself The 1871 Canadian Census (first "Canadian" national census) indicated thirteen Muslims among the populace,[120] while the Sikh population stood at approximately 5 000 by 1908 [121] The first Canadian mosque was constructed in Edmonton, in 1938, when there were approximately 700 Muslims in Canada [122] Buddhism first arrived in Canada when Japanese immigrated during the late 19th century [123] The first Japanese Buddhist temple in Canada was built in Vancouver in 1905 [124] The influx of immigrants in the late 20th century, with Sri Lankan Japanese Indian and Southeast Asian customs, has contributed to the recent expansion of the Jain Sikh Hindu, and Buddhist communities [125]

## Languages

*Main article Languages of Canada*

A multitude of languages are used by Canadians, with English and French (the official languages) being the mother tongues of approximately 56% and 21% of Canadians,

Ethnic ancestry
Culture
Religion
**Languages**
See also
Notes
References
Bibliography
Further reading
External links




Approximately 98% of Canadians can speak English or French (2006)[129]
- English – 56.9%
- English and French (Bilingual) – 16.1%
- French – 21.3%
- Sparsely populated area (<0.4 km² (0.15 sq mi) per person)

respectively.[127] As of the 2016 Census, just over 7.3 million Canadians listed a non-official language as their mother tongue. Some of the most common non-official first languages include Chinese (1,227,680 first-language speakers), Punjabi (501,680), Spanish (458,850), Tagalog (431,385), Arabic (419,895), German (384,040), and Italian (375,645).[127] Less than one percent of Canadians (just over 250,000 individuals) can speak an indigenous language. About half this number (129,865) reported using an indigenous language on a daily basis.[128] Additionally, Canadians speak several sign languages; the number of speakers is unknown of the most spoken ones, American Sign Language (ASL) and Quebec Sign Language (LSQ),[129] as it is of Maritime Sign Language and Plains Sign Talk.[130] There are only 47 speakers of the Inuit sign language Inuktitut.[131]

English and French are recognized by the Constitution of Canada as official languages.[132] All federal government laws are thus enacted in both English and French, with government services available in both languages.[132] Two of Canada's territories give official status to indigenous languages. In Nunavut, Inuktitut, and Inuinnaqtun are official languages, alongside the national languages of English and French, and Inuktitut is a common vehicular language in territorial government.[133] In the Northwest Territories, the *Official Languages Act* declares that there are eleven different languages: Chipewyan, Cree, English, French, Gwich'in, Inuinnaqtun, Inuktitut, Inuvialuktun, North Slavey, South Slavey, and Tłı̨chǫ.[134] Multicultural media are widely accessible across the country and offer specialty television channels, newspapers, and other publications in many minority languages.[135]

In Canada, as elsewhere in the world of European colonies, the frontier of European exploration and settlement tended to be a linguistically diverse and fluid place, as cultures using different languages met and interacted. The need for a common means of communication between the indigenous inhabitants and new arrivals for the purposes of trade, and (in some cases) intermarriage, led to the development of mixed languages.[136] Languages like Michif, Chinook Jargon, and Bungi creole tended to be highly localized and were often spoken by only a small number of individuals who were frequently capable of speaking another language.[137] Plains Sign Talk—which functioned originally as a trade language used to communicate internationally and across linguistic borders—reached across Canada, the United States, and into Mexico.[138]

Width
- Standard
- Wide

## See also

- Canuck
- List of Canadians
- Persons of National Historic Significance
- List of prime ministers of Canada

Canada portal


Ethnic ancestry
Culture
Religion
Languages
**See also**
Notes
References
Bibliography
Further reading
External links


## Notes

a. ^ Catholic 29.9%, United Church 3.3%, Anglican 3.1%, Orthodox 1.7%, Baptist 1.2%, Pentecostal 1.1%, Lutheran 0.9%, Presbyterian 0.8%, Anabaptist 0.4%, Jehovah's Witness 0.4%, Methodist 0.3%, Latter Day Saints 0.2%, Reformed 0.2%, other Christian 9.7%
b. ^ Officially the People's Republic of China. Excludes Hong Kong, Macau, and Taiwan (listed separately)
c. ^ a b All citizens of Canada are classified as "Canadians" as defined by Canada's nationality laws. "Canadian" as an ethnic group has since 1996 been added to census questionnaires for possible ancestral origin or descent. "Canadian" was included as an example on the English questionnaire and "Canadien" as an example on the French questionnaire.[65] The majority of respondents to this selection are from the eastern part of the country that was first settled. Respondents generally are visibly European (Anglophones and Francophones) and no longer self-identify with their ethnic ancestral origins. This response is attributed to a multitude of reasons such as generational distance from ancestral lineage.[66][67]
d. ^ The 2021 census on ethnic or cultural origins, Statistics Canada states: "Given the fluid nature of this concept and the changes made to this question, 2021 Census data on ethnic or cultural origins are not comparable to data from previous censuses and should not be used to


Width
- Standard
- Wide

measure the growth or decline of the various groups associated with these origins"[4]

e ^ Statistic includes all persons with ethnic or cultural origin responses with ancestry to the nation of India, including "Anglo-Indian" (3 340) "Bengali" (26,675), "Goan" (9,700), "Gujarati" (36,970) "Indian" (1,347,715), "Jatt" (22,785), "Kashmiri" (6 165), "Maharashtrian" (4,125), "Malayali" (12 490) "Punjabi" (279 950) "Tamil" (102 170), and "Telugu" (6,670)"[68]

f ^ Indigenous peoples are not considered a visible minority in Statistics Canada calculations. Visible minorities are defined by Statistics Canada as "persons, other than aboriginal peoples, who are non-Caucasian in race or non-white in colour"[77]

Ethnic ancestry

Culture

Religion

Languages

See also

Notes

**References**

Bibliography

Further reading

External links

Width

Standard

Wide

## References


1 ^ Statistics Canada (September 29 2021) "Population estimates, quarterly" *www150 statcan gc.ca* Government of Canada Archived from the original on June 14, 2018

2 ^ Government of Canada Statistics Canada (October 26, 2022) "The Canadian census A rich portrait of the country's religious and ethnocultural diversity" *www12 statcan gc ca* Retrieved October 26 2022 "In 2021 just over 25 million people reported being White in the census representing close to 70% of the total Canadian population The vast majority reported being White only while 2 4% also reported one or more other racialized groups "

3 ^ Government of Canada Statistics Canada (October 26 2022) "Visible minority and population group by generation status Canada provinces and territories census metropolitan areas and census agglomerations with parts" *www12 statcan gc ca* Retrieved October 26 2022

4 ^ a b c d e Government of Canada Statistics Canada (October 26 2022) "The Canadian census A rich portrait of the country's religious and ethnocultural diversity" *www12 statcan gc ca* Retrieved October 26 2022

5 ^ a b c d e f g h "Canadians Abroad Canada's Global Asset" (PDF) Asia Pacific Foundation of Canada 2011 p 12 Retrieved September 23 2013

6 ^ "Relations bilatérales du Canada et France" *France Diplomatie Ministère de l'Europe et des Affaires étrangères* Archived from the original on March 4 2016 Retrieved January 4, 2023

7 ^ "Canada may limit services for dual citizens" *Gulf News* January 15 2014 Retrieved July 12 2015

8 ^ a b "Global Migration Map Origins and Destinations 1990–2017" *Pew Research Center's Global Attitudes Project* Retrieved October 3 2021

9 ^ Hasan Shazia (August 20 2019) "HC highlights growing ties between Canada Pakistan" *Dawn* Archived from the original on August 20, 2019 Retrieved November 24 2022 "Meanwhile there are some 30 000 to 50 000 Canadians in Pakistan"

10 ^ "Ausländeranteil in Deutschland bis 2018" *Statista*

11 ^ a b "Census Profile 2021 Census of Population Profile table" Statistics Canada

12 ^ *Daily Life in New France* Canadian History Project retrieved March 15 2023

13 ^ a b Bousfield Arthur Toffoli Garry (2010) *Royal Tours 1786–2010 Home to Canada* Dundurn Press p 37 ISBN 978-1-4597

64 ^ a b Government of Canada Statistics Canada (October 26 2022) "Ethnic or cultural origin by gender and age Canada provinces and territories census metropolitan areas and census agglomerations with parts" *www12 statcan gc ca* Retrieved October 26 2022

65 ^ Simon Patrick Piché Victor (2013) *Accounting for Ethnic and Racial Diversity The Challenge of Enumeration* Routledge pp 46–49 ISBN 978-1-317-96108-4

66 ^ Bezanson Kate Webber Michelle (2016) *Rethinking Society in the 21st Century* (4th ed ) Canadian Scholars' Press pp 455–456 ISBN 978-1-55130-936-1

67 ^ Edmonston Barry Fong Eric (2011) *The Changing Canadian Population* McGill-Queen's University Press pp 294–296 ISBN 978-0-7735 3793-4

68 ^ a b Government of Canada Statistics Canada (October 26, 2022) "Census Profile, 2021 Census of Population Profile table Canada [Country] Total – Ethnic or cultural origin for the population in private households – 25% sample data" *www12 statcan gc ca* Retrieved October 28 2022

69 ^ a b "The Daily — The Canadian census A rich portrait of the country's religious and ethnocultural diversity" *Statistics Canada* October 26 2022 Retrieved October 29, 2022

70 ^ a b Government of Canada Statistics Canada (October 26 2022) "Visible minority and population group by generation status Canada provinces and territories census metropolitan areas and census agglomerations with parts" *www12 statcan gc ca* Retrieved October 29 2022

71 ^ "The Daily — Indigenous population continues to grow and is much younger than the non-Indigenous population although the pace of growth has slowed" *Statistics Canada* September 21 2022 Retrieved October 29 2022

72 ^ "Classification of visible minority" Statistics Canada July 25 2008 Archived from the original on July 14 2011 Retrieved September 18, 2009

73 ^ "Census Profile 2016 Census" Statistics Canada February 8 2017 Archived from the original on October 15, 2017 Retrieved February 16 2018

74 ^ Pendakur, Krishna "Visible Minorities and Aboriginal Peoples in Vancouver's Labour Market" Simon Fraser University Archived from the original on May 16 2011 Retrieved June 30, 2014

75 ^ "The Daily — Immigrants make up the largest share of the population in over 150 years and continue to shape who we are as Canadians" *Statistics Canada* October 26 2022 Retrieved

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
**References**
Bibliography
Further reading
External links



1165-5

14 ^ Harris Caroline (February 3, 2022). "Royals Who Lived in Canada". *The Canadian Encyclopedia* Historica Canada retrieved March 13, 2023

15 ^ Tidridge, Nathan (2013) *Prince Edward Duke of Kent Father of the Canadian Crown* Dundurn Press p 90 ISBN 978-1-4597-0790-0

16 ^ "Environment – Greenhouse Gases (Greenhouse Gas Emissions per Person)" Human Resources and Skills Development Canada 2010 Archived from the original on November 4 2017 Retrieved January 19, 2011

17 ^ Cornelius et al 2004 p 100

18 ^ [a] [b] "Canada – Permanent residents by gender and category 1984 to 2008". *Facts and figures 2008 – Immigration overview Permanent and temporary residents* Citizenship and Immigration Canada August 25 2009 Archived from the original on November 8, 2009. Retrieved December 4, 2009

19 ^ Bybee & McCrae 2009 p 92

20 ^ "Projections of the Diversity of the Canadian Population" Statistics Canada March 9 2010 Retrieved March 15 2010

21 ^ "Aboriginal Peoples in Canada First Nations People Métis and Inuit". Statistics Canada. 2012

22 ^ Hudson 2002 p 15

23 ^ Griffiths 2005, p 4

24 ^ McGowan 1999

25 ^ Magocsi 1999, p 736ff

26 ^ Standford 2000 p 42

27 ^ Borrows 2010 p 134

28 ^ Murrin et al 2007 p 172

29 ^ Feltes 1999 p 19

30 ^ Harland Jacobs 2007 p 177

31 ^ Campey 2006, p 122

32 ^ McGowan 2009 p 97

33 ^ Elliott 2004 p 106

34 ^ Boberg Charles (2010) *The English Language in Canada Status, History, and Comparative Analysis* Cambridge University Press. p. 97. ISBN 9781139491440

35 ^ Chown Marco Oliss Daniel (September 18 2015) "Who are 'old stock Canadians'? The Star asked some people with deep roots in Canada what they thought of Conservative Leader Stephen Harper's controversial phrase" Toronto Toronto Star Retrieved September 21, 2015

36 ^ Hall & Hwang 2001, p 9

37 ^ Huang 2006, p 107

38 ^ Singh, Hira p 94[permanent dead link] (Archive)

39 ^ "Permanent Residents – Monthly IRCC Updates – Canada – Admissions of Permanent Residents by Country of Citizenship" *Statistics Canada* Retrieved March 8, 2022

40 ^ "Canadians in Context – Population Size and Growth" Human Resources and Skills Development Canada 2010

October 29 2022

76 ^ "2021 Annual Report to Parliament on Immigration" Immigration Refugees and Citizenship Canada March 15, 2022

77 ^ Kalman 2009, pp 4–7

78 ^ DeRocco & Chabot 2008 p 13

79 ^ [illegible] p 61

80 ^ English 2004 p 111

81 ^ Burgess 2005 p 31

82 ^ Bricker & Wright 2005, p 16

83 ^ "Exploring Canadian values" (PDF). Nanos Research October 2016 Archived from the original (PDF) on April 5 2017. Retrieved February 1, 2017

84 ^ Blackwell 2005

85 ^ Armstrong 2010, p 144

86 ^ "Canada in the Making Pioneers and Immigrants" The History Channel August 25 2005 Archived from the original on February 1, 2011 Retrieved November 30 2006

87 ^ White & Findlay 1999 p 67

88 ^ Dufour 1990 p 25

89 ^ "Original text of The Quebec Act of 1774" Canadiana (Library and Archives Canada) 2004 Retrieved April 11 2010

90 ^ "American Civil War and Canada" *The Canadian Encyclopedia* Historica Foundation 2003 Archived from the original on November 17 2015 Retrieved November 30, 2006

91 ^ Vaillancourt & Coche 2009 p 11

92 ^ Magocsi 2002 p 3

93 ^ Nersessian 2007

94 ^ "Forging Our Legacy Canadian Citizenship And Immigration, 1900–1977 – The growth of Canadian nationalism" Citizenship and Immigration Canada 2006 Archived from the original on June 10 2011 Retrieved January 16 2011

95 ^ Linteau Durocher & Robert 1983, p 522

96 ^ "Canada and the League of Nations" Faculty marianopolis edu 2007 Retrieved August 10 2010

97 ^ Bodvarsson & Van den Berg 2009 p 380

98 ^ Prato 2009 p 50

99 ^ Duncan & Ley 1993, p 205

100 ^ Wayland 1997

101 ^ "Canadian Charter of Rights and Freedoms (Being Part I of the *Constitution Act, 1982*)" Electronic Frontier Canada 2008 Archived from the original on December 12 2018 Retrieved September 12, 2010

102 ^ "Canadian Multiculturalism Act (1985, c 24 (4th Supp ))" Department of Justice Canada 2010 Archived from the original on February 18 2011 Retrieved September 12 2010

103 ^ [a] [b] [c] [d] [e] "Religions in Canada—Census 2011" Statistics Canada/Statistique Canada May 8 2013

104 ^ Hales & Lauzon 2009 p 440

105 ^ Coates 2006 p 143

106 ^ "Canadian Charter of Rights and Freedoms (Part I of the


Width
Standard
Wide


Ethnic ancestry
Culture
Religion
Languages
See also

Width
Standard
Wide

See also
Notes
**References**
Bibliography
Further reading
External links

Archived from the original on July 6, 2011. Retrieved December 17, 2010.

41. ^ [illegible]
42. ^ Martens 2004, p. 28
43. ^ Day 2000, p. 124
44. ^ Ksenych & Liu 2001, p. 407
45. ^ "Immigration Policy in the 1970s". Canadian Heritage (Multicultural Canada). 2004. Archived from the original on November 5, 2009. Retrieved April 12, 2010.
46. ^ Kusch 2001, p. 2
47. ^ Agnew 2007, p. 182
48. ^ Wilkinson 1980, p. 200
49. ^ Good 2009, p. 13
50. ^ [illegible]
51. ^ Schneider 2009, p. 367
52. ^ "Canadians want illegal immigrants deported: poll". *Ottawa Citizen*. CanWest MediaWorks Publications Inc. October 20, 2007. Archived from the original on October 20, 2010. Retrieved October 18, 2010.
53. ^ "Am I Canadian?". Government of Canada Canada. 2014. Retrieved July 1, 2014.
54. ^ "Citizenship Act (R.S., 1985, c. C-29)". Department of Justice Canada. 2010. Archived from the original on January 6, 2011. Retrieved July 11, 2010.
55. ^ "Canadian Citizenship Act and current issues -BP-445E". Government of Canada – Law and Government Division. 2002. Retrieved July 11, 2010.
56. ^ Sinha, Jay; Young, Margaret (January 31, 2002). "Bill C-11: Immigration and Refugee Protection Act". Law and Government Division, Government of Canada. Retrieved December 12, 2009.
57. ^ [illegible]
58. ^ "Canadian immigration". Canada Immigration Visa. 2009. Retrieved December 12, 2010.
59. ^ "Canada's Generous Program for Refugee Resettlement Is Undermined by Human Smugglers Who Abuse Canada's Immigration System". Public Safety Canada. Archived from the original on June 29, 2013. Retrieved December 12, 2010.
60. ^ Zimmerman 2008, p. 51
61. ^ DeVoretz 2011
62. ^ "United States Total Canadian Population: Fact Sheet" (PDF). Asia Pacific Foundation of Canada. 2010. Archived from the original (PDF) on August 27, 2013. Retrieved July 12, 2010.
63. ^ Gray 2010, p. 302

Constitution Act, 1982)". Department of Justice Canada. 2010. Archived from the original on January 5, 2011. Retrieved September 10, 2010.

107. ^ Miedema 2005, p. 15
108. ^ Bramadat & Seljak 2005, p. 3
109. ^ Bowen 2005, p. 174
110. ^ Gregory et al. 2009, p. 672
111. ^ Merton & Baumann 2010, p. 493
112. ^ Haskell 2009, p. 50
113. ^ Boyle & Sheen 1997, pp. 100–110
114. ^ Tooker 1980, p. 20
115. ^ Findling & Thackeray 2010, p. 52
116. ^ MacLeod & Poutanen 2004, p. 23
117. ^ Powell 2005, pp. 152, 154
118. ^ Martynowych 1991, p. 28
119. ^ a b Bloomberg 2004, p. 255
120. ^ Coward & Kawamura 1979, p. 95
121. ^ Coward, Hinnells & Williams 2000, p. 192
122. ^ Waugh, Abu-Laban & Qureshi 1991, p. 15
123. ^ Bramadat & Seljak 2009, p. 102
124. ^ Yamagishi 2010, p. 17
125. ^ Naik 2003, p. 32
126. ^ "2006 Census: The Evolving Linguistic Portrait, 2006 Census Highlights". Statistics Canada. Dated 2006. Archived from the original on April 29, 2011. Retrieved October 12, 2010.
127. ^ a b Government of Canada, Statistics Canada (February 8, 2017). "Census Profile, 2016 Census – Canada [Country] and Canada [Country]". *www12.statcan.gc.ca*.
128. ^ Gordon 2005
129. ^ Kockaert & Steurs 2015, p. 490
130. ^ Grimes & Grimes 2000
131. ^ [illegible]
132. ^ a b "Official Languages Act (R.S.C., 1985, c. 31 (4th Supp.))". Act current to 2016-08-29 and last amended on 2015-06-23. Department of Justice. September 21, 2017.
133. ^ "Nunavut's Languages". *Office of the Languages Commissioner of Nunavut*. Archived from the original on September 4, 2010. Retrieved November 16, 2009.
134. ^ "Highlights of the Official Languages Act". Legislative Assembly of the NWT. 2003. Archived from the original on January 2, 2011. Retrieved October 12, 2010.
135. ^ Ha & Ganahl 2006, p. 62
136. ^ Winford 2003, p. 183
137. ^ Wurm, Mühlhäusler & Tryon 1996, p. 1491
138. ^ [illegible]

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
**References**
Bibliography
Further reading
External links

Width
Standard
Wide

## Bibliography

- Agnew, Vijay (2007). *Interrogating Race and Racism*. Toronto UP. ISBN 978-0-8020-9509-1.
- Haskell, David M. (2009). *Through a Lens Darkly: How the News Media Perceive and Portray Evangelicals*. Clements Academic

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
**Bibliography**
Further reading
External links


- Armstrong, Robert (2010) *Broadcasting Policy in Canada* U Toronto P ISBN 978-1-4426-[illegible]
- Blackwell John D (2005) "Culture High and Low" International Council for Canadian Studies World Wide Web Service Archived from the original on August 21 2014. Retrieved March 15, 2006
- Bloemraad, Irene (2006) *Becoming a Citizen Incorporating Immigrants And Refugees in the United States And Canada* U Cal P ISBN 978-0-520-[illegible]
- Bloomberg, Jon (2004) *The Jewish World in the Modern Age* KTAV Publishing ISBN 978 0 88125-844-8
- Bodvarsson, Örn Bodvar & Van den Berg Hendrik (2009) *The economics of immigration theory and policy* Springer ISBN 978 3 540-77795-3
- Borrows, John (2010) *Canada's Indigenous Constitution* Toronto UP ISBN 978-1-4426-[illegible]
- Kockaert, Hendrik J Steurs, Frieda (March 13 2015) *Handbook of Terminology* John Benjamins Publishing Company ISBN 978-90-272 6956 0
- Bowen Kurt (2005) *Christians in a Secular World The Canadian Experience* MQUP ISBN 978 0-7735 2712-6
- Boyle Kevin & Sheen Juliet eds (1997) *Freedom of Religion and Belief A World Report* U Essex – Routledge ISBN 978-0-415-15977-7
- Bramadat, Paul & Seljak David (2009) *Religion and Ethnicity in Canada* U Toronto P ISBN 978-1 4426-1018 7
- Bricker, Darrell & Wright John (2005). *What Canadians Think About Almost Everything* Doubleday ISBN 978-0 385-65985-7
- Burgess, Ann Carroll (2005) *Guide to Western Canada* GPP ISBN 978-0-7627 2987 6
- Bybee Rodger W & McCrae Barry (2009) *Pisa Science 2006 Implications for Science Teachers and Teaching* NSTA ISBN 978-1-933531-31-1
- Cameron Elspeth ed (2004) *Multiculturalism and Immigration in Canada An Introductory Reader* Canadian Scholars' ISBN 978 1 55130 249 2
- Campey, Lucille H (2008) *Unstoppable Force The Scottish Exodus to Canada* Dundurn ISBN 978-1-55002-811 9
- Chase Steven, Curry Bill & Galloway Gloria (May 6 2008) "Thousands of illegal immigrants missing A-G" *The Globe and Mail* Toronto Archived from the original on September 18 2016. Retrieved January 19 2011
- Coates Colin MacMillan ed (2006) *Majesty in Canada Essays on the Role of Royalty* Dundurn Press ISBN 978 1-55002 586-6
- Cornelius Wayne A Tsuda Takeyuki Martin Philip, Hollifield James eds (2004) *Controlling immigration a global perspective* Stanford UP ISBN 978-0 8047 4490-4
- Coward Harold G Hinnells John Russell & Williams Raymond Brady (2000) *The South Asian religious diaspora in Britain, Canada and the United States* SUNY Press ISBN 978-0-7914-9302 1
- Coward Harold G & Kawamura Leslie S (1979) *Religion and Ethnicity Essays* Wilfrid Laurier UP ISBN 978 0-88920-064-7

ISBN 978-1-894667-92-0

- Hobbs, Sandy MacKechnie Jim & Lavalette Michael (1999) *Child Labour A World History Companion* ABC-CLIO ISBN 978-0-87436-956-4
- Hollifield James; Martin Philip & Orrenius, Pia, eds (2014) *Controlling Immigration A Global Perspective* (third ed ) Stanford UP ISBN 978 0 8047 8627 0
- Huang, Annian (2006) *The Silent Spikes Chinese Laborers and the Construction of North American Railroads* Translated by Juguo Zhang China Intercontinental Press [ 中国出版社 ISBN 978-7-5085-0988-4
- Hudson John C (2002) *Across This Land A Regional Geography of the United States and Canada* JHUP ISBN 978-0 8018-6567-1
- Kalman Bobbie (2009) *Canada The culture* Crabtree ISBN 978-0-7787 9284-0
- Ksenych Edward & Liu David eds (2001) *Conflict, Order, and Action Readings in Sociology* Canadian Scholars' ISBN 978-1 55130-192-1
- Kusch Frank (2001) *All American Boys Draft Dodgers in Canada from the Vietnam War* Greenwood ISBN 978-0-275-97268-4
- Linteau, Paul-André Durocher, René & Robert Jean-Claude (1983) *Quebec A History 1867–1929* Translated by Robert Chodos Lorimer ISBN 978-0-88862-604 2
- MacLeod Roderick & Poutanen Mary Anne (2004) *Meeting of the People School Boards and Protestant Communities in Quebec 1801–1998* MQUP ISBN 978-0-7735-2742-3
- Magocsi Paul R (1999) Multicultural History Society of Ontario (ed ) *Encyclopedia of Canada's Peoples* U Toronto P ISBN 978-0 8020-2938-6
- Magocsi Paul R (2002) *Aboriginal Peoples of Canada A Short [Introduction]* U Toronto P ISBN [illegible]
- Martens, Klaus ed (2004) *The Canadian Alternative* (in German) Konigshausen & Neumann ISBN 978-3-8260-2636 2 {{cite book}} |work= ignored (help)
- Martynowych Orest T (1991) *Ukrainians in Canada The Formative Period, 1891–1924* CIUS Press U Alberta ISBN 978-0-920862-76-6
- McGowan Mark G ed (1999) "Irish Catholics Migration Arrival and Settlement before the Great Famine" *The Encyclopedia of Canada's Peoples* Multicultural Canada Archived from the original on March 7, 2012
- McGowan, Mark (2009) *Death or Canada the Irish Famine Migration to Toronto 1847* Novalis ISBN 978-2-89646-129 5
- Melton J Gordon & Baumann Martin eds (2010) *Religions of the [illegible] [Beliefs] and Practices* ABC-CLIO ISBN 978 1-59884 203-6
- Miedema Gary (2005) *For Canada's Sake Public Religion Centennial Celebrations and the Re making of Canada in the 1960s* MQUP ISBN 978-0-7735-2877-2
- Murrin John M., Johnson Paul E McPherson James M , Fahs Alice Gerstle, Gary Rosenberg, Emily S & Rosenberg Norman L


Width
Standard
Wide

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
**Bibliography**
Further reading
External links


- Day, Richard J F (2000) *Multiculturalism and the History of Canadian Diversity* Toronto UP ISBN 978 0-8020 8075 2
- DeRocco David & Chabot, John F (2008) *From Sea to Sea to Sea A Newcomer's Guide to Canada* Full Blast Productions ISBN 978 0-9784738 4-6
- DeVoretz, Don J (2011) "Canada's Secret Province 2 8 Million Canadians Abroad" (PDF) Asia Pacific Foundation of Canada Retrieved September 23 2013
- Dufour Christian (1990) *A Canadian Challenge Le Defi Quebecois* Oolichan / IRPP ISBN 978-0 88982-105-7
- Duncan James S & Ley, David eds (1993) *Place/culture/representation* Routledge ISBN 978-0-415-09451-1
- Elliott Bruce S (2004) *Irish Migrants in the Canadas A New Approach* (2nd ed ) MQUP ISBN 978-0-7735-2321-0
- English Allan D (2004) *Understanding Military Culture A Canadian Perspective* MQUP ISBN 978-0 7735 2715 7
- [illegible] (1999) [illegible] Toronto UP ISBN [illegible]
- Findling John E & Thackeray, Frank W , eds (2010) *What Happened? An Encyclopedia of Events That Changed America Forever* ABC-CLIO ISBN 978 1 59884-621-8
- Franklin, Daniel & Baun, Michael J (1995) *Political Culture and Constitutionalism A Comparative Approach* Routledge ISBN 978-1 56324-416 2
- Good Kristin R (2009) *Municipalities and Multiculturalism The Politics of Immigration in Toronto and Vancouver* Toronto UP ISBN [illegible]
- Gordon Raymond G , ed (2005) *Ethnologue Languages of the world* (15 ed ) SIL International ISBN 978-1-55671-159-6
- Gray Douglas (2010) *The Canadian Snowbird Guide Everything You Need to Know about Living Part-Time in the USA and Mexico* Wiley ISBN 978-0-470 73942-6
- Gregory Derek, Johnston, Ron Pratt Geraldine Watts Michael & Whatmore, Sarah eds (2009) *The Dictionary of Human Geography* (5th ed ) Wiley–Blackwell ISBN 978-1-4051-3288-6
- Griffiths N E S (2005) *From Migrant to Acadian A North American Border People 1604–1755* MQUP ISBN 978-0-7735-2699-0
- Grimes Barbara F & Grimes Joseph Evans eds (2000) *Ethnologue Languages of the world* (14 ed ) SIL International ISBN 978-1-55671-103-9
- Ha Louisa S & Ganahl, Richard J (2006) *Webcasting Worldwide Business Models of an Emerging Global Medium* Routledge ISBN [illegible]
- Hales Dianne R & Lauzon Lara (2009) *An Invitation to Health* Cengage Learning ISBN 978-0-17-650009-2
- Hall Patricia Wong & Hwang, Victor M eds (2001) *Anti-Asian Violence in North America Asian American and Asian Canadian Reflections on Hate, Healing, and Resistance* Rowman & Littlefield ISBN [illegible]
- Harland-Jacobs Jessica L (2007) *Builders of Empire Freemasonry and British Imperialism 1717–1927* NCUP ISBN 978-0-8078-
- [illegible] (2007) *Liberty, Equality, Power A History of the American People To 1877* (5th ed ) (Wadsworth) Cengage Learning ISBN 978-0-495-11606-6
- Naik C D (2003) *Thoughts and Philosophy of Doctor B R Ambedkar* Sarup ISBN 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-418-2
- Nersessian Mary (April 9, 2007) "Vimy battle marks birth of Canadian nationalism" CTV Television Network Archived from the original on September 18 2016 Retrieved January 16 2011
- Pfau Roland Steinbach Markus & Woll Bencie, eds (2012) *Sign Language An International Handbook* de Gruyter / Mouton ISBN 978-3-11 026132-5
- Powell John (2005) *Encyclopedia of North American Immigration* InfoBase ISBN [illegible]
- Prato Giuliana B , ed (2009) *Beyond multiculturalism Views from Anthropology* Ashgate ISBN 978-0-7546-7173-2
- Schneider, Stephen (2009) *Iced The Story of Organized Crime in Canada* Wiley ISBN 978-0 470 83500-5
- Schuit, Joke Baker, Anne & Pfau Roland (2011) "Inuit Sign Language a contribution to sign language typology" (pdf) *Amsterdam Center for Language and Communication Working Papers (ACLC)* 4 (1) U Amsterdam 1–31
- Standford Frances (2000) *Development of Western Canada Gr 7–8* On The Mark Press ISBN 978-1-77072-743-4
- Tooker, Elisabeth (1980) *Native North American spirituality of the eastern woodlands sacred myths, dreams visions speeches healing formulas rituals, and ceremonials* Paulist Press ISBN [illegible]
- Vaillancourt François & Coche Olivier (2009), "Official Language Policies at the Federal Level in Canada Costs and Benefits in 2006" (PDF) *Studies in Language Policy* Fraser Institute, ISSN 1920-0749
- Waugh Earle Howard Abu Laban, Sharon McIrvin & Qureshi Regula (1991) *Muslim families in North America* U Alberta ISBN 978-0-88864-225 7
- Wayland Shara V (1997) "Immigration Multiculturalism and National Identity in Canada" *International Journal on Minority and Group Rights* 5 (1) Dept of Political Science, U Toronto 33–58 doi 10 1163/15718119720907408
- White Richard & Findlay, John M eds (1999) *Power and Place in the North American West* UWP ISBN [illegible]
- Wilkinson, Paul F (1980) *In celebration of play an integrated approach to play and child development* Macmillan ISBN 978-0-312 41078 0
- Winford Donald (2003) *An Introduction to Contact Linguistics* Wiley ISBN 978 0-631-21250-8
- Wurm Stephen Adolphe Muhlhausler, Peter & Tyron Darrell T eds (1996) *Atlas of Languages of Intercultural Communication in the Pacific, Asia, and the Americas* de Gruyter / Mouton ISBN 978-3-11-013417-9
- Yamagishi N Rochelle (2010) *Japanese Canadian Journey The Nakagama Story* Trafford Publishing ISBN 978-1-4269-8148-7


Width
Standard
Wide

Ethnic ancestry
Culture
Religion
Languages
See also
Notes
References
**Bibliography**
Further reading
External links

Width
Standard
Wide

3088-3

- Zimmerman, Karla (2008). *Canada* (tenth ed.). Lonely Planet. ISBN 978-1-74104-571-0

## Further reading

*Main article: Bibliography of Canada*


- Beaty, Bart; Briton, Derek; Filax, Gloria (2010). *How Canadians Communicate III. Contexts of Canadian Popular Culture*. Athabasca University Press. ISBN 978-1-897425-59-6.
- Bumsted, J. M. (2003). *Canada's diverse peoples: a reference sourcebook*. ABC-CLIO. ISBN 978-1-57607-672-9.
- Carment, David; Bercuson, David (2008). *The World in Canada: Diaspora, Demography, and Domestic Politics*. McGill-Queen's Press – MQUP. ISBN 978-0-7735-7455-7.
- Cohen, Andrew (2008). *The Unfinished Canadian: The People We Are*. McClelland & Stewart. ISBN 978-0-7710-2286-9.
- Gillmor, Don; Turgeon, Pierre (2002). CBC (ed.). *Canada: A People's History*. Vol. 1. McClelland & Stewart. ISBN 978-0-7710-3324-7.
- Gillmor, Don; Turgeon, Pierre; Michaud, Achille (2002). CBC (ed.). *Canada: A People's History*. Vol. 2. McClelland & Stewart. ISBN 978-0-7710-3336-0.
- Kearney, Mark; Ray, Randy (2009). *The Big Book of Canadian Trivia*. Dundurn. ISBN 978-1-77070-614-9.
- Kelley, Ninette; Trebilcock, M. J. (2010). *The Making of the Mosaic: A History of Canadian Immigration Policy*. University of Toronto Press. ISBN 978-0-8020-9536-7.
- Resnick, Philip (2005). *The European Roots of Canadian Identity*. University of Toronto Press. ISBN 978-1-55111-705-8.
- Richard, Madeline A. (1992). *Ethnic Groups and Marital Choices: Ethnic History and Marital Assimilation in Canada, 1871 and 1971*. UBC Press. ISBN 978-0-7748-0431-8.
- Simpson, Jeffrey (2000). *Star-Spangled Canadians: Canadians Living the American Dream*. HarperCollins. ISBN 978-0-00-255767-2.
- Studin, Irvin (2006). *What Is a Canadian?: Forty-Three Thought-Provoking Responses*. McClelland & Stewart. ISBN 978-0-7710-8321-1.


## External links

- Canada Year Book 2010 – Statistics Canada
- Canada: A People's History – Teacher Resources – Canadian Broadcasting Corporation
- Persons of National Historic Significance in Canada[permanent dead link] – Parks Canada
- Multicultural Canada – Department of Canadian Heritage
- The Canadian Immigrant Experience – Library and Archives Canada
- The Dictionary of Canadian Biography – Library and Archives Canada
- Canadiana: The National Bibliography of Canada – Library and Archives Canada

Wikimedia Commons has media related to **Canadians**.

Wikiquote has quotations related to **Canadians**.

**Listen to this article** (24 minutes)

24:14

This audio file was created from a revision of this article dated 3 December 2013, and does not reflect subsequent edits.

(Audio help · More spoken articles)


V·T·E **Ethnic origins of people in Canada** [show]

V·T·E **Canadian identity** [show]

V·T·E **Canadians abroad and their descendants** [show]

V·T·E **Canada** [show]

**Authority control databases** [show]

Categories: Canadian people | Ethnic groups in Canada | North American people | Nansen Refugee Award laureates

Ethnic ancestry

Culture

Religion

Languages

See also

Notes

References

Bibliography

**Further reading**

External links

Width

Standard

Wide

[illegible]

Text is available under the Creative Commons Attribution-ShareAlike License 4.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy About Wikipedia Disclaimers Contact Wikipedia Code of Conduct Developers Statistics Cookie statement Mobile view

Wikimedia Powered by MediaWiki

The American Heritage dictionary of the English Language

Search

HOW TO USE THE DICTIONARY

GUIDE TO THE DICTIONARY

THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. ... gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

school [1] (sko͞ol)

Share: Post

n.

1. An institution for the instruction of children or people under college age.
2. An institution for instruction in a skill or business: a secretarial school; a karate school.
3.
   a. A college or university.
   b. An institution within or associated with a college or university that gives instruction in a specialized field and recommends candidates for degrees.
   c. A division of an educational institution constituting several grades or classes: advanced to the upper school.
   d. The student body of an educational institution.
   e. The building or group of buildings housing an educational institution.
4. The process of being educated formally, especially education constituting a planned series of courses over a number of years: *The children were put to school at home. What do you plan to do when you finish school?*
5. A session of instruction: *School will start in three weeks. He had to stay after school today.*
6.
   a. A group of people, especially philosophers, artists, or writers, whose thought, work, or style demonstrates a common origin or influence or unifying belief: *the school of Aristotle; the Venetian school of painters.*
   b. A group of people distinguished by similar manners, customs, or opinions: *a gentleman of the old school.*
7. Close order drill instructions or exercises for military units or personnel.
8. Australian A group of people gathered together for gambling.

tr.v. **schooled, school·ing, schools**

1. To educate in or as if in a school.
2. To train or discipline: *He is well schooled in literature.* See Synonyms at teach.
3. Slang To defeat or put down decisively, especially in a humiliating manner: *Our team got schooled by the worst team in the division.*

adj.

Of or relating to school or education in schools: *school supplies; a school dictionary.*

[Middle English *scole*, from Old English *scōl*, from Latin *schola*, from Greek *skholē*; see **segh-** in the Appendix of Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

school [2] (sko͞ol)

Share: Post

n.

A large group of aquatic animals, especially fish, swimming together; a shoal.

intr.v. **schooled, school·ing, schools**

To swim in or form into a school.

[Middle English *scole*, from Middle Dutch; see **skel-**[1] in the Appendix of Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by

AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary app is now available for iOS and Android.

THE AMERICAN HERITAGE DICTIONARY BLOG

THE 100 WORDS®

FIND OUT MORE

INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

HarperCollins Publishers. All rights reserved.

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our **Dictionary of Indo-European Roots**.

## American Heritage Dictionary Products



The American Heritage Dictionary, 5th Edition

The American Heritage Dictionary of Idioms

The American Heritage Roget's Thesaurus

Curious George's Dictionary

The American Heritage Children's Dictionary

CONTACT US

Customer Service
Make Me An Author
Ebooks Help with Glass Reader

ABOUT US

Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

FOR READERS

Browse Reading Guides

FOR AUTHORS

Submit a Manuscript
Report Piracy
Agent Portal

MEDIA

Publicity Contacts
Press Room

SERVICES

HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

COVID-19 RESOURCES & PERMISSIONS

Permissions for Adult Online Readings
Permissions for Kids Online Readings

SALES & RIGHTS

Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

GLOSE APP

iPhone
Android

GLOBAL DIVISIONS

HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins

News Corp

Terms of Use • Terms of Sale • Time Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information

Copyright [illegible] HarperCollins Publishers. All rights reserved.

[illegible]

https://www.canadianschool.com.mx/ at 04:45:45 06/29/2024

ALBERTA ACCREDITED ⌄ CAREERS ADMISSIONS & CONTACT

CANADIAN SCHOOL.

CANADIAN SCHOOL WAY CAMPUS ⌄ EARLY YEARS ELEMENTARY JUNIOR HIGH HIGH SCHOOL

# Learning is a joyful ADVENTURE

be CANADIAN SCHOOL



Alberta Canada Accredited International School

Campus Guadalajara y Campus Querétaro






## Welcome to Canadian School

Where hearts come together to create a dynamic learning community, where values drive our guiding principles with a high international recognition.

A place where students, teachers, and families become one big family, supporting, learning, nurturing, and celebrating together. Here, the journey of education is not solitary, but a shared adventure, where friendships bloom. Our tight-knit community forms a strong foundation for every student and an atmosphere of belonging and acceptance that empowers each individual to thrive.

We don't just teach values; we live them.

Our core principles are integrity, compassion, and respect that illuminates the path of our students. These values are the moral compass that guides us in every decision, every action, and every interaction. Our aim is not only to shape brilliant minds but also to mold compassionate individuals who with positive minds towards empathy and understanding.



## The Canadian School way

A character development program that inspires our students to make decisions based on our six core values:



Responsibility | Respect | Honesty

Love | Cooperation | Tolerance



# be your own rolemodel

**Education for connected minds. Digital Literacy.**

The province of Alberta, Canada, has one of the finest educational systems in the world. At Canadian School we are proud to have implemented its curricula as the core of our program.

We are one of the 14 Alberta-accredited international schools. Canada ranks 7th place among 72 countries in the PISA test 2015. Alberta ranks 1st place among the 10 Canadian provinces in PISA 2015. PISA assesses the academic proficiency of 15-year-olds in reading, math, and science subjects.

Alberta Canada — Accredited International School

Campus Guadalajara y Querétaro

SEP



**ACADEMIC EXCELLENCE**

Academic excellence is important because it paves the way for future success.

+ More info

**INNOVATION**

We are leaders in technology, focused on 21st Century teaching and learning best practices and community engagement.

**ENGLISH FULL IMMERSION**

Our program uses English language for instruction and for communication.

+ More info

**TECHNOLOGY INTEGRATION**

Technology integration is the use of technological resources in daily teaching and learning practices.

+ More info

**STUDENT SUCCESS**

We are committed to achieve success for every student. Our professional staff of psychologists and learning specialists assist students to optimize their learning.

+ More info

**WELL ROUNDED EDUCATION**

Outside our classrooms, our students are engaged in a varied and rich selection of extended curricular activities.

+ More info








ACHIEVEMENTS

# to be proud

**In every laughter shared, every hand extended, and every moment of triumph celebrated, the essence of the Canadian School thrives.**

Our program is inspired by the ***Reggio Emilia*** approach. This focuses on the creation of a learning environment that enhances and facilitates a child's way of thinking and where their senses are stimulated.

With the ***Reggio Emilia*** approach, children are endowed with multiple languages (painting, sculpting, drama, etc.) therefore our program is based on inquiry, investigation and discovery. It's a safe place where children lead the way and where teachers explore the child's interests, their natural curiosity and their immense sense of wonder.

SCUOLE E NIDI D'INFANZIA
Istituzione del

CANADIAN SCHOOL



REGGIO EMILIA APPROACH

## ADMISSIONS

**CAMPUS OF INTEREST** Click on the city of your interest

GUADALAJARA LEÓN PUEBLA QUERÉTARO

Selecciona tu ciudad de interés / *Click on the city of your interest*




©CANADIAN SCHOOL ©All rights reserved

Design and Powered by

**98289734**

CANADIAN SCHOOL

| | |
|---|---|
| **Word Mark** | CANADIAN SCHOOL |
| **Goods/Services** | IC 041 US 100 101 107<br>EDUCATION; PROVIDING OF TRAINING; ENTERTAINMENT; SPORTING AND CULTURAL ACTIVITIES; ACADEMIES (EDUCATION); EXAM APPLICATION SERVICES TO OBTAIN A CERTIFICATE IN ANY PROFESSION; APPLICATION OF ACADEMIC EXAMINATIONS FOR ACCREDITATION CERTIFICATION; COACHING (TRAINING); ARRANGING AND CONDUCTING OF COLLOQUIUMS; ORGANIZATION OF SPORTS COMPETITIONS; ORGANIZATION OF COMPETITIONS (EDUCATION OR ENTERTAINMENT); ARRANGING AND CONDUCTING OF CONFERENCES; ARRANGING AND CONDUCTING OF CONGRESSES; DISSEMINATION OF CULTURE AND KNOWLEDGE; EDUCATION INFORMATION; EDUCATION SERVICES WITH DISTRIBUTION OF INSTRUCTIONAL LITERATURE; PHYSICAL EDUCATION; EDUCATION SERVICES; TEACHING; AWARD DELIVERY SERVICES OF RECOGNIZATION DERIVED FROM EDUCATIONAL, CULTURAL AND ENTERTAINMENT ACTIVITIES; EDUCATIONAL SERVICES PROVIDED BY SCHOOLS; EDUCATIONAL EXAMINATION; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; CULTURAL PROMOTION SERVICES; NURSERY SCHOOLS; TEACHING; NURSERY SCHOOLS; GAMES LIBRARY SERVICES ; ARRANGING AND CONDUCTING OF IN-PERSON EDUCATIONAL FORUMS; ARRANGING AND CONDUCTING OF SEMINARS; ARRANGING AND CONDUCTING OF SYMPOSIUMS; ARRANGING AND CONDUCTING OF WORKSHOPS (TRAINING); VOCATIONAL GUIDANCE (EDUCATION OR TRAINING ADVICE); PUBLICATION OF TEXTS, OTHER THAN PUBLICITY TEXTS; TUTORING. |
| **Register** | PRINCIPAL |
| **Serial Number** | **98289734** |
| **Filing Date** | 2023-11-29T00:00:00 |
| **Original Filing Basis** | 44e |

| | |
|---|---|
| **Current Filing Basis** | 44e |
| **Owner** | (APPLICANT) SISTEMA CANADIENSE INTERNACIONAL, S.A. DE C.V. (sociedad anonima (sa de cv)); MEXICO); 133 BAJADA DE LAS AGUILAS, INT. 3, ZAPOPAN, JALISCO, 45129, MEXICO |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 050303, 200505 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of a stylized maple leaf design element above a stylized open book design element above the stacked elements "CANADIAN SCHOOL". |
| **Live Dead Indicator** | LIVE |
| **Status** | NEW APPLICATION - ASSIGNED TO EXAMINER |
| **Attorney of Record** | Kevin P. Hartley |

**Print:** June 29, 2024 4:47 PM

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on June 29, 2024 for
**U.S. Trademark Application Serial No. 98289734**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

| | |
|---|---|
| **To:** | Health Care Associates, Inc. (csha@csha.net) |
| **Subject:** | TRADEMARK APPLICATION NO. 78558191 - COLORADO SCHOOL OF HEALING ARTS - N/A |
| **Sent:** | 9/8/05 1:44:42 PM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4<br>Attachment - 5<br>Attachment - 6<br>Attachment - 7<br>Attachment - 8<br>Attachment - 9<br>Attachment - 10<br>Attachment - 11<br>Attachment - 12<br>Attachment - 13 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/558191

**APPLICANT:** Health Care Associates, Inc.

**CORRESPONDENT ADDRESS:**
DENNIS SIMPSON
HEALTH CARE ASSOCIATES, INC.
7655 W MISSISSIPPI AVE STE 100
LAKEWOOD, CO 80226-4332

*78558191*

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK:** COLORADO SCHOOL OF HEALING ARTS

**CORRESPONDENT'S REFERENCE/DOCKET NO :** N/A

**CORRESPONDENT EMAIL ADDRESS:**
csha@csha.net

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

Serial Number 78/558191

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

**SEARCH RESULTS**

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

**SECTION 2(F) - ACQUIRED DISTINCTIVENESS**

The examining attorney has reviewed the Section 2(f) evidence included by the Applicant, and has concluded that the mark has acquired 2(f) distinctiveness as to the wording "COLORADO". However, the wording "SCHOOL OF HEALING ARTS" has not acquired distinctiveness based on its generic nature, and therefore needs to be disclaimed, as discussed below.

**DISCLAIMERS**

Applicant must disclaim the wording "SCHOOL OF HEALING ARTS" apart from the mark as shown because it is the generic designation of the Applicant's services. Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a).

Generic terms are terms that the relevant purchasing public understands primarily as the common or class name for the goods or services. *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 57 USPQ2d 1807 (Fed. Cir. 2001); *In re American Fertility Society*, 188 F.3d 1341, 51 USPQ2d 1832 (Fed. Cir. 1999); *In re Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 828 F.2d 1567, 4 USPQ2d 1141 (Fed. Cir. 1987); *H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inc.*, 782 F.2d 987, 228 USPQ 528 (Fed. Cir. 1986). Generic terms are by definition incapable of indicating a particular source of the goods or services, and cannot be registered as trademarks; doing so "would grant the owner of the mark a monopoly, since a competitor could not describe his goods as what they are." *In re Merrill Lynch*, 828 F.2d at 1569, 4 USPQ2d at 1142.

Here, the wording is generic of the services. First, the Applicant describes the services in the application's recitation as including "related healing arts". This demonstrates that the wording "healing arts" in the mark is highly descriptive of the services themselves. In addition, the wording is used generically by many other institutions providing identical services. Consequently, consumers will automatically equate such wording with the associated services. See attached Exhibits 1-4. Furthermore, the wording "school" is generic for the services in that the Applicant uses the mark to provide "vocational education". Finally, the US PTO has required Applicant's with similar marks and services to disclaim such wording in the past. See attached Registration Nos. 2950568 and 1440944.

The Office can require an applicant to disclaim exclusive rights to an unregistrable part of a mark, rather than refuse registration of the entire mark. Trademark Act Section 6(a), 15 U.S.C. §1056(a). Under Trademark Act Section 2(e), 15 U.S.C. §1052(e), the Office can refuse registration of the entire mark where it is determined that the entire mark is merely descriptive, deceptively misdescriptive, or primarily geographically descriptive of the goods. Thus, the Office may require the disclaimer of a portion of a mark which, when used in connection with the goods or services, is merely descriptive, deceptively misdescriptive, primarily geographically descriptive, or otherwise unregistrable (e.g., generic). TMEP §1213.03(a). If an applicant does not comply with a disclaimer requirement, the Office may refuse registration of the entire mark. TMEP §1213.01(b).

A "disclaimer" is thus a written statement that an applicant adds to the application record that states that applicant does not have exclusive rights, separate and apart from the entire mark, to particular wording and/or to a design aspect. The appearance of the applied-for mark does not change. therefore, the Applicant must include the following disclaimer with the Application.

No claim is made to the exclusive right to use "SCHOOL OF HEALING ARTS" apart from the mark as shown.

A disclaimer of the individual component words of a complete descriptive phrase is improper. *See, e.g., In re Medical Disposables Co.*, 25 USPQ2d 1801, 1805 (TTAB 1992); *In re Wanstrath*, 7 USPQ2d 1412, 1413 (Comm'r Pats. 1987); *American Speech-Language-Hearing Association v. National Hearing Aid Society*, 224 USPQ 798, 804 n.3 (TTAB 1984); *In re Surelock Mfg. Co., Inc.*, 125 USPQ 23, 24 (TTAB 1960). This standard is applied strictly, and the disclaimer of individual words separately is generally appropriate only when the words being disclaimed are separated by registrable matter. TMEP §1213.08(b).

**SPECIMEN OF SERVICES**

Applicant must submit (1) a substitute specimen showing the mark as it is used in commerce on the goods or on packaging for the goods, and (2) a statement that "the substitute specimen was in use in commerce at least as early as the filing date of the application," verified with a notarized affidavit or a signed declaration under 37 C.F.R. §2.20.

The current specimen of record comprises of the mark, along with other wording in an image, and is unacceptable as evidence of actual trademark use in commerce because it does not appear to be anything more than a .jpg image. Examples of acceptable specimens for services are signs, photographs, brochures, website printouts or advertisements that show the mark used in the sale or advertising of the services. TMEP §§1301.04 *et seq.*

Pending an adequate response to the above, registration is refused because the specimen of record does not show use of the proposed mark as a trademark. Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051, 1052 and 1127; TMEP §§904.11 and 1202 *et seq*.

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

**SAMPLE DECLARATION**

The following is a sample declaration under 37 C.F.R. §2.20 with a supporting statement for a substitute specimen:

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting there from, declares *that the substitute specimen was in use in commerce at least as early as the filing date of the application;* all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

____________________________
(Signature)

____________________________
(Print or Type Name and Position)

____________________________
(Date)

/Alain Lapter/
Trademark Attorney
600 Dulaney Street
Law Office 108 - 5A20
Alexandria, VA 22314
571-272-8607 (phone)

**HOW TO RESPOND TO THIS OFFICE ACTION:**

- ONLINE RESPONSE: You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE: To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

Print: Aug 30, 2005 73571548

**TYPED DRAWING**

**Serial Number**
73571548

**Status**
SECTION 8-ACCEPTED

**Word Mark**
AMERICAN COLLEGE OF HEALING ARTS

**Standard Character Mark**
No

**Registration Number**
1440944

**Date Registered**
1987/05/26

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
OLIVE W. GARVEY CENTER FOR THE IMPROVEMENT OF HUMAN FUNCTIONING, THE DBA AMERICAN COLLEGE OF HEALIGN ARTS NON-PROFIT CORPORATION KANSAS 3100 N. HILLSIDE WICHITA KANSAS 67219

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 107. G & S: [ EDUCATIONAL SERVICES, NAMELY, ] ORGANIZING AND CONDUCTING CONFERENCES RELATING TO THE ENHANCEMENT OF FUNCTIONING IN THE HEALTH IMPROVEMENT FIELD, AND THE PRESENTATION OF AWARDS TO THOSE PERSONS SUBMITTING THE BEST PAPERS IN THIS HEALTH FIELD. First Use: 1985/03/00. First Use In Commerce: 1985/03/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLEGE OF HEALING ARTS" APART FROM THE MARK AS SHOWN.

**Filing Date**
1985/12/04

**Amended Register Date**
1987/01/27

**Print: Aug 30, 2005** **73571548**

**Examining Attorney**
MARKS, MARTIN H.

**Attorney of Record**
JOHN W. CARPENTER

**Print: Aug 30, 2005** **76537429**

**DESIGN MARK**

**Serial Number**
76537429

**Status**
REGISTERED

**Word Mark**
ORIENTAL HEALING ARTS INSTITUTE

**Standard Character Mark**
No

**Registration Number**
2950568

**Date Registered**
2005/05/10

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Oriental Healing Arts Institute CORPORATION CALIFORNIA 1945 Palo Verde Avenue, Suite 208 Long Beach CALIFORNIA 90815

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: educational classes and seminars relating to Oriental medicine and herbs. First Use: 1975/09/05. First Use In Commerce: 1975/09/05.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE HEALING ARTS INSTITUTE APART FROM THE MARK AS SHOWN.

**Filing Date**
2003/08/14

**Amended Register Date**
2005/01/31

**Examining Attorney**
WHITAKER-BROWN, TRACY

**Print: Aug 30, 2005** **76537429**

**Attorney of Record**
Derek S. Yee

# ORIENTAL HEALING ARTS INSTITUTE

http://www.healingartsnetwork.com/ 08/30/2005 10:44:55 AM

# Healing Arts Network

| | | | | | |
|---|---|---|---|---|---|
| Links | Gallery | Animal Health | Reiki | Acupuncture | In the News |
| First Time Visitors | Sacred Sites | Shamanic Practitioners | Reiki Outside of U.S. | Aromatherapy Etc. | Upcoming Events |
| Search Site | Inspirational Verses | Energywork Practitioners | Holistic Practitioners | Speakers Bureau | Informative Articles |
| Site Overview | Shopping | Schools/Centers | Yoga Studios | Bodywork Practitioners | Journeys |
| Code of Ethics | Related Products | School Search | Feng Shui Consultants | | Publications |
| Home | | Listing Update Form | Listing Application | | |

**Welcome to the Healing Arts Network, your source for information on Alternative Medicine, Holistic Health and Shamanic Practice.**



**Practitioners, Learn how to list your practice.**

We are very happy to present this exciting web site which offers information about various forms of alternative medicine including Reiki, Shamanism, Acupuncture, Feng Shui, Massage, Holistic Health and references to schools/centers,conferences, books and related products. Most importantly, is included an ever enlarging list of practitioners throughout the U.S., Canada and Great Britain and the World, who offer these services.

Interesting photos of sacred places in Peru, England, Nepal and Mexico can be found on the **Sacred Places** page. You can click on **Shopping** and find out more

about some of the merchants with whom we have associated. Please also check out Upcoming Events and our Informative Articles page.

We will be updating and expanding weekly. ***Why not bookmark/favorite place us now and check us out again soon?***

**Do you need a web site for your practice? Check out Site-Spinners, at www.site-spinners.com and ask about our special joint offer.**

***In the mean time, happy surfing and hope to see you back here again in the near future.***

- New Art Gallery
- Reiki Training
- Reiki Practitioners
- Energywork Practitioners
- Acupuncture Practitioners
- Reflexology Practitioners
- Feng Shui Consultants
- Spiritual Journeys
- Travel
- Courses
- Chiropractors
- Physical Therapy

- Shamanism
- Shamanic Training
- Shamanic Practitioner
- Aromatherapy
- Holistic Practitioner
- Alternative Schools
- Speakers
- Drums
- Books
- Bodywork
- Massage Therapy
- Posters
- Animal Health

Email Us

OMPLACE CONSCIOUS LIVING AWARD

Copyright 1998-2005 By Healing Arts Network. All rights reserved. Please direct all comments on these pages to webmaster@HealingArtsNetwork.com Designed by *Site-Spinners* www.site-spinners.com

http://www.swiha.org/ 08/30/2005 10:45:32 AM




Home | About Us | Programs | Admissions | Student Clinic | Yoga Center
Alumni | Events | Contact Us | SWIHA Classes

*Discover the School with Great Energy!*

Click Here to Request a Catalog!

**Southwest Institute of Healing Arts** is a state approved school for massage and bodywork - and one of the most recognized massage schools in Arizona and the country - we are committed to providing the best training available. Choose from over 10, 000 hours of dynamic classes in areas such as massage therapy, life coaching, hypnotherapy, yoga teacher training, and many more...



**Out of State Students**

Moving to Arizona? Everything you need to know is right here...

Welcome to SWIHA



**Upcoming Events**

DISCOVER YOUR GIFT!

Sign Up Today!



http://www.swiha.org/ 08/30/2005 10:45:32 AM

is right here...



**Attention Holistic Practitioners**
Get Listed on GreatTherapists.com

Click here for more information!



Celebrate Your Life Conference

Advanced Hypnotherapy Clinic- Volunteers Needed

2005 Holistic Health Gathering
Click Here



**Featured Programs**

- Massage Therapy
- Western Herbalism
- Holistic Healthcare
- Mind-Body Program
- Yoga Teacher Training
- Hypnotherapy
- Life Coaching
- All Programs...

**Change People's Lives**
Become a **Life Coach!** Today!

A New Holistic High School
Visit www.newsamaz.com Today!

© 2003 SWIHA. All rights reserved.
Site Developed by Healing Arts Media

Home About Us Programs Admissions Consumer Info. Yoga Center Classes Contact Us

http://www.diha.org/ 08/30/2005 10:46:23 AM

**Massage Therapy School • Massage Therapy Training**
**Tucson Arizona**

# Desert Institute of the Healing Arts

Professional Massage Therapy and Shiatsu School

Turn your gift for touch into a successful career

HOME | Since 1982 | CONTACT

Apply Now | Why Choose DIHA | Programs | Courses | Continuing Ed | Student Services | Financial Aid | Locate a Therapist

Transform your future.



**Enrollment Deadline August 31st**

***Apply Online Today!***



**Massage Therapy Training**

▫ Day & Evening Classes



**Shiatsu Training Program**

▫ Japanese Healing Art



**Reflexology Training**

▫ Learn Reflex Points



**Thai Massage Therapy**

▫ Healing Art From Thailand

DIHA News & Events

YOUR SOURCE FOR DIHA NEWS & UPCOMING EVENTS

CLICK FOR MORE NEWS

**CAREER PRESENTATIONS**

**Sunday, October 2, 10:00 - Noon**
**Sunday, November 6, 10:00 - Noon**
**Monday, November 7, 6:00 - 8:00pm**
**Sunday, December 4, 10:00 - Noon**
**Monday, December 5, 6:00 - 8:00pm**

Tour our school, learn about our training and get the facts on income potential. We are now enrolling for the May - Day Massage Therapy Program & Evening Massage Therapy program. Explore the possibilities... call to reserve your space! (520) 882-0899.

Feel free to browse through the menu links for more information about the Desert Institute of

the Healing Arts—a state licensed school specializing in massage therapy training and shiatsu. Located in Tucson, Arizona, amidst the uniquely exquisite beauty of the southwest and the sonoran desert.

Our training is dedicated to providing quality personal instruction in the art and science of massage therapy, shiatsu, thai massage therapy, and reflexology. The goal of our school is to provide the public with highly skilled professionals.

We would love to hear from you, to respond to your inquiries or just to say "hi". Give us a call today at (520) 882-0899, toll free at 1-800-733-8098, or email us. We'll be happy to give you any additional information you may require.

**Our Mission Statement**

We are committed to being the leading international healing arts school, attracting people who are passionate about challenging themselves academically, personally and professionally. The impact is rewarding, successful careers and life-long relationships.

The Commitment: To provide opportunities for personal growth experiences that reward our graduates with the ability to personally connect with others, while providing a therapeutic, intuitive bodywork treatment that promotes profound changes in muscular and energetic imbalances as well as improving health and well-being.

Academically: To provide high academic training in the science and education of massage therapy and bodywork by offering comprehensive educational opportunities taught by advanced educators and thereby lead the profession forward using the latest information and research and providing the best educational materials for our students.

Lifelong Relationships: Everyone who passes through our school experiences a deep respect for all people. They value our standards, thus creating a trust in our products, services and training programs.

---

Why Choose DIHA | Accreditations | School Admissions | School Tuition | Apply For Training | Student Services | Financial Aid
Gift Certificates | Massage Therapy Training | Shiatsu Training Program | Thai Massage Therapy | Reflexology Training
Job Placement | Introductory Training | School Calendar | Locate a Therapist | Graduate Information | Links | Contact

ACCREDITATIONS:
ACCSCT COMTA

Desert Institute of the Healing Arts
140 E. 4th Street • Tucson Arizona 85705
1-800-733-8098 • 520-882-0899
Massage Therapy Training • Massage Therapy School

http://www.nmhealingarts.org/ 08/30/2005 10:46:53 AM




Providing cutting-edge
massage & bodywork education
based on mindfulness and service.

Since 1981.

888.808.5188 • 505.982.6271

Massage Therapy | Somatic Polarity | Dual Certification | Ortho-Bionomy | Cranial Sacral | Hakomi for Bodyworkers | Advanced Myofascial | Continuing Education

Search

WWW NMAHA Site

Click here to request a catalog & video

Attend an open house!

## Healing in Santa Fe

With a name like Santa Fe (which means "Holy Faith" in Spanish), you would expect this city in the mountains to have something special going for it. Holistic healing is in the air here. According to the Los Angeles Times, Santa Fe has the nation's most active community of complementary health care professionals: it boasts one such practitioner for every 27 residents —compared to only one conventional doctor per 200. The city has more acupuncturists per capita than Bejing.

"What I like most about having a practice here is people's

"At the Academy, we support and guide our students as they participate in healing their own bodies, minds and spirits. From this experience of awareness they are then prepared

**Attend a sampler class!**

willingness to explore healing not only on the body, but on the mind and the spirit, also," says Michael Herbert, a massage therapist in Santa Fe. "When I'm working on someone in Santa Fe, I get the distinct feeling that they are working on themselves at the same time."
>>>click here to read more

**to emerge and work in the larger world, sharing their understanding and skills with those they touch."**

*Lorin Parrish, Executive Director*

**Home** | **Admissions** | **Online application** | **Our Vision** | **Contact Us**
Certification Programs | Continuing Education | Course Catalog (pdf) | Course Listings
Advanced Myofascial |Massage Therapy | Somatic Polarity Therapy | Dual Certification | Financial Assistance (pdf)
About Santa Fe | Links | Our Faculty | Site Map

**Cranial-sacral program:** Cranial-sacral Therapy | Courses | Faculty | Brochure | Cranial Sacral Application (pdf)

**Ortho-Bionomy program:** Ortho-Bionomy | Article | Basic Practitioner | Brochure (pdf)
Class Schedule | Courses | Faculty | Practical Study
Society of Ortho-Bionomy International | Advanced Practitioner

**Hakomi for Bodyworkers program:** General information | 16-hour workshops | 200-hour program | 2005-2006 schedule

©2005 New Mexico Academy of Healing Arts All Rights Reserved/Terms of Use
Call us at 1-888-808-5188, or e-mail us at info@nmhealingarts.org for more information.

If you cannot view our PDFs, your browser may not have a PDF viewer plug-in.
You can download Adobe Acrobat reader for free by clicking here.

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 79197074

**MARK:** EM LYON BUSINESS SCHOOL

*79197074*

**CORRESPONDENT ADDRESS:**
Cabinet LAURENT & CHARRAS,
Mlle Audrey BAUJOIN
Le Contemporain, 50 Chemin de la Bruyère
F-69574 DARDILLY Cedex
FRANCE

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**APPLICANT:** ASSOCIATION DE L'ENSEIGNEMENT SUPERIEUR ETC.

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**

## OFFICE ACTION

**INTERNATIONAL REGISTRATION NO. 1320897**

**STRICT DEADLINE TO RESPOND TO THIS NOTIFICATION:** TO AVOID ABANDONMENT OF THE REQUEST FOR EXTENSION OF PROTECTION OF THE INTERNATIONAL REGISTRATION, THE USPTO MUST RECEIVE A COMPLETE RESPONSE TO THIS PROVISIONAL FULL REFUSAL NOTIFICATION **WITHIN 6 MONTHS** OF THE "DATE ON WHICH THE NOTIFICATION WAS SENT TO WIPO (MAILING DATE)" LOCATED ON THE WIPO COVER LETTER ACCOMPANYING THIS NOTIFICATION.

In addition to the Mailing Date appearing on the WIPO cover letter, a holder (hereafter "applicant") may confirm this Mailing Date using the USPTO's Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. To do so, enter the U.S. application serial number for this application and then select "Documents." The Mailing Date used to calculate the response deadline for this provisional full refusal is the "Create/Mail Date" of the "IB-1rst Refusal Note."

This is a **PROVISIONAL FULL REFUSAL** of the request for extension of protection of the mark in the above-referenced U.S. application. *See* 15 U.S.C. §1141h(c). See below in this notification (hereafter "Office action") for details regarding the provisional full refusal.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SEARCH OF OFFICE'S DATABASE OF MARKS**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**SUMMARY OF ISSUES:**

I. Identification Amendment Required
II. Mark Description Amendment Required
III. Entity Clarification Required
IV. Disclaimer

**I. IDENTIFICATION AMENDMENT REQUIRED**

The wording following wording in the identification of services is indefinite and must be clarified. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

| CURRENT ID | ISSUE | SUGGESTED ID |
|---|---|---|
| Education | Indefinite – applicant must further clarify the types of services offered. For example, if applicant provides classes in the field of business, then applicant may amend its application to indicate this explicitly. | Education **services, namely, providing {indicate form of educational activity, e.g., classes, seminars, workshops} in the fields of {indicate subject matter or fields of educational activity}** |
| Training; practical training; continuous training | Indefinite – applicant must further clarify the types of services offered. For example, if applicant provides training in the field of computers, then applicant may amend its application to indicate this explicitly. | training **in the field of {specify field or subject matter}** |
| Teaching | Indefinite – applicant must further clarify the types of services offered. For example, if applicant provides teaching in the field of marketing, then applicant may amend its application to indicate this explicitly. If applicant teaches courses of instruction at the undergraduate, graduate and post-graduate level, then applicant may indicate this as well. | teaching **in the field of {specify field}** |
| entertainment services | Indefinite – applicant must further clarify the types of services offered. | entertainment services, **namely, {specify services, e.g., wine tastings, conducting contests, etc.}** |
| sporting and cultural activities | Indefinite – applicant must further clarify the types of services offered. | sporting and cultural activities, **namely {specify, e.g., organization of sports competitions, organization of cultural events, etc.}** |
| organization and conducting of training workshops | Indefinite – applicant must further clarify the types of services offered. | organization and conducting of training workshops **for {indicate group, e.g., students, teachers} in the field of {indicate subject matter or field}** |
| correspondence courses | Indefinite – applicant must further clarify the services by indicating the field of the courses | **providing education in the fields of {indicate specific fields, e.g., computers, music, art} rendered through** correspondence courses |
| interactive distance learning | Indefinite – applicant must further clarify the services by indicating the level of instruction | **educational services, namely, conducting** interactive distance learning **at the {indicate level of instruction, e.g., university} level** |

| | | |
|---|---|---|
| organization and conducting of conferences, congresses, colloquiums, seminars, symposiums, round tables; organization and conducting of focus groups in connection with business organization and management, industrial or commercial companies | Indefinite – applicant must specify that these are educational in nature | organization and conducting of **educational** conferences, congresses, colloquiums, seminars, symposiums, round tables **all in the field of {specify subject matter, e.g., business organization}** |
| organization of educational competitions with or without distribution of prizes and awards | Indefinite – applicant must specify that the services are for educational purposes | organization and conducting of focus groups **for educational purposes** in **the field of** business organization and management, industrial or commercial companies |
| organization of meetings of students and former students | Indefinite – applicant must specify that these is for educational purposes | organization of **events for educational purposes, namely,** meetings of students and former students |

If accurate, applicant may adopt the following identification in their appropriate international classes:

> International Class 041: International Class 041: Education **services, namely, providing {indicate form of educational activity, e.g., classes, seminars, workshops} in the fields of {indicate subject matter or fields of educational activity}**; training **in the field of {specify field or subject matter}**; teaching **courses of instruction at the undergraduate, graduate and post-graduate level**; entertainment services, **namely, {specify services, e.g., wine tastings, conducting contests, etc.}**; sporting and cultural activities, **namely {specify, e.g., organization of sports competitions, organization of cultural events, etc.}**; **providing** information and advice in **the field of** education, training and teaching; organization and conducting of training workshops **for {indicate group, e.g., students, teachers} in the field of {indicate subject matter or field}**; practical training **in the field of {specify field or subject matter}**; continuous training **in the field of {specify field or subject matter}; providing education in the fields of {indicate specific fields, e.g., computers, music, art} rendered through** correspondence courses; **educational services, namely, conducting** interactive distance learning **at the {indicate level of instruction, e.g., university} level**; organization and conducting of **educational** conferences, congresses, colloquiums, seminars, symposiums, round tables **all in the field of {specify subject matter, e.g., business organization}**; organization and conducting of focus groups **for educational purposes** in **the field of** business organization and management, industrial or commercial companies; organization and conducting of exhibitions for cultural or educational purposes; organization of **events for educational purposes, namely,** meetings of students and former students; **vocational guidance**; organization of educational competitions with or without distribution of prizes and awards; educational examinations; publication of books; publication of texts; publication of books, manuals, journals and multimedia teaching aids; electronic publication of books and periodicals online; photographic reporting; book lending.

An applicant may only amend an identification to clarify or limit the services, but not to add to or broaden the scope of the services. 37 C.F.R. §2.71(a); see TMEP §1904.02(c)(iv). In an application filed under Trademark Act Section 66(a), the scope of the identification for purposes of permissible amendments is limited by the international class assigned by the International Bureau of the World Intellectual Property Organization (International Bureau). 37 C.F.R. §2.85(f); TMEP §§1402.07(a), 1904.02(c). If an applicant amends an identification to a class other than that assigned by the International Bureau, the amendment will not be accepted because it will exceed the scope and those services will no longer have a basis for registration under U.S. law. TMEP §§1402.01(c), 1904.02(c).

In addition, in a Section 66(a) application, an applicant may not change the classification of services from that assigned by the International Bureau in the corresponding international registration. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1402.01(c). Further, in a multiple-class Section 66(a) application, an applicant may not transfer services from one existing international class to another. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1402.01(c).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable U.S. Acceptable Identification of Goods and Services Manual at http://tess2.uspto.gov/netahtml/tidm.html. See TMEP §1402.04.

## II. MARK DESCRIPTION AMENDMENT REQUIRED

The applied-for mark is not in standard characters and applicant did not provide a description of the mark with the initial application.

Applications for marks not in standard characters must include an accurate and concise description of the entire mark that identifies literal elements as well as any design elements. *See* 37 C.F.R. §2.37; TMEP §§808.01, 808.02, 808.03(b).

Therefore, applicant must provide a description of the applied-for mark. The following is suggested:

**The mark consists of the word "em" above the word "lyon" above the word "business" above the word school" all on a shaded square.**

### III. ENTITY CLARIFICATION AMENDMENT REQUIRED

Applicant must specify its form of business or type of legal entity **and** its national citizenship or foreign country of organization or incorporation. *See* 37 C.F.R. §§2.32(a)(3)(i)-(ii), 7.25(a)-(b); TMEP §§803.03, 803.04, 1904.02(a). This information is required in all U.S. trademark applications, including those filed under Trademark Act Section 66(a) (also known as "requests for extension of protection of international registrations to the United States"). *See* 37 C.F.R. §§2.32(a)(3)(i)-(ii), 7.25(a)-(b); TMEP §§803.03, 803.04, 1904.02(a).

If applicant's entity type is an individual, applicant must indicate his or her national citizenship for the record. *See* 37 C.F.R. §2.32(a)(3)(i); TMEP §803.04. If applicant's entity type is a corporation, association, partnership, joint venture, or the foreign equivalent, applicant must set forth the foreign country under whose laws applicant is organized or incorporated. 37 C.F.R. §2.32(a)(3)(ii); TMEP §§803.03(b)-(c), 803.04. For an association, applicant must also specify whether the association is incorporated or unincorporated, unless the foreign country and the designation or description "association/associazione" appear in Appendix D of the *Trademark Manual of Examining Procedure* (TMEP). TMEP §803.03(c).

If applicant is organized under the laws of a foreign province or geographical region, applicant should specify both the foreign province or geographical region and the foreign country in which the province or region is located. *See* TMEP §803.04. To provide this information online via the Trademark Electronic Application System (TEAS) response form, applicant must (1) locate the "Entity Type" heading and select "Other; " (2) locate the "Specify Entity Type" heading and select "Other" under the Foreign Entity option, and enter in the free-text field below both applicant's entity type and the foreign province or geographical region of its organization (e.g., partnership of Victoria); and (3) locate the "State or Country Where Legally Organized" heading and select the appropriate foreign country (e.g., Australia) under the Non-U.S. Entity option. *See id.*

### IV. DISCLAIMER REQUIRED

Applicant must disclaim the following unregistrable components of the mark: (1) the wording "BUSINESS SCHOOL" because it merely describes a characteristic of applicant's services; and (2) the wording "LYON" because it is primarily geographically descriptive of the origin of applicant's services. *See* 15 U.S.C. §§1052(e)(1)-(2), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Societe Generale des Eaux Minerales de Vittel S.A.*, 824 F.2d 957, 959, 3 USPQ2d 1450, 1451-52 (Fed. Cir. 1987); TMEP §§1210.01(a), 1210.06(a), 1213.03(a).

The attached evidence from applicant's website shows the wording "business school" is commonly used in connection with similar services to mean a learning institute where business related courses are offered. Therefore, this wording merely describes the place offering applicant's services.

The attached evidence from applicant's website as well as Google Maps shows that Lyon is a generally known geographic place or location. *See* TMEP §§1210.02 *et seq.* The services for which applicant seeks registration originate in this geographic place or location as shown by applicant's website. *See* TMEP §1210.03. Purchasers are likely to believe the services originate in this geographic place or location because applicant's school is located in this area. *See* TMEP §§1210.04 *et seq.*

An applicant may not claim exclusive rights to terms that others may need to use to describe their services, including the geographic origin thereof, in the marketplace. *See Dena Corp. v. Belvedere Int'l, Inc.* , 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983). A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 979-80, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc.*, 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "LYON BUSINESS SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

**RESPONSE GUIDELINES**

For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action. If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. Applicant may also have other options specified in this Office action for responding to a refusal, and should consider those options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements. For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the date on which the USPTO sends this Office action to the International Bureau, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register. *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§711, 718.01, 718.02. Where the application has been abandoned for failure to respond to an Office action, applicant's only option would be to file a timely petition to revive the application, which, if granted, would allow the application to return to active status. *See* 37 C.F.R. §2.66; TMEP §1714. There is a $100 fee for such petitions. *See* 37 C.F.R. §§2.6(a)(15), 2.66(b)(1).

**WHO IS PERMITTED TO RESPOND TO THIS PROVISIONAL FULL REFUSAL:** Any response to this provisional refusal must be personally signed by an individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant (e.g., a corporate officer or general partner). 37 C.F.R. §§2.62(b), 2.193(e)(2)(ii); TMEP §712.01. If applicant hires a qualified U.S. attorney to respond on his or her behalf, then the attorney must sign the response. 37 C.F.R. §§2.193(e)(2)(i), 11.18(a); TMEP §§611.03(b), 712.01. Qualified U.S. attorneys include those in good standing with a bar of the highest court of any U.S. state, the District of Columbia, Puerto Rico, and other U.S. commonwealths or U.S. territories. *See* 37 C.F.R. §§2.17(a), 2.62(b), 11.1, 11.14(a); TMEP §§602, 712.01. Additionally, for all responses, the proper signatory must personally sign the document or personally enter his or her electronic signature on the electronic filing. *See* 37 C.F.R. §2.193(a); TMEP §§611.01(b), 611.02. The name of the signatory must also be printed or typed immediately below or adjacent to the signature, or identified elsewhere in the filing. 37 C.F.R. §2.193(d); TMEP §611.01(b).

In general, foreign attorneys are not permitted to represent applicants before the USPTO (e.g., file written communications, authorize an amendment to an application, or submit legal arguments in response to a requirement or refusal). *See* 37 C.F.R. §11.14(c), (e); TMEP §§602.03-.03(b), 608.01.

**DESIGNATION OF DOMESTIC REPRESENTATIVE:** The USPTO encourages applicants who do not reside in the United States to designate a domestic representative upon whom any notice or process may be served. TMEP §610; *see* 15 U.S.C. §§1051(e), 1141h(d); 37 C.F.R. §2.24(a)(1)-(2). Such designations may be filed online at http://www.uspto.gov/trademarks/teas/correspondence.jsp

/Elle Marino/
Trademark Examining Attorney
Law Office 121
Phone: (571) 270-3699
E-mail: elle.marino@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

5 57:52 PM 12/12/2016



5:59:43 PM 12/12/2016

early makers | em lyon business school

early makers | Programmes | Faculty & Research | Future students | Company | Creation/ Entrepreneur | Alumni | Press Room




Who we are | The clusters | Pedagogical Innovation | Les MOOCs emlyon | International Focus | Social Responsibility | Student Life | Multi Campuses | emlyon Incubator | News & Events

# Lyon-Ecully Campus

Our Lyon campus combines high quality academic and sports facilities and a high quality of life – all within easy reach of a thriving metropolis. Situated just minutes away from the centre of France's second city, **emlyon business school** offers an ideal backdrop for study.

MAP & ACCESS TO THE EUROPEAN CAMPUS | SHANGHAI CAMPUS | LEARNING HUB | LIFE IN LYON | ACCOMMODATION | LIFE IN SHANGHAI | SPORTS FACILITIES

## LIFE ON THE CAMPUS

- The **emlyon business school** European Campus is set in 6 acres of wooded parkland located only ten minutes from the centre of one of France's biggest cities. Its 30,000m² of modern buildings offer the following features:
- Access to a wifi network
- A trading room
- A library offering over 10 000 electronic books, more than 10 000 newspapers, magazines and other periodicals, 50 databases available on and outside the campus, over 25 000 books and several professors' publications
- A reception and exhibition area (Grand Amphitheater + gallery)

PHOTOS

CAMPUS



EMLyon

flickr


6 03 33 PM 12/12/2016
www.em-lyon.com/en
early makers
em lyon business school
MSc in Sports Industry Management
Become the expert companies want to recruit!
Find out more
BACHELOR PROGRAMME
Global BBA emlyon business school, a 4-year Bachelor programme
Graduate Programmes
10 programmes providing general management knowledge or specialised management knowledge in a specific field or industry
EMLYON MBA
Transform yourself and your organization. 2 modes of deliveries
Executive Development
A wide range of innovative programmes and solutions to increase the performance of business leaders and managers
Programmes for entrepreneurs
Six programmes to suit the needs of young entrepreneurs and more experienced professionals wanting to start or take over a business
Discover!
News - events
1ST INTERNATIONAL SYMPOSIUM RGCS 2016
On our blogs
YouTube channel

6:04:19 PM 12/12/2016

graduate.em-lyon.com/en/International-MBA

Apps | ID Verifier | Form Paragraph | Intellectual Prop | Section 1(b) Tim | The Columbia G | MooseRoots | A | W.I.S.E. - Wellne | TMEP | Resources for Tr

We use cookies to optimise the design and performance of our websites. By continuing to browse this website, you agree to the use of cookies. Find out more about our cookies and how we use them.

early makers | em lyon business school

SEARCH OK

Create an account > | Login >

## International MBA

> Discover the Full Range of Programmes

Home | Programme | Blog | Careers | Admissions | Financing | Life @EMLYON | emlyon

GET SOCIAL WITH US!
JOIN THE PROGRAM COMMUNITY
ON THE BLOG

Find out more >




## International MBA
## Make your future

Share

According to our participants, it is the combination of the strong focus on entrepreneurship, the year-long consulting project and the large diversity in student body and faculty that makes our **full-time MBA** program so uniquely suited to meet their needs.

**Take your career to the next level and benefit from:**

- Project based learning with the Entrepreneurial Leadership Project
- Exploration of alternate business models via Learning Trips
- Specialization by industry (Luxury Business or Innovation in Life Sciences) or by firm type (MNEs or New Ventures)
- Lessons from corporate and social intrapreneurs, as well as from entrepreneurs who started their own companies
- Small cohort size / large cohort diversity
- A clear career focus through continuous Careers Services
- A wide range of elective courses tailored to your needs

**Fast Facts**

- Meet us in Paris, Mexico, Bogota, Lima, Beirut
- **12 months, full-time MBA**
- **Join a diverse group of professionals from over 20 nationalities**
- Work on a **9-month** consulting project
- Strong focus on entrepreneurship
- **Entirely taught in English**
- Next intake: **September 2017**
- Scholarships available
- 90% of our MBA participants find a job within 3 months

Apply Now

Download the brochure

Create Your Personal Space

Meet Us

CONTACT

6 04:33 PM 12/12/2016

graduate.em-lyon.com

We use cookies to optimise the design and performance of our websites. By continuing to browse this website, you agree to the use of cookies. Find out more about our cookies and how we use them.

early makers | em lyon business school

SEARCH OK

Create an account > | Login >

International MBA

> Discover the Full Range of Programmes

Home | Programme | Blog | Careers | Admissions | Financing | Life @EMLYON | emlyon

Admission Process | Meet Us | Hints & Tips

# Ambitious and motivated graduates from around the globe!

**Selecting the right participant is about more than just test scores. At EMLYON Business School we take an applicant's entire potential into account. Elements like motivation to pursue an MBA, your background and professional project weigh just as heavily in our selection procedure.**

If you would like to have the contact details of the right person to help you with any questions regarding the programme or the selection procedure, you can create your personal space and obtain full contact details on your EMLYON dashboard.

**> Admission Process**

The admission process for the 2017 intake will run on a monthly basis from October 2016 to July 2017

**> Admission Requirements:**

- University Degree (minimum Bachelor's Degree or equivalent)
- Min 3 years work experience
- Fluency in at least 2 languages (French is not necessary for Admission)
- GMAT, GRE or TAGE MAGE Score
- English proficiency score (TOEIC or TOEFL or IELTS or Cambridge CPE or PTE)

**> Please note:**

- You may apply even if you have not taken the **GMAT/GRE/TAGE MAGE test yet.**
- An exemption from a GMAT/GRE/TAGE MAGE test is possible but **only under specific conditions.**

More information can be found on your EMLYON account.

Share

Apply Now

Download the brochure

Create Your Personal Space

Meet Us

CONTACT



App. 2242

| | |
|---|---|
| **To:** | Jackson Preparatory School Foundation, I ETC. (trademarks@arlaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86408169 - EXCELLENTIA JACKSON PREPARATORY - 23828-1 |
| **Sent:** | 1/21/2015 2:51:40 PM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

| | |
|---|---|
| **U.S. APPLICATION SERIAL NO.** 86408169<br><br>**MARK:** EXCELLENTIA JACKSON PREPARATORY | *86408169* |
| **CORRESPONDENT ADDRESS:**<br>STEPHEN R. LEWIS<br>ADAMS AND REESE LLP<br>1221 MCKINNEY ST STE 4400<br>HOUSTON, TX 77010-2023 | **CLICK HERE TO RESPOND TO THIS LETTER:**<br>**http://www.uspto.gov/trademarks/teas/response_forms.jsp**<br><br>VIEW YOUR APPLICATION FILE |
| **APPLICANT:** Jackson Preparatory School Foundation, I ETC. | |
| **CORRESPONDENT'S REFERENCE/DOCKET NO:**<br>23828-1<br>**CORRESPONDENT E-MAIL ADDRESS:**<br>trademarks@arlaw.com | |

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 1/21/2015**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES that applicant must address:**

- English Translation Required
- Identification of Goods and Services – Classes 16 and 41
- Multiple-Class Application Requirements (Advisory)
- Disclaimer Requirement

**SEARCH OF OFFICE'S DATABASE OF MARKS**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**ENGLISH TRANSLATION REQUIRED**

Applicant must submit an English translation of all foreign wording in the mark. 37 C.F.R. §2.32(a)(9); *see* TMEP §809. In the present case, the wording "EXCELLENTIA" requires translation.

The following translation statement is suggested:

**The English translation of the word "EXCELLENTIA" in the mark is "EXCELLENT".**

TMEP §809.03. See attached translation evidence.

**IDENTIFICATION OF GOODS AND SERVICES – CLASSES 16 AND 41**
**THIS REQUIREMENT APPLIES TO THE GOODS AND SERVICES IN CLASSES 16 AND 41 ONLY.**

The identification of goods in Class 16 is indefinite because the subject matter of the "printed instructional, educational, and teaching materials" is not specified. Applicant must specify the subject matter of the materials. Also, the wording "periodicals" requires clarification because the wording is too broad. Applicant must indicate the "periodicals" are "printed" and indicate the subject matter of the periodicals.

The identification of services in Class 41 is indefinite and must be clarified. *See* TMEP §1402.01. Specifically, applicant must clarify the nature of the "extracurricular programs" and "summer programs" for sixth grade students. Also, the services "promoting" and "sponsoring" athletic programs, activities and competitions identifies services in Class 35. Applicant must specify the common commercial or generic name for the services. If the services have no common commercial or generic name, applicant must describe the nature of the services as well as their main purpose, channels of trade, and the intended consumer(s).

Applicant may adopt the following identification, if accurate:

Class 16: School supplies, namely, notebooks, folders, note pads, pencils, pens, pencil cases, writing utensils, book covers; **printed instructional, educational, and teaching materials in the field of [indicate subject matter]; publications, namely, printed periodicals in the field of [indicate subject matter]** and yearbooks.

Class 35: Promoting and sponsoring amateur athletic programs, activities and competitions

Class 41: Educational services in the nature of a college preparatory school; educational services, namely, providing sixth grade through twelfth grade classroom instruction and distributing course materials in conjunction therewith; educational services, namely, providing classroom instruction, vocational instruction, mentoring, tutoring, classes, seminars and workshops in the field of secondary education; educational and training services, namely, conducting classes, seminars, and workshops in the fields leadership development; **providing after school educational and extracurricular programs, namely, [indicate, e.g., sports activities and and summer programs in the nature of [specify, e.g., cooking classes, math classes] for students in sixth grade through twelfth grade**; physical education services; library services; admission consulting services, namely, consulting in the field of college admissions; art exhibitions; entertainment, namely, theater productions, live music concerts, and presentation of musical performances; providing facilities for shows, plays, music and art exhibits; **organizing, sanctioning and conducting amateur athletic programs, activities and competitions**; entertainment in the nature of competitions in the fields of debate and academics; entertainment in the nature of competitions or tournaments in the fields of football, baseball, softball, soccer,

volleyball, basketball, golf, tennis, track and field, cross country and swimming; providing sports facilities; recreation, sport, athletic and summer camps; providing recognition and incentives by the way of awards to demonstrate excellence in the field of academics and sports; information services for all of the foregoing provided by a global computer network; summer camps; recreational camps

An applicant may only amend an identification to clarify or limit the services, but not to add to or broaden the scope of the services. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07.

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

**MULTIPLE – CLASS APPLICATION REQUIREMENTS (ADVISORY)**

The application identifies goods and/or services in more than one international class; therefore, applicant must satisfy all the requirements below for each international class based on use in commerce under Section 1(a):

(1) **List the goods and/or services by their international class number** in consecutivenumerical order, starting with the lowest numbered class.

(2) **Submit a filing fee for each international class** not covered by the fee(s) already paid (view the USPTO's current fee schedule at http://www.uspto.gov/trademarks/tm_fee_info.jsp). The application identifies goods and/or services that are classified in at least 4 classes; however, applicant submitted a fee(s) sufficient for only 3 class(es). Applicant must either submit the filing fees for the classes not covered by the submitted fees or restrict the application to the number of classes covered by the fees already paid.

(3) **Submit verified dates of first use of the mark** anywhere and in commerce **for each international class.**

(4) **Submit a specimen for each international class**. The current specimen is acceptable for classes 16, 25, 35 and 41. No additional specimen is required.

Examples of specimens for goods include tags, labels, instruction manuals, containers, and photographs that show the mark on the actual goods or packaging, or displays associated with the actual goods at their point of sale. Webpages may also be specimens for goods when they include a picture or textual description of the goods associated with the mark and the means to order the goods.

Examples of specimens for services include advertising and marketing materials, brochures, photographs of business signage and billboards, and website printouts that show the mark used in the actual sale, rendering, or advertising of the services.

(5) **Submit a verified statement** that " **The specimen was in use in commerce on or in connection with the goods and/or services listed in the application at least as early as the filing date of the application.**"

*See* 15 U.S.C. §§1051(a), 1112; 37 C.F.R. §§ 2.32(a)(6)-(7), 2.34(a)(1), 2.86(a); TMEP §§904, 1403.01, 1403.02(c).

For an overview of the requirements for a Section 1(a) multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/multiclass.jsp.

**DISCLAIMER REQUIRED**

Applicant must disclaim the wording " **JACKSON PREPARATORY SCHOOL**" because it merely describes a feature of applicant's goods and services, and thus is an unregistrable component of the mark. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

In this case, applicant's goods and services concern a Jackson, Mississippi prep school. The term JACKSON is geographically descriptive for the goods and services because applicant is located in Jackson, Mississippi. See attached Internet evidence from Columbia Gazetteer. Thus, it is presumed the goods and services originate in the place named in the mark. The wording PREPARATORY SCHOOL describes a feature of the goods and services. A "preparatory school" is " a usually private school preparing students primarily for college." (See http://www.merriam-

webster.com/dictionary/preparatory%20school).

An applicant may not claim exclusive rights to terms that others may need to use to describe their goods and/or services in the marketplace. *See Dena Corp. v. Belvedere Int'l, Inc.* , 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983). A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc.*, 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "JACKSON PREPARATORY SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

/Michele-Lynn Swain/
Michele-Lynn Swain
Examining Attorney
Law Office 116
571-272-9232
michele.swain@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

Jackson

State Flag



Country Flag



## Jackson

ADD TO MY GAZ

| | |
|---|---|
| TYPE OF PLACE | city |
| LOCATION | Mississippi, United States |
| COORDINATES | 32°19'N 90°12'W |
| POPULATION | 184,256 |

Historical Population

**Jackson**, city (1990 population 196,637; 2000 population 184,256), Hinds and Madison counties, W central Mississippi, ⊙ of Mississippi, and Hinds county (shares county seat with Raymond), on the Pearl River (forms large Ross Barnett Reservoir to NE); 32°19'N 90°12'W. railroad junction. It is the state's largest city and commercial center, with important railroad, warehouse, and distributing operations. Manufacturing (food, construction materials, glass, paper products, printing and publishing, lumber, machinery, consumer goods, furniture, concrete, fabricated metal products). The site of the city, a trading post known as Le Fleur's Bluff near the Natchez Trace, was chosen and laid out as the state capital in 1821 and named for Andrew Jackson. The first U.S. law giving property rights to married women was passed here in 1839. During the Civil War, Jackson was a military center for the Vicksburg Campaign and was largely destroyed by Sherman's forces in 1863. The old capitol (1839) is

preserved as a museum; the new capitol was completed in 1903. Among the many points of interest are the governor's mansion (erected 1839); city hall, which was used as a hospital during the Civil War; a 220-acre/89-ha scale model of the Mississippi River flood control system; Mynelle's Gardens; a Jackson Zoological Park; Municipal Art Gallery; a notable Confederate monument; and many antebellum homes; Mississippi Agriculture and Forestry Museum; Mississippi Museum of Natural History; Mississippi State Historical Museum; Dizzy Dean Museum; Davis Planetarium/McNair Space Theater; Smith Robertson Museum (African-Amer. culture). Belhaven College, Jackson State University, Millsaps College, the University of Mississippi Medical Center, and several state institutions for the physically and mentally handicapped are here. Nearby are Tougaloo College (Tougaloo) and Mississippi College (Clinton). During the 1960s, Jackson was the scene of considerable racial unrest. In May 1970, demonstrations at the predominantly black Jackson State College resulted in the deaths of 2 students. Allen C. Thompson Airport to E; Hawkins Field Airport in NW. LeFleurs Bluff State Park in city, NE of downtown. Incorporated 1833.

**Citations**

**MLA**
"Jackson." *Columbia Gazetteer of the World Online*. 2015. Columbia University Press. 15 Jan. 2015.
<http://www.columbiagazetteer.org/main/ViewPlace/63654>

**Chicago Manual of Style**
*Columbia Gazetteer of the World Online*, s.v. "Jackson."
http://www.columbiagazetteer.org/main/ViewPlace/[illegible] (accessed January 15, 2015).

COLUMBIA UNIVERSITY PRESS
Terms of Service | Privacy Policy | License and Registration | Purchase Information | About Columbia University Press

Quizzes & Games Word of the Day Video New Words My Favorites

Dictionary Thesaurus New! Spanish Central »

preparatory school

[redacted]

Merriam-Webster

?!

Quiz

Test Your Vocabulary

Take Our 10-Question Quiz




# preparatory school

Save

Save this word to your Favorites.
If you're logged into Facebook, you're ready to go

Save up to 20% in Desert Springs

## preparatory school *noun*

Definition of PREPARATORY SCHOOL

1 : a usually private school preparing students primarily for college

2 *British* : a private elementary school preparing students primarily for British public schools

See preparatory school defined for English-language learners »

See preparatory school defined for kids »

Beat your friends at SCRABBLE® with our official Word Finder Tool »



MORE QUIZZES

Name That Thing
Take our visual vocabulary quiz
Test Your Knowledge »

True or False?
A quick quiz about stuff worth knowing




First Known Use of PREPARATORY SCHOOL

1822

## preparatory school *noun* *(Concise Encyclopedia)*

School that prepares students for entrance to a higher school. In Europe, where SECONDARY EDUCATION has been selective, preparatory schools have been those that catered to pupils wishing to enter the academic secondary schools. In North America, where access to secondary education has been less competitive, the term usually refers to private secondary schools that prepare students for college.

Learn More About PREPARATORY SCHOOL

- Britannica.com: Encyclopedia article about "preparatory school"

- Next Word in the Dictionary: preparatory seminary
- Previous Word in the Dictionary: preparatory
- All Words Near: preparatory school

Ask The Editor Videos



A quick quiz about stuff worth knowing
Take It Now »

Spell It
The commonly misspelled words quiz
Hear It, Spell It »



TOP 10 LISTS »

alfabet ABC
Failed Attempts to Reform English Spelling
8 Spelling Suggestions That Didn't Stick



Should You "Flush Out" or "Flesh Out" Your Plan?
Top 10 Commonly Confused Words Vol. 2

| | |
|---|---|
| **To:** | Jackson Preparatory School Foundation, I ETC. (trademarks@arlaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86408169 - EXCELLENTIA JACKSON PREPARATORY - 23828-1 |
| **Sent:** | 1/21/2015 2:51:42 PM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

## IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED ON **1/21/2015** FOR U.S. APPLICATION SERIAL NO. 86408169

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **1/21/2015** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

| | |
|---|---|
| **To:** | Jackson Preparatory School Foundation, I ETC. (trademarks@arlaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86408169 - EXCELLENTIA JACKSON PREPARATORY - 23828-1 |
| **Sent:** | 8/8/2015 2:42:26 PM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4<br>Attachment - 5<br>Attachment - 6<br>Attachment - 7<br>Attachment - 8<br>Attachment - 9<br>Attachment - 10<br>Attachment - 11 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 86408169

**MARK:** EXCELLENTIA JACKSON PREPARATORY

*86408169*

**CORRESPONDENT ADDRESS:**
STEPHEN R. LEWIS
ADAMS AND REESE LLP
1221 MCKINNEY ST STE 4400
HOUSTON, TX 77010-2023

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Jackson Preparatory School Foundation, I ETC.

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
23828-1
**CORRESPONDENT E-MAIL ADDRESS:**
trademarks@arlaw.com

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 8/8/2015**

This Office action is in response to applicant's communication filed on July 20, 2015 and July 21, 2015.

1) The translation statement is accepted and made of record.

2) The amended identification of goods in Class 16 is accepted.

3) The disclaimer requirement is maintained for the reasons stated below.

4) The identification requirement for Class 41 services is maintained for the reasons stated below.

**SUMMARY OF ISSUES that applicant must address:**

- Acquired Distinctiveness
- Disclaimer Required
- Identification of Services – Class 41

**SECTION 2(f) ACQUIRED DISTINCTIVENESS**

Applicant claims that the applied-for mark has acquired distinctiveness under Trademark Act Section 2(f); however, this claim is unnecessary because the mark appears to be inherently distinctive and is eligible for registration on the Principal Register without proof of acquired distinctiveness. *See* 15 U.S.C. §1052(f); TMEP §1212.02(d).

Applicant may request to withdraw the claim of acquired distinctiveness by instructing the trademark examining attorney to delete it from the application record. *See* TMEP §1212.02(d). If applicant does not withdraw the claim, it will remain in the application record and be printed on the registration certificate.

A claim of acquired distinctiveness may be construed as a concession by applicant that the applied-for mark is not inherently distinctive. *In re Reed Elsevier Prop. Inc.*, 77 USPQ2d 1649, 1652 n.3 (TTAB 2005), *aff'd*, 482 F.3d 1376, 82 USPQ2d 1378 (Fed. Cir. 2007); *see* TMEP §1212.02(b).

**DISCLAIMER REQUIRED**

In its response, applicant asserted the proposed mark JACKSON PREPARATORY SCHOOL has acquired distinctiveness and disclaimed the term SCHOOL apart from the mark. As stated in the previous action, the wording "PREPARATORY SCHOOL" is highly descriptive of applicant's goods and services and must be disclaimed. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

As noted in the previous action, a "preparatory school" is a "p rivate school preparing students primarily for college." See attached dictionary evidence. As indicated by the attached Internet evidence from applicant's website, applicant's goods and services are provided by, and concern, a private college preparatory school.

> Specializing in **secondary education** since 1970, Jackson **Preparatory School** (Prep) has produced 547 National Merit semifinalists, including 10 from the class of 2014. Statewide, Prep is one of four schools selected for a cum laude chapter, the high school equivalent of Phi Beta Kappa. Students consistently win regional and national awards in language, literature, art, mathematics, science, music, and drama. In athletics, Prep teams remain among the leaders of the conference in overall championships.
>
> Jackson Preparatory School is an independent, co-educational, and **college preparatory day school** enrolling 810 students in grades six through twelve.

In addition, Internet materials showing common usage of the term PREPARATORY SCHOOL in connection with college preparatory schools are attached.

Based on the foregoing, the disclaimer of the wording PREPARATORY SCHOOL is maintained.

The following is the standardized format for a disclaimer:

> **No claim is made to the exclusive right to use "PREPARATORY SCHOOL" apart from the mark as shown.**

TMEP §1213.08(a)(i).

**IDENTIFICATION OF SERVICES – CLASS 41**

The amended identification of services in Class 41 is indefinite and must be clarified. *See* TMEP §1402.01. Specifically, the services applicant's provides with respect to "leadership" and "educational forums" require clarification. Applicant must specify the common commercial or generic name for the services. If the services have no common commercial or generic name, applicant must describe the nature of the services as well as their main purpose, channels of trade, and the intended consumer(s).

Applicant may adopt the following identification, if accurate:

Class 41: Educational services in the nature of a college preparatory school; educational services, namely, providing sixth grade through twelfth grade classroom instruction and distributing course materials in conjunction therewith; educational services, namely, providing classroom instruction, vocational instruction, mentoring, tutoring, classes, seminars and workshops in the field of secondary education; educational and training services, namely, conducting classes, seminars, and workshops in the fields leadership development; providing after school educational and extracurricular programs, namely, **leadership [clarify, e.g., training]**, **in-person educational forums in the field of [indicate subject matter or field]**, athletic programs, study-abroad programs and summer programs in the nature of athletic, arts, crafts and academic coursework for students in sixth grade through twelfth grade; physical education services; library services; admission consulting services, namely, consulting in the field of college admissions; art exhibitions; entertainment, namely, theater productions, live music concerts, and presentation of musical performances; providing facilities for shows, plays, music and art exhibits; organizing, sanctioning and conducting, amateur athletic programs, activities and competitions; entertainment in the nature of competitions in the fields of debate and academics; entertainment in the nature of competitions or tournaments in the fields of football, baseball, softball, soccer, volleyball, basketball, golf, tennis, track and field, cross country and swimming; providing sports facilities; recreation, sport, athletic and summer camps; providing recognition and incentives by the way of awards to demonstrate excellence in the field of academics and sports; information services for all of the foregoing provided by a global computer network; summer camps; recreational camps

An applicant may only amend an identification to clarify or limit the services, but not to add to or broaden the scope of the services. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07.

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

**MULTIPLE – CLASS APPLICATION REQUIREMENTS**

The fees for adding classes to a regular TEAS application are $325 per class when the fee is paid using the Trademark Electronic Application System (TEAS) and $375 per class when the fee is paid in a paper submission. *See* 37 C.F.R. §2.6(a)(1)(i)-(ii); TMEP §§810, 1403.02(c).

/Michele-Lynn Swain/
Michele-Lynn Swain
Examining Attorney
Law Office 116
571-272-9232
michele.swain@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an

applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

Randalls
Savings this Week
Find More Deals





Dictionary

# preparatory school

noun

Cite! Tweet

Definition of PREPARATORY SCHOOL

1 : a usually private school preparing students primarily for college

2 *British* : a private elementary school preparing students primarily for British public schools

See preparatory school defined for English-language learners

See preparatory school defined for kids

http://jacksonprep.net/page.aspx?pid=391 07/31/2015 01:00:34 PM

Alumni Parents Students Faculty & Staff

DONATE NOW

inspiring and challenging students toward academic, athletic, and artistic excellence

JACKSON PREPARATORY SCHOOL

ABOUT PREP ADMISSION ACADEMICS FINE ARTS ATHLETICS CAMPUS LIFE SUPPORT PREP



Inside This Section

- Get to Know Us!
- Head of School
- Board of Trustees
- Strategic Planning
- History
- Employment
- Technology
- PATRIOT Magazine

JACKSON PREP Get to Know Us!

# Get to Know Us!

More than anything else, Jackson Prep is a school that passionately pursues academic excellence – it is what we do best. With your first step on our campus, you will sense something different about Jackson Prep. Our students demonstrate it. Our parents support it. Our faculty and staff instill it. Our alumni testify to it. It is an expectation of excellence in all that we do. Over the years, this expectation has developed into a tradition unmatched by any other school in the state.

Jackson Prep is unique in that students come from elementary and junior high schools throughout the greater Jackson area. When you consider the variety of individuals who compose Jackson Prep, it is not surprising that our students' talents and intellectual strengths are as diverse as their personalities. Because we are a community of learners, we value the academic abilities of each student, and we focus all of our resources to nurture each one's special interests.

We invite you to learn more about Jackson Prep. No matter which elementary or junior high school your child has attended, when it comes to preparation for college, Jackson Prep sets the standard for secondary school excellence (grades 6-12). After all, "preparatory" is in our name – it is what we do best!

## MISSION STATEMENT

Jackson Preparatory School inspires and challenges students toward academic, athletic and artistic excellence, instills personal integrity through biblical values, and equips students to pursue lives of distinction in service to society.

## SCHOOL PHILOSOPHY

## SCHOOL PHILOSOPHY

Jackson Preparatory School seeks to provide excellence in education in an atmosphere conducive to the intellectual, cultural, social, spiritual, and physical development of its students. The school recognizes the needs of our times and accepts the challenge to develop each student's potential to the greatest extent possible.

Jackson Preparatory School strives to be a school where learning and character are nourished; where teachers and students are valued as individuals; where differences are respected and talents are nurtured; where success and honest effort are recognized and failures become instructive; where judgments are tempered with compassion and achievements with humility; where privilege accepts responsibility; where education is not an end in itself but a means to the individual's fulfillment as a contributing member of the world community.

## STATEMENT OF DIVERSITY

Respect and understanding of differences are necessary parts of preparation for life in today's complex world. To achieve the broader educational goal of preparing students to participate in the world community, Prep is committed to diversity in race, color and national origin in the student body, faculty and programs.

## PROFILE

[redacted]

[redacted] The school is located on a 74-acre campus east of Jackson and is the largest independent secondary school in the state of Mississippi. The student body is diverse, representing various racial, ethnic, economic and religious groups.

## FACULTY

The Prep faculty/staff is comprised of 91 dedicated and experienced professionals, including 45 with post-graduate degrees. Eight faculty members hold doctoral degrees. The average class size is 17 students.

## SCHOLARSHIPS AND AWARDS

In recent years, Prep students have earned many scholarships and awards including the Presidential Scholars Award, Principal's Leadership Scholarship, Robert Byrd Scholarship, Intel Talent Search Scholarship, National Merit Corporation Scholarship, Coca-Cola Scholarship, and numerous academic and leadership awards from individual colleges and universities. Members of the Class

of 2013 were offered scholarships totaling $6.17 million and accepted $3.21 million in merit-based scholarships. Prep teams routinely win quiz bowl matches, math and science tournaments, literary contests, mock trial competitions, debate tournaments, and many other academic competitions.

## STUDENT LIFE

Prep students have many opportunities to develop physically, socially, and emotionally through participation in a variety of co-curricular and extra-curricular activities. The student government association, debate team, student publications, service clubs, academic honorary societies, band, choir, spirit teams, visual arts classes and exhibits, drama and musical theater productions, and special interest clubs are representative examples of the co-curricular activities available to students.

Prep enjoys statewide and regional recognition for its competitive athletic programs. Varsity teams compete in Class AAA of the Mississippi Association of Independent Schools. Prep also competes against schools from outside this association and from other states and regions. Prep teams have won championships in football, basketball, baseball, track, cross country, soccer, softball, swimming, tennis, and golf. Since 1970, over 200 Prep graduates have participated in collegiate athletics.

## FACILITIES

Jackson Prep's 74-acre campus is home to an impressive complex of flexible educational facilities. The Junior High includes academic classrooms, science labs, wireless internet throughout the building and a computer center with internet-connected work stations. The Senior High includes academic classrooms, wireless internet throughout the building and a world languages lab. The Senior High is also home to the Design Center and Fab Lab, where students work with equipment that enhances their experiences in science, technology, engineering, art and math. Two collaborative rooms with state-of-the-art technology provide a place for cooperative learning. The Hub provides a place for students to work, print and charge their devices for use throughout the school day. The Guyton Science Center houses six state-of-the-art science classrooms with laboratories and the Lyceum, a 200-seat lecture/meeting facility. Sixth grade classrooms are located in the Junior High building.

The creative heart of the campus is the McRae Fine Arts and Media Center, which houses three art studios, a ceramics studio, band hall, choir room and art gallery. The McRae Center is also home to the Jesse Howell Library, the Multi-Purpose Room which is used for a wide range of activities, administrative and development offices, and the office of admission. The second floor houses business and technology offices.

The Centre for Arts and Leadership showcases the Fortenberry Theatre, a 1000-seat, state-of-the-art theater for musicals, dramas, concerts, class days and student forums. Also included is 400-seat Lindsay Hall, home to many activities of the Global Leadership Institute, an event space for lectures, presentations and recitals. The Centre features the VanDevender Art Gallery, a media/broadcast

suite, the GLI East Wing multi-purpose area and a conference area.

The Jackson Prep Gymnasium, along with the J.O. Manning Patriot Center, provide athletic venues, dressing rooms, weight rooms, coaches' offices, and a high-tech multi-media film, memorabilia and conference room. Prep's outdoor athletic complex includes lighted baseball, softball and soccer fields, a lighted football stadium with a state-of-the-art turf field and 400-meter track, eight wheelchair-accessible tennis courts, a cross country course, and practice fields.

Patriot Way, Patriot Avenue and the Dining Commons give students and faculty an opportunity to gather and relax, and provide space for outdoor classrooms. Patriot Way features a clock tower and outdoor classroom. Patriot Avenue is a central green space featuring a concrete plaza, connecting pathways and stepped amphitheater seating. The Dining Commons is a contemporary, multi-purpose dining hall and student common area with al fresco dining options, as well as gathering and performing space.

## ASBESTOS NOTICE

As part of an annual notification, we are informing all persons of their option of reviewing the Asbestos Management Plan, which would include documentation of any asbestos-containing materials at the school. To provide continuing management of the asbestos in our school, all asbestos containing materials (ACM) are inspected every six months by an engineering firm from Jackson, MS. Any changes in the ACM are being recorded in a surveillance report as part of the Asbestos Management Plan. A copy of the surveillance report, along with a copy of the Asbestos Management Plan, is located in the Business Office. Any interested party should feel free to come to this office and review these reports.


© Copyright 2011 · All Rights Reserved | 3100 Lakeland Drive, Jackson MS 39232 | P (601) 939-8611

http://www.charlotteprep.org/ 07/31/2015 01:05:19 PM

CHARLOTTE PREPARATORY SCHOOL

Visit or call Charlotte Prep today 704-366-5994

About Us Admissions Academics Student Life Support News




Calendar

- Aug
  7
  Friday, Aug 7

Charlotte Preparatory School

http://webcache.googleusercontent.com/search?q=cache:8WWT9Xui-uQJ:www.gprep.org/+&cd=8&hl=en&ct=clnk&gl=us
07/31/2015 01:10:10 PM

This is Google's cache of http://www.gprep.org/. It is a snapshot of the page as it appeared on Jul 26, 2015 08:14:13 GMT.
The current page could have changed in the meantime. Learn more

Full version Text-only version View source Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar



http://webcache.googleusercontent.com/search?q=cache:fuZKPYHJVesJ:https://www.shp.org/+&cd=1&hl=en&ct=clnk&gl=us 07/31/2015 01:12:05 PM

This is Google's cache of https://www.shp.org/. It is a snapshot of the page as it appeared on Jul 26, 2015 12:06:12 GMT.
The current page could have changed in the meantime. Learn more

Full version Text-only version View source Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.



http://webcache.googleusercontent.com/search?q=cache:KEbcPVWjZJIJ:www.pinewoodprep.com/+&cd=6&hl=en&ct=clnk&gl=us 07/31/2015 01:13:51 PM

This is Google's cache of http://www.pinewoodprep.com/. It is a snapshot of the page as it appeared on Jul 26, 2015 14:09:00 GMT. The current page could have changed in the meantime. Learn more

Full version Text-only version View source Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar



http://www.westhollywoodschool.com/ 08/08/2015 02:40:15 PM

Parents | Students | Alumni | Giving

# West Hollywood College Preparatory School

*Preparing Young Minds for the Future*

Home About Programs Admissions News Calendar Contact





West Hollywood College Preparatory School prepares young minds for the future with our Pre-school to 12th grade program. Students learn in a nurturing environment with small classes, enjoy a superb curriculum and faculty, and are encouraged to participate in civic and community life.

Upcoming Events

RENEWED

Latest News

RENEWED

**2015 – 2016**
**Registration is Open**

http://www.westhollywoodschool.com/ 08/08/2015 02:40:15 PM

RENEWED ACCREDITATION
West Hollywood College Prep is PROUD TO ANNOUNCE our RENEWED ACCREDITATION by ...

Elementary School Summer Reading
Dear WHCP family,

Greetings! We hope you are

Grades 6-12 Summer Reading
Dear WHCP Middle & High School Family,

First Day of School
First day of school is Tuesday, September 8, 2015. See you then!

View calendar

RENEWED ACCREDITATION
July 23, 2015
West Hollywood College Prep is PROUD TO ANNOUNCE our RENEWED ACCREDITATION by the Western

First Day of School
July 23, 2015
First day of school is Tuesday, September 8, 2015. See you then!

Grades 6-12 Summer Reading
April 23, 2015
Dear WHCP Middle & High School Family,

Elementary School Summer Reading
July 20, 2015
Dear WHCP family,

Greetings! We hope you are

View news

All Year Round

Apply Now

Learn About Our School Programs

Our Programs

Make a Difference at WHCP

Make a Gift

Sign up for our newsletter

First Name
Last Name
Email
Subscribe

1317 N. Crescent Heights Blvd
West Hollywood, CA 90046
Get directions

Phone: (323) 822-7000
Fax: (323) 822-7900
Contact us

© 2014 West Hollywood College Preparatory School. Website Design by DesignLeap.net

Webmaster Login

| | |
|---|---|
| **To:** | Jackson Preparatory School Foundation, I ETC. (trademarks@arlaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86408169 - EXCELLENTIA JACKSON PREPARATORY - 23828-1 |
| **Sent:** | 8/8/2015 2:42:28 PM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

# IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **8/8/2015** FOR U.S. APPLICATION SERIAL NO. 86408169

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **8/8/2015** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 79300818

**Mark:** GENIUS SCHOOL

**Correspondence Address:**
Magdalena Klys Korzeniowska
8 AMOY STREET, #01
Singapore 049950
SINGAPORE

**Applicant:** GENIUS GROUP LIMITED

**Reference/Docket No.** N/A

**Correspondence Email Address:**

## NONFINAL OFFICE ACTION

**International Registration No.** 1567240

**Notice of Provisional Full Refusal**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned (see https://www.uspto.gov/trademarks-application-process/abandoned-applications for information on abandonment). To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database at https://tsdr.uspto.gov/, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

---

The referenced application has been reviewed by the assigned trademark examining attorney.

**No Conflicting Marks**

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

However, the applicant must address the following informalities.

**Description of the Mark**
Applicant must submit an amended description of the mark because the current one is incomplete and does not describe all the significant aspects of the mark. 37 C.F.R. §2.37; *see* TMEP §§808.01, 808.02. Descriptions must be accurate and identify all the literal and design elements in the mark. *See* 37 C.F.R. §2.37; TMEP §§808 *et seq.*

The following description is suggested, if accurate: **The mark consists of the design of a butterfly with green, gray, orange, and yellow wings and blue head above the wording GENIUS SCHOOL, with GENIUS in black and SCHOOL in green.**

**Identification of Services**
The wording "education information" "educational services" "vocational education" "tuition services" "training" "coaching [training]" "provision of educational information" in the identification of goods and/or services in International Class(es) 041 is indefinite and too broad. This wording must be clarified because it is not clear what the goods and/or services are and could identify goods and/or services in more than one international class. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03, 1904.02(c), (c)(ii). For example, "providing educational information about healthcare" is in International Class 044 and "providing educational information about business insurance" is in International Class 036.

In an application filed under Trademark Act Section 66(a), an applicant may not change the classification of goods and/or services from that assigned by the International Bureau of the World Intellectual Property Organization in the corresponding international registration. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Therefore, although the goods and/or services may be classified in several international classes, any modification to this wording must identify goods and/or services in International Class(es) 041 only, the class(es) specified in the application for these goods and/or services. *See* TMEP §1904.02(c), (c)(ii).

Applicant may adopt the following wording in International Class 041, if accurate.

> **Providing information relating to education services**; educational services, **namely, providing [specify, e.g., classes, seminars] in the field of [specify subject matter]**; vocational education **in the field of [specify, e.g., mechanics, computers]**; tuition services, **namely, [specify the common commercial names of the services in this class]**; training, **namely, [specify, e.g., business training]**; coaching **in the field of [indicate, e.g., sports, managing personal finances]**; university education services; providing information about education; provision of educational information **in the field of [specify the subject matter in this International Class, e.g., providing biographical information of individuals via the Internet for educational purposes]** in International Class 041.

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

**Disclaimer**
Applicant must disclaim the word "SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The services are all educational services. The attached evidence from the online Merriam-Webster Dictionary shows that a school is an establishment that provides such services. Thus, the wording merely describes applicant's goods and/or services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**Email Address**

**Email address required.** Applicant must provide applicant's email address, which is a requirement for a complete application. *See* 37 C.F.R. §2.32(a)(2); *Mandatory Electronic Filing & Specimen Requirements*, Examination Guide 1-20, at III.A. (Rev. Feb. 2020). Applicant's email address cannot be identical to the listed primary correspondence email address of any attorney retained to represent applicant in this application. *See* Examination Guide 1-20, at III.A.

**U.S. Licensed Attorney**

**Applicant must be represented by a U.S.-licensed attorney to respond to or appeal the provisional refusal.** An applicant whose domicile is located outside of the United States or its territories is foreign-domiciled and must be represented by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §§2.11(a), 11.14; *Requirement of U.S.-Licensed Attorney for Foreign-Domiciled Trademark Applicants & Registrants*, Examination Guide 4-19, at I.A. (Rev. Sept. 2019). An individual applicant's domicile is the place a person resides and intends to be the person's principal home. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. A juristic entity's domicile is the principal place of business; i.e., headquarters, where a juristic entity applicant's senior executives or officers ordinarily direct and control the entity's activities. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. Because applicant is foreign-domiciled, applicant must appoint such a U.S.-licensed attorney qualified to practice under 37 C.F.R. §11.14 as its representative before the application may proceed to registration. 37 C.F.R. §2.11(a). See Hiring a U.S.-licensed trademark attorney at https://www.uspto.gov/trademarks-getting-started/why-hire-private-trademark-attorney for more information.

Only a U.S.-licensed attorney can take action on an application on behalf of a foreign-domiciled applicant. 37 C.F.R. §2.11(a). Accordingly, the USPTO will not communicate further with applicant about the application beyond this Office action or permit applicant to make future submissions in this application.

**To appoint or designate a U.S.-licensed attorney.** To appoint an attorney, applicant should submit a completed Trademark Electronic Application System (TEAS) Change Address or Representation form at https://teas.uspto.gov/wna/ccr/car. The newly-appointed attorney must submit a TEAS Response to Examining Attorney Office Action form at https://teas.uspto.gov/office/roa/ indicating that an appointment of attorney has been made and address all other refusals or requirements in this action, if any. Alternatively, if applicant retains an attorney before filing the response, the attorney can respond to this Office action by using the appropriate TEAS response form and provide his or her attorney information in the form and sign it as applicant's attorney. *See* 37 C.F.R. §2.17(b)(1)(ii).

**Questions Regarding Office Action**

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. See TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. See 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** **Click to file a response to this nonfinal Office action.**

/allison holtz/
Allison Holtz
Trademark Examining Attorney
Law Office 111
allison.holtz@uspto.gov (preferred)
571-272-9383

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

GAMES | BROWSE THESAURUS | WORD OF THE DAY | WORDS AT PLAY
LOG IN | REGISTER | SAVED WORDS
Merriam-Webster SINCE 1828
school
Dictionary Thesaurus

# school noun (1)

Save Word

\ ˈskül \

**Definition of *school* (Entry 1 of 4)**

1 : an organization that provides instruction: such as

a : an institution for the teaching of children

b : COLLEGE, UNIVERSITY

c (1) : a group of scholars and teachers pursuing knowledge together that with similar groups constituted a medieval university

(2) : one of the four faculties of a medieval university

(3) : an institution for specialized higher education often associated with a university

// the *school* of engineering

d : an establishment offering specialized instruction

// a secretarial *school*

// driving *schools*

2 a (1) : the process of teaching or learning especially at a school

(2) : attendance at a school

(3) : a session of a school

b : a school building

c : the students attending a school

*also* : its teachers and students

3 : a source of knowledge

// experience was his *school*

WORD OF THE DAY
pivot
See Definitions and Examples »
Get Word of the Day daily email!
Your email address SUBSCRIBE

4 a : a group of persons who hold a common doctrine or follow the same teacher (as in philosophy, theology, or medicine)
// the Aristotelian *school*
*also* : the doctrine or practice of such a group

b : a group of artists under a common influence

c : a group of persons of similar opinions or behavior
*also* : the shared opinions or behavior of such a group
// other *schools* of thought

5 : the regulations governing military drill of individuals or units
*also* : the exercises carried out
// the *school* of the soldier

## school verb (1)

**schooled; schooling; schools**

### Definition of *school* (Entry 2 of 4)

*transitive verb*

1 a : to teach or drill in a specific knowledge or skill
// well *schooled* in languages

b : to discipline or habituate to something
// *school* oneself in patience

2 : to educate in an institution of learning
// The child was *schooled* at great cost to her family.

## school noun (2)

### Definition of *school* (Entry 3 of 4)

: a large number of fish or aquatic animals of one kind swimming together

## school verb (2)

**schooled; schooling; schools**

### Definition of *school* (Entry 4 of 4)

*intransitive verb*

TEST YOUR VOCABULARY
Who Knew?
What is a ruelle?
a pillow for one's elbow
a second mother-in-law
the space between a bed and the wall
a week and a day
Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ »
A daily challenge for crossword fanatics.
TAKE THE QUIZ »

*intransitive verb*

: to swim or feed in a school

// bluefish are *schooling*

## Choose the Right Synonym for *school*

**Verb (1)**

TEACH, INSTRUCT, EDUCATE, TRAIN, DISCIPLINE, SCHOOL mean to cause to acquire knowledge or skill. TEACH applies to any manner of imparting information or skill so that others may learn. // *taught* us a lot about our planet // INSTRUCT suggests methodical or formal teaching. // *instructs* raw recruits in military drill // EDUCATE implies development of the mind. // more things than formal schooling serve to *educate* a person // TRAIN stresses instruction and drill with a specific end in view. // *trained* foreign pilots to operate the new aircraft // DISCIPLINE implies training in habits of order and precision. // a *disciplined* mind // SCHOOL implies training or disciplining especially in what is hard to master. // *schooled* the horse in five gaits //

## First Known Use of *school*

**Noun (1)**

before the 12th century, in the meaning defined at sense 1c(1)

**Verb (1)**

15th century, in the meaning defined at sense 1a

**Noun (2)**

15th century, in the meaning defined above

**Verb (2)**

1597, in the meaning defined above

## History and Etymology for *school*

**Noun (1)**

Middle English *scole*, from Old English *scōl*, from Latin *schola*, from Greek *scholē* leisure, discussion, lecture, school; perhaps akin to Greek *echein* to hold — more at SCHEME entry 1

**Noun (2)**

Middle English *scole*, from Middle Dutch *schole*, akin to Old English *scolu* multitude and probably to Old English *scylian* to separate — more at SKILL entry 1

## Learn More about *school*

**Share *school***

**Time Traveler for *school***

**The first known use of *school* was before the 12th century**

See more words from the same century

**From the Editors at Merriam-Webster**



**A Drudge of Lexicographers Presents: Collective Nouns**

What do you call a group of cats?



**Is 'School' Ever Properly a Verb?**

It's time for you to get schooled on 'school'



**Get Schooled on 'School'**

What does a school of fish have to do with a classroom? Nothing.

**Dictionary Entries near *school***

scholium
Schomburgkia
schönfelsite
**school**
schoolable
school-age

**Phrases Related to *school***

at school
comprehensive school
dental school
high school reunion
in school
junior school

schoolbag

law school

See More Nearby Entries

**Statistics for *school***

**Look-up Popularity**

Top 1% of words

**Cite this Entry**

"School." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/school. Accessed 8 Mar. 2021.

**Style:** MLA

## More Definitions for *school*

### school noun

\ skül \

**Kids Definition of *school* (Entry 1 of 3)**

1 : a place for teaching and learning

2 : a session of teaching and learning
// night *school*
// You'll be late for *school*.

3 : SCHOOLHOUSE

4 : the teachers and pupils of a school
// The entire *school* was at the rally.

5 : a group of persons who share the same opinions and beliefs
// a new *school* of philosophy

### school verb

**school** verb

schooled; schooling

### Kids Definition of *school* (Entry 2 of 3)

: TEACH sense 2, TRAIN
// Has he been *schooled* in proper behavior?

## school noun

### Kids Definition of *school* (Entry 3 of 3)

: a large number of one kind of fish or water animals swimming together

### More from Merriam-Webster on *school*

Thesaurus: All synonyms and antonyms for *school*
Nglish: Translation of *school* for Spanish Speakers
Britannica English: Translation of *school* for Arabic Speakers

### Comments on *school*

What made you want to look up *school*? Please tell us where you read or heard it (including the quote, if possible).

Show Comments

Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

WORDS AT PLAY



**The Words of the Week - 3/5/2021**

Words from the week of 3/5/2021



**Getting Up to Speed on (the History of) 'Speed'**

"Godspeed," dear readers.



**The Story Behind 'Stonks'**

Buying low and selling high in the meme market




**And So It Begins: 9 Words for Beginnings**

Let's take it from the top.

ASK THE EDITORS




**'All Intensive Purposes' or 'All Intents and Purposes'?**

We're intent on clearing it up

**'Nip it in the butt' or 'Nip it in the bud'?**

We're gonna stop you right there

**Literally**

How to use a word that (literally) drives some

**Is Singular 'They' a Better Choice?**

The awkward case of 'his or her'

WORD GAMES



https://www.merriam-webster.com/dictionary/school 03/08/2021 12:47:11 PM

**Who Knew?**
Take this quiz and discover 12 words for
TAKE THE QUIZ ›

**February 2021 Words of the Day Quiz**
Our most challenging yet!
TAKE THE QUIZ ›

**How Strong Is Your Vocabulary?**
Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ ›

**Word Winder's CrossWinder**
A game of winding words.
PLAY THE GAME ›

Learn a new word every day. Delivered to your inbox!

Your email address

SUBSCRIBE

Merriam-Webster

OTHER MERRIAM-WEBSTER DICTIONARIES
LEARNER'S ESL DICTIONARY
VISUAL DICTIONARY
SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
BRITANNICA ENGLISH - ARABIC TRANSLATION
NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Videos | Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use | Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2021 Merriam-Webster, Incorporated

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 79410804

**Mark:** HENLEY BUSINESS SCHOOL

**Correspondence Address:**
The University of Reading

**Applicant:** The University of Reading

**Reference/Docket No.** N/A

**Correspondence Email Address:**

# NONFINAL OFFICE ACTION
## Notice of Provisional Full Refusal

**International Registration No. 1824922**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned (see https://www.uspto.gov/trademarks-application-process/abandoned-applications for information on abandonment). To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database at https://tsdr.uspto.gov/, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

## INTRODUCTION

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES:**
- (Partial) Section 2(d) Refusal – Likelihood of Confusion
- Section 2(e)(4) Refusal - Primarily Merely a Surname
- Amendment of Identification of Goods and Services Required

- Domicile Address Clarification Required
- U.S.-Licensed Attorney Required
- Email Address Required

**SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION (THIS PARTIAL REFUSAL APPLIES ONLY TO THE GOODS AND SERVICES IN INTERNATIONAL CLASSES 009, 016, AND 041)**

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 5154139 (HENLEY). Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the attached registration.

The Applicant's mark is **HENLEY BUSINESS SCHOOL** for "Downloadable electronic publications; podcasts; computer programs; audio and cassette tapes, pre recorded discs, teaching apparatus, data carriers (including disks, memory devices and cards); pre recorded data carriers (including disks, memory devices and cards), mouse mats, mobile phone cases and accessories", "Printed matter including books; printed publications; text books; magazines and journals; stationery; writing implements; adhesives for stationery purposes; adhesive tapes for stationery purposes; paper, cardboard and goods made from these materials, not included in other classes; calendars, diaries, posters, coasters of paper, decalcomanias, graphic prints, greetings cards, postcards, beer mats, photographs, wrapping paper", "Economic forecasting and analysis services, including consultancy, advisory, research, forecasting, management and analysis services; business and commercial services, including consultancy, advisory, research, forecasting, management and analysis services; human resource services, including consultancy, advisory, research, forecasting, management and analysis services; opinion polling; statistical services, including compilation and analysis of statistics; business management services; organisation of exhibitions for commercial or advertising purposes; word processing; data processing services; commercial advisory services; career advisory services (other than education and training advice); preparation of reports relating to all the aforesaid services; provision of office facilities being the providing of access to office equipment; business or office administration services for others; photocopying services; retail services connected with downloadable electronic publications, podcasts, computer programs, audio and cassette tapes, pre recorded tapes, teaching apparatus, data carriers including discs, memory devices and cards, pre recorded data carriers including discs, memory devices and cards, mouse mats, mobile phone cases and accessories, jewellery, including rings, cuff links and tie pins, watches and clocks, printed matter including books, printed publications, text books, magazines and journals, stationery, writing implements, adhesives for stationery purposes, adhesive tapes for stationery purposes, paper, cardboard and goods made from these materials, calendars, diaries, posters, coasters of paper, decalcomanias, graphic prints, greeting cards, postcards, beer mats, photographs, wrapping paper, travelling bags, luggage, briefcases, suitcases, rucksacks, backpacks, attache cases, cases, handbags, key cases (leatherwear), pocket wallets, purses, credit card cases, satchels, shoulder bags, umbrellas and parasols, glassware, porcelain and earthenware, household containers, kitchenware, plates and cups of paper or plastic, drinking vessels of plastic, clothing and headgear, food, drink and toiletries; information and advisory services, all relating to the aforesaid services", "Economic financial services, including consultancy, advisory, research, forecasting, management and analysis services; financial services, including consultancy, advisory, research, forecasting, management and analysis services; financial services; actuarial services; financial management; planning, reports, analysis and research, all being financial services; preparation of reports relating to all the aforesaid services; renting of apartments, commercial premises, flats, houses, offices; banking and credit card services; information and advisory services, all relating to the aforesaid

services", "Higher education, academic, linguistic and vocational education and training services; provision of correspondence courses; educational services; educational examination services; distance learning services, including those provided online; lending library services and library services; provision of training facilities for the teaching of academic subjects and vocational skills; provision of information and preparation of reports, all relating to education and training; career advisory services (education or training advice) including career counselling relating to education and training; vocational guidance (education or training advice); career and vocational training; publishing services, including publication of books, journals, magazines and on line publications; providing on line electronic publications, not downloadable; orchestra and concert services; production of cine-films, videos, radio and television programs; organisation of cultural activities; organisation of sports and recreation activities; publishing services; rental of educational material and apparatus; organisation of sporting events; provision of sporting facilities; entertainment services; arranging and conducting conferences, conventions, congresses, lectures, exhibitions, day schools, workshops, concerts, seminars, colloquia, and symposia, all for entertainment or education purposes; preparation of reports relating to all the aforesaid services; digital imaging services; rental of loudspeakers and video cameras; information and advisory services, all relating to the aforesaid services", and "Consultancy and research services, including those relating to academic subjects, vocational skills, and in the fields of science, engineering, information technology, research and development of medicines, research in the field of ecology and of the environment; computer programming; consultancy relating to computer hardware and software; design and development of computer hardware and software; installation, maintenance and updating of computer software; creating and maintaining websites for others; rental of computers and computer software, preparation of reports relating to all the aforesaid services; information and advisory services, all relating to the aforesaid services".

The Registrant's mark is **HENLEY** for "Art prints; Cards, namely, greeting cards, note cards and post cards; Series of fiction books; Stationery; Wrapping paper; A series of fiction works, namely, novels and books featuring animals, pets and companions; Paper gift tags; Party ornaments of paper" and "Providing a website for entertainment purposes featuring graphics, videos, animation and written information about companions, animals, pets and children's entertainment; Providing on-line publications in the nature of electronic books and magazines in the field of companions, animals, pets and children's entertainment".

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and services of the applicant and registrant. *See* 15 U.S.C. §1052(d). A determination of likelihood of confusion under Section 2(d) is made on a case-by-case basis and the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) aid in this determination. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing *On-Line Careline, Inc. v. Am. Online, Inc.*, 229 F.3d 1080, 1085, 56 USPQ2d 1471, 1474 (Fed. Cir. 2000)). Not all the *du Pont* factors, however, are necessarily relevant or of equal weight, and any one of the factors may control in a given case, depending upon the evidence of record. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d at 1355, 98 USPQ2d at 1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity and nature of the goods and services, and similarity of the trade channels of the goods and services. *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

COMPARISON OF THE MARKS

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

Applicant's mark is **HENLEY BUSINESS SCHOOL**.

Registrant's mark is **HENLEY**.

In this case, both marks feature the wording "HENLEY". Marks may be confusingly similar in appearance where similar terms or similar parts of terms appear in the compared marks and create a similar overall commercial impression. *See Crocker Nat'l Bank v. Canadian Imperial Bank of Com.*, 228 USPQ 689, 690-91 (TTAB 1986) (holding COMMCASH and COMMUNICASH confusingly similar), *aff'd sub nom. Canadian Imperial Bank of Com. v. Wells Fargo Bank, N.A.*, 811 F.2d 1490, 1492, 1495, 1 USPQ2d 1813, 1814-15, 1817 (Fed. Cir. 1987); *In re Corning Glass Works*, 229 USPQ 65, 66 (TTAB 1985) (holding CONFIRM and CONFIRMCELLS confusingly similar); *In re Pellerin Milnor Corp.*, 221 USPQ 558, 560 (TTAB 1983) (holding MILTRON and MILLTRONICS confusingly similar); *Sun Elec. Corp. v. Sun Oil Co.*, 196 USPQ 450, 452 (TTAB 1977) (holding SUNELECT and SUN ELECTRIC confusingly similar); *In re BASF Aktiengesellschaft*, 189 USPQ 424, 424 (TTAB 1976) (holding LUTEX and LUTEXAL confusingly similar); TMEP §1207.01(b)(ii)-(iii).

As the first or only term in each mark, the shared term "HENLEY" is the dominant word in each mark. Consumers are generally more inclined to focus on and remember the first word, prefix, or syllable in a mark. *See Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1372, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005) (finding similarity between VEUVE ROYALE and two VEUVE CLICQUOT marks in part because "VEUVE . . . remains a 'prominent feature' as the first word in the mark and the first word to appear on the label"); *Century 21 Real Estate Corp. v. Century Life of Am.*, 970 F.2d 874, 876, 23 USPQ2d 1698, 1700 (Fed Cir. 1992) (finding similarity between CENTURY 21 and CENTURY LIFE OF AMERICA in part because "consumers must first notice th[e] identical lead word"); *Sage Therapeutics, Inc. v. SageForth Psych. Servs., LLC*, Opp. No. 91270181, 2024 TTAB LEXIS 139, at *14-15 (2024) (finding similarity between SAGEFORTH and SAGE CENTRAL, in part because the "common 'sage' element" was dominant in both marks" as "the first elements"); TMEP §1207.01(b)(viii).

The additional wording in applicant's mark, namely, "BUSINESS SCHOOL" is at least merely descriptive of, if not generic for, the provider of applicant's services and must be disclaimed (See below). Thus, the shared term "HENLEY" remains the dominant portion of applicant's mark. Although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression. *See In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Nat'l Data Corp.*, 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985); TMEP §1207.01(b)(viii), (c)(ii). Disclaimed matter that is descriptive of or generic for a party's

goods and services is typically less significant or less dominant when comparing marks. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *41 (TTAB 2022); TMEP §1207.01(b)(viii), (c)(ii).

Furthermore, generally, the greater the degree of similarity between the applied-for mark and the registered mark, the lesser the degree of similarity between the goods and services of the parties is required to support a finding of likelihood of confusion. *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022) (quoting *L'Oreal S.A. v. Marcon*, 102 USPQ2d 1434, 1440 (TTAB 2012)); *In re C.H. Hanson Co.*, 116 USPQ2d 1351, 1353 (TTAB 2015) (citing *In re Opus One Inc.*, 60 USPQ2d 1812, 1815 (TTAB 2001)); *In re House Beer, LLC*, 114 USPQ2d 1073, 1077 (TTAB 2015); TMEP §1207.01(a).

COMPARISON OF THE GOODS AND SERVICES

The goods and services are compared to determine whether they are similar, commercially related, or travel in the same trade channels. *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi). The compared goods and services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

Determining likelihood of confusion is based on the description of the goods and services stated in the application and registration at issue, not on extrinsic evidence of actual use. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1307 (Fed. Cir. 2018) (citing *In re i.am.symbolic, llc*, 866 F.3d 1315, 1325 (Fed. Cir. 2017)).

In this case, the application uses broad wording to describe its printed matter and printed publications, publishing services, provision of online electronic publications, and entertainment services, which presumably encompasses all goods and services of the type described, including registrant's narrower printed publications, provision of online publications, and entertainment services. *See, e.g.*, *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022); *In re Solid State Design Inc.*, 125 USPQ2d 1409, 1412-15 (TTAB 2018); *Sw. Mgmt., Inc. v. Ocinomled, Ltd.*, 115 USPQ2d 1007, 1025 (TTAB 2015). Thus, applicant's and registrant's goods and services are legally identical. *See, e.g.*, *In re i.am.symbolic, llc*, 127 USPQ2d 1627, 1629 (TTAB 2018) (citing *Tuxedo Monopoly, Inc. v. Gen. Mills Fun Grp., Inc.*, 648 F.2d 1335, 1336 (C.C.P.A. 1981); *Inter IKEA Sys. B.V. v. Akea, LLC*, 110 USPQ2d 1734, 1745 (TTAB 2014); *Baseball Am. Inc. v. Powerplay Sports Ltd.*, 71 USPQ2d 1844, 1847 n.9 (TTAB 2004)).

Additionally, the goods and services of the parties have no restrictions as to nature, type, channels of trade, or classes of purchasers and are "presumed to travel in the same channels of trade to the same class of purchasers." *In re Viterra Inc.*, 671 F.3d 1358, 1362 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1268 (Fed. Cir. 2002)); *see Cai v. Diamond Hong,*

*Inc.*, 901 F.3d 1367, 1372 (Fed. Cir. 2018). Thus, applicant's and registrant's goods and/or services are related.

The trademark examining attorney has attached evidence from the USPTO's X-Search database consisting of a representative sampling of third-party marks registered for use in connection with the same or similar goods and services as those of both applicant and registrant in this case. This evidence shows that the goods and services listed therein, namely, downloadable electronic publications, podcasts, computer programs, computer and mobile phone accessories, printed publications and paper products, educational services, publishing services, and/or entertainment services such as film production, as well as printed and paper products, and/or providing online books and magazines, are of a kind that may emanate from a single source under a single mark. *See In re I-Coat Co.*, 126 USPQ2d 1730, 1737 (TTAB 2018) (citing *In re Infinity Broad. Corp.*, 60 USPQ2d 1214, 1217-18 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988)); TMEP §1207.01(d)(iii).

In a third-party registration, the full scope of the goods and services must be considered. *In re Country Oven, Inc.*, 2019 USPQ2d 443903, at *9 (TTAB 2019). Specifically, "a registration that describes goods [or services] broadly is presumed to encompass all goods or services of the type described." *In re Country Oven, Inc.*, 2019 USPQ2d 443903, at *9 (citing *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1323, 110 USPQ2d 1157, 1161 (Fed. Cir. 2014)). Accordingly, terms such as "provision of online publications" in the third-party registrations are broad enough to encompass the provision of various online publications in the application and registration.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988).

In light of the similarities between the marks and the relatedness of the goods and services, it is likely that consumers who encounter the parties' goods and services will falsely conclude that they originate from the same source.

Although applicant's mark has been refused registration, applicant may respond to the refusals by submitting evidence and arguments in support of registration. If applicant responds to the refusals, applicant must also respond to the requirements set forth below.

## SECTION 2(e)(4) REFUSAL – PRIMARILY MERELY SURNAME

Registration is refused because the applied-for mark is primarily merely a surname. Trademark Act Section 2(e)(4), 15 U.S.C. §1052(e)(4); *see* TMEP §1211.

An applicant's mark is primarily merely a surname if the surname, when viewed in connection with the applicant's recited goods and services, "'is the primary significance of the mark as a whole to the purchasing public.'" *Earnhardt v. Kerry Earnhardt, Inc.*, 864 F.3d 1374, 1377, 123 USPQ2d 1411, 1413 (Fed. Cir. 2017) (quoting *In re Hutchinson Tech. Inc.*, 852 F.2d 552, 554, 7 USPQ2d 1490, 1492

(Fed. Cir. 1988)); TMEP §1211.01.

The following five inquiries are often used to determine the public's perception of a term's primary significance:

(1) Whether the surname is rare;

(2) Whether anyone connected with applicant uses the term as a surname;

(3) Whether the term has any recognized meaning other than as a surname;

(4) Whether the term has the structure and pronunciation of a surname; and

(5) Whether the term is sufficiently stylized to remove its primary significance from that of a surname.

*In re Colors in Optics, Ltd.*, 2020 USPQ2d 53784, at *1-2 (TTAB 2020) (citing *In re Benthin Mgmt. GmbH*, 37 USPQ2d 1332, 1333-34 (TTAB 1995) for the *Benthin* inquiries/factors)); TMEP §1211.01; *see also In re Etablissements Darty et Fils*, 759 F.2d 15, 16-18, 225 USPQ 652, 653 (Fed. Cir. 1985).

These inquiries or factors are not exclusive, and any of these circumstances – singly or in combination – and any other relevant circumstances may be considered when making this determination. *In re Colors in Optics, Ltd.*, 2020 USPQ2d 53784, at *2 (citing *Azeka Bldg. Corp. v. Azeka*, 122 USPQ2d 1477, 1480 (TTAB 2017)); TMEP §1211.01. For example, when the applied-for mark is not stylized, it is unnecessary to consider the fifth inquiry. *In re Yeley*, 85 USPQ2d 1150, 1151 (TTAB 2007); TMEP §1211.01.

Please see the attached evidence from lexisnexis.com, establishing the surname significance of "HENLEY". This evidence shows the applied-for mark appearing 50,162 times as a surname in the LEXISNEXIS® surname database, which is a weekly updated directory of cell phone and other phone numbers (such as voice over IP) from various data providers.

Although applicant's mark has been refused registration, applicant may respond to the refusals by submitting evidence and arguments in support of registration.

***Supplemental Register Advisory***

Applicant cannot overcome the refusal by amending the application to the Supplemental Register, because a mark in an application under §66(a) of the Trademark Act is not eligible for registration on the Supplemental Register. Trademark Act Section 68(a)(4), 15 U.S.C. §1141h(a)(4); 37 C.F.R. §§2.47(c) and 2.75(c); TMEP §§801.02(b), 815, 816.01 and 1904.02(c).

***Disclaimer Advisory***

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f), applicant will be required to disclaim "BUSINESS SCHOOL" because such wording appears to be generic in the context of applicant's goods and services. *See* 15

U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 144, 196 USPQ 7, 8 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766, 768 (TTAB 1986); TMEP §1213.03(b).

Applicant may submit a disclaimer in the following format:

> **No claim is made to the exclusive right to use "BUSINESS SCHOOL" apart from the mark as shown.**

TMEP §1213.08(a)(i).

## AMENDMENT OF IDENTIFICATION OF GOODS AND SERVICES REQUIRED

Some of the wording in the identification of goods and services is indefinite and overly broad; that is, the nature of the goods and services is not clear. The identification of goods and services must be specific, definite, clear, accurate, and concise. *See* 15 U.S.C. §§1051(a)(2), 1051(b)(2), 1053, 1126(d)-(e), 1141f; 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.01(b)-(c). However, the international classification of goods and services in applications filed under Trademark Act Section 66(a) cannot be changed from the classification the International Bureau assigned to the goods and services in the corresponding international registration. 37 C.F.R. §2.85(d); TMEP §1401.03(d).

Therefore, applicant must either (1) delete the unacceptable wording or (2) amend it to definite wording that specifies the nature of the goods and services in greater detail, that is within the scope of the original identification, and that remains in the international class assigned to those goods and/or services by the International Bureau. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03. For assistance with drafting acceptable wording, use the USPTO's online searchable *Acceptable Identification of Goods and Services Manual* (ID Manual). *See* TMEP §1402.04. For guidance on searching the ID Manual, see "Searching the Trademark ID Manual" located under "Guides, Manuals, and Resources" in the Trademark portion of USPTO.gov, linked here.

Applicant is in the best position to know their goods and services, and the ID Manual is a good resource for finding an appropriate amendment. Applicant may adopt the suggested identification and classification below, if accurate, which identifies the specific indefinite or overly broad wording and suggested clarification of that wording in **bold and underlined** font and which may indicate deletion of some or all of the indefinite or overly broad wording:

> **International Class 009**: "Downloadable electronic publications **in the nature of [specify nature of publication, *e.g.*, books, magazines, journals] in the field of [indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]**; **downloadable** podcasts in the field of **[indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]**; **downloadable** computer programs **for [specify function of computer programs, *e.g.*, analyzing market information, editing images, network management]**; audio and **audio** cassette tapes **featuring [indicate subject matter, *e.g.*, music, spoken word in the field of literature];**, pre-recorded **video** discs **featuring [indicate subject matter, *e.g.*, music, spoken word in the field of literature];**, teaching apparatus **in the nature of [specify nature of teaching apparatus in this International Class, *e.g.*, hairdressing training heads, a guard that is attached to the body of a woodwind instrument for music instruction];**, data carriers**, namely, [specify data carriers within this International Class, *e.g.*, memories for data processing equipment, computer memory devices, blank flash memory cards, disc**

**memories]** ~~(including disks, memory devices and cards)~~; pre-recorded **magnetic** data carriers **featuring [indicate subject matter, *e.g.*, music, spoken word in the field of literature]** ~~(including disks, memory devices and cards)~~**;**~~,~~ mouse mats**;**~~,~~ mobile phone cases and accessories**, namely, [specify mobile phone accessories within this International Class, *e.g.*, bags adapted for mobile phones, devices for hands-free use of mobile phones, keyboards for mobile phones]**"

**International Class 016**: "Printed matter**, namely,** ~~including~~ **printed** books **in the field of [indicate subject matter of publication, e.g., finance, ecology, environmental science]**; printed publications**, namely, [specify publications within this International Class, *e.g.*, books, workbooks, training manuals] in the field of [indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]**; **printed** text books **in the field of [indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]**; **printed** magazines and journals **in the field of [indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]**; stationery; writing implements; adhesives for stationery purposes; adhesive tapes for stationery purposes; paper, cardboard**,** and goods made from these materials**, namely, [specify paper and cardboard goods within this International Class, *e.g.*, carboard boxes, cardboard labels, baking paper, paper bags]**~~, not included in other classes~~; **printed** calendars, **printed** diaries, **printed** posters, coasters of paper, decalcomanias, graphic prints, **printed** greetings cards, **printed** postcards, beer mats **being mats of paper for beer glasses**, **printed** photographs, wrapping paper"

**International Class 035**: "Economic forecasting and analysis services, **namely,** ~~including~~ **business** consultancy, advisory, research, forecasting **in the nature of economic forecasting for business purposes**, management**,** and **data** analysis services; business and commercial services, **namely,** ~~including~~ **business** consultancy, advisory, research, forecasting **in the nature of economic forecasting for business purposes**, management**,** and **data** analysis services; human resource services, **namely,** ~~including~~ **human resources** consultancy, **human resources** advisory, **business** research **in the field of human resources**, **economic** forecasting **in the field of human resources**, **human resources** management**,** and **human resources** analysis services; **public** opinion polling; statistical services, **namely,** ~~including~~ compilation and analysis of statistics **for business purposes**; business management services; organisation of exhibitions for commercial or advertising purposes; word processing; data processing services; commercial advisory services **in the nature of business advisory services**; career advisory services**, namely, [specify career advisory services within this International Class, *e.g.*, career placement, career planning services, career advancement consulting in the field of engineering]** ~~(other than education and training advice)~~; preparation of **business** reports relating to all the aforesaid services; provision of office facilities being the providing of access to office equipment**, namely, rental of office equipment**; business **administration and** ~~or~~ office administration services for others; photocopying services; retail **store** services **featuring** ~~connected with~~ downloadable electronic publications, podcasts, computer programs, audio and cassette tapes, pre-recorded tapes, teaching apparatus, data carriers **being** ~~including~~ discs, memory devices and cards, pre-recorded data carriers **being** ~~including~~ discs, memory devices and cards, mouse mats, mobile phone cases and accessories, jewellery~~,~~ **being** ~~including~~ rings, cuff links and tie pins, watches and clocks, printed matter **being** ~~including~~ books, printed publications, text books, magazines and journals, stationery, writing implements, adhesives for stationery purposes, adhesive tapes for stationery purposes, paper, cardboard and goods made from these materials, calendars, diaries, posters, coasters of paper, decalcomanias, graphic prints, greeting cards, postcards, beer mats, photographs, wrapping paper, travelling bags, luggage, briefcases,

suitcases, rucksacks, backpacks, attache cases, cases, handbags, **leather** key cases ~~(leatherwear)~~, pocket wallets, purses, credit card cases, satchels, shoulder bags, umbrellas and parasols, glassware, porcelain and earthenware, household containers, kitchenware, plates and cups of paper or plastic, drinking vessels of plastic, clothing and **headwear** ~~headgear~~, food, drink and toiletries; **business** information and advisory services, all relating to the aforesaid services"

**International Class 036**: "Economic financial services, **namely,** ~~including~~ **financial** consultancy, advisory, research, forecasting, management and analysis services; financial services, **namely,** ~~including~~ **financial** consultancy, advisory, research, forecasting, management and analysis services; financial services**, namely, [specify financial services within this International Class, *e.g.*, debt settlement, credit repair, financial risk assessment services]**; actuarial services; financial management; **financial** planning, **financial** reports **being financial reporting services**, **financial** analysis and **financial** research, all being financial services; ~~preparation of reports relating to all the aforesaid services;~~ renting of **real estate, namely,** apartments, commercial premises, flats, houses, offices; banking **services** and credit card services**, namely, [specify credit card services within this International Class, *e.g.*, credit card transaction processing services, credit card factoring services, credit card authorization services]**; **financial** information and advisory services, all relating to the aforesaid services"

**International Class 041**: "Higher education **services, namely, [specify higher education services within this International Class, *e.g.*, educating at universities or colleges, conducting distance learning instruction at the university level, providing courses of instruction at the university level];**~~,~~ academic **services, namely, [specify academic services within this International Class, *e.g.*, online academic library services, academic mentoring of school age children, scoring academic standardized tests];**~~,~~ linguistic **services, namely, [specify linguistic services within this International Class, *e.g.*, language instruction, language interpretation, language translation];** ~~and~~ vocational education and training services**, namely, [specify vocational education and training services within this International Class, *e.g.*, vocational guidance, vocational training services in the field of plumbing, vocational education in the field of computers]**; provision of correspondence courses**, namely, education in the fields of [specify field, *e.g.*, economics, mathematics, environmental science] rendered through correspondence courses**; educational services**, namely, [specify educational services within this International Class, *e.g.*, providing online educational examination services, boarding school education, educating at universities or colleges]**; educational examination services; distance learning services, **namely, [specify distance learning services within this International Class, *e.g.*, conducting distance learning instruction at the primary level, conducting distance learning instruction in the field of accounting, conducting online distance learning instruction in the field of environmental science]** ~~including those provided online~~; lending library services and **mobile** library services; provision of training facilities **being facilities for educational [specify type of educational activity, *e.g.*, classes, seminars, workshops]** for the teaching of academic subjects and vocational skills; provision of information **in the fields of education and employment training** ~~and preparation of reports~~, all relating to education and training; career advisory services**, namely,** ~~(education or training advice) including~~ career counselling relating to education and training **in the nature of providing advice concerning education options to pursue career opportunities**; **educational and training services, namely,** vocational guidance ~~(education or training advice)~~; career **re-training classes** and vocational training **in the field of [specify field, *e.g.*, plumbing, mechanics, computers]**; publishing services, **namely,** ~~including~~ publication of

books, journals, magazines and **online** ~~**on line**~~ **electronic** publications; providing on line electronic publications, not downloadable**, in the nature of [specify nature of publications, *e.g.*, books, magazines, brochures] in the field of [indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]**; orchestra **services** and concert services**, namely, [specify concert services within this International Class, *e.g.*, arranging and conducting of concerts, live music concerts, concert booking]**; production of cine-films **in the nature of films**, videos **in the field of [indicate subject matter, *e.g.*, finance, ecology, environmental science]**, **and** radio and television programs; organisation of cultural activities**, namely, [specify organization of cultural activities within this International Class, *e.g.*, organization of exhibitions for cultural purposes, impresario services in the nature of organization of shows for cultural purposes, organization of cultural shows, organization of events for cultural purposes]**; organisation of sports and recreation activities**, namely, [specify organization of sports and recreation activities within this International Class, *e.g.*, recreational services in the nature of horseback riding facilities, providing recreational sports camps, organization of sports competitions]**; publishing services**, namely, [specify nature of publishing within this International Class, *e.g.*, book publishing, desktop publishing for others, publishing of electronic publications]**; rental of educational material and apparatus**, namely, [specify rental of educational material and apparatus within this International Class, *e.g.*, rental of anatomical models for educational purposes, rental of exhibition stands for educational purposes, rental of microscopes for educational purposes]**; organisation of sporting events**, namely, [specify type of event being organized, *e.g.*, swimming meet, soccer competitions, triathlons]**; provision of sporting facilities; entertainment services**, namely, [specify entertainment services within this International Class, *e.g.*, cabaret entertainment services, providing motivational and educational speakers, live musical performances]**; arranging and conducting conferences, conventions, congresses, lectures, **educational** exhibitions, ~~**day schools,**~~ workshops, ~~**concerts,**~~ seminars, colloquia, and symposia, all for entertainment or education purposes**, in the field of [specify field, *e.g.*, finance, ecology, environmental science]; day schools, namely, [clarify nature of day schools within this International Class, *e.g.*, charter schools, pre-schools, correspondence schools]; arranging and conducting concerts**; ~~**preparation of reports relating to all the aforesaid services;**~~ digital imaging services **in the nature of photography services**; rental of loudspeakers **in the nature of audio equipment** and video cameras; information **in the field of education** and advisory services, all relating to the aforesaid services"

**International Class 042**: "**Technological** ~~C~~**c**onsultancy and research services, **all**~~**including those**~~ relating to academic subjects~~,~~ **and** vocational skills, ~~**and**~~ in the fields of science, engineering, information technology**;**~~,~~ research and development of medicines**;**~~,~~ research in the field of ecology and ~~**of the**~~ environment**al** **science**; computer programming; consultancy relating to computer hardware **being technological services in the field of computer hardware systems** and **computer** software **consulting**; design and development of computer hardware and software; installation, maintenance and updating of computer software; creating and maintaining websites for others; rental of computers and **rental of** computer software **for [specify function of computer programs, *e.g.*, analyzing market information, editing images, network management]**;~~,~~ ~~**preparation of reports relating to all the aforesaid services;**~~ **providing technological** information and advisory services, all relating to the aforesaid services"

Applicant may amend the identification to clarify or limit the goods and services, but not to broaden or expand the goods and services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and services may not later be

reinserted. *See* TMEP §1402.07(e). Additionally, for applications filed under Trademark Act Section 66(a), the scope of the identification for purposes of permissible amendments is limited by the international class assigned by the International Bureau of the World Intellectual Property Organization (International Bureau); and the classification of goods and services may not be changed from that assigned by the International Bureau. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Further, in a multiple-class Section 66(a) application, classes may not be added or goods and services transferred from one existing class to another. 37 C.F.R. §2.85(d); TMEP §1401.03(d).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

## DOMICILE ADDRESS CLARIFICATION REQUIRED

**Domicile address cannot be accepted.** Applicant must provide its current domicile street address because the domicile address of record identifies an address that is not a street address, which is not an acceptable type of domicile address for a juristic applicant. TMEP §601.01(c)(i). That is, this address does not identify applicant's principal place of business. *See* 37 C.F.R. §§2.2(o)-(p), 2.11(b), 2.189; TMEP §601.01(c)(i). All applications must include an applicant's domicile address. *See* 37 C.F.R. §§2.32(a)(2), 2.189; TMEP §803.05(a). In addition, all applicants domiciled outside the United States must be represented by a U.S.-licensed attorney. 37 C.F.R. §2.11(a); TMEP §601. See Hiring a U.S.-licensed attorney for more information. The USPTO uses applicant's domicile address to determine whether applicant is required to be represented by a U.S.-licensed attorney in this matter. *See* 37 C.F.R. §2.11(a); TMEP §601.01(a).

**Response option(s)**

**Applicant must provide an acceptable domicile street address**; that is, the location of applicant's headquarters where its senior executives or officers ordinarily direct and control applicant's activities. *See* 37 C.F.R. §§2.2(o)-(p), 2.32(a)(2), 2.189; TMEP §803.05(a). If applicant provides a foreign domicile address, applicant must appoint a U.S.-licensed attorney qualified under 37 C.F.R. §11.14. *See* 37 C.F.R. §2.11(a)-(b); TMEP §601.01(a).

If applicant cannot provide a domicile street address due to an extraordinary situation, applicant may file a petition to the Director to request the Director waive this requirement. *See* 37 C.F.R. §§2.146(a)(5), 2.148; TMEP §1708.01. The petition must include the required fee as well as (a) a verified statement of facts explaining the extraordinary situation, and (b) the state, or foreign equivalent, and country of applicant's domicile, to determine whether applicant must be represented by a U.S.-licensed attorney. *See* 37 C.F.R. §§2.11(a)-(b), 2.146(c)(1); TMEP §1708.01. However, filing a petition is not considered a response to an Office action. *See* 37 C.F.R. §2.146(g); TMEP §1705.06. Applicant must still file a timely response to this Office action to avoid abandonment of the application. The response should indicate that a petition has been filed, specify the reason(s) for filing the petition (i.e., to request a waiver of the domicile address requirement), and request suspension of the application pending disposition of the petition. *See* TMEP §§716.02, 716.02(l), 1705.06.

**Instructions for responding**

**To provide applicant's domicile street address.** After opening the electronic response form and

entering the serial number, (1) answer "yes" to the question about owner information and click "Continue;" (2) on the "Owner Information" page, in the "Domicile Address" fields, uncheck the box stating the domicile and mailing address are not the same; and (3) below the checkbox provide applicant's domicile street address. The address provided in the "Domicile Address" fields will be hidden from public view. However, any street address listed in the "Mailing Address" fields will be publicly viewable.

**To appoint a U.S.-licensed attorney,** (1) use the electronic Change Address or Representation form to appoint an attorney after they have been retained, or (2) applicant's attorney can appear by responding on applicant's behalf using the electronic Response to Examining Attorney Office Action form, indicating that an appointment of attorney has been made, addressing all other refusals or requirements in the action, if any, and properly signing the response.

**U.S.-LICENSED ATTORNEY REQUIRED**

**Applicant is required to be represented by a U.S.-licensed attorney to respond to or appeal the provisional refusal** because applicant's domicile is located outside of the United States and applicant does not appear to be represented by a qualified U.S. attorney. 37 C.F.R. §2.11(a); TMEP §601.01(a). An applicant whose domicile is located outside of the United States or its territories must be represented by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §2.11(a); TMEP §§601, 601.01(a). In this case, applicant's domicile is identified in the application as outside of the United States or its territories. For more information, see the U.S. Counsel webpage at https://www.uspto.gov/trademark/laws-regulations/trademark-rule-requires-foreign-applicants-and-registrants-have-us and Hiring a U.S.-licensed trademark attorney webpage at https://www.uspto.gov/trademarks-getting-started/why-hire-private-trademark-attorney.

**To appoint a U.S.-licensed attorney** in this application, applicant should submit a completed Trademark Electronic Application System (TEAS) Change Address or Representation form at https://teas.uspto.gov/ccr/car. The newly-appointed attorney must submit a TEAS Response to Examining Attorney Office Action form at https://teas.uspto.gov/office/roa/ indicating that an appointment of attorney has been made and address all other refusals or requirements in this action. Alternatively, if applicant retains an attorney before filing the response, the attorney can respond to this Office action by using the appropriate TEAS response form and provide his or her attorney information in the form and sign it as applicant's attorney. *See* 37 C.F.R. §2.17(b)(1)(ii); TMEP §604.01.

**EMAIL ADDRESS REQUIRED**

**Email address required.** Applicant must provide applicant's email address, which is a requirement for a complete application. *See* 37 C.F.R. §2.32(a)(2); TMEP §803.05(b). This email address cannot be identical to the primary correspondence email address of a U.S.-licensed attorney retained to represent applicant in this application. *See* TMEP §803.05(b).

***Response Guidelines***

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see "Responding to Office Actions" and the informational video "Response to Office Action" for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** **Click to file a response to this nonfinal Office action.**

/Crystal Yi/
Crystal Yi
Trademark Attorney Advisor
Law Office 123
(571) 270-0763
Crystal.Yi@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.
- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon**. If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.
- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

5154139

# HENLEY

| | |
|---|---|
| Word Mark | HENLEY |
| Goods/Services | IC 016 US 002 005 037 038 029 050 022 023<br>Art prints; Cards, namely, greeting cards, note cards and post cards; Series of fiction books; Stationery; Wrapping paper; A series of fiction works, namely, novels and books featuring animals, pets and companions; Paper gift tags; Party ornaments of paper.<br>IC 041 US 100 101 107<br>Providing a website for entertainment purposes featuring graphics, videos, animation and written information about companions, animals, pets and children's entertainment; Providing on-line publications in the nature of electronic books and magazines in the field of companions, animals, pets and children's entertainment. |
| Register | PRINCIPAL |
| Serial Number | 86904468 |
| Filing Date | 2016-02-11T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2016-12-20 |
| Registration Number | 5154139 |
| Date Registered | 2017-03-07 |
| Owner | (REGISTRANT) Julie Muszynski (INDIVIDUAL; USA); 1 Irving Place V7A, New York, NEW YORK 10003, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |

| | |
|---|---|
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | SECTION 8-ACCEPTED |
| Attorney of Record | Patrice P. Jean |

Print: December 3, 2024 10:07 AM

6957885

# Synths

| | |
|---|---|
| Word Mark | SYNTHS |
| Goods/Services | IC 009 US 021 026 038 036 023<br>Downloadable series of fiction books; downloadable electronic publications in the nature of graphic novels in the field of fiction.<br>IC 016 US 005 002 037 029 022 038 050 023<br>Graphic novels; children's books; young adult novels; cartoon prints; illustrations; posters. |
| Register | PRINCIPAL |
| Serial Number | 88294032 |
| Filing Date | 2019-02-08T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2019-10-15 |
| Registration Number | 6957885 |
| Date Registered | 2023-01-17 |
| Owner | (REGISTRANT) Tai Joon Hee Inc. (CORPORATION; CANADA); 195 Glenview Ave, Toronto, ON, M4R1R4, CANADA |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | WILLIAM SCOTT GOLDMAN |

Print: December 3, 2024 10:58 AM

7051682

BIRDHISM
Inspiring Compassion for Birds

| | |
|---|---|
| Word Mark | BIRDHISM INSPIRING COMPASSION FOR BIRDS |
| Goods/Services | IC 016 US 005 002 037 029 038 050 022 023<br>Decals; Stickers; Art prints; Blank paper notebooks; Paper notebooks; Printed notebooks.<br>IC 041 US 100 101 107<br>Providing information and advice in the field of pet training; Providing information in the field of bird training; Providing information in the fields of animals and pets in the field of animal training and animal exhibitions for educational or entertainment purposes; On-line journals, namely, blogs featuring information about birds; Providing a website featuring blogs and non-downloadable publications in the nature of articles and newsletters in the field of birds. |
| Register | PRINCIPAL |
| Serial Number | 90848163 |
| Filing Date | 2021-07-26T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-02-28 |
| Registration Number | 7051682 |
| Date Registered | 2023-05-16 |
| Owner | (REGISTRANT) Birdhism, Inc. (CORPORATION; FLORIDA, USA); 1111 South Creek Drive #422, Round Rock, TEXAS 78664, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |

| | |
|---|---|
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 021101, 021113, 031524, 031525, 031716, 031725, 040707 |
| Description of Mark | The mark consists of A heart shaped bird's face with a beak and two eyes placed next to the word "BIRDHISM" which is above the words "INSPIRING COMPASSION FOR BIRDS". |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Joseph A. Bellanca |

Print: December 3, 2024 10:58 AM

7051681

# BIRDHISM

| | |
|---|---|
| Word Mark | BIRDHISM |
| Goods/Services | IC 016 US 005 002 037 029 038 050 022 023<br>Decals; Stickers; Art prints; Blank paper notebooks; Paper notebooks; Printed notebooks.<br>IC 041 US 100 101 107<br>Providing information in the fields of animals and pets in the field of animal training and animal exhibitions for educational or entertainment purposes; On-line journals, namely, blogs featuring information about birds; Providing information in the field of bird training; Providing a website featuring blogs and non- downloadable publications in the nature of articles and newsletters in the field of birds. |
| Register | PRINCIPAL |
| Serial Number | 90848118 |
| Filing Date | 2021-07-26T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-02-28 |
| Registration Number | 7051681 |
| Date Registered | 2023-05-16 |
| Owner | (REGISTRANT) Birdhism, Inc. (CORPORATION; FLORIDA, USA); 1111 South Creek Drive #422, Round Rock, TEXAS 78664, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |

| | |
|---|---|
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Joseph A. Bellanca |

Print: December 3, 2024 10:58 AM

7122666

# KOFFEEKWEENS

| | |
|---|---|
| Word Mark | KOFFEEKWEENS |
| Goods/Services | IC 016 US 005 002 037 038 029 050 022 023<br>Printed matter and paper goods, namely, graphic novels, a series of fiction books, children's books, cartoon strips, illustrations, blank writing or sketching journals, notebooks, greeting cards, day and desktop planners, coloring books, stickers, posters, postcards, stationery, bookmarks, calendars, adhesive note paper, fine art prints, mounted aluminum art prints, mounted acrylic art prints.<br>IC 021 US 030 002 033 013 029 040 050 023<br>Drinkware and beverageware, namely, cups, mugs, coffee mugs, tea cups, and beverage glassware.<br>IC 041 US 100 101 107<br>Entertainment services offered on-line over a worldwide communication network, namely, providing a website featuring non-downloadable comics, non-downloadable illustrations, non-downloadable photographs, non-downloadable videos and information relating to fictional illustrated characters. |
| Register | PRINCIPAL |
| Serial Number | 97004500 |
| Filing Date | 2021-08-31T00:00:00 |
| Original Filing Basis | • 1a<br>• 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-09-20 |
| Registration Number | 7122666 |
| Date Registered | 2023-07-25 |
| Owner | (REGISTRANT) Kiara Walker (INDIVIDUAL; USA); c/o Lyons & Salky |

| | |
|---|---|
| | Law, 156 Katonah Ave., Katonah, NEW YORK 10536, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Jesseca Salky |

Print: December 3, 2024 10:58 AM

7381117

# EAT DIRT

| | |
|---|---|
| Word Mark | EAT DIRT |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable children's educational software; Downloadable computer game software; Downloadable electronic publications in the nature of books in the field of children's entertainment, children's education, children's fictional stories, children's arts and crafts, children's educational activities and children's games; Electronic books featuring entertaining and educational material for children, parents and families recorded on computer media; Motion picture films and films for television featuring children's entertainment; Visual recordings and audiovisual recordings featuring music and animation; Visual and audio recordings featuring entertaining and educational material for children, parents and families.<br>IC 016 US 002 005 022 023 029 037 038 050<br>Stickers; Adhesive notepads; Art prints; Folders for papers; Framed art prints; Gift bags; Illustrated notepads; Paper gift tags; Paper napkins; Paper place mats; Paper table cloths; Pen and pencil cases; Printed books in the field of entertainment and education for children, parents and families; Printed charts for displaying data about human height; Printed greeting cards; Printed instructional, educational, and teaching materials in the field of children's entertainment, children's education, children's fictional stories, children's arts and crafts, children's educational activities and children's games; Printed invitations; Printed notebooks; Printed postcards; Printed posters; Printed publications, namely, books in the field of children's entertainment, children's education, children's fictional stories, children's arts and crafts, children's educational activities and children's games; Wrapping paper; Printed children's books.<br>IC 028 US 022 023 038 050<br>Card games; Educational card games; Game cards; Playing cards and card games. |
| Register | PRINCIPAL |
| Serial Number | 90534562 |

| | |
|---|---|
| Filing Date | 2021-02-18T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-06-28 |
| Registration Number | 7381117 |
| Date Registered | 2024-05-07 |
| Owner | (REGISTRANT) Stacy Moore Photography, Inc. (CORPORATION; COLORADO, USA); PO Box 130, Bellvue, COLORADO 80512, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Shireen Marshall |

Print: December 3, 2024 10:58 AM

7158045

# MATTISA

| | |
|---|---|
| Word Mark | MATTISA |
| Goods/Services | IC 016 US 005 002 037 029 038 050 022 023<br>Envelopes; Stickers; Adhesive note pads; Art pictures in the nature of drawings; Art pictures in the nature of paintings; Art pictures on canvas; Art prints; Art prints on canvas; Binders for office use; Blank note cards; Blank writing journals; Book marks; Framed art prints; Gift boxes; Gift wrapping paper; Paper folders; Paper notebooks; Paper stationery; Personalized writing journals; Printed business cards; Printed calendars; Printed coloring books; Printed daily planners; Printed desktop planners; Printed greeting cards; Printed holiday cards; Printed invitations; Printed note cards; Printed notebooks; Printed post cards; Printed posters; Sketch books; Stationery; Stationery folders; Wrapping paper; Paper gift tags.<br>IC 021 US 033 030 002 013 029 040 050 023<br>Mugs. |
| Register | PRINCIPAL |
| Serial Number | 90692035 |
| Filing Date | 2021-05-05T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2023-03-28 |
| Registration Number | 7158045 |
| Date Registered | 2023-09-05 |
| Owner | (REGISTRANT) MATTISA, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 300 N. Marienfeld Suite 700, Midland, TEXAS 79701, UNITED STATES |
| Type of Mark | TRADEMARK |

| | |
|---|---|
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Sarah Hegi Simpson |

Print: December 3, 2024 10:58 AM

6974881

giggledoon

| | |
|---|---|
| Word Mark | GIGGLEDOON |
| Goods/Services | IC 009 US 021 026 038 036 023<br>Downloadable MP3 files, MP3 recordings featuring audio books in the field of literature, namely, children's literature; pre-recorded audio books in the field of literature, namely, children's literature; pre-recorded compact discs featuring literature, namely, children's literature.<br>IC 016 US 005 002 037 029 038 022 050 023<br>Printed matter, namely, series of fiction books, children's story books, children's activity books, children's coloring books, greeting cards.<br>IC 028 US 038 022 050 023<br>Games, namely, memory games, card games, manipulative games, parlor games, party games.<br>IC 041 US 100 101 107<br>Providing online publications in the nature of an e-book in the field of literature, namely, children's literature. |
| Register | PRINCIPAL |
| Serial Number | 88645051 |
| Filing Date | 2019-10-07T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2020-05-12 |
| Registration Number | 6974881 |
| Date Registered | 2023-02-07 |
| Owner | (REGISTRANT) GIGGLEDOON LLC (LIMITED LIABILITY COMPANY; NEW JERSEY, USA); 1812 FRONT STREET, SCOTCH PLAINS, NEW JERSEY 07076, UNITED STATES |

| | |
|---|---|
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 021116, 261709 |
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of the term "giggledoon" with a smile or arc symbol spanning from beneath about the center of the first "g" to beneath about the center of the second "g". |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | WALTER J. TENCZA, JR. |

Print: December 3, 2024 10:58 AM

5867003

# Sea Urchin Studio

| | |
|---|---|
| Word Mark | SEA URCHIN STUDIO |
| Goods/Services | IC 016 US 023 022 037 038 029 005 050 002<br>Art prints; Blank writing journals; Calendars; Greeting cards; Notebooks; Notepads; Post cards; Stationery; Wrapping paper. |
| Register | PRINCIPAL |
| Serial Number | 88324085 |
| Filing Date | 2019-03-04T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2019-07-09 |
| Registration Number | 5867003 |
| Date Registered | 2019-09-24 |
| Owner | (REGISTRANT) Sea Urchin Studio LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 24 Roberts Lane, Ridgefield, CONNECTICUT 06877, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "STUDIO" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |

Print: December 3, 2024 10:58 AM

7267889

# Leezmark

| | |
|---|---|
| Word Mark | LEEZMARK |
| Goods/Services | IC 016 US 002 005 022 023 029 037 038 050<br>3D decals for use on any surface; Decals; Stickers; Desk mats; Desk organizers for stationery use; Gift bags; Gift wrapping paper; Grocery bags; Office stationery; Packaging boxes of paper; Page holders; Party ornaments of paper; Temporary tattoo transfers; Wrapping paper; Printed greeting cards; Printed postcards. |
| Register | PRINCIPAL |
| Serial Number | 97711173 |
| Filing Date | 2022-12-09T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-10-24 |
| Registration Number | 7267889 |
| Date Registered | 2024-01-09 |
| Owner | (REGISTRANT) Shenzhen Lizi Network Technology Co., Ltd. (limited company (ltd.); CHINA); 3B-045, Phase II, No.1 Huanan Avenue, Hehua Community, Pinghu Street, Longgang, Shenzhen, Guangdong, 518000, CHINA |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Xuan Gu |

Print: December 3, 2024 10:58 AM

7310594

# PLASMAWORLDS

| | |
|---|---|
| Word Mark | PLASMAWORLDS |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Audio books in the nature of novels; Downloadable video game programs; Downloadable video game software; Downloadable computer game software for personal computers and home video game consoles; Downloadable computer programs for video and computer games; Downloadable series of fiction books.<br>IC 016 US 002 005 022 023 029 037 038 050<br>Book marks; Postcards; Fabric gift bags; Greetings cards and postcards; Series of fiction books; Series of fiction works, namely, novels and books. |
| Register | PRINCIPAL |
| Serial Number | 88596848 |
| Filing Date | 2019-08-28T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2023-04-25 |
| Registration Number | 7310594 |
| Date Registered | 2024-02-20 |
| Owner | (REGISTRANT) BEY-TAYLOR, ANWAR (INDIVIDUAL; USA); 1167 Bush St. #606, San Francisco, CALIFORNIA 94109, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |

| | |
|---|---|
| Status | REGISTERED |
| Attorney of Record | Moorisha Bey-Taylor |

Print: December 3, 2024 10:58 AM

6881455

# EDDIE BAUER

| | |
|---|---|
| Word Mark | EDDIE BAUER |
| Goods/Services | IC 016 US 005 002 037 029 038 050 022 023<br>Gift bags; ribbons and bows of paper for gift wrapping; tissue paper; gift wrapping paper; paper gift tags; printed greeting cards; printed postcards; gift boxes containing note cards; stationery; stationery boxes. |
| Register | PRINCIPAL |
| Serial Number | 90867335 |
| Filing Date | 2021-08-05T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-03-08 |
| Registration Number | 6881455 |
| Date Registered | 2022-10-18 |
| Owner | (REGISTRANT) Eddie Bauer Licensing Services LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1411 Broadway, 21st Floor, New York, NEW YORK 10018, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Other Data | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Bridgette Fitzpatrick |

Print: December 3, 2024 10:58 AM

7221236

# DODO KIDS

| | |
|---|---|
| Word Mark | DODO KIDS |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable computer application software for mobile phones, portable media players, and handheld computers, namely, software for providing information, news and commentary in the field of current events relating to non-extinct animals, animal training, and animal stories regarding non-extinct animals; downloadable ongoing entertainment shows featuring comedy, drama, current events news, information about non-extinct animals and pets, commentary about non-extinct animals and pets, documentaries, reality, non-fiction, and animation, recorded, and delivered to mobile devices.<br>IC 041 US 100 101 107<br>Education and entertainment services in the nature of non-downloadable ongoing entertainment shows featuring comedy, drama, current events news, information about non-extinct animals and pets, commentary about non-extinct animals and pets, documentaries, reality, non-fiction, and animation, recorded, and delivered via a global computer network or to mobile devices; production of internet-based audio, video and television programs for playing on electronic devices; production of podcasts and other audio content for streaming over a global computer network or playing on a computer or mobile device; distribution in the nature of multimedia publishing of podcasts and other audio content for streaming over a global computer network for playing on a computer or mobile device; providing a website for entertainment purposes featuring non-downloadable comedy, drama, news, information, commentary, documentary, reality, non-fiction, animation videos in the field of non-extinct animals and pets; providing a website featuring information in the field of education; providing online information, news and commentary in the field of current events relating to non-extinct animals; providing online information, news and commentary in the field of animal training; entertainment services, namely, providing images and text featuring animal stories regarding non-extinct animals, on-line and in mobile wireless form. |
| Register | PRINCIPAL |
| Serial Number | 97234740 |

| | |
|---|---|
| Filing Date | 2022-01-24T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-09-05 |
| Registration Number | 7221236 |
| Date Registered | 2023-11-21 |
| Owner | (REGISTRANT) VOX MEDIA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1701 Rhode Island Ave NW, WASHINGTON, District of Columbia 20036, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "KIDS" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Jason J. Mazur |

Print: December 3, 2024 10:58 AM

7255630

# Sincerely Chinx

| | |
|---|---|
| Word Mark | SINCERELY CHINX |
| Goods/Services | IC 009 US 023 038 026 021 036<br>Downloadable multimedia file containing video relating to holistic wellness and nutrition; Downloadable electronic publications in the nature of newsletter and worksheets in the field of holistic wellness and nutrition.<br>IC 016 US 023 037 038 029 005 022 050 002<br>Gift bags; Gift wrapping bows of paper; Gift-wrapping paper; Stickers; Paper gift wrapping bows; Paper gift wrapping ribbons; Printed greeting cards.<br>IC 041 US 100 101 107<br>Providing online non-downloadable electronic publications in the nature of blogs in the field of holistic wellness and nutrition. |
| Register | PRINCIPAL |
| Serial Number | 90726343 |
| Filing Date | 2021-05-21T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-05-03 |
| Registration Number | 7255630 |
| Date Registered | 2023-12-26 |
| Owner | (REGISTRANT) Sincerely Chinx, LLC (LIMITED LIABILITY COMPANY; CONNECTICUT, USA); 14 Hamilton Ave, Norwalk, CONNECTICUT 06854, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |

| | |
|---|---|
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Other Data | The name "CHINX" identifies Stacey Dumas, whose consent(s) to register is made of record. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Alexandra DeNeve |

Print: December 3, 2024 10:58 AM

6612154

# GREY STREET

| | |
|---|---|
| Word Mark | GREY STREET |
| Goods/Services | IC 016 US 029 005 037 050 038 022 023 002<br>Pencils; Stationery; Stickers; Art prints; Paper gift tags; Temporary tattoo transfers; Wrapping paper; Blank writing journals; Illustrated notepads; Printed calendars; Printed greeting cards; Printed note cards; Printed notebooks; Printed postcards. |
| Register | PRINCIPAL |
| Serial Number | 90529879 |
| Filing Date | 2021-02-16T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2021-10-26 |
| Registration Number | 6612154 |
| Date Registered | 2022-01-11 |
| Owner | (REGISTRANT) Grey Street Paper LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 44 LAWRENCE ST, GREENLAWN, NEW YORK 11740, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |

Print: December 3, 2024 10:58 AM

6572990

# Vision To Fruition

| | |
|---|---|
| Word Mark | VISION TO FRUITION |
| Goods/Services | IC 016 US 005 002 037 029 038 022 050 023<br>Stationery; Stationery cases; Blank cards; Blank journal books; Blank journals; Blank writing journals; Correspondence cards; Customizable journal books; Daily planners; Day planners; Desk top planners; Desktop planners; Flash cards; Greeting cards; Motivational cards; Note cards; Note cards that unfold to act as worksheets for daily/monthly planners, organizers, calendars, to do lists that re-fold to make a credit card sized item that fits neatly in your wallet or pocket; Occasion cards; Office stationery; Organizers for stationery use; Paper stationery; Personalized writing journals; Post cards; Stickers; Writing journal sheets.<br>IC 041 US 100 101 107<br>Educational services, namely, conducting programs in the field of personal growth, professional growth, and self-confidence; Educational services, namely, conducting seminars, lectures, teleseminars, teleclasses, and workshops in personal awareness; Educational and entertainment services, namely, providing motivational speaking services in the field of personal growth, professional growth, and self-confidence; Entertainment services, namely, providing podcasts in the field of personal growth, professional growth, and self-confidence; Production of podcasts. |
| Register | PRINCIPAL |
| Serial Number | 90316587 |
| Filing Date | 2020-11-12T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2021-09-14 |
| Registration Number | 6572990 |

| | |
|---|---|
| Date Registered | 2021-11-30 |
| Owner | (REGISTRANT) Freedom With Fallon LLC (LIMITED LIABILITY COMPANY; GEORGIA, USA); 2669 Oak Leaf Place SE, Atlanta, GEORGIA 30316, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Kyona McGhee, Esq |

Print: December 3, 2024 10:58 AM

7404700

| | |
|---|---|
| Word Mark | SOL STATIONERY XN.C.F.RAY |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable printable stationery materials, namely, recipe card templates, phone wallpaper, desktop wallpaper; Electronic personal organizer; Downloadable electronic greeting cards; Downloadable postcards; Downloadable printable calendars; Downloadable printable planners and organizers; Electronic day planners.<br>IC 016 US 002 005 022 023 029 037 038 050<br>Stationery; Blank note cards; Blank or partially printed postcards; Blank writing journals; Customizable journal books for writing; Desk organizers for stationery use; Office stationery; Organizational kits containing printed calendars, stationery, planning folders, templates and guidelines for planning social events; Paper stationery; Paper sheets being stationery; Personalized writing journals; Printed calendars; Printed cards bearing universal greetings; Printed greeting cards; Printed greeting cards featuring keepsake fabric for couples, weddings, birthdays, holidays, special occasions, celebrations; Printed invitations for couples, weddings, birthdays, holidays, special occasions, celebrations; Printed note cards featuring calligraphy; Printed postcards; Printed stationery; Printed Christmas cards; Printed daily planners; Printed day planners; Printed desk calendars; Printed holiday cards; Printed invitation cards; Printed motivational cards; Printed note cards; Printed occasion cards; Printed picture cards; Printed picture postcards; Printed social note cards; Printed wall calendars; Writing journal sheets. |
| Register | PRINCIPAL |
| Serial Number | 97541281 |
| Filing Date | 2022-08-09T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2024-03-19 |

| | |
|---|---|
| Registration Number | 7404700 |
| Date Registered | 2024-06-04 |
| Owner | (REGISTRANT) Dreams Depicted LLC (LIMITED LIABILITY COMPANY; GEORGIA, USA); 1305 Barnard St #707, Savannah, GEORGIA 31401, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 200101, 200303, 200307, 260121 |
| Description of Mark | • The color(s) cream, yellow, black and white is/are claimed as a feature of the mark.<br>• The mark consists of a cream colored rectangle representing an envelope with a smaller cream colored rectangle with a yellow border inside of a black border and yellow circle representing a stamp at the top right corner of the envelope. The letters "XN.C.F.Ray" are in the top left corner in Adorn Garland script in black. A yellow circle is in the middle of the envelope with the word "SOL" in Adorn Garland script in black. A black pencil with a yellow tip is at a diagonal angle across the yellow circle with the word "STATIONERY" written in white on the pencil, in Adorn Garland script. |
| Translation | The English translation of SOL in the mark is SUN. |
| Disclaimer | "STATIONERY" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Johnetta Paye |

Print: December 3, 2024 10:58 AM

6992579

| | |
|---|---|
| Word Mark | MATTISA ART LITERATURE STATIONERY ISABEL SANCHEZ H MIS ANGELES MIS DEMONIOS BONITO |
| Goods/Services | IC 016 US 002 005 037 038 029 050 022 023<br>Envelopes; Stationery; Stickers; Adhesive note pads; Art pictures in the nature of drawings; Art pictures in the nature of paintings; Art pictures on canvas; Art prints; Art prints on canvas; Binders for office use; Blank note cards; Blank writing journals; Book marks; Framed art prints; Gift boxes; Gift wrapping paper; Paper folders; Paper notebooks; Paper stationery; Personalized writing journals; Printed calendars; Printed coloring books; Printed daily planners; Printed desktop planners; Printed greeting cards; Printed holiday cards; Printed invitations; Printed note cards; Printed notebooks; Printed post cards; Printed posters; Sketch books; Stationery folders; Wrapping paper; Paper gift tags; Printed business cards. |
| Register | PRINCIPAL |
| Serial Number | 90693996 |
| Filing Date | 2021-05-06T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-07-05 |
| Registration Number | 6992579 |
| Date Registered | 2023-02-28 |
| Owner | (REGISTRANT) MATTISA, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 300 N. Marienfeld Suite 700, Midland, TEXAS 79701, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |

| | |
|---|---|
| Design Code | 031506, 031524, 050525, 200501, 260106 |
| Description of Mark | The mark consists of a drawing of a swan with three books arranged on the swan's back, the term "MATTISA" positioned below the swan drawing, and a circle surrounding the swan with the words "ART", "LITERATURE" and "STATIONERY" arranged under "MATTISA" along the bottom left side of the circle and a drawing of small flowers forming the right side of the circle. The wording "ISABEL SANCHEZ H" forms the back of the swan's neck, the wording "MIS ANGELES" forms the swan's underside, and the wording "MIS DEMONIOS" forms the front of the swan's neck. In the swan's tail feathers are the letters "B O N I T O". |
| Translation | The English translation of "MIS ANGELES MIS DEMONIOS BONITO" in the mark is "MY ANGELS MY DEMONS PRETTY". |
| Disclaimer | "ART" AND "STATIONERY" |
| Other Data | The name(s), portrait(s), and/or signature(s) shown in the mark identifies ISABEL SANCHEZ H, whose consent(s) to register is made of record. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Sarah Hegi Simpson |

Print: December 3, 2024 10:58 AM

7249869

# THE BOXCAR CHILDREN

| | |
|---|---|
| Word Mark | THE BOXCAR CHILDREN |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable fiction e-books on a variety of topics; audio books in the nature of novels; DVDs featuring children's stories; motion picture films and films for television featuring children's entertainment being motion picture films featuring comedy, drama, action, adventure and animation and motion picture films for broadcast on television featuring comedy, drama, action, adventure and animation; downloadable audio and video recordings featuring children's stories; prerecorded video tapes, video cassettes, and digital versatile discs featuring music, comedy, drama, action, adventure, and animation.<br>IC 016 US 002 005 022 023 029 037 038 050<br>Series of printed children's books; printed children's books; printed matter and paper goods, namely, coloring books, children's activity books; printed notebooks; printed diaries; printed greeting cards; bookmarks; printed calendars.<br>IC 041 US 100 101 107<br>Entertainment in the nature of theater productions; entertainment services, namely, displaying a series of films; online journals, namely, blogs featuring children's stories; entertainment services, namely, providing online video games; providing online non-downloadable visual and audio recordings featuring children's stories. |
| Register | PRINCIPAL |
| Serial Number | 90630260 |
| Filing Date | 2021-04-07T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-07-05 |
| Registration Number | 7249869 |

| | |
|---|---|
| Date Registered | 2023-12-19 |
| Owner | (REGISTRANT) Penguin Random House LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1745 Broadway, New York, NEW YORK 10019, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |

Print: December 3, 2024 10:58 AM

6276550

# WILDE HOUSE PAPER

| | |
|---|---|
| Word Mark | WILDE HOUSE PAPER |
| Goods/Services | IC 016 US 002 005 022 023 029 037 038 050<br>Paper Stationery; Calendar desk pads; Calendars; Notepads; Notebooks; blank journals; Note cards; Holiday cards; Birthday cards; Greeting cards; Blank cards; Art prints; Daily planners; Gift wrapping paper; Wrapping paper. |
| Register | PRINCIPAL |
| Serial Number | 90055159 |
| Filing Date | 2020-07-15T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2020-12-08 |
| Registration Number | 6276550 |
| Date Registered | 2021-02-23 |
| Owner | (REGISTRANT) Megan Heddinger (INDIVIDUAL; USA); 1235 Monterey Street, San Luis Obispo, CALIFORNIA 93401, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "PAPER" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Raj Abhyanker |

Print: December 3, 2024 10:58 AM

7409422

# BLACK CLOAK

| | |
|---|---|
| Word Mark | BLACK CLOAK |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable electronic publications in the nature of graphic novels, comic books, short stories, a series of fiction books, magazines and periodicals, all in the field of action and adventure; electronic publications, namely, downloadable e-zines featuring action and adventure; downloadable graphic novels.<br>IC 016 US 002 005 022 023 029 037 038 050<br>Printed comic books; Printed graphic novels.<br>IC 041 US 100 101 107<br>Providing online non-downloadable comic books and graphic novels. |
| Register | PRINCIPAL |
| Serial Number | 97372940 |
| Filing Date | 2022-04-20T00:00:00 |
| Original Filing Basis | • 1a<br>• 1b |
| Current Filing Basis | 1a |
| Publication Date | 2023-06-13 |
| Registration Number | 7409422 |
| Date Registered | 2024-06-04 |
| Owner | (REGISTRANT) 1979 Semi-Finalist, Inc. (CORPORATION; NEW YORK, USA); 6525 SE 85th Ave, Portland, OREGON 97266, UNITED STATES |
| Type of Mark | • TRADEMARK |

- SERVICE MARK

| | |
|---|---|
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Robert Scott Lawrence |

Print: December 3, 2024 10:58 AM

7302606

# VAMPIRONICA

| | |
|---|---|
| Word Mark | VAMPIRONICA |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable electronic publications, namely, comic books, comic magazines and graphic novels.<br>IC 016 US 002 005 022 023 029 037 038 050<br>Printed matter and paper goods, namely, comics, magazines, graphic novels, digests and books for children and adults featuring characters from animated and live action motion picture and television films; printed posters.<br>IC 041 US 100 101 107<br>Providing online non-downloadable electronic publications, namely, comic books, comic magazines and graphic novels. |
| Register | PRINCIPAL |
| Serial Number | 97529390 |
| Filing Date | 2022-08-01T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-11-28 |
| Registration Number | 7302606 |
| Date Registered | 2024-02-13 |
| Owner | (REGISTRANT) Archie Comic Publications, Inc. (CORPORATION; NEW YORK, USA); 629 Fifth Avenue, Pelham, New York 10803, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |

| | |
|---|---|
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Edmund J. Ferdinand, III |

Print: December 3, 2024 10:58 AM

7221235

| | |
|---|---|
| Word Mark | |
| Goods/Services | IC 041 US 100 101 107<br>Education and entertainment services in the nature of non-downloadable entertainment shows featuring comedy, drama, current events news, information about non-extinct animals and pets, commentary about non-extinct animals and pets, documentaries, reality, non-fiction, and animation, recorded, and delivered via a global computer network or to mobile devices; production of internet-based audio, video and television programs for playing on electronic devices; production of podcasts and other audio content for streaming over a global computer network or playing on a computer or mobile device; distribution in the nature of multimedia publishing of podcasts and other audio content for streaming over a global computer network for playing on a computer or mobile device; providing a website for entertainment purposes featuring non-downloadable comedy, drama, news, information, commentary, documentary, reality, non-fiction, animation videos in the field of non-extinct animals and pets; providing a website featuring information in the field of education; providing online information, news and commentary in the field of current events relating to non-extinct animals; providing online information, news and commentary in the field of animal training; entertainment services, namely, providing images and text featuring animal stories regarding non-extinct animals, on-line and in mobile wireless form. |
| Register | PRINCIPAL |
| Serial Number | 97234729 |
| Filing Date | 2022-01-24T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-09-05 |
| Registration Number | 7221235 |

| | |
|---|---|
| Date Registered | 2023-11-21 |
| Owner | (REGISTRANT) VOX MEDIA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1701 Rhode Island Ave NW, WASHINGTON, District of Columbia 20036, UNITED STATES |
| Type of Mark | SERVICE MARK |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Code | 031524, 031525 |
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of a bird. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Jason J. Mazur |

Print: December 3, 2024 10:58 AM

7060250

# Color◆Post

| | |
|---|---|
| Word Mark | COLOR-POST |
| Goods/Services | IC 016 US 005 002 037 029 038 050 022 023<br>Drawings; Stationery; Cachets being letter seals; Gift wrapping paper; Note paper; Paper and cardboard; Paper garbage bags; Paper tissues; Printed greeting cards; Printed photographs; Printed postcards; Stationery writing paper and envelopes; Stickers; Writing implements; Art prints. |
| Register | PRINCIPAL |
| Serial Number | 97354798 |
| Filing Date | 2022-04-08T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-03-07 |
| Registration Number | 7060250 |
| Date Registered | 2023-05-23 |
| Owner | (REGISTRANT) Yu, Jiangfan (INDIVIDUAL; CHINA); 14-701, Shendaxin Village, Futian Dist., Shenzhen, Guangdong, 518000, CHINA |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 260712, 260721, 261701, 261705 |
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of the wording "COLOR-POST" in stylized font with the hyphen enclosed in a shaded diamond. |

| | |
|---|---|
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Wei Gu |

Print: December 3, 2024 10:58 AM

6336366

DIY PARTY

| | |
|---|---|
| Word Mark | DIY PARTY |
| Goods/Services | IC 009 US 026 038 021 036 023<br>Downloadable tutorial e-books in the field of party planning; Downloadable tutorial software featuring instruction in baby showers, wedding, birthday, holiday and special occasion planning; Downloadable templates for designing and customizing greeting cards, thank you cards, note cards, invitations, brochures, business cards, activity pages, planners, party decorations and games.<br>IC 016 US 002 005 037 029 038 050 022 023<br>Calendars; Daily planners; Greeting cards; Notepads; Paper; Paper doilies; Paper gift cards; Paper labels; Paper notebooks; Stickers; Bond paper; Calligraphy paper; Corkboard pins; Corrugated paper panels laminated with bleached white paper primarily for application of printed media for further use in signage applications; Craft paper; Drawing pins; Envelope paper; Illustration paper; Label paper; Letterhead paper; Paper gift tags; Postcard paper; Push pins; Stencil paper; Printed party invitations; Paper party decorations; Decoration and art materials and media, namely, art paper, artist's pens and pencils; Party stationery; Desk calendars; Thank you cards; Printed marketing and advertising materials, namely, gift certificates; paper napkins. |
| Register | PRINCIPAL |
| Serial Number | 88820563 |
| Filing Date | 2020-03-04T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2020-07-07 |
| Registration Number | 6336366 |
| Date Registered | 2021-04-27 |

| | |
|---|---|
| Owner | (REGISTRANT) Hadley Designs, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 2616 Leafspray Ln, Flower Mound, TEXAS 75022, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 051504, 090503, 210113, 270305 |
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of the stylized words "DIY PARTY" and two balloons, The letter "A" in the word "PARTY" is a fanciful representation of either a Christmas tree or party hat. |
| Disclaimer | "DIY PARTY" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Justin Brown |

Print: December 3, 2024 10:58 AM

6221810

| | |
|---|---|
| Word Mark | 1CANOE2 |
| Goods/Services | IC 016 US 005 002 037 029 038 022 050 023<br>printed matter, namely, stationery, greeting cards, blank note cards, postcards, note pads, paper gift tags, calendars, recipe cards, recipe binders, art prints, notebooks, day planners, blank journals, address books; printed quilt patterns. |
| Register | PRINCIPAL |
| Serial Number | 88935665 |
| Filing Date | 2020-05-27T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2020-09-29 |
| Registration Number | 6221810 |
| Date Registered | 2020-12-15 |
| Owner | • (REGISTRANT) 1canoe2, LLC (LIMITED LIABILITY COMPANY; MISSOURI, USA); 413 Court Street, Fulton, MISSOURI 65251, UNITED STATES<br>• (LAST LISTED OWNER) INKED BRANDS, INC. (CORPORATION; DELAWARE, USA); PO BOX 5100, BOWLING GREEN, KENTUCKY 42101, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 050525 |

| | |
|---|---|
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of the phrase "1CANOE2" in a stylized font below a depiction of two flowers with their stems crossed. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |

Print: December 3, 2024 10:58 AM

6535174

# TRAZER

| | |
|---|---|
| Word Mark | TRAZER |
| Goods/Services | IC 009 US 038 026 021 036 023<br>Audio books in the nature of novels; Downloadable series of fiction books; Downloadable computer programs for video and computer games.<br>IC 016 US 005 002 037 029 038 050 022 023<br>Series of fiction books; Series of fiction works, namely, novels and books. |
| Register | PRINCIPAL |
| Serial Number | 90365330 |
| Filing Date | 2020-12-08T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2021-08-10 |
| Registration Number | 6535174 |
| Date Registered | 2021-10-26 |
| Owner | (REGISTRANT) Yorubaboy LLC., (LIMITED LIABILITY COMPANY; MARYLAND, USA); 8011 Cattail Court, Frederick, MARYLAND 21701, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |

Print: December 3, 2024 10:58 AM

6453074

# PAPER THISTLE

| | |
|---|---|
| Word Mark | PAPER THISTLE |
| Goods/Services | IC 016 US 037 029 038 050 005 022 023 002<br>Calendars; Notebooks; Paper; Art prints; Gift bags; Greeting cards; Note cards; Wrapping paper; Blank journals; Paper gift tags; Paper stationery.<br>IC 035 US 102 100 101<br>On-line retail store services featuring mugs, cards, customizable cards, art prints, tea towels, gift tags, and stationery.; Retail store services featuring mugs, cards, customizable cards, art prints, tea towels, gift tags, and stationery. |
| Register | PRINCIPAL |
| Serial Number | 90309898 |
| Filing Date | 2020-11-10T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2021-06-01 |
| Registration Number | 6453074 |
| Date Registered | 2021-08-17 |
| Owner | (REGISTRANT) Paper Thistle (LIMITED LIABILITY COMPANY; NORTH CAROLINA, USA); 226 Magnolia Ave., Charlotte, NORTH CAROLINA 28203, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "PAPER" |

| | |
|---|---|
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Ashley D. Johnson |

Print: December 3, 2024 10:58 AM

7474573

# THE JI

| | |
|---|---|
| Word Mark | THE JI |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable electronic publications in the nature of journals in the field of immunology.<br>IC 041 US 100 101 107<br>Providing online publications in the nature of journals in the field of immunology. |
| Register | PRINCIPAL |
| Serial Number | 98151315 |
| Filing Date | 2023-08-25T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2024-05-28 |
| Registration Number | 7474573 |
| Date Registered | 2024-08-13 |
| Owner | (REGISTRANT) The American Association of Immunologists, Inc. (CORPORATION; MARYLAND, USA); 1451 Rockville Pike, Suite 650, Rockville, Maryland 20852, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |

| | |
|---|---|
| Status | REGISTERED |
| Attorney of Record | Rebecca Liebowitz |

Print: December 3, 2024 10:58 AM

6660777

# HAPPY HOPE COMPANY

| | |
|---|---|
| Word Mark | HAPPY HOPE COMPANY |
| Goods/Services | IC 009 US 026 038 021 036 023<br>Downloadable podcasts in the fields of strategic leadership, innovation, corporate team building, customer relationship management, entrepreneurship, creativity in business, change management and sustainability.<br><br>IC 016 US 005 002 037 029 038 050 022 023<br>Blank cards; blank note cards; blank paper notebooks; calendars; cards bearing universal greetings; Christmas cards; correspondence cards; gift bags; gift boxes; gift boxes containing note cards; gift boxes made of cardboard; gift wrapping paper; greeting cards; postcards; Holiday cards; invitation cards; blank writing journals; printed journals in the field of corporate team building; motivational cards; note books; note cards; note pad holders; note pads; note paper; notebook covers; notebooks; occasion cards; paper photo frames; paper napkins; paper for wrapping and packaging; paper gift bags; paper gift cards; paper gift tags; paper gift wrap; paper notebooks; paper sheets for note taking; picture cards; place cards; post cards; postcards and greeting cards; picture postcards; printed invitations; social note cards; stationery; stickers; decals; paper notebooks; paper sheets for note taking; coloring books; books, namely, books in the field of inspiration, personal growth, health, happiness, charitable giving, peaceful conflict resolution, and life lessons.<br><br>IC 041 US 100 101 107<br>Educational and entertainment services, namely, providing motivational speaking services for business executives, business leaders, educational program participants, and corporate sponsors in the fields of strategic leadership, innovation, corporate team building, customer relationship management, entrepreneurship, creativity in business, change management and sustainability; Educational services, namely, conducting workshops, lectures, seminars, learning forums, educational programs, and conferences in the field of developing professional leadership skills for executives; Arranging and conducting of conferences, seminars and symposiums in the fields of strategic leadership, innovation, corporate team building, customer relationship management, entrepreneurship, creativity in business, change management and sustainability; Educational services, namely, classes and instruction in the fields of strategic leadership, innovation, corporate team building, customer |

| | |
|---|---|
| | relationship management, entrepreneurship, creativity in business, change management and sustainability. |
| Register | PRINCIPAL |
| Serial Number | 90217906 |
| Filing Date | 2020-09-28T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2021-05-11 |
| Registration Number | 6660777 |
| Date Registered | 2022-03-01 |
| Owner | (REGISTRANT) Happy Hope Foundation, Inc. (non-profit corporation; MASSACHUSETTS, USA); 6 Benjamin Nye Circle, Pocasset, MASSACHUSETTS 02559, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "COMPANY" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Miguel Danielson |

Print: December 3, 2024 10:58 AM

7056466

SNOW SUMMIT

| | |
|---|---|
| Word Mark | SS SNOW SUMMIT |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable electronic greeting cards; downloadable postcards; downloadable posters.<br>IC 016 US 002 005 022 023 029 037 038 050<br>Print note cards and envelopes; printed illustrations; photographic prints; framed art prints; office supplies, namely, stationery, envelopes, wrapping paper, packaging materials made of paper; blank journals for writing; printed notebooks; printed greeting cards; printed postcards; decals and stickers; printed posters.<br>IC 025 US 022 039<br>Clothing, namely, base layers, vests, shirts, T-shirts, sweatshirts, robes, bathrobes, jackets, ski pants, cycling jerseys, socks, belts, gloves; headwear, namely, visors, caps, hats and beanies. |
| Register | PRINCIPAL |
| Serial Number | 90836635 |
| Filing Date | 2021-07-19T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-06-21 |
| Registration Number | 7056466 |
| Date Registered | 2023-05-16 |
| Owner | (REGISTRANT) Snow Summit, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 880 SUMMIT BOULEVARD, BIG BEAR LAKE, California 92315, UNITED STATES |

| | |
|---|---|
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 060104 |
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of the stylized wording "SNOW SUMMIT" with the word "SNOW" appearing stacked above the word "SUMMIT" and both words positioned centered and below the two mountain peaks in the shape of the stylized letters "SS". |
| Disclaimer | "SNOW" FOR INTERNATIONAL CLASS 25 |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Ian L. Saffer |

Print: December 3, 2024 10:58 AM

LexisNexis

Search: Public Records : Surname
Terms: last-name(henley) maxresults(500)

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 1. | HENLEY, A | 11011 E 14TH<br>TULSA, OK 74128-4851 | 918-764-9709 |
| 2. | HENLEY, A M | 620 ALMOND ST<br>NAMPA, ID 83686-5536 | 208-467-2724 |
| 3. | HENLEY, A | 7802 BAFFIN<br>SEVERN, MD 21144-1668 | 410-551-5886 |
| 4. | HENLEY, A | 243 HIGHLAND<br>KEARNY, NJ 07032-2057 | 201-998-0711 |
| 5. | HENLEY, A | 2257 MILAN<br>EASTON, PA 18045-5789 | 908-619-4632 |
| 6. | HENLEY, A | 1642 OLMSTEAD<br>POWHATAN, VA 23139-7058 | 804-598-6848 |
| 7. | HENLEY, A | 2020 PENNSYLVANIA NW<br>WASHINGTON, DC 20006-1811 | 202-861-2242 |
| 8. | HENLEY, A | | 202-290-5041 |
| 9. | HENLEY, A | | 281-813-3455 |
| 10. | HENLEY, A | ALLEN PARK, MI 48101 | 313-338-7363 |
| 11. | HENLEY, A | ATLANTA, GA 30308 | 678-791-9721 |
| 12. | HENLEY, A | AVONDALE ESTATES, GA 30002 | 404-798-1281 |
| 13. | HENLEY, A | LAS VEGAS, NV 89104 | 702-266-1209 |
| 14. | HENLEY, A | PITTSBURGH, PA 15205 | 412-225-2844 |
| 15. | HENLEY, A | POCAHONTAS, MS 39072 | 601-826-9821 |
| 16. | HENLEY, A | SAN JOSE, CA 95124 | 408-371-2362 |
| 17. | HENLEY, A | TAMPA, FL 33619 | 813-900-6603 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 18. | HENLEY, AARON | 1130 E 7TH<br>ALTON, IL 62002-6509 | 618-447-4805 |
| 19. | HENLEY, AARON | 20404 N 98TH<br>PEORIA, AZ 85382-5107 | 575-491-0793 |
| 20. | HENLEY, AARON P | 193 MUELLERS<br>STATESVILLE, NC 28625-2782 | 704-902-7441 |
| 21. | HENLEY, AARON | PO BOX 1105<br>ALAMO, CA 94507-7105 | 925-260-4971 |
| 22. | HENLEY, AARON M | 544 RIDGE AVE NE<br>NEW PHILADELPHIA, OH 44663-2941 | 330-339-1074 |
| 23. | HENLEY, AARON | 1403 WIBRACHT<br>SAINT LOUIS, MO 63132-1423 | 314-482-2418 |
| 24. | HENLEY, ABRAM | 4360 DON ST<br>MEMPHIS, TN 38109-5215 | 901-785-0941 |
| 25. | HENLEY, ACIE | SPOKANE, WA 99202 | 509-768-7638 |
| 26. | HENLEY, ADAM | | 865-418-6366 |
| 27. | HENLEY, ADAM | CHATTANOOGA, TN 37421 | 423-582-0961 |
| 28. | HENLEY, ADAM | CHESAPEAKE, VA 23324 | 757-675-9995 |

| | | | |
|---|---|---|---|
| 29. | HENLEY, ADRAIN | ALPHARETTA, GA 30004 | 770-820-9051 |
| 30. | HENLEY, ADRIAN | 31 MARY<br>ALEXANDRIA, LA 71301-6655 | 918-833-2696 |
| 31. | HENLEY, ADRIAN | ALPHARETTA, GA 30004 | 770-545-2395 |
| 32. | HENLEY, ADRIENNE | 8204 FOREST<br>MENTOR, OH 44060-7644 | 440-639-0772 |
| 33. | HENLEY, ADRIENNIKKI Q | 1010 JOHNSONS<br>HAZLEHURST, MS 39083-8601 | 601-467-3256 |
| 34. | HENLEY, ADRON E | 14 SOUTHLAND<br>METROPOLIS, IL 62960-2915 | 618-524-8687 |
| 35. | HENLEY, AGGIE | 926 VANZANDT<br>HARDIN, MT 59034-2119 | 406-679-0408 |
| 36. | HENLEY, AIMEE GILLISON | 1290 N WILLIAMS STE 301<br>DENVER, CO 80218-2600 | 720-339-4211 |
| 37. | HENLEY, AISHA | 12009 167TH<br>JAMAICA, NY 11434-2506 | 646-358-2752 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 38. | HENLEY, AKILAH | 255 SYDNEY<br>GOODLETTSVILLE, TN 37072-8430 | 615-403-3775 |
| 39. | HENLEY, AKILAH | NEW YORK, NY 10007 | 917-318-4556 |
| 40. | HENLEY, ALAN J | 21 N 2ND UNIT 410<br>CAMPBELL, CA 95008-2985 | 408-371-2362 |
| 41. | HENLEY, ALAN | 24812 JERONIMO<br>EL TORO, CA 92630-4020 | 626-710-2945 |
| 42. | HENLEY, ALAN | 2412 MORRIS<br>CORSICANA, TX 75110-1968 | 903-467-4398 |
| 43. | HENLEY, ALAN | 1 SAINT JOSEPH<br>LEXINGTON, KY 40504-3742 | 719-651-9085 |
| 44. | HENLEY, ALAN | BIRMINGHAM, AL 35244 | 205-482-7177 |
| 45. | HENLEY, ALANA B | 488 DOE TRAIL<br>CORDOVA, TN 38018-7666 | 720-451-3246 |
| 46. | HENLEY, ALANA | 2902 HARWOOD APT 207B<br>BEDFORD, TX 76021-3795 | 303-917-9129 |
| 47. | HENLEY, ALANESHA | 235 SCHOOL<br>CLARKSDALE, MS 38614-4038 | 662-302-8907 |
| [illegible] | [illegible] | [illegible] | [illegible] |

| | | | |
|---|---|---|---|
| 48. | HENLEY, ALBERT | 3576 DEXTER<br>DENVER, CO 80207-1050 | 303-322-3877 |
| 49. | HENLEY, ALBERT L | 1416 HUNTLEIGH DR<br>ROLLA, MO 65401-6818 | 573-426-3220 |
| 50. | HENLEY, ALBERT JR. | 601 N PULASKI<br>BALTIMORE, MD 21217-1019 | 410-551-5886 |
| 51. | HENLEY, ALBERT | CANMER, KY 42722 | 270-528-6156 |
| 52. | HENLEY, ALBERTA L | 1089 CEDAR<br>UNION, NJ 07083-3637 | 310-864-5433 |
| 53. | HENLEY, ALBERTA | 765 FOREST LAKE S<br>MACON, GA 31210-3237 | 478-775-5890 |
| 54. | HENLEY, ALDEAN | 108 LANCASTER<br>SIMPSONVILLE, SC 29680-6426 | 864-277-2559 |
| 55. | HENLEY, ALEASA M | 280 GAMMONS<br>HARTSVILLE, TN 37074-3333 | 615-568-0265 |
| 56. | HENLEY, ALECIA A | 161 HERITAGE<br>LA VERGNE, TN 37086-2651 | 615-762-8726 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 57. | HENLEY, ALEISHA L | 4410 LINCREST S<br>JACKSONVILLE, FL 32208-1949 | 904-764-2345 |
| 58. | HENLEY, ALEJANDRO R | 1701 E MCINTOSH<br>GRIFFIN, GA 30223-6523 | 770-467-9214 |
| 59. | HENLEY, ALESHA | 118 MCKEE<br>HARVEST, AL 35749-9563 | 251-865-1090 |
| 60. | HENLEY, ALESHA | GRAND BAY, AL 36541 | 251-865-1090 |
| 61. | HENLEY, ALESHIA | 518 OAK<br>MANCHESTER, TN 37355-1865 | 931-409-1143 |
| 62. | HENLEY, ALESSAND | HOUSTON, TX 77030 | 713-799-3889 |
| 63. | HENLEY, ALETHA | 5127 SHILOH ADAMSVILLE<br>STANTONVILLE, TN 38379-5332 | 731-610-5686 |
| 64. | HENLEY, ALEX H | 6465 FOOTHILLS<br>GAYLORD, MI 49735-9055 | 616-799-0454 |
| 65. | HENLEY, ALEX | 1500 INDIAN SCHOOL NW<br>ALBUQUERQUE, NM 87104-2306 | 505-307-4863 |
| 66. | HENLEY, ALEX D | PO BOX 872<br>BROOKINGS, OR 97415-0017 | 916-612-6161 |
| [illegible] | [illegible] | [illegible] | [illegible] |

| | | | |
|---|---|---|---|
| 67. | HENLEY, ALEX | WOODSTOCK, GA 30188 | 404-287-8291 |
| 68. | HENLEY, ALEXANDER | 4101 GUADALUPE<br>AUSTIN, TX 78751-4240 | 713-410-3217 |
| 69. | HENLEY, ALEXIS | 4231 DUBHE<br>CONCORD, CA 94521-1839 | 925-459-0578 |
| 70. | HENLEY, ALEXIS | 632 N EAST<br>SARASOTA, FL 34237-4338 | 904-612-0608 |
| 71. | HENLEY, ALEXIS E | 3940 SHERMAN NE APT 34<br>CEDAR RAPIDS, IA 52402-6465 | 319-640-3342 |
| 72. | HENLEY, ALFRED | | 520-280-2566 |
| 73. | HENLEY, ALFREDA | 17760 TOEPFER<br>EAST DETROIT, MI 48021-3071 | 734-459-7691 |
| 74. | HENLEY, ALICE P | 415 NW 46TH<br>FORT LAUDERDALE, FL 33309-4024 | 954-540-9804 |
| 75. | HENLEY, ALICE | 592 DICKINSON<br>EXTON, PA 19341-1118 | 610-873-7337 |
| 76. | HENLEY, ALICE G | 139 ROUTE 12 | 860-892-1373 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| | | PRESTON, CT 06365-8331 | |
| 77. | HENLEY, ALICIA | 6000 ELDORADO APT 533<br>FRISCO, TX 75033-3548 | 318-321-1211 |
| 78. | HENLEY, ALICIA | 1445 FAIRLIN<br>SAN JACINTO, CA 92582-4241 | 951-368-7847 |
| 79. | HENLEY, ALICIA | SCHAUMBURG, IL 60173 | 773-397-6699 |
| 80. | HENLEY, ALISA | 212 E NEAL<br>CARTHAGE, TX 75633-1644 | 903-690-0169 |
| 81. | HENLEY, ALISA | 212 E NEAL<br>CARTHAGE, TX 75633-1644 | 903-690-0169 |
| 82. | HENLEY, ALISHA | 1013 THRAMS<br>BORGER, TX 79007-2229 | 806-274-9483 |
| 83. | HENLEY, ALISON K | 4111 COLE APT 315<br>DALLAS, TX 75204-2093 | 214-319-9201 |
| 84. | HENLEY, ALISON P | 164 DRIVE 2436<br>SALTILLO, MS 38866-6945 | 662-275-8858 |
| 85. | HENLEY, ALISON | PO BOX 84<br>CEDAR CREST, NM 87008-0084 | 505-286-8761 |
| [illegible] | [illegible] | [illegible] | [illegible] |

| | | | |
|---|---|---|---|
| 86. | HENLEY, ALL K | 1135 S DELANO E APT 505<br>CHICAGO, IL 60605-3451 | 314-239-3662 |
| 87. | HENLEY, ALLAN T | 1132 SE HIGHWAY 484<br>OCALA, FL 34480-8708 | 863-618-9852 |
| 88. | HENLEY, ALLAN | 2641 SETTING SUN<br>POWHATAN, VA 23139-7552 | 804-467-7119 |
| 89. | HENLEY, ALLAN | OCALA, FL 34471 | 352-426-2575 |
| 90. | HENLEY, ALLEN A | 8450 SW 136TH<br>OCALA, FL 34473-6810 | 352-233-6052 |
| 91. | HENLEY, ALLEN J | 5469 N 8TH<br>JOINT BASE LEWIS MCCHORD, WA 98433-1131 | 623-258-6404 |
| 92. | HENLEY, ALLEN | 2704 BLAISDELL<br>MINNEAPOLIS, MN 55408-1579 | 337-654-9260 |
| 93. | HENLEY, ALLEN D | 4640 SE CABER<br>LAWTON, OK 73501-6624 | 580-695-1508 |
| 94. | HENLEY, ALLEN | 9255 LAKEVIEW<br>FOLEY, AL 36535-9372 | 334-673-2219 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 95. | HENLEY, ALLEN | 2253 SHELTERWOOD<br>HOOVER, AL 35226-1096 | 205-499-0633 |
| 96. | HENLEY, ALLEN E | 30 WILDWOOD<br>MIDDLETON, TN 38052-4596 | 731-609-4270 |
| 97. | HENLEY, ALLEN | LYDIA, SC 29079 | 843-858-2869 |
| 98. | HENLEY, ALLIESA | | 731-277-8472 |
| 99. | HENLEY, ALLISON | 612 ZANE APT 3<br>LOUISVILLE, KY 40203-3330 | 502-689-9479 |
| 100. | HENLEY, ALLYN | 2638 OVERHILL<br>MC LEANSVILLE, NC 27301-9633 | 336-456-6667 |
| 101. | HENLEY, ALLYSON A | 2101 SPRING SOUND<br>BUFORD, GA 30519-6278 | 678-851-3916 |
| 102. | HENLEY, ALLYSON K | 1330 N WACO AVE<br>TULSA, OK 74127-3012 | 918-583-1849 |
| 103. | HENLEY, ALLYSON | | 662-617-5053 |
| 104. | HENLEY, ALMA | 3700 CHRISTOPHER DAY<br>DOYLESTOWN, PA 18902-9196 | 702-332-8202 |

| | | | |
|---|---|---|---|
| 105. | HENLEY, ALTON | 3900 16TH NW APT 302<br>WASHINGTON, DC 20011-8306 | 202-652-1003 |
| 106. | HENLEY, ALTON | CLEMMONS, NC 27012 | 336-692-6339 |
| 107. | HENLEY, ALVIN H | 412 SELKIRK<br>GRAPELAND, TX 75844-3161 | 832-515-0508 |
| 108. | HENLEY, ALYCE K | 609 CABRAL APT 4202<br>FORT WORTH, TX 76102-8639 | 409-781-9743 |
| 109. | HENLEY, ALYSSA K | 6141 S 135TH<br>OMAHA, NE 68137-4213 | 402-502-2641 |
| 110. | HENLEY, ALYSSA L | 1308 CLIFTON NW APT 509<br>WASHINGTON, DC 20009-7032 | 703-244-9075 |
| 111. | HENLEY, ALYSSA | 212 VILLA ROSA<br>TEMPLE, GA 30179-4278 | 770-562-3716 |
| 112. | HENLEY, ALYSSIA | 3754 BROKEN HILL APT 10<br>SAINT LOUIS, MO 63125-4706 | 573-434-3707 |
| 113. | HENLEY, AMANDA | 302 6TH<br>DAYTON, KY 41074-1116 | 859-992-6609 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 114. | HENLEY, AMANDA | 18540 COLLINS APT 115<br>TARZANA, CA 91356-2220 | 818-799-9587 |
| 115. | HENLEY, AMANDA K | 225 MURILLO<br>SAINT AUGUSTINE, FL 32084-2011 | 904-825-4197 |
| 116. | HENLEY, AMANDA D | 3213 OLD CEDAR FALLS<br>ASHEBORO, NC 27203-8365 | 336-629-0677 |
| 117. | HENLEY, AMANDA | 5311 SALEM CHURCH<br>MUSELLA, GA 31066-3623 | 478-836-4803 |
| 118. | HENLEY, AMANDA E | 116 SUNDALE TRAILER<br>WASHINGTON, IN 47501-9355 | 317-834-2619 |
| 119. | HENLEY, AMANDA H | 46 TIMBERLANE<br>CONWAY, AR 72034-3622 | 501-327-0760 |
| 120. | HENLEY, AMANDA | | 936-546-1116 |
| 121. | HENLEY, AMANDA | CHICAGO, IL 60630 | 773-759-3008 |
| 122. | HENLEY, AMANDA | FALLING WATERS, WV 25419 | 304-270-7241 |
| 123. | HENLEY, AMANDA | HOUSTON, TX 77099 | 832-305-2323 |
| 124. | HENLEY, AMANDA | RURAL RETREAT, VA 24368 | 276-686-5904 |

| | | | |
|---|---|---|---|
| 125. | HENLEY, AMANDA | SPRINGFIELD, MO 65804 | 417-839-8158 |
| 126. | HENLEY, AMANI | 1014 RUE LA VILLE<br>SAINT LOUIS, MO 63141-6220 | 314-868-1192 |
| 127. | HENLEY, AMBER L | 13312 SE 306TH<br>AUBURN, WA 98092-3279 | 206-406-2791 |
| 128. | HENLEY, AMBER N | 36946 N DEERVIEW<br>LAKE VILLA, IL 60046-6722 | 224-829-1120 |
| 129. | HENLEY, AMBER MICHELLE | 12129 HIGHWAY 193<br>CHICKAMAUGA, GA 30707-2204 | 423-637-0445 |
| 130. | HENLEY, AMBER M | 8305 LAUREL ACRES<br>COLFAX, NC 27235-8701 | 336-676-3700 |
| 131. | HENLEY, AMBER C | 103 OREGON<br>VILLAS, NJ 08251-1712 | 912-809-7166 |
| 132. | HENLEY, AMBER D | 1678 PEGGY<br>PETALUMA, CA 94954-4542 | 707-774-3325 |
| 133. | HENLEY, AMBER J | 734 E RIO BLANCO<br>RANGELY, CO 81648-3210 | 970-675-5732 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 134. | HENLEY, AMBER V | 303 TITAN APT A<br>LAFAYETTE, LA 70508-5155 | 337-837-7015 |
| 135. | HENLEY, AMBER | | 623-764-8244 |
| 136. | HENLEY, AMBER | HOUSTON, TX 77010 | 832-213-6366 |
| 137. | HENLEY, AMELIA | 55 DAVID APT 17<br>NORWOOD, MA 02062-3968 | 508-685-6583 |
| 138. | HENLEY, AMEY | | 607-344-1500 |
| 139. | HENLEY, AMY | 415 BAUGH NE APT<br>ABINGDON, VA 24210-4192 | 276-628-1558 |
| 140. | HENLEY, AMY | 3800 CRENSHAW LOT 6<br>WETUMPKA, AL 36092-7146 | 334-567-4269 |
| 141. | HENLEY, AMY L | 1 GOLD APT 21G<br>HARTFORD, CT 06103-2908 | 203-278-8963 |
| 142. | HENLEY, AMY H | 9464 HOLLAND<br>TAYLOR, MI 48180-3054 | 517-731-4185 |
| 143. | HENLEY, AMY | 7340 PERTH<br>NEW ORLEANS, LA 70126-1754 | 503-705-5690 |
| 144. | HENLEY, AMY | PO BOX 352 | 918-855-4853 |

| | | | |
|---|---|---|---|
| | | PAWHUSKA, OK 74056-0352 | |
| 145. | HENLEY, AMY | | 918-332-7796 |
| 146. | HENLEY, AMY | NEW ORLEANS, LA 70112 | 504-241-8047 |
| 147. | HENLEY, ANA O | 611 LINCOLN APT B<br>PRESCOTT, AZ 86301-2465 | 928-273-9736 |
| 148. | HENLEY, ANASTACIA C | 503 W 2ND S<br>FULTON, NY 13069-2803 | 315-532-5088 |
| 149. | HENLEY, ANDRE A | 202 SAINT JAMES AVE APT 6A<br>GOOSE CREEK, SC 29445-2901 | 470-665-7458 |
| 150. | HENLEY, ANDREA R | 1154 W 25TH APT 2<br>ERIE, PA 16502-2319 | 814-737-7030 |
| 151. | HENLEY, ANDREA | 3739 S PRINCETON<br>CHICAGO, IL 60609-1804 | 773-879-6030 |
| 152. | HENLEY, ANDREA | 3739 S PRINCETON APT 414<br>CHICAGO, IL 60609-2155 | 773-879-6030 |
| 153. | HENLEY, ANDREA | 906 ROBERTS SW<br>HARTSELLE, AL 35640-3437 | 256-466-3593 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 154. | HENLEY, ANDREA | WASHINGTON, PA 15301 | 724-288-4750 |
| 155. | HENLEY, ANDRES | 11025 STONE BRANCH<br>RIVERVIEW, FL 33569-2030 | 813-380-2950 |
| 156. | HENLEY, ANDREW W | 13261 CLAIRMONT<br>OREGON CITY, OR 97045-4254 | 503-330-2368 |
| 157. | HENLEY, ANDREW | 1361 EDMONTON<br>LEWISVILLE, TX 75077-2952 | 331-625-2577 |
| 158. | HENLEY, ANDREW JEFFERSON | 302 HUSS<br>LINCOLNTON, NC 28092-4020 | 704-445-3008 |
| 159. | HENLEY, ANDREW J | 103 LAURA<br>CHERRYVILLE, NC 28021-3002 | 704-445-3008 |
| 160. | HENLEY, ANDREW F | 1092 S NC HIGHWAY 705<br>SEAGROVE, NC 27341-7202 | 336-257-0431 |
| 161. | HENLEY, ANDREW P | 1615 PEACHTREE BATTLE NW<br>ATLANTA, GA 30327-1817 | 678-468-0190 |
| 162. | HENLEY, ANDREW D | 400 WILLOW BROOK DR<br>MANCHESTER, TN 37355-3890 | 931-728-7817 |
| 163. | HENLEY, ANDREW R | 303 ZACHARY<br>[illegible] | 501-351-5113 |

| | | | |
|---|---|---|---|
| | | BRYANT, AR 72022-4102 | |
| 164. | HENLEY, ANDREW | | 330-354-1082 |
| 165. | HENLEY, ANDREW | | 928-201-8534 |
| 166. | HENLEY, ANDY | 2110 DOLLAR<br>GREENSBORO, NC 27405-9647 | 336-545-6344 |
| 167. | HENLEY, ANGELA J | 135 S 3RD APT 5<br>HILBERT, WI 54129-9509 | 920-740-0681 |
| 168. | HENLEY, ANGELA | 2316 CASHION<br>OKLAHOMA CITY, OK 73112-7810 | 405-482-9990 |
| 169. | HENLEY, ANGELA M | 20 CENTRAL<br>BARNARDSVILLE, NC 28709-7100 | 828-626-3415 |
| 170. | HENLEY, ANGELA ANNE | 917 CHATTANOOGA<br>BEDFORD, TX 76022-7611 | 817-428-0901 |
| 171. | HENLEY, ANGELA C | 329 ELM NW APT<br>WASHINGTON, DC 20001-1715 | 804-226-4292 |
| 172. | HENLEY, ANGELA C | 802 S ESHMAN<br>WEST POINT, MS 39773-3819 | 601-494-7261 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 173. | HENLEY, ANGELA C | 1639 MELODY<br>ARNOLD, MO 63010-1105 | 636-222-2252 |
| 174. | HENLEY, ANGELA A | PO BOX 172<br>PELHAM, TN 37366-0172 | 931-205-6450 |
| 175. | HENLEY, ANGELA | PO BOX 862<br>JASPER, TX 75951-0010 | 409-594-2514 |
| 176. | HENLEY, ANGELA | 11216 SAINT ANDREWS<br>RIVERVIEW, FL 33579-7044 | 813-455-1593 |
| 177. | HENLEY, ANGELA L | 11332 SAM LEE<br>KNOXVILLE, TN 37932-1307 | 865-310-4922 |
| 178. | HENLEY, ANGELA | 236 SUNRISE<br>GULF SHORES, AL 36542-6424 | 251-269-6121 |
| 179. | HENLEY, ANGELA | 1031 N TACOMA<br>INDIANAPOLIS, IN 46201-1332 | 317-636-3907 |
| 180. | HENLEY, ANGELICA S | 818 NORTHEAST<br>TALLMADGE, OH 44278-1508 | 505-486-8720 |
| 181. | HENLEY, ANGELINA M | 825 PEASE RIVER WAY<br>HUTTO, TX 78634-2355 | 512-505-8601 |

| | | | |
|---|---|---|---|
| 182. | HENLEY, ANGIE | 445 COUNTY ROAD 379<br>TRINITY, AL 35673-3123 | 706-540-4031 |
| 183. | HENLEY, ANGIE | BIRMINGHAM, AL 35209 | 205-276-6269 |
| 184. | HENLEY, ANGIE | ILA, GA 30647 | 706-789-2112 |
| 185. | HENLEY, ANISE | BRYAN, TX 77803 | 979-450-9848 |
| 186. | HENLEY, ANITA | PO BOX 5794<br>KINGSPORT, TN 37663-0794 | 423-245-6905 |
| 187. | HENLEY, ANITA | CAMERON, MO 64429 | 816-724-9140 |
| 188. | HENLEY, ANJAVIA | | 813-476-8161 |
| 189. | HENLEY, ANN | 4610 27TH<br>KENOSHA, WI 53140-3030 | 262-652-6689 |
| 190. | HENLEY, ANN B | 1668 S NATIVE STONE PL<br>TUCSON, AZ 85748-7731 | 520-297-9843 |
| 191. | HENLEY, ANN | 200 N PINEVIEW<br>CROCKETT, TX 75835-4032 | 936-559-3227 |
| 192. | HENLEY, ANN | | 936-465-8185 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 193. | HENLEY, ANN | NACOGDOCHES, TX 75964 | 936-553-1010 |
| 194. | HENLEY, ANNA | 2713 NW 121ST ST<br>OKLAHOMA CITY, OK 73120-6710 | 405-751-1877 |
| 195. | HENLEY, ANNA L | 5205 CONCHO VALLEY<br>FORT WORTH, TX 76126-3050 | 281-744-8621 |
| 196. | HENLEY, ANNA LYNNE | 3741 HOLMES CREEK UNIT 101<br>WINSTON SALEM, NC 27127-3237 | 910-296-7065 |
| 197. | HENLEY, ANNA | 85 SUMMIT SW<br>ROANOKE, VA 24014-5101 | 540-522-1187 |
| 198. | HENLEY, ANNA | | 804-921-3641 |
| 199. | HENLEY, ANNA | TUCSON, AZ 85705 | 520-808-1379 |
| 200. | HENLEY, ANNABEL W | 3580 NAYLOR<br>MEMPHIS, TN 38128-3317 | 901-373-6553 |
| 201. | HENLEY, ANNABELLE | 6175 RED FOX RUN<br>TRAVERSE CITY, MI 49686-6103 | 231-946-6166 |
| 202. | HENLEY, ANNE M | 160 CREEKWOOD<br>NEWNAN, GA 30265-1926 | 678-423-3454 |

| | | | |
|---|---|---|---|
| 203. | HENLEY, ANNE | 367 HAWTHORNE<br>FOND DU LAC, WI 54935-6144 | 920-266-8169 |
| 204. | HENLEY, ANNE ELIZABETH | 341 LOGAN STE 100<br>NOBLESVILLE, IN 46060-1572 | 317-773-5555 |
| 205. | HENLEY, ANNE | PO BOX 2503<br>SPOTSYLVANIA, VA 22553-6813 | 540-847-1593 |
| 206. | HENLEY, ANNEMARIE | 1204 BROADWOOD<br>ROCKVILLE, MD 20851-2111 | 240-505-7098 |
| 207. | HENLEY, ANNETTE | 1618 N 61ST<br>PHILADELPHIA, PA 19151-3929 | 215-930-6838 |
| 208. | HENLEY, ANNETTE | CLARKRIDGE, AR 72623 | 870-706-9381 |
| 209. | HENLEY, ANNIE R | 111 ARMSTRONG<br>LOUISVILLE, MS 39339-9212 | 662-773-8473 |
| 210. | HENLEY, ANNIE R | 500 WARNER<br>LOUISVILLE, MS 39339-3128 | 662-773-8473 |
| 211. | HENLEY, ANNIE | WAXAHACHIE, TX 75165 | 972-825-9463 |
| 212. | HENLEY, ANQUENETTA D | 832 W 54TH | 773-822-7083 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| | | CHICAGO, IL 60609-6146 | |
| 213. | HENLEY, ANREW | 4029 GREENE HAVEN APT<br>WINSTON SALEM, NC 27107-6924 | 336-650-9586 |
| 214. | HENLEY, ANTHONY | 85 BAY<br>MONTCLAIR, NJ 07042-4847 | 973-489-8581 |
| 215. | HENLEY, ANTHONY E | 5825 ELDON<br>DOWNERS GROVE, IL 60516-1448 | 630-885-8167 |
| 216. | HENLEY, ANTHONY L | 1403 HIGHWAY 43 S APT 28<br>DEMOPOLIS, AL 36732-3818 | 334-216-1041 |
| 217. | HENLEY, ANTHONY | 7000 ROOSEVELT NE<br>SEATTLE, WA 98115-5645 | 517-706-1491 |
| 218. | HENLEY, ANTHONY S | 2818 WELLINGTON<br>RICHMOND, VA 23222-3832 | 804-997-6379 |
| 219. | HENLEY, ANTHONY | | 423-723-5035 |
| 220. | HENLEY, ANTHONY | AMHERST, VA 24521 | 434-826-9341 |
| 221. | HENLEY, ANTONIA | 79 BUTLER<br>NEW CANAAN, CT 06840-6818 | 203-219-7352 |
| 222. | HENLEY, ANTONIA | | 785-741-6841 |

| | | | |
|---|---|---|---|
| 223. | HENLEY, ANTONINETTE NICOLE | 1646 W 45TH APT K158<br>JACKSONVILLE, FL 32208-3664 | 904-566-6298 |
| 224. | HENLEY, ANTONIO | 840 DREYFUS<br>JACKSON, MS 39202-2940 | 601-948-2503 |
| 225. | HENLEY, ANTONIO M | 818 ELK<br>DUBLIN, GA 31021-7903 | 478-998-0462 |
| 226. | HENLEY, ANTONIO D | 4535 WIMBLEDON<br>MONTGOMERY, AL 36116-4923 | 334-799-7955 |
| 227. | HENLEY, ANTWAN T | 5578 RIVERSIDE APT 1108<br>MACON, GA 31210-8868 | 478-318-6140 |
| 228. | HENLEY, ANWAR | | 780-225-5562 |
| 229. | HENLEY, APRIL | 714 AVENUE G APT A<br>BOGALUSA, LA 70427-3644 | 225-603-1877 |
| 230. | HENLEY, APRIL | 4510 CLERMONT<br>GROVES, TX 77619-3014 | 409-960-6329 |
| 231. | HENLEY, APRIL M | 189 RUSSELL SE<br>HUNTSVILLE, AL 35803-6428 | 256-527-0047 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 232. | HENLEY, APRIL | RICHMOND, VA 23223 | 804-677-7852 |
| 233. | HENLEY, ARCHIE J | 403 1ST AVE<br>CLANTON, AL 35045-3438 | 205-755-4629 |
| 234. | HENLEY, ARIEL | 10513 MERSINGTON<br>KANSAS CITY, MO 64137-1625 | 816-308-7750 |
| 235. | HENLEY, ARIELLE | SPRINGFIELD GARDENS, NY 11413 | 718-528-2655 |
| 236. | HENLEY, ARMIDA | PO BOX 231<br>WYNONA, OK 74084-0231 | 918-846-2785 |
| 237. | HENLEY, ARNETTE | 1715 BELLEVUE APT B915<br>RICHMOND, VA 23227-5106 | 804-921-7046 |
| 238. | HENLEY, ARNOLD | 825 N 43RD<br>PHILADELPHIA, PA 19104-1447 | 267-258-7319 |
| 239. | HENLEY, ARTHUR L | 5030 CEDAR SPRING<br>MISSOURI CITY, TX 77459-4172 | 281-240-9084 |
| 240. | HENLEY, ARTHUR L | 5317 GREENWOOD<br>HORN LAKE, MS 38637-1315 | 901-643-8872 |
| 241. | HENLEY, ARTHUR R | 312 WILLOW<br>HURST, TX 76053-5615 | 469-766-4279 |

| | | | |
|---|---|---|---|
| 242. | HENLEY, ARTRAVIOUS P | 9100 W BELLWOOD<br>LITTLETON, CO 80123-1934 | 253-275-7756 |
| 243. | HENLEY, ASENATH | 10617 JOAN<br>CLEVELAND, OH 44111-2844 | 216-333-4059 |
| 244. | HENLEY, ASHDON | 1223 W 425 S APT 14<br>CEDAR CITY, UT 84720-4244 | 801-628-5604 |
| 245. | HENLEY, ASHLEE L | 42573 GREEN VALLEY APT 212<br>CLINTON TOWNSHIP, MI 48038-6719 | 313-673-4673 |
| 246. | HENLEY, ASHLEIGH | 4396 BALDWIN APT 70<br>LITTLE RIVER, SC 29566-8277 | 804-357-2054 |
| 247. | HENLEY, ASHLEY D | 2700 CANTON STE 203<br>DALLAS, TX 75226-1877 | 469-867-9054 |
| 248. | HENLEY, ASHLEY S | 1101 W KITTY HAWK<br>KITTY HAWK, NC 27949-4313 | 252-261-8423 |
| 249. | HENLEY, ASHLEY | 1003 LOCUST<br>GAINESVILLE, TX 76240-5832 | 940-841-1328 |
| 250. | HENLEY, ASHLEY R | 10638 MOUNT BLACKBURN | 325-480-6108 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| | | LAS VEGAS, NV 89166-5053 | |
| 251. | HENLEY, ASHLEY R | 1149 TIMBERLAND SW<br>LILBURN, GA 30047-4237 | 423-576-9450 |
| 252. | HENLEY, ASHLEY M | 400 WILLOW BROOK DR<br>MANCHESTER, TN 37355-3890 | 931-728-7817 |
| 253. | HENLEY, ASHLEY | | 314-405-1913 |
| 254. | HENLEY, ASHLEY | | 469-500-5489 |
| 255. | HENLEY, ASHLEY | ALPHARETTA, GA 30004 | 470-723-1093 |
| 256. | HENLEY, ASHLEY | BENTON, KY 42025 | 270-703-6989 |
| 257. | HENLEY, ASHLEY | SHELBYVILLE, TN 37160 | 931-536-6025 |
| 258. | HENLEY, ASHTON | NASHVILLE, TN 37207 | 615-752-1477 |
| 259. | HENLEY, ASIA C | 6 N MARYLAND APT 201<br>BRUNSWICK, MD 21716-1148 | 804-972-9823 |
| 260. | HENLEY, ATHENA | | 701-498-0731 |
| 261. | HENLEY, AUBREY | CERES, CA 95307 | 209-568-1398 |

| | | | |
|---|---|---|---|
| 262. | HENLEY, AUBREY | SEALY, TX 77474 | 979-877-9425 |
| 263. | HENLEY, AUDRA | 715 SHERWOOD<br>FRANKLIN, KY 42134-1037 | 270-776-5315 |
| 264. | HENLEY, AUDREY | 332 EATON<br>ROMEOVILLE, IL 60446-1702 | 662-454-3574 |
| 265. | HENLEY, AUDREY | 1410 OHIO<br>SAINT LOUIS, MO 63104-1941 | 314-833-5890 |
| 266. | HENLEY, AUDREY | 215 WARRING<br>COVINGTON, TN 38019-3154 | 901-476-6818 |
| 267. | HENLEY, AUDRIE | 6810 METROPOLIS LAKE<br>WEST PADUCAH, KY 42086-9411 | 270-217-0552 |
| 268. | HENLEY, AUGUSTINE | 1516 SW LEE<br>LAWTON, OK 73501-5614 | 580-357-4846 |
| 269. | HENLEY, AUSTEN | 553 LAWN<br>LOVES PARK, IL 61111-5128 | 909-438-5718 |
| 270. | HENLEY, AUSTIN | 2800 COTTONWOOD<br>COLLEYVILLE, TX 76034-5123 | 817-355-0868 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 271. | HENLEY, AUSTIN | 609 COUNTRY SPRINGS<br>COLLIERVILLE, TN 38017-1820 | 931-249-9459 |
| 272. | HENLEY, AUSTIN L | 1137 FOREST XING<br>JOELTON, TN 37080-4858 | 615-746-8490 |
| 273. | HENLEY, AUSTIN | 15356 GRANT<br>OMAHA, NE 68116-4174 | 402-493-0149 |
| 274. | HENLEY, AUSTIN | | 907-671-6074 |
| 275. | HENLEY, AUTUMN A | 7311 THICKET TRAIL<br>HUMBLE, TX 77346-3183 | 210-665-3903 |
| 276. | HENLEY, AVERY L | 100 HARRIS<br>BARNWELL, SC 29812-2603 | 803-300-3607 |
| 277. | HENLEY, AVERY | MEMPHIS, TN 38118 | 901-297-5973 |
| 278. | HENLEY, AYANNA A | 1637 HARBOR APT 1<br>CALUMET CITY, IL 60409-1621 | 708-289-8664 |
| 279. | HENLEY, AZIA | 15152 W WINDROSE<br>SURPRISE, AZ 85379-8173 | 623-556-1664 |
| 280. | HENLEY, AZURE D | 137 STAMM<br>PITTSBURGH, PA 15210-2129 | 412-716-8113 |

| | | | |
|---|---|---|---|
| 281. | HENLEY, B | 15000 DOWNEY UNIT 204<br>PARAMOUNT, CA 90723-5814 | 562-522-3985 |
| 282. | HENLEY, B | 1100 IVORIE<br>BURLINGTON, NJ 08016 | 609-387-0525 |
| 283. | HENLEY, B | 1325 S SHERWOOD<br>CHARLESTON, SC 29407-6622 | 803-556-9629 |
| 284. | HENLEY, B | | 954-213-3452 |
| 285. | HENLEY, B | BELMONT, CA 94002 | 650-637-1088 |
| 286. | HENLEY, B | EARL, NC 28038 | 704-477-5131 |
| 287. | HENLEY, B | MIAMI, FL 33179 | 305-796-6011 |
| 288. | HENLEY, B | PADUCAH, KY 42001 | 270-554-3015 |
| 289. | HENLEY, B | TAMPA, FL 33617 | 813-899-1861 |
| 290. | HENLEY, B | WOOSTER, OH 44691 | 330-263-3015 |
| 291. | HENLEY, BALDWIN J | 7430 S LAKE SARAH<br>ROCKFORD, MN 55373-9401 | 763-477-4854 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
| --- | --- | --- | --- |
| 292. | HENLEY, BARBARA | 833 BUSH BERRY<br>PELION, SC 29123-9694 | 803-665-1984 |
| 293. | HENLEY, BARBARA M | 3541 CHARITY NECK<br>VIRGINIA BEACH, VA 23456-4128 | 757-426-7501 |
| 294. | HENLEY, BARBARA | 1205 W CHARLESTON<br>BROKEN ARROW, OK 74011-3210 | 571-379-9633 |
| 295. | HENLEY, BARBARA | 13261 CLAIRMONT<br>OREGON CITY, OR 97045-4254 | 509-731-1081 |
| 296. | HENLEY, BARBARA A | 5803 CONCORD<br>JEFFERSONVILLE, IN 47130-8893 | 502-836-3452 |
| 297. | HENLEY, BARBARA A | 6399 COUNTY S<br>SOBIESKI, WI 54171-9778 | 920-621-5630 |
| 298. | HENLEY, BARBARA D | 4670 GLENWOOD<br>MACON, GA 31210-2318 | 478-745-1761 |
| 299. | HENLEY, BARBARA M | 430 JERNIGAN APT D8<br>SOMERVILLE, TN 38068-6365 | 901-465-2583 |
| 300. | HENLEY, BARBARA | 4180 N MARINE<br>CHICAGO, IL 60613-2271 | 312-442-7026 |
| [illegible] | [illegible] | [illegible] | [illegible] |

| | | | |
|---|---|---|---|
| 301. | HENLEY, BARBARA | 398 RAYMOR<br>CORONA, CA 92879-2843 | 562-433-0432 |
| 302. | HENLEY, BARBARA J | 8224 S REGAL<br>SPOKANE, WA 99223-9540 | 509-465-4918 |
| 303. | HENLEY, BARBARA A | 341 TROWBRIDGE<br>INDIANAPOLIS, IN 46201-4151 | 317-898-8154 |
| 304. | HENLEY, BARBARA | 1120 W WASHINGTON<br>NAVASOTA, TX 77868-2852 | 936-419-8241 |
| 305. | HENLEY, BARBARA | HOUSTON, TX 77001 | 713-598-1854 |
| 306. | HENLEY, BARBARA | HOUSTON, TX 77388 | 713-598-1854 |
| 307. | HENLEY, BARBARA | O FALLON, MO 63366 | 636-272-2208 |
| 308. | HENLEY, BARBARA | PORTSMOUTH, VA 23454 | 757-403-7501 |
| 309. | HENLEY, BARBARA | PORTSMOUTH, VA 23701 | 757-403-7501 |
| 310. | HENLEY, BARBARA | SANTA ROSA, CA 95406 | 707-393-9671 |
| 311. | HENLEY, BARBRA | 5844 LAVENDER BREEZE<br>NORTH LAS VEGAS, NV 89081-6847 | 970-231-9567 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 312. | HENLEY, BARNEY R | 607 MAPLE ST<br>PERRY, OK 73077-2421 | 580-336-9533 |
| 313. | HENLEY, BARRY J | 5356 WEST<br>LOS ANGELES, CA 90043-2416 | 310-902-2027 |
| 314. | HENLEY, BARRY | NORCROSS, GA 30071 | 770-656-7902 |
| 315. | HENLEY, BAYLEIGH | 103 LAURA<br>CHERRYVILLE, NC 28021-3002 | 704-214-1759 |
| 316. | HENLEY, BEAU | 2232 CHESTNUT<br>LONG BEACH, CA 90806-4210 | 562-250-7984 |
| 317. | HENLEY, BECKY L | 13403 MOBILE<br>LITTLE ROCK, AR 72206-5246 | 203-646-7809 |
| 318. | HENLEY, BECKY | MOHAVE VALLEY, AZ 86440 | 928-768-5562 |
| 319. | HENLEY, BELINDA | 1335 HERRINGTON APT 3312<br>DULUTH, GA 30096-6430 | 720-949-3541 |
| 320. | HENLEY, BELINDA | GULFPORT, MS 39501 | 228-213-2666 |
| 321. | HENLEY, BENJAMIN | 1807 HERON<br>AUBREY, TX 76227-8515 | 870-665-1761 |

| | | | |
|---|---|---|---|
| 322. | HENLEY, BENJAMIN A | 900 MOREHEAD<br>RIDGEWAY, VA 24148-5511 | 336-577-5726 |
| 323. | HENLEY, BENNIE L | 2217 LYONS<br>EVANSTON, IL 60201-3332 | 847-390-1031 |
| 324. | HENLEY, BERNADETTE M | 14548 DALMAN<br>WHITTIER, CA 90603-1831 | 562-522-3985 |
| 325. | HENLEY, BERNADINE M | 10010 N CONCHO<br>KINGMAN, AZ 86401-8167 | 530-415-7997 |
| 326. | HENLEY, BERNEZ | 1338 13TH<br>SARASOTA, FL 34236-2504 | 941-302-6257 |
| 327. | HENLEY, BERNICE | MERRILLVILLE, IN 46410 | 219-682-4755 |
| 328. | HENLEY, BERNICE | MONTGOMERY, AL 36117 | 334-593-2268 |
| 329. | HENLEY, BERTHA M | 3301 SUNCREST<br>SAINT LOUIS, MO 63114-2841 | 314-368-6735 |
| 330. | HENLEY, BERTHA | ERIE, PA 16541 | 814-504-2483 |
| 331. | HENLEY, BETH | 2370 FERREE NE<br>LANESVILLE, IN 47136-8248 | 765-480-1569 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 332. | HENLEY, BETH | RICHMOND, VA 23223 | 804-306-6174 |
| 333. | HENLEY, BETHANY | 4407 NW DMONS<br>RIVERSIDE, MO 64150-1238 | 816-305-2675 |
| 334. | HENLEY, BETTY | 145 SW 17TH<br>HOMESTEAD, FL 33030-6634 | 804-912-2882 |
| 335. | HENLEY, BETTY E | 109 N CECELIA<br>MOUNT PLEASANT, TX 75455-3509 | 903-572-0222 |
| 336. | HENLEY, BETTY J | 210 MAXWELL APT<br>DREW, MS 38737-3049 | 662-745-2457 |
| 337. | HENLEY, BETTY L | 1844 TIMBERLY WAYE<br>HENRICO, VA 23238-8107 | 804-586-6147 |
| 338. | HENLEY, BEVERLEY J | 6301 GATESGREEN<br>CHESTERFIELD, VA 23832-6710 | 804-744-7455 |
| 339. | HENLEY, BEVERLY A | 3717 HAWAII<br>COLUMBUS, GA 31906-4402 | 706-573-8582 |
| 340. | HENLEY, BEVERLY | 31924 JASMINE<br>NORTH RIDGEVILLE, OH 44039-7339 | 216-213-2120 |
| 341. | HENLEY, BEVERLY S | 5600 MOREHEAD<br>[illegible] | 704-516-1626 |

| | | | |
|---|---|---|---|
| | | HARRISBURG, NC 28075-3927 | |
| 342. | HENLEY, BEVERLY | 1214 SADDLE<br>MOUNT JULIET, TN 37122-5636 | 615-504-9222 |
| 343. | HENLEY, BEVERLY | | 418-473-2039 |
| 344. | HENLEY, BIANCA | 212 VILLA ROSA<br>TEMPLE, GA 30179-4278 | 770-562-3716 |
| 345. | HENLEY, BIANCA | | 734-883-8175 |
| 346. | HENLEY, BILL | 2084 8TH NE<br>EAST WENATCHEE, WA 98802-4782 | 509-423-7282 |
| 347. | HENLEY, BILL J | 1320 S COMMERCE TRLR 24<br>ARDMORE, OK 73401-5505 | 580-223-4947 |
| 348. | HENLEY, BILL | 3256 COUNTY ROAD 103<br>KILLEN, AL 35645-5148 | 256-605-9954 |
| 349. | HENLEY, BILL | 173 MOUNTAIN HAVEN<br>ZIRCONIA, NC 28790-7875 | 704-677-3707 |
| 350. | HENLEY, BILL | CORTEZ, CO 81321 | 970-564-9713 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 351. | HENLEY, BILL | MARYSVILLE, WA 98270 | 360-651-9577 |
| 352. | HENLEY, BILL B | SANTA CRUZ, CA 95060 | 831-462-5199 |
| 353. | HENLEY, BILL B | SANTA CRUZ, CA 95062 | 831-462-5199 |
| 354. | HENLEY, BILLIE H | 921 KELLER<br>BENBROOK, TX 76126-3616 | 817-249-3082 |
| 355. | HENLEY, BILLIE J | RR 6 BOX 556<br>DAYTON, TN 37321-9806 | 423-775-6187 |
| 356. | HENLEY, BILLIE | MORGANTON, NC 28655 | 828-413-8080 |
| 357. | HENLEY, BILLY D | 521 75TH<br>HOLMES BEACH, FL 34217-1004 | 225-445-5580 |
| 358. | HENLEY, BILLY | 14280 AL HIGHWAY 101<br>TOWN CREEK, AL 35672-4240 | 256-318-9422 |
| 359. | HENLEY, BILLY | 6001 N BROOKLINE APT 712<br>OKLAHOMA CITY, OK 73112-4260 | 580-277-0312 |
| 360. | HENLEY, BILLY S | 229 COUNTY ROAD 6<br>BELMONT, MS 38827-9747 | 601-454-7588 |
| 361. | HENLEY, BILLY L | 20203 HILLRIDGE<br>MABELVALE, AR 72103-8816 | 501-407-8088 |

| | | | |
|---|---|---|---|
| 362. | HENLEY, BILLY W | 18424 LAWSON<br>LITTLE ROCK, AR 72210-2425 | 501-821-3348 |
| 363. | HENLEY, BILLY | 5580 POINT WEST<br>OAKWOOD, GA 30566-3062 | 615-587-8702 |
| 364. | HENLEY, BILLY D | 21217 RD<br>TONGANOXIE, KS 66086-4205 | 913-369-3390 |
| 365. | HENLEY, BILLY | 290 ROBIN<br>COLUMBUS, MS 39702-9082 | 662-328-6069 |
| 366. | HENLEY, BILLY B | 1326 SANDY CREEK<br>EUFAULA, AL 36027 | 334-465-9103 |
| 367. | HENLEY, BILLY J | 2625 N STEPHAN RD<br>KINGMAN, AZ 86401-8900 | 928-757-1358 |
| 368. | HENLEY, BILLY | ARLINGTON, TX 76001 | 682-554-2612 |
| 369. | HENLEY, BILLY | ARLINGTON, TX 76012 | 682-554-2612 |
| 370. | HENLEY, BILLY | CYPRESS, CA 90630 | 714-733-3425 |
| 371. | HENLEY, BILLY | DECATUR, AL 35601 | 256-466-2952 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 372. | HENLEY, BILLY | JACKSONVILLE, FL 32204 | 904-305-7298 |
| 373. | HENLEY, BILLY | WING, AL 36483 | 334-504-6008 |
| 374. | HENLEY, BLAINE | CORPUS CHRISTI, TX 78401 | 361-960-8165 |
| 375. | HENLEY, BLAKE C | 10220 BLUE SKIES<br>MCKINNEY, TX 75072-3179 | 806-928-5044 |
| 376. | HENLEY, BLAKE JAMES | 8531 LONGFORD<br>JACKSONVILLE, FL 32244-7147 | 240-620-2553 |
| 377. | HENLEY, BLAKE | TUPELO, MS 38801 | 662-322-0641 |
| 378. | HENLEY, BOB R | 19650 HYDRANGEA<br>OREGON CITY, OR 97045-5744 | 503-981-5522 |
| 379. | HENLEY, BOB | | 423-907-4761 |
| 380. | HENLEY, BOBBI | 188 BELLEVUE<br>UPPER MONTCLAIR, NJ 07043-1863 | 973-493-0168 |
| 381. | HENLEY, BOBBIE | 722 BRYTON<br>ORONOGO, MO 64855-9408 | 417-629-8709 |
| 382. | HENLEY, BOBBIE | LOUISVILLE, KY 40299 | 502-724-4131 |

| | | | |
|---|---|---|---|
| 383. | HENLEY, BOBBY G SR | 1846 3RD SE<br>CULLMAN, AL 35055-5466 | 256-620-3093 |
| 384. | HENLEY, BOBBY L | 108 CEMETERY<br>FLORENCE, MS 39073-8342 | 601-917-5594 |
| 385. | HENLEY, BOBBY D | 150 COLVILLE<br>JASPER, TN 37347-3300 | 931-314-4355 |
| 386. | HENLEY, BOBBY M JR. | 256 H AND S<br>ORANGEBURG, SC 29115-7747 | 803-827-3012 |
| 387. | HENLEY, BOBBY | 1910 JAMESPORT<br>SAINT JOSEPH, MO 64504-1311 | 816-752-2443 |
| 388. | HENLEY, BOBBY | KENDALL DRIVE ADDRESS2<br>SAN FRANCISCO, CA 94199 | 909-222-0613 |
| 389. | HENLEY, BOBBY JOE | 3894 NEW HOPE<br>NEW HOPE, AL 35760-8904 | 938-666-0551 |
| 390. | HENLEY, BOBBY | 387 PINE LOG<br>BEECH ISLAND, SC 29842-8309 | 803-827-3012 |
| 391. | HENLEY, BOBBY M JR. | 387A PINE LOG<br>BEECH ISLAND, SC 29842-8309 | 803-827-3012 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 392. | HENLEY, BOBBY C | 819 W SOUTH TRLR 5<br>MARENGO, IA 52301-1903 | 319-642-3657 |
| 393. | HENLEY, BOBBY E | 1213 WOODVALE<br>GALLATIN, TN 37066-4042 | 479-650-0872 |
| 394. | HENLEY, BOBBY | | 209-902-1178 |
| 395. | HENLEY, BOBBY | BAILEYTON, AL 35019 | 256-620-3091 |
| 396. | HENLEY, BOBBY C | IOWA CITY, IA 52240 | 319-621-5260 |
| 397. | HENLEY, BOBBY C | IOWA CITY, IA 52246 | 319-621-5260 |
| 398. | HENLEY, BOBBY | KNOXVILLE, TN 37931 | 865-603-1726 |
| 399. | HENLEY, BONITA L | 3434 EAGLECLIFF CIRCLE DR<br>ESTES PARK, CO 80517-8118 | 970-586-2605 |
| 400. | HENLEY, BONNIE S | 901 S CHEHALEM<br>NEWBERG, OR 97132-3628 | 503-828-8067 |
| 401. | HENLEY, BONNIE L | 126 COUNTRY<br>THAXTON, VA 24174-2909 | 540-655-3113 |
| 402. | HENLEY, BONNIE | 163 COUNTY ROAD 3564<br>DIKE, TX 75437-3471 | 903-440-5533 |

| | | | |
|---|---|---|---|
| 403. | HENLEY, BONNIE J | 8034 WHISPER GROVE<br>MAGNOLIA, TX 77354-6784 | 832-866-2321 |
| 404. | HENLEY, BONNIE | | 423-747-4219 |
| 405. | HENLEY, BRAD | SEATTLE, WA 98040 | 206-232-1787 |
| 406. | HENLEY, BRADEN N | 463 E CENTER<br>HEBER CITY, UT 84032-1909 | 435-671-9064 |
| 407. | HENLEY, BRADLEY | PO BOX 454<br>SUGAR GROVE, NC 28679-0454 | 931-801-5975 |
| 408. | HENLEY, BRADLEY JOSEPH | 538 STADIUM APT 3<br>BOONE, NC 28607-5408 | 504-224-1761 |
| 409. | HENLEY, BRADY B | 5503 W 9000 S APT Q202<br>WEST JORDAN, UT 84081-6285 | 801-679-0771 |
| 410. | HENLEY, BRADY F | PO BOX 2243<br>NEW BRAUNFELS, TX 78133-0010 | 940-636-7697 |
| 411. | HENLEY, BRANDI | 12700 RIDGEMONT<br>OKLAHOMA CITY, OK 73165-6761 | 405-793-1440 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 412. | HENLEY, BRANDI | | 832-965-4448 |
| 413. | HENLEY, BRANDI | ALGOMA, MS 38820 | 662-760-0789 |
| 414. | HENLEY, BRANDON | 6141 S 135TH<br>OMAHA, NE 68137-4213 | 402-502-2641 |
| 415. | HENLEY, BRANDON R | 2140 S 13TH W<br>MISSOULA, MT 59801-4930 | 406-544-2135 |
| 416. | HENLEY, BRANDON D | 2732 DEWEY APT 2B<br>BRONX, NY 10465-2833 | 347-364-7726 |
| 417. | HENLEY, BRANDON | 9114 S KACHINA<br>TEMPE, AZ 85284-3440 | 480-620-9520 |
| 418. | HENLEY, BRANDON | 721 LOLA<br>PRATTVILLE, AL 36067-8101 | 334-399-0082 |
| 419. | HENLEY, BRANDON | 8751 W OAKMONT<br>BOISE, ID 83704-3348 | 805-813-7164 |
| 420. | HENLEY, BRANDON | 3607 PIEDRA VISTA<br>FARMINGTON, NM 87402-5249 | 505-325-7271 |
| 421. | HENLEY, BRANDON K | PO BOX 174<br>TITUS, AL 36080-0174 | 334-850-1732 |

| | | | |
|---|---|---|---|
| 422. | HENLEY, BRANDON M | 90 SAINT EDWARD<br>FLORISSANT, MO 63033-5420 | 314-585-2136 |
| 423. | HENLEY, BRANDON | 702 SANTA ROSA APT 203A<br>KILLEEN, TX 76541-7407 | 254-245-2890 |
| 424. | HENLEY, BRANDON | | 716-228-2206 |
| 425. | HENLEY, BRANDON | | 806-828-8401 |
| 426. | HENLEY, BRANDON | FORT SMITH, AR 72901 | 479-522-7712 |
| 427. | HENLEY, BRANDY M | 1090 CABALLO<br>GALLATIN, TN 37066-3201 | 931-220-3760 |
| 428. | HENLEY, BRANT | 103 OREGON<br>VILLAS, NJ 08251-1712 | 908-404-1047 |
| 429. | HENLEY, BRAXTON | 160 HILLCREST<br>BRANDON, MS 39042-9110 | 601-955-9588 |
| 430. | HENLEY, BREANNA | PO BOX 174<br>TITUS, AL 36080-0174 | 334-514-8663 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 431. | HENLEY, BRENDA A | 258 EGGERT<br>BUFFALO, NY 14215-3424 | 716-331-8647 |
| 432. | HENLEY, BRENDA | 8829 ELK GROVE APT 203<br>LAS VEGAS, NV 89117-5528 | 586-625-6715 |
| 433. | HENLEY, BRENDA GAY JR. | 11 S ELKS<br>TERRE HAUTE, IN 47802-4875 | 219-231-0191 |
| 434. | HENLEY, BRENDA SUE SR | 8473 HOLDER CEMETARY<br>WINCHESTER, TN 37398 | 931-967-4091 |
| 435. | HENLEY, BRENDA S | 1707 HOUSTON ST<br>MUSKOGEE, OK 74403-3530 | |
| 436. | HENLEY, BRENDA F | 484 LOCUST GROVE<br>COOKEVILLE, TN 38501-6649 | 931-698-7326 |
| 437. | HENLEY, BRENDA F | 487 RIDGE<br>BULLS GAP, TN 37711-3917 | 423-358-8339 |
| 438. | HENLEY, BRENDA S | 1031 THRAMS<br>BORGER, TX 79007-2229 | 806-274-9483 |
| 439. | HENLEY, BRENDA | FAIRFIELD, TX 75840 | 903-388-1440 |
| 440. | HENLEY, BRENNA | 406 E 7TH<br>GARNETT, KS 66032-1620 | 785-448-0412 |

| | | | |
|---|---|---|---|
| 441. | HENLEY, BRENNA | PO BOX 174<br>TITUS, AL 36080-0174 | 334-514-8663 |
| 442. | HENLEY, BRENT | 475 BRACKIN<br>GRAYSON, GA 30017-1279 | 678-768-2776 |
| 443. | HENLEY, BRENT H | 6444 BROOKMEAD<br>HIXSON, TN 37343-3026 | 423-503-7230 |
| 444. | HENLEY, BRENT DORIS | 1807 CLAYTON<br>OXON HILL, MD 20745-3724 | 301-725-1816 |
| 445. | HENLEY, BRENTON | 1112 LOWER KINGSTON<br>PRATTVILLE, AL 36067-6870 | 334-717-3072 |
| 446. | HENLEY, BREON L | 322 NW 4TH<br>DEERFIELD BEACH, FL 33441-1742 | 954-736-0542 |
| 447. | HENLEY, BREON L | 149 CREEKSTONE<br>CALERA, AL 35040-4928 | 708-238-3014 |
| 448. | HENLEY, BRET | 1107 SPRING CREEK<br>LEWISVILLE, TX 75067-7449 | 469-831-9314 |
| 449. | HENLEY, BRETT | 309 STRAWBERRY<br>NEW BRIGHTON, PA 15066-1751 | 724-417-2103 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 450. | HENLEY, BRETT | LAKE MARY, FL 32746 | 407-701-2385 |
| 451. | HENLEY, BRETT | PITTSBURGH, PA 15201 | 412-689-6618 |
| 452. | HENLEY, BRIAN D | 8216 W 30 1/2 APT 114<br>SAINT LOUIS PARK, MN 55426-3555 | 952-500-1606 |
| 453. | HENLEY, BRIAN | 4629 E 56TH<br>TULSA, OK 74135-4309 | 918-269-3997 |
| 454. | HENLEY, BRIAN D | 1792 ALPINE<br>CLARKSVILLE, TN 37040-6730 | 931-362-9549 |
| 455. | HENLEY, BRIAN | 2338 BALTIMORE<br>OXFORD, PA 19363-3932 | 610-996-5024 |
| 456. | HENLEY, BRIAN | 1730 BAY<br>EAST PALO ALTO, CA 94303-1693 | 678-471-4267 |
| 457. | HENLEY, BRIAN L | 371 BRADLEY 7 N<br>WARREN, AR 71671-8929 | 479-561-0885 |
| 458. | HENLEY, BRIAN | 697 E BYRD<br>HARTSELLE, AL 35640-4730 | 256-230-6302 |
| 459. | HENLEY, BRIAN | 364 EDISON<br>BUFFALO, NY 14215-3423 | 716-314-4870 |

| | | | |
|---|---|---|---|
| 460. | HENLEY, BRIAN P | 246 N F<br>HILLSBORO, TN 37342-3650 | 931-588-1663 |
| 461. | HENLEY, BRIAN K | 559 FOSSIL<br>COLLIERVILLE, TN 38017-4525 | 901-287-1112 |
| 462. | HENLEY, BRIAN | 11605 HAGGERTY<br>VAN BUREN TOWNSHIP, MI 48111-2817 | 734-752-3996 |
| 463. | HENLEY, BRIAN | 6515 S HERMITAGE<br>CHICAGO, IL 60636-3011 | 847-769-9135 |
| 464. | HENLEY, BRIAN M | 918 LEBANON<br>WOODSTOCK, GA 30188-1762 | 770-861-4916 |
| 465. | HENLEY, BRIAN | 1195 ORCHARD<br>FREEDOM, PA 15042-1627 | 724-683-2529 |
| 466. | HENLEY, BRIAN | PO BOX 238<br>ALPHARETTA, GA 30009-0238 | 770-895-6340 |
| 467. | HENLEY, BRIAN | 440 N ROSE<br>HAVERFORD, PA 19041-1607 | 610-896-7091 |
| 468. | HENLEY, BRIAN | 440 N ROSE | 610-896-7091 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| | | HAVERFORD, PA 19041-1607 | |
| 469. | HENLEY, BRIAN K | 165 SCOUT<br>LONOKE, AR 72086-9028 | 501-612-9493 |
| 470. | HENLEY, BRIAN E | 2625 N STEPHAN RD<br>KINGMAN, AZ 86401-8900 | 928-757-1358 |
| 471. | HENLEY, BRIAN | 2810 SUNDERLAND<br>LANSING, MI 48911-1344 | 517-881-7320 |
| 472. | HENLEY, BRIAN P | 3355 S TOWN CENTER APT 2106<br>LAS VEGAS, NV 89135-3008 | 702-218-3291 |
| 473. | HENLEY, BRIAN J | 5 WILL<br>PERRYVILLE, AR 72126-8189 | 501-889-4686 |
| 474. | HENLEY, BRIAN | | 262-716-4049 |
| 475. | HENLEY, BRIAN | ADDISON, TX 75001 | 469-508-9675 |
| 476. | HENLEY, BRIAN | BOSTON, MA 02108 | 857-249-0738 |
| 477. | HENLEY, BRIAN | CHAPMANSBORO, TN 37035 | 931-436-8604 |
| 478. | HENLEY, BRIANA | 3305 CITRUS<br>BARTOW, FL 33830-9424 | 863-899-3431 |

| | | | |
|---|---|---|---|
| 479. | HENLEY, BRIANA | MARYLAND HEIGHTS, MO 63043 | 314-276-9279 |
| 480. | HENLEY, BRIANNA N | 11155 N SUN VALLEY<br>ALEXANDRIA, KY 41001-7969 | 859-760-6397 |
| 481. | HENLEY, BRIDGETTE D | 2702 GRESHAM UNIT 304<br>BALTIMORE, MD 21244-3976 | 202-492-4605 |
| 482. | HENLEY, BRIE | 442 MARSHALL<br>GRAPEVINE, TX 76092-2212 | 561-776-9670 |
| 483. | HENLEY, BRIE | | 561-718-4556 |
| 484. | HENLEY, BRITNEY | 621 NW 69TH<br>MARGATE, FL 33063-4410 | 954-369-7032 |
| 485. | HENLEY, BRITTANY J | 1367 E 140TH<br>GLENPOOL, OK 74033-3142 | 918-693-0086 |
| 486. | HENLEY, BRITTANY R | 102 W COLLEGE<br>GREENBRIER, TN 37073-5234 | 615-546-8420 |
| 487. | HENLEY, BRITTANY | 1900 COULTER<br>NORTH AUGUSTA, SC 29841-2055 | 706-373-8307 |
| 488. | HENLEY, BRITTANY D | 8308 COUNTY ROAD 6945 | 806-241-3178 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| | | LUBBOCK, TX 79407-5751 | |
| 489. | HENLEY, BRITTANY D | 714 HANLEY<br>GARY, IN 46406-1555 | 219-427-7181 |
| 490. | HENLEY, BRITTANY | 1307 HENRY<br>CHARLESTON, WV 25303-2911 | 304-932-8202 |
| 491. | HENLEY, BRITTNEY J | 133 SCARLET OAK<br>OXFORD, MI 48371-6330 | 248-818-3813 |
| 492. | HENLEY, BRITTON N | 1219 BALDWIN<br>ORLANDO, FL 32806-1701 | 762-262-3130 |
| 493. | HENLEY, BROCK | 2521 MEEKS<br>ROBERSONVILLE, NC 27871-9364 | 252-825-0888 |
| 494. | HENLEY, BROCK E | 303 TITAN APT A<br>LAFAYETTE, LA 70508-5155 | 337-837-7015 |
| 495. | HENLEY, BRODERICK L | 25 ROSSFIELD APT R<br>JACKSON, TN 38305-4162 | 731-467-3958 |
| 496. | HENLEY, BROOKE | 2750 PONTIAC APT 1721<br>AURORA, IL 60502-8876 | 630-898-0437 |
| 497. | HENLEY, BROOKLYN | | 385-383-5198 |

| | | | |
|---|---|---|---|
| 498. | HENLEY, BRUCE F | 6554 FORESTSHIRE<br>DALLAS, TX 75230-2823 | 817-326-3462 |
| 499. | HENLEY, BRUCE C | FLORISSANT, MO 63031 | 314-498-2862 |
| 500. | HENLEY, BRUCE | GAINESVILLE, FL 32601 | 352-258-2989 |

Terms: last-name(henley) maxresults(500)
Date/Time: Tuesday, December 3, 2024 2:55 PM
Permissible Use: Your DPPA Permissible Use: I have no permissible use
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: I have no permissible use

Copyright © 2024 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

End of Document

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 79280552

**Mark:** IT STEP SCHOOL

**Correspondence Address:**
LEMESHCHUK Natalya
LEX INTELS, Intellectual Property Law Firm, LLC,
Odesa-59 65059
UKRAINE

**Applicant:** KORCHEVSKYI Dmytro

**Reference/Docket No.** N/A

**Correspondence Email Address:**

## NONFINAL OFFICE ACTION

**International Registration No.** 1518893

**Notice of Provisional Full Refusal**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned. To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES**

- Disclaimer Required
- U.S. Counsel Required
- Identification of Services Amendment Required

**DISCLAIMER REQUIRED**

Applicant must disclaim the wording "IT" and "SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from the American Heritage dictionary shows the wording "IT" means "information technology". Applicant has identified that their services are in the field of information technology. Thus this term merely describes this feature of Applicant's services. In addition, the attached definition from the American Heritage dictionary establishes that the term "SCHOOL" means a session of instruction. Applicant has identified that their services include such instructional services in the field of information technology. Thus, the wording merely describes this feature of applicant's services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "IT" and "SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**U.S. COUNSEL REQUIRED**

**Applicant must be represented by a U.S.-licensed attorney at the USPTO to respond to or appeal the provisional refusal.** An applicant whose domicile is located outside of the United States or its territories is foreign-domiciled and must be represented at the USPTO by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §§2.11(a), 11.14; *Requirement of U.S.-Licensed Attorney for Foreign-Domiciled Trademark Applicants & Registrants*, Examination Guide 4-19, at I.A. (Rev. Sept. 2019). An individual applicant's domicile is the place a person resides and intends to be the person's principal home. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. A juristic entity's domicile is the principal place of business; i.e., headquarters, where a juristic entity applicant's senior executives or officers ordinarily direct and control the entity's activities. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. Because applicant is foreign-domiciled, applicant must appoint such a U.S.-licensed attorney qualified to practice under 37 C.F.R. §11.14 as its representative before the application may proceed to registration. 37 C.F.R. §2.11(a). See Hiring a U.S.-licensed trademark attorney for more information.

Only a U.S.-licensed attorney can take action on an application on behalf of a foreign-domiciled applicant. 37 C.F.R. §2.11(a). Accordingly, the USPTO will not communicate further with applicant about the application beyond this Office action or permit applicant to make future submissions in this application. And applicant is not authorized to make amendments to the application.

**To appoint or designate a U.S.-licensed attorney.** To appoint an attorney, applicant should submit a completed Trademark Electronic Application System (TEAS) Change Address or Representation form. The newly-appointed attorney must submit a TEAS Response to Examining Attorney Office Action form indicating that an appointment of attorney has been made and address all other refusals or requirements in this action, if any. Alternatively, if applicant retains an attorney before filing the response, the attorney can respond to this Office action by using the appropriate TEAS response form and provide his or her attorney information in the form and sign it as applicant's attorney. *See* 37 C.F.R. §2.17(b)(1)(ii).

Applicant should note the following additional requirement.

**IDENTIFICATION OF SERVICES AMENDENT REQUIRED**

Certain modifications to the applicant's identification of services are required because the applicant's wording is not sufficiently specific, definite, clear, and/or accurate for registration purposes. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

The examining attorney has reproduced the entirety of the applicant's identification of services below, with problematic entries underlined. These entries are indefinite and require further clarification or specification as to the nature of the referenced activity. Guidance and examples of acceptable wording are included within the brackets; however, neither the brackets nor the instructive wording contained therein should appear in any identification of services submitted in the applicant's Response to Office Action. To be acceptable, an identification must name the services in an explicit and unambiguous manner.

Class 41:

*Arranging and conducting of educational conferences in the fields of computer science, computer and information technologies; arranging and*

*conducting of educational courses, classes and lectures in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of in-person educational forums in the fields of computer science, computer and information technologies; arranging and conducting of educational seminars in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of educational symposiums in the fields of computer science, computer and information technologies; arranging and conducting of educational training workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; consulting services about training, further training and education in the fields of computer science, computer and information technologies*; **[~~EDUCATION~~ *This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the type of educational activity - e.g., *classes, seminars, workshops*]** in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration rendered through correspondence courses; *education services, namely, providing tutoring in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration*; educational and entertainment services, namely, providing **[~~EDUCATIONAL AND ENTERTAINMENT SERVICES~~ *This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the type of "educational and entertainment services" - e.g., *providing interactive exhibits in the field of robots*]** at children's computer camps; *educational examination services in the fields of computer science, computer and information technologies; educational services provided by computer schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services provided by schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services, namely, providing computer classes and lessons for children in the fields of computer science, computer and information technologies*; educational services, namely, provision of **[~~EDUCATIONAL SERVICES~~ *This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the type of educational activity provided - e.g., *conducting on-line exhibitions and displays and interactive exhibits in the field of robots*]** at children's summer camps in the fields of computer science, computer and information technologies; entertainment services, namely, provision of **[~~ENTERTAINMENT SERVICES~~ *This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the type of "entertainment services" - e.g., live appearances by professional entertainers]** at children's summer camps in the fields of computer science, computer and information technologies; holiday camp entertainment services, **namely, [*specify type of entertainment services - e.g., arranging *social entertainment events*]** in the fields of computer science, computer and information technologies; *online publication of electronic books and journals in the fields of computer science, computer and information technologies; organization of educational competitions in the fields of computer science, computer and information technologies; organization of exhibitions for educational purposes in the fields of computer science, computer and information technologies; practical educational demonstration and training in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration*; providing information **[~~ABOUT EDUCATION~~ *This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the subject matter of the information in greater detail - e.g., *information about computer education training*]** relating to computer science, computer and information technologies; ***educational services, namely,*** providing online non-downloadable electronic publications in the nature of books, newspapers, magazines, journals, blogs, articles, newsletters and coursewares in the fields of computer science, computer and information technologies; *providing online videos, not downloadable, in the fields of computer science, computer and information technologies; publication of books in the fields of computer science, computer and information technologies; publication of texts, other than publicity texts, in the fields of computer science, computer and information technologies; publication of training guides, manuals, educational materials in the fields of computer science, computer and information technologies; teaching in the fields of computer science, computer and information technologies; training courses in computer graphics and design; training courses in computer programming; training courses in web design; training in computer and network technologies; training in computer programming; training in computer software testing; training in computer-aided montage; training in development and promotion of web sites and other web projects; training in system administration; training in the use of computers*; vocational guidance, namely, **[~~EDUCATION OR TRAINING ADVICE~~ *This wording is indefinite because it does not make clear the subject matter of the guidance; Applicant must clarify - e.g., *providing advice on training and educating others*]** in the fields of computer science, computer and information technologies

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably narrowed. *See* 37 C.F.R. §2.71(a); TMEP §§1402.06, 1904.02(c)(iv). Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably narrowed. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e). Additionally, for applications filed under Trademark Act Section 66(a), the scope of the identification for purposes of permissible amendments is limited by the international class assigned by the International Bureau of the World Intellectual Property Organization (International Bureau); and the classification of goods and/or services may not be changed from that assigned by the International Bureau. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Further, in a multiple-class Section 66(a) application, classes may not be added or goods and/or services transferred from one existing class to another. 37 C.F.R. §2.85(d); TMEP §1401.03(d).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

**RESPONSE GUIDELINES**

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** **Click to file a response to this nonfinal Office action.**

Riso, Mark
/Mark Riso/
Trademark Examining Attorney
Law Office 108
(571)272-0167
Mark.Riso@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

The AMERICAN HERITAGE dictionary of the English Language

Search

**HOW TO USE THE DICTIONARY**

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit*, *dog whistle*, or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

**THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of

## IT

Share: Tweet

abbr.

information technology

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2020 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

## It.

Share: Tweet

abbr.

1. Italian
2. Italy

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2020 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

## it (ĭt)

Share: Tweet

pron.

1. Used to refer to that one previously mentioned. Used of a nonhuman entity; an animate being whose sex is unspecified, unknown, or irrelevant; a group of objects or individuals; an action; or an abstraction: polished the table until it shone; couldn't find out who it was; opened the meeting by calling it to order.
2. Used as the subject of an impersonal verb: It is snowing.
3.
   a. Used as an anticipatory subject or object: Is it certain that they will win? We found it hard to believe that the car was that old.
   b. Used as an anticipatory subject to emphasize a term that is not itself a subject: It was on Friday that all the snow fell.
4. Used to refer to a general condition or state of affairs: She couldn't stand it.
5. Used to refer to a crucial situation or culmination: This is it—the rivals are finally face to face. That's it! I won't tolerate any more foolishness.

**AMERICAN HERITAGE DICTIONARY APP**

The new American Heritage Dictionary app is now available for iOS and Android

**THE AMERICAN HERITAGE DICTIONARY BLOG**

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

**THE 100 WORDS®**

Our word lists from the best selling 100 Words Series!

FIND OUT MORE!

**INTERESTED IN DICTIONARIES?**

8:24:42 PM 3/26/2020

https://www.ahdictionary.com/word/search.html?q=school

The AMERICAN HERITAGE® dictionary of the English Language

Search

**HOW TO USE THE DICTIONARY**

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit*, *dog whistle*, or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

**THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of

**school**[1]

Share: Tweet

n.

1. An institution for the instruction of children or people under college age.
2. An institution for instruction in a skill or business: a secretarial school; a karate school.
3.
   a. A college or university.
   b. An institution within or associated with a college or university that gives instruction in a specialized field and recommends candidates for degrees.
   c. A division of an educational institution constituting several grades or classes: advanced to the upper school.
   d. The student body of an educational institution.
   e. The building or group of buildings housing an educational institution.
4. The process of being educated formally, especially education constituting a planned series of courses over a number of years: The children were put to school at home. What do you plan to do when you finish school?
5. A session of instruction: School will start in three weeks. He had to stay after school today.
6.
   a. A group of people, especially philosophers, artists, or writers, whose thought, work, or style demonstrates a common origin or influence or unifying belief: the school of Aristotle; the Venetian school of painters.
   b. A group of people distinguished by similar manners, customs, or opinions: aristocrats of the old school.
7. Close-order drill instructions or exercises for military units or personnel.
8. Australian A group of people gathered together for gambling.

tr.v. **schooled, school·ing, schools**

1. To educate in or as if in a school.
2. To train or discipline: She is well schooled in literature. See Synonyms at teach.
3. Slang To defeat or put down decisively, especially in a humiliating manner: Our team

**AMERICAN HERITAGE DICTIONARY APP**

The new American Heritage Dictionary app is now available for iOS and Android.

**THE AMERICAN HERITAGE DICTIONARY BLOG**

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

**THE 100 WORDS®**

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

**INTERESTED IN DICTIONARIES?**

| | |
|---|---|
| **To:** | KORCHEVSKYI Dmytro (hmangione@egsllp.com) |
| **Subject:** | U.S. Trademark Application Serial No. 79280552 - IT STEP SCHOOL - 17291.001 |
| **Sent:** | October 22, 2020 10:10:15 AM |
| **Sent As:** | ecom108@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 79280552

**Mark:** IT STEP SCHOOL

**Correspondence Address:**
Honeah Sohail Mangione
Ellenoff, Grossman, & Schole LLP
1345 Avenue of the Americas
New York City NY 10105

**Applicant:**
KORCHEVSKYI Dmytro

**Reference/Docket No.**
17291.001

**Correspondence Email Address:**

hmangione@egsllp.com

## FINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within six months of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS) and/or Electronic System for Trademark Trials and Appeals (ESTTA). A link to the appropriate TEAS response form and/or to ESTTA for an appeal appears at the end of this Office action.

**Issue date: October 22, 2020**

**International Registration No.** 1518893
INTRODUCTION

This Office action is in response to applicant's communication filed on September 23, 2020.

In a previous Office action(s) dated March 26, 2020, Applicant was required to satisfy the following requirement(s): disclaim the descriptive

wording in the mark, obtain a U.S. Counsel, and amend the Identification of Services.

Based on applicant's response, the trademark examining attorney notes that the following requirement(s) have been satisfied: Applicant has disclaimed the descriptive wording in the mark and engaged U.S. counsel. *See* TMEP §§713.02, 714.04.

In addition, Applicant has amended the Identification of Services, however, the Identification remains indefinite for the reasons described below

As a result, the trademark examining attorney maintains and now makes FINAL the requirements in the summary of issues below. *See* 37 C.F.R. §2.63(b); TMEP §714.04.

SUMMARY OF ISSUES MADE FINAL that applicant must address:

- Identification of Services Amendment Required

**IDENTIFICATION OF SERVICES AMENDMENT REQUIRED**

THIS PARTIAL REFUSAL APPLIES ONLY TO THE SERVICES SPECIFIED THEREIN

The wording "classes, lessons, seminars, workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration rendered through correspondence courses" in the identification of services is indefinite and must be clarified to specify that Applicant is providing these classes as an educational service. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

The entry "educational and entertainment services, namely, providing classes, lessons, seminars, interactive exhibits in the field of robots, conducting programs featuring recreational activities at children's computer camps" is indefinite and must be amended as it is unclear how the final portion of this entry relates to the rest of the entry.

Applicant may substitute the following wording, if accurate

(suggestions in **bold**):

Class 41: Arranging and conducting of educational conferences in the fields of computer science, computer and information technologies; arranging and conducting of educational courses, classes and lectures in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of in-person educational forums in the fields of computer science, computer and information technologies; arranging and conducting of educational seminars in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of educational symposiums in the fields of computer science, computer and information technologies; arranging and conducting of educational training workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; consulting services about training, further training and education in the fields of computer science, computer and information technologies; **educational services, namely, providing** classes, lessons, seminars, workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies,

robotics and system administration rendered through correspondence courses; education services, namely, providing tutoring in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; educational and entertainment services, namely, providing classes, lessons, seminars, interactive exhibits in the field of robots, **and** conducting programs featuring recreational activities at children's computer camps; educational examination services in the fields of computer science, computer and information technologies; educational services provided by computer schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services provided by schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services, namely, providing computer classes and lessons for children in the fields of computer science, computer and information technologies; educational services, namely, conducting of on-line exhibitions, displays, interactive exhibits in the field of robots, field trips at children's summer camps in the fields of computer science, computer and information technologies; entertainment services, namely, provision of interactive play areas, social gatherings, live appearances by professional entertainers at children's summer camps in the fields of computer science, computer and information technologies; holiday camp entertainment services, namely arranging and hosting social entertainment events in the fields of computer science, computer and information technologies; online publication of electronic books and journals in the fields of computer science, computer and information technologies; organization of educational competitions in the fields of computer science, computer and information technologies; organization of exhibitions for educational purposes in the fields of computer science, computer and information technologies; practical educational demonstration and training in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; providing information about computer education training relating to computer science, computer and information technologies; educational services, namely providing online non-downloadable electronic publications in the nature of books, newspapers, magazines, journals, blogs, articles, newsletters and coursewares in the fields of computer science, computer and information technologies; providing online videos, not downloadable, in the fields of computer science, computer and information technologies; publication of books in the fields of computer science, computer and information technologies; publication of texts, other than publicity texts, in the fields of computer science, computer and information technologies; publication of training guides, manuals, educational materials in the fields of computer science, computer and information technologies; teaching in the fields of computer science, computer and information technologies; training courses in computer graphics and design; training courses in computer programming; training courses in web design; training in computer and network technologies; training in computer programming; training in computer software testing; training in computer-aided montage; training in development and promotion of web sites and other web projects; training in system administration; training in the use of computers; vocational guidance, namely, providing advice on training and educating others in the fields of computer science, computer and information technologies

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably narrowed. *See* 37 C.F.R. §2.71(a); TMEP §§1402.06, 1904.02(c)(iv). Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably narrowed. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e). Additionally, for applications filed under Trademark Act Section 66(a), the scope of the identification for purposes of permissible amendments is limited by the international class assigned by the International Bureau of the World Intellectual Property Organization (International Bureau); and the classification of goods and/or services may not be changed from that assigned by the International Bureau. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Further, in a multiple-class Section 66(a) application, classes may not be added or goods and/or services transferred from one existing class to another. 37 C.F.R. §2.85(d); TMEP §1401.03(d).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04

**RESPONSE GUIDELINES AND PARTIAL ABANDONMENT ADVISORY**

If applicant does not timely respond within six months of the issue date of this final Office action, the following goods and/or services to which the final refusal(s) and/or requirement(s) apply will be **deleted** from the application by Examiner's Amendment:

Class 41: classes, lessons, seminars, workshops in the fields of computer programming, software and game development, computer graphics and

design, network technologies, robotics and system administration rendered through correspondence courses; educational and entertainment services, namely, providing classes, lessons, seminars, interactive exhibits in the field of robots, conducting programs featuring recreational activities at children's computer camps

37 C.F.R. §2.65(a); *see* 15 U.S.C. §1062(b).

In such case, the application will proceed for the following goods and/or services only:

Class 41: Arranging and conducting of educational conferences in the fields of computer science, computer and information technologies; arranging and conducting of educational courses, classes and lectures in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of in-person educational forums in the fields of computer science, computer and information technologies; arranging and conducting of educational seminars in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of educational symposiums in the fields of computer science, computer and information technologies; arranging and conducting of educational training workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; consulting services about training, further training and education in the fields of computer science, computer and information technologies; education services, namely, providing tutoring in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; educational examination services in the fields of computer science, computer and information technologies; educational services provided by computer schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services provided by schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services, namely, providing computer classes and lessons for children in the fields of computer science, computer and information technologies; educational services, namely, conducting of on-line exhibitions, displays, interactive exhibits in the field of robots, field trips at children's summer camps in the fields of computer science, computer and information technologies; entertainment services, namely, provision of interactive play areas, social gatherings, live appearances by professional entertainers at children's summer camps in the fields of computer science, computer and information technologies; holiday camp entertainment services, namely arranging and hosting social entertainment events in the fields of computer science, computer and information technologies; online publication of electronic books and journals in the fields of computer science, computer and information technologies; organization of educational competitions in the fields of computer science, computer and information technologies; organization of exhibitions for educational purposes in the fields of computer science, computer and information technologies; practical educational demonstration and training in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; providing information about computer education training relating to computer science, computer and information technologies; educational services, namely providing online non-downloadable electronic publications in the nature of books, newspapers, magazines, journals, blogs, articles, newsletters and coursewares in the fields of computer science, computer and information technologies; providing online videos, not downloadable, in the fields of computer science, computer and information technologies; publication of books in the fields of computer science, computer and information technologies; publication of texts, other than publicity texts, in the fields of computer science, computer and information technologies; publication of training guides, manuals, educational materials in the fields of computer science, computer and information technologies; teaching in the fields of computer science, computer and information technologies; training courses in computer graphics and design; training courses in computer programming; training courses in web design; training in computer and network technologies; training in computer programming; training in computer software testing; training in computer-aided montage; training in development and promotion of web sites and other web projects; training in system administration; training in the use of computers; vocational guidance, namely, providing advice on training and educating others in the fields of computer science, computer and information technologies

Applicant may respond to this final Office action by providing one or both of the following:

(1) A request for reconsideration that fully resolves all outstanding requirements and refusals; and/or

(2) An appeal to the Trademark Trial and Appeal Board with the required filing fees.

TMEP §715.01; *see* 37 C.F.R. §2.63(b)(1)-(2).

**How to respond.** **Click to file a response to this final Office action** **and/or** **appeal it to the Trademark Trial and Appeal Board (TTAB).**

**How to respond.** **Click to file a request for reconsideration of this final Office action** that fully resolves all outstanding requirements and refusals **and/or** **click to file a timely appeal to the Trademark Trial and Appeal Board (TTAB)** with the required filing fee(s).

Riso, Mark
/Mark Riso/
Trademark Examining Attorney
Law Office 108
(571)272-0167
Mark.Riso@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find** **contact information for the supervisor** of the office or unit listed in the signature block.

**To:** KORCHEVSKYI Dmytro (hmangione@egsllp.com)
**Subject:** U.S. Trademark Application Serial No. 79280552 - IT STEP SCHOOL - 17291.001
**Sent:** October 22, 2020 10:10:17 AM
**Sent As:** ecom108@uspto.gov
**Attachments:**

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **October 22, 2020** for
**U.S. Trademark Application Serial No. 79280552**

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1) Read the official letter.**

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

Riso, Mark
/Mark Riso/
Trademark Examining Attorney
Law Office 108
(571)272-0167
Mark.Riso@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from **October 22, 2020**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.
- **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.
- **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 79358242

**Mark:** LUISS BUSINESS SCHOOL

**Correspondence Address:**
Società Italiana Brevetti S.p.A.
Piazza di Pietra, 38-39
I-00186 Roma ITALY

**Applicant:** Luiss - Libera Università Internazionale degli Studi Sociali Guido Carli

**Reference/Docket No.** N/A

**Correspondence Email Address:**

# NONFINAL OFFICE ACTION
## Notice of Provisional Full Refusal

**International Registration No. 1702937**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned (see https://www.uspto.gov/trademarks-application-process/abandoned-applications for information on abandonment). To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database at https://tsdr.uspto.gov/, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES:**

- Identification of Goods and Services Requirement
- Disclaimer Requirement

Class 14: Jewellery findings; jewellery made of precious metals; paste jewellery; tie clips; cuff links; rings being jewellery; bracelets; chains being jewellery; jewellery charms; necklaces being jewellery; tiaras; gems; medals; medallions; earrings; pins being jewellery; watch bands; watch chains; chronographs being watches; chronoscopes; clocks and watches; alarm clocks; commemorative coins; collectible coins; key rings in the nature of split rings with trinket or decorative fobs; commemorative shields of precious metals; jewellery cases; jewelry caskets; jewellery boxes

Class 16: Paper, paper articles in the nature of paper emblems and paper tablemats; cardboard and cardboard articles in the nature of storage boxes; books in the nature of PRINTED date books, sketch books; printed matter, in the nature of printed calendars, printed forms; printed teaching, educational and instructional materials in the field of science, law, medicine and economics; printed specialist periodicals in the field of science, law, medicine and economics; printed periodicals in the nature of magazines in the field of entertainment; PRINTED newspapers; printed sheet music; PRINTED magazines, namely, PRINTED general feature magazines; PRINTED maps for excursions, PRINTED maps for educational and teaching purposes, PRINTED posters and PRINTED wall charts, PRINTED photographs; pens; pencils; pencil cases

Class 18: Bags, namely, carry-all bags, leather bags; briefcases, backpacks, suitcases, document cases, umbrellas, wallets, travel bags, briefcases, handbags; conference folders, namely, briefcase-like leather business folders; coin purses, luggage; trunks being luggage; credit card cases and sports bags

Class 21: Drinking glasses, drinking vessels and barware, namely, beer glasses and wine glasses; cups and mugs; porcelain ware, namely, porcelain flower pots; isothermic bags, namely, thermal insulated bags for food or beverages; bottles, sold empty; stemware; decanters; napkin rings; works of art made of glass; works of art made of crystal; souvenir plates; coin banks; toothbrush holders; brushes, namely, scrubbing brushes, bath brushes; toothbrushes, non-electric; toothbrushes, electric

Class 25: Articles of clothing and footwear, namely, coats and shirts; bathing suits; neckties; jackets being clothing; stuff jackets being clothing; skirts; aprons being clothing; maillots; hosiery; sweaters; cloaks; brassieres; slips being underclothing; trousers; slippers; pyjamas; ponchos; sandals; shoes; neck scarves being mufflers; shawls; boots; uniforms; combinations being ONE-PIECE UNDERGARMENTS; dressing gowns; togas; sweatshirts; tee-shirts; sportswear, namely, sweat pants

Class 36: Providing educational scholarships; providing monetary grants to charities; providing information relating to charitable fundraising; investment of funds for charitable purposes; arranging of financing for humanitarian projects; financial sponsorship of {INDICATE SPECIFIC EVENT OR ACTIVITY}; philanthropic services concerning monetary donations; PROVIDING financial sponsorship OF {INDICATE SPECIFIC EVENT OR ACTIVITY} and patronage

Class 39: Rental of vehicles, namely, bicycles, scooters, cars and trucks; transportation travel arrangement for individuals and for groups, organising, reservation and booking of transport for travel tours, tourist transport services and sightseeing transport services, passenger transport using vehicles and trucks; escorting of travellers; chauffeur services

Class 41: Education and instruction, namely, providing classes and seminars in the field of science, law, medicine and economics; advanced training in the field of science, law, medicine and economics; business training services; continuous training in the field of science, law, medicine and economics; training and instruction, namely, providing workshops and seminars in the field of science, law,

students

Class 43: Rental of temporary accommodation; providing temporary accommodation in universities; temporary accommodation reservations; hospitality services, namely, providing temporary housing accommodations; hospitality services in the nature of making reservations for hotel accommodation; providing conference, exhibition and meeting facilities; providing food and drink in restaurants and bars; bar services; café services; canteen services; self-service restaurant services; restaurant services; snack-bar services

**Disclaimer Requirement**

Applicant must disclaim the wording "BUSINESS SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from Macmillan Dictionary shows this wording means a type of university or college where people study subjects related to business. Given that applicant's goods and services include providing classes and seminars in the field of science, law, medicine and economics, downloadable computer software for teaching, instructional and educational purposes in the field of science, law, medicine and economics, and providing educational scholarships, the wording merely describes ta characteristic, feature or use of applicant's goods and/or services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "BUSINESS SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**Email address required.** Applicant must provide applicant's email address, which is a requirement for a complete application. See 37 C.F.R. §2.32(a)(2); *Mandatory Electronic Filing & Specimen Requirements*, Examination Guide 1-20, at III.A. (Rev. Feb. 2020). Applicant's email address cannot be identical to the listed primary correspondence email address of any attorney retained to represent applicant in this application. See Examination Guide 1-20, at III.A.

**Applicant must be represented by a U.S.-licensed attorney to respond to or appeal the provisional refusal.** An applicant whose domicile is located outside of the United States or its territories is foreign-domiciled and must be represented by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §§2.11(a), 11.14; Requirement of U.S.-Licensed Attorney for Foreign-Domiciled Trademark Applicants & Registrants, Examination Guide 4-19, at I.A. (Rev. Sept. 2019). An individual applicant's domicile is the place a person resides and intends to be the person's principal home. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. A juristic entity's domicile is the principal place of business; i.e., headquarters, where a juristic entity applicant's senior executives or officers ordinarily direct and control the entity's activities. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. Because applicant is foreign-domiciled, applicant must appoint such a U.S.-licensed attorney qualified to practice under 37 C.F.R. §11.14 as its representative before the application may proceed to registration. 37 C.F.R. §2.11(a). See Hiring a U.S.-licensed trademark

https://www.macmillandictionary.com/dictionary/american/business-school

at 11:28:07, 01/21/2023

COLLOCATIONS THESAURUS BLOG

macmillan dictionary BUZZWORD OPEN DICTIONARY RESOURCES QUIZZES VIDEOS

Search Macmillan Dictionary

BRILLIANT EARTH
SHOP GEMSTONE RINGS

BRILLIANT EARTH
DREAM IN COLOR
SHOP GEMSTONE RINGS

# business school DEFINITIONS AND SYNONYMS

NOUN COUNTABLE/UNCOUNTABLE BUSINESS US

**WORD FORMS** +

**DEFINITIONS** 1




1 **a type of university or college where people study subjects related to business**

**Synonyms and related words** +

American definition and synonyms of **business school** from the online English dictionary from Macmillan Education
This is the American English definition of **business school** View British English definition of **business school**
Change your default dictionary to British English
View the pronunciation for **business school**

## THESAURUS

Using the dictionary →

Share this entry

## QUIZZES

VOCABULARY QUIZ: TRENDING WORDS OF 2020

Take the quiz now →

BRILLIANT EARTH

© Macmillan Education Limited 2009–2023

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 79358242

**Mark:** LUISS BUSINESS SCHOOL

**Correspondence Address:**
Società Italiana Brevetti S.p.A.
Piazza di Pietra, 38-39
I-00186 Roma ITALY

**Applicant:** Luiss - Libera Università Internazionale degli Studi Sociali Guido Carli

**Reference/Docket No.** N/A

**Correspondence Email Address:**

# NONFINAL OFFICE ACTION
## Notice of Provisional Full Refusal

**International Registration No. 1702937**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned (see https://www.uspto.gov/trademarks-application-process/abandoned-applications for information on abandonment). To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database at https://tsdr.uspto.gov/, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES:**

- Identification of Goods and Services Requirement
- Disclaimer Requirement

Class 14: Jewellery findings; jewellery made of precious metals; paste jewellery; tie clips; cuff links; rings being jewellery; bracelets; chains being jewellery; jewellery charms; necklaces being jewellery; tiaras; gems; medals; medallions; earrings; pins being jewellery; watch bands; watch chains; chronographs being watches; chronoscopes; clocks and watches; alarm clocks; commemorative coins; collectible coins; key rings in the nature of split rings with trinket or decorative fobs; commemorative shields of precious metals; jewellery cases; jewelry caskets; jewellery boxes

Class 16: Paper, paper articles in the nature of paper emblems and paper tablemats; cardboard and cardboard articles in the nature of storage boxes; books in the nature of PRINTED date books, sketch books; printed matter, in the nature of printed calendars, printed forms; printed teaching, educational and instructional materials in the field of science, law, medicine and economics; printed specialist periodicals in the field of science, law, medicine and economics; printed periodicals in the nature of magazines in the field of entertainment; PRINTED newspapers; printed sheet music; PRINTED magazines, namely, PRINTED general feature magazines; PRINTED maps for excursions, PRINTED maps for educational and teaching purposes, PRINTED posters and PRINTED wall charts, PRINTED photographs; pens; pencils; pencil cases

Class 18: Bags, namely, carry-all bags, leather bags; briefcases, backpacks, suitcases, document cases, umbrellas, wallets, travel bags, briefcases, handbags; conference folders, namely, briefcase-like leather business folders; coin purses, luggage; trunks being luggage; credit card cases and sports bags

Class 21: Drinking glasses, drinking vessels and barware, namely, beer glasses and wine glasses; cups and mugs; porcelain ware, namely, porcelain flower pots; isothermic bags, namely, thermal insulated bags for food or beverages; bottles, sold empty; stemware; decanters; napkin rings; works of art made of glass; works of art made of crystal; souvenir plates; coin banks; toothbrush holders; brushes, namely, scrubbing brushes, bath brushes; toothbrushes, non-electric; toothbrushes, electric

Class 25: Articles of clothing and footwear, namely, coats and shirts; bathing suits; neckties; jackets being clothing; stuff jackets being clothing; skirts; aprons being clothing; maillots; hosiery; sweaters; cloaks; brassieres; slips being underclothing; trousers; slippers; pyjamas; ponchos; sandals; shoes; neck scarves being mufflers; shawls; boots; uniforms; combinations being ONE-PIECE UNDERGARMENTS; dressing gowns; togas; sweatshirts; tee-shirts; sportswear, namely, sweat pants

Class 36: Providing educational scholarships; providing monetary grants to charities; providing information relating to charitable fundraising; investment of funds for charitable purposes; arranging of financing for humanitarian projects; financial sponsorship of {INDICATE SPECIFIC EVENT OR ACTIVITY}; philanthropic services concerning monetary donations; PROVIDING financial sponsorship OF {INDICATE SPECIFIC EVENT OR ACTIVITY} and patronage

Class 39: Rental of vehicles, namely, bicycles, scooters, cars and trucks; transportation travel arrangement for individuals and for groups, organising, reservation and booking of transport for travel tours, tourist transport services and sightseeing transport services, passenger transport using vehicles and trucks; escorting of travellers; chauffeur services

Class 41: Education and instruction, namely, providing classes and seminars in the field of science, law, medicine and economics; advanced training in the field of science, law, medicine and economics; business training services; continuous training in the field of science, law, medicine and economics; training and instruction, namely, providing workshops and seminars in the field of science, law,

students

Class 43: Rental of temporary accommodation; providing temporary accommodation in universities; temporary accommodation reservations; hospitality services, namely, providing temporary housing accommodations; hospitality services in the nature of making reservations for hotel accommodation; providing conference, exhibition and meeting facilities; providing food and drink in restaurants and bars; bar services; café services; canteen services; self-service restaurant services; restaurant services; snack-bar services

**Disclaimer Requirement**

Applicant must disclaim the wording "BUSINESS SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from Macmillan Dictionary shows this wording means a type of university or college where people study subjects related to business. Given that applicant's goods and services include providing classes and seminars in the field of science, law, medicine and economics, downloadable computer software for teaching, instructional and educational purposes in the field of science, law, medicine and economics, and providing educational scholarships, the wording merely describes ta characteristic, feature or use of applicant's goods and/or services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "BUSINESS SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**Email address required.** Applicant must provide applicant's email address, which is a requirement for a complete application. See 37 C.F.R. §2.32(a)(2); *Mandatory Electronic Filing & Specimen Requirements*, Examination Guide 1-20, at III.A. (Rev. Feb. 2020). Applicant's email address cannot be identical to the listed primary correspondence email address of any attorney retained to represent applicant in this application. See Examination Guide 1-20, at III.A.

**Applicant must be represented by a U.S.-licensed attorney to respond to or appeal the provisional refusal.** An applicant whose domicile is located outside of the United States or its territories is foreign-domiciled and must be represented by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §§2.11(a), 11.14; Requirement of U.S.-Licensed Attorney for Foreign-Domiciled Trademark Applicants & Registrants, Examination Guide 4-19, at I.A. (Rev. Sept. 2019). An individual applicant's domicile is the place a person resides and intends to be the person's principal home. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. A juristic entity's domicile is the principal place of business; i.e., headquarters, where a juristic entity applicant's senior executives or officers ordinarily direct and control the entity's activities. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. Because applicant is foreign-domiciled, applicant must appoint such a U.S.-licensed attorney qualified to practice under 37 C.F.R. §11.14 as its representative before the application may proceed to registration. 37 C.F.R. §2.11(a). See Hiring a U.S.-licensed trademark

https://www.macmillandictionary.com/dictionary/american/business-school at 11:28:07, 01/21/2023









# business school DEFINITIONS AND SYNONYMS

NOUN COUNTABLE/UNCOUNTABLE BUSINESS US

WORD FORMS +

DEFINITIONS 1




1 a type of university or college where people study subjects related to business

Synonyms and related words +

American definition and synonyms of **business** school from the online English dictionary from Macmillan Education
This is the American English definition of **business** school View British English definition of business school
Change your default dictionary to British English
View the pronunciation for business school

# THESAURUS

Using the dictionary

Share this entry

## QUIZZES

VOCABULARY QUIZ: TRENDING WORDS OF 2020



Take the quiz now



© Macmillan Education Limited 2009–2023

| | |
|---|---|
| **To:** | Education Direct, Inc. (donna.dimitir@thomson.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78729961 - PENN FOSTER CAREER SCHOOL - N/A |
| **Sent:** | 3/29/2006 11:49:38 AM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 78/729961

**APPLICANT**: Education Direct, Inc.

*78729961*

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**CORRESPONDENT ADDRESS**:
EDWARD A. FRIEDLAND
THE THOMSON CORPORATION
1 STATION PL
STAMFORD, CT 06902-6800

**MARK**: PENN FOSTER CAREER SCHOOL

**CORRESPONDENT'S REFERENCE/DOCKET NO** : N/A

**CORRESPONDENT EMAIL ADDRESS**:
donna.dimitir@thomson.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number 78/729961

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

**Search Results**

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

Although no similar registered or pending mark has been found that would bar registration, applicant must satisfy/address the following requirements.

**Requirements**

**Disclaimer**

The applicant must disclaim the descriptive wording "PENN" and "CAREER SCHOOL" apart from the mark as shown. Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a). Applicant is located in Pennsylvania such that the abbreviation, "PENN," is merely geographically descriptive of applicant's services. Applicant's proposed services are, in pertinent part, "providing programs and courses of instruction . . . at the . . . vocational . . . level." A vocation refers to an occupation or career. Applicant's services are in the nature of educational services such that "school" is merely descriptive of a feature of applicant's services. See the attached definitions from *The American Heritage Dictionary of the English Language*, Fourth Ed., 2000. Because "PENN," and, "CAREER SCHOOL," are merely descriptive of applicant's services, applicant must disclaim the descriptive wording "PENN" and "CAREER SCHOOL" apart from the mark as shown.

The computerized printing format for the *Trademark Official Gazette* requires a standard form for a disclaimer. TMEP §1213.08(a)(i). A properly worded disclaimer should read as follows:

> No claim is made to the exclusive right to use "PENN" and "CAREER SCHOOL" apart from the mark as shown.

*See In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

Paul C. Crowley
/Paul Crowley/
Trademark Attorney
Law Office 110
(571) 272-8846
Fax (formal responses only) (571) 273-9110

**HOW TO RESPOND TO THIS OFFICE ACTION:**

- ONLINE RESPONSE: You may respond using the Office's Trademark Electronic Application System (TEAS) Response to Office action form available on our website at http://www.uspto.gov/teas/index.html. If the Office action issued via e-mail, you must wait 72 hours after receipt of the Office action to respond via TEAS. **NOTE: Do not respond by e-mail. THE USPTO WILL NOT ACCEPT AN E-MAILED RESPONSE.**
- REGULAR MAIL RESPONSE: To respond by regular mail, your response should be sent to the mailing return address above, and include the serial number, law office number, and examining attorney's name. **NOTE: The filing date of the response will be the *date of receipt in the Office*,** not the postmarked date. To ensure your response is timely, use a certificate of mailing. 37 C.F.R. §2.197.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

amazon.com Find Gifts
Find your dream job in your neighborhood. SEARCH LOCAL JOBS monster
Ads by Google
Nannies & Babysitters
All your child care solutions under one umbrella!
Advertise on this site



The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

## Penn.

ABBREVIATION: Pennsylvania

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.






amazon.com Find Gifts
150 250 350 450 550 650 750 850 950
What is your Credit Score? Find out NOW! Click Here!

http://www.bartleby.com/61/56/V0135600.html 03/29/2006 11:27:14 AM

amazon.com
Find Gifts
Shop now at Amazon.com
Privacy Information

150 250 350 450 550 650 750 850 950
What is your Credit Score? Find out NOW! Click Here!

Ads by Goooooogle

TOEFL® Practice Online
Great TOEFL® iBT Practice Resources Free Membership Join today!
http://toeflpractice.ets.org

Bartleby.com Great Books Online
Reference | Verse | Fiction | Nonfiction
Search Dictionary Go

Home | Subjects | Titles | Authors | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ vocal tract vocational ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.



## vocation

SYLLABICATION: vo·ca·tion

PRONUNCIATION: vō-kā'shən

NOUN: **1.** A regular occupation, especially one for which a person is particularly suited or qualified. **2.** An inclination, as if in response to a summons, to undertake

inclination, as if in response to a summons, to undertake a certain kind of work, especially a religious career; a calling.

ETYMOLOGY: Middle English *vocacioun*, divine call to a religious life, from Old French *vocation*, from Latin *vocātiō*, *vocātiōn-*, a calling, from *vocātus*, past participle of *vocāre*, to call. See wekʷ- in Appendix I.




The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ vocal tract vocational ›

Google [ ] Search

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2005 Bartleby.com






**To:** Patrick C. Stephenson(trademarks.stephenson@kutakrock.com)
**Subject:** U.S. Trademark Application Serial No. 97871173 - ROADMASTER DRIVERS SCHOOL
**Sent:** January 05, 2024 01:40:50 PM EST
**Sent As:** tmng.notices@uspto.gov

**Attachments**

screencapture-www-merriam-webster-com-dictionary-school-17044776485111

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 97871173

**Mark:** ROADMASTER DRIVERS SCHOOL

**Correspondence Address:**
PATRICK C. STEPHENSON
KUTAK ROCK LLP
1650 FARNAM STREET
OMAHA NE 68102
UNITED STATES

**Applicant:** Career Path Training Corp.

**Reference/Docket No.** N/A

**Correspondence Email Address:** trademarks.stephenson@kutakrock.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** January 5, 2024

**Introduction**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant

must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Summary of Issues**

- Amendment Required - Identification Of Goods and/Or Services
- Disclaimer of Descriptive Wording Required

I. AMENDMENT REQUIRED - IDENTIFICATION OF GOODS AND/OR SERVICES

Applicant must amend the identification of goods and/or services in International Class 41 for the reasons stated below.

*Indefinite and/or Overbroad Wording in Identification of Goods and/or Services*

Some of the wording in the identification of goods and/or services is indefinite and/or overly broad; that is, it is not clear what the nature of the goods and/or services is and/or the identification could include goods and/or services in more than one international class. The identification of goods and/or services must be specific, definite, clear, accurate, and concise. *See* 15 U.S.C. §§1051(a)(2), 1051(b)(2), 1053, 1126(d)-(e), 1141f; 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.01(b)-(c).

Therefore, applicant must either (1) delete the unacceptable wording or (2) amend it to definite wording that specifies the nature of the goods and/or services in greater detail and that is within the scope of the original identification. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03. For assistance with drafting acceptable wording, use the USPTO's online searchable *Acceptable Identification of Goods and Services Manual* (ID Manual). *See* TMEP §1402.04. For guidance on searching the ID Manual, see "Searching the Trademark ID Manual" located under "Guides, Manuals, and Resources" in the Trademark portion of USPTO.gov, linked here.

*Suggested Wording for Identification of Goods and/or Services*

Applicant may substitute the following wording, if accurate (note that added text is indicated with bold type, deleted text is indicated with a strike through, and suggested text is indicated with braces):

> "vocational education and training, **namely, conducting {indicate mode(s) of instruction, e.g. in-person classes}** in the field of truck driving; education and training, **namely, conducting {indicate mode(s) of instruction, e.g. in-person classes}** ~~for~~ **in the field of acquiring a** commercial driver's license (CDL); ~~and~~ administration of commercial driver's license (CDL) testing" in International Class 41.

*Advisories – ID Manual and Scope of Amendments*

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and/or services may not later be reinserted. *See* TMEP §1402.07(e).

II. DISCLAIMER OF DESCRIPTIVE WORDING REQUIRED

Applicant must disclaim the wording "DRIVERS SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The wording "DRIVERS" is descriptive of applicant's services because applicant's identification references "commercial driver's licenses" and "truck driving". This wording is therefore only different in conjugation to language in applicant's identification of services. Additionally, the attached evidence from Merriam Webster Dictionary shows the wording "SCHOOL" means "to educate in an institution of learning". Thus, the wording merely describes applicant's goods and/or services because this wording merely notes that applicant's "education" services take place within a "school".

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "DRIVERS SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**Response guidelines.** For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Jonathan Watkins/
Jonathan Watkins
Examining Attorney
LO305--LAW OFFICE 305
(571) 272-3894
Jonathan.Watkins@uspto.gov

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://www.merriam-webster.com/dictionary/school 12:01:13, 01/05/2024

Merriam Webster | Dictionary | Thesaurus | school | Games & Quizzes | Word of the Day | Grammar | Wordplay | Word Finder | More

Entries Near
Cite this Entry
Share
Kids Definition
More from M-W
Show Less

## More from Merriam-Webster on *school*

Nglish: Translation of *school* for Spanish Speakers
Britannica English: Translation of *school* for Arabic Speakers

Last Updated: 3 Jan 2024 - Updated example sentences

Merriam Webster | Dictionary | Thesaurus | school | Games & Quizzes | Word of the Day | Grammar | Wordplay | Word Finder | More

Budget-Friendly Meal Ideas
Learn More

Dictionary
Definition
noun (1)
verb (1)
noun (2)
verb (2)
Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Related Articles
Entries Near
Cite this Entry
Share
Kids Definition
More from M-W

# school 1 of 4 noun (1)

ˈskül

Synonyms of *school* ›

1 : an organization that provides instruction: such as

a : an institution for the teaching of children

b : COLLEGE, UNIVERSITY

c (1) : a group of scholars and teachers pursuing knowledge together that with similar groups constituted a medieval university

(2) : one of the four faculties of a medieval university

(3) : an institution for specialized higher education often associated with a university

the *school* of engineering

d : an establishment offering specialized instruction

a secretarial *school*

driving *schools*

2 a (1) : the process of teaching or learning especially at a school

(2) : attendance at a school

(3) : a session of a school

b : a school building

Meals at Consistent Low Prices
We are committed to offering you consistent low prices on the items families use the most.

Quordle
W O R D Y
L O V E R
P L A Y S
D A I L Y
Can you solve 4 words at once?
Play

Show Less
Save Word

Synonym Chooser
Example Sentences
Word History
Phrases Containing
Related Articles
Entries Near
Cite this Entry
Share
Kids Definition
More from M-W
Show Less
Save Word

Dictionary
Definition
noun (1)
verb (1)
noun (2)
verb (2)

Synonyms
Synonym Chooser

b : a school building

c : the students attending a school

*also* : its teachers and students

3 : a source of knowledge

experience was his *school*

4 a : a group of persons who hold a common doctrine or follow the same teacher (as in

driving *schools*

2 a (1) : the process of teaching or learning especially at a school

(2) : attendance at a school

(3) : a session of a school

b : a school building

c : the students attending a school

*also* : its teachers and students

3 : a source of knowledge

experience was his *school*

4 a : a group of persons who hold a common doctrine or follow the same teacher (as in philosophy, theology, or medicine)

the Aristotelian *school*

*also* : the doctrine or practice of such a group

b : a group of artists under a common influence

c : a group of persons of similar opinions or behavior

*also* : the shared opinions or behavior of such a group

other *schools* of thought

5 : the regulations governing military drill of individuals or units

*also* : the shared opinions or behavior of such a group

other *schools* of thought

5 : the regulations governing military drill of individuals or units

*also* : the exercises carried out

the *school* of the soldier

# school 2 of 4 verb (1)

schooled; schooling; schools


P L A Y S
D A I L Y
Can you solve 4 words at once?
Play

A warm welcome
Shop Now


WORD OF THE DAY

accolade

WORD OF THE DAY

accolade

See Definitions and Examples »

Get Word of the Day daily email!

SUBSCRIBE

Example Sentences
Word History
Phrases Containing
Related Articles
Entries Near
Cite this Entry
Share
Kids Definition
More from M-W
Show Less ^

Save Word

*transitive verb*

1 a : to teach or drill in a specific knowledge or skill
well *schooled* in languages
b : to discipline or habituate to something
*school* oneself in patience

2 : to educate in an institution of learning
The child was *schooled* at great cost to her family






## school 3 of 4 noun (2)

: a large number of fish or aquatic animals of one kind swimming together

## school 4 of 4 verb (2)

**schooled; schooling; schools**

*intransitive verb*

: to swim or feed in a school
bluefish are *schooling*

noun (1)
verb (1)
noun (2)
**verb (2)**

Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Related Articles
Entries Near
Cite this Entry
Share
Kids Definition











### Synonyms

**Noun (1)**
academe · academy · seminary

**Verb (1)**
educate · indoctrinate · instruct

lesson teach train
tutor

See all Synonyms & Antonyms in Thesaurus >

## Choose the Right Synonym for *school*

TEACH, INSTRUCT, EDUCATE, TRAIN, DISCIPLINE, SCHOOL mean to cause to acquire knowledge or skill.

*instructs* raw recruits in military drill

EDUCATE implies development of the mind.

more things than formal schooling serve to *educate* a person

TRAIN stresses instruction and drill with a specific end in view.

*trained* foreign pilots to operate the new aircraft

DISCIPLINE implies training in habits of order and precision.

a *disciplined* mind

SCHOOL implies training or disciplining especially in what is hard to master.

*schooled* the horse in five gaits

Make an Appointment
Ad By Room & Board

## Examples of *school* in a Sentence

### Recent Examples on the Web

**Noun**

Stuck with the teacher and the kid is Randolph's Mary Lamb, who runs the *school* cafeteria and is grieving the loss of her son, recently killed in Vietnam.

— Patrick Brzeski, *The Hollywood Reporter*, 29 Dec. 2023

Merriam-Webster | Dictionary | Thesaurus | school | Games & Quizzes | Word of the Day | Grammar | Wordplay | Word Finder | More

**Dictionary**

**Definition**

- noun (1)
- verb (1)
- noun (2)
- verb (2)
- Synonyms
- Synonym Chooser
- Example Sentences
- **Word History**
- Phrases Containing
- Related Articles
- Entries Near
- Cite this Entry
- Share
- Kids Definition
- More from M-W
- Show Less

## Etymology

**Noun (1)**

Middle English *scole*, from Old English *scōl*, from Latin *schola*, from Greek *scholē* leisure, discussion, lecture, school; perhaps akin to Greek *echein* to hold — more at SCHEME entry 1

**Noun (2)**

Middle English *scole*, from Middle Dutch *schole*; akin to Old English *scolu* multitude and probably to Old English *scylion* to separate — more at SKILL entry 1

## First Known Use

**Noun (1)**

before the 12th century, in the meaning defined at sense 1

**Verb (1)**

15th century, in the meaning defined at sense 1a

**Noun (2)**

15th century, in the meaning defined above

**Verb (2)**

1597, in the meaning defined above

## Time Traveler


Create a home you love
Get free design advice in store, virtually or by phone. We'll help you with furniture ideas, space planning with 3D renderings and more.
Make an Appointment

Save Word

**The first known use of *school* was before the 12th century**

See more words from the same century

## Phrases Containing *school*

after-school
alternative school
B-school
charter school
at school
approved school

Dictionary
Thesaurus
school
Games & Quizzes
Word of the Day
Grammar
Wordplay
Word Finder
More

Dictionary
**Definition**
noun (1)
verb (1)
noun (2)
verb (2)
Synonyms
Synonym Chooser
Example Sentences
Word History
**Phrases Containing**
Related Articles
Entries Near
Cite this Entry
Share
Kids Definition
More from M-W
Show Less
Save Word

## Phrases Containing *school*

after-school
alternative school
B-school
charter school
at school
approved school
church school
in school
junior school

See More


**Create a home you love**

## Articles Related to *school*



**A Drudge of Lexicographers Presents:...**
What do you call a group of cats?



**Is 'School' Ever Properly a Verb?**
It's time for you to get schooled on 'school'



**Get Schooled on 'School'**
What does a school of fish have to do with a classroom? Nothing



Related Articles
**Entries Near**
Cite this Entry
Share
Kids Definition
More from M-W
Show Less
Save Word




"School," *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/school. Accessed 5 Jan. 2024.
Copy Citation

## Share

Facebook
Twitter

## Kids Definition

**Kids Definition**
More from M-W
Show Less
Save Word

### school 1 of 3 noun

skul

1 a : a place or establishment for teaching and learning

*also* : the shared opinions, beliefs, or methods of such a group

### school 2 of 3 verb

1 : to teach or drill in a specific skill or area of knowledge
*well schooled in languages*

2 : to discipline or make used to something
*school oneself in patience*

### school 3 of 3 noun

: a large number of water-dwelling animals of one kind (as fish) swimming together

Dictionary Thesaurus school Games & Quizzes Word of the Day Grammar Wordplay Word Finder More

...w, But Forgot | and Homonyms | Dashes, and Hyphens | Anyway

## Popular in Wordplay

See All



Words of the Week - Jan. 5



10 Words for Lesser-Known Games and Sports



Your Favorite Band is in the Dictionary



Etymologies for Every Day of the Week



7 Common Idioms That Come from Chickens

## Games & Quizzes

See All




Quordle

Can you solve 4 words at once?

Play




Blossom Word Game

You can make only 12 words. Pick the best ones!

Play




Missing Letter

A crossword with a twist

Play




Spelling Bee Quiz

Can you outdo past winners of the National Spelli...

Take the quiz

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on January 5, 2024 for
**U.S. Trademark Application Serial No. 97871173**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

| | |
|---|---|
| **To:** | STRINGHAM REAL ESTATE SCHOOL, INC. (danny@hopkinsonlaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85877874 - STRINGHAM SCHOOLS - N/A |
| **Sent:** | 6/26/2013 6:41:10 PM |
| **Sent As:** | ECOM103@USPTO.GOV |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4<br>Attachment - 5 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 85877874

**MARK:** STRINGHAM SCHOOLS

*85877874*

**CORRESPONDENT ADDRESS:**
DANIEL A. HOPKINSON
PO BOX 941
CENTERVILLE, UT 84014-0941

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**APPLICANT:** STRINGHAM REAL ESTATE SCHOOL, INC.

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
danny@hopkinsonlaw.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 6/26/2013**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues**

1. **Primarily Merely a Surname Refusal**
2. **Options for Responding to Surname Refusal**
3. **Attention invited to submit Claim of Acquired Distinctiveness**
4. **Instructions for submitting declaration to support allegation of acquired distinctiveness**
5. **Identification of services is unacceptable as indefinite**
6. **Requirements for multi-class applications based on use in commerce**
7. **Instructions for submitting declaration to support use of substitute specimen**
8. **Disclaimer of generic term required**

**Search Results – No Conflicting Marks Found**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**Trademark Act Section 2(e)(4) – Primarily Merely a Surname Refusal**

Applicant seeks registration of STRINGHAM SCHOOLS in connection with educational services. As demonstrated by the attached printout from LEXISNEXIS Search of LAST-NAME (STRINGHAM) MAXRESULTS (500), the surname STRINGHAM appeared approximately 550 times in the public records database. Therefore, the following refusal is now issued.

Registration is refused because the applied-for mark is primarily merely a surname. Trademark Act Section 2(e)(4), 15 U.S.C. §1052(e)(4); *see* TMEP §1211. The primary significance of the mark to the purchasing public determines whether a term is primarily merely a surname. *In re Kahan & Weisz Jewelry Mfg. Corp.*, 508 F.2d 831, 832, 184 USPQ 421, 422 (C.C.P.A. 1975); *In re Binion*, 93 USPQ2d 1531, 1537 (TTAB 2009); *see* TMEP §§1211, 1211.01.

Please see the attached evidence from a LEXISNEXIS search of LAST-NAME (STRINGHAM) on the Public Records: Surname File, establishin the surname significance of the surname STRINGHAM. This evidence shows the applied-for mark appearing approximately 550 times as a surname in a nationwide telephone directory of names.

The addition of the generic word "school" in the mark does not obviate the surname significance of the mark. Combining a surname with the generic name for the goods and/or services does not overcome a mark's surname significance. *See Mitchell Miller, P.C. v. Miller*, 105 USPQ2d 1615, 1622 (TTAB 2013) (holding MILLER LAW GROUP primarily merely a surname for legal services, noting that LAW GROUP is a generic designation for a law firm); *In re Hamilton Pharms. Ltd.*, 27 USPQ2d 1939, 1944 (TTAB 1993) (holding HAMILTON PHARMACEUTICALS primarily merely a surname for pharmaceutical products); *In re Cazes*, 21 USPQ2d 1796, 1797 (TTAB 1991) (holding BRASSERIE LIPP primarily merely a surname for restaurant services); TMEP §1211.01(b)(vi).

As demonstrated by the attached print out from the *Getty Thesaurus of Geographic Names Online*, "Stringham" appears also as the name of a lake and a peak. The fact that a term is shown to have some minor significance as a geographical term will not dissipate its primary significance as a surname. *In re Hamilton Pharms. Ltd.*, 27 USPQ2d 1939, 1943 (TTAB 1993); *In re Picone*, 221 USPQ 93, 95 (TTAB 1984); TMEP §1211.01(a)(iii).

The following five factors are used to determine whether a mark is primarily merely a surname:

(1) Whether the surname is rare;

(2) Whether anyone connected with applicant uses the term as a surname;

(3) Whether the term has any recognized meaning other than as a surname;

(4) Whether the term has the structure and pronunciation of a surname; and

(5) Whether the term is sufficiently stylized to remove its primary significance from that of a surname.

*See In re Binion*, 93 USPQ2d 1531, 1537 (TTAB 2009); *In re Benthin Mgmt. GmbH*, 37 USPQ2d 1332, 1333-34 (TTAB 1995); TMEP §1211.01.

**Options for Responding to Refusal**

A mark deemed primarily merely a surname may be registered on the Principal Register under Trademark Act Section 2(f) by satisfying one of the following:

(1) Submit a claim of ownership of one or more prior registrations on the Principal Register for a mark that is the same as the mark in the application and for the same or related goods and/or services. 37 C.F.R. §2.41(b); TMEP §§1212, 1212.04. The following wording is suggested: **"The mark has become distinctive under Section 2(f) of the goods or services as evidenced by ownership of U.S. Registration No(s). ____ on the Principal Register for the same mark for the same or related goods and/or services."** TMEP §1212.04(e).;

(2) Submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: **"The mark has become distinctive of the goods and/or services through applicant's substantially exclusive and continuous use in commerce for at**

**least the five years immediately before the date of this statement."** 37 C.F.R. §2.41(b); TMEP §1212.05(d); *see* 37 C.F.R. §2.193(e)(1).; or

(3) Submit actual evidence of acquired distinctiveness. 37 C.F.R. §2.41(a); TMEP §1212.06. Such evidence may include the following: examples of advertising and promotional materials that specifically promote the applied-for mark as a trademark and/or service mark in the United States; dollar figures for advertising devoted to such promotion; dealer and consumer statements of recognition of the applied-for mark as a trademark and/or service mark; and any other evidence that establishes recognition of the applied-for mark as a source-identifier for the goods and/or services. *See In re Ideal Indus., Inc.*, 508 F.2d 1336, 184 USPQ 487 (C.C.P.A. 1975); *In re Instant Transactions Corp. of Am.*, 201 USPQ 957 (TTAB 1979); TMEP §§1212.06 *et seq.*

Trademark Act Section 2(f), 15 U.S.C. §1052(f); *see* 37 C.F.R. §2.41; TMEP §§1211, 1212.

If applicant cannot satisfy one of the above, applicant can amend the application to seek registration on the Supplemental Register. Trademark Act Section 23, 15 U.S.C. §1091; *see* 37 C.F.R. §§2.47, 2.75(a).

**Acquired Distinctiveness**

The application record indicates that applicant has used its mark for a long time; therefore, applicant can seek registration on the Principal Register under Trademark Act Section 2(f), based on acquired distinctiveness. *See* 15 U.S.C. §1052(f); TMEP §1212.05.

To amend the application to Section 2(f) based on five years' use, applicant should submit the following written statement claiming acquired distinctiveness, if accurate:

> **The mark has become distinctive of the goods and/or services through applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement.**

TMEP §1212.05(d). Applicant must verify this statement with an affidavit or signed declaration under 37 C.F.R. §2.20. 37 C.F.R. §2.41(b); TMEP §1212.05(d); *see* 37 C.F.R. §2.193(e)(1).

**Instructions for Submitting Declaration to Support Allegation of Acquired Distinctiveness**

Applicant may submit a declaration online using the Trademark Electronic Application System (TEAS) response to Office action form at http://www.uspto.gov/trademarks/teas/response_forms.jsp. When in the screen of the TEAS response form wizard, answer "yes" to the wizard question relating to submitting a "signed declaration," and follow the instructions within the form for signing. *See* 37 C.F.R. §§2.20, 2.33(a)-(b)(1), 2.193(a)-(e)(1); TMEP §§611.01(c), 804.01(b).

*Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.*

*Applicant must respond to the requirement(s) set forth below.*

**Identification of Services – Unacceptable as Indefinite**

The wording "Educational services in the nature of vocational schools;" in the identification of services must be clarified because it is unacceptable as indefinite because it does not include the types of vocational schools. *See* TMEP §1402.01. Applicant may substitute the following wording, if accurate: providing vocational education in the fields of ___________ [identify subject matter or content];"

The wording "Educational services, namely, conducting webinars in the field of real estate, mortgage, or contracting;" in the identification of services is indefinite and must be clarified because it does not specify whether the webinars are downloadable or non-downloadable. *See* TMEP §1402.01. Applicant may adopt the following format in amending this wording:

1. "Educational namely, conducting non-downloadable webinars in the field of real estate, mortgage, or contracting;" in Class 41
2. "Downloadable webinars in the field of real estate, mortgage, or contracting;" in Class 9

An applicant may amend an identification of services only to clarify or limit the services; adding to or broadening the scope of the services is not permitted. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07 *et seq.*

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S.*

*Acceptable Identification of Goods and Services Manual* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

**Requirements for Multi-Class Applications Based on Use in Commerce**

For an application with more than one international class, called a "multiple-class application," an applicant must meet all the requirements below for those international classes based on use in commerce:

(1) LIST GOODS AND/OR SERVICES BY INTERNATIONAL CLASS: Applicant must list the goods and/or services by international class.

(2) PROVIDE FEES FOR ALL INTERNATIONAL CLASSES: Applicant must submit an application filing fee for each international class of goods and/or services not covered by the fee(s) already paid (confirm current fee information at http://www.uspto.gov/trademarks/tm_fee_info.jsp).

(3) SUBMIT REQUIRED STATEMENTS AND EVIDENCE: For each international class of goods and/or services, applicant must also submit the following:

(a) DATES OF USE: Dates of first use of the mark anywhere and dates of first use of the mark in commerce, or a statement that the dates of use in the initial application apply to that class. The dates of use, both anywhere and in commerce, must be at least as early as the filing date of the application.

(b) SPECIMEN: One specimen showing the mark in use in commerce for each international class of goods and/or services. Applicant must have used the specimen in commerce at least as early as the filing date of the application. If a single specimen supports multiple international classes, applicant should indicate which classes the specimen supports. Examples of specimens for goods are tags, labels, instruction manuals, containers, photographs that show the mark on the actual goods or packaging, or displays associated with the goods at their point of sale. *See* TMEP §§904.03 *et seq.* Examples of specimens for services are signs, photographs, brochures, website printouts, or advertisements that show the mark used in the actual sale or advertising of the services. *See* TMEP §§1301.04 *et seq.*

(c) STATEMENT: The following statement: "**The specimen was in use in commerce on or in connection with the goods and/or services listed in the application at least as early as the filing date of the application.**"

(d) VERIFICATION: Applicant must verify the statements in 3(a) and 3(c) (above) in an affidavit or signed declaration under 37 C.F.R. §2.20. Verification is not required where (1) the dates of use for the added class are stated to be the same as the dates of use specified in the initial application, and (2) the original specimens are acceptable for the added class(es).

*See* 15 U.S.C. §§1051(a), 1112, 1127; 37 C.F.R. §§2.32(a)(5), 2.34(a)(1), 2.56(a), 2.71(c), 2.86(a), 2.193(e)(1); TMEP §§1403.01, 1403.02(c).

With respect to the specimen requirement in 3(b) above in which a specimen is required for each international class of goods and/or services, the specimen(s) of record is acceptable for International Class(es) 41 only. Applicant must submit additional specimens if different international classes are added to the application.

**Instructions for Submitting Declaration to Support Use of Substitute Specimen**

To submit a verified substitute specimen online via the Trademark Electronic Application System (TEAS), applicant should do the following: (1) answer "yes" to the TEAS response form wizard question to "submit a new or substitute specimen;" (2) attach a jpg or pdf file of the substitute specimen; (3) select the statement that "The substitute specimen(s) was in use in commerce at least as early as the filing date of the application."; and (4) sign personally or enter personally his/her electronic signature, name in printed or typed form, and date after the declaration at the end of the TEAS response form. *See* 37 C.F.R. §§2.59(a), 2.193(a), (c)-(d), (e)(1); TMEP §§611.01(c), 804.01(b). Please note that these steps appear on different pages of the TEAS response form.

If applicant experiences difficulty in submitting the required substitute specimen, supporting statement and/or declaration, please e-mail TEAS@uspto.gov for technical assistance regarding the TEAS response form.

**Disclaimer of Generic Term**

Applicant must disclaim the descriptive wording "Schools" apart from the mark as shown because it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373

F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005); TMEP §§1213, 1213.03(a). (See attached definition from the *Collins English Dictionary,* available at COLLINSDICTIONARY.COM).

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f) or on the Supplemental Register, applicant must disclaim "
Schools" because such wording appears to be generic in the context of applicant's goods and/or services. *See* 15 U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 196 USPQ 7 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766 (TTAB 1986); TMEP §1213.03(b).

The following is the standardized format for a disclaimer:

**No claim is made to the exclusive right to use "Schools" apart from the mark as shown.**

TMEP §1213.08(a)(i).

<u>**Assistance**</u>

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

**TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:** Applicants who filed their application online using the reduced-fee TEAS Plus application must continue to submit certain documents online using TEAS, including responses to Office actions. *See* 37 C.F.R. §2.23(a)(1). For a complete list of these documents, see TMEP §819.02(b). In addition, such applicants must accept correspondence from the Office via e-mail throughout the examination process and must maintain a valid e-mail address. 37 C.F.R. §2.23(a)(2); TMEP §§819, 819.02(a). TEAS Plus applicants who do not meet these requirements must submit an additional fee of $50 per international class of goods and/or services. 37 C.F.R. §2.6(a)(1)(iv); TMEP §819.04. In appropriate situations and where all issues can be resolved by amendment, responding by telephone to authorize an examiner's amendment will not incur this additional fee.

/Susan A. Richards/
Susan A. Richards
Law Office 103
(571) 272-8266
susan.richards@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to <u>http://www.uspto.gov/trademarks/teas/response_forms.jsp</u>. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail <u>TEAS@uspto.gov</u>. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official

notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

108B8C

Print Request: Selected Items: 1-100

Time of Request: Tuesday, June 25, 2013 15:27:36 EST

Number of Lines: 299
Print Number: 2828:415720694

Client ID/Project Name:

Note:
Research Information:

Surname
last-name(STRINGHAM) maxresults(500)

**Search:** Public Records : Surname
**Terms:** last-name(STRINGHAM) maxresults(500)

**Total number found: 550**

| No. | Name | Address | Phone |
|---|---|---|---|
| 1. | STRINGHAM, A | 11836 S COTTAGE VIEW LN<br>DRAPER, UT 84020-8207 | 801-495-1851 |
| 2. | STRINGHAM, A | MURRIETA, CA 92563 | 951-677-2355 |
| 3. | STRINGHAM, A | YONCALLA, OR 97499 | 541-849-2787 |
| 4. | STRINGHAM, ADAM | 1030 13TH AVE SW<br>ALBANY, OR 97321-2101 | 541-928-3607 |
| 5. | STRINGHAM, ALBERT | 1428 BARTON BLVD<br>ROCKFORD, IL 61103-3134 | 815-877-0690 |
| 6. | STRINGHAM, ALENE | 2782 W 4400 S<br>ROY, UT 84067-8946 | 801-731-8406 |
| 7. | STRINGHAM, ALFRED | 72 S 1000 W<br>ROOSEVELT, UT 84066-2665 | 435-722-2534 |
| 8. | STRINGHAM, ALISON | 770 JAMES ST<br>SYRACUSE, NY 13203-2117 | 315-565-4010 |
| 9. | STRINGHAM, ALPINE P | 4206 S CHARLES DR<br>SALT LAKE CITY, UT 84120-5004 | 801-967-4204 |
| 10. | STRINGHAM, AMY S | 10830 N CEDAR DR<br>GRAND HAVEN, MI 49417-8746 | 616-844-6932 |
| 11. | STRINGHAM, AMY | 200 N STATE<br>ORDERVILLE, UT 84758 | 435-648-2719 |
| 12. | STRINGHAM, ANDREA | 307 SUSAN DR<br>CINNAMINSON, NJ 08077-4257 | 856-786-7615 |
| 13. | STRINGHAM, ANN | 6431 W 63RD ST<br>CHICAGO, IL 60638-5003 | 773-586-6897 |
| 14. | STRINGHAM, ANNA | 3385 S 100 E<br>BOUNTIFUL, UT 84010-6603 | 801-683-8954 |
| 15. | STRINGHAM, ANNA | 898 S MERIDIAN ST<br>BLACKFOOT, ID 83221-2660 | 208-785-2630 |
| 16. | STRINGHAM, ANNE | 2706 E KENTUCKY AVE<br>SALT LAKE CITY, UT 84117-5512 | 801-278-1806 |
| 17. | STRINGHAM, ARNOLD | 11342 S CARRIE RIM CIR<br>SOUTH JORDAN, UT 84095-2216 | 801-446-5571 |

| | | | |
|---|---|---|---|
| 18. | STRINGHAM, ARTHUR | 1233 PINE CONE CT<br>SEVERN, MD 21144-1879 | 410-551-4416 |
| 19. | STRINGHAM, B | 690 W 100 S<br>PAUL, ID 83347-8741 | 208-438-4091 |
| 20. | STRINGHAM, B E | 1152 S BEAR LAKE BLVD<br>GARDEN CITY, UT 84028-9704 | 435-946-8666 |
| 21. | STRINGHAM, B | 205 N HAYES ST<br>MOUNT AYR, IA 50854-1746 | 641-464-0747 |
| 22. | STRINGHAM, B | 5976 S MONTE CARLO DR<br>SALT LAKE CITY, UT 84121-2149 | 801-274-7222 |
| 23. | STRINGHAM, B | 76 S PROSPECT ST<br>PUTNAM, CT 06260-1416 | 860-963-2621 |
| 24. | STRINGHAM, B | BROOMFIELD, CO 80020 | 720-887-3578 |
| 25. | STRINGHAM, B | DEL MAR, CA 92014 | 858-755-2475 |
| 26. | STRINGHAM, B | RIALTO, CA 92376 | 909-258-2612 |
| 27. | STRINGHAM, BART | 6520 CALLANDER DR<br>BETHESDA, MD 20817-5438 | 301-229-7349 |
| 28. | STRINGHAM, BART | 1330 E TETON BLVD<br>GREEN RIVER, WY 82935-5659 | 307-875-7769 |
| 29. | STRINGHAM, BART | 2895 E TOLCATE LN<br>SALT LAKE CITY, UT 84121-1526 | 801-273-0092 |
| 30. | STRINGHAM, BEN | 1405 E MICHIGAN AVE<br>ALBION, MI 49224-1938 | 517-629-5945 |
| 31. | STRINGHAM, BEN | CORVALLIS, OR 97333 | 541-929-7293 |
| 32. | STRINGHAM, BERT D | 3289 HIDDEN OAKS TRL<br>LA PORTE, IN 46350-2861 | 219-324-9704 |
| 33. | STRINGHAM, BETTY | 3216 N 24TH ST<br>TACOMA, WA 98406-6112 | 253-752-0485 |
| 34. | STRINGHAM, BEVERLY | 1914 RIDGEWOOD WAY<br>BOUNTIFUL, UT 84010-1666 | 801-292-9514 |
| 35. | STRINGHAM, BILL J | 6573 GRAY ST<br>ARVADA, CO 80003-4747 | 303-422-8503 |
| 36. | STRINGHAM, BILL | 1476 STATE HIGHWAY 2<br>BENTON, IA 50835-8808 | 641-785-2313 |
| 37. | STRINGHAM, BILLY | 256 E 200 N<br>PRICE, UT 84501-2518 | 435-637-9953 |
| 38. | STRINGHAM, BJORN C STRINGHAM | 399 W 1300 N<br>AMERICAN FORK, UT 84003-2735 | 801-492-0434 |
| 39. | STRINGHAM, BOYD | 400 N E<br>SPRING CITY, UT 84662 | 435-462-5393 |
| 40. | STRINGHAM, BRADLEY | 1109 WELLER AVE<br>LA PORTE, IN 46350-2971 | 219-380-5174 |
| 41. | STRINGHAM, BRANDEN | 12 HOPE DR<br>BAGDAD, AZ 86321 | 928-633-5487 |
| 42. | STRINGHAM, BRENT | 420 N 400 E<br>RICHFIELD, UT 84701-2209 | 435-893-8188 |
| 43. | STRINGHAM, BRENT | 21 FALCON CREST LN<br>ALISO VIEJO, CA 92656-1218 | 949-454-8929 |
| 44. | STRINGHAM, BRENT C | 9950 S PEACH GROVE CIR<br>SOUTH JORDAN, UT 84095-9341 | 801-254-0617 |

| | | | |
|---|---|---|---|
| 45. | STRINGHAM, BRENT STRINGHAM | 1232 E SHADOW GATE CIR<br>SANDY, UT 84094-5771 | 801-619-2098 |
| 46. | STRINGHAM, BRET K | 880 S 2000 E<br>VERNAL, UT 84078-9148 | 435-789-8650 |
| 47. | STRINGHAM, BRIAN | 3703 W ELK VISTA LN<br>SOUTH JORDAN, UT 84095-9558 | 801-280-4128 |
| 48. | STRINGHAM, BRIAN | 1239 WESTSIDE DR<br>LAYTON, UT 84041-7355 | 801-546-1942 |
| 49. | STRINGHAM JR, BRIANT | 325 E CLARK ST<br>SALT LAKE CITY, UT 84107-4916 | 801-266-4794 |
| 50. | STRINGHAM, BRONIA | 1129 SYLVAN RD<br>BENTON HARBOR, MI 49022-3542 | 269-934-0169 |
| 51. | STRINGHAM, BRUCE | 2237 W RIVERS EDGE LN<br>SAINT GEORGE, UT 84770-1852 | 435-674-2301 |
| 52. | STRINGHAM, BRYAN | 3700 W 10TH ST<br>SEDALIA, MO 65301-2540 | 660-826-5226 |
| 53. | STRINGHAM, BRYANT | 327 W 765 S<br>OREM, UT 84058-6185 | 801-225-3943 |
| 54. | STRINGHAM, BRYANT D | 69 GILLIAM ST<br>DIXIE, WA 99329 | |
| 55. | STRINGHAM, BUFFY | 450 E 300 S<br>SANTAQUIN, UT 84655-8038 | 801-754-1177 |
| 56. | STRINGHAM, C | 9555 W 59TH AVE<br>ARVADA, CO 80004-5300 | |
| 57. | STRINGHAM, C | 11836 S COTTAGE VIEW LN<br>DRAPER, UT 84020-8207 | 801-495-1851 |
| 58. | STRINGHAM, C | 16014 S SIGNAL BUTTE RD<br>MESA, AZ 85212-7911 | 480-888-2139 |
| 59. | STRINGHAM, C | GLENDALE, AZ 85304 | 623-334-8096 |
| 60. | STRINGHAM JR, CALVIN | 9518 S SPRING HARVEST CIR<br>SOUTH JORDAN, UT 84095-2355 | 801-253-3225 |
| 61. | STRINGHAM, CAMERON | 2700 W POWELL BLVD<br>GRESHAM, OR 97030-6509 | 503-489-5759 |
| 62. | STRINGHAM, CAMILLE | 815 E OAKMONT AVE<br>SALT LAKE CITY, UT 84107-7728 | 801-305-4405 |
| 63. | STRINGHAM, CAROL | 19 RITSON ST<br>NEW CASTLE, NH 03854 | 603-433-5633 |
| 64. | STRINGHAM, CAROLE | 29 BRETSHIRE CT<br>MEDFORD, NJ 08055-9357 | |
| 65. | STRINGHAM, CARROLL A | 5398 N VIA PAPAVERO<br>TUCSON, AZ 85750-6055 | 520-615-8640 |
| 66. | STRINGHAM, CASEY | 5870 S 4500 W<br>HOOPER, UT 84315-6770 | 801-820-6967 |
| 67. | STRINGHAM, CATHY | 420 N 400 E<br>RICHFIELD, UT 84701-2209 | 435-893-8188 |
| 68. | STRINGHAM, CHAR | 4572 E GRAND RIVER RD<br>WEBBERVILLE, MI 48892-9241 | 517-521-3045 |
| 69. | STRINGHAM, CHARLENE K | ROAD 126<br>TULARE, CA 93274 | |
| 70. | STRINGHAM, CHARLES | AUTUMN HILLS DR<br>WINNEMUCCA, NV 89445 | |
| 71. | STRINGHAM, CHARLES | 7126 W CORRINE DR | 623-878-0534 |

| | | | |
|---|---|---|---|
| | | PEORIA, AZ 85381-9559 | |
| 72. | STRINGHAM, CHARLES | 14510 CURRY RD<br>DUNCANVILLE, AL 35456-1500 | 205-210-5103 |
| 73. | STRINGHAM, CHARLES | 4949 MINNS DR<br>MACHESNEY PARK, IL 61115-7146 | 815-636-0917 |
| 74. | STRINGHAM, CHARLES | 8895 E SHASTA DR<br>GOLD CANYON, AZ 85118-3323 | |
| 75. | STRINGHAM, CHARLES | 3880 WESTCLIFF DR<br>HOOD RIVER, OR 97031-8710 | 541-386-6288 |
| 76. | STRINGHAM, CHARLES | 724 WILSON RD<br>BRODNAX, VA 23920-3458 | 434-584-0182 |
| 77. | STRINGHAM, CHARLES | TOWANDA, PA 18848 | 570-265-5642 |
| 78. | STRINGHAM, CHARLOTTE | 6517 SW US HIGHWAY 59<br>SAINT JOSEPH, MO 64504-2440 | 816-238-7744 |
| 79. | STRINGHAM, CHEREE | 37 BOUDREAU LN<br>BENNINGTON, VT 05201-8759 | |
| 80. | STRINGHAM, CHRIS | 216 W SUNFLOWER ST<br>ELKHORN, WI 53121-4537 | 262-379-1137 |
| 81. | STRINGHAM, CHRIS | 597 WOODBINE AVE SE<br>WARREN, OH 44483-6050 | 330-373-6451 |
| 82. | STRINGHAM, CHRIS | CORVALLIS, OR 97333 | 541-758-8012 |
| 83. | STRINGHAM, CHRISTA | 955 HOWARD AVE<br>ESCONDIDO, CA 92029-2014 | 760-294-8454 |
| 84. | STRINGHAM, CHRISTMAS | 22960 KNOTTINGHAM DR<br>SEDALIA, MO 65301 | 660-827-2866 |
| 85. | STRINGHAM, CHRISTOPHE | 770 JAMES ST<br>SYRACUSE, NY 13203-2117 | 315-565-4010 |
| 86. | STRINGHAM, CHRISTOPHER | 111 ROBERTA DR<br>LIVERPOOL, NY 13090-3131 | 315-451-4843 |
| 87. | STRINGHAM, CHUCK | 60 RIVERSIDE DR<br>WESTFIELD, MA 01085-4337 | 413-568-8597 |
| 88. | STRINGHAM, CHUCK | SALEM, OR 97302 | 503-399-8274 |
| 89. | STRINGHAM, CLAIRE | 5845 NUEVO LEON ST<br>NORTH LAS VEGAS, NV 89031-4101 | 702-839-0329 |
| 90. | STRINGHAM, CLARK | 2606 CANYON POINT DR<br>SPRINGDALE, UT 84767 | 435-772-0521 |
| 91. | STRINGHAM, CLAUDE | 256 MAPLE AVE<br>EAST MEADOW, NY 11554-2840 | 516-214-6735 |
| 92. | STRINGHAM, CLAUDIA | 1844 CALLOWHILL ST<br>PHILADELPHIA, PA 19130-4115 | 215-665-9890 |
| 93. | STRINGHAM, CLAY | 4123 CAMILLE ST<br>SALT LAKE CITY, UT 84124-2846 | 801-272-3183 |
| 94. | STRINGHAM, CLEO | HOLLADAY, UT 84117 | 801-274-0502 |
| 95. | STRINGHAM, CLYDE | 135 TWIN PEAKS ST<br>MIDVALE, UT 84047-1217 | 801-255-6744 |
| 96. | STRINGHAM, CORINNE | 2486 PRIMERO DR<br>KISSIMMEE, FL 34746-5915 | 407-396-6062 |
| 97. | STRINGHAM, CRAIG | 265 S SUTTON RD<br>JACKSON, MI 49203-2427 | 517-764-7134 |
| 98. | STRINGHAM, CRYSTAL | 10700 MOSCOW RD | 517-563-8818 |

| | | | |
|---|---|---|---|
| | | HANOVER, MI 49241-9643 | |
| 99. | STRINGHAM, D | 121 W 400 S<br>VERNAL, UT 84078-3130 | 435-789-1508 |
| 100. | STRINGHAM, D | 3620 ACREAGE LN<br>SEBASTOPOL, CA 95472-8964 | |

LexisNexis, a division of Reed Elsevier

| | |
|---|---|
| Search: | Public Records : Surname |
| Terms: | last-name(STRINGHAM) maxresults(500) |
| Date/Time: | Tuesday, June 25, 2013 3:26 PM |
| Permissible Use: | **DPPA - I have no permissible use**<br>**GLBA - I have no permissible use** |

Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

108B8C

********** Print Completed **********

Time of Request: Tuesday, June 25, 2013 15:27:36 EST

Print Number: 2828:415720694
Number of Lines: 299
Number of Pages:

Send To: Arnold, Sarah
TRADEMARK LAW LIBRARY
600 DULANY ST
ALEXANDRIA, VA 22314-5790

Research

Research Home ▸ Tools ▸ Thesaurus of Geographic Names ▸ Full Record Display

Getty Thesaurus of Geographic Names® Online
Full Record Display

New Search | ◂Previous Page | Help

Vernacular Display | **English Display**

Click the icon to view the hierarchy.

**ID: 2699308** **Record Type: physical**

**Stringham Lake (lake)**

*Coordinates:*
Lat: 46 00 00 N *degrees minutes* Lat: 46.0000 *decimal degrees*
Long: 083 50 00 W *degrees minutes* Long: -83.8333 *decimal degrees*

**Names:**
**Stringham Lake** (preferred,C,V)

**Hierarchical Position:**
World (facet)
.... North and Central America (continent) (P)
........ United States (nation) (P)
............ Michigan (state) (P)
................ Chippewa (county) (P)
.................... Stringham Lake (lake) (P)

**Place Types:**
lake (preferred, C)

**Sources and Contributors:**
Stringham Lake.......... [VP Preferred]
.............................. USGS, GNIS Digital Gazetteer (1994) GNIS26024024
**Subject:** ..... [VP]
.............. USGS, GNIS Digital Gazetteer (1994) GNIS26024024

**ID: 2699309** **Record Type: physical**

**Stringham Peak (peak)**

*Coordinates:*
Lat: 40 58 00 N *degrees minutes* Lat: 40.9667 *decimal degrees*
Long: 112 13 00 W *degrees minutes* Long: -112.2167 *decimal degrees*

**Names:**
**Stringham Peak** (preferred,C,V)

**Hierarchical Position:**
World (facet)
.... North and Central America (continent) (P)
........ United States (nation) (P)
............ Utah (state) (P)
................ Davis (county) (P)
.................... Stringham Peak (peak) (P)

**Place Types:**
peak (preferred, C)

**Sources and Contributors:**
Stringham Peak.......... [VP Preferred]
.............................. USGS, GNIS Digital Gazetteer (1994) GNIS49031585
**Subject:** ..... [VP]
.............. USGS, GNIS Digital Gazetteer (1994) GNIS49031585

New Search

▲ Back to top

Printer-friendly version

The J. Paul Getty Trust

© 2004 J. Paul Getty Trust
Terms of Use / Privacy Policy / Contact Us

Fce
www.ace-pt.org
Let Our Team Of Experienced Therapists Get You Back To Work.
AdChoices



# English Dictionary

Definition of "school"





1

## school (sku:l )

Definitions

noun

a. an institution or building at which children and young people usually under 19 receive education
b. (*as modifier*) ⇒ *school bus*, *school day*
c. (*in combination*) ⇒ *schoolroom*, *schoolwork*

2. any educational institution or building
3. a faculty, institution, or department specializing in a particular subject ⇒ *a law school*
4. the staff and pupils of a school
5. the period of instruction in a school or one session of this ⇒ *he stayed after*

This site uses cookies to improve your browsing experience. For more information see our privacy policy. Close message ×

7. a place or sphere of activity that instructs ⇒ *the school of hard knocks*
8. a body of people or pupils adhering to a certain set of principles, doctrines, or methods

Word Frequency

Spread the Word

Like this word

Tweet 0 +1 0 Like 1.1k

Fce
www.ace-pt.org
Let Our Team Of Experienced Therapists Get You Back To Work.

Top 1% MCAT Tutors
www.TopTestPrep.com/MCAT-Experts
Learn How to Increase Your MCAT Scores by 10+ Points Now

Teach Autistic Children
www.WGU.edu/SpecialEd
Online NCATE Accredited B.A. & M.S. Degrees in Special Ed. Enroll Now!
AdChoices

Latest New Word Submissions

Yorker

Suggested by Daved Wachsman (25 Jun 2013)

Cosplay

methods

9. a group of artists, writers, etc, linked by the same style, teachers, or aims ⇒ *the Venetian school of painting*
10. a style of life ⇒ *a gentleman of the old school*
11. (*informal*) a group assembled for a common purpose, esp gambling or drinking

verb

12. to train or educate in or as in a school
13. to discipline or control
14. *an archaic word for* reprimand

## Word Origin

Old English *scōl,* from Latin *schola* school, from Greek *skholē* leisure spent in the pursuit of knowledge

This site uses cookies to improve your browsing experience. For more information see our privacy policy Close message ×

Synonyms

= **academy**, college, institution, institute, discipline, seminary, educational institution, centre of learning, alma mater

= **group**, set, circle, following, class, faction, followers, disciples, sect, devotees, denomination, clique, adherents, schism

= **way of life**, doctrine, creed, faith, outlook, persuasion, denomination, school of thought

= **train**, prime, coach, prepare, discipline, educate, drill, tutor, instruct, verse, indoctrinate

## Quotations including 'school'

- "School is where you go between when your parents can't take you and industry can't take you" **John Updike**
- "A school is not a factory. Its raison d'être is to provide opportunity for experience" **J.L. Carr**

This site uses cookies to improve your browsing experience. For more information see our privacy policy Close message ×

## Definitions

noun

1 a group of porpoises or similar aquatic animals that swim together

Cosplay
Suggested by Daved Wachsman (25 Jun 2013)

Stem
Suggested by Daved Wachsman (25 Jun 2013)

Automavision
Suggested by Daved Wachsman (25 Jun 2013)

Jade Effect
Suggested by Daved Wachsman (25 Jun 2013)

View More

Suggest a new word to add to the dictionary

Latest Published Words and Updates

AWD

Related Terms

179 results

- art school
- cool school
- dame school
- day school
- high school

View more related terms

Browse nearby words

- Schonberg
- Schongauer
- school

All English words that begin with S

"school" photos from Flickr







verb

2. *intr* to form such a group

## Word Origin

Old English *scolu*shoal[2]

## Translations for 'school'

British English: school A *school* is a place where people go to learn.Most of the pupils travel to school by bus.Many new schools have been built.sku : I NOUN

This site uses cookies to improve your browsing experience. For more information see our privacy policy. **Close message** ×

Czech: škola
Dutch: school
Finnish: koulu
German: Schule
Italian: scuola
Korean: 학교
Polish: szkoła
Romanian: școală *școli*
Spanish: colegio
Thai: โรงเรียน
Ukrainian: школа
Danish: skole
European Spanish: colegio infantil
French: école
Greek: σχολείο
Japanese: 学校
Norwegian: skole
Portuguese: escola
Russian: школа
Swedish: skola
Turkish: okul
Vietnamese: trường học

## Example Sentences Including 'school'

Apple computers founder and multimillionaire Steve Wozniak teaches computer classes at the local high school.
GLASGOW HERALD (2001)

This site uses cookies to improve your browsing experience. For more information see our privacy policy. **Close message** ×

He's not a tyke, he went to public school , he's not even English.
**Anthony Masters** CASCADES - THE DAY OF THE DEAD (2001)

However, the days of the private medical school were numbered.
**Jim Leavesley, George Biro** THE MEDICAL MYSTERIES E-OMNIBUS (2001)

It was galling to someone who had been one of the leading lights of his school in Ancelstierre.
**Garth Nix** LIRAEL: DAUGHTER OF THE CLAYR (2001)

Parents will stage a protest next Wednesday by withdrawing their children from the school.
IRISH TIMES (2002)

Partly by refusing to become enmeshed in the school 's horrific history.
GLASGOW HERALD (2001)

The four calves were reported to be together and the school showed no signs of stress.
IRISH TIMES (2002)

Um, that's a game I used to play at school , in Ancelstierre.
**Garth Nix** LIRAEL: DAUGHTER OF THE CLAYR (2001)

This site uses cookies to improve your browsing experience. For more information see our privacy policy. **Close message** ×

## Sponsored Links

Ads by Google related to: **school**

School
Prepare for a New Future with a Degree from Westwood's VA Campus.
www.westwood.edu/Northern-VA

Webinar: Saba Medical Sch
See Why Saba is a Top Medical Sch. Register Now June 4 6:30 PM EDT
www.saba.edu/

University of Phoenix®
Official Site. Online **School**. Small Class Sizes. Flexible Scheduling.
www.phoenix.edu/**School**
176 people +1'd this page

Business Degrees | Technology Degrees
Psychology Degrees | Education Degrees

## Comments

Log in to comment on this word.

This site uses cookies to improve your browsing experience. For more information see our privacy policy. **Close message** ×

Browse Dictionary # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

The Collins English Dictionary
The Collins American English Dictionary
The Collins English-French Dictionary
The Collins French-English Dictionary
The Collins English-German Dictionary
The Collins German-English Dictionary
The Collins English-Spanish Dictionary
The Collins Spanish-English Dictionary
The Collins English-Italian Dictionary
The Collins Italian-English Dictionary
The Collins English Thesaurus
The Collins American Thesaurus
Latest New Word Suggestions

This site uses cookies to improve your browsing experience. For more information see our privacy policy. **Close message** ×

**To:** STRINGHAM REAL ESTATE SCHOOL, INC. (danny@hopkinsonlaw.com)
**Subject:** U.S. TRADEMARK APPLICATION NO. 85877874 - STRINGHAM SCHOOLS - N/A
**Sent:** 6/26/2013 6:41:11 PM
**Sent As:** ECOM103@USPTO.GOV
**Attachments:**

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

## IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED ON **6/26/2013** FOR U.S. APPLICATION SERIAL NO. 85877874

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **6/26/2013** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

| | |
|---|---|
| **To:** | Innovative Fabrication School, Inc. (troy.johnson@thefabschool.edu) |
| **Subject:** | U.S. Trademark Application Serial No. 90532108 - THE FAB SCHOOL - N/A |
| **Sent:** | September 14, 2021 12:59:24 PM |
| **Sent As:** | ecom127@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 90532108

**Mark:** THE FAB SCHOOL

**Correspondence Address:**
INNOVATIVE FABRICATION SCHOOL, INC.
9571 PITTSBURGH AVE.
RANCHO CUCAMONGA, CA 91730

**Applicant:** Innovative Fabrication School, Inc.

**Reference/Docket No.** N/A

**Correspondence Email Address:**

troy.johnson@thefabschool.edu

## EXAMINER'S AMENDMENT

**Issue date: September 14, 2021**

**USPTO database searched; no conflicting marks found.** The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Application has been amended as shown below.** As agreed to by Kyle Roberts on September 14, 2021, the examining attorney has amended the application as shown below. Please notify the examining attorney immediately of any objections. TMEP §707. Otherwise, no response is required. *Id.* In addition, applicant is advised that amendments to the goods and/or services are permitted only if they clarify or limit them; amendments that add to or broaden the scope of the goods and/or services are not permitted. 37 C.F.R. §2.71(a).

**DISCLAIMER:** The following disclaimer statement is added to the record:

No claim is made to the exclusive right to use "SCHOOL" apart from the mark as shown.

*See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.03(c), 1213.08(a)(i).

/Megan Mischler/
Trademark Examining Attorney
Law Office 127
(571) 272-9997
megan.mischler@uspto.gov

**To:** Innovative Fabrication School, Inc. (troy.johnson@thefabschool.edu)
**Subject:** U.S. Trademark Application Serial No. 90532108 - THE FAB SCHOOL - N/A
**Sent:** September 14, 2021 12:59:26 PM
**Sent As:** ecom127@uspto.gov
**Attachments:**

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE_

Office Action (Official Letter) has issued
on **September 14, 2021** for
**U.S. Trademark Application Serial No. 90532108**

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter. Please follow the steps below.

**(1)** **Read the official letter.** No response is necessary.

**(2)** **Direct questions** about the contents of the Office action to the assigned attorney below.

/Megan Mischler/
Trademark Examining Attorney
Law Office 127
(571) 272-9997
megan.mischler@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.
- **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.
- **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**To:** Ravi P. Varma(tm@lzlegalservices.com)
**Subject:** U.S. Trademark Application Serial No. 98502628 - THE LIONHEART SCHOOL - - K572866849
**Sent:** November 07, 2024 12:04:17 PM EST
**Sent As:** tmng.notices@uspto.gov

**Attachments**

5432841
4158296

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98502628

**Mark:** THE LIONHEART SCHOOL

**Correspondence Address:**
Ravi P. Varma
LZ Legal Services, LLC
2828 N. Central Ave. PMB #1510
Phoenix AZ 85004
United States

**Applicant:** The Lionheart Life Center

**Reference/Docket No.** K572866849

**Correspondence Email Address:** tm@lzlegalservices.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** November 7, 2024

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a),

2.65(a); TMEP §§711, 718.03.

**SECTION 2(d) REFUSAL – Likelihood of Confusion**

Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 5432841 and 4158296. Trademark Act Section 2(d), 15 U.S.C. §1052(d); see TMEP §§1207.01 et seq. See the attached registrations.

The examining attorney has determined that contemporaneous use of the marks THE LIONHEART SCHOOL (for use in connection with "Charitable services, namely, academic mentoring of school age children; Educational services in the nature of special needs schools; Educational services, namely, conducting programs in the field of special needs; Educational services, namely, conducting classes, seminars, conferences and workshops for children with special needs in the field of hippotherapy, science, history, social studies, occupational therapy, speech, language, reading, writing, math, art, music, drama, communication skills, therapeutic interventions, assistive technology, life thinking curriculum and pre-vocational and vocational skills"), LIONHEART WORKS, and design, (for use in connection with "Charitable services, namely, providing training in the field of vocational instruction, applied functional academics, social thinking, personal and social adjustment, self-advocacy and support related to the work environment for adults with disabilities"), and THE LIONHEART GARDENS, and design, (for use in connection with "Educational services, namely, providing mentoring, tutoring, classes, seminars, workshops and exercises for special-needs children in the fields of organic farming, life-skills, lifespan, sustainable living, communication and critical thinking, seed-to-table gardening, nutrition, healthy lifestyles and exercise, language processing, fine and gross motor skills, and social and emotional development; Vocational education in the fields of organic farming, agriculture, landscaping and sustainable living for special-needs children") would be likely to cause confusion for the following reasons.

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely that a potential consumer would be confused or mistaken or deceived as to the source of the goods and/or services of the applicant and registrant. See 15 U.S.C. §1052(d). The court in In re E. I. du Pont de Nemours & Co., 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) listed the principal factors to be considered when determining whether there is a likelihood of confusion under Section 2(d). See TMEP §1207.01. However, not all the factors are necessarily relevant or of equal weight, and any one factor may be dominant in a given case, depending upon the evidence of record. Citigroup Inc. v. Capital City Bank Grp., Inc., 637 F.3d 1344, 1355, 98 USPQ2d 1253, 1260 (Fed. Cir. 2011); In re Majestic Distilling Co., 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); see In re E. I. du Pont, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity of the goods and/or services, and similarity of trade channels of the goods and/or services. See In re Dakin's Miniatures Inc., 59 USPQ2d 1593 (TTAB 1999); TMEP §§1207.01 et seq.

**A. The Marks**

The applicant's THE LIONHEART SCHOOL mark is similar to the registrant's LIONHEART WORKS (and design) and THE LIONHEART GARDENS (and design) mark for the following reasons.

In a likelihood of confusion determination, the marks are compared for similarities in their appearance, sound, meaning or connotation, and commercial impression. In re E. I. du Pont de Nemours & Co., 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b)-(b)(v). Similarity in

any one of these elements may be sufficient to find the marks confusingly similar. In re White Swan Ltd., 8 USPQ2d 1534, 1535 (TTAB 1988); see In re 1st USA Realty Prof'ls, Inc., 84 USPQ2d 1581, 1586 (TTAB 2007); TMEP §1207.01(b).

Marks may be confusingly similar in appearance where there are similar terms or phrases or similar parts of terms or phrases appearing in both applicant's and registrant's mark. See Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce, 228 USPQ 689 (TTAB 1986), aff'd sub nom. Canadian Imperial Bank of Commerce v. Wells Fargo Bank, Nat'l Ass'n, 811 F.2d 1490, 1 USPQ2d 1813 (Fed. Cir. 1987) (COMMCASH and COMMUNICASH); In re Phillips-Van Heusen Corp., 228 USPQ 949 (TTAB 1986) (21 CLUB and "21" CLUB (stylized)); In re Corning Glass Works, 229 USPQ 65 (TTAB 1985) (CONFIRM and CONFIRMCELLS); In re Collegian Sportswear Inc., 224 USPQ 174 (TTAB 1984) (COLLEGIAN OF CALIFORNIA and COLLEGIENNE); In re Pellerin Milnor Corp., 221 USPQ 558 (TTAB 1983) (MILTRON and MILLTRONICS); In re BASF A.G., 189 USPQ 424 (TTAB 1975) (LUTEXAL and LUTEX); TMEP §1207.01(b)(ii)-(iii). In this instance, the marks are highly similar as they all consist of the same wording -- LIONHEART.

The applicant's addition of the descriptive wording SCHOOL, WORKS and GARDENS to this wording fails to obviate the similarity of the marks. Adding a term to a registered mark generally does not obviate the similarity between the compared marks, as in the present case, nor does it overcome a likelihood of confusion under Section 2(d). See Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc., 526 F.2d 556, 557, 188 USPQ 105, 106 (C.C.P.A. 1975) (holding BENGAL and BENGAL LANCER and design confusingly similar); In re Toshiba Med. Sys. Corp., 91 USPQ2d 1266, 1269 (TTAB 2009) (holding TITAN and VANTAGE TITAN confusingly similar); In re El Torito Rests., Inc., 9 USPQ2d 2002, 2004 (TTAB 1988) (holding MACHO and MACHO COMBOS confusingly similar); TMEP §1207.01(b)(iii). In the present case, the marks are identical in part.

Furthermore, although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression. See In re Viterra Inc., 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); In re Nat'l Data Corp., 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985); TMEP §1207.01(b)(viii), (c)(ii). Disclaimed matter that is descriptive of or generic for a party's goods and/or services is typically less significant or less dominant when comparing marks. In re Detroit Athletic Co., 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing In re Dixie Rests., Inc., 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); TMEP §1207.01(b)(viii), (c)(ii).

Likewise, the design element in the cited marks fails to obviate the similarity of the marks. When evaluating a composite mark consisting of words and a design, the word portion is normally accorded greater weight because it is likely to make a greater impression upon purchasers, be remembered by them, and be used by them to refer to or request the goods and/or services. In re Aquitaine Wine USA, LLC, 126 USPQ2d 1181, 1184 (TTAB 2018) (citing In re Viterra Inc., 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012)); TMEP §1207.01(c)(ii). Thus, although marks must be compared in their entireties, the word portion is often considered the dominant feature and is accorded greater weight in determining whether marks are confusingly similar, even where the word portion has been disclaimed. In re Viterra Inc., 671 F.3d at 1366-67, 101 USPQ2d at 1911 (citing Giant Food, Inc. v. Nation's Foodservice, Inc., 710 F.2d 1565, 1570-71, 218 USPQ2d 390, 395 (Fed. Cir. 1983)).

And finally, when comparing marks, "[t]he proper test is not a side-by-side comparison of the marks, but instead whether the marks are sufficiently similar in terms of their commercial impression such that [consumers] who encounter the marks would be likely to assume a connection between the parties."

Cai v. Diamond Hong, Inc., 901 F.3d 1367, 1373, 127 USPQ2d 1797, 1801 (Fed. Cir. 2018) (quoting Coach Servs., Inc. v. Triumph Learning LLC, 668 F.3d 1356, 1368, 101 USPQ2d 1713, 1721 (Fed. Cir. 2012)); TMEP §1207.01(b). The proper focus is on the recollection of the average purchaser, who retains a general rather than specific impression of trademarks. In re Ox Paperboard, LLC, 2020 USPQ2d 10878, at *4 (TTAB 2020) (citing In re Bay State Brewing Co., 117 USPQ2d 1958, 1960 (TTAB 2016)); In re Inn at St. John's, LLC, 126 USPQ2d 1742, 1746 (TTAB 2018); TMEP §1207.01(b); see In re St. Helena Hosp., 774 F.3d 747, 750-51, 113 USPQ2d 1082, 1085 (Fed. Cir. 2014).

**B. <u>The Services</u>**

The goods and/or services are compared to determine whether they are similar, commercially related, or travel in the same trade channels. See Coach Servs., Inc. v. Triumph Learning LLC, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); Herbko Int'l, Inc. v. Kappa Books, Inc., 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

Both parties identify educational services provided specifically for special needs students. Therefore, when consumers encounter these educational services bearing similar marks, they are likely to be confused as to the source of the services. Such a likelihood of confusion is impermissible.

The applicant is advised that the compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. See On-line Careline Inc. v. Am. Online Inc., 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); Recot, Inc. v. Becton, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." Coach Servs., Inc. v. Triumph Learning LLC, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting 7-Eleven Inc. v. Wechsler, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

Moreover, the presumption under Trademark Act Section 7(b) is that the registrant is the owner of the mark and that their use of the mark extends to all goods and/or services identified in the registration. 15 U.S.C. §1057(b). In the absence of limitations as to channels of trade or classes of purchasers in the goods and/or services in the registration, the presumption is that the goods and/or services move in all trade channels normal for such goods and/or services and are available to all potential classes of ordinary consumers of such goods and/or services. See In re I-Coat Co., 126 USPQ2d 1730, 1737 (TTAB 2018); In re Melville Corp., 18 USPQ2d 1386, 1388 (TTAB 1991); TMEP §1207.01(a)(iii).

And finally, the overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. See In re Shell Oil Co., 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); see Hewlett-Packard Co. v. Packard Press, Inc., 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); In re Hyper Shoppes (Ohio), Inc., 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1025 (Fed. Cir. 1988).

**C. <u>Conclusion</u>**

For the foregoing reasons, the applicant's THE LIONHEART SCHOOL is refused registration under Section 2(d) of the Trademark Act.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by

submitting evidence and arguments in support of registration.

**Ownership of Cited Registrations**
If the marks in the cited registrations are owned by applicant, applicant may provide evidence of ownership of the marks by satisfying one of the following:

(1) Record the assignment with the USPTO's Assignment Recordation Branch (ownership transfer documents such as assignments can be filed online at https://assignmentcenter.uspto.gov) and promptly notify the trademark examining attorney that the assignment has been duly recorded;

(2) Submit copies of documents evidencing the chain of title; or

(3) Submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: "**Applicant is the owner of U.S. Registration Nos.** 5432841 and 4158296**.**" To provide this statement using the Trademark Electronic Application System (TEAS), use the "Response to Office Action" form; answer "yes" to questions #3 and #9; then, continuing on to the next portion of the form, in the "Additional Statement(s)" section, find "Active Prior Registration(s)" and insert the U.S. registration numbers in the data fields; and follow the instructions within the form for signing. The form must be signed twice; a signature is required both in the "Declaration Signature" section and in the "Response Signature" section.

TMEP §812.01; *see* 15 U.S.C. §1060; 37 C.F.R. §§2.193(e)(1), 3.25, 3.73(a)-(b); TMEP §502.02(a).

Recording a document with the Assignment Recordation Branch does not constitute a response to an Office action. TMEP §503.01(d).

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

Please call or email the assigned trademark examining attorney with questions about this Office action.

/Katherine Stoides/
Trademark Examining Attorney
Law Office 101
(571) 272-9230
Katherine.Stoides@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving

technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.
- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**5432841**

| | |
|---|---|
| **Word Mark** | LIONHEART WORKS |
| **Goods/Services** | IC 041 US 101 100 107<br>Charitable services, namely, providing training in the field of vocational instruction, applied functional academics, social thinking, personal and social adjustment, self-advocacy and support related to the work environment for adults with disabilities. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87584119 |
| **Filing Date** | 2017-08-25T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2018-01-09 |
| **Registration Number** | 5432841 |
| **Date Registered** | 2018-03-27 |
| **Owner** | (REGISTRANT) The Lionheart School (CORPORATION; GEORGIA, USA); 225 Roswell St, Alpharetta, Georgia 30009, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 021113, 030101, 030118, 030121, 030124, 260102, 261121 |
| **Description of Mark** | • The color(s) red and white is/are claimed as a feature of the mark.<br>• The mark consists of the wording "Lionheart WORKS" in white lettering on a red background and the design of a heart shaped lion's head contained |

within a white circle. The face and ears of the lion are white, the head is red, and the lion's eyes, nose, and mouth are red.

| | |
|---|---|
| **Disclaimer** | "WORKS" |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |

**Print:** November 6, 2024 9:17 AM

**4158296**

| | |
|---|---|
| **Word Mark** | THE LIONHEART GARDENS |
| **Goods/Services** | IC 041 US 100 101 107<br>Educational services, namely, providing mentoring, tutoring, classes, seminars, workshops and exercises for special-needs children in the fields of organic farming, life-skills, lifespan, sustainable living, communication and critical thinking, seed-to-table gardening, nutrition, healthy lifestyles and exercise, language processing, fine and gross motor skills, and social and emotional development; Vocational education in the fields of organic farming, agriculture, landscaping and sustainable living for special-needs children. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85027550 |
| **Filing Date** | 2010-04-30T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2010-10-05 |
| **Registration Number** | 4158296 |
| **Date Registered** | 2012-06-12 |
| **Owner** | (REGISTRANT) The Lionheart School (CORPORATION; GEORGIA, USA); 225 Roswell Street, Alpharetta, GEORGIA 30009, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 021101, 030101, 030118, 030121, 050104, 050308, 050925, 051125 |

| | |
|---|---|
| **Description of Mark** | • The color(s) red, white, and grey is/are claimed as a feature of the mark.<br>• The mark consists of in the middle of the mark is a white lion's face with a red nose, red mouth and red eyes, a red mane in the shape of a heart, with white ears. On either side of the lion head are fruits and vegetables depicted in grey outline including pumpkins, apples, grapes, corn, vines and leaves. Below the image of the lion's head and fruits and vegetables are the words "The Lionheart Gardens" in red lettering. |
| **Disclaimer** | "GARDENS" |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | Michael L. Spafford |

**Print:** November 6, 2024 9:17 AM

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on November 7, 2024 for
**U.S. Trademark Application Serial No. 98502628**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

**To:** Jayson Gaddis (jayson@jaysongaddis.com)
**Subject:** U.S. TRADEMARK APPLICATION NO. 87120236 - THE RELATIONSHIP SCHOOL - N/A
**Sent:** 11/8/2016 1:50:57 PM
**Sent As:** ECOM106@USPTO.GOV
**Attachments:** Attachment - 1
Attachment - 2
Attachment - 3
Attachment - 4
Attachment - 5
Attachment - 6
Attachment - 7
Attachment - 8
Attachment - 9
Attachment - 10
Attachment - 11
Attachment - 12
Attachment - 13
Attachment - 14
Attachment - 15
Attachment - 16
Attachment - 17
Attachment - 18
Attachment - 19
Attachment - 20
Attachment - 21
Attachment - 22
Attachment - 23
Attachment - 24
Attachment - 25
Attachment - 26
Attachment - 27
Attachment - 28
Attachment - 29
Attachment - 30
Attachment - 31
Attachment - 32
Attachment - 33
Attachment - 34
Attachment - 35
Attachment - 36
Attachment - 37
Attachment - 38
Attachment - 39
Attachment - 40
Attachment - 41
Attachment - 42
Attachment - 43
Attachment - 44

Attachment - 45
Attachment - 46
Attachment - 47
Attachment - 48
Attachment - 49
Attachment - 50
Attachment - 51

---

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87120236

**MARK:** THE RELATIONSHIP SCHOOL

*87120236*

**CORRESPONDENT ADDRESS:**
JAYSON GADDIS
JAYSON GADDIS
2015 BALSAM DRIVE
BOULDER, CO 80304-3617

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Jayson Gaddis

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
jayson@jaysongaddis.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 11/8/2016**

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

***Summary of Refusals and/or Requirements***

The following is a summary of the requirements and/or refusals outlined below to which the applicant must respond.

n Descriptiveness refusal

n Supplemental Register and disclaimer advisories
n Requirement to clarify applicant's entity

**DESCRIPTIVENESS REFUSAL**

Registration is refused because the applied-for mark merely describes a feature of applicant's services. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services. TMEP §1209.01(b); *see, e.g., In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents* , 252 U.S. 538, 543 (1920)).

The determination of whether a mark is merely descriptive is made in relation to an applicant's goods and/or services, not in the abstract. *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1254, 103 USPQ2d 1753, 1757 (Fed. Cir. 2012); *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see, e.g., In re Polo Int'l Inc.*, 51 USPQ2d 1061, 1062-63 (TTAB 1999) (finding DOC in DOC-CONTROL would refer to the "documents" managed by applicant's software rather than the term "doctor" shown in a dictionary definition); *In re Digital Research Inc.*, 4 USPQ2d 1242, 1243-44 (TTAB 1987) (finding CONCURRENT PC-DOS and CONCURRENT DOS merely descriptive of "computer programs recorded on disk" where the relevant trade used the denomination "concurrent" as a descriptor of a particular type of operating system).

"Whether consumers could guess what the product [or service] is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985).

The applicant seeks to register THE RELATIONSHIP SCHOOL for use in promoting: *Educational services, namely providing live and on-line mentoring, programs, classes, seminars, workshops, and group coaching on relationship training for personal growth and relationship development of adults and youth. Educational services, namely providing vocational training of individuals for certification in the relationship coaching field and distribution of course and educational materials in connection therewith. Educational services, providing educational speakers and outreach in the field of relationship development and training of adults and youth.* The proposed mark immediately describes the subject matter of the school, or educational services.

Generally, if the individual components of a mark retain their descriptive meaning in relation to the goods and/or services, the combination results in a composite mark that is itself descriptive and not registrable. *In re Fat Boys Water Sports LLC*, 118 USPQ2d 1511, 1516 (TTAB 2016) (citing *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1317-18 (TTAB (2002)); TMEP §1209.03(d); *see, e.g., In re Cannon Safe, Inc.*, 116 USPQ2d 1348, 1351 (TTAB 2015) (holding SMART SERIES merely descriptive of metal gun safes, because "each component term retains its merely descriptive significance in relation to the goods, resulting in a mark that is also merely descriptive"); *In re King Koil Licensing Co.*, 79 USPQ2d 1048, 1052 (TTAB 2006) (holding THE BREATHABLE MATTRESS merely descriptive of beds, mattresses, box springs, and pillows where the evidence showed that the term "BREATHABLE" retained its ordinary dictionary meaning when combined with the term "MATTRESS" and the resulting combination was used in the relevant industry in a descriptive sense); *In re Associated Theatre Clubs Co.*, 9 USPQ2d 1660, 1663 (TTAB 1988) (holding GROUP SALES BOX OFFICE merely descriptive of theater ticket sales services, because such wording "is nothing more than a combination of the two common descriptive terms most applicable to applicant's services which in combination achieve no different status but remain a common descriptive compound expression").

Only where the combination of descriptive terms creates a unitary mark with a unique, incongruous, or otherwise nondescriptive meaning in relation to the goods and/or services is the combined mark registrable. *See In re Colonial Stores, Inc.*, 394 F.2d 549, 551, 157 USPQ 382, 384 (C.C.P.A. 1968); *In re Positec Grp. Ltd.*, 108 USPQ2d 1161, 1162-63 (TTAB 2013).

In this case, both the individual components and the composite result are descriptive of applicant's goods and/or services and do not create a unique, incongruous, or nondescriptive meaning in relation to the goods and/or services.

RELATIONSHIP is defined as: The way in which two or more concepts, objects, or people are connected, or the state of being connected; an emotional and sexual association between two people. SCHOOL is defined as: an organization that provides instruction. See attached definitions. Taken together, THE RELATIONSHIP SCHOOL tells consumers that the applicant's school program features information and training in the field of relationships.

Adding the term "the" to a descriptive or generic term generally does not add any source-indicating significance or otherwise affect the term's descriptiveness or genericness. *See In re The Place Inc.*, 76 USPQ2d 1467, 1468 (TTAB 2005) (holding THE GREATEST BAR merely

descriptive of restaurant and bar services; "the definite article THE . . . add[s] no source-indicating significance to the mark as a whole"); *Conde Nast Publ'ns Inc. v. Redbook Publ'g Co.*, 217 USPQ 356, 357, 360 (TTAB 1983) (holding THE MAGAZINE FOR YOUNG WOMEN a "common descriptive or 'generic' name of a class or type of magazine" and incapable of indicating source; "[t]he fact that the slogan also includes the article 'The' is insignificant. This word cannot serve as an indication of origin, even if applicant's magazine were the only magazine for young women."); *In re The Computer Store, Inc.*, 211 USPQ 72, 74-75 (TTAB 1981) (holding THE COMPUTER STORE merely descriptive of, and the common descriptive name for, computer-related services); *see also In re G. D. Searle & Co.*, 143 USPQ 220 (TTAB 1964), *aff'd*, 360 F.2d 1966, 149 USPQ 619 (C.C.P.A. 1966) (holding "THE PILL" a common descriptive name for pharmaceutical preparations in tablet form, and thus does not serve as an indicator of source or origin in applicant).

The examining attorney has attached sample registrations from the Office's database of registered marks wherein RELATIONSHIP was disclaimed or registered on the Supplemental Register for similar services. Also attached are sample registrations wherein SCHOOL was disclaimed on the Supplemental Register for educational services and training. These registrations show that RELATIONSHIP is descriptive of the subject matter of the classes, while SCHOOL is generic for educational services in general.

Therefore, registration is refused on the Principal Register on the basis of descriptiveness.

***Supplemental Register Advisory:***

The applied-for mark has been refused registration on the Principal Register. Applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091; 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s). TMEP §816.04.

***Benefits of the Supplemental Register:***

Although registration on the Supplemental Register does not afford all the benefits of registration on the Principal Register, it does provide the following advantages:

- The registrant may use the registration symbol ®;
- The registration is protected against registration of a confusingly similar mark under Trademark Act Section 2(d);
- The registrant may bring suit for infringement in federal court; and
- The registration may serve as the basis for a filing in a foreign country under the Paris Convention and other international agreements.

*See* 15 U.S.C. §§1052(d), 1091, 1094; TMEP §815.

***Disclaimer Advisory:***

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f) or on the Supplemental Register, applicant will be required to disclaim "SCHOOL" because such wording appears to be generic in the context of applicant's goods and/or services. *See* 15 U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 144, 196 USPQ 7, 8 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766, 768 (TTAB 1986); TMEP §1213.03(b).

The following is the standardized format for a disclaimer:

**No claim is made to the exclusive right to use "SCHOOL" apart from the mark as shown.**

TMEP §1213.08(a)(i).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

**CLARIFY APPLICANT'S FORM**

The name of an individual person appears in the section of the application intended for the trademark owner's name, but the entity type is set forth as a limited liability company. Applicant must clarify this inconsistency. TMEP §803.03.

If applicant is an individual, applicant should simply request that the entity be amended to "individual" and must indicate his/her country of citizenship for the record. 15 U.S.C. §1051(a)(2); 37 C.F.R. §2.32(a)(3)(i); TMEP §§803.02(a), 803.03(a), 803.04. In that case, the applicant should be listed as:

Jayson Gaddis, an individual, citizen of (*indicate country of citizenship*)

Alternatively, if applicant is a limited liability company, applicant must set forth its correct name and U.S. state or foreign country of incorporation or organization. TMEP §§803.03(h), 803.04; *see* 37 C.F.R. §2.32(a)(2), (a)(3)(ii). In that case, the applicant should be listed as:

(*indicate correct legal name of the LLC*), a Colorado limited liability company

If, in response to the above request, applicant provides information indicating that it is not the owner of the mark, registration may be refused under Trademark Act Section 1, 15 U.S.C. §1051, because the application was void as filed. Only the owner of a mark may apply to register the mark. TMEP §§803.01, 803.06, 1201.02(b).

**SEARCH RESULTS**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

Legal Assistance Advisory:

Because of the legal technicalities and strict deadlines involved in the USPTO application process, applicant may wish to hire a private attorney specializing in trademark matters to represent applicant in this process and provide legal advice. Although the undersigned trademark examining attorney is permitted to help an applicant understand the contents of an Office action as well as the application process in general, no USPTO attorney or staff is permitted to give an applicant legal advice or statements about an applicant's legal rights. TMEP §§705.02, 709.06.

For attorney referral information, applicant may consult the American Bar Association's Consumers' Guide to Legal Help, an attorney referral service of a state or local bar association, or a local telephone directory. The USPTO may not assist an applicant in the selection of a private attorney. 37 C.F.R. §2.11.

The USPTO applies the following legal authorities when processing a trademark and/or service mark application:

- The Trademark Act of 1946, as amended
- The Trademark Rules of Practice, as amended
- Precedential court and Trademark Trial and Appeal Board decisions
- The USPTO's *Trademark Manual of Examining Procedure* (TMEP), as periodically updated
- The USPTO's *Trademark Trial and Appeal Board Manual of Procedure* (TBMP), as periodically updated

*See* 15 U.S.C. §§1051 *et seq.*; 37 C.F.R. pts. 2, 3, 6, 7, 11; TMEP intro., §§101, 107, 110.

Official USPTO letters and notices sent to applicants generally refer to one or more of these legal resources. Both the Trademark Act and Trademark Rules of Practice can be viewed online at http://www.uspto.gov/trademarks/law/index.jsp. The TMEP is available online at http://www.uspto.gov/trademarks/resources/index.jsp and the TBMP and Trademark Trial and Appeal Board decisions are available online at http://www.uspto.gov/trademarks/process/appeal/index.jsp.

/Elissa Garber Kon/
Examining Attorney, Law Office 106
phone: 571-272-9181
email: elissagarber.kon@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

Print: Nov 8, 2016 77902134

**DESIGN MARK**

**Serial Number**
77902134

**Status**
REGISTERED

**Word Mark**
WOMEN & RELATIONSHIPS

**Standard Character Mark**
No

**Registration Number**
3837265

**Date Registered**
2010/08/24

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Patricia A. Sartini, Inc. CORPORATION MISSOURI Suite 6 525 St. Francois Street Ferguson MISSOURI 63031

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Education services, namely, providing seminars, workshops, and classes in the field of assertiveness training for women and printed course materials distributed in connection therewith. First Use: 2007/10/01. First Use In Commerce: 2007/10/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOMEN & RELATIONSHIPS" APART FROM THE MARK AS SHOWN.

**Description of Mark**
The mark consists of the words "WOMEN" and "RELATIONSHIPS" depicted in green. In between the words is an ampersand symbol represented by a female in purple with a green trail.

**Colors Claimed**
The color(s) green and purple is/are claimed as a feature of the mark.

**Filing Date**
2009/12/29

**Examining Attorney**
KUNG, KAELIE

# Women & Relationships

Print: Nov 8, 2016 85319506

**DESIGN MARK**

**Serial Number**
85319506

**Status**
REGISTERED

**Word Mark**
SILICON VALLEY BUSINESS SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
4047250

**Date Registered**
2011/10/25

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
SVBS CO. CORPORATION DELAWARE 5610 SCOTTS VALLEY DRIVE SUITE 122 SCOTTS VALLEY CALIFORNIA 95066

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Business education and training services, namely, developing and facilitating customized leadership and executive development programs, providing executive coaching services, and providing business education programs to employees and executives; Continuing education services, namely, providing live and on-line continuing professional education seminars in the legal, medical, accounting, and real estate fields; Educating at university or colleges; Education services in the nature of courses at the university level; Educational services in the nature of correspondence schools; Educational services, namely, conducting distance learning instruction at the secondary, college and graduate levels; Educational services, namely, conducting distance learning instruction at the university level; Providing continuing business education courses; Providing continuing legal education courses. First Use: 2010/09/12. First Use In Commerce: 2010/09/14.

**Disclaimer Statement**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUSINESS SCHOOL" APART FROM THE MARK AS SHOWN.

**Filing Date**
2011/05/12

**Amended Register Date**
2011/09/06

**Examining Attorney**
SAITO, KIM

# SILICON VALLEY BUSINESS SCHOOL

Print: Nov 8, 2016 85594637

**DESIGN MARK**

**Serial Number**
85594637

**Status**
REGISTERED

**Word Mark**
THE FUND RAISING SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
4228165

**Date Registered**
2012/10/16

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
The Trustees of Indiana University body politic and corporate INDIANA 900 E. 7th Street, IMU M005 Bloomington INDIANA 474057000

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: educational services, namely, providing instructional courses and conducting training, classes, seminars, conferences, webinars, and workshops in the field of conducting capital and major gift campaigns, preparing grant proposals, sustaining annual giving, using social media in acquiring financial gifts, using interpersonal communications in raising donations, and identifying trends in philanthropy. First Use: 1987/10/01. First Use In Commerce: 1987/10/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE MARK AS SHOWN.

**Filing Date**
2012/04/11

**Examining Attorney**

**Print: Nov 8, 2016** 85594637

CALLAGHAN BRIAN

**Attorney of Record**
Thomas Q. Henry

# THE FUND RAISING SCHOOL

Print: Nov 8, 2016 86059487

**DESIGN MARK**

**Serial Number**
86059487

**Status**
REGISTERED

**Word Mark**
RELATIONSHIP MAP

**Standard Character Mark**
Yes

**Registration Number**
4744402

**Date Registered**
2015/05/26

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Gingolph, Keli INDIVIDUAL UNITED STATES 1701 Barilla Mountain Trail Round Rock TEXAS 78664

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Educational services, namely, providing workshops and seminars in the field of human relations and interactions; Online journals, namely, blogs featuring information on the subject of human relations and interactions. First Use: 2013/02/00. First Use In Commerce: 2013/02/00.

**Goods/Services**
Class Status -- ACTIVE. IC 045. US 100 101. G & S: Providing a website featuring educational information on the subject of human relations and interactions. First Use: 2013/02/00. First Use In Commerce: 2013/02/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RELATIONSHIP" APART FROM THE MARK AS SHOWN.

**Print: Nov 8, 2016** **86059487**

**Filing Date**
2013/09/09

**Examining Attorney**
NEVILLE, BRIAN

# RELATIONSHIP MAP

**Print: Nov 8, 2016** **86234062**

**DESIGN MARK**

**Serial Number**
86234062

**Status**
REGISTERED

**Word Mark**
RELATIONSHIP DEAL

**Standard Character Mark**
Yes

**Registration Number**
4991027

**Date Registered**
2016/07/05

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Susan Nador INDIVIDUAL CANADA 141 Hampton Avenue Toronto, Ontario CANADA M4K2Z3

**Goods/Services**
Class Status -- ACTIVE. IC 045. US 100 101. G & S: Providing an online website in the field of relationships; providing personal relationship consulting services. First Use: 2013/05/15. First Use In Commerce: 2013/05/15.

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Operation of an internet blog, namely, a blog featuring information on relationships. First Use: 2013/05/15. First Use In Commerce: 2013/05/15.

**Foreign Country Name**
CANADA

**Foreign Priority**
FOREIGN PRIORITY CLAIMED

**Foreign Application Number**
1645641

**Foreign Filing Date**
2013/09/27

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RELATIONSHIP" APART FROM THE MARK AS SHOWN.

**Filing Date**
2014/03/27

**Examining Attorney**
ROSSMAN, WILLIAM

**Attorney of Record**
Rebecca L. Wilson

# RELATIONSHIP DEAL

**DESIGN MARK**

**Serial Number**
86316678

**Status**
REGISTERED

**Word Mark**
PRO SCOUT SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
4642823

**Date Registered**
2014/11/18

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
TPG Sports Group LIMITED LIABILITY COMPANY NORTH CAROLINA 359 Canvasback Rd. Mooresville NORTH CAROLINA 28117

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: educational services, namely, providing training, assistance and consultation to coaches, scouts and others in the field of basketball scouting. First Use: 2014/04/01. First Use In Commerce: 2014/04/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE MARK AS SHOWN.

**Filing Date**
2014/06/21

**Amended Register Date**
2014/09/29

**Examining Attorney**
ALTREE, NICHOLAS

# Pro Scout School

**DESIGN MARK**

**Serial Number**
86431686

**Status**
REGISTERED

**Word Mark**
THE CENTER FOR HEALTHY RELATIONSHIPS

**Standard Character Mark**
Yes

**Registration Number**
4718449

**Date Registered**
2015/04/07

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
John Brown University non-profit corporation ARKANSAS 2000 West University Street Siloam Springs ARKANSAS 72761

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: educational services, namely, providing training, mentoring, classes, seminars and workshops for developing, strengthening and sustaining well-balanced families and family relationships, Christian conduct in personal relationships, and development and assessment of existing relationship curricula, ministries and programs for pastors, church leaders, colleges and universities, corporations, and parachurch organizations; educational services, namely, developing curriculum for others in the field of pre-marital education, marriage enrichment and family relationships training; providing educational mentoring and training services and programs in the field of relationship education, enrichment and team building; training in the field of Christian-centered principles of healthy marital and family relationships; educational services, namely, developing and providing assessments and training programs that help evaluate emotional, relational and spiritual development and resources of churches, Christian leaders, parachurch organizations and businesses;

educational consulting in developing new courses and programs and in equipping leaders to facilitate the implementation of those programs and a weekend relationship enrichment program for university students who are seriously dating, engaged or married; training of pastors and church and parachurch leaders in assessing the effectiveness of existing marriage curricula, ministries and programs, in developing new courses and programs and in equipping leaders to facilitate the implementation of those programs to help them increase their effectiveness in serving marriages and families in their church and in their community. First Use: 2014/05/00. First Use In Commerce: 2014/05/00.

**Goods/Services**
Class Status -- ACTIVE. IC 045. US 100 101. G & S: Counseling and consulting services in the field of personal relationships; counseling and consulting services in the field of developing, strengthening and sustaining well-balanced families and family relationships; counseling and consulting services in the field of Christian conduct in personal relationships; providing information in the field of Christian-centered principles of healthy marital and family relationships; Counseling and consulting for churches, Christian leaders, parachurch organizations and businesses regarding the effectiveness and health of personal and interpersonal relationships in organizations, and ministries. First Use: 2014/05/00. First Use In Commerce: 2014/05/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2014/10/22

**Amended Register Date**
2015/02/11

**Examining Attorney**
MICHOS, JOHN E.

**Attorney of Record**
Shawn M. Dellegar

# THE CENTER FOR HEALTHY RELATIONSHIPS

Print: Nov 8, 2016 86582075

**DESIGN MARK**

**Serial Number**
86582075

**Status**
REGISTERED

**Word Mark**
ECOMMERCE SCHOOL INTERNATIONAL

**Standard Character Mark**
Yes

**Registration Number**
4943149

**Date Registered**
2016/04/19

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Salvador, Mauricio INDIVIDUAL BRAZIL Apt 111 Rua Marques De Paranagua, 190 Sao Paulo BRAZIL 01303050

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Educational services, namely, classes, seminars, conferences and workshops in the field of e-commerce, social media, digital marketing and distribution of educational materials in connection therewith. First Use: 2008/06/21. First Use In Commerce: 2008/06/21.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ECOMMERCE SCHOOL" APART FROM THE MARK AS SHOWN.

**Filing Date**
2015/03/31

**Amended Register Date**
2015/11/19

**Examining Attorney**

**Print: Nov 8, 2016** **86582075**

SPILS, CAROL

# Ecommerce School International

**Print: Nov 8, 2016** **86613318**

**DESIGN MARK**

**Serial Number**
86613318

**Status**
REGISTERED

**Word Mark**
RELATIONSHIP DEVELOPMENT

**Standard Character Mark**
Yes

**Registration Number**
4985562

**Date Registered**
2016/06/21

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Martino, Stacey INDIVIDUAL UNITED STATES 21 Concord Lane Yardley PENNSYLVANIA 19067

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Educational services, namely, conducting live and online classes, seminars, conferences, and workshops in the field of relationships, successful marriages, and parenting techniques, and distribution of course material in connection therewith; Education services, namely, providing live and on-line seminars, classes, and workshops, in the field of marriage coaching and training; Educational services, namely, developing curriculum for others in the field of personal happiness, relationship development, relationship building, and marriage coaching; Educational services, namely, providing motivational speaking services in the field of personal happiness, relationship development, relationship building, and marriage coaching; Personal coaching services in the field of personal relationships. First Use: 2015/04/01. First Use In Commerce: 2015/04/01.

**Filing Date**
2015/04/29

**Amended Register Date**
2015/11/24

**Examining Attorney**
DAWE, BILL

**Attorney of Record**
Eric LaMorte

# RELATIONSHIP DEVELOPMENT

Print: Nov 8, 2016 86614549

**DESIGN MARK**

**Serial Number**
86614549

**Status**
REGISTERED

**Word Mark**
NATURAL RELATIONSHIPS

**Standard Character Mark**
Yes

**Registration Number**
4930909

**Date Registered**
2016/04/05

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Macomber, Faith Deeter AKA Faith Deeter INDIVIDUAL UNITED STATES 406 Coronado Drive Lompoc CALIFORNIA 93436

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Educational services, namely, conducting live and online classes, workshops, seminars and coaching in the field of interpersonal relationships, personal growth, and goal achievement and publishing and distributing educational materials in connection therewith; Educational services, namely, providing training to the general public for certification in the field of interpersonal relationships, personal growth, and goal achievement and publishing and distributing educational materials in connection therewith. First Use: 2009/06/15. First Use In Commerce: 2009/06/15.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RELATIONSHIPS" APART FROM THE MARK AS SHOWN.

**Filing Date**
2015/04/29

Print: Nov 8, 2016 86614549

**Examining Attorney**
KAJUBI, ELIZABETH

# Natural Relationships

**DESIGN MARK**

**Serial Number**
86648250

**Status**
REGISTERED

**Word Mark**
THE JUSTICE SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
5000300

**Date Registered**
2016/07/12

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Thrive Rescue CORPORATION NEVADA 360 E 1St St Ste 921 Tustin CALIFORNIA 92780

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Conducting classes in the field of social justice issues. First Use: 2014/05/01. First Use In Commerce: 2014/05/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE MARK AS SHOWN.

**Filing Date**
2015/06/02

**Amended Register Date**
2016/05/19

**Examining Attorney**
FLOWERS, JAY

**Print: Nov 8, 2016** **86648250**

**Attorney of Record**
Wesley R. Carter

# The Justice School

**Print: Nov 8, 2016** **86672399**

**DESIGN MARK**

**Serial Number**
86672399

**Status**
REGISTERED

**Word Mark**
HEALTHY INDIVIDUALS STRONG RELATIONSHIPS

**Standard Character Mark**
Yes

**Registration Number**
5029820

**Date Registered**
2016/08/30

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Stevens, Clark INDIVIDUAL UNITED STATES 9724 Kingston Pike, Suite 605 Knoxville TENNESSEE 37922

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Educational services, namely, providing classes and workshops in the field of marriage and relationships, and distribution of educational materials in connection therewith; educational services, namely, providing marriage mentoring services. First Use: 2013/08/30. First Use In Commerce: 2013/08/30.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STRONG RELATIONSHIPS" APART FROM THE MARK AS SHOWN.

**Filing Date**
2015/06/24

**Examining Attorney**
EBAUGH, MICHAEL

Print: Nov 8, 2016 86672399

**Attorney of Record**
Michael E. Robinson

# HEALTHY INDIVIDUALS STRONG RELATIONSHIPS

Print: Nov 8, 2016 86673187

**DESIGN MARK**

**Serial Number**
86673187

**Status**
REGISTERED

**Word Mark**
BOSS SCHOOL

**Standard Character Mark**
No

**Registration Number**
4970729

**Date Registered**
2016/05/31

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
HELLO FEARLESS, LLC LIMITED LIABILITY COMPANY KANSAS 5535 Suwanee Road Fairway KANSAS 66205

**Goods/Services**
Class Status -- ACTIVE. IC 035. US 100 101 102. G & S: Business consultation in the field of education leadership development, business leadership development, professional development and business management for women. First Use: 2014/08/00. First Use In Commerce: 2014/09/00.

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Providing business education courses and ongoing instruction in the field of leadership development for women. First Use: 2014/08/00. First Use In Commerce: 2014/09/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE MARK AS SHOWN.

**Description of Mark**

The mark consists of the words "BOSS" and "SCHOOL" in stylized form appearing within a square.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2015/06/24

**Amended Register Date**
2016/04/06

**Examining Attorney**
PERKINS, ELLEN

**Attorney of Record**
Kathryn T. Allen

# BOSS SCHOOL

Print: Nov 8, 2016 86687280

**DESIGN MARK**

**Serial Number**
86687280

**Status**
REGISTERED

**Word Mark**
RELATIONSHIP MASTERY

**Standard Character Mark**
Yes

**Registration Number**
4939648

**Date Registered**
2016/04/19

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Abundance Technologies, LLC LIMITED LIABILITY COMPANY WYOMING 25 West Telegraph. Ste. 71 Washington UTAH 84780

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Educational services, namely, conducting classes, seminars, conferences, webinars, online training, coaching, mentoring, and workshops in the field of personal development, self-improvement, health and wellness, and financial education and distribution of related material, namely, literature, audio and video, games and software distributed physically or by electronic methods. First Use: 2013/02/03. First Use In Commerce: 2013/02/03.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RELATIONSHIP" APART FROM THE MARK AS SHOWN.

**Filing Date**
2015/07/08

**Examining Attorney**

Print: Nov 8, 2016 86687280

CASTRO, GIANCARLO

**Attorney of Record**
James A. Larson

# RELATIONSHIP MASTERY

**Print: Nov 8, 2016** **86818862**

**DESIGN MARK**

**Serial Number**
86818862

**Status**
REGISTERED

**Word Mark**
THE CODER SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
4966652

**Date Registered**
2016/05/24

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
the Coder School Holding Company, LLC LIMITED LIABILITY COMPANY CALIFORNIA 3441 Alma Street Suite 150 Palo Alto CALIFORNIA 94306

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Computer education training services. First Use: 2014/08/26. First Use In Commerce: 2014/08/26.

**Prior Registration(s)**
4848331

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE MARK AS SHOWN.

**Filing Date**
2015/11/12

**Amended Register Date**
2016/03/09

**Print: Nov 8, 2016** **86818862**

**Examining Attorney**
LAM, HAI-LY

# the Coder School

**Print: Nov 8, 2016** **87010482**

**DESIGN MARK**

**Serial Number**
87010482

**Status**
REGISTERED

**Word Mark**
MINI-DENTAL SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
5061295

**Date Registered**
2016/10/11

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Dental Trade Alliance non-profit corporation D.C. 4350 N. Fairfax Drive, Suite 220 Arlington VIRGINIA 22203

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Educational services, namely, conducting classes, seminars, conferences, and workshops in the field of dentistry and distribution of course material in connection therewith. First Use: 2003/00/00. First Use In Commerce: 2003/00/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE MARK AS SHOWN.

**Filing Date**
2016/04/22

**Amended Register Date**
2016/08/16

**Examining Attorney**

**Print: Nov 8, 2016** **87010482**

DOMBROW, COLLEEN

**Attorney of Record**
Patrick J. Jennings

# MINI-DENTAL SCHOOL

https://en.oxforddictionaries.com/definition/us/relationship 11/08/2018 01:46:11 PM

DICTIONARY THESAURUS GRAMMAR EXPLORE BLOG SIGN IN

English Oxford *Living* Dictionaries

DICTIONARY (US) Type word or phrase

We use cookies to enhance your experience on our website. By continuing to use our website, you are agreeing to our use of cookies. You can change your cookie settings at any time. Continue







WORD OF THE DAY
POTUS
NOUN

Home › North American English › relationship

Definition of *relationship* in English

## relationship

NOUN

1 The way in which two or more concepts, objects, or people are connected, or the state of being connected

*'the study will assess the relationship between unemployment and political attitudes'*

1.1 The state of being connected by blood or marriage

*'they can trace their relationship to a common ancestor'*

+ More example sentences + Synonyms

1.2 The way in which two or more people or organizations regard and behave toward each other

*'the landlord-tenant relationship'*



Explore the new look Oxford Dictionaries



12 synonyms for fool



*'she was proud of her good relationship with the household staff'*

+ More example sentences

1.3 An emotional and sexual association between two people

*'she has a daughter from a previous relationship'*

+ More example sentences + Synonyms

**Pronunciation:**

**relationship** /rə laSH(ə)n SH ip/








55 words ending in 'ster' you didn't know you needed to know



Which Roald Dahl character are you?



What do they call French toast in France? (And other similar questions)

**Translating Britishisms!**

What is the American word for the British swede?

○ radish

○ rutabaga

NEXT 0/10

TRENDING WORDS

Most popular in the world

1. translation
2. Hindi
3. Essex girl
4. racism
5. gender

## Further reading



5 tasty sandwich etymologies






You have been warned: the debate

5 tasty sandwich etymologies

Which Joe gave his name to 'sloppy joes'? We look at five interesting sandwiches and their lexical origins

READ MORE




You have been warned: the debate on 'trigger' warnings

Are you looking for a word for a foolish person? We explore twelve interesting words to describe the dunderheads in your life

READ MORE



6 'run' phrases you probably don't know

Before you run for the hills, let's run through a list of 'run' expressions that are running through our minds

READ MORE



How brothers became buddies and bros

The definitions of 'buddy' and 'bro' in the OED have recently been revised. We explore their history and increase in popularity

READ MORE



What is the origin of 'steal someone's thunder'?

Susie Dent explores the surprisingly literal story behind the phrase 'to steal someone's thunder'

READ MORE

Find Out More
About
Contact us
Privacy policy and legal notice
Help

Follow
Facebook
Twitter
Google+
Instagram

More from Oxford Dictionaries
OxfordDictionaries.com
OxfordWords blog
Oxford Dictionaries Spanish
Oxford Global Languages
Oxford Dictionaries Premium

OXFORD
UNIVERSITY PRESS

© 2016 Oxford University Press

| | |
|---|---|
| **To:** | Jayson Gaddis (jayson@jaysongaddis.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87120236 - THE RELATIONSHIP SCHOOL - N/A |
| **Sent:** | 11/8/2016 1:50:58 PM |
| **Sent As:** | ECOM106@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

# IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **11/8/2016** FOR U.S. APPLICATION SERIAL NO. 87120236

Your trademark application has been reviewed. The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond. Please follow these steps:

**(1) READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from **11/8/2016**, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3) QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

/Elissa Garber Kon/
Examining Attorney, Law Office 106
phone: 571-272-9181
email: elissagarber.kon@uspto.gov

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle

private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

| | |
|---|---|
| **To:** | Tuner School, LLC (Trademarks@Kb-ash.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86184493 - TUNER SCHOOL - N/A |
| **Sent:** | 5/9/2014 10:07:41 AM |
| **Sent As:** | ECOM107@USPTO.GOV |
| **Attachments:** | Attachment - 1<br>Attachment - 2 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 86184493

**MARK:** TUNER SCHOOL

*86184493*

**CORRESPONDENT ADDRESS:**
BENJAMIN ASHUROV
KB ASH LAW GROUP P.C
7011 KOLL CENTER PKWY STE 160
PLEASANTON, CA 94566-3140

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**APPLICANT:** Tuner School, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
Trademarks@Kb-ash.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 5/9/2014**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62, 2.65(a); TMEP §§711, 718.03.

**Search for Conflicting Marks**

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

**Trademark Act Section 2(e)(1) Refusal**

Registration is refused because the applied-for mark merely describes the field and feature of applicant's educational and vocational services. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the specified goods and/or services. TMEP §1209.01(b); *see In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005); *In re Gyulay*, 820 F.2d 1216, 1217-18, 3 USPQ2d 1009, 1010 (Fed. Cir. 1987). Moreover, a mark that identifies a group of users to whom an applicant directs its goods and/or services is also merely descriptive. TMEP §1209.03(i); *see In re Planalytics, Inc.*, 70 USPQ2d 1453, 1454 (TTAB 2004).

In the instant case, applicant seeks registration of "TUNER SCHOOL" for "educational services in the nature of automobile tuning,

modification, improvement, performance, and repair schools; vocational education in the field of automobiles." The term "tune" is defined as "to make small changes to an engine or a machine so that it works better." See the attached evidence from www.macmillandictionary.com. The applicant's own recitation of service indicates it offers a school for "automobile tuning" (emphasis added).

Therefore, the proposed mark merely describes the applicant's services and registration on the Principal Register must be refused under Trademark Act Section 2(e)(1).

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

**Suggested Alternatives for Responding to the Section 2(e)(1) Refusal**

The applied-for mark has been refused registration on the Principal Register. Applicant may respond by submitting evidence and arguments against the refusal. In addition, applicant may respond by doing one of the following: (1) amending the application to seek registration under Trademark Act Section 2(f), or (2) amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §§1052(f), 1091.

Applicant can amend its application to seek registration on the Principal Register based on a claim of acquired distinctiveness by (1) submitting actual evidence that the mark has acquired distinctiveness of applicant's goods and/or services, (2) claiming ownership of a prior U.S. registration for the same mark and the same or related goods and/or services, or (3) providing the following verified statement: "**The mark has become distinctive of the goods and/or services through applicant's substantially exclusive and continuous use in commerce for at least five years immediately before the date of this statement**." *See* 15 U.S.C. §1052(f); 37 C.F.R. §2.41; TMEP §§1212 *et seq.*

To amend the application to the Supplemental Register, applicant must request such an amendment. *See* 15 U.S.C. §1091; 37 C.F.R. §2.47.

**Sample Declaration**

Should the applicant's response require verification, please note the following.

The following is a properly worded declaration under 37 C.F.R. §2.20. Applicant should add this declaration to the end of its response, properly signed and dated by a person authorized under 37 C.F.R. §2.33(a). TMEP §804.01(b).

> The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

________________________
(Signature)

________________________
(Print or Type Name and Position)

________________________
(Date)

If the applicant chooses to respond to the refusal(s) to register, then applicant must also respond to the following requirement(s).

**Identification of Goods and/or Services Amendment Requirement**

The wording specified below in the identification of goods and/or services must be clarified because it is too broad and could include goods and/or services in other international classes. *See* TMEP §§1402.01, 1402.03.

For the applicant's convenience, the Examining Attorney has highlighted suggested amendments and problem areas in bold type below. The applicant may adopt following wording, if accurate, because it is sufficiently definite and properly classified:

"Educational services in the nature of **{specify services, e.g., " classes, seminars, workshops, tutoring, and mentoring"}**, **all in the field of** automobile tuning, modification, improvement, performance, and repair **schools {delete wording "schools"}**; Vocational education in the field of automobiles," in International Class 41.

*See* TMEP §1402.01.

Identifications of goods and/or services can be amended only to clarify or limit the goods and/or services; adding to or broadening the scope of the goods and/or services is not permitted. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07. Therefore, applicant may not amend the identification to include goods and/or services that are not within the scope of the goods and/or services set forth in the present identification.

For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

**Assistance**

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

/James W. Stein/
Trademark Examining Attorney
Law Office 107
Phone: 571.272.3056
james.stein@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

http://www.macmillandictionary.com/dictionary/american/tune_9 05/09/2014 09:28:27 AM

Learn Live Love About FAQ RW Gadgets Apps API Partners Options

??????????????????????????????????????????????????????????????????????????????????????
6??????????•?????????????????????????????????????????????????????????????????«?????
=???????????????????•????????????????????????
+??????????????????????????????????????????????????????????????????????????????????????

Search

MACMILLAN DICTIONARY

Dictionary Thesaurus

Save 15%* on Mother's Day Flowers from FTD
I love you mom!
HOVER TO SHOP



FTD

Did you know?
Click any word in a definition or example to find the entry for that word

**tune** - definition

★

VERB [TRANSITIVE] /tun/ Word Forms

1 tune or tune up MUSIC to make small changes to a musical instrument so that it produces the correct notes
Thesaurus entry for this meaning of tune

a to make small changes to an engine or a machine so that it works better
Thesaurus entry for this meaning of tune

2 [USUALLY PASSIVE] to set a radio or television to a particular station or program
*The television in the corner was tuned to KWEX.*
Thesaurus entry for this meaning of tune

a to watch or to listen to a particular program or station
stay tuned (to something) (=keep watching or listening): *Stay tuned for the latest weather report*
Thesaurus entry for this meaning of tune

3 to develop or to train someone or something
*Try to tune your ear to distinguish between the sounds*
finely tuned: *It takes a finely tuned athlete to perform in a triathlon*
Thesaurus entry for this meaning of tune

**PHRASAL VERBS**

- tune in
- tune out
- tune up

This is the American English definition of tune. View British English definition of tune.
Change your default dictionary to British English.
View the pronunciation for tune.

View thesaurus entry for tune
What are red words?
Using the thesaurus

**Related dictionary definitions**
tune
tune in
tune up
tune up
fine-tune
tune out
sporty tune

Regrowing Eyelashes?
Tested All Eyelash Enhancers. Here Are The Best Products of 2014

Find the secret sentence

LIFE SKILLS DAY 14.05.14

Teach young learners? Enter our survey

YOUNG LEARNERS

FAST & SECURE ONLINE MEETINGS

GoToMeeting

Try it Free

Share this definition of tune

learn English live English love English

BuzzWord

click farm

an organized group of low-paid workers employed to click on particular parts of web pages

BuzzWord Article

More BuzzWords

click farm, [illegible], crowdfunding, content farm, [illegible], crowdsourcing, [illegible], SEO, hacktivist

BuzzWord archive

Open Dictionary

scenester

a person who frequently attends a particular social or cultural scene

add a word

More submissions

[illegible]

view entries

Word of the Day

spume

a white mass of bubbles on the top of a wave

Blog

A must for anyone with an interest in the changing face of language. The Macmillan Dictionary blog explores English as it is spoken around the world today.

[illegible]

[illegible]

© Macmillan Publishers Limited 2009–2014 Index Privacy Cookie Policy Terms and Conditions

| | |
|---|---|
| **To:** | Tuner School, LLC (Trademarks@Kb-ash.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86184493 - TUNER SCHOOL - N/A |
| **Sent:** | 5/9/2014 10:07:42 AM |
| **Sent As:** | ECOM107@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

## IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED ON **5/9/2014** FOR U.S. APPLICATION SERIAL NO. 86184493

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **5/9/2014** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# EXHIBIT 9
# Part I

# SECOND (REBUTTAL) DECLARATION OF MATT KIRKLAND

I, Matt Kirkland, declare as follows:

1. I am over the age of eighteen and competent to make this Declaration.

2. The facts stated in this Declaration are within my personal knowledge and are true.

3. As previously established, I am the co-owner and operator of PhillyWine, a wine school in Philadelphia for both novice learners who have an interest in increasing their knowledge of wine and professionals pursuing credentials to enable them to work professionally in the wine industry.

## The Ownership of the PhillyWine Brand

4. First and foremost, the ownership of PhillyWine by Noelle Allen and myself is not as questionable as Kieth Wallace attempts to argue. As stated in both Neal Ewing's and my sworn declarations, he and I have known each other for years. Additionally, Noelle and I both took classes and taught at PhillyWine. So, in 2021, when Neal told me he wanted to retire, it made sense for Noelle and I to take over the business.

5. Given our longstanding relationship and familiarity with each other, and the clear intention and communication between us, we felt there was no need for a written transfer agreement—particularly since no such documentation is required in the State of Pennsylvania where the transfer and assignment of rights include common law marks (as opposed to registered marks). Moreover, Neal, Noelle and I all understood the nature and scope of the transfer, agreed to clear terms, and consented to proceed based on mutual understanding.

## Plaintiff's Strong Rights Rights in the PhillyWine Brand and the Last Peaceable Status Quo Between PhillyWine and the Wine School of Philadelphia

6. Nothing in Wallace's or Defendants' submissions refute or rebut that we have been using "PhillyWine", including through our predecessor in interest Neal Ewing, since 2001. Even taking Wallace's claim of first use from 2005 at face value (which we dispute), our use still predates his. But as thoroughly addressed below, his 2005 claim of first use is clearly false.

7. I was surprised to learn that Wallace's submissions suggested our use of 'PhillyWine' was "sporadic." The fact that our company and its predecessor together operated a website at PhillyWine.com continuously for 25 years, clearly demonstrates that our use of "PhillyWine" was continuous and not sporadic. But given Defendants' arguments on that point, we feel we must supplement the evidence of PhillyWine's years of continuous and exclusive use of the marks PhillyWine and PhillyWine.com. Attached as Exhibit AG is the entire history of our website at <phillywine.com> from the Internet Archive. Between 2001 and March 27, 2026, the term "PhillyWine" appears hundreds of times on <phillywine.com>. During that time, we are aware of no other business that used PhillyWine with wine courses or wine school services.

8. In contrast, according to our search of the Internet Archive for <vinology.com>, which has been registered since 2002, the first use of 'Philly Wine School' by Wallace and the

other Defendants we can identify is November 23, 2024. Furthermore, the mark 'Philly Wine School' does not appear on the main portion of Wallace's <vinology.com> website until December 3, 2024. *See* Dkt. No. 6-2, Kirkland Decl. ¶ 38; *see also* Kirkland Decl. Exhibit Y.

9. While Wallace's declaration offers no evidence of his or Defendants' own use of 'Philly Wine School' at any time, he cited two third-party references to his business as 'Philly Wine School' – one in 2005, and the other in 2017. *See* Dkt. No. 25-1, Wallace Decl., ¶¶ 72(a); 67; *see also* Dkt. No. 25-1, Wallace Decl. Exhibit O. If anyone has been using their asserted mark "sporadically," it is Wallace. Furthermore, the reference to "Philly Wine School" in 2005 was in an article in *Graffiti,* a local lifestyle publication, and was used as a catchy subtitle only – the article clearly identified Wallace's business as the "The Wine School of Philadelphia"

10. That said, Wallace has definitely used the name "the Wine School of Philadelphia" for 20+ years, and PhillyWine (under Ewing's ownership and now ours) never had any issue with Defendants' longstanding use of 'the Wine School of Philadelphia.' Our issues with him only arose when he began to use 'Philly Wine School' in writing recently, which, as his (lack of) evidence confirms, never happened before 2024, and really ramped up beginning in late 2025 and 2026.

11. The domain <phillywine.com> has not merely been "linked" to the PhillyWine website as characterized by Defendants. *See* Dkt. 25 pg. 1. The domain <phillywine.com> has served as the primary advertising platform for PhillyWine for twenty-five years and has been continuously used for public advertisement and promotion of PhillyWine and its courses during that time period.

12. Wallace admits that PhillyWine has owned and continuously used the domain name <phillywine.com> in connection with wine education services. *Id*. Wallace's own evidence supports this. *See* Dkt. No. 25-1, Wallace Decl. Exhibit A, which appears to consist of a newspaper article associating (1) Neal Ewing with <phillywine.com> and (2) Keith Wallace with the Wine School of Philadelphia.

13. Moreover, it is mindboggling that Wallace continues to deny PhillyWine's rights to "PhillyWine" particularly considering a specific article on SOMM, a website under his control, stating that "PhillyWine" was founded in the 1990s, under Neal Ewing and rebranded under Noelle Allen in 2022. See Exhibit AH The same article identifies Keith Wallace as the founder of the Wine School of Philadelphia in 2001. *Id.*

14. Wallace is the self-admitted "administrator" of SOMM.us. See Dkt. No. 25-1, Wallace Decl. ¶ 78. From some quick research, my understanding is that a website administrator is a professional responsible for the ongoing maintenance and management of a website, and key responsibilities include content management, namely, overseeing the content of the website, including updating and approving content for accuracy and compliance. See Exhibit AI. In other words, a website administrator typically reviews and approves all content uploaded to that website.

15. If Wallace is the website administrator for SOMM.us, that means Wallace not only likely reviewed, but approved the article shown in Exhibit AH. Wallace would also likely have reviewed and approved an article associating Neal with PhillyWine in the 1990s, so Wallace has

acknowledged that our rights to PhillyWine predate any of his alleged rights to 'Philly Wine School.'

16. According to Wallace, SOMM.us was redesigned in 2023, and conveniently, "lost a lot of data." *See* Dkt. 25-1, Wallace Decl. ¶ 38.

17. Going even further, not only does Wallace ***admit*** that he has associated Neal with <phillywine.com> in "all the years [he has] known [Neal]," he ***further admits*** that "[o]ver time . . students and those in the wine community began referring to his program as simply "PhillyWine." *Id*. ¶ 44. This is a clear admission by Wallace that consumers associate the name and mark "PhillyWine" with Neal's business and now our business, not with Wallace and/or the Wine School of Philadelphia.

18. While Wallace has no evidence of his or Defendants' own use of 'Philly Wine School,' and he only cited two third-party references to his business as 'Philly Wine School' from 2005 and 2017, those references were from two obscure publications, and PhillyWine has *also* been referred to as 'Philly Wine School' by third-party publications, including the biggest and most widely distributed newspaper in town. Indeed, an article published January 18, 2022, by The Philadelphia Inquirer quotes Neal Ewing and refers to him as the "Philly Wine School director." *See* Exhibit AJ. That publication alone (with a much broader distribution than the two obscure articles Wallace cites) shows that Wallace cannot actually show he has exclusive rights to the name 'Philly Wine School.'

19. Moreover, PhillyWine (and Neal) predates social media and the most recent modern forms of advertisement. The fact that Neal did not use Instagram or other social media to advertise or promote PhillyWine does not magically negate or reduce PhillyWine's rights in the PhillyWine name and mark that it developed over many years via numerous other advertising and promotional channels including hard copy and emailed newsletters, the PhillyWine.com website, and via in-person and online classes. Attached as Exhibit AK are two copies of such newsletters from 2001 and January 2003, respectively. One of my and Noelle's goals when we took over the business was to update its advertising to more contemporary promotional channels like social media.

20. In 2022, we created the Instagram account handle @_phillywine__. We were later advised by a third-party marketing company that our Instagram handle was not SEO friendly for searching on Google or Instagram. See Exhibit AL. We believe this was because our handle began with an underscore, and Instagram searching would not bring up our account unless (in the highly unlikely event) someone was searching for an account beginning with an underscore. In other words, someone searching in Instagram for "Phil . . ." could never see our account pop up as a suggested result, even if they continued typing in "PhillyWi . . . ."

21. Considering we had intended to use Instagram to advertise PhillyWine's courses and schedules, this was something we felt we needed to immediately address. The Instagram account @PhillyWine was already taken (which we later learned was done by Wallace for the purpose of antagonizing Neal Ewing), so we registered for @PhillyWineSchool, since we are a wine school offering wine education services. This was also the Instagram handle that the third-party marketing company advised us to use.

22. Further showing that we registered that Instagram account handle in 2022, attached as Exhibit AM are photographs showing business cards that my business partner Noelle created for me in 2022. Notably, the business cards list our Instagram account handle as @PhillyWineSchool.

23. On February 23, in advance of our court filings in this case, my business partner Noelle emailed the team at WSET asking them to send us documentation reflecting the number and name of individuals who were awarded WSET certificates over the years from PhillyWine. We followed up with them multiple times, and only on Friday March 20 did we receive from WSET the two documents attached as Exhibits AN and AO. The first one, entitled "0757 Awards," reflects all of the awards granted when Neal operated under the unincorporated business name Neal Ewing Wine Services using the trademarks PhillyWine and PhillyWine.com, and reflects a total of 1,479 WSET awards granted to PhillyWine students. The second one, entitled "Awards 3169" reflects all of the awards granted for PhillyWine customers, and reflects a total of 549 WSET awards in the past 6+ years (including for students who began taking courses through PhillyWine under Neal and completed their studies with us).

24. The first page of Defendants' opposition appears to focus on the fact that the Wine School of Philadelphia has operated a brick-and-mortar location "from the beginning" and then goes on state that Neal "primarily used space at universities and other nonpermanent venues." *See* Dkt. 25 pg. 1. The tone of it implies that PhillyWine was somehow less legitimate simply because it was not operating out of a brick-and-mortar location. It never occurred to Neal, Noelle, or myself that PhillyWine needed to be a brick-and-mortar school to be considered a school. I'm fairly certain people can, and indeed do, earn a variety of degrees in temporary locations and online.

**Wallace's Contradictions and Half-Truths**

25. Wallace's flippant characterization of the facts of this case—and in particular his egregious conduct over the last few months—demonstrates precisely why PhillyWine needs the relief it seeks from the Court. Wallace sees his own actions and behavior through industrial-strength rose-colored glasses. If Wallace's slanted version of events is to be believed, PhillyWine would appear to be overreacting to just the suspension of its Instagram account. But that is not the full or correct version of what has happened since December 2025.

26. Defendants' Opposition and Wallace's declaration are so full of contradictions and half-truths, it is difficult to separate fact from fiction.

27. One glaring contradiction in Defendants' opposition papers relates to the types of consumers they claim they target. In his Declaration, Wallace stresses that his customer base consists of "wine enthusiasts" whom he defines as "non-professional" students and casual learners." *See* Dkt. 25 pg. 3. At first glance, The Wine School of Philadelphia's website confirms this, as the Frequently Asked Questions section reads, "Our wine classes are 90-minute sessions designed for wine lovers to enjoy an evening of education, excellent wines, and entertainment." (*see* Exhibit AP). Amusingly, though, the very next sentence reads, "In contrast, our wine courses are for serious enthusiasts and professionals seeking to earn credentials and work in the wine trade." *Id*. The FAQ section further emphasizes that "[n]o prior knowledge [is] required." Id.

28. Furthermore, the "Terms & Conditions" section of vinology.com states "The Wine School is a **consumer-focused institution**, teaching wine appreciation for **personal enjoyment, not for occupational preparation**. The Wine School's programs are **not designed to assist in securing employment in any wine-related industry**. *See* Exhibit AQ (emphasis added). The page further states "Pennsylvania Department of Education Notice The Wine School is **a consumer-based institution providing non-vocational wine education**. Classes are **intended for personal enrichment only**." *Id*. (emphasis added).

29. Wallace even includes a "Wine IQ: The Unofficial Sommelier Test" on his website which states "[h]aving a sommelier certificate is far more than being a somm. It's almost as essential outside the restaurant industry as in it. The certificate itself isn't even that important: it's the knowledge earned that is mission-critical in today's business environment. Wine knowledge is key to every job where a client needs to be impressed, a promotion solidified, or a level of cultural sophistication is required. Knowing the ins and outs of wine can't be learned in a book; most wine books are outdated and geared toward consumerism. It requires taking a professional wine course." *See* Exhibit AR.

30. However, as per the evidence we submitted in our prior papers, on or around February 18, 2026, PhillyWine discovered that Wallace had self-nominated the Wine School of Philadelphia under the deceptive and infringing trade name Philly Wine School as the "Best Vocational School" in the Philadelphia Inquirer's Philly Favorites contest, and sent emails to his email distribution list—which notably included thousands in the Philly wine community—seeking their help to secure the win. *See* Dkt 6-2, Kirkland Decl. ¶ 49.

31. A vocational school is defined as "organized educational programs directly related to the preparation of individuals for paid or unpaid employment in recognized occupations." See 20 U.S.C. §2302 (Carl D. Perkins Career and Technical Education Act). With regard to post-secondary education, vocational schools are traditionally distinguished from four-year colleges by their focus on job-specific training to students who are typically bound for one of the skilled trades, rather than providing academic training for students pursuing careers in a professional discipline. *Id*.; *see also* U.S. Department of Education, National Center for Education Statistics, *Postsecondary Occupational Education* (NCES 2002-129) (2002)

32. Put simply, it is evident that Wallace and his business cater to ***both*** categories of consumers—as does PhillyWine—and we are the only two competitors within Philadelphia offering wine courses to both non-professional wine enthusiasts and students seeking wine credentials to work in the wine industry. This direct overlap in, and competition for, possible consumers, together with the nearly identical nature of PhillyWine and 'Philly Wine School,' underscores the likelihood of confusion and need for an injunction.

33. And despite clear evidence that Wallace was aware of PhillyWine as early as 2005, he claims that his use of 'Philly Wine School' has been "substantially exclusive and continuous" and there was "never a moment where [he] credibly believed that [PhillyWine's] use of PhillyWine impacted my use of Philly Wine School." (Id. at ¶ 72(b).) He further states that he "believed that [he] was the only one who had the exclusive right to use Philly Wine School." Id. at ¶ 72(c).

34. But then Wallace goes on to list a "number of entities and third parties" who allegedly use the terms "Philly" and "Wine." Wallace first presented PhillyWine with this list on February 2, 2026 in the letter from Stanford Ponson, which claimed that the list was evidence supporting the claim that PhillyWine's use of "PhillyWine" had not achieved acquired distinctiveness. *See* Dkt 6-13 at 89-90, Declaration of Ian Ballon. Ex. E.

35. As an initial matter, it seems logically inconsistent for Wallace to argue that uses of "Philly" and "Wine" by third parties are relevant to the ability of our use of "PhillyWine" to acquire distinctiveness but are not relevant to his claim of exclusive use of "Philly Wine School".

36. But setting aside that logical inconsistency, none of these third-party uses is relevant to whether our "PhillyWine" mark has acquired distinctiveness. This is because not one of these "Philly" and "Wine" designations are used in connection with wine schools—professional or otherwise, and based on my extensive experience in the wine community, this distinction is significant. In quick summary, Wallace points to:

(i) A federal trademark registration for the mark PHILLYWINEFEST (Reg. No. 6897423) which covers wine festivals and tasting services;

(ii) The "Philly Wine and Beer," a *retail* beer and wine *store* located six miles from The Wine School of Philadelphia;

(iii) Four Instagram profiles whose account names include "Philly" and "Wine"—including @ThePhillyWineGuy, @Philly_WineGuys, @PhillyWineEvents and @PhillyWineClub—which, as Wallace describes, relate to (1) the personal Instagram account of a guy apparently based in Philadelphia who likes wine; (2) the Instagram handle of "two Philly guys selling Italian wines"; (3) a local business that offers wine *events*; and (4) "an informal wine education group learning about wine by drinking it together." Clearly, none of these involve wine schools or wine school services, but they appear to be run by wine sellers, wine clubs and oenophiles;

(iv) A single online article from Philadelphia Magazine, a regional digital media publication covering culture and dining in Philadelphia entitled "The Wines of the Summer, According to Philly Wine Pros" and originally published in August 2020;

(v) Philly Wine Week LLC's "Philly Wine Week" festival, which last took place in 2019, and the event page for which has not been updated since March 3, 2020. See Exhibit AS. Moreover, the official website for the Philly Wine Week festival currently displays unrelated content.

*See* Dkt. 25-1, Wallace Decl. ¶ 72(c). In sum, none of the above references from Wallace's declaration involve companies that—like PhillyWine and Defendants—offer both introductory wine courses for beginners and those looking for personal fulfillment, and structured, formal wine courses that provide credentials for professionals aiming to improve their knowledge and abilities to work in the wine industry. The point being that none of those entities or uses actually compete with PhillyWine to provide such educational services and it seems to me unlikely that anyone would confuse them with us.

37. Wallace's declaration also refers to Bob Trimble, one of PhillyWine's above-discussed declarants, by arguing that Trimble "claims to operate by a different name" in his declaration. *Id*. Wallace's evidence consists of screenshots from the Internet Archive of Trimble's website www.phillywineguy.com. There is a reason Wallace had to use the Internet Archive to obtain images from Trimble's website: the website has not been active since at least December 2024. Before then, Trimble used the domain name <phillywineguy.com>, which he registered on October 6, 2020 (*see* Exhibit AT) to host his personal wine blog, which importantly, is not a commercial use of "philly wine guy." However, even to the extent that his blog was commercial and not personal, it is very different from offering introductory wine courses for beginners and those looking for personal fulfillment, and structured, formal wine courses that provide credentials for professionals aiming to improve their knowledge and abilities to work in the wine industry.

38. Sadly, this continual manipulation of truth and misrepresentation of facts is what we have come to expect from Wallace. For example, given the expense we have now incurred, his flippant description of pre-litigation discussions is, frankly, insulting. To say he "twice offered to restore PhillyWine's Instagram account . . . they refused" (*see* Dkt. 25-1, Wallace Decl. ¶ 92) is flat wrong and, again, insulting. First and foremost, our counsel Marc Trachtenberg specifically requested that Wallace withdraw his complaint to Instagram. *See* Dkt 6-2, Ian Ballon Decl. Exhibit B.

39. Second, Wallace was willing to withdraw the complaint, but the offer was not a good faith offer because it was conditional on PhillyWine agreeing to change its Instagram handle. The entire purpose of getting Wallace to withdraw the trademark complaint was so that we could regain use of the handle which is critical to our business because we use it to disseminate course and schedule information for current prospective students, which Wallace knew. If we then had to relinquish the handle to Wallace, then his withdrawing the trademark complaint would be meaningless. In other words, Wallace held our Instagram handle hostage knowing full well that PhillyWine's Instagram account was used to disseminate course and schedule information for current prospective students, and also that as the result of Wallace's complaint, PhillyWine lost access to its Instagram followers who continue to form a good amount of its prospective and actual customer base. *See* Dkt. 6-2, Kirkland Decl. ¶ 50. To be clear, despite our business' longstanding use of PhillyWine and PhillyWine.com, Wallace wants to *continue his* owning and operating the Instagram account @PhillyWine, with his wife *continuing* to own the Instagram account @PhillyWineInstructor. However, at the same time, he cannot abide (despite offering no *real* evidence that he has any right to exclusivity in 'Philly Wine School') PhillyWine operating under the Instagram account @PhillyWineSchool, even though PhillyWine has been using the "PhillyWine" mark for decades and is a wine school. And PhillyWine now has less than three months to overcome the current suspension from Instagram, or else PhillyWine's account will be permanently disabled and PhillyWine will lose access to all of its posts and followers. *Id*. at ¶ 51.

40. Wallace claims PhillyWine changed its Instagram handle in 2025 (see Dkt. 25-1, Wallace ¶ 87), but as explained above PhillyWine changed its Instagram handle in 2022 following third-party marketing advice unrelated to Wallace. *See* Exhibit AL. Earlier in his declaration, Wallace cites to Exhibit P, which consists of a screenshot of a post from the @phillywineschool account…dated February 26, 2024. *See* Dkt. 25-1, Wallace Decl. ¶ 72; *see also id.*, Exhibit P. In other words, Wallace's ***own*** evidence disproves his claims, including that PhillyWine purportedly

changed its Instagram handle in 2025, and that this was the purported cause of the recent actual confusion.

41. Additionally, Exhibit I of Wallace's declaration consists of screenshots of PhillyWine's website from the Internet Archive dated December 6, 2022 (see Dkt. 25-1, Wallace Decl. Exhibit I), at which time, PhillyWine's Instagram account was @_phillywine_. We received the third-party marketing email on December 15, 2022 (*see* Exhibit AL) –a mere nine days later—and the Instagram handle was changed to @phillywineschool shortly thereafter.

42. But Exhibit Q of Wallace's declaration reflects screenshots of PhillyWine's website from the Internet Archive dated January 15, 2025 (see Dkt. 25-1, Wallace Decl. Exhibit Q)—at which time, PhillyWine's Instagram account had already been changed to @phillywineschool, which is also evidenced in Exhibit Q. Thus, despite his own evidence disproving his claims about the timing of PhillyWine changing its Instagram account handle and how that timing purportedly factors into the actual confusion in this case (it doesn't), Wallace is clearly trying to manipulate the narrative and make it look like PhillyWine changed its Instagram handle in 2025 so that he can portray that as the cause of the recent confusion.

43. Finally, Wallace claims that our new Instagram account @mywineschool was created in "bad faith . . . despite [his] previous offers to reactivate their old account." Dkt. No. 25-1. Wallace Decl. ¶93. That is not the case, and if anyone is acting in "bad faith" it is indisputably Wallace. The truth is much simpler: unlike others, we will not give in to Wallace's bullying.

44. The public statements and information that Wallace has published over the years are similarly confusing and greatly undermine his credibility. For example, a SOMM.us article—which as discussed further below Wallace is an "administrator" for—states that Wallace "graduated from UC Davis' enology program". *See* Exhibit AU. The Philadelphia Inquirer wrote an article about this lawsuit after it was filed. *See* Exhibit AV, Inquirer article dated March 6, 2026. According to the reporter, she contacted UC Davis on behalf of the Inquirer to "elaborate on [Wallace's] stint in Napa Valley. UC Davis has no record of a person with Wallace's name or date of birth ever attending." *Id*.

**Balance of Harms**

45. We have no intention of preventing Wallace from merely conducting his business. We take issue with the fact that Wallace is conducting business under a name that we have been using for decades. Wallace's conduct must be stopped, or his actions will continue to harm PhillyWine and likely others.

46. Wallace has shown, repeatedly, that his actions and conduct will not change because he does not believe that he is doing anything wrong. He needs a third party—namely, this Court—to prevent him from causing further harm to PhillyWine's business, goodwill and reputation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: ______________________

Name: Matt Kirkland

Date: _March 25, 2026__________

# Exhibit AG

DONATE

Explore more than 1 trillion web pages saved over time

http://www.phillywine.com/

**Calendar** · **Collections** · **Changes** · **Summary** · **Site Map** · **URLs**

Saved **342 times** between August 5, 2002 and November 1, 2025.




**JAN**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**FEB**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**MAR**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**APR**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**MAY**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**JUN**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

**JUL**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**AUG**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**SEP**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**OCT**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**NOV**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

**DEC**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## Note

This calendar view maps the number of times **http://www.phillywine.com/** was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

FAQ | Contact Us | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

The Wayback Machine - https://web.archive.org/web/20221206200743/https://www.phillywine.com/




Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for you. We offer wine classes, events, and WSET Certification in wine, sake, and spirits.

🍷

**App. 2559**

## Wine & Spirits Education Trust

Based out of London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals. PhillyWine LLC is an Approved Program Provider.

# Explore WSET Classes

WINE

## Level 1 Award in Wines

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.

## Level 2 Award in Wines

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.

## Level 3 Award in Wines

An advanced level qualification for professionals working in the wine industry and for wine enthusiasts.

## Level 4 Diploma in Wine

The WSET Level 4 Diploma in Wines is an expert-level qualification covering all aspects of wine.

SPIRITS & SAKE

## Level 1 Award in Spirits - Online

The Level 1 qualification offers a hands-on introduction to the world of spirits.

App. 2565

## Level 2 Award in Spirits - Online

A beginner to intermediate level qualification exploring spirits and liqueurs for those working in the industry or spirits enthusiasts.

## Level 1 Award in Sake - Online

An introduction to sake for those starting a career in the industry or just pursuing an interested in sake.

# Upcoming Upcoming U

## Next WSET Classes and Exams

EXAMS: Level 1 & 2 in Wine, Spirits, Sake Exam Dec 7 - Sign up by Nov 22

Level 1 Wine Online Classroom begins Dec 12 - Sign up by Dec 2

Level 2 Wine Online Classroom begins Dec 12 - Sign up by Dec 2
Level 2 Wine In-Person Winter Classes begin Feb 8 - Sign up through Feb 15

Level 3 Wine Online Classroom begins Dec 12 - Sign up by Dec 2
Level 3 Wine In-Person Spring Classes begin Jan 24 - Sign up through Jan 31

Diploma D1 Online Classroom begins Jan 9 - Sign up by Dec 29
Diploma D1 Hybrid Classes begin Nov 28 - Sign up through Dec 5

Diploma D2 Virtual Classes with PhillyWine begin Jan 9 - Sign up through Jan 8

Diploma D3 Online Classroom begins April 24 - Sign up by April 14

*Visit the WSET Classes pages for more dates*

***WSET Latest Figures:***

- 108,584 candidates in 2020/21*
- 9 separate WSET qualifications
- 800+ WSET course providers worldwide
- 70+ countries provide WSET courses
- 15 languages offered

** wordwide across all levels of wine, sake, and spirits*

Follow along @ _phillywine_

## Subscribe to Our Newsletter

Sign up to receive news and updates. We promise we won't spam you.

First Name

Last Name

Email Address

Sign Up

App. 2570

© 2022 PhillyWine, LLC

In-person classes meet at Sofitel Philadelphia
120 S 17th St, Philadelphia, PA 19103

Terms of Service
PhillyWine Policies

Classes
Calendar
FAQ

App. 2571

# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2573

The Wayback Machine - https://web.archive.org/web/20020929221222/http://www.phillywine.com:80/

# Phillywine.com

***Featured Upcoming Events***

**September 9:** 12 Week WSET Advanced Certificate Begins (Mostly Mondays)...Details
**Tues. Sept. 17:** Tasting: Germany's St. Urbans-hof (Mosel-Saar-Ruwer) with owner-winemaker Nik Weis (Tuesday) ... .Details
**October 2:** 3 Week Introductory Course Begins (Wednesdays). . . Details
**October 8**: 8 Week WSET Intermediate Certificate Course Begins (Tuesdays). . . Details
**Nov. 26:** WSET Intermediate Certificate Exam (Tuesday)....Details
**Dec. 9:** WSET Advanced Certificate Exam (Monday).. .Details
**Jan. 6, 2003:** WSET Diploma Study Classes Begin (Mostly Mondays)...Details

News: Advanced Certificate Exam to change effective January 1, 2003...Details

# What is Phillywine.com?

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA, since 1992
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

We continue holding our tastings and classes in a private room on the second floor of Jack's Firehouse Restaurant. All classes & tastings run from 7 to 9 p.m. unless otherwise indicated. Jack's Firehouse is located at 2130 Fairmount Ave., in Philadelphia.

Beginning 2002, we charge no membership fees toward any of our tastings, and we still have great low prices.

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust.

App. 2574

# WSET Registered Centre- The World's Best Wine Classes

What is the WSET?

We offer the wine classes of England's Wine & Sprit Education Trust (WSET), the educational affiliate of the Institute of Masters of Wine (MW) featuring:

- WSET Intermediate Certificate - 8 weeks details
- WSET Advanced Certificate- 15 weeks (currently compressed to 12 weeeks) details
- WSET Diploma Study Group- Jan. - June, 2 years details

# Phillywine Tastings & Classes

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Half as many wines and half as long (1 hour, usually 7 to 8 p.m.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

# Our Guest Speakers: Top Winemakers & Wine Masters

Who's Been Here?

Since 1988 our guest speakers have included many of the world's most respected wine people. Details

# The Best & Rarest: Wines we have poured at our tastings

Dozens of Memorable Wines

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines. Details

App. 2575

# Discount Dining: Restaurant Discounts at Jack's Firehouse

Jack McDavid, one of America's most honored chefs, offers a generous discount to all who dine at Jack's Firehouse either before or after one of our tastings or classes. Details

# Discount Tastings: Pay Early & Save up to 40%

If we get your tasting pre-payment (check, Visa, Mastercard or Amex) by the Friday before a scheduled tasting you'll save big bucks. Details

# Free E-newsletter

Until 2002 a membership fee of $60 per year was required before you could receive our highly praised e-newsletter. Now it's free. E-mail us at Neal@Phillywine.com to sign up.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478*
*Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2576

The Wayback Machine - https://web.archive.org/web/20020805052109/http://www.phillywine.com:80/

# Phillywine.com

***Featured Upcoming Events***

**Tues. Aug. 20:** Tasting: Alsace's Domaine Neumeyer (Tuesday)... .Details
**September 9:** 12 Week WSET Advanced Certificate Begins (Mostly Mondays)...Details
**September 18:** 3 Week Introductory Course Begins (Wednesdays). . . Details
**October 8**: 8 Week WSET Intermediate Certificate Course Begins (Tuesdays). . . Details
**Nov. 26:** WSET Intermediate Certificate Exam (Tuesday)....Details
**Dec. 9:** WSET Advanced Certificate Exam (Monday).. .Details
**Jan. 13, 2003:** WSET Diploma Study Classes Begin (Mostly Mondays)...Details

News: Advanced Certificate Exam to change effective January 1, 2003...Details

# What is Phillywine.com?

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes Since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA, since 1992
  - **Philadelphia** Magazine: "Best of Philly" 1995
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

We continue holding our tastings and classes in a private room on the second floor of Jack's Firehouse Restaurant,. All classes & tastings run from 7 to 9 p.m. unless otherwise indicated. Jack's Firehouse is located at 2130 Fairmount Ave., in Philadelphia.

Beginning 2002, we charge no membership fees toward any of our tastings, and we still have great low prices.

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust.

**App. 2577**

# WSET Registered Centre- The World's Best Wine Classes

What is the WSET?

We offer the wine classes of England's Wine & Sprit Education Trust(WSET), the educational affiliate of the Institute of Masters of Wine (MW) featuring:

- WSET Intermediate Certificate - 8 weeks details
- WSET Advanced Certificate- 15 weeks (for 2002 compressed to 12 weeeks) details
- WSET Diploma Study Group- Jan. - June, 2 years details

# Phillywine Tastings & Classes

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Half as many wines and half as long (1 hour, usually 7 to 8 p.m.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- Two-session Intermediate classes
- One night classes on individual subjects.

# Our Guest Speakers: Top Winemakers & Wine Masters

Who's Been Here?

Since 1988 our guest speakers have included many of the world's most respected wine people. Details

# The Best & Rarest: Wines we have poured at our tastings

Dozens of Memorable Wines

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines. Details

App. 2578

# Discount Dining: Restaurant Discounts at Jack's Firehouse

Jack McDavid, one of America's most honored chefs, offers a generous discount to all who dine at Jack's Firehouse either before or after one of our tastings or classes. Details

# Discount Tastings: Pay Early & Save up to 40%

If we get your tasting pre-payment (check, Visa, Mastercard or Amex) by the Friday before a scheduled tasting you'll save big bucks. Details

# Free E-newsletter

Until 2002 a membership fee of $60 per year was required before you could receive our highly praised e-newsletter. Now it's free. E-mail us at Neal@Phillywine.com to sign up.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478*
*Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2579

The Wayback Machine - https://web.archive.org/web/20021128105447/http://www.phillywine.com:80/

# Phillywine.com

***Featured Upcoming Events***

**Wed. Nov. 20:** ABC (Anything-But-Cabernet) Walkaround Tasting at N3rd Restaurant, 801 N. 3rd St. (NE corner 3rd & Brown Sts.), Phila.... .Details

**Tues. Nov. 26:** WSET Intermediate Certificate Exam at Jack's Firehouse....Details

**Mon. Dec. 9:** WSET Advanced Certificate Exam at Jack's Firehouse.. .Details

**Mon. Jan. 6, 2003:** Part I (for first year students) WSET Diploma Study Classes Begin at the London Grill, 23rd & Fairmount Ave...Details

**Mon. Feb. 3, 2003:** Part IIB (for all students) WSET Diploma Study Classes Begin at the London Grill, 23rd & Fairmount Ave....Details

**Tues. Feb. 4, 2003:** 12 Week WSET Advanced Certificate Begins (Location to be announced)...Details

**Wed. Feb. 12, 2003**: 8 Week WSET Intermediate Certificate Course Begins (Location TBA). . . Details

**Mon. April 21, 2003:** Part III (for second year students) WSET Diploma Study Classes Begin at the London Grill, 23rd & Fairmount Ave....Details

News: Advanced Certificate Exam to change effective August 1, 2003...Details

# What is Phillywine.com?

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

App. 2580

Jack's Firehouse is located at 2130 Fairmount Ave., in Philadelphia, and we continue our current classes there through their conclusions. At the end of 2002 we will conclude our affiliation with

Jack's Firehouse (with gratitude to Jack McDavid for his ten years of hospitality) and begin to partner with other area restaurants and institutions.

Our first partner restaurants include N3rd Restaurant at 801 N. 3rd St. (3rd & Brown) in the Northern Liberties section of Philadelphia for walkaround tastings beginning November 20; and the London Grill, 23rd & Fairmount, for our WSET Diploma classes beginning Jan. 6, 2003.

All classes & tastings run from 7 to 9 p.m. unless otherwise indicated.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices.

Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust.

# WSET Registered Centre- The World's Best Wine Classes

What is the WSET?

We offer the wine classes of England's Wine & Sprit Education Trust (WSET), the educational affiliate of the Institute of Masters of Wine (MW) featuring:

- WSET Intermediate Certificate - 8 weeks details
- WSET Advanced Certificate- 15 weeks (currently compressed to 12 weeeks) details
- WSET Diploma Study Group- Jan. - June, 2 years details

# Phillywine Tastings & Classes

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Half as many wines and half as long (1 hour, usually 7 to 8 p.m.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

# Our Guest Speakers: Top Winemakers & Wine Masters

Who's Been Here?

Since 1988 our guest speakers have included many of the world's most respected wine people. Details

# The Best & Rarest: Wines we have poured at our tastings

Dozens of Memorable Wines

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines. Details

# Discount Dining: Restaurant Discounts at Jack's Firehouse

From 1992 through the end of 2002 we have held our events at Jack's Firehouse. Jack McDavid, one of America's most honored chefs, has offered a generous discount to all who dine at Jack's Firehouse either before or after one of our tastings or classes. Details

# Discount Tastings: Pay Early & Save up to 40%

If we get your tasting pre-payment (check, Visa, Mastercard or Amex) by the Friday before a scheduled tasting you'll save big bucks. Details

# Free E-newsletter

Until 2002 a membership fee of $60 per year was required before you could receive our highly praised e-newsletter. Now it's free. E-mail us at Neal@Phillywine.com to sign up.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478*
*Havertown, PA 19083*

App. 2582

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20030203205538/http://www.phillywine.com:80/




## *Upcoming Events*

**Mon. Feb. 3, 2003:** Part IIB (for all students) WSET Diploma Study Classes Begin at the London Grill....Details

**Tues. Feb. 4, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Feb. 5:** Rhone Walkaround Tasting at N3rd Restaurant **SOLD OUT**.... .Details

**Wed. Feb. 12, 2003**: 8 Week WSET Intermediate Certificate Course Begins at Chaddsford Manayunk.. . . Details

**Thurs. Feb. 20, 2003:** Rhone Ranger Drop-By Tasting at Twenty21. . . Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

## Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

## Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2584

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.

- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 40%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478*
*Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20030215035544/http://www.phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

## *Upcoming Events*

**Mon. Feb. 3, 2003:** Part IIB (for all students) WSET Diploma Study Classes Begin at the London Grill....Details

**Tues. Feb. 4, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Feb. 12, 2003**: 8 Week WSET Intermediate Certificate Course Begins at Chaddsford Manayunk.. . . Details

**Thurs. Feb. 20, 2003:** Rhone Ranger Drop-By Tasting at Twenty21. . . Details

**Wed. March 5, 2003:** Cabernet Walkaround Tasting at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2586

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 40%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2587

The Wayback Machine - https://web.archive.org/web/20030323001023/http://phillywine.com:80/




## *Upcoming Events*

**Mon. Feb. 3, 2003:** Part IIB (for all students) WSET Diploma Study Classes Begin at the London Grill....Details

**Tues. Feb. 4, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Feb. 12, 2003**: 8 Week WSET Intermediate Certificate Course Begins at Chaddsford Manayunk.. . . Details

**Thurs. March. 20, 2003:** Zinfandel Drop-By Tasting at Twenty21. . . Details

**Thurs. Apr. 3, 2003:** Food Friendly Wine & Food Tasting at Gerhard's Appliances. . . Details

**Wed. Apr. 9, 2003:** Pinot Noir Walkaround Tasting at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Mon. Apr. 14, 2003:** Partly-Specified (Partly Blind) Wine Tasting Class with Mary Ewing-Mulligan MW at the London Grill, 2301 Fairmount Ave. (NW corner of 23rd and Fairmount., Phila.). . . Details

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2588

**Mon. Apr. 21, 2003:** Unspecified (Fully Blind) Wine Tasting Class with Mary Ewing-Mulligan MW at the London Grill, 2301 Fairmount Ave. (NW corner of 23rd and Fairmount., Phila.). . . Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2589

The Wayback Machine - https://web.archive.org/web/20030330140456/http://www.phillywine.com:80/




### *Upcoming Events*

**Mon. Feb. 3, 2003:** Part IIB (for all students) WSET Diploma Study Classes Begin at the London Grill....Details

**Tues. Feb. 4, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Feb. 12, 2003**: 8 Week WSET Intermediate Certificate Course Begins at Chaddsford Manayunk.. . . Details

**Thurs. March. 20, 2003:** Zinfandel Drop-By Tasting at Twenty21. . . Details

**Thurs. Apr. 3, 2003:** Food Friendly Wine & Food Tasting at Gerhard's Appliances. . . Details

**Wed. Apr. 9, 2003:** Pinot Noir Walkaround Tasting at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Mon. Apr. 14, 2003:** Partly-Specified (Partly Blind) Wine Tasting Class with Mary Ewing-Mulligan MW at the London Grill, 2301 Fairmount Ave. (NW corner of 23rd and Fairmount., Phila.). . . Details

### *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp.  Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

**App. 2590**

**Mon. Apr. 21, 2003:** Unspecified (Fully Blind) Wine Tasting Class with Mary Ewing-Mulligan MW at the London Grill, 2301 Fairmount Ave. (NW corner of 23rd and Fairmount., Phila.). . . Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2591




## *Upcoming Events*

**Mon. Feb. 3, 2003:** Part IIB (for all students) WSET Diploma Study Classes Begin at the London Grill....Details

**Tues. Feb. 4, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Feb. 12, 2003**: 8 Week WSET Intermediate Certificate Course Begins at Chaddsford Manayunk.. . . Details

**Thurs. March. 20, 2003:** Zinfandel Drop-By Tasting at Twenty21. . . Details

**Thurs. Apr. 3, 2003:** Food Friendly Wine & Food Tasting at Gerhard's Appliances. . .**SORRY, THIS TASTING IS SOLD OUT AS OF SUN. MARCH 30...** Details

**Wed. Apr. 9, 2003:** Pinot Noir Walkaround Tasting at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Mon. Apr. 14, 2003:** Partly-Specified (Partly Blind) Wine Tasting Class with Mary Ewing-Mulligan MW at the London Grill, 2301 Fairmount

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2592

Ave. (NW corner of 23rd and Fairmount., Phila.). . . Details

**Mon. Apr. 21, 2003:**
Unspecified (Fully Blind) Wine Tasting Class with Mary Ewing-Mulligan MW at the London Grill, 2301 Fairmount Ave. (NW corner of 23rd and Fairmount., Phila.). . . Details

**Thurs. April 24, 2003:**
Spanish Wine Tasting at Twenty21. . . Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20030426141610/http://www.phillywine.com:80/




## *Upcoming Events*

**Mon. Feb. 3, 2003:** Part IIB (for all students) WSET Diploma Study Classes Begin at the London Grill....Details

**Tues. Feb. 4, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Feb. 12, 2003**: 8 Week WSET Intermediate Certificate Course Begins at Chaddsford Manayunk.. . . Details

**Mon. Apr. 21, 2003:** Unspecified (Fully Blind) Wine Tasting Class with Mary Ewing-Mulligan MW at the London Grill, 2301 Fairmount Ave. (NW corner of 23rd and Fairmount., Phila.). . . Details

**Thurs. April 24, 2003:** Spanish Wine Tasting at Twenty21. . . Details

**Thurs. May 8, 2003:** Merlot Walkaround Tasting at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2594

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com




## *Upcoming Events*

**Thurs. May 22, 2003:** A Taste of Tuscany: Wine Tasting at Twenty21. . . Details

**Tues. June 10, 2003:** 3 Week Intro Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. June 11, 2003:** A Night of Napa Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Wed. July 9, 2003:** Sonoma at Sunset Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Mon. Sept. 8, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins (location TBA).. . . Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

**App. 2596**

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2597

The Wayback Machine - https://web.archive.org/web/20030607023630/http://phillywine.com:80/




## *Upcoming Events*

**Wed. June 11, 2003:** A Night of Napa Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Mon. June 16, 2003:** Wade Currier's Wine Class: Great Wine Estates of Europe. At the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Tues. June 24, 2003:** Bordeaux 2000, the Greatest Vintage Ever: Wine Tasting at Twenty21. . . Details

**Wed. July 9, 2003:** Sonoma at Sunset Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Mon. Sept. 8, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins (location TBA).. . . Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2598

(location TBA)...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20030619175616/http://phillywine.com:80/




## *Upcoming Events*

**Wed. June 11, 2003:** A Night of Napa Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Mon. June 16, 2003:** Wade Currier's Wine Class: Great Wine Estates of Europe. At the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Tues. June 24, 2003:** Bordeaux 2000, the Greatest Vintage Ever: Wine Tasting at Twenty21. . . Details

**Wed. July 9, 2003:** Sonoma at Sunset Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Mon. Sept. 8, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins (location TBA).. . . Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

**App. 2600**

(location TBA)...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20030802055733/http://www.phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

## *Upcoming Events*

**Thurs. Aug. 21, 2003:** "Best of/ Summer": Summer Wines plus some of the highest rated wines from tastings earlier this year. Wine Tasting at Twenty21 . . . Details

**Mon. Sept. 8, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins (location TBA).. . . Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
    - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
    - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
    - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2602

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20030803152400/http://phillywine.com:80/




### *Upcoming Events*

**Thurs. Aug. 21, 2003:** "Best of/ Summer": Summer Wines plus some of the highest rated wines from tastings earlier this year. Wine Tasting at Twenty21 . . . Details

**Mon. Sept. 8, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins (location TBA).. . . Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

### *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2604

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20030806213223/http://www.phillywine.com:80/




## *Upcoming Events*

**Thurs. Aug. 21, 2003:** "Best of/ Summer": Summer Wines plus some of the highest rated wines from tastings earlier this year. Wine Tasting at Twenty21 . . . Details

**Mon. Sept. 8, 2003:** 12 Week WSET Advanced Certificate Begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins (location TBA).. . . Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

## *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

### Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

### Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2606

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.
- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20030929215249/http://phillywine.com:80/




### *>Upcoming Events*

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins at the Culinary School of the Art Institute, 2300 Market St., Phila... . . Details

**Wed. Oct. 1, 2003:** Wines of Italy Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). .**TASTING CANCELLED!** . Details

**Thurs. Oct. 16, 2003:** Bordeaux 2000, the Greatest Vintage Ever: Wine Tasting at Twenty21 . . . Details

**Wed. Nov. 5, 2003:** "South of the Border" (Southern Hemisphere) Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Mon. Dec. 8, 2003:** Exam for the Advanced Certifcate of the Wine & Spirit Education Trust given. Class currently in session, home study still available....Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

### *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.

App. 2608

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com




***>Upcoming Events***

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins at the Culinary School of the Art Institute, 2300 Market St., Phila... . . Details

**Thurs. Oct. 16, 2003:** Bordeaux 2000, the Greatest Vintage Ever: Wine Tasting at Twenty21 . . . Details

**Wed. Nov. 5, 2003:** "South of the Equator" (Southern Hemisphere) Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Thurs. Nov. 13, 2003:** Mark Chandler on Old Vine Zinfandel. Sit down wine Tasting at Twenty21 . . . Details

**Mon. Dec. 8, 2003:** Exam for the Advanced Certifcate of the Wine & Spirit Education Trust given. Class currently in session, home study still available....Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

Want to stay up to date with Phillywine events? Email us to

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.

App. 2610

subscribe to our free e-newsletter.

- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20031019114717/http://www.phillywine.com:80/




***>Upcoming Events***

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins at the Culinary School of the Art Institute, 2300 Market St., Phila... . . Details

**Thurs. Oct. 16, 2003:** Bordeaux 2000, the Greatest Vintage Ever: Wine Tasting at Twenty21 . . . Details

**Wed. Nov. 5, 2003:** "South of the Equator" (Southern Hemisphere) Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Thurs. Nov. 13, 2003:** Mark Chandler on Old Vine Zinfandel. Sit down wine Tasting at Twenty21 . . . Details

**Mon. Dec. 8, 2003:** Exam for the Advanced Certifcate of the Wine & Spirit Education Trust given. Class currently in session, home study still available....Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

Want to stay up to date with Phillywine events? Email us to

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.

App. 2612

subscribe to our free e-newsletter.

- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20031121113303/http://phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins at the Culinary School of the Art Institute, 2300 Market St., Phila... . . Details

**Thurs. Oct. 16, 2003:** Bordeaux 2000, the Greatest Vintage Ever: Wine Tasting at Twenty21 . . . Details

**Wed. Nov. 5, 2003:** "South of the Equator" (Southern Hemisphere) Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Thurs. Nov. 13, 2003:** Mark Chandler on Old Vine Zinfandel. Sit down wine Tasting at Twenty21 . . . Details

**Mon. Dec. 8, 2003:** Exam for the Advanced Certifcate of the Wine & Spirit Education Trust given. Class currently in session, home study still available....Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

Want to stay up to date with Phillywine events? Email us to

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.

subscribe to our free e-newsletter.

- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com




***>Upcoming Events***

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins at the Culinary School of the Art Institute, 2300 Market St., Phila... . . Details

**Thurs. Oct. 16, 2003:** Bordeaux 2000, the Greatest Vintage Ever: Wine Tasting at Twenty21 . . . Details

**Wed. Nov. 5, 2003:** "South of the Equator" (Southern Hemisphere) Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Thurs. Nov. 13, 2003:** Mark Chandler on Old Vine Zinfandel. Sit down wine Tasting at Twenty21 . . . Details

**Mon. Dec. 8, 2003:** Exam for the Advanced Certifcate of the Wine & Spirit Education Trust given. Class currently in session, home study still available....Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

Want to stay up to date with Phillywine events? Email us to

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.

App. 2616

subscribe to our free e-newsletter.

- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20031124205543/http://phillywine.com:80/




***>Upcoming Events***

**Tues. Sept. 30, 2003**: 8 Week WSET Intermediate Certificate Course Begins at the Culinary School of the Art Institute, 2300 Market St., Phila... . . Details

**Thurs. Oct. 16, 2003:** Bordeaux 2000, the Greatest Vintage Ever: Wine Tasting at Twenty21 . . . Details

**Wed. Nov. 5, 2003:** "South of the Equator" (Southern Hemisphere) Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Thurs. Nov. 13, 2003:** Mark Chandler on Old Vine Zinfandel. Sit down wine Tasting at Twenty21 . . . Details

**Mon. Dec. 8, 2003:** Exam for the Advanced Certifcate of the Wine & Spirit Education Trust given. Class currently in session, home study still available....Details

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes Begin (location TBA)...Details

Want to stay up to date with Phillywine events? Email us to

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003, while we will continue to hold some events at Jack's Firehouse, we will be expanding to additional neighborhoods as we partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Click here to learn more.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Usually 8 wines.

App. 2618

subscribe to our free e-newsletter.

- Walkaround tastings- Buffet style. As many as 3 dozen different wines. You and your glass wander and maybe socialize.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20031208091638/http://www.phillywine.com:80/




***>Upcoming Events***

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes (Units 1, 2, 4, 5 & 6) begin at the London Grill, 23rd St. & Fairmount Ave., Philadelphia...Details

**Tues. Jan. 6, 2004:** WSET Diploma Tasting Sessions (Unit 3- Light Wines of the World) begin at the Culinary School of the Art Institute, 2300 Market St., Phila. ...Details

**Wed. Jan. 14, 2004:** "The Best of Italy" Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Tues., Jan. 20, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Thurs. Jan. 22, 2004**: Wines of the Southern Rhone. Wine Tasting at Twenty21...Details

**Wed. Feb. 4, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings or classes, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

**App. 2620**

**Wed. April 14, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. April 27, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2621

The Wayback Machine - https://web.archive.org/web/20031219031413/http://phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Mon. Jan. 5, 2004:** WSET Diploma Study Classes (Units 1, 2, 4, 5 & 6) begin at the London Grill, 23rd St. & Fairmount Ave., Philadelphia...Details

**Tues. Jan. 6, 2004:** WSET Diploma Tasting Sessions (Unit 3- Light Wines of the World) begin at the Culinary School of the Art Institute, 2300 Market St., Phila. ...Details

**Wed. Jan. 14, 2004:** "The Best of Italy" Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.). . . Details

**Tues., Jan. 20, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Thurs. Jan. 22, 2004**: Wines of the Southern Rhone. Wine Tasting at Twenty21...Details

**Wed. Feb. 4, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)

- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings or classes, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2622

**Wed. April 14, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. April 27, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20040405105721/http://phillywine.com:80/




***>Upcoming Events***

**Mon. ~~Jan. 5~~, Jan. 19, 2004:** WSET Diploma Study Classes (Units 1, 2, 4, 5 & 6) begin at the London Grill, 23rd St. & Fairmount Ave., Philadelphia...Details

**Tues. ~~Jan. 6~~, Jan. 13, 2004:** WSET Diploma Tasting Sessions (Unit 3- Light Wines of the World) begin at the Culinary School of the Art Institute, 2300 Market St., Phila. ...Details

**Wed. ~~Jan. 14~~ Jan. 28, 2004:** "The Best of Italy" Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.).**SORRY, SOLD OUT** . . Details

**Tues., Jan. 20, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Tues., Jan. 20, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.)

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings or classes, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

**App. 2624**

featuring Wines from Australia and New Zealand...Details

**Thurs. Jan. 22, 2004**: Wines of the Southern Rhone. Wine Tasting at Twenty21...Details

**Tues., ~~Jan. 27~~ Feb. 3, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET DiplomaTasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Burgundy, Austria, Hungary and Romania...Details

**Tues. ~~Feb. 3~~ Feb. 10, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Bordeaux...Details

**Wed. Feb. 4, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Tues. ~~Feb. 10~~ Feb. 17, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Alsace and the Rhone...Details

**Tues. ~~Feb. 17~~ Feb. 24, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from the Loire and the South of France...Details

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

**App. 2625**

**Tues. ~~Feb. 24~~ Mar. 2, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Central and Southern Italy and the U.S....Details

**Tues., ~~Mar. 2~~ Mar. 9, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from South American and South Africa...Details

**Tues., ~~Mar. 9~~ Mar. 16, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Germany and Southwest France...Details

**Tues., ~~Mar. 16~~ Mar. 23, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Northern Italy and Portugal...Details

**Wed. April 14, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. April 27, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20040410191513/http://www.phillywine.com:80/




***>Upcoming Events***

**Mon. ~~Jan. 5~~, Jan. 19, 2004:** WSET Diploma Study Classes (Units 1, 2, 4, 5 & 6) begin at the London Grill, 23rd St. & Fairmount Ave., Philadelphia...Details

**Tues. ~~Jan. 6~~, Jan. 13, 2004:** WSET Diploma Tasting Sessions (Unit 3- Light Wines of the World) begin at the Culinary School of the Art Institute, 2300 Market St., Phila. ...Details

**Wed. ~~Jan. 14~~ Jan. 28, 2004:** "The Best of Italy" Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.).**SORRY, SOLD OUT** . . Details

**Tues., Jan. 20, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Tues., Jan. 20, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.)

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings or classes, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

**App. 2628**

featuring Wines from Australia and New Zealand...Details

**Thurs. Jan. 22, 2004**: Wines of the Southern Rhone. Wine Tasting at Twenty21...Details

**Tues., ~~Jan. 27~~ Feb. 3, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET DiplomaTasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Burgundy, Austria, Hungary and Romania...Details

**Tues. ~~Feb. 3~~ Feb. 10, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Bordeaux...Details

**Wed. Feb. 4, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Tues. ~~Feb. 10~~ Feb. 17, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Alsace and the Rhone...Details

**Tues. ~~Feb. 17~~ Feb. 24, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from the Loire and the South of France...Details

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

App. 2629

**Tues. ~~Feb. 24~~ Mar. 2, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Central and Southern Italy and the U.S....Details

**Tues., ~~Mar. 2~~ Mar. 9, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from South American and South Africa...Details

**Tues., ~~Mar. 9~~ Mar. 16, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Germany and Southwest France...Details

**Tues., ~~Mar. 16~~ Mar. 23, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Northern Italy and Portugal...Details

**Wed. April 14, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. April 27, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**App. 2630**

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20040505173058/http://www.phillywine.com:80/




***>Upcoming Events***

**Mon. ~~Jan. 5~~, Jan. 19, 2004:** WSET Diploma Study Classes (Units 1, 2, 4, 5 & 6) begin at the London Grill, 23rd St. & Fairmount Ave., Philadelphia...Details

**Tues. ~~Jan. 6~~, Jan. 13, 2004:** WSET Diploma Tasting Sessions (Unit 3- Light Wines of the World) begin at the Culinary School of the Art Institute, 2300 Market St., Phila. ...Details

**Wed. ~~Jan. 14~~ Jan. 28, 2004:** "The Best of Italy" Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.).**SORRY, SOLD OUT** . . Details

**Tues., Jan. 20, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Tues., Jan. 20, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.)

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings or classes, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

**App. 2632**

featuring Wines from Australia and New Zealand...Details

**Thurs. Jan. 22, 2004**: Wines of the Southern Rhone. Wine Tasting at Twenty21...Details

**Tues., ~~Jan. 27~~ Feb. 3, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET DiplomaTasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Burgundy, Austria, Hungary and Romania...Details

**Tues. ~~Feb. 3~~ Feb. 10, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Bordeaux...Details

**Wed. Feb. 4, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Tues. ~~Feb. 10~~ Feb. 17, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Alsace and the Rhone...Details

**Tues. ~~Feb. 17~~ Feb. 24, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from the Loire and the South of France...Details

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

**App. 2633**

**Tues. ~~Feb. 24~~ Mar. 2, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Central and Southern Italy and the U.S....Details

**Tues., ~~Mar. 2~~ Mar. 9, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from South American and South Africa...Details

**Tues., ~~Mar. 9~~ Mar. 16, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Germany and Southwest France...Details

**Tues., ~~Mar. 16~~ Mar. 23, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Northern Italy and Portugal...Details

**Wed. April 14, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. April 27, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

App. 2634

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20040519194024/http://www.phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Mon. ~~Jan. 5~~, Jan. 19, 2004:** WSET Diploma Study Classes (Units 1, 2, 4, 5 & 6) begin at the London Grill, 23rd St. & Fairmount Ave., Philadelphia...Details

**Tues. ~~Jan. 6~~, Jan. 13, 2004:** WSET Diploma Tasting Sessions (Unit 3- Light Wines of the World) begin at the Culinary School of the Art Institute, 2300 Market St., Phila. ...Details

**Wed. ~~Jan. 14~~ Jan. 28, 2004:** "The Best of Italy" Walkaround Tasting (3 dozen wines) at N3rd Restaurant,, 801 N. 3rd St. (NE corner of 3rd and Brown Sts., Phila.).**SORRY, SOLD OUT** . . Details

**Tues., Jan. 20, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Tues., Jan. 20, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.)

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings & classes since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

Before 2002, we had a club structure, requiring payment of an annual membership fee to assure notification of tastings and classes and to subsidize our very low prices. Since the beginning of 2002 we charge no membership fees toward any of our tastings or classes, and we still have great low prices.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

In addition to our own classes and tastings, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW). We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

App. 2636

featuring Wines from Australia and New Zealand...Details

**Thurs. Jan. 22, 2004**: Wines of the Southern Rhone. Wine Tasting at Twenty21...Details

**Tues., ~~Jan. 27~~ Feb. 3, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET DiplomaTasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Burgundy, Austria, Hungary and Romania...Details

**Tues. ~~Feb. 3~~ Feb. 10, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Bordeaux...Details

**Wed. Feb. 4, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Tues. ~~Feb. 10~~ Feb. 17, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Alsace and the Rhone...Details

**Tues. ~~Feb. 17~~ Feb. 24, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from the Loire and the South of France...Details

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

**App. 2637**

**Tues. ~~Feb. 24~~ Mar. 2, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Central and Southern Italy and the U.S....Details

**Tues., ~~Mar. 2~~ Mar. 9, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from South American and South Africa...Details

**Tues., ~~Mar. 9~~ Mar. 16, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Germany and Southwest France...Details

**Tues., ~~Mar. 16~~ Mar. 23, 2004:** Limited seating for non-Diploma students to the 2nd-Year WSET Diploma Tasting Session (at the Culinary School of the Art Institute, 2300 Market St., Phila.) featuring Wines from Northern Italy and Portugal...Details

**Wed. April 14, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. April 27, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**App. 2638**

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20040607042847/http://phillywine.com:80/




***>Upcoming Events***

**Tuesdays, Jun. 15, 22 & 29 at the Restaurant School at Walnut Hill College:** "Wine Aromas & More!" led by Prof. Wade Currier...Details

**Tuesdays, July 6, 13 & 20 at the Restaurant School at Walnut Hill College:** "Wines of the Rhone and Southern France, led by Mark Cochard, CWE, DWS...Details

**Tues., Sept. 7, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Mon. Sept. 13, 2004:** WSET Diploma Study Classes (Units 1 & 2) begin....Details

**Wed. Sept. 29, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Dec. 1, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 7, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as the Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

Phillywine's Own Wine Tastings and Classes

App. 2640

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20040610135353/http://www.phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Tuesdays, Jun. 15, 22 & 29 at the Restaurant School at Walnut Hill College:** "Wine Aromas & More!" led by Prof. Wade Currier...Details

**Tuesdays, July 6, 13 & 20 at the Restaurant School at Walnut Hill College:** "Wines of the Rhone and Southern France, led by Mark Cochard, CWE, DWS...Details

**Tues., Sept. 7, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Mon. Sept. 13, 2004:** WSET Diploma Study Classes (Units 1 & 2) begin....Details

**Wed. Sept. 29, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Dec. 1, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 7, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as the Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

Phillywine's Own Wine Tastings and Classes

App. 2642

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20040730173012/http://phillywine.com:80/




***>Upcoming Events***

**Tuesdays, Jun. 15, 22 & 29 at the Restaurant School at Walnut Hill College:** "Wine Aromas & More!" led by Prof. Wade Currier...Details

**Tuesdays, July 6, 13 & 20 at the Restaurant School at Walnut Hill College:** "Wines of the Rhone and Southern France, led by Mark Cochard, CWE, DWS...Details

**Tues., Sept. 7, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Mon. Sept. 13, 2004:** WSET Diploma Study Classes (Units 1 & 2) begin....Details

**Wed. Sept. 29, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Dec. 1, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 7, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as the Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

Phillywine's Own Wine Tastings and Classes

**App. 2644**

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com




***>Upcoming Events***

**Thurs. Aug. 26, 2004 at Twenty-21 Restaurant:** Tasting: End-of-Summer Red Wines...Details

**Tues., Sept. 7, 2004:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Mon. Sept. 13, 2004:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Sept. 29, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Dec. 1, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 7, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 13, 2004:** Exam for Unit 2 (Viticulture & Vinification) of the WSET Diploma Program...Details

**Mon. Jan. 10, 2005:** WSET Diploma Classes (Unit 3)

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

begin...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2647

The Wayback Machine - https://web.archive.org/web/20040920052201/http://www.phillywine.com:80/




### *>Upcoming Events*

**Wed. Sept. 29, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Oct. 7, 2004 at Twenty-21 Restaurant:** Tasting: Wines of Australia...Details

**Wed. Dec. 1, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 7, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 13, 2004:** Exam for Unit 2 (Viticulture & Vinification) of the WSET Diploma Program...Details

**Mon. Jan. 10, 2005:** WSET Diploma Classes (Unit 3) begin...Details

**Tues., Jan. 18, 2005:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Wed. Feb. 2, 2005**: 8 Week WSET Intermediate Certificate

### *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

App. 2648

Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

### *>Upcoming Events*

**Wed. Sept. 29, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Oct. 7, 2004 at Twenty-21 Restaurant:** Tasting: Wines of Australia...Details

**Wed. Dec. 1, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 7, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 13, 2004:** Exam for Unit 2 (Viticulture & Vinification) of the WSET Diploma Program...Details

**Mon. Jan. 10, 2005:** WSET Diploma Classes (Unit 3) begin...Details

**Tues., Jan. 18, 2005:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Wed. Feb. 2, 2005**: 8 Week WSET Intermediate Certificate

### *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2651




***>Upcoming Events***

**Wed. Sept. 29, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Oct. 7, 2004 at Twenty-21 Restaurant:** Tasting: Wines of Australia...Details

**Wed. Dec. 1, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 7, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 13, 2004:** Exam for Unit 2 (Viticulture & Vinification) of the WSET Diploma Program...Details

**Mon. Jan. 10, 2005:** WSET Diploma Classes (Unit 3) begin...Details

**Tues., Jan. 18, 2005:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Wed. Feb. 2, 2005**: 8 Week WSET Intermediate Certificate

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

App. 2652

Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2653

The Wayback Machine - https://web.archive.org/web/20041126155304/http://phillywine.com:80/




***>Upcoming Events***

**Wed. Sept. 29, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Oct. 7, 2004 at Twenty-21 Restaurant:** Tasting: Wines of Australia...Details

**Wed. Dec. 1, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 7, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 13, 2004:** Exam for Unit 2 (Viticulture & Vinification) of the WSET Diploma Program...Details

**Mon. Jan. 10, 2005:** WSET Diploma Classes (Unit 3) begin...Details

**Tues., Jan. 18, 2005:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Wed. Feb. 2, 2005**: 8 Week WSET Intermediate Certificate

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

App. 2654

Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2655




***>Upcoming Events***

**Wed. Sept. 29, 2004**: 8 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Oct. 7, 2004 at Twenty-21 Restaurant:** Tasting: Wines of Australia...Details

**Wed. Dec. 1, 2004:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 7, 2004:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 13, 2004:** Exam for Unit 2 (Viticulture & Vinification) of the WSET Diploma Program...Details

**Mon. Jan. 10, 2005:** WSET Diploma Classes (Unit 3) begin...Details

**Tues., Jan. 18, 2005:** 12 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Wed. Feb. 2, 2005**: 8 Week WSET Intermediate Certificate

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

App. 2656

Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early and save up to 50%.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2657

The Wayback Machine - https://web.archive.org/web/20050101041204/http://www.phillywine.com:80/




### *>Upcoming Events*

**Thurs., Jan. 6, 2005:** German Wine Society Tasting- the 2003 Vintage- with Nancy Peach, Valckenberg International, at Cafe Aldo Lamberti in Cherry Hill, NJ...Details

**Mon. Jan. 10, 2005:** WSET Diploma Classes (Unit 3- Light Wines of the World) begin at the Restaurant School, 4207 Walnut St., Phila....Details

**Tues., Jan. 18, 2005:** 13 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.... Details

**Mon., Jan. 24, 2005:** WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Tues., Jan 25, 2005:** WSET Diploma Unit 3 Tasting Sessions begin at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Feb. 2, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Feb. 3, 2005, 7:30 p.m. at Twenty-21 Restaurant, Commerce Sq. West Bldg., 2005 Market St., Phila.:** Walkaround Tasting: Wines of Bordeaux...Details

**Mon. Feb. 7 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

### *About Phillywine.com*

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)

- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as a Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the

App. 2658

**Mon. Feb. 21:** Exam for WSET Diploma Unit 5 (Sparkling Wines of the World)...Details

**Wed. Mar. 2, 2005 at the Restaurant School at Walnut Hill College:** 3 Wk. Course, "Wines of Burgundy," with Stuart Niemtzow, begins...Details

**Mon. Mar. 14, 2005:** WSET Diploma Classes (Units 1 and 2, Enhanced Home Study) begin, location TBA...Details

**Mon., Mar. 28, 2005:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. April 6, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Apr. 19, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. May 2, 2005:** Exam for WSET Unit 4 (Spirits of the World)...Details

**Mon. May 9, 2005:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Jun. 6, 2005:** Exams for Unit 2 (Viticulture & Vinification) and Unit 6 (Liqueur Wines) of the WSET Diploma Program...Details

**Tues. Jun. 7, 2005, 10 a.m. - 5 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept 6, 2005:** 13 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Sept. 21, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Nov. 30, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given...Details

WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early for big savings on most tastings and classes.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

App. 2659

**Tues., Dec. 6, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given...Details

**Mon. Dec. 12, 2005:** Exam for Unit 2 of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20050130163356/http://phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Wed. Feb. 2, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Feb. 3, 2005, 7:30 p.m. at Twenty-21 Restaurant, Commerce Sq. West Bldg., 2005 Market St., Phila.:** Walkaround Tasting: Wines of Bordeaux **SORRY- THIS TASTING IS NOW SOLD OUT**...Details

**Mon. Feb. 7 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Mon. Feb. 21:** Exam for WSET Diploma Unit 5 (Sparkling Wines of the World) **AND** Unit 2 (Viticulture & Vinification)...Details

**Wed. Mar. 2, 2005 at the Restaurant School at Walnut Hill College:** 3 Wk. Course, "Wines of Burgundy," with Stuart Niemtzow, begins...Details

**Mon. Mar. 14, 2005:** WSET Diploma Classes (Units 1 and 2, Enhanced Home Study) begin, location TBA...Details

**Mon., Mar. 28, 2005:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. April 6, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Apr. 19, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

***About Phillywine.com***

**New on this website effective Jan. 28, 2005:**

**We have additional spaces for the Intermediate Certificate Course scheduled to begin on Wed. Feb. 2 at the Sofitel Hotel, Philadelphia. So we are extending the early discount price of $498.**

**But, sign up soon, because this offer lasts only as long as the extra spaces do!**

**SORRY- THE FEB. 3 BORDEAUX TASTING IS NOW SOLD OUT!**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as a Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

App. 2661

**Mon. May 2, 2005:** Exam for WSET Unit 4 (Spirits of the World)...Details

**Mon. May 9, 2005:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Jun. 6, 2005:** Exams for Unit 2 (Viticulture & Vinification) and Unit 6 (Liqueur Wines) of the WSET Diploma Program...Details

**Tues. Jun. 7, 2005, 10 a.m. - 5 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept 6, 2005:** 13 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Sept. 21, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Nov. 30, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given...Details

**Tues., Dec. 6, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given...Details

**Mon. Dec. 12, 2005:** Exam for Unit 2 of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early for big savings on most tastings and classes.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

**App. 2662**

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20050205175655/http://www.phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988



### *>Upcoming Events*

**Wed. Feb. 2, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Feb. 3, 2005, 7:30 p.m. at Twenty-21 Restaurant, Commerce Sq. West Bldg., 2005 Market St., Phila.:** Walkaround Tasting: Wines of Bordeaux **SORRY- THIS TASTING IS NOW SOLD OUT**...Details

**Mon. Feb. 7 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Mon. Feb. 21:** Exam for WSET Diploma Unit 5 (Sparkling Wines of the World) **AND** Unit 2 (Viticulture & Vinification)...Details

**Wed. Mar. 2, 2005 at the Restaurant School at Walnut Hill College:** 3 Wk. Course, "Wines of Burgundy," with Stuart Niemtzow, begins...Details

**Mon. Mar. 14, 2005:** WSET Diploma Classes (Units 1 and 2, Enhanced Home Study) begin, location TBA...Details

**Mon., Mar. 28, 2005:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. April 6, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Apr. 19, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

### *About Phillywine.com*

**New on this website effective Jan. 28, 2005:**

**We have additional spaces for the Intermediate Certificate Course scheduled to begin on Wed. Feb. 2 at the Sofitel Hotel, Philadelphia. So we are extending the early discount price of $498.**

**But, sign up soon, because this offer lasts only as long as the extra spaces do!**

**SORRY- THE FEB. 3 BORDEAUX TASTING IS NOW SOLD OUT!**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as a Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

**Mon. May 2, 2005:** Exam for WSET Unit 4 (Spirits of the World)...Details

**Mon. May 9, 2005:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Jun. 6, 2005:** Exams for Unit 2 (Viticulture & Vinification) and Unit 6 (Liqueur Wines) of the WSET Diploma Program...Details

**Tues. Jun. 7, 2005, 10 a.m. - 5 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept 6, 2005:** 13 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Sept. 21, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Nov. 30, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given...Details

**Tues., Dec. 6, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given...Details

**Mon. Dec. 12, 2005:** Exam for Unit 2 of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early for big savings on most tastings and classes.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

App. 2665

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com




***>Upcoming Events***

**Wed. Feb. 2, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Feb. 3, 2005, 7:30 p.m. at Twenty-21 Restaurant, Commerce Sq. West Bldg., 2005 Market St., Phila.:** Walkaround Tasting: Wines of Bordeaux **SORRY- THIS TASTING IS NOW SOLD OUT**...Details

**Mon. Feb. 7 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Mon. Feb. 21:** Exam for WSET Diploma Unit 5 (Sparkling Wines of the World) **AND** Unit 2 (Viticulture & Vinification)...Details

**Wed. Mar. 2, 2005 at the Restaurant School at Walnut Hill College:** 3 Wk. Course, "Wines of Burgundy," with Stuart Niemtzow, begins...Details

**Mon. Mar. 14, 2005:** WSET Diploma Classes (Units 1 and 2, Enhanced Home Study) begin, location TBA...Details

**Mon., Mar. 28, 2005:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. April 6, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Apr. 19, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

***About Phillywine.com***

**New on this website effective Jan. 28, 2005:**

**We have additional spaces for the Intermediate Certificate Course scheduled to begin on Wed. Feb. 2 at the Sofitel Hotel, Philadelphia. So we are extending the early discount price of $498.**

**But, sign up soon, because this offer lasts only as long as the extra spaces do!**

**SORRY- THE FEB. 3 BORDEAUX TASTING IS NOW SOLD OUT!**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as a Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

**Mon. May 2, 2005:** Exam for WSET Unit 4 (Spirits of the World)...Details

**Mon. May 9, 2005:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Jun. 6, 2005:** Exams for Unit 2 (Viticulture & Vinification) and Unit 6 (Liqueur Wines) of the WSET Diploma Program...Details

**Tues. Jun. 7, 2005, 10 a.m. - 5 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept 6, 2005:** 13 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Sept. 21, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Nov. 30, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given...Details

**Tues., Dec. 6, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given...Details

**Mon. Dec. 12, 2005:** Exam for Unit 2 of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early for big savings on most tastings and classes.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

App. 2668

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

**App. 2669**

The Wayback Machine - https://web.archive.org/web/20050306175928/http://www.phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

### *>Upcoming Events*

**Wed. Feb. 2, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Feb. 3, 2005, 7:30 p.m. at Twenty-21 Restaurant, Commerce Sq. West Bldg., 2005 Market St., Phila.:** Walkaround Tasting: Wines of Bordeaux **SORRY- THIS TASTING IS NOW SOLD OUT**...Details

**Mon. Feb. 7 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Mon. Feb. 21:** Exam for WSET Diploma Unit 5 (Sparkling Wines of the World) **AND** Unit 2 (Viticulture & Vinification)...Details

**Wed. Mar. 2, 2005 at the Restaurant School at Walnut Hill College:** 3 Wk. Course, "Wines of Burgundy," with Stuart Niemtzow, begins...Details

**Mon. Mar. 14, 2005:** WSET Diploma Classes (Units 1 and 2, Enhanced Home Study) begin, location TBA...Details

**Mon., Mar. 28, 2005:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. April 6, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Apr. 19, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

### *About Phillywine.com*

**New on this website effective Jan. 28, 2005:**

**We have additional spaces for the Intermediate Certificate Course scheduled to begin on Wed. Feb. 2 at the Sofitel Hotel, Philadelphia. So we are extending the early discount price of $498.**

**But, sign up soon, because this offer lasts only as long as the extra spaces do!**

**SORRY- THE FEB. 3 BORDEAUX TASTING IS NOW SOLD OUT!**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as a Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

App. 2670

**Mon. May 2, 2005:** Exam for WSET Unit 4 (Spirits of the World)...Details

**Mon. May 9, 2005:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Jun. 6, 2005:** Exams for Unit 2 (Viticulture & Vinification) and Unit 6 (Liqueur Wines) of the WSET Diploma Program...Details

**Tues. Jun. 7, 2005, 10 a.m. - 5 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept 6, 2005:** 13 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Sept. 21, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Nov. 30, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given...Details

**Tues., Dec. 6, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given...Details

**Mon. Dec. 12, 2005:** Exam for Unit 2 of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early for big savings on most tastings and classes.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

**App. 2671**

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

### *>Upcoming Events*

**Wed. Feb. 2, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Feb. 3, 2005, 7:30 p.m. at Twenty-21 Restaurant, Commerce Sq. West Bldg., 2005 Market St., Phila.:** Walkaround Tasting: Wines of Bordeaux **SORRY- THIS TASTING IS NOW SOLD OUT**...Details

**Mon. Feb. 7 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Mon. Feb. 21:** Exam for WSET Diploma Unit 5 (Sparkling Wines of the World) **AND** Unit 2 (Viticulture & Vinification)...Details

**Wed. Mar. 2, 2005 at the Restaurant School at Walnut Hill College:** 3 Wk. Course, "Wines of Burgundy," with Stuart Niemtzow, begins...Details

**Mon. Mar. 14, 2005:** WSET Diploma Classes (Units 1 and 2, Enhanced Home Study) begin, location TBA...Details

**Mon., Mar. 28, 2005:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. April 6, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Apr. 19, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

### *About Phillywine.com*

**New on this website effective Jan. 28, 2005:**

**We have additional spaces for the Intermediate Certificate Course scheduled to begin on Wed. Feb. 2 at the Sofitel Hotel, Philadelphia. So we are extending the early discount price of $498.**

**But, sign up soon, because this offer lasts only as long as the extra spaces do!**

**SORRY- THE FEB. 3 BORDEAUX TASTING IS NOW SOLD OUT!**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 1988.

- as the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA,1992-2002
  - **Wine Notes** Magazine: "Best Wine School in the Country" 2000
  - **Philadelphia** Magazine: "Best of Philly" 1995 (the most recent year wine events were rated)
- at the Booze Shop/ Wine Line, Camden NJ, 1988-1992
  - **Philadelphia** Magazine: "Best of Philly" 1990

Beginning 2003 we expanded to additional neighborhoods to partner with additional institutions. Click here to learn more about our partners.

**New: Wine Academy Classes at the Restaurant School**

In addition to administering Phillywine.com, Neal Ewing also serves as a Wine Instructor for the undergraduate students at the Restaurant School at Walnut Hill College and as an advisor for their evening "Wine Academy" classes. Since March, 2004 we have been providing instructors for the Wine Academy classes and will be listing future classes on our webpages.

**Mon. May 2, 2005:** Exam for WSET Unit 4 (Spirits of the World)...Details

**Mon. May 9, 2005:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Jun. 6, 2005:** Exams for Unit 2 (Viticulture & Vinification) and Unit 6 (Liqueur Wines) of the WSET Diploma Program...Details

**Tues. Jun. 7, 2005, 10 a.m. - 5 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept 6, 2005:** 13 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Sept. 21, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Wed. Nov. 30, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given...Details

**Tues., Dec. 6, 2005:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given...Details

**Mon. Dec. 12, 2005:** Exam for Unit 2 of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

Featuring The World's Best Wine Classes from the Wine and Spirit Education Trust

Also, we are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 11,000 students per year in 27 different countries. We offer three different levels of WSET classes. Beginning 2004 we offer free professional tasting glasses to our WSET students. And, coming soon, the WSET Foundation Course, intended as a one-day, day-long class for restaurants and wine shops.

**New: Beginning September, 2004 we are a Registered Centre for the WSET Diploma Program. All Diploma tests and assessments will be available under our auspices in the Philadelphia area.**

Phillywine's Own Wine Tastings and Classes

We don't scrimp. Our wine classes and tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

Our wine tastings follow several formats:

- Tutored tastings- A guest speaker discusses the wines of a winery or a region. You sit, listen, converse, whatever. Eight or more wines.
- Walkaround tastings- Buffet style. Three dozen different wines from one region or one grape variety poured by knowledgeable volunteers - usually WSET graduates. You and your glass wander and maybe socialize but definitely learn a lot.
- Drop-By Tastings- A mini-walkaround. Fewer wines, less expensive, of shorter duration (usually 1 to 1 1/2 hours.).

Our home-grown wine classes range from beginner to advanced:

- Three-session Introductory classes
- One night classes on individual subjects
- Two-session classes on more detailed subjects

We also offer discount tastings. Pay early for big savings on most tastings and classes.

(Note: These discounts do not apply to Restaurant School Wine Academy classes).

**App. 2674**

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20050831200922/http://www.phillywine.com:80/




***>Upcoming Events***

**Tues. Sept 6, 2005:** 13 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 12, 2005:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 19 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Wed. Sept. 21, 2005**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 22, 2005 at the Restaurant School at Walnut Hill College:** "Bottles & Books: The Wines of California"...Details

**Mon. Sept. 26, 2005**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Thurs. Oct. 6, 2005 at the Restaurant School at Walnut Hill College**: Wines and Cheeses...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Georgia and from as far West as Iowa.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

App. 2676

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

**Thurs. Oct. 6, 2005**: Last date for Diploma students to register for the Nov. 8 coursework assignments...Details

**Mon. Oct. 17, 2005:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Mon. Oct. 24, 2005:** Last day to take the Unit 3 Diploma exam on Tuesday, Jan. 10, 2006...Details

**Thurs. Oct. 27, 2005 at the Restaurant School at Walnut Hill College:** "Bottles & Books-Wines of Bordeaux"...Details

**Mon. Nov. 7, 2005:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Tues. Nov. 8, 2005:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 16, 2005:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Thurs. Nov. 17, 2005 at the Restaurant School at Walnut Hill College:** "Bottles & Books: Wines of Australia"...Details

**Sat. Nov. 19, 2005:** Practice exam for Diploma Units 4, 5 & 6 ... Details

**Tues. Nov. 29, 2005:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 30, 2005:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 5, 2005:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Dec. 6, 2005:** Exam for the Advanced Certificate of the

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2677

Wine & Spirit Education Trust given. ...Details

**Thurs. Dec. 8, 2005 at the Restaurant School at Walnut Hill College:** "Bottles & Books: Wines of Champagne"...Details

**Sat. Dec. 10, 2005:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Jan. 9, 2006**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 10, 2006**: WSET Diploma Unit 3 exam (for students who have already taken the Unit 3 course, assuming at least 6 people register for this exam by Oct. 24, 2005...Details

**Thurs. Mar. 9, 2006**: Last date for Diploma students to register for the April 11 coursework assignments...Details

**Tues. Apr. 11, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Jun. 13, 2006, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20051219214225/http://www.phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Mon. Jan. 9, 2006**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 17, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Jan. 23, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Wed. Feb. 1, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 13, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Mon. Feb. 13, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Thurs. Mar. 9, 2006**: Last date for Diploma students to register for the April 11, 2006 coursework assignments due date...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

**Mon. Mar. 13, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 29, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 5, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 7, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 13, 2006...Details

**Tues. Apr. 11, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 11, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 25, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. May 12, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. June 14, 2006...Details

**Mon. May 15, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Sat. Jun 3, 2006:** Practice exam for Diploma Units 4, 5 & 6 ... Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Jun. 13, 2006, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Wed. Jun. 14, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2680

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20060204184312/http://phillywine.com:80/




***>Upcoming Events***

**Mon. Jan. 9, 2006**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 17, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Jan. 23, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Wed. Feb. 1, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 13, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Mon. Feb. 13, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Thurs. Mar. 9, 2006**: Last date for Diploma students to register for the April 11, 2006 coursework assignments due date...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

**Mon. Mar. 13, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 29, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 5, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 7, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 13, 2006...Details

**Tues. Apr. 11, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 11, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 25, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. May 12, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. June 14, 2006...Details

**Mon. May 15, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Sat. Jun 3, 2006:** Practice exam for Diploma Units 4, 5 & 6 ... Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Jun. 13, 2006, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Wed. Jun. 14, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2683

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

**App. 2684**

The Wayback Machine - https://web.archive.org/web/20060215235156/http://www.phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Mon. Jan. 9, 2006**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 17, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Jan. 23, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Wed. Feb. 1, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 13, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Mon. Feb. 20, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Thurs. Mar. 9, 2006**: Last date for Diploma students to register for the April 11, 2006 coursework assignments due date...Details

***About Phillywine.com***

**News Alert: The start date for Diploma Unit 4 classes has been pushed bacl week until Monday, February 20, 2006. Classes will still be held at the Lonc Grill.**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares

**Mon. Mar. 13, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 29, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 5, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 7, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 13, 2006...Details

**Tues. Apr. 11, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 11, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 25, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. May 12, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. June 14, 2006...Details

**Mon. May 15, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Sat. Jun 3, 2006:** Practice exam for Diploma Units 4, 5 & 6 ... Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Jun. 13, 2006, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Wed. Jun. 14, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura; to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yc savings can be substantial.

App. 2686

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20060402204230/http://phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988



***>Upcoming Events***

**Mon. Jan. 9, 2006**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 17, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Jan. 23, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Wed. Feb. 1, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 13, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Mon. Feb. 20, 2006**: WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Thurs. Mar. 9, 2006**: Last date for Diploma students to register for the April 11, 2006 coursework assignments due date...Details

***About Phillywine.com***

**News Alert: The start date for Diploma Unit 4 classes has been pushed bacl week until Monday, February 20, 2006. Classes will still be held at the Lonc Grill.**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares

**Mon. Mar. 13, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 29, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 5, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 7, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 13, 2006...Details

**Tues. Apr. 11, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 11, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 25, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. May 12, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. June 14, 2006...Details

**Mon. May 15, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Sat. Jun 3, 2006:** Practice exam for Diploma Units 4, 5 & 6 ... Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Jun. 13, 2006, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Wed. Jun. 14, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura; to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will b refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yc savings can be substantial.

App. 2689

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20060613061812/http://phillywine.com:80/




***>Upcoming Events***

**Wed. May. 24, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine (3 week course at Temple Univ., Ambler)...Details**

**Sat. Jun 3, 2006: Practice exam for Diploma Units 4, 5 & 6 ... Details**

**Tues. Jun. 13, 2006, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Wed. Jun. 14, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Jun. 14, 2006, 7:30 p.m. to 9:30 p.m. The Wines of Italy (3 week course at Temple Univ., Ambler)...Details**

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Mon. Oct. 16, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura; to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will b refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2692

**Mon. Dec. 4, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

App. 2693

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

**App. 2694**

The Wayback Machine - https://web.archive.org/web/20060616223048/http://phillywine.com:80/




***>Upcoming Events***

**Wed. May. 24, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine (3 week course at Temple Univ., Ambler)...Details**

**Sat. Jun 3, 2006: Practice exam for Diploma Units 4, 5 & 6 ... Details**

**Tues. Jun. 13, 2006, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Wed. Jun. 14, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Jun. 14, 2006, 7:30 p.m. to 9:30 p.m. The Wines of Italy (3 week course at Temple Univ., Ambler)...Details**

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about o partners.

In addition to our own courses, we also provide instructors and study materials evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colle

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

App. 2695

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Mon. Oct. 16, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2696

**Mon. Dec. 4, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**App. 2697**

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2698




***>Upcoming Events***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

App. 2699

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)...Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2700

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Mon. Dec. 4, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of

**App. 2701**

the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2702

The Wayback Machine - https://web.archive.org/web/20060803075525/http://phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

App. 2703

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)...Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2704

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Mon. Dec. 4, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of

App. 2705

the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20060807233305/http://www.phillywine.com:80/

Phillywine.com
The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Mon. Dec. 4, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of

**App. 2709**

the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20060812120337/http://www.phillywine.com:80/




***>Upcoming Events***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

App. 2711

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2712

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Mon. Dec. 4, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of

**App. 2713**

the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20060910014933/http://www.phillywine.com:80/




***>Upcoming Events***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)...Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

**App. 2716**

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Mon. Dec. 4, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila**....**Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of

**App. 2717**

the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20061004024706/http://phillywine.com:80/




***>Upcoming Events***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

***About Phillywine.com***

**New- Wine Tasting, Sat. Sept. 23, 7 p.m. at the Restaurnt School (Room C1 Hospitality Center, 41st St., below Walnut)- Danie de Kock, from South Afr Darling Cellars, featuring their highly rated Onyx series wines- $25. Click l details.**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

App. 2719

**Sat. Sept. 23, 2006: Wine Tasting, Darling Cellars, South Africa....Details**

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**.**..Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will b refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2720

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 11, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila...**.**Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review

App. 2721

Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2722

The Wayback Machine - https://web.archive.org/web/20061011130123/http://www.phillywine.com:80/




*>Upcoming Events*

***About Phillywine.com***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

**New- Wine Tasting, Sat. Sept. 23, 7 p.m. at the Restaurnt School (Room C1 Hospitality Center, 41st St., below Walnut)- Danie de Kock, from South Afr Darling Cellars, featuring their highly rated Onyx series wines- $25. Click l details.**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

**App. 2723**

**Sat. Sept. 23, 2006: Wine Tasting, Darling Cellars, South Africa....Details**

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**.**..Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will b refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2724

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 11, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila.**...**Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review

App. 2725

Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

**App. 2726**

The Wayback Machine - https://web.archive.org/web/20061106131806/http://www.phillywine.com:80/




***>Upcoming Events***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

***About Phillywine.com***

**New- Wine Tasting, Sat. Sept. 23, 7 p.m. at the Restaurnt School (Room C1 Hospitality Center, 41st St., below Walnut)- Danie de Kock, from South Afr Darling Cellars, featuring their highly rated Onyx series wines- $25. Click l details.**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

**App. 2727**

**Sat. Sept. 23, 2006: Wine Tasting, Darling Cellars, South Africa....Details**

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2728

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 11, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila...**.**Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review

App. 2729

Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

**App. 2730**

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20061113000415/http://www.phillywine.com:80/




***>Upcoming Events***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

***About Phillywine.com***

**New- Wine Tasting, Sat. Sept. 23, 7 p.m. at the Restaurnt School (Room C1 Hospitality Center, 41st St., below Walnut)- Danie de Kock, from South Afr Darling Cellars, featuring their highly rated Onyx series wines- $25. Click l details.**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

**Sat. Sept. 23, 2006: Wine Tasting, Darling Cellars, South Africa....Details**

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**.**..Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura; to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2732

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 11, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila...**.**Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review

App. 2733

Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

App. 2734

The Wayback Machine - https://web.archive.org/web/20061123200358/http://www.phillywine.com:80/

Phillywine.com
The Delaware Valley's Best Wine Tastings and Classes
Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

***About Phillywine.com***

**New- Wine Tasting, Sat. Sept. 23, 7 p.m. at the Restaurnt School (Room C1 Hospitality Center, 41st St., below Walnut)- Danie de Kock, from South Afr Darling Cellars, featuring their highly rated Onyx series wines- $25. Click l details.**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delaware Valley since 198

- twice rated "Best of Philly"by **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

**App. 2735**

**Sat. Sept. 23, 2006: Wine Tasting, Darling Cellars, South Africa....Details**

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**.**..Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yc savings can be substantial.

App. 2736

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 11, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review

App. 2737

Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

**App. 2738**

The Wayback Machine - https://web.archive.org/web/20070209131941/http://phillywine.com:80/




***>Upcoming Events***

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given only to those already registered by Oct. 24, 2006..Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 5, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Thurs. Feb. 8, 2007, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & wine classes in the Delaware Valley sinc

- twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes: WSET

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

App. 2739

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Thurs. Mar. 15, 2007, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)...Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Apr. 5, 2007:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Fri. April 6, 2007**: Last day to register to take the Unit 4 and/or Unit 5 and/or Unit 6 exams on Mon. June 11, 2007 (note- the June 11 exams will be scheduled only if we have a minimum of 6 people who sign up for them by April 6)...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Thurs. Apr. 19, 2007, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will b refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so y savings can be substantial.

App. 2740

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given (note- the June 11 exams will be held only if we have a minimum of 6 people who sign up for them by April 6)....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept. 4, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 10, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 10, 2007**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Fri. Sept. 14, 2007:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 14, 2007...Details

**Mon. Sept. 17, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 19, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 24, 2007:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 8, 2007:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Fri. Oct. 12, 2007**: Last date for Diploma students to register for

**App. 2741**

the Nov. 13, 2007 coursework assignments due date...Details

**Fri. Oct. 19, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 8, 2008...Details

**Sat. Oct. 27, 2007: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Tues. Nov. 13, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 14, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 14, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 27, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 28, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 4, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 10, 2007:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 7, 2008**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 8, 2008, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 19, 2007**...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

App. 2742

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20070217114003/http://www.phillywine.com:80/




***>Upcoming Events***

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given only to those already registered by Oct. 24, 2006..Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 5, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Thurs. Feb. 8, 2007, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & wine classes in the Delaware Valley sinc

- twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes: WSET

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

App. 2744

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Thurs. Mar. 15, 2007, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**...**Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Apr. 5, 2007:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Fri. April 6, 2007**: Last day to register to take the Unit 4 and/or Unit 5 and/or Unit 6 exams on Mon. June 11, 2007 (note- the June 11 exams will be scheduled only if we have a minimum of 6 people who sign up for them by April 6)...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Thurs. Apr. 19, 2007, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will b refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so y savings can be substantial.

App. 2745

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given (note- the June 11 exams will be held only if we have a minimum of 6 people who sign up for them by April 6)....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept. 4, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 10, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 10, 2007**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Fri. Sept. 14, 2007:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 14, 2007...Details

**Mon. Sept. 17, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 19, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 24, 2007:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 8, 2007:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

App. 2746

**Fri. Oct. 12, 2007**: Last date for Diploma students to register for

the Nov. 13, 2007 coursework assignments due date...Details

**Fri. Oct. 19, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 8, 2008...Details

**Sat. Oct. 27, 2007: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Tues. Nov. 13, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 14, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 14, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 27, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 28, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 4, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 10, 2007:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 7, 2008**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 8, 2008, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 19, 2007**...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

App. 2747

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20070221130725/http://www.phillywine.com:80/




***>Upcoming Events***

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given only to those already registered by Oct. 24, 2006..Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 5, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Thurs. Feb. 8, 2007, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & wine classes in the Delaware Valley sinc

- twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes: WSET

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

App. 2749

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Thurs. Mar. 15, 2007, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**...**Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Apr. 5, 2007:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Fri. April 6, 2007**: Last day to register to take the Unit 4 and/or Unit 5 and/or Unit 6 exams on Mon. June 11, 2007 (note- the June 11 exams will be scheduled only if we have a minimum of 6 people who sign up for them by April 6)...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Thurs. Apr. 19, 2007, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will b refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2750

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given (note- the June 11 exams will be held only if we have a minimum of 6 people who sign up for them by April 6)....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept. 4, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 10, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 10, 2007**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Fri. Sept. 14, 2007:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 14, 2007...Details

**Mon. Sept. 17, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 19, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 24, 2007:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 8, 2007:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Fri. Oct. 12, 2007**: Last date for Diploma students to register for

App. 2751

the Nov. 13, 2007 coursework assignments due date...Details

**Fri. Oct. 19, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 8, 2008...Details

**Sat. Oct. 27, 2007: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Tues. Nov. 13, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 14, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 14, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 27, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 28, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 4, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 10, 2007:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 7, 2008**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 8, 2008, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 19, 2007**...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

App. 2752

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20070309180553/http://phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given only to those already registered by Oct. 24, 2006..Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 5, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Thurs. Feb. 8, 2007, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & wine classes in the Delaware Valley sinc

- twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes: WSET

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Thurs. Mar. 15, 2007, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)...Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Apr. 5, 2007:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Fri. April 6, 2007**: Last day to register to take the Unit 4 and/or Unit 5 and/or Unit 6 exams on Mon. June 11, 2007 (note- the June 11 exams will be scheduled only if we have a minimum of 6 people who sign up for them by April 6)...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Thurs. Apr. 19, 2007, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2755

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given (note- the June 11 exams will be held only if we have a minimum of 6 people who sign up for them by April 6)....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept. 4, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 10, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 10, 2007**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Fri. Sept. 14, 2007:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 14, 2007...Details

**Mon. Sept. 17, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 19, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 24, 2007:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 8, 2007:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Fri. Oct. 12, 2007**: Last date for Diploma students to register for

App. 2756

the Nov. 13, 2007 coursework assignments due date...Details

**Fri. Oct. 19, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 8, 2008...Details

**Sat. Oct. 27, 2007: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Tues. Nov. 13, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 14, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 14, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 27, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 28, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 4, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 10, 2007:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 7, 2008**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 8, 2008, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 19, 2007**...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

**App. 2757**

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20070416174233/http://www.phillywine.com:80/

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter

***>Upcoming Events***

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given only to those already registered by Oct. 24, 2006..Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 5, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Thurs. Feb. 8, 2007, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & wine classes in the Delaware Valley sinc

- twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes: WSET

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Thurs. Mar. 15, 2007, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)...Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Apr. 5, 2007:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Fri. April 6, 2007**: Last day to register to take the Unit 4 and/or Unit 5 and/or Unit 6 exams on Mon. June 11, 2007 (note- the June 11 exams will be scheduled only if we have a minimum of 6 people who sign up for them by April 6)...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Thurs. Apr. 19, 2007, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will b refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so y savings can be substantial.

App. 2760

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given (note- the June 11 exams will be held only if we have a minimum of 6 people who sign up for them by April 6)....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept. 4, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 10, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 10, 2007**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Fri. Sept. 14, 2007:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 14, 2007...Details

**Mon. Sept. 17, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 19, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 24, 2007:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 8, 2007:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

App. 2761

**Fri. Oct. 12, 2007**: Last date for Diploma students to register for

the Nov. 13, 2007 coursework assignments due date...Details

**Fri. Oct. 19, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 8, 2008...Details

**Sat. Oct. 27, 2007: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Tues. Nov. 13, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 14, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 14, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 27, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 28, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 4, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 10, 2007:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 7, 2008**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 8, 2008, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 19, 2007**...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

App. 2762

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20070711035046/http://www.phillywine.com/




***>Upcoming Events***

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given only to those already registered by Oct. 24, 2006..Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 5, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Thurs. Feb. 8, 2007, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & wine classes in the Delaware Valley sinc

- twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about o partners.

In addition to our own courses, we also provide instructors and study materials evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colle for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes: WSET

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 15,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rare most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

App. 2764

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Thurs. Mar. 15, 2007, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)...Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Apr. 5, 2007:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Fri. April 6, 2007**: Last day to register to take the Unit 4 and/or Unit 5 and/or Unit 6 exams on Mon. June 11, 2007 (note- the June 11 exams will be scheduled only if we have a minimum of 6 people who sign up for them by April 6)...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Thurs. Apr. 19, 2007, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) ...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2765

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given (note- the June 11 exams will be held only if we have a minimum of 6 people who sign up for them by April 6)....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept. 4, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 10, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 10, 2007**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Fri. Sept. 14, 2007:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 14, 2007...Details

**Mon. Sept. 17, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 19, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 24, 2007:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 8, 2007:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Fri. Oct. 12, 2007**: Last date for Diploma students to register for

App. 2766

the Nov. 13, 2007 coursework assignments due date...Details

**Fri. Oct. 19, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 8, 2008...Details

**Sat. Oct. 27, 2007: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Tues. Nov. 13, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 14, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 14, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 27, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 28, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 4, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 10, 2007:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 7, 2008**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 8, 2008, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 19, 2007**...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

**App. 2767**

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20070715081852/http://www.phillywine.com:80/




***>Upcoming Events***

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given only to those already registered by Oct. 24, 2006..Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 5, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Thurs. Feb. 8, 2007, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & wine classes in the Delaware Valley sinc

- twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes: WSET

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, i courses have been taken by 20,000 students per year in 284 different cities in 28 different countries in 7 different languages. Since we are one of only three Cent the U.S. offering the WSET Diploma, we have attracted students from as far sou Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Thurs. Mar. 15, 2007, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)...Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Apr. 5, 2007:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Fri. April 6, 2007**: Last day to register to take the Unit 4 and/or Unit 5 and/or Unit 6 exams on Mon. June 11, 2007 (note- the June 11 exams will be scheduled only if we have a minimum of 6 people who sign up for them by April 6)...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Thurs. Apr. 19, 2007, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) ...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will be refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so yo savings can be substantial.

App. 2770

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given (note- the June 11 exams will be held only if we have a minimum of 6 people who sign up for them by April 6)....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

**Tues. Sept. 4, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 10, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 10, 2007**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Fri. Sept. 14, 2007:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 14, 2007...Details

**Mon. Sept. 17, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 19, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Sept. 24, 2007:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 8, 2007:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Fri. Oct. 12, 2007**: Last date for Diploma students to register for

App. 2771

the Nov. 13, 2007 coursework assignments due date...Details

**Fri. Oct. 19, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 8, 2008...Details

**Sat. Oct. 27, 2007: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Tues. Nov. 13, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 14, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 14, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 27, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 28, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 4, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Dec. 10, 2007:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jan. 7, 2008**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 8, 2008, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 19, 2007**...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

The Wayback Machine - https://web.archive.org/web/20070831213736/http://www.phillywine.com:80/




***>Upcoming Events***

**Tues. Sept. 4, 2007:** 15 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 10, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 10, 2007**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 17, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 19, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 20, 2007, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 21, 2007:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 7, 2007...Details

***About Phillywine.com***

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & wine classes in the Delaware Valley sinc

- twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events **Philadelphia Magazine**
- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational ins and hospitality venues in the Delaware Valley. Click here to learn more about ou partners.

In addition to our own courses, we also provide instructors and study materials f evening "Wine Academy" classes at the Restaurant School at Walnut Hill Colleg for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes: WSET

We are a "Registered Centre" and an "Approved Programme Provider" for the w renowned classes of England's Wine & Spirit Education Trust. The WSET has b educational affiliate of the Institute of Masters of Wine (MW) since 1969. Its co are currrently taken by 20,000 students per year in 284 different cities in 38 diff countries in 12 different languages. Since we are one of only three Centres in th offering the WSET Diploma, we have attracted students from as far south as Flo from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in Philadelphia area as well as many other people who just wanted the most thorou education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our ins teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in a speakers. Our wine classes and tastings have included some of the world's rares most expensive wines, and our guest speakers have included many of the world' winemakers and wine masters.

App. 2774

**Mon. Sept. 24, 2007:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 8, 2007:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Fri. Oct. 12, 2007**: Last date for Diploma students to register for the Nov. 13, 2007 coursework assignments due date...Details

**Fri. Oct. 19, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 8, 2008...Details

**Sat. Oct. 27, 2007: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 7, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Nov. 13, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 14, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Nov. 28, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Tues. Dec. 4, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Mon. Dec. 10, 2007:** Exam for Unit 2 of the WSET Diploma given....Details

**Tues. Dec. 11, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jan. 7, 2008**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

We also offer discount tastings. Pay early for big savings on most tastings and c (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn m about any you are interested in.

To be kept informed of future events as soon as they are announced we encoura to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to with their current careers. However, they acquire the same level of wine-knowle the wine professionals and welcome the chance to share that knowledge. If you looking for someone to lead an in-home or other private wine tasting, we will b refer you to a thoroughly knowledgeable wine expert. You and he or she can ma own arrangements, without having to pay anything additional to our organizatio is no arbitrary minimum number of guests and no arbitrary per-person fee, so y savings can be substantial.

App. 2775

**Tues. Jan. 8, 2008, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 19, 2007**...Details

**Tues. Jan. 15, 2008:** 15 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 30, 2008**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 4, 2008 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Thurs. Feb. 7, 2008, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Mar. 7, 2008**: Last date for Diploma students to register for the April 8, 2008 coursework assignments due date...Details

**Mon. Mar. 10, 2008:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Thurs. Mar. 13, 2008, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**.**..Details

**Wed. Mar. 26, 2008:** WSET Intermediate Certificate Review Session (open to in-class & home study students)...Details

**Wed. Apr. 2, 2008:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Apr. 3, 2008:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

App. 2776

**Fri. April 4, 2008:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 10, 2008...Details

**Fri. April 4, 2008**: Last day to register to take the Unit 4 and/or Unit 5 and/or Unit 6 exams on Mon. June 9, 2008 (note- the June 9m 2008 exams will be scheduled only if we have a minimum of 6 people who sign up for them by April 4)...Details

**Tues. Apr. 8, 2008:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 15, 2008:** WSET Advanced Certificate Review Session (open to in-class & home study students)...Details

**Thurs. Apr. 17, 2008, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Tues. Apr. 29, 2008:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 2, 2008:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 9, 2008:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given (note- the June 9 exams will be held only if we have a minimum of 6 people who sign up for them by April 4, 2008)....Details

**Tues. Jun. 10, 2008, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

App. 2777

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

**App. 2778**

# p h i l l y w i n e . c o m

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-taking techniques,**

App. 2779

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

Free Newsletter Website Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e . c o m

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-taking techniques,**

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**



App. 2782

Free Newsletter   Website Extras   Contact Us   Site Map   Sign Up Now

# p h i l l y w i n e . c o m

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET   Wine Classes   Wine Tastings   About Phillywine   When & Where   Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James used several sessions on test-taking techniques,**

App. 2783

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

Free Newsletter  Website Extras  Contact Us  Site Map  Sign Up Now

# p h i l l y w i n e . c o m

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET  Wine Classes  Wine Tastings  About Phillywine  When & Where  Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-taking techniques,**

App. 2785

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 2786

# phillywine.com

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





**The Latest Philly Wine Classes and Events**

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-taking techniques,**

App. 2787

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices |
Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 2788

Free Newsletter | Website Extras | Contact Us | Site Map | Sign Up Now

# p h i l l y w i n e . c o m

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET | Wine Classes | Wine Tastings | About Phillywine | When & Where | Prices



**The Latest Philly Wine Classes and Events**

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-taking techniques,**

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

# p h i l l y w i n e . c o m

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-taking techniques,**

App. 2791

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

# phillywine.com

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. J[illegible]ed several sessions on test-taking techniques,**

App. 2793

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 2794

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-**

App. 2795

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**taking techniques, which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**



App. 2796

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-**

App. 2797

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**taking techniques, which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

The Wayback Machine - https://web.archive.org/web/20110903160746/http://www.philly…



# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-**

App. 2799

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**taking techniques, which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

Newsletter Extras Contact Us Site Map Sign Up Now

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



**THE LATEST PHILLY WINE CLASSES AND EVENTS**

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-**

App. 2801

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**taking techniques, which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors, Michael Ahlborn, James Colabelli and Melissa Monosoff!**

**Melissa and Michael shared nearly all of the weekly instruction and emailed their Powerpoint presentations to the home study students, to help them keep up. James led several sessions on test-**

App. 2803

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**taking techniques, which particulary helped with the wine tasting portion.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

The Wayback Machine - https://web.archive.org/web/20120421015009/http://phillywine....

Newsletter Extras Contact Us Site Map Sign Up Now

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors.**

App. 2805

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





**THE LATEST PHILLY WINE CLASSES AND EVENTS**

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**



App. 2808

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors.**

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**



App. 2810

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**






### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors.**

App. 2811

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors.**

App. 2813

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors.**

App. 2815

# EXHIBIT 9
# Part II

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

The Wayback Machine - https://web.archive.org/web/20200111031654/http://www.philly...



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2818

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2819

The Wayback Machine - https://web.archive.org/web/20200205194240/http://phillywine....



p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2820

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Case 2:26-cv-01268-JDW Document 30-2 Filed 03/25/26 Page 7 of 271




# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2822

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2823

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2824

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2825

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**






### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2826

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2827

The Wayback Machine - https://web.archive.org/web/20200612185105/http://www.philly...



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

App. 2828

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

WSET APPROVED PROGRAMME PROVIDER

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2832

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2833

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2834

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

App. 2836

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2837

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2838

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20230227170130/https://www.phillywine.com/




App. 2840

App. 2841

App. 2842

App. 2844

App. 2845

App. 2847

App. 2848

First Name

Last Name

Email Address

App. 2852

PHILLY WINE

WSET Certification

WSET Exams Our Team

Sign Up



# Classes and Certification
# For wine lovers, enthusiasts, and trade professionals

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept

App. 2853

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

The Wayback Machine - https://web.archive.org/web/20230105021128/https://www.phillywine.com/

PHILLY WINE

WSET Classes Calendar Instructors FAQ Contact

Sign Up




App. 2864

App. 2866

App. 2868

App. 2869

App. 2871

App. 2872

App. 2874

First Name

Last Name

Email Address

The Wayback Machine - https://web.archive.org/web/20250209153045/https://www.phillywine.com/

PHILLY WINE

WSET Certification

WSET Exams Our Team

Sign Up



# Classes and Certification

## For wine lovers, enthusiasts, and trade professionals

By using this website, you agree to our use of cookies. We use cookies to provide you with a great
and to help our website run effectively.

Accept

App. 2877

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience
and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.



First Name

Last Name

Email Address

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

The Wayback Machine - https://web.archive.org/web/20250329152311/https://www.phillywine.com/




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience
and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great
and to help our website run effectively.

App. 2895

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience
and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.




# Classes and Certification
## For wine lovers, enthusiasts, and trade professionals

Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for YOU.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience
and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience
and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

App. 2912

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

App. 2913




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

The Wayback Machine - https://web.archive.org/web/20251101223958/https://www.phillywine.com/




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience
and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

App. 2920

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience
and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great
and to help our website run effectively.

App. 2923

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

App. 2925

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience
and to help our website run effectively.

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

App. 2927

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20120601213238/http://phillywine....



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

**Exciting News:**

**Our students achieved 82% pass rates on the wine tasting portion and 80% on the written portion of the WSET Diploma Unit 3 (Light Wines) exam in June. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.**

**Congratulations to our students and to our Unit 3 instructors.**

App. 2929

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

The Wayback Machine - https://web.archive.org/web/20120723152801/http://www.philly...

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2931

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2932

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 2933

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2934

# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2935

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2936

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2938

The Wayback Machine - https://web.archive.org/web/20130114202903/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

Case 2:26-cv-01268-JDW Document 30-2 Filed 03/25/26 Page 125 of 271

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 2940

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 2941

The Wayback Machine - https://web.archive.org/web/20130122014013/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 2944

The Wayback Machine - https://web.archive.org/web/20130205193521/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events



App. 2947

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2949

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

App. 2950

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2951

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 2952

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2953

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2954

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 2955

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

App. 2956

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2957

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

App. 2958

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2959

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2960

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2961

The Wayback Machine - https://web.archive.org/web/20140209145358/http://www.philly...



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 2962

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20140701184502/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount



### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

App. 2964

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

**App. 2965**

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 2966

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 2967

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 2968

The Wayback Machine - https://web.archive.org/web/20140807120542/http://www.philly...



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2970

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2971

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 2972

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2973

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2974

The Wayback Machine - https://web.archive.org/web/20141209064943/http://www.philly…



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2975

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2976

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2978

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2979

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20150321181126/http://www.philly…

Newsletter Extras Contact Us Site Map Sign Up Now

p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2981

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2982

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 2983

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2984

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**






### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

App. 2985

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 2986

The Wayback Machine - https://web.archive.org/web/20150509142750/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount



### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

App. 2987

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

App. 2988

# Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

# Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

The Wayback Machine - https://web.archive.org/web/20150630070916/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

## WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20150801173653/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

The Wayback Machine - https://web.archive.org/web/20150804134138/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 2997

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20150821073658/http://www.phillywine.com:80/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

App. 2999

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3000

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20150905112819/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount

Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20150924070656/http://www.phillywine.com:80/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3006

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20151025171536/http://www.phillywine.com:80/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

## WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3009

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20160109155605/http://phillywine....



# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3011

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3012

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3013

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3014

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3015

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3016

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3017

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3018

The Wayback Machine - https://web.archive.org/web/20160204171355/http://www.philly…

Newsletter Extras Contact Us Site Map Sign Up Now

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3020

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3024

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3025

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3026

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3027

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3028

The Wayback Machine - https://web.archive.org/web/20160610155346/http://www.philly…

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3029

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3030

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3031

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



**App. 3032**

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3033

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3034

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me?
Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount

Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our

App. 3035

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
**Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
**Read more.**

App. 3036

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices |
Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3037

The Wayback Machine - https://web.archive.org/web/20161022201019/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3039

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20161028001010/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3042

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3044

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3045

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3046

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3047

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3048

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3050

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3051

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3054

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3055

The Wayback Machine - https://web.archive.org/web/20170613095657/http://phillywine....

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3057

The Wayback Machine - https://web.archive.org/web/20170619110216/http://www.philly…

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3058

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20170803231553/http://phillywine....

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3060

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3061

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3062

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3063

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3064

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3065

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3066

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3067

Newsletter Extras Contact Us Site Map Sign Up Now

# philly wine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20170920001007/http://www.philly...



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3070

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3071

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3072

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3073

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3074

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20171111122449/http://phillywine....



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3076

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3077

The Wayback Machine - https://web.archive.org/web/20171219205004/http://phillywine....



# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3078

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3079

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3080

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3081

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3082

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

App. 3084

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3085

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

# EXHIBIT 9
# Part III

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3088

The Wayback Machine - https://web.archive.org/web/20180329233007/http://phillywine....

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3089

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3092

The Wayback Machine - https://web.archive.org/web/20180408043230/http://www.philly...



p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3093

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3094

The Wayback Machine - https://web.archive.org/web/20180414005544/http://www.philly...



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3095

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3096

The Wayback Machine - https://web.archive.org/web/20180415044637/http://www.philly...



# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3098

Newsletter Extras Contact Us Site Map Sign Up Now

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3099

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3100

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3101

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20180513054848/http://www.philly...



p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3103

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3104

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**






### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3105

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3106

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3107

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3108

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3109

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3110

The Wayback Machine - https://web.archive.org/web/20180603053645/http://www.philly...

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3111

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3112

The Wayback Machine - https://web.archive.org/web/20180616055825/http://www.philly...

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3113

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3114

The Wayback Machine - https://web.archive.org/web/20180622190437/http://www.philly...



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3115

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3116

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3117

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3118

The Wayback Machine - https://web.archive.org/web/20180625101831/http://www.philly...



p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3119

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3120

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3121

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3122

Newsletter Extras Contact Us Site Map Sign Up Now

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3124

The Wayback Machine - https://web.archive.org/web/20180719093040/http://www.philly...

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3127

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3128

The Wayback Machine - https://web.archive.org/web/20180729050227/http://www.philly...



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3129

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3130

# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3131

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3132

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3133

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3134

The Wayback Machine - https://web.archive.org/web/20180817092337/http://www.philly...



# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3136

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3137

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3138

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3139

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3140

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3141

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Newsletter Extras Contact Us Site Map Sign Up Now

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20180909050640/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20180916042802/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount

Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3149

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

The Wayback Machine - https://web.archive.org/web/20180923221241/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

App. 3151

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3152

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 3153

The Wayback Machine - https://web.archive.org/web/20180930050222/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3155

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20181007050411/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

The Wayback Machine - https://web.archive.org/web/20181014050346/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participating in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

App. 3160

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3161

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20181021043918/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 3165

The Wayback Machine - https://web.archive.org/web/20181028045006/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3167

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

The Wayback Machine - https://web.archive.org/web/20181104055734/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3170

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20181107105521/http://phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3173

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 3174

The Wayback Machine - https://web.archive.org/web/20181111051144/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20181115003114/http://www.phillywine.com:80/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

The Wayback Machine - https://web.archive.org/web/20181118041445/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

App. 3181

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

The Wayback Machine - https://web.archive.org/web/20181125045314/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3185

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 3186

The Wayback Machine - https://web.archive.org/web/20181202044307/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3188

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 3189

The Wayback Machine - https://web.archive.org/web/20181209051042/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3191

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events



App. 3192

The Wayback Machine - https://web.archive.org/web/20181213041116/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

App. 3193

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3194

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 3195

# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20181223050724/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participating in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3200

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

The Wayback Machine - https://web.archive.org/web/20181224145131/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events



App. 3204

The Wayback Machine - https://web.archive.org/web/20181230041900/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20190104001939/http://www.phillywine.com/



# phillywine

## Wine Classes and Wine Tastings in Philadelphia



Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 3210

The Wayback Machine - https://web.archive.org/web/20190106042309/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

App. 3211

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

The Wayback Machine - https://web.archive.org/web/20190113044038/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3215

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 3216

The Wayback Machine - https://web.archive.org/web/20190121020002/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

## WSET logo

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

The Wayback Machine - https://web.archive.org/web/20190127045628/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participating in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

App. 3220

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

HomeWSETWine ClassesWine TastingsAbout PhillywineWhen & WherePrices |
Free NewsletterWebsite ExtrasContact UsSite Map Sign Up Now

App. 3222

The Wayback Machine - https://web.archive.org/web/20190131192904/http://www.phillywine.com/

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

## Wine Classes and Wine Tastings in Philadelphia

WSET
About WSET Intermediate Course (Level 2) Advanced Course (Level 3) Diploma (Level 4) Which Class Is For Me? Home Study
Wine Classes
Beginner Advanced For Professionals WSET Recommended
Wine Tastings
Private Events
About Phillywine
Instructors Partners Great Wines Guests Free Newsletter
When & Where
Annual Schedule Full Calendar Locations
Prices
Earlybird Discount
Wine Glasses and Books

### The Latest Philly Wine Classes and Events

See our Event Schedules for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our free newsletter to be kept informed of future wine events as soon as they are announced.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
Read more.

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.
Read more.

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.
Read more.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

**WSET logo**

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's Wine & Spirit Education Trust.

Our instructors have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the wine courses offered at several local colleges.

We also offer our own wine classes and wine tastings at a variety of restaurants and educational institutions in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of the world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

## Private Wine Tastings

If you are looking for someone to lead an in-home wine tasting or other private event, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

App. 3224

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- Wine Classes in the Philadelphia Area
- WSET Wine Classes from the Wine and Spirit Education Trust (Philadelphia area, online, and home study)
- Private Events
- Schedule of Wine Classes and Wine Events

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having seventeen of our

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

App. 3227

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices |
Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3228

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3230

The Wayback Machine - https://web.archive.org/web/20190217043849/http://www.philly…



# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3232

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3233

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3235

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3236

The Wayback Machine - https://web.archive.org/web/20190303045916/http://www.philly...



# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3237

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3238

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3239

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

App. 3241

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3242

Newsletter Extras Contact Us Site Map Sign Up Now

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3243

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3244

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3245

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3248

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3249

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



**App. 3250**

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3251

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

**App. 3252**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

WSET APPROVED PROGRAMME PROVIDER

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3253

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3254

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA






### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3255

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3257

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3258

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're near one of them your options had been just home

App. 3259

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3262

The Wayback Machine - https://web.archive.org/web/20190921113937/http://phillywine....



# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3263

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3264

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3266

The Wayback Machine - https://web.archive.org/web/20191002232548/http://www.philly...

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3267

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3268

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

WSET APPROVED PROGRAMME PROVIDER

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3269

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3270

The Wayback Machine - https://web.archive.org/web/20191011035122/http://www.philly…



# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET APPROVED PROGRAMME PROVIDER

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3271

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

WSET APPROVED PROGRAMME PROVIDER

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3273

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

WSET APPROVED PROGRAMME PROVIDER

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3275

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3276

The Wayback Machine - https://web.archive.org/web/20191121092914/http://phillywine....

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

WSET APPROVED PROGRAMME PROVIDER

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3277

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3278

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3279

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3280

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3282

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3283

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3284

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3286

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3287

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Home WSET Wine Classes Wine Tastings About Phillywine When & Where Prices | Free Newsletter Website Extras Contact Us Site Map Sign Up Now

App. 3292

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3293

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3294

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3295

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3296

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

WSET APPROVED PROGRAMME PROVIDER

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3298

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

WSET APPROVED PROGRAMME PROVIDER

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3300

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

WSET APPROVED PROGRAMME PROVIDER

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

**App. 3301**

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

The Wayback Machine - https://web.archive.org/web/20200706035707/http://www.philly...

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3303

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3304

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3306

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

WSET APPROVED PROGRAMME PROVIDER

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3307

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3308

# phillywine

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3309

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3311

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3312

Newsletter Extras Contact Us Site Map Sign Up Now

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3314

# p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award." **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3315

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3316

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**






### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3317

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

# phillywine

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA






### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

App. 3319

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3320

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.”

**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3322

Newsletter Extras Contact Us Site Map Sign Up Now

# p h i l l y w i n e

**WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA**

WSET Wine Classes Wine Tastings About Phillywine When & Where Prices



### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home

App. 3323

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET's Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**

p h i l l y w i n e

WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA





### The Latest Philly Wine Classes and Events

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We provide instructors and curriculum for the **wine courses offered at several local colleges**.

## News

### Awards Replace Certificates

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on “Certificate” has been replaced by “Award.” **Read more.**

### WSET Certified Educators

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### Diploma via Video

Only six cities in the U.S. offer the WSET Diploma. If you’re not near one of them your options had been just home

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers. Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

study or WSET’s Online Diploma Course. Now we have a third option: video participation in our Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course. **Read more.**

### More Great Diploma Results

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam. **Read more.**



App. 3326

The Wayback Machine - https://web.archive.org/web/20230227170130/https://www.phillywine.com/

PHILLY WINE

WSET Classes Calendar Instructors FAQ

Sign Up




App. 3327

App. 3331

App. 3334

App. 3337

First Name

Last Name

Email Address

The Wayback Machine - https://web.archive.org/web/20230314094947/https://www.phillywine.com/

Skip to Content

WSET Classes
Wine
Level 1 Award in Wine
Level 2 Award in Wine
Level 3 Award in Wine
Level 4 Diploma in Wine
Spirits
Level 1 Award in Spirits
Level 2 Award in Spirits
Sake
Level 1 Award in Sake
More Details
2022-2023 Schedule
Online Classroom
Pricing
Calendar
Instructors
FAQ

0

0
Sign Up

WSET Classes
Wine
Level 1 Award in Wine
Level 2 Award in Wine
Level 3 Award in Wine
Level 4 Diploma in Wine
Spirits
Level 1 Award in Spirits
Level 2 Award in Spirits
Sake
Level 1 Award in Sake
More Details
2022-2023 Schedule

App. 3342

[Online Classroom](#)
[Pricing](#)
[Calendar](#)
[Instructors](#)
[FAQ](#)

[0](#)

0
Sign Up

Folder: WSET Classes
Back
Wine
Level 1 Award in Wine
Level 2 Award in Wine
Level 3 Award in Wine
Level 4 Diploma in Wine
Spirits
Level 1 Award in Spirits
Level 2 Award in Spirits
Sake
Level 1 Award in Sake
More Details
2022-2023 Schedule
Online Classroom
Pricing
Calendar
Instructors
FAQ
Sign Up

App. 3345

App. 3347



**Classes and Certification**
**For wine lovers, enthusiasts, and trade professionals**

formerly Neal Ewing Wine Services

Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for you. We offer wine classes, events, and WSET Certification in wine, spirits, and sake.
🍷

**Wine & Spirits Education Trust**

**App. 3349**

Based in London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals. PhillyWine LLC is an Approved Program Provider.

## Explore WSET Classes

Wine

- WSET Level 1 Award in Wine Philadelphia

### Level 1 Award in Wines

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.

- WSET Level 2 in Wine Philadelphia

### Level 2 Award in Wines

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.

- WSET Level 3 in Wine Philadelphia

App. 3350

### Level 3 Award in Wines

An advanced level qualification for professionals working in the wine industry and for wine enthusiasts.

- 

### Level 4 Diploma in Wine

The WSET Level 4 Diploma in Wines is an expert-level qualification covering all aspects of wine.

Spirits & Sake

- WSET Level 1 in Spirits Philadelphia

### Level 1 Award in Spirits - Online

The Level 1 qualification offers a hands-on introduction to the world of spirits.

- WSET Level 2 in Spirits Philadelphia

### Level 2 Award in Spirits - Online

A beginner to intermediate level qualification exploring spirits and liqueurs for those working in the industry or spirits enthusiasts.

- 

### Level 1 Award in Sake - Online

An introduction to sake for those starting a career in the industry or just pursuing an interested in sake.

App. 3351

# Upcoming

# Upcoming

**Next WSET Classes and Exams**

Diploma D2 Online Classroom begins April 10 - Sign up by Mar 31

Diploma D3 Online Classroom begins April 24 - Sign up by April 14

*Visit the WSET Classes pages for more classes and dates!*

***WSET Latest Figures:***

- **108,584 candidates in 2020/21***
- **9 separate WSET qualifications**
- **800+ WSET course providers worldwide**

**App. 3352**

- **70+ countries provide WSET courses**
- **15 languages offered**

**** wordwide across all levels of wine, sake, and spirits***

Follow along @ _phillywine_

Meet Kevin Shaffer, dipWSET, IWS, FWS and our newest Level 3 instructor! Fun fact: Kevin got into the wine industry after a brief and failed attempt to become an on-air radio star 🚫📻 . . #wset #wset3 #wineclasses #wineschool #phillywinescene #winec
The next semester of WSET Level 3 Award in Wine classes begins on Jan 24. Classes will be held in our beautiful new space while our existing space undergoes renovation. We've got some great lectures and excellent wine lined up... join us! . #wineclas
Stories from the Cellar is a podcast by Vine Street Imports. It tells the stories of the winemakers in Vine Street’s portfolio and is hosted by our own Level 3 candidate ✨ Charlotte Alsaadi✨ . Check it out on iTunes! 🎧🎧🎧 @vsiwine . #wsetleve

App. 3353

## Subscribe to Our Newsletter

Sign up to receive news and updates. We promise we won't spam you.

First Name First Name
Last Name Last Name

Email Address Email Address
Sign Up
Thank you!

© 2022 PhillyWine, LLC

In-person classes meet at Sofitel Philadelphia
120 S 17th St, Philadelphia, PA 19103

Terms of Service
PhillyWine Policies

Classes
Calendar
FAQ

# EXHIBIT 9
# Part IV

The Wayback Machine - https://web.archive.org/web/20230405131945/https://www.phillywine.com/
Skip to Content
Open Menu

WSET Classes
Wine
Level 1 Award in Wine
Level 2 Award in Wine
Level 3 Award in Wine
Level 4 Diploma in Wine
Spirits
Level 1 Award in Spirits
Level 2 Award in Spirits
Sake
Level 1 Award in Sake
More Details
2022-2023 Schedule
Online Classroom
Pricing
Calendar
Instructors
FAQ

App. 3359

0

App. 3360

0
Sign Up

WSET Classes
Wine
Level 1 Award in Wine
Level 2 Award in Wine
Level 3 Award in Wine
Level 4 Diploma in Wine
Spirits
Level 1 Award in Spirits
Level 2 Award in Spirits
Sake
Level 1 Award in Sake
More Details
2022-2023 Schedule

App. 3361

[Online Classroom](#)
[Pricing](#)
[Calendar](#)
[Instructors](#)
[FAQ](#)

[0](#)

App. 3362

0
Sign Up
Open Menu

App. 3364

App. 3365

App. 3367

App. 3368

- Folder: WSET Classes
- Calendar
- Instructors
- FAQ
- Sign Up
- Back
- Wine
- Level 1 Award in Wine
- Level 2 Award in Wine
- Level 3 Award in Wine
- Level 4 Diploma in Wine
- Spirits
- Level 1 Award in Spirits
- Level 2 Award in Spirits
- Sake
- Level 1 Award in Sake
- More Details
- 2022-2023 Schedule
- Online Classroom
- Pricing

App. 3374

App. 3376



**Classes and Certification**
**For wine lovers, enthusiasts, and trade professionals**

formerly Neal Ewing Wine Services

Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for you. We offer wine classes, events, and WSET Certification in wine, spirits, and sake.

🍷

**Wine & Spirits Education Trust**

**App. 3380**

Based in London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals. PhillyWine LLC is an Approved Program Provider.

## Explore WSET Classes

Wine

- WSET Level 1 Award in Wine Philadelphia

### Level 1 Award in Wines

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.

- WSET Level 2 in Wine Philadelphia

### Level 2 Award in Wines

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.

- WSET Level 3 in Wine Philadelphia

App. 3381

### Level 3 Award in Wines

An advanced level qualification for professionals working in the wine industry and for wine enthusiasts.

- 

### Level 4 Diploma in Wine

The WSET Level 4 Diploma in Wines is an expert-level qualification covering all aspects of wine.

Spirits & Sake

- WSET Level 1 in Spirits Philadelphia

### Level 1 Award in Spirits - Online

The Level 1 qualification offers a hands-on introduction to the world of spirits.

- WSET Level 2 in Spirits Philadelphia

### Level 2 Award in Spirits - Online

A beginner to intermediate level qualification exploring spirits and liqueurs for those working in the industry or spirits enthusiasts.

- 

### Level 1 Award in Sake - Online

An introduction to sake for those starting a career in the industry or just pursuing an interested in sake.

# Upcoming

# Upcoming

**Next WSET Classes and Exams**

Diploma D2 Online Classroom begins April 10 - Sign up by Mar 31

Diploma D3 Online Classroom begins April 24 - Sign up by April 14

*Visit the WSET Classes pages for more classes and dates!*

***WSET Latest Figures:***

- **108,584 candidates in 2020/21***
- **9 separate WSET qualifications**
- **800+ WSET course providers worldwide**

**App. 3383**

- **70+ countries provide WSET courses**
- **15 languages offered**

**** wordwide across all levels of wine, sake, and spirits***

Follow along @ _phillywine_

Meet Arindam Basu, PhD, DipWSET, CSW, and PhillyWine Instructor! Hobbies include honing his culinary skills, exploring the BYOB scene in Philadelphia, painting, drinking scotch and IPAs, and studying for wine certifications. 🏅 🍷 . Come learn from ou
Become WSET Level 1 certified in wine after two classes. You’ll learn the main types and styles of wine, common grapes and their characteristics, how to store and serve wine, and the principles of wine pairing. WSET certifications are recognize

Meet Kevin Shaffer, dipWSET, IWS, FWS and our newest Level 3 instructor! Fun fact: Kevin got into the wine industry after a brief and failed attempt to become an on-air radio star 🚫 📻 . . #wset #wset3 #wineclasses #wineschool #phillywinescene #winec

App. 3384

## Subscribe to Our Newsletter

Sign up to receive news and updates. We promise we won't spam you.

First Name First Name
Last Name Last Name

Email Address Email Address
Sign Up
Thank you!

© 2022 PhillyWine, LLC

In-person classes meet at Sofitel Philadelphia
120 S 17th St, Philadelphia, PA 19103

Terms of Service
PhillyWine Policies

Classes
Calendar
FAQ

App. 3388

The Wayback Machine - https://web.archive.org/web/20230513210701/https://www.phillywine.com/




Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for you. We offer wine classes, events, and WSET Certification in wine, spirits, and sake.

🍷

**App. 3389**

## Wine & Spirits Education Trust

Based in London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals. PhillyWine LLC is an Approved Program Provider.

# Explore WSET Classes

WINE

App. 3390

## Level 1 Award in Wines

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.

## Level 2 Award in Wines

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.

## Level 3 Award in Wines

An advanced level qualification for professionals working in the wine industry and for wine enthusiasts.

## Level 4 Diploma in Wine

The WSET Level 4 Diploma in Wines is an expert-level qualification covering all aspects of wine.

SPIRITS & SAKE

App. 3394

## Level 1 Award in Spirits - Online

The Level 1 qualification offers a hands-on introduction to the world of spirits.

## Level 2 Award in Spirits - Online

A beginner to intermediate level qualification exploring spirits and liqueurs for those working in the industry or spirits enthusiasts.

### Level 1 Award in Sake - Online

An introduction to sake for those starting a career in the industry or just pursuing an interested in sake.

# Upcoming Upcoming Upc

## Next WSET Classes and Exams

Levels 1,2,3 Exams on May 16 – Sofitel Philadelphia, 6:30 PM

Level 2 In-person Course starts October 11 – sign up by October 3 (prices increase this summer! Sign up soon)

Level 3 In-person Course starts Sept 12 – sign up by Sept 4 (prices increase this summer! Sign up soon)

Diploma Units 4/5 Exams - June 7

*Visit the WSET Classes pages for more classes and dates!*




***WSET Latest Figures:***

- 108,584 candidates in 2020/21*
- 9 separate WSET qualifications

App. 3398

- 800+ WSET course providers worldwide
- 70+ countries provide WSET courses
- 15 languages offered

** wordwide across all levels of wine, sake, and spirits*

Follow along @ _phillywine_

App. 3399




Subscribe to Our Newsletter

Sign up to receive news and updates. We promise we won't spam you.

First Name

Last Name

Email Address

Sign Up

© 2022 PhillyWine, LLC

In-person classes meet at Sofitel Philadelphia
120 S 17th St, Philadelphia, PA 19103

Terms of Service

PhillyWine Policies

App. 3400

Classes

Calendar

FAQ

The Wayback Machine - https://web.archive.org/web/20230521201613/https://www.phillywine.com/




Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for you. We offer wine classes, events, and WSET Certification in wine, spirits, and sake.

🍷

**App. 3402**

## Wine & Spirits Education Trust

Based in London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals. PhillyWine LLC is an Approved Program Provider.

# Explore WSET Classes

WINE

App. 3403

## Level 1 Award in Wines

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.

## Level 2 Award in Wines

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.

## Level 3 Award in Wines

An advanced level qualification for professionals working in the wine industry and for wine enthusiasts.

## Level 4 Diploma in Wine

The WSET Level 4 Diploma in Wines is an expert-level qualification covering all aspects of wine.

SPIRITS & SAKE

## Level 1 Award in Spirits - Online

The Level 1 qualification offers a hands-on introduction to the world of spirits.

## Level 2 Award in Spirits - Online

A beginner to intermediate level qualification exploring spirits and liqueurs for those working in the industry or spirits enthusiasts.

## Level 1 Award in Sake - Online

An introduction to sake for those starting a career in the industry or just pursuing an interested in sake.

## Next WSET Classes and Exams

Levels 1,2,3 Exams on May 16 - Sofitel Philadelphia, 6:30 PM

Level 2 In-person Course starts October 11 - sign up by October 3 (prices increase this summer! Sign up soon)

Level 3 In-person Course starts Sept 12 - sign up by Sept 4 (prices increase this summer! Sign up soon)

Diploma Units 4/5 Exams - June 7

*Visit the WSET Classes pages for more classes and dates!*

***WSET Latest Figures:***

- 108,584 candidates in 2020/21*
- 9 separate WSET qualifications
- 800+ WSET course providers worldwide
- 70+ countries provide WSET courses
- 15 languages offered

** wordwide across all levels of wine, sake, and spirits*

App. 3412

Follow along @ _phillywine_

© 2022 PhillyWine, LLC

In-person classes meet at Sofitel Philadelphia
120 S 17th St, Philadelphia, PA 19103

Terms of Service
PhillyWine Policies

Classes
Calendar
FAQ



App. 3415



App. 3417

App. 3418

App. 3423




App. 3426

The Wayback Machine - https://web.archive.org/web/20240902220711/https://www.phillywine.com/




Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for you. We offer classes, events, and WSET Certification in wine, spirits, and sake.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept

# Trimbach Wine Tasting




Join us for a truly awesome event! Meet and taste with **Jean Trimbach** of Maison Trimbach in Alsace, France. We'll also provide a selection of cheese and charcuterie to complement the afternoon.

Seats are LIMITED!
$50

September 18

3-5PM, Fitler Club
Philadelphia, PA

Get Tix

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Wine & Spirits Education Trust

Based in London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals.
PhillyWine is an Approved Program Provider.

## Upcoming WSET Classes

## WSET Online Classroom

WSET's Online Classroom (OLC) is a great way to take class if you need more flexibility. OLC lets you go at your own pace on your own schedule. We can even send you wine tasting kits! Sign up on the corresponding class pages. We also offer OLC for sake.

**Wine & Sake**

Level 1 Wine – **Sept 16** – Sign up by Sept 6
Level 2 Wine – **Sept 16** – Sign up by Sept 6
Level 3 Wine – **Sept 16** – Sign up by Sept 6

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

D2 Wine - **Nov 25** - Sign up by Nov 15

D3 Wine - **Oct 28** - Sign up by Oct 18

D4 Wine - **Nov 4** - Sign up by Oct 25

D5 Wine - **Nov 4** - Sign up by Oct 25

Level 1 Sake - **Sept 2** - Sign up by Aug 22

# In-Person & Hybrid Classes

Level 1 Wine - One Day Class - Philadelphia - Get certified in one day! 🚀

Sept 28 - 10AM - 4PM; Sign up by Sept 12

Level 1 Wine - One Day Class - Lancaster - Get certified in one day! 🚀

Oct 7 - 10AM - 4PM; Sign up by Sept 20

Level 2 Wine - Philadelphia

Tuesdays, 7-9PM

Oct 2 - Dec 4; Sign up by Sept 25

Level 2 Wine - Lancaster

Mondays 5-9PM

Sept 9 - Oct 7; Sign up by Sept 2

Level 3 Wine - Advanced Certificate

Tuesdays 6-9PM

Sept 10 - Dec 3; Sign up by Sept 1

D2 Wine Business Hybrid Class

(Zoom classes / In-person tasting)

Tuesdays, 7-9PM

Sept 24 - Oct 8 - Sign up by Sept 17

D4 Sparkling Wine Hybrid Class

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Wednesdays, 7-9PM

Aug 28 - Sept 18; Sign up by Aug 21

# Explore WSET Certification

WINE




## Level 1 Award in Wines

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great [illegible] and to help our website run effectively.




## Level 2 Award in Wines

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

App. 3433




## Level 3 Award in Wines

An advanced level qualification for professionals working in the wine industry and for wine enthusiasts.




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.




## Level 4 Diploma in Wine

The WSET Level 4 Diploma in Wines is an expert-level qualification covering all aspects of wine.

SPIRITS & SAKE




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.




## Level 1 Award in Spirits - Online

The Level 1 qualification offers a hands-on introduction to the world of spirits.




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.




## Level 2 Award in Spirits - Online

A beginner to intermediate level qualification exploring spirits and liqueurs for those working in the industry or spirits enthusiasts.




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.




## Level 1 Award in Sake - Online

An introduction to sake for those starting a career in the industry or just pursuing an interested in sake.




By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

***WSET Latest Figures:***

- 142,000 candidates in 2022/23*
- 9 separate WSET qualifications
- 770 WSET course providers worldwide
- 78 countries provide WSET courses
- 14 languages offered

** wordwide across all levels of wine, sake, and spirits*

Follow along @phillywineschool

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.



## Subscribe to Our Newsletter

Sign up to receive news and updates. We promise we won't spam you.

First Name

Last Name

Email Address

Sign Up

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

© 2024 PhillyWine, LLC

In-person classes meet at Fitler Club Philadelphia

Terms of Service

PhillyWine Policies

Events

WSET Classes

FAQ

Calendar

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

The Wayback Machine - https://web.archive.org/web/20250115051130/https://www.phillywine.com/

PHILLY WINE

WSET Certification

WSET Exams Our Team

Sign Up



# Classes and Certification

## For wine lovers, enthusiasts, and trade professionals

Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for YOU.

We offer WSET Certification in wine and sake as well as non-certification and custom wine classes and events.

App. 3442

WSET APPROVED PROGRAMME PROVIDER

# Wine & Spirits Education Trust

Based in London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals.
PhillyWine is an Approved Program Provider.

## Upcoming WSET Classes

## Online Classroom

WSET's Online Classroom (OLC) is a great way to take class if you need more flexibility. OLC lets you go at your own pace on your own schedule. We can even send you wine tasting kits! Sign up on the corresponding class pages. We also offer OLC for sake.

**Wine & Sake**

Level 1 Wine - **Jan 20** - Sign up by Jan 10
Level 2 Wine - **Jan 20** - Sign up by Jan 10
Level 3 Wine - **Jan 20** - Sign up by Jan 10

Level 1 Sake - **March 10** - Sign up by Feb 27

D1 Wine - **March 17** - Signup by March 7
D2 Wine - **April 7** - Sign up by March 28
D5 Wine - **Jan 13** - Sign up by Jan 3

**App. 3443**

L1 Wine – York, PA – Get Certified in One Day 🚀

Jan 25, 9-4:30PM

YTI Career Institute, York, PA

➡️ Sign up by Jan 9

L1 Wine – Philadelphia – Get Certified in One Day 🚀

Feb 8, 10AM – 4PM

Fitler Club

➡️ Sign up by Jan 23

L2 Wine – Philadelphia

Jan 22 – March 26, Wednesdays, 7-9PM

Fitler Club

**Exam:** March 26

➡️ Sign up by Jan 15

L2 Wine – Accelerated – Lancaster

April 14 – May 12, Mondays, 5-9PM

Location TBD

**Exam:** May 12

➡️ Sign up by April 7

L3 Wine – Lancaster

Jan 13 – April 7, Mondays, 5PM- 9PM

Vine Bar

**Exam:** April 7

➡️ Sign up by Jan 10

L3 Wine – Philadelphia

Jan 14 – April 1, Tuesdays, 6PM-9PM

**App. 3444**

**Exam:** April 1

➡️ Sign up by Jan 10

# Explore WSET Certification

WINE




## Level 1 Award in Wines

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.






## Level 2 Award in Wines

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.




App. 3446




## Level 3 Award in Wines

An advanced level qualification for professionals working in the wine industry and for wine enthusiasts.




App. 3447




## Level 4 Diploma in Wine

The WSET Level 4 Diploma in Wines is an expert-level qualification covering all aspects of wine.

SPIRITS & SAKE




App. 3448




## Level 1 Award in Sake - Online

An introduction to sake for those starting a career in the industry or just pursuing an interested in sake.




App. 3449




## Level 1 Award in Spirits - Online

**Not currently offered.** The Level 1 qualification offers a hands-on introduction to the world of spirits.




App. 3450




## Level 2 Award in Spirits - Online

**Not currently offered.** A beginner to intermediate level qualification exploring spirits and liqueurs for those working in the industry or spirits enthusiasts.




App. 3451

***WSET Latest Figures:***

- 142,000 candidates in 2023/24*
- 9 separate WSET qualifications
- 770 WSET course providers worldwide
- 78 countries provide WSET courses
- 14 languages offered

** wordwide across all levels of wine, sake, and spirits*




# Gift Certificates

Give the gift of wine education with a PhillyWine Voucher! Available in increments of $100, $375 for a WSET Level 1 Class, and $900 for a WSET Level 2 Class. Please email us to purchase one for a custom amount.

App. 3452

Purchase

Follow along @phillywineschool




© 2024 PhillyWine, LLC

In-person classes meet at Fitler Club Philadelphia

Terms of Service
PhillyWine Policies

Events
WSET Classes
FAQ
Calendar

App. 3454

# Exhibit AH

Page Vault

| | |
|---|---|
| Document title: | Discover Tria Events: Philadelphia's Unique Wine Tastings |
| Capture URL: | https://somm.us/school/tria/ |
| Page loaded at (UTC): | Wed, 25 Mar 2026 18:29:38 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 18:30:35 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 6 |
| Capture ID: | hjGJdVKQQnPE2cEhyCR7Rf |
| Display Name: | carrm |

SOMM
Sommelier Education and America's Wine Schools

BECOME A SOMMELIER CERTIFICATIONS CLASSES WINE SCHOOLS SIGN IN

# Tria Wine School

Write a Review




1726 Sansom Street, Philadelphia, PA
Wine Tasting School

**Details**

TRIA

State Recognized: No

Type of School: Independent

# Tria Wine School

Tria Wine School—known at various times as the **Tria Fermentation School** and more recently **Tria Events**—has been part of Philadelphia's wine scene since 2006. Created by the Tria Café group, the program has always taken a different approach from formal wine education providers.

Rather than offering structured coursework or certification programs, Tria focuses on casual tasting events designed for wine enthusiasts and curious consumers.

**App. 3458**

## Strengths




Tria has long excelled at introducing wine to a broad audience. Early classes held at the Walnut Street location between 2006 and 2015 were lively, inexpensive, and frequently sold out. Guest winemakers, sommeliers, and cheesemongers helped create engaging events that blended education with social experience.

During the COVID-19 shutdown, the program adapted quickly by offering virtual tastings with pickup kits. These Zoom events drew large audiences and demonstrated the company's ability to pivot in response to changing conditions.

The current **Tria Events** space, which opened in 2025 at **1726 Sansom Street**, continues this model. The venue seats approximately 30 guests and hosts classes typically priced between $50 and $100. The space also functions as a private event venue, reinforcing the brand's emphasis on social wine experiences rather than academic instruction.

Under the leadership of wine director **Lauren Harris**, the program continues to prioritize accessibility and a relaxed, consumer-friendly atmosphere.

---

## Weaknesses

For students seeking professional training, Tria's offerings are limited. The program does not provide certification pathways, progressive coursework, or a structured curriculum. Its events function more as guided tastings than as formal wine education.

Over the years the program has also gone through several transitions, including the closure of the original Walnut Street location in 2015 and a shift toward virtual events during the pandemic. The current Tria Events format reflects a continued emphasis on hospitality and event programming rather than long-term educational development.

Customer reviews occasionally mention the company's strict no-refund policy, which can create frustration for attendees who cannot make scheduled events.

---

## Bottom Line

SOMM
Sommelier Education and America's Wine Schools

BECOME A SOMMELIER CERTIFICATIONS CLASSES WINE SCHOOLS

evening. Its events are accessible, lively, and often feature interesting guest presenters.

However, Tria does not operate as a traditional wine school. Students seeking structured coursework, certification programs, or career-oriented training will need to look elsewhere.

For consumers interested in wine as a hobby, Tria's classes can be an enjoyable way to explore new wines and meet fellow enthusiasts.

## Comparison: Tria Wine School vs. Wine School of Philadelphia vs. PhillyWine

| Feature | Tria Events | Wine School of Philadelphia | PhillyWine |
|---|---|---|---|
| Founded | 2006, by Tria Café owners | 2001, by Keith Wallace. | 1990s, under Neal Ewing; rebranded 2022 under Noelle Allen |
| Core Focus | Recreational tastings, wine & cheese pairings, consumer-friendly events | Professional wine education, sommelier certification, consumer classes | British-based WSET certification programs (Levels 1–3, Diploma) |
| Format | Standalone classes ($50–$100), private events ($1,500–$3,000 minimums), ~32 seats | Multi-week certification courses (L1–L4), plus single-night classes; extensive tasting lists | Structured WSET coursework, PowerPoint-heavy lectures, limited tasting depth |
| Certification | None | National Wine School | WSET certifications |

App. 3460

| | | | |
|---|---|---|---|
| Audience | enthusiasts, corporate groups | serious consumers | credenti |
| Teaching Style | Informal, social, approachable | Narrative-driven, structured, includes tasting exams | Described by students as "dry," "uninspiring," and reciting from reading materials |
| Reputation | Fun, but inconsistent; history of closures and refund complaints; workplace controversy tied to owner | Serious, nationally recognized; top ranked wine school in USA. | Ranked among the lowest WSET providers in the U.S.; past reports of unprofessional conduct |
| Current Status (2025) | "Tria Events" space at 1726 Sansom Street, Philadelphia | Operating full curriculum in Center City Philadelphia | Now run by Noelle Allen as PhillyWine LLC; |




## Related Listings

WINE SCHOOL OF PHILADELPHIA

### Wine School of Philadelphia

109 South 22nd Street,...
Sommelier Schools Wine Tasting School Winemaking Colleges
4.4 (10)

App. 3461

SOMM
Sommelier Education and America's Wine Schools






| | | | |
|---|---|---|---|
| | | exams | from rea materials |
| **Reputation** | Fun, but inconsistent; history of closures and refund complaints; workplace controversy tied to owner | Serious, nationally recognized; top ranked wine school in USA. | Ranked among the lowest WSET providers in the U.S.; past reports of unprofessional conduct |
| **Current Status (2025)** | "Tria Events" space at 1726 Sansom Street, Philadelphia | Operating full curriculum in Center City Philadelphia | Now run by Noelle Allen as PhillyWine LLC; |

## Related Listings

WINE SCHOOL OF PHILADELPHIA

### Wine School of Philadelphia

109 South 22nd Street,...
Sommelier Schools Wine Tasting School Winemaking Colleges
4.4 (10)



Copyright © 2026 Somm Magazine

# Exhibit AI

Page Vault

| | |
|---|---|
| Document title: | What Does a Website Administrator Do? - CLIMB |
| Capture URL: | https://climbtheladder.com/website-administrator/ |
| Page loaded at (UTC): | Wed, 25 Mar 2026 18:44:24 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 18:44:53 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 7 |
| Capture ID: | e3UXNAWLhenvGZ175gsJpf |
| Display Name: | carrm |

# What Does a Website Administrator Do?

July 15, 2025

The Website Administrator plays an essential role in managing the day-to-day operations of a company's online presence. This position involves overseeing the functionality of the website, ensuring its performance and capacity are maintained at optimal levels, and managing the user experience. By regularly updating content, implementing design changes, and coordinating with content creators and technical staff, the Website Administrator ensures the site remains current, engaging, and accessible to its audience. Additionally, this role involves monitoring website traffic, analyzing visitor data, and implementing strategies for improvement, thereby supporting the organization's broader digital strategy and goals. Through these activities, the Website Administrator contributes to the seamless operation and continued success of the company's online platform.

## Website Administrator Job Duties

- Manage website infrastructure, ensuring high availability and optimal performance of all web services.
- Implement and enforce website security measures to protect against unauthorized access, data breaches, and other cyber threats.
- Coordinate content updates, including publishing, editing, and retiring content in line with organizational policies and schedules.
- Oversee website design and development projects, collaborating with designers and developers to ensure adherence to web standards and brand guidelines.
- Monitor website traffic and user engagement metrics, utilizing analytics tools to inform strategies for improvement.
- Facilitate the integration of third-party services, such as payment gateways or CRM systems, ensuring seamless functionality within the website.
- Conduct regular backups and disaster recovery operations to prevent data loss and ensure quick restoration in case of website failure.

- Research and implement new web technologies and tools to enhance website functionality and user experience, staying ahead of digital trends.

## Website Administrator Salary & Outlook

Factors influencing a Website Administrator's salary include experience level, the complexity of managed websites, the size and industry of the employing organization, specific technical skills (e.g., proficiency in various CMS, coding languages like HTML, CSS, JavaScript), and responsibilities such as security management, content updating, and user support.

- **Median Annual Salary:** $65,625 ($31.55/hour)
- **Top 10% Annual Salary:** $122,000 ($58.65/hour)

The employment of website administrators is expected to grow faster than average over the next decade.

This growth is driven by increasing reliance on online platforms for business operations, necessitating skilled Website Administrators to manage, update, and secure websites, ensuring they meet evolving digital standards and user expectations, and protect against cybersecurity threats, reflecting the critical role of robust online presence in modern commerce.

## Website Administrator Job Requirements

**Education:** A Website Administrator typically holds a Bachelor's Degree in Computer Science, Information Technology, or a related field. Coursework often includes web development, programming languages (such as HTML, CSS, JavaScript), database management, and network security. Some may have an Associate's Degree or have completed relevant college courses, focusing on similar subjects to build a foundation in web technologies, design principles, and system

includes web development, programming languages (such as HTML, CSS, JavaScript), database management, and network security. Some may have an Associate's Degree or have completed relevant college courses, focusing on similar subjects to build a foundation in web technologies, design principles, and system administration. Advanced education can enhance understanding of complex web systems and emerging internet technologies.

**Experience:** Website Administrators typically emerge from a blend of hands-on experience and formal training programs. Ideal candidates have a solid foundation in managing website content, understanding user experience, and ensuring site security. On-the-job training often supplements this knowledge, focusing on specific platforms or technologies used by the employer. Experience with web development tools, SEO strategies, and analytics is crucial. Continuous learning through workshops and industry updates is also essential to stay ahead in the rapidly evolving digital landscape.

**Certifications & Licenses:** No specific certifications or licenses are typically required for the job of a Website Administrator. However, certifications like CompTIA IT Fundamentals, CompTIA A+, and Microsoft Certified: Azure Fundamentals can be beneficial for career advancement.

## Website Administrator Skills

**CMS Management:** Efficient handling of content updates, user management, and plugin/module oversight keeps a website dynamic and secure, reflecting the organization's evolving needs and security protocols. Skills in this area enable the integration of new features and timely content refreshes, maintaining the site's relevance and performance.

Save up to 25%
Book now
Hertz

**SEO Optimization:** Strategies to boost a website's search engine visibility involve deep knowledge of keyword research, content optimization, and analytics tracking. By employing these techniques, website administrators can align the site with search engine algorithms, enhancing user engagement and retention.

**Web Analytics:** Utilizing tools like Google Analytics, administrators can track and interpret user behavior, traffic sources, and engagement metrics. Insights gained from this data guide strategic decisions and website improvements, optimizing site performance and user experience.

**User Experience Design:** Designing intuitive and engaging interfaces ensures visitors find information quickly and enjoy their journey on the site. Analyzing user feedback and behavior informs refinements in website layout, content placement, and navigation, improving satisfaction and retention.

**Content Strategy:** A deep understanding of audience needs and preferences guides the creation and curation of relevant content. Analyzing performance metrics helps refine strategies, keeping the website dynamic and effectively serving its purpose.

**Server Administration:** Knowledge of server hardware and software, including configuration, maintenance, and troubleshooting, ensures websites remain accessible and load efficiently. Security measures to protect data and infrastructure from cyber threats are also a critical aspect of this skill set.

## Website Administrator Work Environment

A Website Administrator often finds themselves in a dynamic digital workspace, where the physical setting can range from traditional offices to remote home environments, reflecting the evolving nature of tech roles. The essence of their work revolves around computers, high-speed internet, and a suite of software tools designed for website management, security, and analytics.

Work hours for this role tend to be flexible, accommodating the non-stop nature of the internet, with the possibility of irregular hours to address unexpected website issues or updates. The dress code is generally casual, mirroring the broader tech industry's shift towards a more relaxed approach to work attire.

The culture within which a Website Administrator operates is usually collaborative,

Save up to 25%
Book now
Hertz

with a significant portion of their day spent in communication with web developers, content creators, and digital marketers to ensure the website aligns with organizational goals. Despite the potential for high-stress situations, such as website downtimes, the environment encourages continuous learning and adaptation to new technologies, underscoring the importance of professional development in keeping pace with the digital world's rapid evolution.

## Advancement Prospects

A Website Administrator can advance to a Senior Web Administrator role, overseeing larger, more complex web environments. Mastery in managing web content, user experience, and security protocols is crucial. Progression may also lead to a Web Project Manager position, focusing on project planning and team coordination to deliver web projects.

Specializing in areas such as web security can open paths to roles like Web Security Specialist, ensuring website integrity against cyber threats. Alternatively, diving deep into user experience design can lead to a career as a UX/UI Designer, enhancing website usability and design.

Achieving these advancements requires a blend of hands-on experience in web administration, a deep understanding of web technologies, and a track record of successful web project delivery. Engaging in high-profile projects and demonstrating leadership capabilities are key steps toward these career paths.

Previous Post Next Post

Save up to 25%
Discount applies to Pay Now base rental rates only. Taxes, fees, & options excluded. Terms apply.
Book now
Hertz

A Website Administrator can advance to a Senior Web Administrator role, overseeing larger, more complex web environments. Mastery in managing web content, user experience, and security protocols is crucial. Progression may also lead to a Web Project Manager position, focusing on project planning and team coordination to deliver web projects.

Specializing in areas such as web security can open paths to roles like Web Security Specialist, ensuring website integrity against cyber threats. Alternatively, diving deep into user experience design can lead to a career as a UX/UI Designer, enhancing website usability and design.

Achieving these advancements requires a blend of hands-on experience in web administration, a deep understanding of web technologies, and a track record of successful web project delivery. Engaging in high-profile projects and demonstrating leadership capabilities are key steps toward these career paths.

Previous Post

Interview

25 Assistant General Manager Interview Questions and Answers

July 15, 2025

Next Post

Interview

17 Exchange Administrator Interview Questions and Answers

July 15, 2025

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

Save up to 25%
Discount applies to Pay Now base rental rates only. Taxes, fees, & options excluded. Terms apply.
Book now
Hertz

# Exhibit AJ

Page Vault

| | |
|---|---|
| Document title: | Classes in Philadelphia: Learn art, music, dance, home improvement and more |
| Capture URL: | https://www.inquirer.com/philly-tips/philadelphia-adult-classes-music-art-fitness.html?query=phillywine |
| Page loaded at (UTC): | Wed, 25 Mar 2026 18:45:04 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 18:46:13 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 14 |
| Capture ID: | hTKW6Qm8fary4HP6XPPAPX |
| Display Name: | carrm |

ADVERTISEMENT



PHILLY TIPS

Gift | Share

# Be your best self or learn a new skill with these Philadelphia classes

Learn art, music, dance, home improvement and more at these Philly-area schools and workshops.

ADVERTISEMENT



Learn the art of glassblowing at East Falls Glassworks.
JOSE F. MORENO / Staff Photographer

by Andi Coyle, For the Inquirer, For The Inquirer
Published Jan. 18, 2022, 1:44 p.m. ET

### What you should know

- Throughout the region, there are numerous in-person and online classes and workshops that will help you achieve your goals, inspire new interests, and maybe even expand your social circle.
- “When you are trying something new or become a beginner again, it doesn’t matter how good you are at the activity,” says Derrickson

circle.

- "When you are trying something new or become a beginner again, it doesn't matter how good you are at the activity," says Derrickson Kossmann. "Just by trying, you increase your own sense of optimism and confidence. You become more open to other opportunities in life. And it can enhance your mood."
- The classes we've included span performance, fitness, art and hobbies, and even food and drink.

It's never too late to learn a new skill.

Throughout the region, there are numerous in-person and online classes and workshops that will help you achieve your goals, inspire new interests, and maybe even expand your social circle.

"Learning something new or reconnecting with a hobby you used to have is nourishing for your brain," says Deb Derrickson Kossmann, a private-practice clinical psychologist. "When you learn a new skill or reengage with an activity you like, these experiences often mean that you connect with other people while having fun."

That's something that Reba Price of East Falls Glassworks sees happen over and over again. "The glassmaking process requires a lot of teamwork and communication to get the result you want," explains Price. "When people come together with a shared interest like that, it isn't just the glass that takes shape. Our students frequently end up forming new friendships, too."

But it is the excitement of trying something you never thought you would (or could) do that can be most rewarding. Sure, it is risky. The fear-of-failure bug that nags at you can be powerful. But, as Ali Rogers, program director at the Philadelphia School of Circus Arts says, "How often in adulthood do we get to learn a fun, crazy new skill? It's like, you never thought you'd want to ride a unicycle but once you try it, it's like, 'I have to ride this unicycle,' and you keep at it until you get it!"

It really doesn't matter what you try as long as you try something. "When you are trying something new or become a beginner again, it doesn't matter how good you are at the activity," says Derrickson Kossmann. "Just by trying, you increase your own sense of optimism and confidence. You become more open to other opportunities in life. And it can enhance your mood." And we can all use that.

ADVERTISEMENT

## HELP MAKE THIS GUIDE BETTER

See something missing? If you spot an error or omission in any of our guides, please let us know by emailing us at phillytips@inquirer.com

**HELP MAKE THIS GUIDE BETTER**

See something missing? If you spot an error or omission in any of our guides, please let us know by emailing us at phillytips@inquirer.com.

Here are some fun, confidence-building, mood-enhancing workshops and classes to get you through the winter.

Keep in mind that in-person events and activities are unpredictable right now as the omicron variant continues to spread. Be sure to check with individual venues about their safety protocols and cancellation policies before heading out to class.

ADVERTISEMENT

# Performance classes

## Sound Space Performing Arts

➡️ **Tap dance, flamenco**

😷 **Masks required.**

Tap shoes aren't required at Sound Space but it's way more fun when you can hear the rhythmic, syncopated sounds of "foot music." "It's about the noise," says Pamela Hetherington, Sound Space owner and artistic director of the Philadelphia Jazz Tap Ensemble. "Percussive dancing is for anyone looking to make a lot of noise." And with one of the region's only wooden floors for tap and flamenco, even newbies taking the eight-week Absolute Beginners introductory workshop make a joyous noise. Those with some tap background can take the Beginner-Intermediate class, where hoofers all work together to tapout a routine to a particular song. But if passion and drama are your thing, go for the eight-week flamenco workshops. "Flamenco gives people a chance to express a side of themselves they couldn't express in everyday life," says Hetherington. Musicians occasionally provide the live soundtrack for the monthly jazz brunch, where dancers bring their shoes and pound out rhythms with the band.

📍 2511 W. Girard Ave., 2nd floor, 📞 267-273-6937, 🌐 soundspacephilly.net, 📷 @soundspacedance



App. 3475



While Sound Space specializes in tap dance classes, the dance studio also offers a wide variety of other types of dance lessons for both children and adults.
Pamela Hetherington

ADVERTISEMENT

## Crossroads Comedy Theater

➡️ **Improv comedy, sketch writing**

😷 **Masks and vaccination, including booster, required.**

The improv challenge: Expect the unexpected, and then run with it. At Crossroads Comedy Theater, some of the region's most popular actors and comics lead six-week improv workshops that focus on active listening, opening the imagination, communication, and thinking creatively and quickly on your feet. "We are so used to hearing 'no' in our lives that it becomes our default," says Mike Marbach, Crossroads' founder and executive director. "Our workshops train you to accept what your improv partner throws at you and then build on that." At the end of the workshop, there is an optional performance week where students perform and much laughter follows. Not a performer? Sketch-writing workshops are also offered.

📍 1714 Delancey Place., 📞 215-650-7360, 🔵 xroadscomedy.com, 📷 @Xroadscomedy, 💵 $199 for six-week workshops

workshops are also offered.

📍 1714 Delancey Place., 📞 215-650-7360, 🔵 xroadscomedy.com, 📷 @Xroadscomedy, 💵 $199 for six-week workshops

ADVERTISEMENT

## The Valley Forge Dance School

➡️ **Bollywood dance, ballet, Zumba, hip-hop, belly dancing, ballet**

😷 **Masks and proof of vaccination required.**

You, too, can master the quick, intricate moves that make up Bollywood dance. The Valley Forge Dance School, a boutique dance studio, hosts twice-weekly workshops that incorporate easy-to-follow choreography and traditional Indian dance styles, along with mudras — the eye movements and hand gestures that are the signature movements of the Bollywood dance style. Mitali Das has taught Bollywood dance for 10 years and enthusiastically shares its benefits. "It's very good for joint mobility, flexibility, coordination; it's fun and you don't need a dance background to do it," she says. Catchy Indian music provides the soundtrack for the 60- to 90-minute classes. As beginners catch on to the hand, hip, and foot movements, they gradually move on to the higher leg lifts and high-energy dances.

You can also shake your groove thing in the belly dancing, Zumba, and hip-hop classes, or release your inner ballerina in the ballet classes, which are designed specifically for adults.

📍 216 W. Beidler Rd., #800, King of Prussia, 📞 610-337-1772, 🔵 valleyforgedance.com, 💵 $15 per drop-in class, $10 per class for the entire series

## Settlement Music School

➡️ **Voice lessons and instrument instruction: piano, brass instruments, wind instruments, and string instruments**

😷 **Masks required.**

Become Pavarotti in your shower with vocal lessons at Settlement Music School. Even if you think you are tone-deaf, the faculty can coax the best out of your voice. Workshops are individualized to each student so you could work on scales, vocal technique, and control to develop a repertoire that accommodates your singing abilities. "Our faculty works with each student on where their voice is," says Karin Orenstein, dean of Settlement Music School. "They are encouraging and they love adults' enthusiasm." More advanced workshops bring singers and musicians together to collaborate on musical selections, and the optional recital

with each student on where their voice is," says Karin Orenstein, dean of Settlement Music School. "They are encouraging and they love adults' enthusiasm." More advanced workshops bring singers and musicians together to collaborate on musical selections, and the optional recital provides the opportunity to show off your musical chops. "Students might be hesitant, but once they do it, they are so excited," says Orenstein. "Their reaction is always, 'I never thought I could do that.' " Settlement also offers more than 20 adult workshops — including Musicianship; Intro to Piano; Guitar; World Rhythms; and Music Technology and Production — as well as chamber ensembles, orchestras, jazz ensembles, and rock bands. Schedules and rates vary by date with discounts for students over 60.

📍 Multiple locations, 📞 215-320-2601, 🌐 settlementmusic.org, 📷 @settlementmusic

Both adults and children can take part in music lessons at Settlement Music School where the offerings include voice lessons, wind instrument instruction, string instrument lessons, and more.
Matt Stanley for Settlement Music School

# Fitness classes

## Laura Sims Skate House

➡️ **Ice skating**

😷 **Masks required.**

Gliding around the ice with confidence and skill isn't just for the young ice skaters you see on TV. Situated on the Cobbs Creek/Delaware County border, the indoor Laura Sims Skate House offers five-week group learn-to-skate classes for all ages. Coaches take special care when teaching adult skaters, focusing on both safety and skills. After mastering the first steps, soon you'll be doing forward and backward crossovers and other



Both adults and children can take part in music lessons at Settlement Music School where the offerings include voice lessons, wind instrument instruction, string instrument lessons, and more.
Matt Stanley for Settlement Music School

## Fitness classes

### Laura Sims Skate House

➡️ **Ice skating**

😷 **Masks required.**

Gliding around the ice with confidence and skill isn't just for the young ice skaters you see on TV. Situated on the Cobbs Creek/Delaware County border, the indoor Laura Sims Skate House offers five-week group learn-to-skate classes for all ages. Coaches take special care when teaching adult skaters, focusing on both safety and skills. After mastering the first steps, soon you'll be doing forward and backward crossovers and other impressive moves. There's even an end-of-season showcase where you can dazzle your friends and family with your skating prowess. Best of all it's a great cardio workout where you can burn hundreds of calories in an hour. Sign up one week prior to the start of each series.

📍 63rd and Walnut Streets, 📞 215-685-1995, 🔵 laurasimsskatehouse.org, 💵 Basic skills series, $65; advanced skills series, $80. 📅 Feb. 12–March 19 and March 26-April 16

ADVERTISEMENT

laurasimsskatehouse.org, 💵 Basic skills series, $65; advanced skills series, $80. 📅 Feb. 12–March 19 and March 26-April 16

ADVERTISEMENT

## Philadelphia School of Circus Arts

➡️ **Trapeze, unicycle, juggling, tightrope, slings classes**

😷 **Masks and proof of vaccination required.**

For everyone who ever dreamed of running away and joining the circus, this is the place for you. With classes in trapeze, unicycle, trampoline, juggling, tightrope, slings, and other activities, Philadelphia School of Circus Arts is like an adult playground. "No matter your age, weight, [or] physical abilities, we work with you at that stage," says Ali Rogers, program director. The trapeze, slings, and tightrope wires are low to the ground for the intro classes, where you'll learn how to get on and off the equipment, how to properly stand, and how to master a few upside-down moves. After that, take your pick. Trapeze? Athletic pole work? Tightrope? They all have benefits galore. "It's a great way to improve your balance, coordination, strengthen your core, and develop upper body strength," says Rogers. Sign up for a package or drop-in classes. Dress in comfortable clothes and bring a water bottle.

📍 6452 Greene St., 📞 215-849-1991, 🌐 phillycircus.com, 📷 @philly_circus



App. 3480



Folks of all ages are encouraged to try out any of the classes at the Philadelphia School of Circus Arts, which range from juggling to tightrope walking.
TOM GRALISH / Staff Photographer

## Philly InMovement Adult Gymnastics Classes

➡️ **Gymnastics**

😷 **Masks and proof of vaccination required.**

Another generation is learning to do flips, handsprings, and rolls thanks to the adult gymnastics classes at Philly InMovement. Under the tutelage of coach Teresa Dabback (a 24-year gymnastics veteran) and other experienced gymnasts, adults work on floor routines, the vault, balance beam, and bars during the four-week adult Beginner Series workshop. "We take it slow and gentle and make modifications so that older students can enjoy the sport of gymnastics in a safe, fun and supportive environment," says Dabback. "When one of our adult students masters a skill, it's like Christmas morning. Everyone gets so excited and claps and cheers for their success." InMovement also offers Advanced Beginner workshops and drop-in classes for those who want to advance their skills or return to the sport. Classes max out at 12 people.

📍 810 N. Hancock St., 📞 267-639-6103, 🌐 phillyinmovement.com, 📷 @phillyinmovement

# Art classes

## Fleisher Art Memorial

➡️ **Painting, drawing, sculpture, fiber arts, photography, jewelry, and ceramics**

😷 **Masks and proof of vaccination required. Boosters required for adults 18 and up.**

"Everybody has an artist within them, and you don't need skills to enjoy creating something," says Vita Litvak, Fleisher Art Memorial's director of education. That's the Fleisher philosophy, which has been helping people discover their inner artist for 123 years. The in-person, online, hybrid,

App. 3481



Folks of all ages are encouraged to try out any of the classes at the Philadelphia School of Circus Arts, which range from juggling to tightrope walking.
TOM GRALISH / Staff Photographer

## Philly InMovement Adult Gymnastics Classes

➡️ **Gymnastics**

😷 **Masks and proof of vaccination required.**

Another generation is learning to do flips, handsprings, and rolls thanks to the adult gymnastics classes at Philly InMovement. Under the tutelage of coach Teresa Dabback (a 24-year gymnastics veteran) and other experienced gymnasts, adults work on floor routines, the vault, balance beam, and bars during the four-week adult Beginner Series workshop. "We take it slow and gentle and make modifications so that older students can enjoy the sport of gymnastics in a safe, fun and supportive environment," says Dabback. "When one of our adult students masters a skill, it's like Christmas morning. Everyone gets so excited and claps and cheers for their success." InMovement also offers Advanced Beginner workshops and drop-in classes for those who want to advance their skills or return to the sport. Classes max out at 12 people.

📍 810 N. Hancock St., 📞 267-639-6103, 🌐 phillyinmovement.com, 📷 @phillyinmovement

# Art classes

## Fleisher Art Memorial

➡️ **Painting, drawing, sculpture, fiber arts, photography, jewelry, and ceramics**

😷 **Masks and proof of vaccination required. Boosters required for adults 18 and up.**

"Everybody has an artist within them, and you don't need skills to enjoy creating something," says Vita Litvak, Fleisher Art Memorial's director of education. That's the Fleisher philosophy, which has been helping people discover their inner artist for 123 years. The in-person, online, hybrid,



Document title: Classes in Philadelphia: Learn art, music, dance, home improvement and more
Capture URL: https://www.inquirer.com/philly-tips/philadelphia-adult-classes-music-art-fitness.html?query=phillywine
Capture timestamp (UTC): Wed, 25 Mar 2026 18:46:13 GMT

or solid glass sculpture to adorn your bookshelf or coffee table. In the Next Steps course, you will begin actual glassblowing, adding colors and shaping techniques. "The material is stubborn and there's a sense of excitement and accomplishment when you get it to do what you want," says Reba Price. It gets hot in the classroom, so bring water bottles, wear solid, closed-toe shoes, and dress in cotton clothing (synthetic fibers can melt). Bring your own safety glasses or use theirs. Classes are limited to nine people.

📍 3510 Scotts Lane, 📞 215-908-7924, 🔵 eastfallsglass.com, 📷 @eastfallsglassworks, 💵 $350 for four-week workshop

## Barnes Foundation

➡️ **Wide variety of classes focusing on Italian artists, impressionists, and color theory**

😷 **Masks and proof of vaccination required.**

As home to arguably one of the world's most prestigious collections of fine art, the Barnes is a perfect place to take a deep dive into the world of art and artists. Scholarships and the flexibility of in-person, online, or hybrid classes mean just about everyone can explore the details and backstories that lead to a deeper, richer appreciation of artistic treasures. The two-hour classes, which run for four weeks, draw not only from the Barnes' collection, but also now also include other works from around the globe. Combining lectures, discussions, and Q&A, topics can range from the impact of the culture of 20th-century France on art techniques to studies of the Barnes' African artifacts to overviews of the works of Matisse, Picasso, Renoir, and others. And thanks to the skills of the Barnes' IT and AV departments, even the online classes can zero in on the smallest details and brushstrokes of the works under study. A full list of courses, schedules and scholarship info are available on the Barnes' website.

📍 2025 Benjamin Franklin Pkwy., 📞 215-278-7000, 🔵 barnesfoundation.org, 📷 @barnesfoundation

## Philadelphia Furniture Workshop

➡️ **Woodworking, furniture making**

😷 **Masks required.**

So you say you don't know a milling machine from a band saw. Not to worry. In just a few weeks, the Philadelphia Furniture Workshop will turn you into a woodworking whiz. The Beginner Series gives you hands-on training in the basics of woodworking, how to use machinery and hand

worry. In just a few weeks, the Philadelphia Furniture Workshop will turn you into a woodworking whiz. The Beginner Series gives you hands-on training in the basics of woodworking, how to use machinery and hand tools, and other foundational skills. And once the woodworking bug bites, there are more advanced project workshops where you can actually make furniture. You can bring your own hand tools and safety glasses, but with its 12 professional, full-size workbenches, assorted machinery, and hearing protection, the Philadelphia Furniture Workshop has everything you need to tackle just about any project. Course fees vary, and classes are limited to eight students. Private instruction and master classes are also available.

📍 5212 Pulaski Ave., 📞 215-849-5174, 🔵 philadelphiafurnitureworkshop.com

# Food and drink classes

## Philly Wine

➡️ **Wine tastings, Wine & Spirit Education Trust classes**

😷 **Masks required.**

Make this the year you conquer those intimidating and lengthy wine lists. Using coursework developed by the internationally renowned Wine & Spirit Education Trust, experts who have earned sommelier certification from the Court of Master Sommeliers or are certified through the Society of Wine Educators lead you through the sometimes confusing world of wine. "The whole snooty wine thing is becoming passe," explains Neal Ewing, Philly Wine School director. "Students can learn very quickly how to feel more confident ordering in a restaurant." The workshops are divided into four levels, the first two for wine lovers, and the final two focused on career development.

The online, self-paced four-week introductory course covers serving temperatures, pairings, and grape varieties but isn't essential for students with some background. The second level is when the fun really starts. The eight-week online and in-person hybrid includes wine tastings as well a deeper study of grape growing and winemaking techniques, in addition to lessons about which grapes thrive in specific areas, info about some of the lesser-known species, and the ins and outs of sparkling and fortified wines. "We even work on how to open sparkling wine without getting it all over the ceiling," jokes Ewing. For the more casual wine drinker, Philly Wine also offers wine tasting classes at venues throughout the area and can even be hired to do at-home tastings for a group.

wine without getting it all over the ceiling," jokes Ewing. For the more casual wine drinker, Philly Wine also offers wine tasting classes at venues throughout the area and can even be hired to do at-home tastings for a group.

📍 Winter semester classes take place at the Sofitel Philadelphia, 120 S. 17th St., 📞 610-716-9818, 🌐 phillywine.com

**» READ MORE: Live your best life in Philly: Read our most useful stories here**

Would you like to see more articles like this?

Yes Not sure No

AC Andi Coyle, For the Inquirer, For The Inquirer

ADVERTISEMENT

ADVERTISEMENT

**GET IN TOUCH**
About The Inquirer
Advertise
Gift & Group Subscriptions
Contact Us
Become an Affiliate
Subscriber Services
Newsroom Staff
Confidential Tips
Licensing & Permissions
Reprints
Careers
Delivery Jobs
Inquirer Store
Legal Notices
Death Notices
Subscribe

**NEWS**
Today's Paper
News
Sports
Entertainment
Business
Health & Science
Food
Opinion
Philly First
Inquirer LIVE
Archives
Site Map

**GIVING**
Donate to The Inquirer
About the High-Impact Journalism Fund
Other Ways to Contribute
About The Lenfest Institute

**MOBILE APPS**
Apple iOS
Google Android

© 2026 The Philadelphia Inquirer, LLC
Terms of Use / Privacy Policy / AI Usage Policy / California Notice / Do Not Sell My Data

# Exhibit AK

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988

Neal Ewing, CWE Neal@Phillywine.com P.O. Box 1478, Havertown, PA, 19083 610-649-9936 (ph/fx)

## Independent Wine Club (IWC) Becomes Phillywine.com

## Membership Fees Eliminated

## Free E-Newsletters

## WSET Course Selection Expands

Neal Ewing Wine Services
P.O. Box 1478
Havertown, Pa., 19083
Tel./Fax 610- 649-9936

## What is Phillywine.com?

Phillywine.com is the web address for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings and classes since 1988.

- As the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA, since 1992
  - **Philadelphia** Magazine "Best of Philly" 1995
  - **Wine Notes** Magazine "Best Wine School in the Country" 2000.
- At the Booze Shop/Wine Line in Camden, NJ, 1988-92
  - **Philadelphia** Magazine "Best of Philly" 1990.

We continue holding our wine events at Jack's Firehouse Restaurant. **Beginning 2002, we charge no membership fees, and offer free e-newsletters**. In addition to our Phillywine tastings and classes, we are a "Registered Centre" for the world-renowned classes of England's WSET.

## What is the WSET?

The WSET is England's Wine & Spirit Education Trust. Since 1969 it has been affiliated with the Institute of Masters of Wine in educating the wine trade, and has since been discovered by a wider circle of wine lovers. In the U.K., completion of the WSET's Advanced Certificate and Diploma courses are pre-requisites for Master of Wine candidates. We have been teaching the classes locally since 1999, and more than 100 area residents have already passed their challenging exams.

## Phillywine Discount Tastings

Phillywine tastings will be announced by free email and on our website. We just don't have the staff to print and mail stuff except for this brochure. If you absolutely can't use a computer, phone us, 24 hours per day. The next couple of events will always be listed on our answering machine, and we'll phone you back with additional details as soon as we can.

We're now offering big discounts to encourage you to pay early. Each tasting will have two prices. A tasting will be, for example, $25 if you pay (check or credit card) by the Friday before the tasting; and $40 after that date.

Tastings will follow the several formats we've established:
- sit-down tastings, with a speaker & about 8 wines
- walkaround tastings, with as many as 36 different wines
- drop-by tastings: one hour long, about 18 wines

## Phillywine Classes

As before, we offer our 3 week Intro class, our 2 week Intermediate/Aromas class and 1 night classes on various topics. Most are taught by Wade Currier, our genial Professor from Rowan University. His students return again and again, either for his wit and wisdom or for the seemingly endless supply of rare old wines from his cellar that he shares so generously.

---

**Please start sending me Phillywine.com free E-newsletters. My e-mail address is:**

**WINE & SPIRIT EDUCATION TRUST CLASSES. Please phone or visit phillywine.com for upcoming dates.**
**Please register ___ (# of people) for:**

- ❑ WSET INTERMEDIATE CERTIFICATE COURSE • $388
- ❑ WSET ADVANCED CERTIFICATE COURSE • $618 (new, low price)
- ❑ WSET INTERMEDIATE CERTIFICATE STUDY MATERIALS & EXAM ONLY • $148
- ❑ WSET ADVANCED CERTIFICATE STUDY MATERIALS & EXAM ONLY • $288
  - ☞ We need 1 month advance notice of your intent to sit an exam.
- ❑ WSET DIPLOMA STUDY COURSE • Please phone or visit phillywine.com for additional details.

**Please register ___ (# of people) for the following Phillywine courses :**

- ❑ 3 Week Phillywine Introductory Course, $145.
- ❑ 2 week Phillywine Intermediate Course, $100.
- ❑ 1 week Phyllywine Topical course, $50.

**Please phone or visit Phillywine.com for dates of all courses and for topics of 1 week courses.**

My Name __________________ ❑ Check enclosed (payable to: Neal Ewing Wine Services)

Address __________________ ❑ Charge my: ❑ Amex ❑ Mastercard ❑ VISA

__________________ Account No. ____________ Exp. Date ____

Telephone ❑ day? ❑ evening? ________ Signature ____________

**Mail to: Neal Ewing Wine Svcs., P.O. Box 1478, Havertown, Pa., 19083 (fax-610-649-9936)**

**Note: All events held at Jack's Firehouse, 2130 Fairmount Ave., Phila., from 7-9 P.M. unless otherwise indicated**

## WSET Intermediate Certificate

The WSET Intermediate Certificate Course includes seven weeks of instruction (2 hours each week), enhanced by slide and transparency illustrations – and some very good wines – followed by an eighth week at which a one-hour, 50 question, multiple- choice exam is given. The exams are sent to the WSET in London which grades them and mails the "Intermedite Certificate of the Wine & Spirit Education Trust" to successful candidates.

The course presumes no previous wine knowledge. In England, restaurants or wine shops hiring new staff usually list the Intermediate Certificate as a pre-requisite. The course has now spread to 27 countries, and has been available in the U.S. since 1994, first in New York and then San Francisco, Boston and now Philadelphia. Through 2001, 66 Philadelphians had earned the WSET Intermediate Certificate.

Course materials include the class textbook, **Behind the Label**, maps, a study guide book, and a tasting notebook. Wines poured at each class are from a list suggested by the WSET.

Tuition is $388, which includes all wines, course materials, the cost of the exam and of the certificate (if earned). Phone 610-649-9936 or visit Phillywine.com for upcoming dates.

## WSET Advanced Certificate

The newly compressed WSET Advanced Certificate Course includes 11 weeks of instruction (2 hours each week) covering wine & spirits, followed by a 12th week at which a two-hour exam (including 100 multiple-choice questions and a short-answer wine analysis question) is given. The WSET in London grades the exams and issues the Advanced Certificate to successful candidates.

This course presumes some prior wine knowledge, and is quite challenging, even to students who have had a lot of other wine classes. In the U.K., candidates for management positions within the food and wine trade are expected to have earned the Advanced Certificate. In the U.S., more than 200 people have earned it, including 41 graduates of our Philadelphia classes.

Course materials include the class textbook, **Exploring Wines & Spirits**, maps, a study guide book, and a tasting note book. The all-inclusive (new, lower) tuition cost is $618. The Advanced Certificate is a pre-requisite for the WSET Diploma Course. Phone 610-649-9936 or visit Phillywine.com for upcoming dates.

## Study Materials & Exam Only

If you don't have time to take 8 or 12 weeks of classes, and you feel you'll be able to pass the exam after studying independently, try our Home Study options.

You will receive all Intermediate or Advanced Certificate course materials and, with one month's notice, can sit the appropriate exam on any date either exam is given. Phone us or visit the website for current dates.

The all-inclusive cost is $148 for the Intermediate Certificate or $288 for the Advanced Certificate.

## Sample WSET Questions

Here are some questions similar to those used in WSET **Intermediate Certificate** exams :

1. The buildings where Sherry is aged are called
   a) soleras b) estufas c) bodegas d) lodges
2. From which country does Lutomer Laski Rizling come?
   a) Austria b) Slovenia c) Hungary d) Bulgaria
3. The Medoc is famous for which style of wine?
   a) red b) white c) rosé d) liqueur
4. What does the Italian term "abboccato" mean?
   a) dry b) medium sweet c) old d) vintage

And, some sample **Advanced Certificate**-level questions:

1. What is the principal grape variety in Rose d'Anjou?
   a) Gamay b) Grolleau c) Malbec d) Cab. Franc
2. Which one of the following is an example of a low-trained, cane-pruned system of vine cultivation?
   a) Guyot b) Gobelet c) Lenz Moser d) Cruzeta
3. Which of these villages is in the Grand Champagne district?
   a) Bouzy b) Cramant c) Segonzac d) Aÿ
4. Where is the Aconcagua Valley?
   a) Brazil b) Chile c) Argentina d) Uruguay

As you can see, they're quite challenging, especially in a culture such as ours in which wine knowledge is equated with memorizing **Wine Advocate or Wine Spectator** scores. It's not surprising that American Master of Wine candidates did so badly when they first began taking the M.W. exams in 1988, or that they have had more success now that these WSET courses – mandatory for U.K. candidates – are more widely available in the U.S.

Oh, incidentally, the answers for the above questions are c, b, a, b; and b, a, c, b.

## The WSET Diploma

The WSET Diploma Course is a two-year course, but classes run from January through May only, with a day-long exam, including essay papers, map location questions, and blind tasting papers, each June in N.Y. The course is divided into six segments, three tasting segments and three theory segments, which can be taken individually.

Area residents who have passed the Advanced Certificate should sign up for "Diploma Home Study" from New York's International Wine Center (212-627-7170). Beginning 2002, local classes are being provided by Phillywine.com. The number of classes and their cost depends on which segments of the Diploma you're taking. Phone us or visit our website for dates and prices.

## Where and What Time?

Unless otherwise instructed, all WSET classes and exams will be held from 7-9 p.m. in the private upstairs rooms at Jack's Firehouse, 2130 Fairmount Ave., Phila.

# Dozens of Honored Guests & Hundreds of Great Wi[illegible]

[illegible]

[illegible]

David Lake, M.W. Columbia Winery, Washington
[illegible] Domaine [illegible], Chassagne-Montrachet
[illegible] Qupé Cellars, Santa Maria Valley
[illegible] Livingston Winery, Napa
[illegible] Rutherford Hill, Napa
[illegible] Mastroberardino, Italy
[illegible] Burgundy
[illegible] Dominus Estate, Napa
Richard Mayson **Port & the Douro**
Ed McCarthy, CWE **Wine for Dummies**
Eric Miller Chaddsford Winery
Charles Neal **Armagnac**
Robin Kelly O'Connor Bordeaux Wine Bureau
Robert M. Parker Jr. **The Wine Advocate**
Dennis Patton Hidden Cellars Winery, Mendocino

[illegible]

Then some of the wines they shared with us…

[illegible]
[illegible] Champagne
[illegible] Châteauneuf du Pape
Côte Rôtie & Hermitage back to [illegible]
Bordeaux from every great vintage since [illegible]
Vintage Port beginning [illegible]
Burgundy going back to [illegible]
Barolo going back to [illegible]
[illegible]
Ch. Montrose back to [illegible]
Ch. Haut Brion back to [illegible]
Domaine [illegible] back to [illegible]
[illegible] Barbaresco back to [illegible]
[illegible] back to [illegible]
[illegible] back to [illegible]
Horizontal tastings of
[illegible] Bordeaux
[illegible]
[illegible] Vintage Port
[illegible] Red Burgundy
California Cabernet vintages back to [illegible]
[illegible] back to [illegible]
Appellation tastings of
Grand Crus from Clos Vougeot, Corton & Chambe[illegible]
Nuits St. Georges, Vosne Romanée & Chambolle
Pommard, Volnay & Beaune
Vino Nobile de Mont[illegible]
Pomerol, St. Julien, [illegible] and Margaux
See even longer lists on our webpage…

# Dozens of Honored Guests & Hundreds of Great Wines

Here's a partial list of the dozens of winemakers, winery owners, Masters of Wine and other wine luminaries who have led tastings with us since 1988, followed by a partial list of some of the great wines they shared with us.

**First, some of the people...**

Joel Aiken Beaulieu Vineyards, Napa
Francois Barmes Domaine Barmes-Buecher, Alsace
Maurice Barthelme Domaine Albert Mann, Alsace
Edward Berry Cloudy Bay Winery, New Zealand
Marc Beyer Domaine Leon Beyer, Alsace
Roger Bomrich, M.W.
Andre Bonhomme Domaine Bonhomme, Macon-Vire
Bartholomew Broadbent
Michael Broadbent, M.W.
Michael Buller, Author **Beaujolais**
Patrick Campbell Laurel Glen Winery, Sonoma
Jean-Louis Carbonnier Champagne Wine Bureau
Count Ferdinand Castell Schloss Castell, Germany
Fred Cline Cline Cellars, Carneros
Clive Coates, M.W.
Chris Cree, M.W.
Greg Crone Brancott Vineyards, New Zealand
Jack Davies Schramsberg Vineyards, Napa
Robin Day Orlando Winery, Australia
Jean-Philippe Delmas Ch. Haut Brion, Bordeaux
Philip DiBelardino Banfi
Gary Eberle Eberle Winery, Paso Robles
Mary Ewing-Mulligan, M.W. **Wine for Dummies**
David Fischer Jordan Vineyard, Sonoma
Claude Fournier Domaine Fournier, Sancerre
Peter Gebler Cape Wine Master (South Africa)
Steve Girard Girard Winery, Napa
Steve Glossner Justin Vineyards, Paso Robles
Michel Goubard Domaine Michel Goubard, Burgundy
Robert Goulaine Marquis de Goulaine, Muscadet
Alain Graillot Domaine Alain Graillot, St. Joseph
Gunther Hauck Basserman-Jordan, Pfalz, Germany
Serge Hochar Chateau Musar,Lebanon
Shields Hood, C.W.E., Editor **Wine Notes**
Dennis Horton Horton Vineyards, Virginia
Henri Jacqueson Domaine Jacqueson, Rully
Richard Jaume Domaine Jaume, Rhone
Pamela Kenton Perrier-Jouët Champagne
Corrine Kruse Burklin-Wolf, Pfalz, Germany
Christian Kupferberg Domaine Beauvolage, Vouvray
David Lake, M.W. Columbia Winery, Washington
Rene Lamy Domaine Lamy, Chassagne Montrachet
Bob Lindquist Qupe Cellars, Santa Maria Valley
Diane Livingston Livingston Winery, Napa
Jerry Luper Rutherford Hill, Napa
Carlo Mastroberardino Mastroberardino, Italy
Vincent Maufoux Prosper Maufoux, Burgundy
Jean-Marie Maureze Dominus Estate, Napa
Richard Mayson **Port & the Duoro**
Ed McCarthy, C.W.E. **Wine for Dummies**
Eric Miller Chaddsford Winery
Charles Neal **Armagnac**
Robin Kelly O'Connor Bordeaux Wine Bureau
Robert M. Parker Jr. **The Wine Advocate**
Dennis Patton Hidden Cellars Winery, Mendocino
Nancy Peach Premium Port Wines
David Peppercorn, M.W.
Joel Peterson Ravenswood Winery, Sonoma
Prince Philippe Poniatowski Clos Baudoin, Vouvray
Anne Poniatowski Mas de la Dame, Provence
David Ramey Chalk Hill Winery, Sonoma
Steve Rasmussen Talley Vineyards, San Luis Obispo
Myron Redford Amity Vineyards, Oregon
Annegret Reh-Gartner Von Kesselstaat, Germany
Patrice Rion Domaine Daniel Rion, Burgundy
Kent Rosenblum Rosenblum Cellars, Alameda
Regis Roux Domaine Roux, Burgundy
Richard Sanford Sanford Winery, Santa Barbara
Philippe Saturny Chateau Tayac, Côtes de Bourg
Pete Seghesio Seghesio Winery, Sonoma
YvesSoulez Chateau Chamboreau, Savennieres, Loire
Bernard Sparr Domaine Sparr, Alsace
Steve Storrs Storrs Winery, Santa Cruz
Serena Sutcliffe, M.W.
Terry Theise
Janet Trefethen Trefethen Vineyards, Napa
Jean Trimbach Domaine Trimbach, Alsace
Rebecca Wasserman Burgundy Negociant
John Williams Frog's Leap Winery, Napa

**Then, some of the wines they shared with us...**

1864 Madeira
1947 Vouvray
1975 Champagne
1953 Chateauneuf du Pape
Côte Rôtie & Hermitage back to 1970
Bordeaux from every great vintage since 1953
Vintage Port beginning 1944
Burgundy going back to 1969
Barolo going back to 1970
Ch. Gruaud Larose back to 1953
Ch. Montrose back to 1961
Ch. Haut Brion back to 1970
Domaine Leroy back to 1969
Gaja Barbaresco back to 1970
Tomassi Amarone back to 1975
Monsanto Chianti Classico Riserva back to 1970
Horizontal tastings of...
1982, 1983, 1985, 1986, 1989, 1990, 1995 Bordeaux
1989 Barolo and 1985 Barbaresco
1963, 1970 and 1977 Vintage Port
1983, 1985, 1988 & 1990 Red Burgundy
California Cabernet vintages back to 1985
German vintage back to 1989
Appellation tastings of...
Grand Crus from Clos Vougeot, Corton & Chambertin
Nuits St. Georges, Vosne Romanee & Chambolle
Pommard, Volnay & Beaune
Vino Nobile de Montepulciano
Pomerol, St. Julien, Paulliac and Margaux
**See even longer lists on our webpage....**

# Phillywine.com

The Delaware Valley's Best Wine Tastings and Classes Since 1988
Neal Ewing, CWE neal@phillywine.com P.O. Box 1478, Havertown, PA, 19083 610.649.9936 Jan., 2003

## Phillywine.com Expands

## New Partners, New Neighborhoods

## Center City, Northern Liberties, Fairmount and Manayunk

## Free E-newsletters, Discount Tastings, and America's lowest WSET prices

## From "The Best Wine School in the Country"

Neal Ewing Wine Services
P.O. Box 1478
Havertown, PA, 19083
Tel./Fax 610-649-9936

# What is Phillywine.com?

Phillywine.com is the web address for Neal Ewing Wine Services, which has been providing the Delaware Valley's best wine tastings and classes since 1988.

- As the IWC (Independent Wine Club) at Jack's Firehouse, Phila., PA, 1992-2002
  - **Philadelphia** Magazine "Best of Philly" 1995
  - **Wine Notes** Magazine "Best Wine School in the Country" 2000.

- At the Booze Shop/Wine Line in Camden, NJ, 1988-92
  - **Philadelphia** Magazine "Best of Philly" 1990.

Beginning 2003 we expand beyond Jack's Firehouse to partner with other institutions in other neighborhoods around Philadephia. We continue to charge no membership fees, to offer heavily discounted tastings and classes, and free e-newsletters. In addition, we continue to serve as a "Registered Centre" for the world-renowned classes of England's WSET.

# What is the WSET?

The WSET is England's Wine & Spirit Education Trust. Since 1969 it has been affiliated with the Institute of Masters of Wine in educating the wine trade, and has since been discovered by a wider circle of wine lovers. In the U.K., completion of the WSET's Advanced Certificate and Diploma courses are pre-requisites for Master of Wine candidates. We have been teaching the classes locally since 1999, and as of Fall, 2002, 161 area residents had already passed their challenging exams.

# Phillywine Discounts

Phillywine tastings and classes will be announced by free email and on our website. We just don't have the staff to print and mail stuff except for this brochure. If you don't have access to a computer phone us, 24 hours per day. The next couple of events will always be listed on our answering machine, and we will phone you back with additional details as soon as we can.

We offer discounts to encourage you to pay early. A tasting will be, for example, $25 if you pay (check or credit card) by the Friday before that tasting; and $40 after that date. Our locally produced classes will be similarly discounted. Discounts for WSET classes, since we need two weeks to get materials from England, will have a discount deadline two weeks before a course begins.

Tastings will follow one of several formats:
- sit-down tastings: a speaker and about 8 wines
- walkaround tastings: up to 36 different wines
- drop-by tastings: 18-21 wines

Once again, most of our non-WSET classes will be taught by Prof. Wade Currier, of Rowan University, who continues sharing his wit, wisdom and some very expensive old wines from his cellar. Please don't show Wade this brochure, but he's now completely out of control. Last semester he poured 1986 Chateau d'Yquem ($200+ per bottle) for a class. Sign up for his next classes before he gives it all away. Three Tuesdays, Jan. 14, 21 & 28, from 7 to 9 p.m., at Twenty21 Restaurant, 2005 Market St. $125 if paid by Jan. 10, $145 after that date.

---

**Please start sending me Phillywine.com free E-newsletters. My e-mail address is:**

**WINE & SPIRIT EDUCATION TRUST CLASSES. Please phone or visit phillywine.com for locations & dates.**
**Please register __ (# of people) for:**

- ❑ **WSET INTERMEDIATE CERTIFICATE COURSE • $448 ($388 if paid 2 wks in advance)**
- ❑ **WSET ADVANCED CERTIFICATE COURSE • $688 ($618 if paid 2 wks in advance)**
- ❑ **WSET INTERMEDIATE CERTIFICATE HOME STUDY (Materials & Exams only) • $158**
- ❑ **WSET ADVANCED CERTIFICATE HOME STUDY (Materials & Exams only) • $298**
- ❑ **WSET DIPLOMA STUDY COURSE • $600 Class fee for one year.**
  **(2 year course. Separate study materials/ exam fee payable to NY's International Wine Center)**

**Please register ___ (# of people) for the following:**

- ❑ **3 WEEK INTRODUCTORY COURSE • $145 ($125 if paid by Friday before the course begins)**
- ❑ **Other Phillywine course (please specify date and price as per webpage)** ________________
- ❑ **Phillywine tasting (please specify date and price as per webpage)** ____________________

**My Name** ______________________ ❑ Check enclosed (**payable to Neal Ewing Wine Services**)

**Address** ______________________ ❑ Charge my: ❑ Amex ❑ Mastercard ❑ VISA

______________________ Acct. No. ________________ Exp. Date _____

**Phone No.** ❑ **day?** ❑ **evening?** ______________ Signature ______________________

**Mail to: Neal Ewing Wine Services, P.O. Box 1478, Havertown, PA, 19083 ( or fax to 610-649-9936)**

# Our Partner Institutions

From 1992 through 2002 nearly all of our classes and tastings were held at Jack's Firehouse Restaurant. Beginning 2003, although we will still hold some events at Jack's Firehouse, we have expanded to partner with other institutions in other neighborhoods around Philadelphia. Our first 6 partners, in alphabetical order are:

**Chaddsford Winery's Manayunk Store**, 4243 Main St., in the Manayunk section of Philadelphia. Manayunk is one of Philadelphia's most popular shopping/gallery neighborhoods, and Chaddsford's store, toward the Eastern end of Main St., has an attractive upstairs tasting room. On Wednesday evenings, beginning Feb. 12, 2003, the upstairs room will be the location for our 8 week WSET Intermediate Certificate Course. Since the store closes at 9 p.m., we will be moving up the starting and ending times for our classes, from 6:30 to 8:30 p.m. Parking is either on the street or in an inexpensive ($1 per hour) parking lot at the corner of Main and Lock Sts., just 1 1/2 blocks East of Chaddsford's store. Thanks to Chaddsford Winery owners Lee and Eric Miller and to store manager Chris Cipriani for making this venue possible.

**The Culinary School of the Art Institute of Philadelphia**, 2300 Market St., Philadelphia. Thanks to Chef Bill Tillinghast, Academic Director of the Culinary School, we will be able to hold our WSET Advanced Certificate classes on Tuesday evenings beginning February 4, 2003 in the Dining Room of the Culinary School. Class hours will be from 7 to 9 p.m. Parking near 23rd and Market is widely available, either on the street or in two $5-all-evening parking lots on opposite corners of 23rd and Market Sts.

**Jack's Firehouse**, 2130 Fairmount Ave., Philadelphia. Jack McDavid will be hosting occasional larger sitdown tastings, especially if they are food and wine events. Although we don't yet have any specific events scheduled at Jack's Firehouse, we look forward to our continued affiliation with this fine, nationally renowned, restaurant.

**The London Grill**, 2301 Fairmount Ave., Philadelphia. The very popular upstairs room at this, one of Philadelphia's perennially praised restaurants, is only available on Monday nights, which makes it perfect for our WSET Diploma Course. This course, limited to people who have passed the WSET Advanced Certificate, will begin on Jan. 6 for first year students, with second year students joining them on Feb. 3. Thanks go to owners Terry and (Chef) Michael McNally for the use of their upstairs room for the Diploma course.

**North Third Restaurant**, 801 N. 3rd St. (NE corner of 3rd & Brown) in the Northern Liberties section of Philadelphia. This is one of the hottest new neighborhoods for restaurants, and North 3rd has been highly praised both for its cuisine and for its imaginative, inexpensive wine list. We have already used North 3rd's Lounge Room for a walkaround tasting in November, 2002 and we will be holding a Rhone Walkaround tasting there on Wednesday, Feb. 5. Thanks to manager Joe Beckham and owner Mark Bee for the use of their Lounge Room.

**Twenty21 Restaurant**, 2005 Market St. in the Commerce Square Building. Co-owner Mick Houston was, several years ago, Manager of Jack's Firehouse, and it will be good to be working with Mick again. Twenty21 is fairly new to that location but has already been praised for its cuisine and has received the Award of Excellence from the **Wine Spectator** for its wine list. Twenty21 will host our three-session Introductory Course taught by Wade Currier, which will be on three Tuesday nights beginning Jan. 14 from 7 to 9 p.m. Twenty21 will also host a series of Drop-By tastings featuring 21 different wines (thematically linked) for $20. We are calling this series "$20-21." The first such tasting will be an Australian tasting on Thursday, Jan. 23rd from 7:30 to 9 p.m. Please note that Twenty21 offers up to 4 hours free parking in the Commerce Square Building's Parking Lot after 5 p.m. Enter on 21st St., above Market, and please ask the restaurant to validate your parking ticket for the free parking.

Reservations and payments to all classes and tastings, no matter the venue, will continue to be made online at www.phillywine.com, by phone/fax to 610-649-9936, or by mail to PO Box 1478, Havertown, PA, 19083.

# WSET Discount Prices

Courses from England's Wine & Spirit Education Trust are offered in several cities around the U.S., including Boston, New York, and Napa, CA. In each instance the local "Centre" purchases study materials and exams from England, and then charges a higher price to its students to cover additional costs, including wine purchases.

**Prices vary from city to city but one thing is certain: we offer the lowest WSET prices in the country!**

Our price for the WSET Intermediate Certificate Course is $448 ($388 if paid two weeks in advance). The lowest other price we have been able to find is $500 at the Copia Center in Napa. In Boston, the very same course costs $650.

Our price for the WSET Advanced Certificate Course is $688 ($618 if paid two weeks in advance). In Napa it costs $800 and in Boston, $1000.

Our annual price for the two year WSET Diploma Course (paid partially to New York's International Wine Center for study materials and exam fees, and partially to Phillywine.com for class fees) is $1618. The lowest price anywhere else in the country is $2288. Boston, once again, has the highest price: $2500 per year.

Most WSET Centres offer a Home Study option which permits you to pay only for the study materials and the exam, while studying on your own. Our Home Study price for the Intermediate Certificate is $168; the next lowest price is $233.50. Our Home Study price for the Advanced Certificate is $318; the next lowest price is $399.50.

The only parameter in which we exceed the norm is in the quality and cost of the wines we use. The WSET specifies categories of wines for each class, requesting, for example, that a Chablis be poured for a Burgundy class; a Petit Chablis would suffice but we regularly choose Premier or Grand Crus. For the Diploma Bordeaux class the WSET suggested six vintages from a cru bourgeois; we poured six vintages of St. Julien Second Growth Chateau Leoville Barton. For an Alsace class they suggested a mature Riesling; we poured a Vendanges Tardives Riesling from Zind Humbrecht.

Whether you are considering taking just the Intermediate Certificate Home Study or continuing on to earn the WSET Diploma on your way to becoming a candidate for the Master of Wine, you'll be paying for the same qualifying credentials no matter where you earn them, no matter how much you pay, and no matter which wines you taste along the way. Why pay more? Why taste less?

# A WSET Summary

For fuller details about the WSET program consult our webpage or ask us to mail you copies of last year's brochure which has more information.

Here is the bare bones info:

**The Intermediate Certificate**. An entry level course, called "Intermediate" because that's the level you will be on after taking the course. Seven weeks of instruction covering all of the world's wines, spirits and beers, followed by a one-hour 50 question multiple choice exam. Location: Chaddsford Manayunk, 4243 Main St., 6:30 to 8:30 p.m., beginning Feb. 12. See prices on page 2.

**The Advanced Certificate**. You need not take the Intermediate Certificate before going on to this course, but it is quite challenging, so some prior wine knowledge is a must. Eleven weeks of instruction, covering wines and spirits (no beer) but in a much more detailed fashion than the Intermediate Certificate does. A two hour exam follows. In other cities this course is 14 weeks long -- partly accounting for their higher prices -- but we have shortened it by some common sense combinations of topics. Location: The Culinary School of the Art Institute, 2300 Market St., 7 to 9 p.m., beginning Feb. 4. See prices on page 2.

**The Diploma.** A two semester program offered January to June in two successive years, with a day long exam in New York each June. See the webpage or last year's brochure or phone us for more details. The Advanced Certificate is a pre-requisite. Location: the London Grill, 2301 Fairmount Ave., 6:30 to 9 p.m. beginning Jan. 6.

**Some Positive Press.** Last August, **Philadelphia Weekly** ran an article about our WSET courses, quoting some of our students extensively. You can still read the article online at http://www.philadelphiaweekly.com/issue081402/education/bottled.asp

Please note that you will need to go to a internet - connected computer and type in the above to access the article; repeatedly tapping on the paper printout of the link address will not work.

# Trends for 2003

During 2002 we hosted fewer than a dozen tastings. Considering all of our new host partners, we expect that we'll be hosting considerably more during 2003.

With more tastings we expect that we will once again be seeking out more volunteer pourers for our events. If you would be interested in trading some not-very-strenuous labor for free admission to some of our tastings, please phone or email us.

# Exhibit AL

Gmail Noelle Allen <noelle.allen@phillywine.com>

# Notion + Updates

**Mango Marketing** <hello@mangomarketingco.com> Thu, Dec 15, 2022 at 12:31 PM
To: Noelle Allen <noelle.allen@phillywine.com>

Hey Noelle!

We can't wait to start finalizing and working on the Philly Wine School branding. Thank you so much for your input and notion is a great place to comment.

We will put the other mood board on hold for now until you're ready to move forward with your wine club.
Sounds Fun!

**PS:** We wanted to give some helpful social media advice. Your handle _phillywine_ is not SEO friendly for google or IG searching. We checked and "phillywineschool" isn't a used handle. It would pop up with your competitors, be more user friendly and show up more often on Philly and wine explorer pages. We suggest changing the handle to "phillywineschool" or another option for better searching.

If there is a reason you chose _phillywine_ and want to keep it, that's ok! We just always want to advise our clients for handles that give them the greatest SEO reach.

Hope that was helpful!
[Quoted text hidden]

# Exhibit AM


PHILLY WINE
Exceptional Education in Wine, Spirits, & Sake


Matt Kirkland, MD, DWS
WSET Certified Educator
MATT.KIRKLAND@PHILLYWINE.COM
PHILLYWINE.COM
@PHILLYWINESCHOOL

# Exhibit AN

| CenterNumber | CenterName | QualificationL | QualificationDa | FirstName | LastName |
|---|---|---|---|---|---|
| 757 | Real Irvine W | IC | 17-Dec-03 | Carl | Schaper |
| 757 | Real Irvine W | IC | 17-Dec-03 | Dorothea | H. Hatt |
| 757 | Real Irvine W | IC | 17-Dec-03 | Jennifer | Holcomb |
| 757 | Real Irvine W | IC | 17-Dec-03 | Jessica | Wargo |
| 757 | Real Irvine W | IC | 17-Dec-03 | Moutri | Srivastava |
| 757 | Real Irvine W | IC | 17-Dec-03 | Dave | Cisler |
| 757 | Real Irvine W | IC | 17-Dec-03 | Elizabeth | O Connor |
| 757 | Real Irvine W | IC | 17-Dec-03 | Patti | Hatzistavrakis |
| 757 | Real Irvine W | IC | 17-Dec-03 | Thomas | Ruffing |
| 757 | Real Irvine W | AC | 13-Jan-04 | Cara | Levinson |
| 757 | Real Irvine W | AC | 13-Jan-04 | Laurie | Tomasino |
| 757 | Real Irvine W | AC | 13-Jan-04 | Philip | Hinerman |
| 757 | Real Irvine W | AC | 13-Jan-04 | Scott | Dancik |
| 757 | Real Irvine W | AC | 13-Jan-04 | Joseph | Marcelli |
| 757 | Real Irvine W | AC | 13-Jan-04 | Matthew | Smith |
| 757 | Real Irvine W | AC | 13-Jan-04 | Jason | Harris |
| 757 | Real Irvine W | IC | 19-Jan-04 | Elizabeth L | Patrick |
| 757 | Real Irvine W | IC | 19-Jan-04 | Jason | Flager |
| 757 | Real Irvine W | IC | 4-Mar-04 | Marilyn | Mategrano |
| 757 | Real Irvine W | IC | 4-Mar-04 | Nicole | Mategrano |
| 757 | Real Irvine W | IC | 4-Mar-04 | Robert | Caskey |
| 757 | Real Irvine W | IC | 4-Mar-04 | Sarah L | Bray |
| 757 | Real Irvine W | IC | 4-Mar-04 | Shanmukan | Sankarakumar |
| 757 | Real Irvine W | IC | 4-Mar-04 | Carl | Falo |
| 757 | Real Irvine W | IC | 4-Mar-04 | Danielle | Jouanne |
| 757 | Real Irvine W | IC | 4-Mar-04 | J Trevor | Bray |
| 757 | Real Irvine W | IC | 4-Mar-04 | Jennifer | Miller |
| 757 | Real Irvine W | IC | 4-Mar-04 | Philip | Bodie |
| 757 | Real Irvine W | IC | 4-Mar-04 | Saori | Shimizu |
| 757 | Real Irvine W | IC | 4-May-04 | Svetlana | Yasuchkevich |
| 757 | Real Irvine W | IC | 4-May-04 | Ann | Beebee |
| 757 | Real Irvine W | IC | 4-May-04 | Cristina | Fernandez |
| 757 | Real Irvine W | IC | 4-May-04 | David | Macdonald |
| 757 | Real Irvine W | IC | 4-May-04 | Eric | Dennis |
| 757 | Real Irvine W | IC | 4-May-04 | Lori | MacIntyre |
| 757 | Real Irvine W | IC | 4-May-04 | Erich | Sachse |
| 757 | Real Irvine W | IC | 4-May-04 | Michelle | Sokoloff |
| 757 | Real Irvine W | IC | 2-Jun-04 | Chris | Fry |
| 757 | Real Irvine W | IC | 2-Jun-04 | Jean-Claude | Jacquet |
| 757 | Real Irvine W | IC | 2-Jun-04 | Richard | Poolanoor |
| 757 | Real Irvine W | IC | 2-Jun-04 | Daryl | Bolton |
| 757 | Real Irvine W | IC | 2-Jun-04 | Jessica | Lynch |
| 757 | Real Irvine W | IC | 2-Jun-04 | Mustafa | Siler |
| 757 | Real Irvine W | IC | 2-Jun-04 | George | Chavanne |
| 757 | Real Irvine W | IC | 2-Jun-04 | Laurie | Bronstein |
| 757 | Real Irvine W | AC | 4-Jun-04 | Margaret | Richards |
| 757 | Real Irvine W | AC | 4-Jun-04 | Nadine R | Brown |
| 757 | Real Irvine W | AC | 4-Jun-04 | Patti | Hatzistavrakis |
| 757 | Real Irvine W | AC | 4-Jun-04 | Scott | Nowakowski |
| 757 | Real Irvine W | AC | 4-Jun-04 | Carl | Schaper |
| 757 | Real Irvine W | AC | 4-Jun-04 | Dave | Cisler |
| 757 | Real Irvine W | AC | 4-Jun-04 | Jason | Flager |
| 757 | Real Irvine W | AC | 4-Jun-04 | Thomas | Ruffing |
| 757 | Real Irvine W | AC | 4-Jun-04 | Christopher | Schillaci |
| 757 | Real Irvine W | AC | 4-Jun-04 | Edward | Coonrad |
| 757 | Real Irvine W | IC | 7-Jan-05 | Maxine | Wolfe |
| 757 | Real Irvine W | IC | 7-Jan-05 | James | Cannon |
| 757 | Real Irvine W | IC | 7-Jan-05 | Linda | Guertin |
| 757 | Real Irvine W | IC | 7-Jan-05 | Liz | Carder |
| 757 | Real Irvine W | IC | 7-Jan-05 | Shawn | Magee |
| 757 | Real Irvine W | IC | 7-Jan-05 | Anne | Hood |
| 757 | Real Irvine W | IC | 7-Jan-05 | Pawel | Brett |
| 757 | Real Irvine W | IC | 7-Jan-05 | Peraza | Stephen |
| 757 | Real Irvine W | IC | 7-Jan-05 | Mary Beth | Kurilko |
| 757 | Real Irvine W | IC | 7-Jan-05 | Rex M. | Ribeiro |
| 757 | Real Irvine W | IC | 7-Jan-05 | Timothy | Morse |
| 757 | Real Irvine W | IC | 7-Jan-05 | Adam | Eshoov |
| 757 | Real Irvine W | IC | 7-Jan-05 | Allison M | Conway |
| 757 | Real Irvine W | IC | 7-Jan-05 | Amy | Cava |
| 757 | Real Irvine W | IC | 7-Jan-05 | Lawrence | Wolfe |
| 757 | Real Irvine W | IC | 7-Jan-05 | Linda | Iverson |
| 757 | Real Irvine W | IC | 7-Jan-05 | Patricia | Duffy |
| 757 | Real Irvine W | IC | 7-Jan-05 | Richard | Benvienga |
| 757 | Real Irvine W | IC | 7-Jan-05 | Teresa | Breen |
| 757 | Real Irvine W | AC | 24-Feb-05 | Cristina | Fernandez |
| 757 | Real Irvine W | AC | 24-Feb-05 | John Scott | Rafeiger |
| 757 | Real Irvine W | AC | 24-Feb-05 | Elizabeth L | Patrick |
| 757 | Real Irvine W | AC | 24-Feb-05 | Rodney | Patches |
| 757 | Real Irvine W | AC | 24-Feb-05 | Byron | Fuller |
| 757 | Real Irvine W | AC | 24-Feb-05 | Donald | Strecker |
| 757 | Real Irvine W | AC | 24-Feb-05 | Philippe | McCartney |
| 757 | Real Irvine W | AC | 24-Feb-05 | Robert | Caskey |
| 757 | Real Irvine W | AC | 24-Feb-05 | Svetlana | Yasuchkevich |
| 757 | Real Irvine W | AC | 24-Feb-05 | Yvonne | Lingenfelter |
| 757 | Real Irvine W | AC | 24-Feb-05 | Catherine | Hong |
| 757 | Real Irvine W | AC | 24-Feb-05 | Danielle | Jouanne |
| 757 | Real Irvine W | IC | 28-Apr-05 | Arek | Ohanisian |
| 757 | Real Irvine W | IC | 28-Apr-05 | Frederic C. | Simondo |
| 757 | Real Irvine W | IC | 28-Apr-05 | Jonathan | Dolbear |
| 757 | Real Irvine W | IC | 28-Apr-05 | Robert | Panunto |
| 757 | Real Irvine W | IC | 28-Apr-05 | Robert | Tortorici |
| 757 | Real Irvine W | IC | 28-Apr-05 | William | Hopwood |
| 757 | Real Irvine W | IC | 28-Apr-05 | David C. | Larned Jr. |
| 757 | Real Irvine W | IC | 28-Apr-05 | Michelle | Perdew |
| 757 | Real Irvine W | IC | 28-Apr-05 | Seth | Biederman |
| 757 | Real Irvine W | IC | 28-Apr-05 | Christophe E | Clark |
| 757 | Real Irvine W | IC | 28-Apr-05 | Nicole | Volpini |
| 757 | Real Irvine W | IC | 28-Apr-05 | Kristin | Forst |
| 757 | Real Irvine W | IC | 28-Apr-05 | Mark | Salamone |
| 757 | Real Irvine W | IC | 28-Apr-05 | Sean | Joyce |
| 757 | Real Irvine W | AC | 1-Jul-05 | Michael | McCauley |
| 757 | Real Irvine W | AC | 1-Jul-05 | Mustafa | Siler |
| 757 | Real Irvine W | AC | 1-Jul-05 | Amy | Cava |
| 757 | Real Irvine W | AC | 1-Jul-05 | Linda | Guertin |
| 757 | Real Irvine W | AC | 1-Jul-05 | Liz | Carder |
| 757 | Real Irvine W | AC | 1-Jul-05 | Suzanne | McGrath |
| 757 | Real Irvine W | AC | 1-Jul-05 | Cosmo | Mullen |
| 757 | Real Irvine W | AC | 1-Jul-05 | Luke | Wahlers |
| 757 | Real Irvine W | AC | 1-Jul-05 | Anne | Hood |
| 757 | Real Irvine W | AC | 1-Jul-05 | Rex M. | Ribeiro |
| 757 | Real Irvine W | AC | 1-Jul-05 | Timothy | Morse |
| 757 | Real Irvine W | IC | 1-Jul-05 | Michael | Kauffman |
| 757 | Real Irvine W | IC | 7-Dec-05 | Beth | Meriwether |
| 757 | Real Irvine W | IC | 7-Dec-05 | Colleen | Amato |
| 757 | Real Irvine W | IC | 7-Dec-05 | Julia | Otani-Caruso |
| 757 | Real Irvine W | IC | 7-Dec-05 | Brian | McMahon |
| 757 | Real Irvine W | IC | 7-Dec-05 | Debby | Lichterman |
| 757 | Real Irvine W | IC | 7-Dec-05 | Karin | Scogna |
| 757 | Real Irvine W | IC | 7-Dec-05 | Matthew | Fixer |
| 757 | Real Irvine W | IC | 7-Dec-05 | Russell | Burds |
| 757 | Real Irvine W | IC | 7-Dec-05 | Scott | Hillard |
| 757 | Real Irvine W | IC | 7-Dec-05 | Debra | Monaghan |
| 757 | Real Irvine W | IC | 7-Dec-05 | Peter | Amato |
| 757 | Real Irvine W | IC | 7-Dec-05 | Cristina | Felix |
| 757 | Real Irvine W | IC | 7-Dec-05 | Joseph | Roberts |
| 757 | Real Irvine W | IC | 7-Dec-05 | Kate | Brickle |
| 757 | Real Irvine W | AC | 11-Jan-06 | James | Tiedeman |
| 757 | Real Irvine W | AC | 11-Jan-06 | Ann | Beebee |
| 757 | Real Irvine W | AC | 11-Jan-06 | Alex | Gross |
| 757 | Real Irvine W | AC | 23-Jan-06 | Carissa | Canfield |
| 757 | Real Irvine W | AC | 23-Jan-06 | Kristin | Forst |
| 757 | Real Irvine W | AC | 23-Jan-06 | Sean | Joyce |
| 757 | Real Irvine W | AC | 23-Jan-06 | Michael | Dapkin |
| 757 | Real Irvine W | AC | 23-Jan-06 | Nicole | Volpini |
| 757 | Real Irvine W | AC | 23-Jan-06 | Cyril | Addison |
| 757 | Real Irvine W | AC | 23-Jan-06 | Jonathan | Dolbear |
| 757 | Real Irvine W | AC | 23-Jan-06 | Kristine | Francisco |
| 757 | Real Irvine W | AC | 23-Jan-06 | Pierre Anneli | Addison |
| 757 | Real Irvine W | AC | 23-Jan-06 | Jennifer | Miller |
| 757 | Real Irvine W | AC | 23-Jan-06 | Michelle | Perdew |
| 757 | Real Irvine W | D | 9-Mar-06 | Melissa | Moncoeff |
| 757 | Real Irvine W | D | 31-Mar-06 | Fran | Schlotterbeck |
| 757 | Real Irvine W | IC | 25-Apr-06 | Barbara | Pollitt |
| 757 | Real Irvine W | IC | 25-Apr-06 | Christina S | Lee |
| 757 | Real Irvine W | IC | 25-Apr-06 | Douglas | King |
| 757 | Real Irvine W | IC | 25-Apr-06 | Kristin | Moore |
| 757 | Real Irvine W | IC | 25-Apr-06 | Aaron | Fretz |
| 757 | Real Irvine W | IC | 25-Apr-06 | Celeste | Alcala |
| 757 | Real Irvine W | IC | 25-Apr-06 | Hector | Ferrer |
| 757 | Real Irvine W | IC | 25-Apr-06 | Jeff | Zorn |
| 757 | Real Irvine W | IC | 25-Apr-06 | John | Mavroganis |
| 757 | Real Irvine W | IC | 25-Apr-06 | Rachel | Smith |
| 757 | Real Irvine W | IC | 25-Apr-06 | Carlos J | Zarco |
| 757 | Real Irvine W | IC | 25-Apr-06 | Drew | Manley |
| 757 | Real Irvine W | IC | 25-Apr-06 | Maria | Mazzoletti |
| 757 | Real Irvine W | IC | 16-May-06 | Marlene | Molinoff |
| 757 | Real Irvine W | IC | 16-May-06 | Perry | Molinoff |
| 757 | Real Irvine W | AC | 13-Jun-06 | Brian | McMahon |
| 757 | Real Irvine W | AC | 13-Jun-06 | Jeffery | Lindenmuth |
| 757 | Real Irvine W | AC | 13-Jun-06 | Matthew | Fixer |
| 757 | Real Irvine W | AC | 13-Jun-06 | Russell | Burds |
| 757 | Real Irvine W | AC | 13-Jun-06 | Frank | Bonora |
| 757 | Real Irvine W | AC | 13-Jun-06 | Stacy | Breaux |
| 757 | Real Irvine W | AC | 13-Jun-06 | Christopher | Peddes |
| 757 | Real Irvine W | AC | 13-Jun-06 | Erich | Sachse |
| 757 | Real Irvine W | AC | 13-Jun-06 | James | Santangelo |
| 757 | Real Irvine W | AC | 13-Jun-06 | Seth | Biederman |
| 757 | Real Irvine W | IC | 3-Jul-06 | Jason | Whiteside |
| 757 | Real Irvine W | IC | 3-Jul-06 | Amy | Mann |
| 757 | Real Irvine W | IC | 3-Jul-06 | Marc | Hildenberger |
| 757 | Real Irvine W | AC | 25-Jul-06 | Kate | Brickle |
| 757 | Real Irvine W | AC | 25-Jul-06 | Warren | Kim |
| 757 | Real Irvine W | D | 29-Aug-06 | Katherine I | Carnegie |
| 757 | Real Irvine W | IC | 18-Dec-06 | Daniel | Esposito |
| 757 | Real Irvine W | IC | 18-Dec-06 | Gita | Petersohn |
| 757 | Real Irvine W | IC | 18-Dec-06 | Heather | Wright |
| 757 | Real Irvine W | IC | 18-Dec-06 | Kevin | Donahue |
| 757 | Real Irvine W | IC | 18-Dec-06 | Maria | Garcia Bulkley |
| 757 | Real Irvine W | IC | 18-Dec-06 | Nicolas | Jarrett |
| 757 | Real Irvine W | IC | 18-Dec-06 | Robyn | Winge |
| 757 | Real Irvine W | IC | 18-Dec-06 | Anthony | Krzyzanski |
| 757 | Real Irvine W | IC | 18-Dec-06 | Kevin | Lundell |
| 757 | Real Irvine W | IC | 18-Dec-06 | Timothy | Giuffi |
| 757 | Real Irvine W | IC | 18-Dec-06 | Robert | Caccavelli |
| 757 | Real Irvine W | IC | 18-Dec-06 | Timothy M. | Campbell |
| 757 | Real Irvine W | IC | 18-Dec-06 | Alicia | Thomas-Glenn |
| 757 | Real Irvine W | IC | 18-Dec-06 | James | Galasso |
| 757 | Real Irvine W | IC | 18-Dec-06 | Michael | Eldredge |
| 757 | Real Irvine W | AC | 26-Jan-07 | Jason | Whiteside |
| 757 | Real Irvine W | AC | 26-Jan-07 | Joseph | Roberts |
| 757 | Real Irvine W | AC | 26-Jan-07 | Amy | Mann |
| 757 | Real Irvine W | AC | 26-Jan-07 | Hector | Ferrer |
| 757 | Real Irvine W | AC | 26-Jan-07 | Julia | Otani-Caruso |
| 757 | Real Irvine W | AC | 26-Jan-07 | Michael | Caruso |
| 757 | Real Irvine W | AC | 26-Jan-07 | Glenn | Hersh |
| 757 | Real Irvine W | IC | 9-May-07 | Anne Lemelin | Woodcock |
| 757 | Real Irvine W | IC | 9-May-07 | Christopher | Jones |
| 757 | Real Irvine W | IC | 9-May-07 | Collin C | Darrell |
| 757 | Real Irvine W | IC | 9-May-07 | Dave | Fuentes |
| 757 | Real Irvine W | IC | 9-May-07 | Garry | Batchelor |
| 757 | Real Irvine W | IC | 9-May-07 | Melanie | Chadwick |
| 757 | Real Irvine W | IC | 9-May-07 | Jaclyn | Stocker |
| 757 | Real Irvine W | IC | 9-May-07 | Madeleine | Hyde |
| 757 | Real Irvine W | IC | 9-May-07 | Simon | Matthews |
| 757 | Real Irvine W | IC | 9-May-07 | Bart | Delaughe |
| 757 | Real Irvine W | IC | 9-May-07 | David | Katz |
| 757 | Real Irvine W | IC | 9-May-07 | Anne E | March |
| 757 | Real Irvine W | IC | 9-May-07 | Christopher | May |
| 757 | Real Irvine W | IC | 9-May-07 | Luke P. | Bohanan |
| 757 | Real Irvine W | IC | 9-May-07 | Robert | Gardler |
| 757 | Real Irvine W | IC | 9-May-07 | Travis | Fleck |
| 757 | Real Irvine W | IC | 15-May-07 | Chelsea | DiPillo |
| 757 | Real Irvine W | IC | 15-May-07 | Karen | Crawford |
| 757 | Real Irvine W | IC | 15-May-07 | Renee | Marneski |
| 757 | Real Irvine W | IC | 15-May-07 | Allison | Murphy |
| 757 | Real Irvine W | IC | 15-May-07 | Saber | Schellein |
| 757 | Real Irvine W | IC | 15-May-07 | Christine | Burr |
| 757 | Real Irvine W | IC | 15-May-07 | Sabrina | Schatz |
| 757 | Real Irvine W | IC | 15-May-07 | Sergio | Gomez |
| 757 | Real Irvine W | IC | 15-May-07 | Carol | Schultheis |
| 757 | Real Irvine W | IC | 15-May-07 | John | Zappia |
| 757 | Real Irvine W | IC | 29-May-07 | Jessica | Perera |
| 757 | Real Irvine W | IC | 29-May-07 | Jacqueline | Dentadian |
| 757 | Real Irvine W | IC | 29-May-07 | Phillip | Watts |
| 757 | Real Irvine W | IC | 29-May-07 | Susan | DiFeline |
| 757 | Real Irvine W | IC | 3-Jul-07 | Robert | Woodcock |
| 757 | Real Irvine W | IC | 3-Jul-07 | Kevin | Andrews |
| 757 | Real Irvine W | AC | 4-Jul-07 | Anthony | Krzyzanski |
| 757 | Real Irvine W | AC | 4-Jul-07 | Douglas | King |
| 757 | Real Irvine W | AC | 4-Jul-07 | Georgia | Delaney |
| 757 | Real Irvine W | AC | 4-Jul-07 | Paul | Kaufmann |
| 757 | Real Irvine W | AC | 4-Jul-07 | Timothy | Giuffi |
| 757 | Real Irvine W | AC | 4-Jul-07 | Maria | Garcia Bulkley |
| 757 | Real Irvine W | AC | 4-Jul-07 | Joseph | Sheehan |
| 757 | Real Irvine W | AC | 4-Jul-07 | Robert | Caccavelli |
| 757 | Real Irvine W | AC | 4-Jul-07 | Kevin | Donahue |
| 757 | Real Irvine W | AC | 4-Jul-07 | Rebecca | Angeline |
| 757 | Real Irvine W | AC | 8-Aug-07 | Perry | Molinoff |
| 757 | Real Irvine W | AC | 8-Aug-07 | Steven | Foxhill |
| 757 | Real Irvine W | AC | 8-Aug-07 | Emily | Weintraub |
| 757 | Real Irvine W | AC | 8-Aug-07 | Marlene | Molinoff |
| 757 | Real Irvine W | IC | 6-Dec-07 | Joshua | Schwartz |
| 757 | Real Irvine W | IC | 6-Dec-07 | Scott C | Biggs |
| 757 | Real Irvine W | IC | 6-Dec-07 | Alyne | Squillace |
| 757 | Real Irvine W | IC | 6-Dec-07 | Benjamin | Lemoine |
| 757 | Real Irvine W | IC | 6-Dec-07 | Lewis | Samuel |
| 757 | Real Irvine W | IC | 6-Dec-07 | Derek | Brosseau |
| 757 | Real Irvine W | IC | 6-Dec-07 | Joseph | Reddie |
| 757 | Real Irvine W | IC | 6-Dec-07 | Robert Jason | Trappe |
| 757 | Real Irvine W | IC | 6-Dec-07 | Sarah | Yavtesi |
| 757 | Real Irvine W | IC | 6-Dec-07 | Corinne | March |
| 757 | Real Irvine W | IC | 6-Dec-07 | Jadhira | Torres |
| 757 | Real Irvine W | IC | 18-Dec-07 | Michael | Gevurtz |
| 757 | Real Irvine W | IC | 18-Dec-07 | Monika | Zasa |
| 757 | Real Irvine W | AC | 29-Jan-08 | Anne Lemelin | Woodcock |
| 757 | Real Irvine W | AC | 29-Jan-08 | Carolyn G. | Wildman |
| 757 | Real Irvine W | AC | 29-Jan-08 | Jacqueline | Dentadian |
| 757 | Real Irvine W | AC | 29-Jan-08 | Kevin | Andrews |
| 757 | Real Irvine W | AC | 29-Jan-08 | Madeleine | Hyde |
| 757 | Real Irvine W | AC | 29-Jan-08 | Robert | Gardler |
| 757 | Real Irvine W | AC | 29-Jan-08 | Carlos J | Zarco |
| 757 | Real Irvine W | AC | 29-Jan-08 | Graham | Gollings |
| 757 | Real Irvine W | AC | 29-Jan-08 | Holly | Gregory |
| 757 | Real Irvine W | AC | 29-Jan-08 | Manuel | Otero-Guitian |
| 757 | Real Irvine W | AC | 29-Jan-08 | Melanie | Chadwick |
| 757 | Real Irvine W | D | 18-Feb-08 | Svetlana | Yasuchkevich |
| 757 | Real Irvine W | D | 26-Mar-08 | Ellen | Kirch |
| 757 | Real Irvine W | IC | 21-Apr-08 | Alexander | Grosse |
| 757 | Real Irvine W | IC | 21-Apr-08 | Amy | Reigel |
| 757 | Real Irvine W | IC | 21-Apr-08 | Jaime A | Kimbro |
| 757 | Real Irvine W | IC | 21-Apr-08 | Jennifer | Zeinuerin |
| 757 | Real Irvine W | IC | 21-Apr-08 | Jonathan J | Zemienski |
| 757 | Real Irvine W | IC | 21-Apr-08 | Marcy | Lynch |
| 757 | Real Irvine W | IC | 21-Apr-08 | Steven | Eile |
| 757 | Real Irvine W | IC | 21-Apr-08 | William | Brandt |
| 757 | Real Irvine W | IC | 21-Apr-08 | Diana | Santinina |
| 757 | Real Irvine W | IC | 21-Apr-08 | Lisa | Powell |
| 757 | Real Irvine W | IC | 21-Apr-08 | Tim | Conaway |
| 757 | Real Irvine W | IC | 21-Apr-08 | Zachary | Morris |
| 757 | Real Irvine W | IC | 21-Apr-08 | Barbara | Shaffer |
| 757 | Real Irvine W | IC | 21-Apr-08 | Bryan Arthur | Goldberg |
| 757 | Real Irvine W | IC | 21-Apr-08 | Carlos | Colorner |
| 757 | Real Irvine W | IC | 19-May-08 | Ken | Wedel |
| 757 | Real Irvine W | IC | 19-May-08 | Francisco An | Galler |
| 757 | Real Irvine W | IC | 25-Jun-08 | Jillian | Ritchie |
| 757 | Real Irvine W | AC | 7-Jul-08 | Benjamin | Lemoine |
| 757 | Real Irvine W | AC | 7-Jul-08 | Brooke | Sabel |
| 757 | Real Irvine W | AC | 7-Jul-08 | Craig M. | Smith |
| 757 | Real Irvine W | AC | 7-Jul-08 | Robert Jason | Trappe |
| 757 | Real Irvine W | AC | 7-Jul-08 | Lewis | Samuel |
| 757 | Real Irvine W | AC | 7-Jul-08 | Alyne | Squillace |
| 757 | Real Irvine W | AC | 7-Jul-08 | Meg | Jones |
| 757 | Real Irvine W | AC | 7-Jul-08 | Michael | Gevurtz |
| 757 | Real Irvine W | AC | 7-Jul-08 | Christopher | Jones |
| 757 | Real Irvine W | D | 1-Sep-08 | Taylor | Barashey |
| 757 | Real Irvine W | D | 1-Sep-08 | Mirko | Chiaramadel |
| 757 | Real Irvine W | IC | 13-Dec-08 | Amanda | Lopacki |
| 757 | Real Irvine W | IC | 13-Dec-08 | Gina | Talley |
| 757 | Real Irvine W | IC | 13-Dec-08 | Ray | McNerney |
| 757 | Real Irvine W | IC | 13-Dec-08 | Don | Appleton |
| 757 | Real Irvine W | IC | 13-Dec-08 | Jamie | Mullins |
| 757 | Real Irvine W | IC | 13-Dec-08 | Kelly Ann | McKay Thomas |
| 757 | Real Irvine W | IC | 13-Dec-08 | Krista | McCracken |
| 757 | Real Irvine W | IC | 13-Dec-08 | Michael | Tedeman |
| 757 | Real Irvine W | IC | 13-Dec-08 | Pietro | Belfiore |
| 757 | Real Irvine W | IC | 13-Dec-08 | Mary | Tedeman |
| 757 | Real Irvine W | IC | 13-Dec-08 | Sarah | Shah |
| 757 | Real Irvine W | IC | 13-Dec-08 | Todd | Boestall |
| 757 | Real Irvine W | IC | 13-Dec-08 | Christopher | Nicholson |
| 757 | Real Irvine W | IC | 13-Dec-08 | Corey | Krejcik |
| 757 | Real Irvine W | IC | 13-Dec-08 | Janet | Wurtzel |
| 757 | Real Irvine W | IC | 13-Dec-08 | Jeff | Carroll |
| 757 | Real Irvine W | IC | 13-Dec-08 | Michael | Bay |
| 757 | Real Irvine W | IC | 3-Jan-09 | Tapan | Shah |
| 757 | Real Irvine W | D | 9-Feb-09 | Amy | Cava |
| 757 | Real Irvine W | D | 9-Feb-09 | Katarina | Wertman Steinberg |
| 757 | Real Irvine W | D | 9-Feb-09 | Suzanne | McGrath |
| 757 | Real Irvine W | D | 9-Feb-09 | Elizabeth | Pizzat |
| 757 | Real Irvine W | D | 9-Feb-09 | Philip | Hinerman |
| 757 | Real Irvine W | AC | 20-Feb-09 | Devon | Reed |
| 757 | Real Irvine W | AC | 20-Feb-09 | Zachary | Morris |
| 757 | Real Irvine W | AC | 20-Feb-09 | Analyn J | Fojo-Baleo |
| 757 | Real Irvine W | IC | 20-Apr-09 | Aldo | Kinatyte |
| 757 | Real Irvine W | IC | 20-Apr-09 | Benjy | Settles |
| 757 | Real Irvine W | IC | 20-Apr-09 | Brian | Tantala |
| 757 | Real Irvine W | IC | 20-Apr-09 | Kellie | Galvin |
| 757 | Real Irvine W | IC | 20-Apr-09 | Sue | Gandel |
| 757 | Real Irvine W | IC | 20-Apr-09 | Susan | Mandley |
| 757 | Real Irvine W | IC | 20-Apr-09 | Amy | Giblin |
| 757 | Real Irvine W | IC | 20-Apr-09 | Brandon | Thomas |
| 757 | Real Irvine W | IC | 20-Apr-09 | Britannia | Robinson |
| 757 | Real Irvine W | IC | 20-Apr-09 | Kim | Navarro |
| 757 | Real Irvine W | IC | 20-Apr-09 | Jason | Cava |
| 757 | Real Irvine W | IC | 20-Apr-09 | Jean-Paul | Castaw |
| 757 | Real Irvine W | IC | 20-Apr-09 | Michael | Marro |
| 757 | Real Irvine W | IC | 20-Apr-09 | Mirjie | Dornaciate |
| 757 | Real Irvine W | IC | 25-Apr-09 | Heidi | Long |
| 757 | Real Irvine W | IC | 25-Apr-09 | Jason | Brooke |
| 757 | Real Irvine W | IC | 25-Apr-09 | Jason B | Zellner |
| 757 | Real Irvine W | IC | 25-Apr-09 | Kimberley | Peart |
| 757 | Real Irvine W | IC | 25-Apr-09 | Shiva | Mandavi |
| 757 | Real Irvine W | AC | 25-Jun-09 | Lisa | Powell |
| 757 | Real Irvine W | AC | 25-Jun-09 | Celeste | Alcala |
| 757 | Real Irvine W | IC | 25-Jun-09 | Christine | Bottrain |
| 757 | Real Irvine W | IC | 25-Jun-09 | Graciela | Perez |
| 757 | Real Irvine W | IC | 25-Jun-09 | Erica | Dolgos |
| 757 | Real Irvine W | AC | 25-Jun-09 | Don | Appleton |
| 757 | Real Irvine W | AC | 25-Jun-09 | Janet | Wurtzel |
| 757 | Real Irvine W | AC | 25-Jun-09 | Ron | Mansilla |
| 757 | Real Irvine W | AC | 25-Jun-09 | William | Rumney |
| 757 | Real Irvine W | AC | 25-Jun-09 | Jeff | Carroll |
| 757 | Real Irvine W | AC | 25-Jun-09 | Jamie | Mullins |
| 757 | Real Irvine W | AC | 25-Jun-09 | Jennifer | Zeinuerin |
| 757 | Real Irvine W | AC | 25-Jun-09 | Jonathan J | Zemienski |
| 757 | Real Irvine W | AC | 25-Jun-09 | Kieran | Quigley |
| 757 | Real Irvine W | D | 19-Aug-09 | Stacy | Breaux |
| 757 | Real Irvine W | D | 19-Aug-09 | Erich | Sachse |
| 757 | Real Irvine W | D | 19-Aug-09 | Carmen | Canfield |
| 757 | Real Irvine W | IC | 21-Aug-09 | Amy | Norman |
| 757 | Real Irvine W | IC | 21-Aug-09 | Kathleen | Buchanan |
| 757 | Real Irvine W | IC | 21-Aug-09 | Lori | Sacc |
| 757 | Real Irvine W | IC | 21-Aug-09 | Maia | Lystad |
| 757 | Real Irvine W | IC | 21-Aug-09 | Robin | Cooper |
| 757 | Real Irvine W | IC | 21-Aug-09 | Ryan | Kurtz |
| 757 | Real Irvine W | IC | 21-Aug-09 | Scott | Aharsky |
| 757 | Real Irvine W | IC | 21-Aug-09 | Beau | Hodges |
| 757 | Real Irvine W | IC | 21-Aug-09 | George | Frigo |
| 757 | Real Irvine W | IC | 21-Aug-09 | Jeffrey | Kalbrook |
| 757 | Real Irvine W | IC | 21-Aug-09 | Jon | Capozzoli |
| 757 | Real Irvine W | IC | 21-Aug-09 | Kevin | Williams |
| 757 | Real Irvine W | IC | 21-Aug-09 | [illegible] | Dalman |
| 757 | Real Irvine W | IC | 21-Aug-09 | William | Bruno |
| 757 | Real Irvine W | IC | 21-Aug-09 | Joseph | Brzik |
| 757 | Real Irvine W | IC | 21-Aug-09 | Joseph | Kunkle |
| 757 | Real Irvine W | IC | 21-Aug-09 | Joshua | Simpson |
| 757 | Real Irvine W | IC | 21-Aug-09 | Matthew | Fisher |
| 757 | Real Irvine W | IC | 21-Aug-09 | Paul | Kelleher |
| 757 | Real Irvine W | IC | 21-Aug-09 | Ashley | Cini |
| 757 | Real Irvine W | IC | 21-Aug-09 | Christopher | Brennan |
| 757 | Real Irvine W | IC | 21-Aug-09 | Daryl | Wise |
| 757 | Real Irvine W | IC | 21-Aug-09 | Jeffrey | Harrison |
| 757 | Real Irvine W | IC | 21-Aug-09 | Michael | Brown |
| 757 | Real Irvine W | IC | 21-Aug-09 | Paul | Doran |
| 757 | Real Irvine W | IC | 21-Aug-09 | Robert | Migdal |
| 757 | Real Irvine W | IC | 14-Dec-09 | Carissa | Jost |
| 757 | Real Irvine W | IC | 14-Dec-09 | Jennifer | Petert |
| 757 | Real Irvine W | IC | 14-Dec-09 | Jonathan | Zilber |
| 757 | Real Irvine W | IC | 14-Dec-09 | Lesley | Petrilli |
| 757 | Real Irvine W | IC | 14-Dec-09 | Cristina | Tassone |
| 757 | Real Irvine W | IC | 14-Dec-09 | Jeff | Schermerhorn Jr. |
| 757 | Real Irvine W | IC | 14-Dec-09 | Kelli | Harkner |
| 757 | Real Irvine W | IC | 14-Dec-09 | Kyle | Gannon |
| 757 | Real Irvine W | IC | 14-Dec-09 | Ann C | Reed |
| 757 | Real Irvine W | IC | 14-Dec-09 | Jared | Buckner |
| 757 | Real Irvine W | IC | 14-Dec-09 | Joseph | Capodanno |
| 757 | Real Irvine W | IC | 14-Dec-09 | Mary | MacGrady |
| 757 | Real Irvine W | IC | 14-Dec-09 | Beth | Conway |
| 757 | Real Irvine W | IC | 14-Dec-09 | Mark | Czyzewski |
| 757 | Real Irvine W | IC | 14-Dec-09 | Michael | Meacher |
| 757 | Real Irvine W | IC | 14-Dec-09 | Megan | Olichowski |
| 757 | Real Irvine W | AC | 5-Feb-10 | Nicole | Mategrano |
| 757 | Real Irvine W | AC | 5-Feb-10 | Amanda | Lopacki |
| 757 | Real Irvine W | AC | 5-Feb-10 | Elizabeth | Borowski |
| 757 | Real Irvine W | AC | 5-Feb-10 | Kimberley | Peart |
| 757 | Real Irvine W | D | 5-Feb-10 | Catherine | Fabb |

| | | | | | |
|---|---|---|---|---|---|
| 757 | Real Irvine W | D | 5-Feb-10 | Jennifer | Gallagher |
| 757 | Real Irvine W | AC | 5-Feb-10 | Graciela | Perez |
| 757 | Real Irvine W | AC | 5-Feb-10 | Sarah | Blau |
| 757 | Real Irvine W | AC | 5-Feb-10 | Steven | Pruitt |
| 757 | Real Irvine W | D | 5-Feb-10 | Jason | Whiteside |
| 757 | Real Irvine W | D | 5-Feb-10 | Timothy | Giuffi |
| 757 | Real Irvine W | D | 29-Mar-10 | Christopher | Hartwell |
| 757 | Real Irvine W | C | 26-Apr-10 | Chris | Zazzarella |
| 757 | Real Irvine W | C | 26-Apr-10 | Maria | Laletta Grilly |
| 757 | Real Irvine W | C | 26-Apr-10 | Maricela | Vega |
| 757 | Real Irvine W | C | 26-Apr-10 | Danielle | Quinn |
| 757 | Real Irvine W | C | 26-Apr-10 | Shaun | Alperin |
| 757 | Real Irvine W | C | 26-Apr-10 | Helen | Holden |
| 757 | Real Irvine W | C | 26-Apr-10 | Steve | Holden |
| 757 | Real Irvine W | C | 26-Apr-10 | Andrew | Stafman |
| 757 | Real Irvine W | C | 26-Apr-10 | Deborah | Weitz |
| 757 | Real Irvine W | C | 26-Apr-10 | Holly | Bocum |
| 757 | Real Irvine W | C | 26-Apr-10 | Kenneth | Mass |
| 757 | Real Irvine W | C | 26-Apr-10 | Theodore L. | Trombley Jr. |
| 757 | Real Irvine W | C | 21-May-10 | William | Short Jordan |
| 757 | Real Irvine W | C | 21-May-10 | Carol A. | Bolton |
| 757 | Real Irvine W | C | 21-May-10 | Christopher R | Bolton |
| 757 | Real Irvine W | C | 30-Jun-10 | Bernard | Stackhouse |
| 757 | Real Irvine W | C | 30-Jun-10 | Alexis | Woodley |
| 757 | Real Irvine W | C | 30-Jun-10 | Sean | Reed |
| 757 | Real Irvine W | AC | 5-Jul-10 | Ann C. | Pearl |
| 757 | Real Irvine W | AC | 5-Jul-10 | Joseph | Casadianno |
| 757 | Real Irvine W | AC | 5-Jul-10 | Brandon | Thomas |
| 757 | Real Irvine W | AC | 5-Jul-10 | John | Driscoll |
| 757 | Real Irvine W | AC | 5-Jul-10 | Jennifer | Schnitt |
| 757 | Real Irvine W | AC | 5-Jul-10 | Kevin | Lundell |
| 757 | Real Irvine W | AC | 5-Jul-10 | Michael | Mauro |
| 757 | Real Irvine W | D | 29-Jul-10 | Elizabeth L | Patrick |
| 757 | Real Irvine W | D | 29-Jul-10 | Kimberly | Scarpone |
| 757 | Real Irvine W | D | 29-Jul-10 | Marina | Kosacheva |
| 757 | Real Irvine W | AC | 9-Aug-10 | Christina | Bottrain |
| 757 | Real Irvine W | AC | 9-Aug-10 | Dino | Garistina |
| 757 | Real Irvine W | D | 18-Aug-10 | Pei-Wen | Tian |
| 757 | Real Irvine W | D | 18-Aug-10 | Julia | Bosin |
| 757 | Real Irvine W | D | 18-Aug-10 | Luke | Wohlers |
| 757 | Real Irvine W | C | 18-Nov-10 | Morgan | Cuplinski |
| 757 | Real Irvine W | C | 20-Dec-10 | Bruce | Cooper |
| 757 | Real Irvine W | C | 20-Dec-10 | Caroline | Edsall |
| 757 | Real Irvine W | C | 20-Dec-10 | Lillian | Poon |
| 757 | Real Irvine W | C | 20-Dec-10 | Michele | Heaton |
| 757 | Real Irvine W | C | 20-Dec-10 | Danielle | Smith |
| 757 | Real Irvine W | C | 20-Dec-10 | Gary | Schwartz |
| 757 | Real Irvine W | C | 20-Dec-10 | Stephanie | Chuang |
| 757 | Real Irvine W | C | 20-Dec-10 | Sydney | Malaberti |
| 757 | Real Irvine W | C | 20-Dec-10 | Yeonkyung | Park |
| 757 | Real Irvine W | C | 20-Dec-10 | Christopher | Bachman |
| 757 | Real Irvine W | C | 20-Dec-10 | Matthew | Brambeck |
| 757 | Real Irvine W | C | 20-Dec-10 | Michael | Collins |
| 757 | Real Irvine W | C | 20-Dec-10 | Shirley | Walker |
| 757 | Real Irvine W | C | 20-Dec-10 | Arnold | Freedman |
| 757 | Real Irvine W | C | 20-Dec-10 | Dolores | Peralta |
| 757 | Real Irvine W | C | 20-Dec-10 | Joseph | Paradise |
| 757 | Real Irvine W | C | 20-Dec-10 | Laura | Taronne |
| 757 | Real Irvine W | C | 20-Dec-10 | Stephanie | Goldson |
| 757 | Real Irvine W | AC | 6-Jan-11 | Marc | Sapcik |
| 757 | Real Irvine W | AC | 6-Jan-11 | Carissa | Just |
| 757 | Real Irvine W | AC | 6-Jan-11 | Ted | Liberti |
| 757 | Real Irvine W | AC | 25-Feb-11 | Amaury | deConde |
| 757 | Real Irvine W | AC | 25-Feb-11 | Kyle | Cannon |
| 757 | Real Irvine W | AC | 25-Feb-11 | Steve | Holden |
| 757 | Real Irvine W | AC | 25-Feb-11 | Chris | Zazzarella |
| 757 | Real Irvine W | AC | 25-Feb-11 | Maria | Laletta Grilly |
| 757 | Real Irvine W | C | 20-Apr-11 | Brad | Johnson |
| 757 | Real Irvine W | C | 20-Apr-11 | Bryce | Bannatyne |
| 757 | Real Irvine W | C | 20-Apr-11 | Erin | Miller |
| 757 | Real Irvine W | C | 20-Apr-11 | Irb | Kampbell |
| 757 | Real Irvine W | C | 20-Apr-11 | Julie | Keener |
| 757 | Real Irvine W | C | 20-Apr-11 | Parker | Gordon |
| 757 | Real Irvine W | C | 20-Apr-11 | Juliana | Mazzari Lucio |
| 757 | Real Irvine W | C | 20-Apr-11 | Jason | Snell |
| 757 | Real Irvine W | C | 20-Apr-11 | Sarah | Markham |
| 757 | Real Irvine W | C | 20-Apr-11 | Tim | King |
| 757 | Real Irvine W | C | 20-Apr-11 | Angela | Gentile |
| 757 | Real Irvine W | C | 20-Apr-11 | Dan | Clark |
| 757 | Real Irvine W | C | 20-Apr-11 | Katie | Park |
| 757 | Real Irvine W | C | 20-Apr-11 | Megan | Nogalski |
| 757 | Real Irvine W | C | 20-Apr-11 | Sarah | Yasavitz |
| 757 | Real Irvine W | C | 20-Apr-11 | Louis | Hery |
| 757 | Real Irvine W | C | 1-Jun-11 | Isabel | Tobler |
| 757 | Real Irvine W | AC | 27-Jun-11 | Holly | Bocum |
| 757 | Real Irvine W | AC | 28-Jun-11 | Joseph | Paradise |
| 757 | Real Irvine W | AC | 28-Jun-11 | Dolores | Peralta |
| 757 | Real Irvine W | AC | 28-Jun-11 | Gary | Schwartz |
| 757 | Real Irvine W | AC | 28-Jun-11 | Michael | Collins |
| 757 | Real Irvine W | C | 28-Jun-11 | Krista | Dunmer |
| 757 | Real Irvine W | C | 28-Jun-11 | Antonia | Caserta |
| 757 | Real Irvine W | C | 28-Jun-11 | Jessica | Mesenich |
| 757 | Real Irvine W | C | 28-Jun-11 | Leith | Huckabee |
| 757 | Real Irvine W | C | 28-Jun-11 | Paul | Amorett |
| 757 | Real Irvine W | C | 28-Jun-11 | Raymond | Sefcik |
| 757 | Real Irvine W | C | 28-Jun-11 | Edith Andeas | Coral |
| 757 | Real Irvine W | D | 27-Sep-11 | Kevin | Donahue |
| 757 | Real Irvine W | D | 27-Sep-11 | Philippe | McCartney |
| 757 | Real Irvine W | D | 27-Sep-11 | Robert | Conley |
| 757 | Real Irvine W | D | 27-Sep-11 | Robert | Moulthrop |
| 757 | Real Irvine W | D | 27-Sep-11 | Kelly A. | Magnarico |
| 757 | Real Irvine W | D | 27-Sep-11 | Kristine | Francisco |
| 757 | Real Irvine W | D | 27-Sep-11 | Patricia | Kloehn |
| 757 | Real Irvine W | D | 27-Sep-11 | Amanda | Page |
| 757 | Real Irvine W | D | 27-Sep-11 | Raymond | O Mara Jr. |
| 757 | Real Irvine W | C | 16-Dec-11 | Krista | Jamber |
| 757 | Real Irvine W | C | 16-Dec-11 | Mariel | Vega |
| 757 | Real Irvine W | C | 16-Dec-11 | Ruoyang | Li |
| 757 | Real Irvine W | C | 16-Dec-11 | Catherine | Ho |
| 757 | Real Irvine W | C | 16-Dec-11 | Giovanni C | Fala |
| 757 | Real Irvine W | C | 16-Dec-11 | James T | Peset |
| 757 | Real Irvine W | C | 16-Dec-11 | Richard | Cava |
| 757 | Real Irvine W | C | 16-Dec-11 | Steve | Rosenthal |
| 757 | Real Irvine W | C | 16-Dec-11 | Elizabeth | Lang |
| 757 | Real Irvine W | C | 16-Dec-11 | Riccardo | Longo |
| 757 | Real Irvine W | C | 16-Dec-11 | Sherry K. | Hinerman |
| 757 | Real Irvine W | C | 16-Dec-11 | Adam | Ware |
| 757 | Real Irvine W | C | 16-Dec-11 | Francis | McAlarnen |
| 757 | Real Irvine W | C | 16-Dec-11 | JoAnne | Cava |
| 757 | Real Irvine W | C | 16-Dec-11 | Katherine | Nelson |
| 757 | Real Irvine W | C | 16-Dec-11 | Michael | Wong |
| 757 | Real Irvine W | D | 10-Jan-12 | Brianne | Gaist |
| 757 | Real Irvine W | C | 13-Jan-12 | Joann | Vecchio |
| 757 | Real Irvine W | C | 13-Jan-12 | Trevor | Costello |
| 757 | Real Irvine W | C | 13-Jan-12 | Loic | Garcon |
| 757 | Real Irvine W | D | 30-Jan-12 | Timothy | Mause |
| 757 | Real Irvine W | AC | 13-Feb-12 | Shirley | Walker |
| 757 | Real Irvine W | AC | 14-Feb-12 | Kimberly | Bach |
| 757 | Real Irvine W | AC | 16-Feb-12 | Laura | Taronne |
| 757 | Real Irvine W | AC | 16-Feb-12 | Joseph | Nimley |
| 757 | Real Irvine W | AC | 16-Feb-12 | Bryce | Bannatyne |
| 757 | Real Irvine W | AC | 16-Feb-12 | Julie | Keener |
| 757 | Real Irvine W | AC | 16-Feb-12 | Dan | Clark |
| 757 | Real Irvine W | D | 21-Mar-12 | Ernie | Brice |
| 757 | Real Irvine W | D | 21-Mar-12 | Thomas | Finigan |
| 757 | Real Irvine W | D | 21-Mar-12 | Byron | Davis |
| 757 | Real Irvine W | C | 25-Apr-12 | Aliona | Pakrabski |
| 757 | Real Irvine W | C | 25-Apr-12 | Brian | Aufdenberg |
| 757 | Real Irvine W | C | 25-Apr-12 | Brian | Bevilacqua |
| 757 | Real Irvine W | C | 25-Apr-12 | Helen | Diehl |
| 757 | Real Irvine W | C | 25-Apr-12 | Rita | Kochanski |
| 757 | Real Irvine W | C | 25-Apr-12 | Daniel | Bivona |
| 757 | Real Irvine W | C | 25-Apr-12 | Daniel | DeSantis |
| 757 | Real Irvine W | C | 25-Apr-12 | Daniel | Dinatalino |
| 757 | Real Irvine W | C | 25-Apr-12 | Jia | Liu |
| 757 | Real Irvine W | C | 25-Apr-12 | Rosemary | Martin |
| 757 | Real Irvine W | C | 25-Apr-12 | Salvatore | Cusumano |
| 757 | Real Irvine W | C | 25-Apr-12 | Stacy | Auch |
| 757 | Real Irvine W | C | 25-Apr-12 | Elizabeth | Crudello |
| 757 | Real Irvine W | C | 25-Apr-12 | Giacomo | DiLisi |
| 757 | Real Irvine W | C | 25-Apr-12 | Christine | Badecki |
| 757 | Real Irvine W | C | 25-Apr-12 | Irina | Kolosova |
| 757 | Real Irvine W | AC | 13-Jul-12 | Edward | Mulvihill |
| 757 | Real Irvine W | AC | 13-Jul-12 | Melissa | Flynn |
| 757 | Real Irvine W | AC | 13-Jul-12 | Peter | Lam |
| 757 | Real Irvine W | D | 6-Aug-12 | Jade | Helm |
| 757 | Real Irvine W | AC | 7-Aug-12 | Jennifer | Boock |
| 757 | Real Irvine W | AC | 7-Aug-12 | Dale | Engelbert |
| 757 | Real Irvine W | AC | 7-Aug-12 | Megan | Nogalski |
| 757 | Real Irvine W | AC | 9-Aug-12 | Tim | King |
| 757 | Real Irvine W | D | 29-Aug-12 | Jordan | van Lare |
| 757 | Real Irvine W | D | 29-Aug-12 | Marc | Sapcik |
| 757 | Real Irvine W | D | 29-Aug-12 | Sara E | Guterbock |
| 757 | Real Irvine W | F | 5-Sep-12 | Kate | Poury |
| 757 | Real Irvine W | F | 5-Sep-12 | Melanie | Finley |
| 757 | Real Irvine W | F | 5-Sep-12 | Anthony | Buono |
| 757 | Real Irvine W | F | 5-Sep-12 | Raymond | Lind |
| 757 | Real Irvine W | F | 5-Sep-12 | John | Rubino |
| 757 | Real Irvine W | F | 5-Sep-12 | Edward | Zagorskiy |
| 757 | Real Irvine W | F | 5-Sep-12 | Nick | Ginley |
| 757 | Real Irvine W | F | 5-Sep-12 | Ryan | Rubino |
| 757 | Real Irvine W | AC | 19-Oct-12 | Sherry K | Hinerman |
| 757 | Real Irvine W | AC | 19-Oct-12 | Patrick | Stedman |
| 757 | Real Irvine W | AC | 19-Oct-12 | Katherine | Nelson |
| 757 | Real Irvine W | F | 20-Nov-12 | Hyun | Kim |
| 757 | Real Irvine W | F | 20-Nov-12 | Cindy | Coll |
| 757 | Real Irvine W | F | 20-Nov-12 | Eric | Schultz |
| 757 | Real Irvine W | F | 20-Nov-12 | Ethan | Albrecht-Cassie |
| 757 | Real Irvine W | F | 20-Nov-12 | Linda | Montemayor |
| 757 | Real Irvine W | F | 20-Nov-12 | Warren | Kuo |
| 757 | Real Irvine W | F | 20-Nov-12 | Wes | Townsend |
| 757 | Real Irvine W | F | 20-Nov-12 | Margaret | Kuo |
| 757 | Real Irvine W | F | 20-Nov-12 | Clinton | Walker |
| 757 | Real Irvine W | C | 27-Nov-12 | Joseph | Buchter |
| 757 | Real Irvine W | C | 27-Nov-12 | Patrick | Donovan |
| 757 | Real Irvine W | C | 20-Dec-12 | Aaron | Shields |
| 757 | Real Irvine W | C | 20-Dec-12 | Adam | Chambers |
| 757 | Real Irvine W | C | 20-Dec-12 | James W. | Huckfeldt |
| 757 | Real Irvine W | C | 20-Dec-12 | John | Sarnas |
| 757 | Real Irvine W | C | 20-Dec-12 | Michael | Pizzi |
| 757 | Real Irvine W | C | 20-Dec-12 | Pinny Vechio | Tam |
| 757 | Real Irvine W | C | 20-Dec-12 | Casey | Littlefield |
| 757 | Real Irvine W | C | 20-Dec-12 | Jacquelyn | Giberson |
| 757 | Real Irvine W | C | 20-Dec-12 | Raphael | Buchbinder |
| 757 | Real Irvine W | C | 20-Dec-12 | Richard | Ing |
| 757 | Real Irvine W | C | 20-Dec-12 | Scott | Hutchinson |
| 757 | Real Irvine W | C | 20-Dec-12 | Elizabeth | Smith |
| 757 | Real Irvine W | C | 20-Dec-12 | Matt | Kirkland |
| 757 | Real Irvine W | C | 20-Dec-12 | Xiaoning | Shen |
| 757 | Real Irvine W | C | 20-Dec-12 | Hyun | Kim |
| 757 | Real Irvine W | C | 20-Dec-12 | Jill | Jackson |
| 757 | Real Irvine W | C | 20-Dec-12 | John | Toronto |
| 757 | Real Irvine W | C | 20-Dec-12 | Meaghan | Caulfield |
| 757 | Real Irvine W | C | 20-Dec-12 | Megan | Gourmley |
| 757 | Real Irvine W | C | 20-Dec-12 | Melynda | Mayhuell |
| 757 | Real Irvine W | C | 20-Dec-12 | Thomas | Talarico |
| 757 | Real Irvine W | C | 8-Jan-13 | Joseph | Heintjes |
| 757 | Real Irvine W | C | 8-Jan-13 | David | Bryant |
| 757 | Real Irvine W | C | 23-Jan-13 | Michael | Pastucci |
| 757 | Real Irvine W | C | 23-Jan-13 | Alena | Scorca |
| 757 | Real Irvine W | C | 23-Jan-13 | Mary | Pease |
| 757 | Real Irvine W | D | 31-Jan-13 | Spencer | Cutter |
| 757 | Real Irvine W | AC | 20-Feb-13 | Daniel | DeSantis |
| 757 | Real Irvine W | AC | 20-Feb-13 | Mariel | Vega |
| 757 | Real Irvine W | AC | 20-Feb-13 | Sheri | Portillo |
| 757 | Real Irvine W | AC | 20-Feb-13 | Adam | Ware |
| 757 | Real Irvine W | AC | 20-Feb-13 | Helen | Diehl |
| 757 | Real Irvine W | AC | 20-Feb-13 | Chris | Reid |
| 757 | Real Irvine W | AC | 20-Feb-13 | Andrew | Billick |
| 757 | Real Irvine W | AC | 20-Feb-13 | April | Barr |
| 757 | Real Irvine W | AC | 20-Feb-13 | Catherine | Fanelli |
| 757 | Real Irvine W | AC | 20-Feb-13 | Cristina | Hoffman |
| 757 | Real Irvine W | AC | 20-Feb-13 | Giacomo | DiLisi |
| 757 | Real Irvine W | AC | 20-Feb-13 | Richard | Morris |
| 757 | Real Irvine W | C | 24-Apr-13 | Bae | Seckle |
| 757 | Real Irvine W | C | 24-Apr-13 | Joanna | Kelly |
| 757 | Real Irvine W | C | 24-Apr-13 | Lindsey | Field |
| 757 | Real Irvine W | C | 24-Apr-13 | Xiaoxi | Zhang |
| 757 | Real Irvine W | C | 24-Apr-13 | Kate | Poury |
| 757 | Real Irvine W | C | 24-Apr-13 | Meridith | Lowe |
| 757 | Real Irvine W | C | 24-Apr-13 | Emily | Deck |
| 757 | Real Irvine W | C | 24-Apr-13 | Jessica | Filmer |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| | | | | | |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 257 | Real Fusion W | IC | 13-Apr-17 | Anne | Maher |
| 257 | Real Fusion W | IC | 13-Apr-17 | Elizabeth | Flamini |
| 257 | Real Fusion W | IC | 13-Apr-17 | Frank | Kinyon |
| 257 | Real Fusion W | IC | 13-Apr-17 | Karin | Ravlstad |
| 257 | Real Fusion W | IC | 13-Apr-17 | Megan | Ulrich |
| 257 | Real Fusion W | IC | 13-Apr-17 | Michelle | Lutz |
| 257 | Real Fusion W | IC | 13-Apr-17 | Mirella | Ricchetti-Galloway |
| 257 | Real Fusion W | IC | 13-Apr-17 | Sean | Gray |
| 257 | Real Fusion W | IC | 13-Apr-17 | Anne | Grant |
| 257 | Real Fusion W | IC | 13-Apr-17 | Carl | Jones |
| 257 | Real Fusion W | IC | 13-Apr-17 | Elizabeth | Dawson |
| 257 | Real Fusion W | IC | 13-Apr-17 | James | Watson |
| 257 | Real Fusion W | IC | 13-Apr-17 | Kimberly | Pearson |
| 257 | Real Fusion W | IC | 13-Apr-17 | Abigail | Schnapf |
| 257 | Real Fusion W | IC | 13-Apr-17 | Alba | Pratt |
| 257 | Real Fusion W | IC | 13-Apr-17 | Christopher | Ross |
| 257 | Real Fusion W | IC | 13-Apr-17 | Gauri | Bhalekar |
| 257 | Real Fusion W | IC | 13-Apr-17 | Liz | Monte |
| 257 | Real Fusion W | IC | 13-Apr-17 | Lisa | Galloway-Rolling |
| 257 | Real Fusion W | IC | 13-Apr-17 | Mu | Long |
| 257 | Real Fusion W | IC | 13-Apr-17 | Marc | Abourezk |
| 257 | Real Fusion W | IC | 13-Apr-17 | Megan | Mahon |
| 257 | Real Fusion W | IC | 13-Apr-17 | Rose | Lambert-Ladlow |
| 257 | Real Fusion W | IC | 13-Apr-17 | Steve | White |
| 257 | Real Fusion W | IC | 12-Jun-17 | Thomas | Crane |
| 257 | Real Fusion W | IC | 12-Jun-17 | Kristen | Cook |
| 257 | Real Fusion W | IC | 12-Jun-17 | Bin | Lei |
| 257 | Real Fusion W | IC | 12-Jun-17 | Theresa | Mingle |
| 257 | Real Fusion W | IS | 12-Jun-17 | Chris | Browne |
| 257 | Real Fusion W | IC | 29-Jun-17 | John | Dougherty |
| 257 | Real Fusion W | IC | 29-Jun-17 | Nathan | Berger |
| 257 | Real Fusion W | IC | 29-Jun-17 | Paul | Cullen |
| 257 | Real Fusion W | IC | 29-Jun-17 | Joseph | Giunta |
| 257 | Real Fusion W | IC | 29-Jun-17 | Laura | Dvornik |
| 257 | Real Fusion W | IC | 29-Jun-17 | Christine | Zubek |
| 257 | Real Fusion W | AN | 21-Jul-17 | Jarrod | Williams |
| 257 | Real Fusion W | AN | 21-Jul-17 | David | Bonetta |
| 257 | Real Fusion W | AN | 21-Jul-17 | Jesse | Coffey |
| 257 | Real Fusion W | AN | 21-Jul-17 | Sunita | Sheth |
| 257 | Real Fusion W | AN | 21-Jul-17 | Vincent | Bartolillo |
| 257 | Real Fusion W | AN | 21-Jul-17 | Leyland | Pope |
| 257 | Real Fusion W | AN | 21-Jul-17 | Daniel | Thomas |
| 257 | Real Fusion W | AN | 21-Jul-17 | David | Bryant |
| 257 | Real Fusion W | AN | 21-Jul-17 | Eduardo | Suarez |
| 257 | Real Fusion W | AN | 21-Jul-17 | Jillian | Bishop |
| 257 | Real Fusion W | AN | 21-Jul-17 | Joseph | Spina Jr |
| 257 | Real Fusion W | AN | 21-Jul-17 | Kyle | O Neill |
| 257 | Real Fusion W | AN | 21-Jul-17 | Ryan | Tadeo |
| 257 | Real Fusion W | AC | 11-Aug-17 | Alexis | Ortega |
| 257 | Real Fusion W | AN | 11-Aug-17 | Britt | Bryant |
| 257 | Real Fusion W | AN | 11-Aug-17 | Kimberly | Pearson |
| 257 | Real Fusion W | D | 29-Aug-17 | Megan | O Connor |
| 257 | Real Fusion W | D | 29-Aug-17 | Sarah | Bray |
| 257 | Real Fusion W | D | 29-Aug-17 | Lynn | Sinder |
| 257 | Real Fusion W | D | 29-Aug-17 | Manuel | Otero-Gudino |
| 257 | Real Fusion W | D | 29-Aug-17 | Heather | Slusek |
| 257 | Real Fusion W | D | 1-Sep-17 | Cecilia | Godeo |
| 257 | Real Fusion W | IC | 25-Sep-17 | Lorraine | Connell |
| 257 | Real Fusion W | AN | 26-Oct-17 | Junxi | Chen |
| 257 | Real Fusion W | D | 27-Oct-17 | Meaghan | Frank |
| 257 | Real Fusion W | IC | 27-Nov-17 | Frank | McLaughlin |
| 257 | Real Fusion W | IC | 27-Nov-17 | Rhiannon | Fabel |
| 257 | Real Fusion W | IC | 19-Dec-17 | Ariadna | Bocu |
| 257 | Real Fusion W | IC | 19-Dec-17 | Kate | Wilson |
| 257 | Real Fusion W | IC | 19-Dec-17 | Andrew | McKenna |
| 257 | Real Fusion W | IC | 19-Dec-17 | Elena | Borecki |
| 257 | Real Fusion W | IC | 19-Dec-17 | Jocelyn | Boone |
| 257 | Real Fusion W | IC | 19-Dec-17 | Lauren | Bell |
| 257 | Real Fusion W | IC | 19-Dec-17 | Na | Zhang |
| 257 | Real Fusion W | IC | 19-Dec-17 | Leigh Ann | Wilson |
| 257 | Real Fusion W | IC | 19-Dec-17 | Meilei | Tang |
| 257 | Real Fusion W | IC | 19-Dec-17 | Nicholas | Pontrelli |
| 257 | Real Fusion W | IC | 19-Dec-17 | Scott | Arnold |
| 257 | Real Fusion W | IC | 19-Dec-17 | Sheri | Tate |
| 257 | Real Fusion W | IC | 19-Dec-17 | Alexa | Lyon |
| 257 | Real Fusion W | IC | 19-Dec-17 | Amanda | Simmons |
| 257 | Real Fusion W | IC | 19-Dec-17 | Lauren | Biederman |
| 257 | Real Fusion W | IC | 19-Dec-17 | Rachel | Brown |
| 257 | Real Fusion W | IC | 19-Dec-17 | Susan | Winner |
| 257 | Real Fusion W | IC | 23-Jan-18 | Celia | Shaykevich |
| 257 | Real Fusion W | IC | 23-Jan-18 | Heidi | Boswell |
| 257 | Real Fusion W | IC | 23-Jan-18 | Nicholas | Rapagnani |
| 257 | Real Fusion W | IC | 23-Jan-18 | Lisa | Rutt |
| 257 | Real Fusion W | D | 14-Feb-18 | Patrick | Stedman |
| 257 | Real Fusion W | AN | 16-Mar-18 | Abigail | Schnapf |
| 257 | Real Fusion W | AN | 16-Mar-18 | Christine | Zubek |
| 257 | Real Fusion W | AN | 16-Mar-18 | Jacquelyn | Cuomo |
| 257 | Real Fusion W | AN | 16-Mar-18 | David | Costanzo |
| 257 | Real Fusion W | AN | 16-Mar-18 | Debbie | Greenberg |
| 257 | Real Fusion W | AN | 16-Mar-18 | John | Dooley |
| 257 | Real Fusion W | AN | 16-Mar-18 | Kelly | Edwards |
| 257 | Real Fusion W | AN | 16-Mar-18 | Mandie | Page |
| 257 | Real Fusion W | AN | 16-Mar-18 | Megan | Ulrich |
| 257 | Real Fusion W | AN | 16-Mar-18 | Kristy | Powell |
| 257 | Real Fusion W | AN | 16-Mar-18 | Ming-Yi | Chou |
| 257 | Real Fusion W | AN | 16-Mar-18 | Nathan | Berger |
| 257 | Real Fusion W | AN | 16-Mar-18 | Thomas | Crane |
| 257 | Real Fusion W | AN | 16-Mar-18 | Joshua | Jordan |
| 257 | Real Fusion W | AN | 16-Mar-18 | Xufan | Tian |
| 257 | Real Fusion W | D | 12-Apr-18 | Anthony | Gatti |
| 257 | Real Fusion W | D | 12-Apr-18 | Abner | Stryker Jr |
| 257 | Real Fusion W | IC | 12-Apr-18 | Bradley | Giuliano |
| 257 | Real Fusion W | IC | 12-Apr-18 | Claudia | Cieslik |
| 257 | Real Fusion W | IC | 12-Apr-18 | Gregory | Smith |
| 257 | Real Fusion W | IC | 12-Apr-18 | Hillary | Farmer |
| 257 | Real Fusion W | IC | 12-Apr-18 | Jingyi | Li |
| 257 | Real Fusion W | IC | 12-Apr-18 | Matthew | Bemis |
| 257 | Real Fusion W | D | 12-Apr-18 | Gianni | De Nicola |
| 257 | Real Fusion W | IC | 12-Apr-18 | Ashley | Jose |
| 257 | Real Fusion W | IC | 12-Apr-18 | Jonathan | Jackson |
| 257 | Real Fusion W | IC | 12-Apr-18 | Louise | Morin |
| 257 | Real Fusion W | IC | 12-Apr-18 | Benjamin | Dawson |
| 257 | Real Fusion W | IC | 12-Apr-18 | Claudia | Stahl |
| 257 | Real Fusion W | IC | 12-Apr-18 | Jordan | Sill |
| 257 | Real Fusion W | IC | 12-Apr-18 | Peter | Ruccias |
| 257 | Real Fusion W | IC | 12-Apr-18 | William | Donovan |
| 257 | Real Fusion W | IC | 12-Apr-18 | Dominique | Asuncion |
| 257 | Real Fusion W | IC | 12-Apr-18 | Dustin | Grymala |
| 257 | Real Fusion W | IC | 12-Apr-18 | Michael | Nagy |
| 257 | Real Fusion W | IC | 12-Apr-18 | Mitchell | Baker |
| 257 | Real Fusion W | IC | 12-Apr-18 | Raymond | Slater |
| 257 | Real Fusion W | IC | 12-Apr-18 | Theodore | Petrou |
| 257 | Real Fusion W | AN | 18-May-18 | Johnny | Thompson |
| 257 | Real Fusion W | IC | 7-Jun-18 | Jesse | Mee |
| 257 | Real Fusion W | IC | 7-Jun-18 | Alanna | Slater |
| 257 | Real Fusion W | IC | 7-Jun-18 | Thomas | Brown |
| 257 | Real Fusion W | IC | 7-Jun-18 | Tina | Xie |
| 257 | Real Fusion W | IC | 7-Jun-18 | Vinit | Patel |
| 257 | Real Fusion W | IS | 7-Jun-18 | Alex | Chang |
| 257 | Real Fusion W | IS | 7-Jun-18 | Dustin | Grymala |
| 257 | Real Fusion W | IC | 2-Jul-18 | Monica | Gurol |
| 257 | Real Fusion W | IC | 2-Jul-18 | Paul | Snieckus |
| 257 | Real Fusion W | IC | 2-Jul-18 | Sean | Croft |
| 257 | Real Fusion W | IC | 2-Jul-18 | Xiaoyu | Yu |
| 257 | Real Fusion W | D | 9-Jul-18 | Samuel | Landegrift |
| 257 | Real Fusion W | D | 9-Jul-18 | Mark | Wallace |
| 257 | Real Fusion W | AN | 19-Jul-18 | Steve | White |
| 257 | Real Fusion W | AN | 19-Jul-18 | Candace | Olsen |
| 257 | Real Fusion W | AN | 20-Jul-18 | Ariadna | Bocu |
| 257 | Real Fusion W | AN | 20-Jul-18 | Ryan | Matthews |
| 257 | Real Fusion W | AN | 20-Jul-18 | Sagar | Nayak |
| 257 | Real Fusion W | AN | 20-Jul-18 | Alexander | Boccanelli |
| 257 | Real Fusion W | AN | 20-Jul-18 | Maureen | Shannon |
| 257 | Real Fusion W | AN | 20-Jul-18 | Liz | Monte |
| 257 | Real Fusion W | AN | 20-Jul-18 | Lisa | Rutt |
| 257 | Real Fusion W | AN | 20-Jul-18 | Andrew | Dick |
| 257 | Real Fusion W | AN | 20-Jul-18 | Celia | Shaykevich |
| 257 | Real Fusion W | AN | 9-Aug-18 | Dena | Closson |
| 257 | Real Fusion W | AN | 9-Aug-18 | Michele | Gargiulo |
| 257 | Real Fusion W | D | 17-Aug-18 | Matthew | Blouse |
| 257 | Real Fusion W | D | 17-Aug-18 | Danielle | Donovan |
| 257 | Real Fusion W | D | 17-Aug-18 | David | Lofstrom |
| 257 | Real Fusion W | D | 17-Aug-18 | T. Reginald | Solomon |
| 257 | Real Fusion W | D | 3-Sep-18 | Ryan | Daly |
| 257 | Real Fusion W | D | 3-Sep-18 | Michelle | McGovern |
| 257 | Real Fusion W | D | 3-Sep-18 | Austin | Heidt |
| 257 | Real Fusion W | D | 3-Sep-18 | Katy | Long |
| 257 | Real Fusion W | IC | 17-Sep-18 | Nidhi | Champaneri |
| 257 | Real Fusion W | IC | 8-Oct-18 | Chris | Webb |
| 257 | Real Fusion W | IC | 8-Oct-18 | Jeff | Thistle |
| 257 | Real Fusion W | PS | 25-Nov-18 | Ronald | Leopardini |
| 257 | Real Fusion W | IC | 26-Nov-18 | Gurmehar | Kalra |
| 257 | Real Fusion W | IC | 26-Nov-18 | Kaitlyn | Hafton |
| 257 | Real Fusion W | IC | 26-Nov-18 | Christopher | James |
| 257 | Real Fusion W | IC | 26-Nov-18 | Kaixi | Zhu |
| 257 | Real Fusion W | IC | 19-Dec-18 | Christopher | Ackins |
| 257 | Real Fusion W | IC | 19-Dec-18 | Louis | Boon |
| 257 | Real Fusion W | IC | 19-Dec-18 | Scott | Hudson |
| 257 | Real Fusion W | IC | 19-Dec-18 | Tyler | Ahlen |
| 257 | Real Fusion W | IC | 19-Dec-18 | Jeffrey | Frederick |
| 257 | Real Fusion W | IC | 19-Dec-18 | Jessica | Iocco |
| 257 | Real Fusion W | IC | 19-Dec-18 | Justine | Dilon |
| 257 | Real Fusion W | IC | 19-Dec-18 | Matthew | Zimmowitz |
| 257 | Real Fusion W | IC | 19-Dec-18 | Celeste | Chadwick |
| 257 | Real Fusion W | IC | 19-Dec-18 | Jay | Chadwick |
| 257 | Real Fusion W | PS | 20-Dec-18 | Michael | Zandanel |
| 257 | Real Fusion W | D | 11-Jan-19 | Noelle | Allen |
| 257 | Real Fusion W | AN | 11-Jan-19 | Derek | Smith |
| 257 | Real Fusion W | IC | 28-Jan-19 | Kim | Akhtar |
| 257 | Real Fusion W | IC | 31-Jan-19 | Isaac | Clark |
| 257 | Real Fusion W | IC | 31-Jan-19 | Guy | Fardone |
| 257 | Real Fusion W | D | 13-Feb-19 | Philip | Burnes |
| 257 | Real Fusion W | AN | 11-Mar-19 | Kristin | Pryor |
| 257 | Real Fusion W | AN | 11-Mar-19 | Eric | Gorman |
| 257 | Real Fusion W | AN | 13-Mar-19 | Mackenzie | Watson |
| 257 | Real Fusion W | AN | 15-Mar-19 | Benjamin | Dawson |
| 257 | Real Fusion W | AN | 15-Mar-19 | Holly | Malfitani |
| 257 | Real Fusion W | AN | 15-Mar-19 | Kathryn | Giordano |
| 257 | Real Fusion W | AN | 15-Mar-19 | Louise | Morin |
| 257 | Real Fusion W | AN | 15-Mar-19 | Raymond | Slater |
| 257 | Real Fusion W | AN | 15-Mar-19 | Michael | Burlis |
| 257 | Real Fusion W | AN | 15-Mar-19 | Bin | Lei |
| 257 | Real Fusion W | AN | 15-Mar-19 | Bradley | Giuliano |
| 257 | Real Fusion W | AN | 15-Mar-19 | Peter | Ruccias |
| 257 | Real Fusion W | AN | 15-Mar-19 | Shengli | Hu |
| 257 | Real Fusion W | AN | 15-Mar-19 | Shane | Chen |
| 257 | Real Fusion W | D | 4-Apr-19 | Marilee | Bostic |
| 257 | Real Fusion W | D | 4-Apr-19 | Daniel | Layne |
| 257 | Real Fusion W | D | 4-Apr-19 | Jennifer | Burgos de Jimenez |
| 257 | Real Fusion W | D | 4-Apr-19 | Sebastian | Leder |
| 257 | Real Fusion W | D | 4-Apr-19 | Chris | Stadler |
| 257 | Real Fusion W | F | 15-Apr-19 | Alan | Tompkins |
| 257 | Real Fusion W | IC | 15-Apr-19 | Alexis | Martin |
| 257 | Real Fusion W | IC | 15-Apr-19 | Alie | Passage |
| 257 | Real Fusion W | IC | 15-Apr-19 | Anthony | Liverpool |
| 257 | Real Fusion W | IC | 15-Apr-19 | Jacquelyn | Rivas |
| 257 | Real Fusion W | IC | 15-Apr-19 | Justin | Buckholz |
| 257 | Real Fusion W | IC | 15-Apr-19 | Morgan | Fletcher |
| 257 | Real Fusion W | IC | 15-Apr-19 | Brittany | Lawrence |
| 257 | Real Fusion W | IC | 15-Apr-19 | Carrie Beth | Candeto |
| 257 | Real Fusion W | IC | 15-Apr-19 | John | Jameson |
| 257 | Real Fusion W | IC | 15-Apr-19 | Kevin | Ortman |
| 257 | Real Fusion W | IC | 15-Apr-19 | Louis | Dimino |
| 257 | Real Fusion W | IC | 15-Apr-19 | William | Fritz |
| 257 | Real Fusion W | IC | 15-Apr-19 | Holly | Fusco |
| 257 | Real Fusion W | IC | 15-Apr-19 | Karin | Kozlowski |
| 257 | Real Fusion W | IC | 15-Apr-19 | Leon | Dean |
| 257 | Real Fusion W | IC | 15-Apr-19 | Morgan | Thomas |
| 257 | Real Fusion W | IC | 15-Apr-19 | Salvatore | Iovino |
| 257 | Real Fusion W | IC | 15-Apr-19 | Ashley | Hayden |
| 257 | Real Fusion W | IC | 15-Apr-19 | Robert | Withers |
| 257 | Real Fusion W | IC | 18-Apr-19 | Tom | Steinhauser |
| 257 | Real Fusion W | IS | 7-Jun-19 | Ross | Israel |
| 257 | Real Fusion W | IC | 7-Jun-19 | Thad | Gehringer |
| 257 | Real Fusion W | F | 10-Jun-19 | Gregory | Roseth |
| 257 | Real Fusion W | F | 10-Jun-19 | Jonathan | Kloepping |
| 257 | Real Fusion W | IC | 2-Jul-19 | Nicholas | Mamone |
| 257 | Real Fusion W | IC | 2-Jul-19 | Christopher | Kubat |
| 257 | Real Fusion W | PS | 5-Jul-19 | Colleen | Nealon |
| 257 | Real Fusion W | PS | 5-Jul-19 | Lindsey | McCormick Bares |

| | | | | | |
|---|---|---|---|---|---|
| 757 | Real Irvine W | F | 5-Jul-19 | Suzanne | Girard |
| 757 | Real Irvine W | FS | 5-Jul-19 | Jonathan | Kloepping |
| 757 | Real Irvine W | AN | 23-Jul-19 | Gauri | Mhaisker |
| 757 | Real Irvine W | AN | 23-Jul-19 | Karin | Rockstad |
| 757 | Real Irvine W | AN | 26-Jul-19 | Isaac | Clark |
| 757 | Real Irvine W | AN | 26-Jul-19 | James E | Smith Jr |
| 757 | Real Irvine W | AN | 26-Jul-19 | Anders | Dieck |
| 757 | Real Irvine W | AN | 26-Jul-19 | Angela | Ricotti |
| 757 | Real Irvine W | AN | 26-Jul-19 | Jay | Chadwick |
| 757 | Real Irvine W | AN | 26-Jul-19 | Joseph | Giunta |
| 757 | Real Irvine W | D | 31-Jul-19 | Jennifer | Foucher |
| 757 | Real Irvine W | D | 31-Jul-19 | Heather | Smith |
| 757 | Real Irvine W | IC | 7-Aug-19 | Kristen | Eliopoulos |
| 757 | Real Irvine W | F | 9-Aug-19 | Jimmy | Chen |
| 757 | Real Irvine W | AN | 9-Aug-19 | Leigh Ann | Wilson |
| 757 | Real Irvine W | F | 9-Aug-19 | Alex | Gorgan |
| 757 | Real Irvine W | AN | 9-Aug-19 | William | Cobb |
| 757 | Real Irvine W | F | 9-Aug-19 | Lindsey | McCormick Ryan |
| 757 | Real Irvine W | D | 16-Aug-19 | Annie | Edgerton |
| 757 | Real Irvine W | D | 16-Aug-19 | Sarah | Heath |
| 757 | Real Irvine W | D | 16-Aug-19 | Bradley | McGurr |
| 757 | Real Irvine W | D | 16-Aug-19 | Gary | Suentner |
| 757 | Real Irvine W | D | 30-Aug-19 | Dolores | Peralta |
| 757 | Real Irvine W | D | 30-Aug-19 | Scott | Stephenson |
| 757 | Real Irvine W | D | 30-Aug-19 | Holly | Shaw |
| 757 | Real Irvine W | IW | 18-Nov-19 | Wenyue | Wang |
| 757 | Real Irvine W | AN | 18-Dec-19 | Nanvir | Shah |
| 757 | Real Irvine W | IW | 24-Dec-19 | Brad | Brostedt |
| 757 | Real Irvine W | IW | 24-Dec-19 | Chengyuang | Zue |
| 757 | Real Irvine W | IW | 24-Dec-19 | Lori | Rohling |
| 757 | Real Irvine W | IW | 24-Dec-19 | Mark | Kapcho |
| 757 | Real Irvine W | IW | 24-Dec-19 | Michelle | Williams |
| 757 | Real Irvine W | IW | 24-Dec-19 | William | Higgins |
| 757 | Real Irvine W | IC | 24-Dec-19 | Jacques | van der zwan |
| 757 | Real Irvine W | IS | 24-Dec-19 | Dan | Adams |
| 757 | Real Irvine W | IW | 24-Dec-19 | Alex | Gorgan |
| 757 | Real Irvine W | IW | 24-Dec-19 | Brent | Robinson |
| 757 | Real Irvine W | IW | 24-Dec-19 | Christina | Ricketts |
| 757 | Real Irvine W | IW | 24-Dec-19 | Kacey | Grinups |
| 757 | Real Irvine W | IW | 24-Dec-19 | Lindsey | Figueroa |
| 757 | Real Irvine W | IW | 24-Dec-19 | Mackenzie | Horman |
| 757 | Real Irvine W | IW | 24-Dec-19 | Silvia | Dalchau-Posada |
| 757 | Real Irvine W | IW | 24-Dec-19 | Tracey | Moriarty |
| 757 | Real Irvine W | IC | 24-Dec-19 | Rachel | Muench |
| 757 | Real Irvine W | IW | 24-Dec-19 | Justin | Good |
| 757 | Real Irvine W | IW | 24-Dec-19 | Sheryl | Bosse |
| 757 | Real Irvine W | IS | 24-Dec-19 | Colleen | Nealon |
| 757 | Real Irvine W | IW | 24-Dec-19 | Denise | McGinn |
| 757 | Real Irvine W | IW | 24-Dec-19 | Martin | Gottlieb Hollis |
| 757 | Real Irvine W | AN | 9-Jan-20 | Melinda | McCarthy |
| 757 | Real Irvine W | F | 29-Jan-20 | Erin | McCool |
| 757 | Real Irvine W | F | 29-Jan-20 | Noelle | Ceninelli |
| 757 | Real Irvine W | F | 29-Jan-20 | Kyle | Pesce |
| 757 | Real Irvine W | IW | 30-Jan-20 | Christopher | Caruso |
| 757 | Real Irvine W | IW | 30-Jan-20 | Natalie | Caruso |
| 757 | Real Irvine W | IW | 30-Jan-20 | Pablo | Gutierrez Soto |
| 757 | Real Irvine W | IW | 30-Jan-20 | Sarah | Paton |
| 757 | Real Irvine W | IW | 3-Feb-20 | Larry | Smith |
| 757 | Real Irvine W | IW | 3-Feb-20 | John | Bufford |
| 757 | Real Irvine W | IW | 3-Feb-20 | Kelly Jo | Egan |
| 757 | Real Irvine W | IW | 3-Feb-20 | Xiomara | Bonilla Lugo |
| 757 | Real Irvine W | IW | 3-Feb-20 | Paula | Fein |
| 757 | Real Irvine W | IW | 3-Feb-20 | Nicholas | Matheus |
| 757 | Real Irvine W | D | 13-Feb-20 | Christopher | Sachs |
| 757 | Real Irvine W | D | 13-Feb-20 | Cara | Patterson |
| 757 | Real Irvine W | D | 13-Feb-20 | Teresa | Elkad |
| 757 | Real Irvine W | DW | 13-Feb-20 | Maureen | Boyer |
| 757 | Real Irvine W | D | 13-Feb-20 | Maureen | Boyer |
| 757 | Real Irvine W | D | 13-Feb-20 | Jill | Zimowski |
| 757 | Real Irvine W | DW | 13-Feb-20 | Cara | Patterson |
| 757 | Real Irvine W | DW | 13-Feb-20 | Teresa | Elkad |
| 757 | Real Irvine W | D | 3-Mar-20 | Reshmi | Primbari |
| 757 | Real Irvine W | AN | 13-Mar-20 | Nicholas | Moreno |
| 757 | Real Irvine W | AN | 13-Mar-20 | Ian | Wolf |
| 757 | Real Irvine W | AN | 13-Mar-20 | Morgan | Fletcher |
| 757 | Real Irvine W | AN | 13-Mar-20 | Jocelyn | Burns |
| 757 | Real Irvine W | AN | 13-Mar-20 | Russell | Johnson |
| 757 | Real Irvine W | AN | 13-Mar-20 | Thad | Gehringer |
| 757 | Real Irvine W | DW | 8-Apr-20 | Roy | Jay |
| 757 | Real Irvine W | IW | 14-Apr-20 | Renzi | Foo |
| 757 | Real Irvine W | IW | 14-Apr-20 | Constance | De Uriarte |
| 757 | Real Irvine W | DW | 29-Apr-20 | Don | Duckeman |
| 757 | Real Irvine W | DW | 29-Apr-20 | Kara | Joseph |
| 757 | Real Irvine W | DW | 29-Apr-20 | Susan | Lynham |
| 757 | Real Irvine W | DW | 1-Jun-20 | Lisa M. | Duckeman |
| 757 | Real Irvine W | F | 2-Oct-20 | Aaron | Cohen |
| 757 | Real Irvine W | FS | 2-Oct-20 | Olivia | Baranowski |
| 757 | Real Irvine W | IW | 15-Oct-20 | Shelly | Silva |
| 757 | Real Irvine W | IW | 15-Oct-20 | Douglas | Smith |
| 757 | Real Irvine W | IW | 15-Oct-20 | Ethan | Wilson |
| 757 | Real Irvine W | IW | 15-Oct-20 | Kyle | Pesce |
| 757 | Real Irvine W | IW | 15-Oct-20 | Amy | Franchio |
| 757 | Real Irvine W | IW | 15-Oct-20 | Amelie | Laplume |
| 757 | Real Irvine W | IW | 15-Oct-20 | Laura | Colozzi |
| 757 | Real Irvine W | IW | 15-Oct-20 | Randy | Wojcicki |
| 757 | Real Irvine W | IW | 15-Oct-20 | Audrey | O Rourke |
| 757 | Real Irvine W | IW | 15-Oct-20 | Georgia | Mackay |
| 757 | Real Irvine W | IW | 15-Oct-20 | Phil | Tartaglione |
| 757 | Real Irvine W | IW | 15-Oct-20 | Sofia | Romero |
| 757 | Real Irvine W | DW | 20-Nov-20 | Andrew | Dick |
| 757 | Real Irvine W | AN | 24-Nov-20 | Jeffrey | Frederick |
| 757 | Real Irvine W | AN | 1-Dec-20 | Jennifer | Perry |
| 757 | Real Irvine W | AN | 1-Dec-20 | Monica | Gazal |
| 757 | Real Irvine W | AN | 1-Dec-20 | Gary | Bunner |
| 757 | Real Irvine W | AN | 1-Dec-20 | Sarah | Paton |
| 757 | Real Irvine W | DW | 27-Jan-21 | Daniel | Thomas |
| 757 | Real Irvine W | IW | 1-Feb-21 | Claudia | Magfay |
| 757 | Real Irvine W | DW | 5-Feb-21 | Shengli | Hu |
| 757 | Real Irvine W | DW | 5-Feb-21 | Sophie | Habendeau |
| 757 | Real Irvine W | DW | 5-Feb-21 | Susan | Kim |
| 757 | Real Irvine W | D | 5-Feb-21 | Melissa | Graeff |
| 757 | Real Irvine W | AN | 25-Feb-21 | Jacques | van der zwan |
| 757 | Real Irvine W | AN | 25-Feb-21 | Phil | Tartaglione |
| 757 | Real Irvine W | AN | 25-Feb-21 | Denise | McGinn |
| 757 | Real Irvine W | AN | 25-Feb-21 | Georgia | Mackay |
| 757 | Real Irvine W | F | 12-Mar-21 | Rachel | Mills |
| 757 | Real Irvine W | DW | 19-Apr-21 | Lisa | Hanger |
| 757 | Real Irvine W | DW | 19-Apr-21 | Sacha | Tsotava |
| 757 | Real Irvine W | DW | 19-Apr-21 | Tatiana | Gans |
| 757 | Real Irvine W | DW | 19-Apr-21 | Cory | Lipoff |
| 757 | Real Irvine W | F | 21-Apr-21 | Caroline | Coral |
| 757 | Real Irvine W | F | 21-Apr-21 | Daniel | Farrular |
| 757 | Real Irvine W | IS | 23-Apr-21 | Danielle | Seab |
| 757 | Real Irvine W | FS | 23-Apr-21 | Danielle | Seab |
| 757 | Real Irvine W | IW | 25-May-21 | Dustin | Dowdle |
| 757 | Real Irvine W | IW | 25-May-21 | Emily | Secken |
| 757 | Real Irvine W | IW | 25-May-21 | Leah | Berney |
| 757 | Real Irvine W | IW | 25-May-21 | Ross | Israel |
| 757 | Real Irvine W | IW | 25-May-21 | Steven | Posner |
| 757 | Real Irvine W | IW | 25-May-21 | Yen Yu | Liu |
| 757 | Real Irvine W | IW | 25-May-21 | Hayley | Simmons |
| 757 | Real Irvine W | IW | 25-May-21 | Kevin | Thompson |
| 757 | Real Irvine W | IW | 25-May-21 | Marni | Conboy |
| 757 | Real Irvine W | IW | 25-May-21 | Steven | McGinley |
| 757 | Real Irvine W | IW | 24-Jun-21 | Jay | Milgrom |
| 757 | Real Irvine W | IW | 24-Jun-21 | Cameron | Walton |
| 757 | Real Irvine W | IW | 24-Jun-21 | Gabrielle | Gaeta |
| 757 | Real Irvine W | IW | 24-Jun-21 | Mark | McKeever |
| 757 | Real Irvine W | IW | 24-Jun-21 | Sarah | Blagg |
| 757 | Real Irvine W | IS | 10-Sep-21 | Olivia | Baranowski |
| 757 | Real Irvine W | F | 13-Sep-21 | Eric | Pfitzner |
| 757 | Real Irvine W | F | 13-Sep-21 | Michael | Dalton |
| 757 | Real Irvine W | F | 13-Sep-21 | Madena | Kuci |
| 757 | Real Irvine W | DW | 23-Sep-21 | Anthony | Magro |
| 757 | Real Irvine W | IW | 23-Sep-21 | Caitlin | Crawford |
| 757 | Real Irvine W | IW | 23-Sep-21 | Carlos | Santiago |
| 757 | Real Irvine W | IW | 23-Sep-21 | Laura | Dickens |
| 757 | Real Irvine W | IW | 23-Sep-21 | Linghui | Tai |
| 757 | Real Irvine W | IW | 23-Sep-21 | Natalie | Soltis |
| 757 | Real Irvine W | IW | 23-Sep-21 | Vicki | Gailinas |
| 757 | Real Irvine W | IW | 23-Sep-21 | Diana | Archer |
| 757 | Real Irvine W | IW | 23-Sep-21 | Steven | Haddad |
| 757 | Real Irvine W | DW | 28-Sep-21 | Arindam | Basu |
| 757 | Real Irvine W | DW | 28-Sep-21 | Adriana | Aga |
| 757 | Real Irvine W | DW | 28-Sep-21 | Thomas | Kolydan |
| 757 | Real Irvine W | DW | 25-Oct-21 | Edward | Lee |
| 757 | Real Irvine W | DW | 25-Oct-21 | Sharyn | Kenya de Vollenbeke |
| 757 | Real Irvine W | DW | 25-Oct-21 | Sunita | Sheth |
| 757 | Real Irvine W | IW | 25-Oct-21 | Samantha | Trivisio |
| 757 | Real Irvine W | F | 23-Nov-21 | Victoria | Beillert |
| 757 | Real Irvine W | IW | 23-Nov-21 | Andrei | Antonenko |
| 757 | Real Irvine W | IW | 23-Nov-21 | Jennifer | Conrad |
| 757 | Real Irvine W | IW | 23-Nov-21 | Lisha | Qiu |
| 757 | Real Irvine W | SA | 29-Nov-21 | Spencer | Cobrin |
| 757 | Real Irvine W | DW | 7-Jan-22 | Kevin | Stoffler |
| 757 | Real Irvine W | DW | 7-Jan-22 | Raymond | Bugaria |
| 757 | Real Irvine W | DW | 7-Jan-22 | Ryan | Tadeo |
| 757 | Real Irvine W | IW | 11-Jan-22 | Megan | Harley |
| 757 | Real Irvine W | IW | 11-Jan-22 | Olivia | Utt |
| 757 | Real Irvine W | IW | 11-Jan-22 | Ben | Tillotson |
| 757 | Real Irvine W | IW | 11-Jan-22 | Amanda | Clark |
| 757 | Real Irvine W | IW | 11-Jan-22 | Ryan | Sollum |
| 757 | Real Irvine W | IW | 11-Jan-22 | Hillary | Le |
| 757 | Real Irvine W | IW | 11-Jan-22 | Natalie | Szczepaniak |
| 757 | Real Irvine W | IW | 11-Jan-22 | Bryan | Cai |
| 757 | Real Irvine W | IW | 11-Jan-22 | Demetra | Stamos |
| 757 | Real Irvine W | IW | 11-Jan-22 | Emma | Schmidt |
| 757 | Real Irvine W | IW | 11-Jan-22 | Illeana | Hogue |
| 757 | Real Irvine W | IW | 11-Jan-22 | Mahyari | Sotoudeh |
| 757 | Real Irvine W | IW | 11-Jan-22 | Alyssa | Ellis |
| 757 | Real Irvine W | IW | 11-Jan-22 | Carolyn | Nelson |
| 757 | Real Irvine W | IW | 11-Jan-22 | Jeff | Greenblatt |
| 757 | Real Irvine W | IW | 11-Jan-22 | Jennifer | Adams |
| 757 | Real Irvine W | DW | 27-Jan-22 | Thomas | Colle |
| 757 | Real Irvine W | DW | 27-Jan-22 | Lee | Pancake |
| 757 | Real Irvine W | DW | 27-Jan-22 | Trinnet P | del valle |
| 757 | Real Irvine W | DW | 27-Jan-22 | Nicholas | Castle |
| 757 | Real Irvine W | D | 27-Jan-22 | Trinnet P | del valle |
| 757 | Real Irvine W | DW | 27-Jan-22 | Walden | Pemantle |
| 757 | Real Irvine W | IW | 15-Feb-22 | Christian | Cooper |
| 757 | Real Irvine W | IW | 15-Feb-22 | Alyson | Layser |
| 757 | Real Irvine W | IW | 15-Feb-22 | David | Steiger |
| 757 | Real Irvine W | IW | 15-Feb-22 | Eric | Pfitzner |
| 757 | Real Irvine W | IW | 15-Feb-22 | Ye | He |
| 757 | Real Irvine W | AN | 16-Mar-22 | Terence | Darcy |
| 757 | Real Irvine W | AN | 16-Mar-22 | Alexander | Trudell |
| 757 | Real Irvine W | DW | 24-Mar-22 | Kimberly | Mirosavich |
| 757 | Real Irvine W | AN | 29-Mar-22 | Alexander | LaScala |
| 757 | Real Irvine W | DW | 22-Apr-22 | Anders | Dieck |
| 757 | Real Irvine W | F | 6-Jun-22 | Daniel | Santiago |
| 757 | Real Irvine W | F | 6-Jun-22 | Harvey | Scarabutto |
| 757 | Real Irvine W | F | 6-Jun-22 | Susan | Pappiki |
| 757 | Real Irvine W | F | 6-Jun-22 | Brian | Catalini |
| 757 | Real Irvine W | F | 6-Jun-22 | Emily | Joynton |
| 757 | Real Irvine W | F | 6-Jun-22 | Meredith | Hallie |
| 757 | Real Irvine W | IW | 7-Jun-22 | Dorrie | Scott |
| 757 | Real Irvine W | IW | 7-Jun-22 | Gabriel | Dallek |
| 757 | Real Irvine W | IW | 7-Jun-22 | Nick | Blackburn |
| 757 | Real Irvine W | IW | 7-Jun-22 | Sarah | Netter |
| 757 | Real Irvine W | IW | 7-Jun-22 | Bradford | Anton |
| 757 | Real Irvine W | IW | 7-Jun-22 | Debra | Perez-Costello |
| 757 | Real Irvine W | IW | 7-Jun-22 | Gregory | Bonath |
| 757 | Real Irvine W | IW | 7-Jun-22 | Nicole | Prager |
| 757 | Real Irvine W | IW | 7-Jun-22 | Richard | Guido |
| 757 | Real Irvine W | FS | 8-Jun-22 | Tyler | Burns |
| 757 | Real Irvine W | AN | 7-Jul-22 | Daniel | Sobsey |
| 757 | Real Irvine W | AN | 7-Jul-22 | Natalie | Szczepaniak |
| 757 | Real Irvine W | AN | 7-Jul-22 | Steven | Haddad |
| 757 | Real Irvine W | AN | 7-Jul-22 | Ryan | Sollum |
| 757 | Real Irvine W | AN | 7-Jul-22 | Alyssa | Ellis |
| 757 | Real Irvine W | AN | 7-Jul-22 | Hillary | Adams |
| 757 | Real Irvine W | AN | 7-Jul-22 | Jeff | Greenblatt |
| 757 | Real Irvine W | AN | 7-Jul-22 | Jennifer | Adams |
| 757 | Real Irvine W | AN | 7-Jul-22 | Mahyari | Sotoudeh |
| 757 | Real Irvine W | DW | 11-Aug-22 | Amy | Smith |
| 757 | Real Irvine W | DW | 11-Aug-22 | Georgina | Davila |
| 757 | Real Irvine W | DW | 11-Aug-22 | Kimberly | Dobkin |
| 757 | Real Irvine W | IW | 23-Aug-22 | Amanda | Blevins |
| 757 | Real Irvine W | IW | 23-Aug-22 | Violet | Lewitt |
| 757 | Real Irvine W | F | 23-Aug-22 | Nathaniel | Baker |
| 757 | Real Irvine W | IW | 23-Aug-22 | Charles | Master |
| 757 | Real Irvine W | IW | 23-Aug-22 | Michelle | Stefanelli |
| 757 | Real Irvine W | IW | 23-Aug-22 | John | Eisenlohr |
| 757 | Real Irvine W | IW | 23-Aug-22 | Adam | Fennimore |
| 757 | Real Irvine W | IW | 23-Aug-22 | Jeffrey | Holtzman |
| 757 | Real Irvine W | DW | 25-Oct-22 | Campbell | Flynt |
| 757 | Real Irvine W | DW | 25-Oct-22 | Chen | Liang |
| 757 | Real Irvine W | DW | 25-Oct-22 | Sajith | Mallakal |
| 757 | Real Irvine W | AN | 18-Nov-22 | Jennifer | Conrad |
| 757 | Real Irvine W | D | 18-Jan-23 | Justin | Kakkan |
| 757 | Real Irvine W | DW | 18-Jan-23 | Anne | Lambert |
| 757 | Real Irvine W | DW | 18-Jan-23 | Gina | Terrago |
| 757 | Real Irvine W | DW | 18-Jan-23 | Joe | Harrig |
| 757 | Real Irvine W | DW | 18-Jan-23 | Justin | Kakkan |
| 757 | Real Irvine W | D | 18-Jan-23 | Anne | Lambert |
| 757 | Real Irvine W | DW | 18-Jan-23 | Gabriela | Pinto |
| 757 | Real Irvine W | AN | 28-Feb-23 | Natalie | Caruso |
| 757 | Real Irvine W | DW | 29-Mar-23 | Emily | Mendyka |
| 757 | Real Irvine W | DW | 29-Mar-23 | Stephanie | Bussard Moorton |
| 757 | Real Irvine W | DW | 17-Aug-23 | Lisa | Barr |
| 757 | Real Irvine W | DW | 17-Aug-23 | Angela | Ricotti |
| 757 | Real Irvine W | DW | 30-Oct-23 | Lisa | Kennedy |
| 757 | Real Irvine W | DW | 30-Oct-23 | Madeline | Toh |
| 757 | Real Irvine W | DW | 23-Jan-24 | Thad | Gehringer |
| 757 | Real Irvine W | DW | 8-Apr-24 | Stéphanie | Bosche |
| 757 | Real Irvine W | AN | 12-Jul-24 | Jason | Diaz |
| 757 | Real Irvine W | DW | 3-Sep-24 | Dillon | Leach |
| 757 | Real Irvine W | AN | 11-Sep-24 | Yichun | Ding |
| 757 | Real Irvine W | DW | 28-Jan-25 | Todd | Beecomer |
| 757 | Real Irvine W | DW | 14-Aug-25 | Deniece | Bourne |
| 757 | Real Irvine W | DW | 14-Aug-25 | Jeremy | Shaw |
| 757 | Real Irvine W | DW | 30-Oct-25 | Shuge | Chen |

# Exhibit AO

| | |
|---|---|
| Level 4 Diploma in Wines and Spirits - Heather Smith | Unvalidated |
| Level 4 Diploma in Wines and Spirits - Jennifer Foucher | Validated |
| Level 4 Diploma in Wines and Spirits - Annie Edgerton | Validated |
| Level 4 Diploma in Wines and Spirits - Gary Swantner | Unvalidated |
| Level 4 Diploma in Wines and Spirits - Sarah Heath | Validated |
| Level 4 Diploma in Wines and Spirits - Dolores Peralta | Unvalidated |
| Level 4 Diploma in Wines and Spirits - Scott Stephenson | Unvalidated |
| Level 4 Diploma in Wines - Christopher Carter | Validated |
| Level 4 Diploma in Wines - Geoff Butler | Unvalidated |
| Level 4 Diploma in Wines - Michelle Ng | Unvalidated |
| Level 4 Diploma in Wines - Jennifer Baxter | Unvalidated |
| Level 4 Diploma in Wines and Spirits - Cara Patteson | Validated |
| Level 4 Diploma in Wines and Spirits - Maureen Bayer | Unvalidated |
| Level 4 Diploma in Wines and Spirits - Rashmi Primlani | Unvalidated |
| Level 4 Diploma in Wines - Roy Jay | Validated |
| Level 4 Diploma in Wines - Ashley Sherman | Unvalidated |
| Level 4 Diploma in Wines - Don Drakeman | Validated |
| Level 4 Diploma in Wines - Susan Lynham | Validated |
| Level 4 Diploma in Wines - Lisa N. Drakeman | Validated |
| Level 4 Diploma in Wines - Andrew Dick | Validated |
| Level 4 Diploma in Wines - Daniel Thomas | Validated |
| Level 4 Diploma in Wines - Shengli Hu | Validated |
| Level 4 Diploma in Wines and Spirits - Melissa Graeff | Unvalidated |
| Level 4 Diploma in Wines - Lisa Hanger | Validated |
| Level 4 Diploma in Wines - Arindam Basu | Validated |
| Level 4 Diploma in Wines - Edward Lee | Validated |
| Level 4 Diploma in Wines - Sharyn Kervyn de Volkaersbeke | Validated |
| Level 4 Diploma in Wines - Sunita Sheth | Validated |
| Level 4 Diploma in Wines - Kevin Shaffer | Validated |
| Level 4 Diploma in Wines - Ryan Tadeo | Validated |
| Level 4 Diploma in Wines - Lee Pancake | Validated |
| Level 4 Diploma in Wines - Nicholas Carrle | Validated |
| Level 4 Diploma in Wines - Walden Pemantle | Validated |
| Level 4 Diploma in Wines - Anders Divack | Validated |
| Level 4 Diploma in Wines - Amy Smith | Validated |
| Level 4 Diploma in Wines - Campbell Flynt | Validated |
| Level 4 Diploma in Wines - Chen Liang | Validated |
| Level 4 Diploma in Wines - Sajith Maliakel | Validated |
| Level 1 Award in Wines - Dao La | Validated |
| Level 1 Award in Wines - Robert McCreary | Unvalidated |
| Level 1 Award in Wines - Sullivan Demarest | Unvalidated |
| Level 1 Award in Spirits - Joseph Landolfi | Validated |
| Level 2 Award in Wines - Jose Quirits | Validated |

| | |
|---|---|
| Level 2 Award in Wines - Susan Poppiti | Validated |
| Level 2 Award in Wines - Zeke Woodson | Unvalidated |
| Level 3 Award in Wines - Jennifer Conrad | Unvalidated |
| Level 1 Award in Wines - Candice Birdsong | Validated |
| Level 1 Award in Wines - Elizabeth Cloutier | Unvalidated |
| Level 1 Award in Wines - Sangwon Kim | Validated |
| Level 1 Award in Wines - Sophia Fleites | Validated |
| Level 1 Award in Wines - Wei Su | Validated |
| Internal Assessor in Wines - Sunita Sheth | Validated |
| Level 4 Diploma in Wines - Gabriela Pinto | Validated |
| Level 4 Diploma in Wines - Gina Terrago | Validated |
| Level 4 Diploma in Wines - Joe Herrig | Validated |
| Level 4 Diploma in Wines and Spirits - Anne Lambert | Unvalidated |
| Level 4 Diploma in Wines and Spirits - Justin Kahhan | Unvalidated |
| Level 2 Award in Wines - Caroline Harrison | Unvalidated |
| Level 2 Award in Wines - Daphne Cheung | Unvalidated |
| Level 2 Award in Wines - Gabriel Leasure | Unvalidated |
| Level 2 Award in Wines - Nicholas Ranieri | Unvalidated |
| Level 2 Award in Wines - Sarah Caldwell | Unvalidated |
| Level 2 Award in Wines - Victoria Neifert | Unvalidated |
| Internal Assessor in Wines - Lisa Hanger | Validated |
| Level 1 Award in Wines - James Carter | Validated |
| Level 1 Award in Wines - Jennifer Dolan | Unvalidated |
| Level 1 Award in Wines - Morgan Zaidel | Validated |
| Level 3 Award in Wines - Natalie Caruso | Validated |
| Level 2 Award in Wines - Sangwon Kim | Validated |
| Level 3 Award in Wines - Charlotte Alsaadi | Unvalidated |
| Level 3 Award in Wines - Christopher O'Brien | Unvalidated |
| Level 1 Award in Wines - Allie Ward | Unvalidated |
| Level 1 Award in Wines - Ashley Huttick | Unvalidated |
| Level 1 Award in Wines - Celine Tobin | Unvalidated |
| Level 1 Award in Wines - Edward Vadden | Unvalidated |
| Level 1 Award in Wines - Jack Riddell | Unvalidated |
| Level 1 Award in Wines - Jimmy Boccella | Unvalidated |
| Level 1 Award in Wines - Julianne Clemens | Unvalidated |
| Level 1 Award in Wines - Kami Peck | Unvalidated |
| Level 1 Award in Wines - Katie Sacchetta | Unvalidated |
| Level 1 Award in Wines - Leah McCormick | Unvalidated |
| Level 1 Award in Wines - Mike Carroll | Unvalidated |
| Level 1 Award in Wines - Shelley Holt | Unvalidated |
| Level 1 Award in Spirits - John Aguilar | Validated |
| Level 1 Award in Wines - Allyson Schulz | Validated |
| Level 1 Award in Wines - Brian Vera Galdos | Validated |
| Level 1 Award in Wines - Gabriela Bogdanoff | Validated |

| | |
|---|---|
| Level 1 Award in Wines - James Rivette | Unvalidated |
| Level 1 Award in Wines - Michelle Norelli | Unvalidated |
| Level 1 Award in Wines - Nina Peery | Unvalidated |
| Level 1 Award in Wines - Paula Tubbs | |
| Level 1 Award in Wines - Rachel Dunston | Validated |
| Level 1 Award in Wines - Stacy Lamotta | Unvalidated |
| Level 1 Award in Wines - Thomas Greene | Validated |
| Level 2 Award in Wines - Catherine Brown | Unvalidated |
| Level 1 Award in Wines - Chris Godfrey | Unvalidated |
| Level 1 Award in Wines - Don Zajac | Unvalidated |
| Level 1 Award in Wines - Jason Gravatt | Validated |
| Level 1 Award in Wines - Jennifer Paulikens | Validated |
| Level 1 Award in Wines - Lindsay Emmons | Validated |
| Level 1 Award in Wines - Taihlor Conway | Unvalidated |
| Level 2 Award in Wines - Alicia Rouault | Unvalidated |
| Level 2 Award in Wines - Allie Ward | Unvalidated |
| Level 2 Award in Wines - Anne-Marie Hwang | Unvalidated |
| Level 2 Award in Wines - Ashley Huttick | Unvalidated |
| Level 2 Award in Wines - Edward Vadden | Unvalidated |
| Level 2 Award in Wines - Emily Joynton | Unvalidated |
| Level 2 Award in Wines - Eric Bean | Unvalidated |
| Level 2 Award in Wines - Giovanna Karpowicz | Unvalidated |
| Level 2 Award in Wines - Hoang Anh Dang | Unvalidated |
| Level 2 Award in Wines - Jack Riddell | Unvalidated |
| Level 2 Award in Wines - Jeremy Fazli | Unvalidated |
| Level 2 Award in Wines - Joseph Zitarelli | Validated |
| Level 2 Award in Wines - Julianne Clemens | Unvalidated |
| Level 2 Award in Wines - Kami Peck | Unvalidated |
| Level 2 Award in Wines - Katie Sacchetta | Unvalidated |
| Level 2 Award in Wines - Kyle Wright | Unvalidated |
| Level 2 Award in Wines - Lisa Yang | Unvalidated |
| Level 2 Award in Wines - Lyndell Wolf | Unvalidated |
| Level 2 Award in Wines - Maura Diamond | Unvalidated |
| Level 2 Award in Wines - Mehul Gaur | Unvalidated |
| Level 2 Award in Wines - Mike Carroll | Unvalidated |
| Level 2 Award in Wines - Nicole Kagen | Unvalidated |
| Level 2 Award in Wines - Qinglan Fan | Unvalidated |
| Level 2 Award in Wines - Robert O'Brien | Validated |
| Level 2 Award in Wines - Samir Gupta | Unvalidated |
| Level 2 Award in Wines - Wren Kirkpatrick | Unvalidated |
| Level 2 Award in Wines - Xuan Xu | Unvalidated |
| Level 1 Award in Wines - David Torres | Validated |
| Level 1 Award in Wines - Kristin Fackler | Unvalidated |
| Level 2 Award in Wines - Daniel DuPraw | Validated |

| | |
|---|---|
| Level 3 Award in Wines - Alex Warshauer | Unvalidated |
| Level 3 Award in Wines - Anna Kietzerow | Validated |
| Level 3 Award in Wines - Colin Snyder | Validated |
| Level 3 Award in Wines - Sangwon Kim | Validated |
| Level 3 Award in Wines - Susan Poppiti | Validated |
| Level 3 Award in Wines - Tamar Bromberg | Validated |
| Level 4 Diploma in Wines - Angela Riccetti | Validated |
| Level 4 Diploma in Wines - Lisa Rutt | Validated |
| Level 2 Award in Spirits - Nick Blackburn | Unvalidated |
| Level 2 Award in Wines - Caroline Galati | Unvalidated |
| Level 2 Award in Wines - Chris Godfrey | Unvalidated |
| Level 2 Award in Wines - Christine Rivera | Validated |
| Level 2 Award in Wines - Elizabeth Cloutier | Unvalidated |
| Level 2 Award in Wines - Lingyang Kong | Unvalidated |
| Level 1 Award in Wines - Kelley Wagner | Unvalidated |
| Level 1 Award in Wines - Lee Jin Sautter | Validated |
| Level 1 Award in Wines - Mark Niyzberg | Unvalidated |
| Level 3 Award in Wines - Douglas Deutsch | Validated |
| Level 3 Award in Wines - Genevieve Tabios | Validated |
| Level 2 Award in Wines - Christine Shipe | Validated |
| Level 2 Award in Wines - Dan De Cotiis | Unvalidated |
| Level 2 Award in Wines - Diane Roll | Unvalidated |
| Level 2 Award in Wines - Kyle Nobel | Unvalidated |
| Level 1 Award in Wines - Elena-Marie Pedro | Validated |
| Level 1 Award in Spirits - Breanna Watson | Validated |
| Level 1 Award in Wines - Michael Polidore | Unvalidated |
| Level 1 Award in Wines - Miguel Edwards | Validated |
| Level 4 Diploma in Wines - Lisa Kennedy | Unvalidated |
| Level 2 Award in Wines - Tori Beadling | Unvalidated |
| Level 1 Award in Spirits - Masataka Hoshi | Validated |
| Level 1 Award in Wines - Jeff Keenan | Validated |
| Level 1 Award in Wines - Sarah Bondzie | Validated |
| Level 1 Award in Wines - Ananya Mekapati | Unvalidated |
| Level 1 Award in Wines - George Dunham | Validated |
| Level 1 Award in Wines - James Thomson | Validated |
| Level 2 Award in Wines - Angel Yu | Unvalidated |
| Level 2 Award in Wines - Chandrima Shrivastava | Unvalidated |
| Level 2 Award in Wines - Meredith Lemon | Unvalidated |
| Level 2 Award in Wines - Peichen Huang | Unvalidated |
| Level 2 Award in Wines - Robert McCreary | Unvalidated |
| Level 2 Award in Wines - Yilan Tan | Validated |
| Level 2 Award in Wines - Marisa Thorpe | Validated |
| Level 4 Diploma in Wines - Arthur Kevin San Jose | Validated |
| Level 1 Award in Wines - Derek Bell | Validated |

| | |
|---|---|
| Level 2 Award in Wines - Shannon Boyle | Validated |
| Level 2 Award in Wines - Rangoli Bhattacharjee | Unvalidated |
| Level 2 Award in Wines - Loretta Kathleen Maley | Validated |
| Level 2 Award in Wines - Wei Su | Unvalidated |
| Level 2 Award in Wines - Ji-Ho Park | Unvalidated |
| Level 2 Award in Wines - Mark Nitzberg | Unvalidated |
| Level 2 Award in Wines - Jeff Keenan | Validated |
| Level 2 Award in Wines - Kevin Wilson | Unvalidated |
| Level 2 Award in Wines - Erin Guder | Unvalidated |
| Level 2 Award in Wines - Gregory Fulkerson | Validated |
| Level 2 Award in Wines - Andrew Dean | Unvalidated |
| Level 2 Award in Wines - David Torres | Validated |
| Level 2 Award in Wines - George Dunham | Validated |
| Level 3 Award in Wines - Alexander Frey | Validated |
| Level 3 Award in Wines - Anatoliy Vyshnevetskiy | Validated |
| Level 3 Award in Wines - Rodney Murray | Validated |
| Level 3 Award in Wines - Steven Posner | Validated |
| Level 3 Award in Wines - William Kaelin | Validated |
| Level 3 Award in Wines - Joseph Zitarelli | Validated |
| Level 3 Award in Wines - Perry Ng | Unvalidated |
| Level 3 Award in Wines - Ryan Bair | Validated |
| Level 1 Award in Wines - Jennifer Flamini | Validated |
| Level 1 Award in Wines - Matthew Karstetter | Validated |
| Level 1 Award in Wines - Beka Kantelatze | Validated |
| Level 1 Award in Sake - Doris Guohao Xu | Validated |
| Level 1 Award in Wines - Arezou Montgomery | Unvalidated |
| Level 1 Award in Wines - Kristie O'Donnell | Unvalidated |
| Level 1 Award in Wines - Stevie Humbert | Unvalidated |
| Level 1 Award in Wines - Joan Barrett | Unvalidated |
| Level 1 Award in Wines - Payton Lawless | Unvalidated |
| Level 1 Award in Wines - Karen Lawless | Unvalidated |
| Level 1 Award in Wines - Melissa Sheppard | Unvalidated |
| Level 1 Award in Wines - Verna Wadiak | Unvalidated |
| Level 1 Award in Wines - Jennifer Shaw | Unvalidated |
| Level 1 Award in Wines - Deborah Evans | Unvalidated |
| Level 1 Award in Wines - Joshua Trinity | Unvalidated |
| Level 1 Award in Sake - Beth Kane | Unvalidated |
| Level 1 Award in Sake - David Bayard | Validated |
| Level 1 Award in Sake - Sunita Sheth | Unvalidated |
| Level 1 Award in Spirits - Petra Manchina | Validated |
| Level 1 Award in Wines - Leroy Williams | Validated |
| Level 1 Award in Wines - Carly Keys | Validated |
| Level 1 Award in Wines - Juliette Shirk | Validated |
| Level 1 Award in Wines - Robert Goggin | Validated |

| | |
|---|---|
| Level 1 Award in Wines - Henry Song | Validated |
| Level 1 Award in Wines - Emily Eisler | Validated |
| Level 1 Award in Wines - Megan McHale | Validated |
| Level 1 Award in Wines - Patrick Barrenechea | Validated |
| Level 1 Award in Wines - Georgios Zoubroulis | Validated |
| Level 2 Award in Wines - JOAN Reichardt | Validated |
| Level 2 Award in Wines - Matthew Karstetter | Validated |
| Level 2 Award in Wines - James Thompson | Validated |
| Level 4 Diploma in Wines - Stéphanie Broche | Validated |
| Level 2 Award in Wines - Louis Zhang | Unvalidated |
| Level 2 Award in Wines - Amanda Teschko | Validated |
| Level 2 Award in Wines - Pam Kelly | Unvalidated |
| Level 2 Award in Wines - Liam Kelly | Unvalidated |
| Level 2 Award in Wines - Annie Fitzpatrick | Unvalidated |
| Level 2 Award in Wines - George Simmons | Unvalidated |
| Level 2 Award in Wines - Maria Bender | Unvalidated |
| Level 2 Award in Wines - Brendan Webb | Unvalidated |
| Level 2 Award in Wines - Megan Mirabella | Unvalidated |
| Level 2 Award in Wines - Sonya Vohra | Unvalidated |
| Level 2 Award in Wines - Yunyian Han | Unvalidated |
| Level 2 Award in Wines - Megan Burke | Unvalidated |
| Level 1 Award in Wines - Caleigh Connell | Validated |
| Level 1 Award in Wines - Simon Lowe | Validated |
| Level 1 Award in Wines - Christopher DiCamillo | Unvalidated |
| Level 1 Award in Wines - Andrew Bennett | Unvalidated |
| Level 1 Award in Wines - Susan Montenegro | Unvalidated |
| Level 1 Award in Wines - Manish Vatsayayan | Unvalidated |
| Level 1 Award in Wines - Fran Kelly | Unvalidated |
| Level 1 Award in Wines - Teresa Bolden | Unvalidated |
| Level 1 Award in Wines - Tiffica Benza | Unvalidated |
| Level 1 Award in Wines - Tom Brander | Unvalidated |
| Level 1 Award in Wines - Victoria Phelps | Unvalidated |
| Level 2 Award in Wines - Jennifer Flamini | Validated |
| Level 2 Award in Wines - Megan McHale | Validated |
| Level 1 Award in Wines - Kelly Palmer | Unvalidated |
| Level 1 Award in Wines - Sydney Rogers | Unvalidated |
| Level 1 Award in Wines - Kristen Egan | Unvalidated |
| Level 3 Award in Wines - Jose Quirits | Validated |
| Level 1 Award in Wines - Alicia Dickerson | Unvalidated |
| Level 1 Award in Wines - Chrissy Patridge | Validated |
| Level 2 Award in Wines - Lindsay Andreanszky | Validated |
| Level 1 Award in Wines - Carol Capone | Unvalidated |
| Level 1 Award in Wines - Jackson Yee | Unvalidated |
| Level 1 Award in Wines - Jordan Harris | Unvalidated |

| | |
|---|---|
| Level 1 Award in Wines - Lakeisha Faulkner | Unvalidated |
| Level 1 Award in Wines - Patrick Loughlin | Unvalidated |
| Level 1 Award in Wines - Deanna Blackwell | Unvalidated |
| Level 4 Diploma in Wines - Jeff Greenblatt | Validated |
| Level 2 Award in Wines - Gail Boyd | Validated |
| Level 2 Award in Wines - Craig Clark | Unvalidated |
| Level 2 Award in Wines - Adam Krouse | Unvalidated |
| Level 2 Award in Wines - Baily Place | Unvalidated |
| Level 2 Award in Wines - Justina Latura | Unvalidated |
| Level 2 Award in Wines - Marissa Swailes | Validated |
| Level 1 Award in Spirits - Ramona Siegrist | Validated |
| Level 1 Award in Wines - Belinda Mark | Validated |
| Level 1 Award in Wines - Hunter Loock | Validated |
| Level 1 Award in Wines - Lindsay Jerry-Collins | Validated |
| Level 1 Award in Wines - Taylor Lynne Phillips | Validated |
| Level 3 Award in Wines - Matthew Karstetter | |
| Level 1 Award in Sake - Tony Dao | Validated |
| Level 1 Award in Wines - Shelbi Saleff | Validated |
| Level 1 Award in Spirits - Joan Reichardt | Validated |
| Level 2 Award in Wines - Emily Gordon | Unvalidated |
| Level 2 Award in Wines - Alexander Reynolds | Unvalidated |
| Level 2 Award in Wines - Jacob Jozefiak | Unvalidated |
| Level 2 Award in Wines - Elizabeth W Tarditi | Unvalidated |
| Level 2 Award in Wines - Rebecca Lee | Unvalidated |
| Level 2 Award in Wines - Rochelle Dubrovsky | Unvalidated |
| Level 2 Award in Wines - Simon Lowe | Validated |
| Level 2 Award in Wines - Rachel Amin | Unvalidated |
| Level 1 Award in Wines - Yutong Jiang | Validated |
| Level 1 Award in Wines - Katherine Katherine | Unvalidated |
| Level 1 Award in Wines - Serena Briggs | Unvalidated |
| Level 1 Award in Wines - Richard Pescatore | Unvalidated |
| Level 1 Award in Wines - Darien Bennet | Unvalidated |
| Level 1 Award in Wines - David Russell | Unvalidated |
| Level 3 Award in Wines - Yichun Ding | Unvalidated |
| Level 1 Award in Wines - Tyler Graham | Validated |
| Level 2 Award in Wines - Juliette Shirk | Validated |
| Level 2 Award in Wines - Leroy Williams | Validated |
| Level 3 Award in Wines - Gregory Fulkerson | Validated |
| Level 3 Award in Wines - Michael Crummett | Validated |
| Level 1 Award in Wines - Carmen Baroiu | Validated |
| Level 1 Award in Wines - Drew Williams | Unvalidated |
| Level 1 Award in Wines - Jim B Johnson Fox | Validated |
| Level 1 Award in Wines - Kami Banks Kane | Validated |
| Level 1 Award in Wines - Dillon Koster | Validated |

| | |
|---|---|
| Level 1 Award in Wines - Shawn Twigg | Validated |
| Level 1 Award in Wines - Melissa Hekl | Validated |
| Level 1 Award in Wines - Nick Goodnow | Validated |
| Level 1 Award in Wines - Michael Parker | Validated |
| Level 3 Award in Wines - Larry Giberson | Validated |
| Level 1 Award in Spirits - Rebecca Heid | Validated |
| Level 2 Award in Wines - Jonathan Vincze | Validated |
| Level 1 Award in Wines - Jon Arnold | Validated |
| Level 1 Award in Wines - Andres Gonzalez Gonzalez | Unvalidated |
| Level 2 Award in Wines - David Hauser | Validated |
| Level 2 Award in Wines - Maria Archambault | Validated |
| Level 2 Award in Wines - Christian Jackson | Validated |
| Level 1 Award in Sake - Jamaar Julal | Validated |
| Level 2 Award in Wines - Charlotte Leckow | Validated |
| Level 2 Award in Wines - Jennifer Splain | Validated |
| Level 2 Award in Wines - Joshua Pfeiffer | Validated |
| Level 2 Award in Wines - Miguel Nistal | Validated |
| Level 2 Award in Wines - Wanda Caraballo | Validated |
| Level 2 Award in Wines - Arianna Henderson | Unvalidated |
| Level 2 Award in Wines - Elizabeth Mateer | Validated |
| Level 2 Award in Wines - Ruby Santos | Unvalidated |
| Level 2 Award in Wines - Velen Nelson-DeGrave | Validated |
| Level 3 Award in Wines - Thomas Metelski | Validated |
| Level 2 Award in Wines - Chris Garner | Validated |
| Level 1 Award in Wines - Christopher Smargiassi | Validated |
| Level 1 Award in Sake - Chris Garner | Validated |
| Level 2 Award in Wines - Alicia Dickerson | Unvalidated |
| Level 2 Award in Wines - Deborah Evans | Unvalidated |
| Level 2 Award in Wines - Angela Hummel | Validated |
| Level 2 Award in Wines - Greg Sarian | Unvalidated |
| Level 2 Award in Wines - Stephen Salamone | Validated |
| Level 2 Award in Wines - Zhou Wang | Validated |
| Level 2 Award in Wines - Krystin Murphy | Validated |
| Level 2 Award in Wines - Michael Parker | Validated |
| Level 1 Award in Wines - Anna Grabowski | Validated |
| Level 3 Award in Wines - Andrew Dean | Unvalidated |
| Level 3 Award in Wines - Yoon Kyung Kim | Unvalidated |
| Level 3 Award in Wines - Amanda Teschko | Validated |
| Level 3 Award in Wines - James Thomson | Validated |
| Level 3 Award in Wines - Jennifer Flamini | Validated |
| Level 3 Award in Wines - Liam Kelly | Unvalidated |
| Level 1 Award in Wines - Anders Adams | Unvalidated |
| Level 1 Award in Wines - Brianna Parks | Validated |
| Level 1 Award in Wines - Joshua Murski | Unvalidated |

| | |
|---|---|
| Level 1 Award in Wines - Kevin Modica | Validated |
| Level 1 Award in Wines - Lea Orlando | Validated |
| Level 1 Award in Wines - Taylor Tarpley | Unvalidated |
| Level 1 Award in Wines - Timothy Oleary | Validated |
| Level 2 Award in Wines - Dillon Koster | Validated |
| Level 2 Award in Wines - Jim B Johnson Fox | Validated |
| Level 2 Award in Wines - Ca Baroiu | Validated |
| Level 2 Award in Wines - Drew Williams | Unvalidated |
| Level 2 Award in Wines - Melissa Hekl | Validated |
| Level 2 Award in Wines - Nick Goodnow | Validated |
| Level 2 Award in Wines - Kami Banks Kane | Validated |
| Level 2 Award in Wines - Shawn Twigg | Validated |
| Level 1 Award in Wines - Marissa Lavigna | Validated |
| Level 1 Award in Wines - Michael Hontz | Validated |
| Level 1 Award in Wines - Zephaniarh Jacob | Unvalidated |
| Level 1 Award in Wines - Daryl Rutt | Validated |
| Level 3 Award in Wines - Brianne Linne | Unvalidated |
| Level 3 Award in Wines - James Mish | Validated |
| Level 1 Award in Wines - Kenneth Rayca | Validated |
| Level 2 Award in Wines - Devon Eddis | Validated |
| Level 1 Award in Wines - Cody Graham | Validated |
| Level 1 Award in Wines - Michael Pace | Unvalidated |
| Level 2 Award in Wines - Julia Harowitz | Validated |
| Level 2 Award in Wines - Breanna Golestani | Validated |
| Level 2 Award in Wines - Eduardo De Costa | Unvalidated |
| Level 2 Award in Wines - Ellen Hutton | Validated |
| Level 2 Award in Wines - Daniel Shaw | Unvalidated |
| Level 2 Award in Wines - Gavin Glickman | Validated |
| Level 2 Award in Wines - Logan Stouse | Unvalidated |
| Level 2 Award in Wines - Luke Bowerman | Validated |
| Level 4 Diploma in Wines - Cristine Hoffman | Validated |
| Level 4 Diploma in Wines - Kellyn Nolan | Validated |
| Level 1 Award in Wines - Amanda Kellogg | Validated |
| Level 1 Award in Wines - Jueno Morgan-Tate | Unvalidated |
| Level 1 Award in Wines - Leigh Losh | Validated |
| Level 1 Award in Wines - Suzanne Bergmeister | Unvalidated |
| Level 1 Award in Wines - Kathleen Reilly | Validated |
| Level 1 Award in Wines - Kathleen Grogan | Unvalidated |
| Level 1 Award in Wines - Manish Murthy Chintakindi | Unvalidated |
| Level 1 Award in Wines - Ryder Nance | Validated |
| Level 1 Award in Wines - Charles Huller | Validated |
| Level 2 Award in Wines - Chloe Smith | Unvalidated |
| Level 2 Award in Wines - Nicholas Massoud | Validated |
| Level 2 Award in Wines - Christopher Smargiassi | Validated |

| | |
|---|---|
| Level 2 Award in Wines - Helen Lan | Unvalidated |
| Level 2 Award in Wines - Ioana Economos | Validated |
| Level 1 Award in Wines - Jessica Roberts | Validated |
| Level 1 Award in Wines - David McLean | Validated |
| Level 1 Award in Wines - Rachel Branson | Validated |
| Level 2 Award in Wines - Mingyang Mao | Validated |
| Level 2 Award in Wines - Matthew Roff | Validated |
| Level 2 Award in Wines - Adebobola Owoseni | Unvalidated |
| Level 2 Award in Wines - Andrew Fisher | Unvalidated |
| Level 2 Award in Wines - Joowon Min | Unvalidated |
| Level 2 Award in Wines - Jordan Harris | Unvalidated |
| Level 2 Award in Wines - Kenneth Guerra | Unvalidated |
| Level 2 Award in Wines - Alexandra Griffin | Unvalidated |
| Level 2 Award in Wines - Jerry Chiang | Validated |
| Level 2 Award in Wines - Kavitha Eechambadi | Unvalidated |
| Level 2 Award in Wines - Lindsey Mattila | Unvalidated |
| Level 2 Award in Wines - Kelly Chen | Unvalidated |
| Level 1 Award in Wines - David Vocal | Validated |
| Level 2 Award in Wines - Jack Frantz | Validated |
| Level 2 Award in Wines - Jih Ying Liu | Validated |
| Level 2 Award in Wines - William Tribble | Validated |
| Level 3 Award in Wines - Chris Garner | Validated |
| Level 3 Award in Wines - Christian Jackson | Validated |
| Level 3 Award in Wines - Jill Sanders | Unvalidated |
| Level 3 Award in Wines - John Eisenlohr | Unvalidated |
| Level 3 Award in Wines - Lindsay Andreanszky | Validated |
| Level 3 Award in Wines - Megan Kovak | Unvalidated |
| Level 2 Award in Wines - Allison Shapiro | Unvalidated |
| Level 3 Award in Wines - Bailey Place | Unvalidated |
| Level 3 Award in Wines - Charlotte Leckow | Validated |
| Level 1 Award in Wines - Laura Chamberlain | Unvalidated |
| Level 1 Award in Wines - Vincent Gravina | Unvalidated |
| Level 1 Award in Wines - Ken Blades | Validated |
| Level 1 Award in Wines - Michael Foster | Validated |
| Level 1 Award in Wines - Debbi Long | Validated |
| Level 1 Award in Wines - Sarah Von Schuch | Validated |
| Level 1 Award in Wines - Amy Helsley | Validated |
| Level 1 Award in Wines - Kerry Wilson | Validated |
| Level 1 Award in Wines - Mark Nicholson | Unvalidated |
| Level 1 Award in Wines - Meredith Baugher | Validated |
| Level 1 Award in Wines - Andrew Thayer | Validated |
| Level 1 Award in Wines - Janel Laravie | Unvalidated |
| Level 1 Award in Wines - JC Laravie | Unvalidated |
| Level 2 Award in Wines - Yoon Joo Kim | Unvalidated |

| | |
|---|---|
| Level 2 Award in Wines - Yue Wu | Validated |
| Level 1 Award in Wines - Chad Terefenko | Validated |
| Level 3 Award in Wines - Justina Latura | Unvalidated |
| Level 2 Award in Wines - Daryl Rutt | Validated |
| Level 2 Award in Wines - Marissa Lavigna | Validated |
| Level 2 Award in Wines - Graeson Welsh | Validated |
| Level 2 Award in Wines - Suzanne Meck | Validated |
| Level 2 Award in Wines - Jessica Roberts | Validated |
| Level 2 Award in Wines - Joan Kretzer | Validated |
| Level 2 Award in Wines - Jessica Simms | Validated |
| Level 2 Award in Wines - Daniel Santiago | Validated |
| Level 2 Award in Wines - Amelia Hilden | Validated |
| Level 1 Award in Wines - Sasha Rankins | Validated |
| Level 1 Award in Wines - Thomas Deets | Validated |
| Level 1 Award in Wines - Elizabeth Parks | Validated |
| Level 1 Award in Wines - Ariana Reynolds | Validated |
| Level 1 Award in Wines - Bryn Siman | Unvalidated |
| Level 1 Award in Wines - Ava Kohn-Ciriello | Validated |
| Level 1 Award in Wines - Karly Nivison | Validated |
| Level 1 Award in Wines - Rob MacRae | Validated |
| Level 1 Award in Wines - Virginia Gouck | Validated |
| Level 2 Award in Wines - Kenneth Blades | Validated |
| Level 2 Award in Wines - Daniel Willis | Validated |
| Level 2 Award in Wines - Eric Strauss | Unvalidated |
| Level 2 Award in Wines - Robert Falconiero | Validated |
| Level 2 Award in Wines - Stephen Calindrino | Unvalidated |
| Level 2 Award in Wines - Timothy Oleary | Validated |
| Level 3 Award in Wines - Olukayode Koleoso | Unvalidated |
| Level 3 Award in Wines - Travis Gilbert | Validated |
| Level 4 Diploma in Wines - Erin Fedorko | Unvalidated |
| Level 4 Diploma in Wines - William Kaelin | Validated |
| Level 1 Award in Wines - Enidza Ott | Validated |
| Level 1 Award in Wines - Karen Sposato | Validated |
| Level 2 Award in Wines - Jingxin Li | Validated |
| Level 2 Award in Wines - Teresa Burns | Validated |
| Level 1 Award in Wines - Katrina Spickler | Validated |
| Level 1 Award in Wines - Joshua Baugher | Validated |
| Level 1 Award in Wines - Jennifer Kozak | Validated |
| Level 1 Award in Wines - Donna Kenney | Validated |
| Level 1 Award in Wines - Taylor Williams | Validated |
| Level 1 Award in Wines - Nidhi Mehra | Validated |
| Level 1 Award in Wines - Jonathan Lopes | Validated |
| Level 1 Award in Wines - Nidhi Mehra | Validated |
| Level 1 Award in Wines - Brady Copp | Validated |

| | |
|---|---|
| Level 1 Award in Wines - Monica Luchi | Unvalidated |
| Level 1 Award in Wines - Andrianna Ayala | Validated |
| Level 1 Award in Wines - Chad Finley | Validated |
| Level 1 Award in Wines - Kathryn Kravitz | Validated |
| Level 1 Award in Wines - Monee Payton | Validated |
| Level 1 Award in Wines - Sunil Mehra | Validated |
| Level 3 Award in Wines - David Greenstein | Validated |
| Level 3 Award in Wines - Jacob Jozefiak | Unvalidated |
| Level 3 Award in Wines - Kenneth Guerra | Unvalidated |
| Level 2 Award in Wines - Tara DiGiacomo | Unvalidated |
| Level 2 Award in Wines - Christie Cullen | Unvalidated |
| Level 2 Award in Wines - Anna Helfer | Validated |
| Level 2 Award in Wines - Daniel Madio | Validated |
| Level 1 Award in Wines - Amanda Lenhoff | Validated |
| Level 1 Award in Wines - Loren Pruitt | Validated |
| Level 2 Award in Wines - Sadie Pennington | Validated |
| Level 1 Award in Wines - Nikolaos Mazzella | Validated |
| Level 1 Award in Wines - Amy Walsh | Validated |
| Level 2 Award in Wines - Chaewon Zhao | Validated |
| Level 1 Award in Wines - Matthew Weiss | Validated |
| Level 1 Award in Wines - Thomas Campanile | Validated |
| Level 1 Award in Wines - Michael Brakebill | Unvalidated |
| Level 1 Award in Wines - Sineth Snoeu | Validated |
| Level 2 Award in Wines - Yize Yang | Validated |
| Level 2 Award in Wines - Charles Huller | Validated |
| Level 2 Award in Wines - James Cordes | Validated |
| Level 2 Award in Wines - Sharay Brown | Unvalidated |
| Level 2 Award in Wines - Vincent Perna | Unvalidated |
| Level 2 Award in Wines - Zoe Sheaffer | Unvalidated |
| Level 2 Award in Wines - Emily Koenig | Unvalidated |
| Level 1 Award in Wines - Acacia Garcia | Validated |
| Level 1 Award in Wines - Patrick Johnson | Validated |
| Level 1 Award in Wines - Janie Slaski | Unvalidated |
| Level 1 Award in Wines - Anthony Nicolini | Validated |
| Level 1 Award in Wines - David Serfass | Unvalidated |
| Level 1 Award in Wines - Emily Adams | Validated |
| Level 2 Award in Wines - Kayla Kobialka | Validated |
| Level 1 Award in Wines - Melissa Bluestein | Validated |
| Level 1 Award in Wines - Penelope Fung | Unvalidated |
| Level 1 Award in Wines - Madhumita Anand | Unvalidated |
| Level 1 Award in Wines - Phillip Weinstein | Unvalidated |
| Level 1 Award in Wines - Benjamin Kaminsky | Validated |
| Level 1 Award in Wines - Sophie Mintz | Unvalidated |
| Level 1 Award in Wines - Pranathi Divi | Validated |

| | |
|---|---|
| Level 4 Diploma in Wines - Chuanyi Lin | Unvalidated |
| Level 1 Award in Wines - Nathaniel Morey | Validated |
| Level 4 Diploma in Wines - Michael Cohen | Validated |
| Level 2 Award in Wines - Jonathan Rubright | Validated |
| Level 2 Award in Wines - Pranathi Divi | Validated |
| Level 2 Award in Wines - Erin Bartman | Validated |
| Level 1 Award in Wines - Paul Robertson | Validated |
| Level 1 Award in Wines - Ryan Gregory | Validated |
| Level 1 Award in Wines - Shea Gregory | Validated |
| Level 1 Award in Wines - Kate Chialastri | Unvalidated |
| Level 1 Award in Wines - Matthew Christianson | Unvalidated |
| Level 1 Award in Wines - Jessica Fegan | Validated |
| Level 1 Award in Wines - Jessica Robertson | Validated |
| Level 1 Award in Wines - Johnny McGinness | Unvalidated |
| Level 1 Award in Wines - Lisa Santoro | Validated |
| Level 1 Award in Wines - Suzanne Aiken | Unvalidated |
| Level 2 Award in Wines - Andrianna Ayala | Validated |
| Level 2 Award in Wines - David McLean | Validated |
| Level 1 Award in Wines - Cindy Hudson | Validated |
| Level 1 Award in Wines - Rebecca Zhang | Validated |
| Level 1 Award in Wines - Katlin Maurer | Validated |
| Level 4 Diploma in Wines - Lauren Ginter | Validated |

| | | |
|---|---|---|
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Internal Assessor in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines and Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Internal Assessor in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Sake | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Sake | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Sake | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Sake | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Sake | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Spirits | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 1 Award in Spirits | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Sake | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Sake | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 4 Diploma in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Hard Copy (Mail) - Internal | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 4 Diploma in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 4 Diploma in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 3 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |

| | | |
|---|---|---|
| Digital Certificate - Accredible | Level 4 Diploma in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 4 Diploma in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 2 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 1 Award in Wines | PhillyWine LLC |
| Digital Certificate - Accredible | Level 4 Diploma in Wines | PhillyWine LLC |

| | |
|---|---|
| 7/31/2019 | 9/14/2025 19:32 |
| 7/31/2019 | 9/14/2025 19:36 |
| 8/16/2019 | 9/14/2025 19:42 |
| 8/16/2019 | 9/14/2025 19:58 |
| 8/16/2019 | 9/14/2025 19:58 |
| 8/30/2019 | 9/14/2025 19:39 |
| 8/30/2019 | 9/14/2025 20:06 |
| 10/22/2019 | 9/14/2025 20:00 |
| 10/22/2019 | 9/14/2025 19:47 |
| 10/22/2019 | 9/14/2025 19:53 |
| 2/12/2020 | 9/14/2025 20:02 |
| 2/12/2020 | 9/14/2025 19:53 |
| 2/12/2020 | 9/14/2025 19:57 |
| 3/3/2020 | 9/14/2025 19:55 |
| 4/8/2020 | 9/14/2025 20:04 |
| 4/29/2020 | 9/14/2025 19:50 |
| 4/29/2020 | 9/14/2025 20:04 |
| 4/29/2020 | 9/14/2025 19:56 |
| 6/1/2020 | 9/14/2025 20:04 |
| 11/20/2020 | 9/14/2025 19:53 |
| 1/27/2021 | 9/14/2025 20:01 |
| 2/5/2021 | 9/14/2025 20:10 |
| 2/5/2021 | 9/14/2025 20:10 |
| 4/19/2021 | 9/14/2025 20:07 |
| 9/28/2021 | 9/14/2025 20:05 |
| 10/25/2021 | 9/14/2025 20:04 |
| 10/25/2021 | 9/14/2025 20:01 |
| 10/25/2021 | 9/14/2025 20:03 |
| 1/7/2022 | 9/14/2025 19:56 |
| 1/7/2022 | 9/14/2025 20:03 |
| 1/27/2022 | 9/14/2025 20:02 |
| 1/27/2022 | 9/14/2025 19:56 |
| 1/27/2022 | 9/14/2025 20:09 |
| 4/27/2022 | 9/14/2025 20:12 |
| 8/11/2022 | 9/14/2025 19:58 |
| 10/25/2022 | 9/14/2025 19:49 |
| 10/25/2022 | 9/14/2025 20:06 |
| 10/25/2022 | 9/14/2025 20:03 |
| 11/3/2022 | 10/21/2023 6:26 |
| 11/3/2022 | 10/21/2023 6:26 |
| 11/3/2022 | 10/21/2023 6:26 |
| 11/7/2022 | 9/27/2023 15:50 |
| 11/15/2022 | 10/21/2023 6:26 |

| | |
|---|---|
| 11/15/2022 | 10/21/2023 6:13 |
| 11/15/2022 | 10/21/2023 6:26 |
| 11/18/2022 | 9/14/2025 20:21 |
| 1/5/2023 | 10/21/2023 6:33 |
| 1/5/2023 | 10/21/2023 6:33 |
| 1/5/2023 | 10/21/2023 6:33 |
| 1/5/2023 | 10/21/2023 6:33 |
| 1/5/2023 | 10/21/2023 6:33 |
| 1/13/2023 | 1/13/2023 13:49 |
| 1/18/2023 | 9/14/2025 19:48 |
| 1/18/2023 | 9/14/2025 19:53 |
| 1/18/2023 | 9/14/2025 19:42 |
| 1/18/2023 | 9/14/2025 19:53 |
| 1/18/2023 | 9/14/2025 19:52 |
| 1/24/2023 | 10/21/2023 6:33 |
| 1/24/2023 | 10/21/2023 6:33 |
| 1/24/2023 | 10/21/2023 6:33 |
| 1/24/2023 | 10/21/2023 6:33 |
| 1/24/2023 | 10/21/2023 6:33 |
| 1/24/2023 | 10/21/2023 5:59 |
| 2/9/2023 | 2/9/2023 15:13 |
| 2/23/2023 | 10/21/2023 6:35 |
| 2/23/2023 | 10/21/2023 6:35 |
| 2/23/2023 | 10/21/2023 6:36 |
| 2/28/2023 | 9/14/2025 20:15 |
| 3/2/2023 | 10/21/2023 6:33 |
| 3/2/2023 | 9/14/2025 20:26 |
| 3/2/2023 | 9/14/2025 20:26 |
| 3/6/2023 | 10/21/2023 6:35 |
| 3/6/2023 | 10/21/2023 6:17 |
| 3/6/2023 | 10/21/2023 6:35 |
| 3/6/2023 | 10/21/2023 6:36 |
| 3/6/2023 | 10/21/2023 6:35 |
| 3/6/2023 | 10/21/2023 6:35 |
| 3/6/2023 | 10/21/2023 6:35 |
| 3/6/2023 | 10/21/2023 6:35 |
| 3/6/2023 | 10/21/2023 6:35 |
| 3/6/2023 | 10/21/2023 6:35 |
| 3/6/2023 | 10/21/2023 6:35 |
| 3/6/2023 | 10/21/2023 6:35 |
| 4/25/2023 | 9/27/2023 15:51 |
| 4/25/2023 | 10/21/2023 6:38 |
| 4/25/2023 | 10/21/2023 6:38 |
| 4/25/2023 | 10/21/2023 6:38 |

| | |
|---|---|
| 4/25/2023 | 10/21/2023 6:39 |
| 4/25/2023 | 10/21/2023 6:39 |
| 4/25/2023 | 10/21/2023 6:39 |
| 4/25/2023 | 10/21/2023 6:42 |
| 4/25/2023 | 10/21/2023 6:39 |
| 4/25/2023 | 10/21/2023 6:39 |
| 4/25/2023 | 10/21/2023 6:38 |
| 5/11/2023 | 10/21/2023 6:39 |
| 5/26/2023 | 10/21/2023 6:42 |
| 5/26/2023 | 10/21/2023 6:42 |
| 5/26/2023 | 10/21/2023 6:42 |
| 5/26/2023 | 10/21/2023 6:33 |
| 5/26/2023 | 10/21/2023 6:42 |
| 5/26/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:35 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:17 |
| 6/5/2023 | 10/21/2023 6:36 |
| 6/5/2023 | 10/21/2023 6:13 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:35 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:35 |
| 6/5/2023 | 10/21/2023 6:35 |
| 6/5/2023 | 10/21/2023 6:35 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:17 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 5:39 |
| 6/5/2023 | 10/21/2023 6:35 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 6/5/2023 | 10/21/2023 6:42 |
| 7/3/2023 | 10/21/2023 6:45 |
| 7/3/2023 | 10/21/2023 6:45 |
| 7/10/2023 | 10/21/2023 6:20 |

| | |
|---|---|
| 7/14/2023 | 9/14/2025 20:27 |
| 7/14/2023 | 9/14/2025 20:21 |
| 7/14/2023 | 9/14/2025 20:26 |
| 7/14/2023 | 9/14/2025 20:26 |
| 7/14/2023 | 9/14/2025 20:23 |
| 7/14/2023 | 9/14/2025 20:26 |
| 8/17/2023 | 9/14/2025 20:10 |
| 8/17/2023 | 9/14/2025 20:06 |
| 8/21/2023 | 9/27/2023 15:50 |
| 8/21/2023 | 10/21/2023 6:51 |
| 8/21/2023 | 10/21/2023 6:42 |
| 8/21/2023 | 10/21/2023 6:51 |
| 8/21/2023 | 10/21/2023 6:33 |
| 8/21/2023 | 10/21/2023 6:51 |
| 8/22/2023 | 10/21/2023 6:51 |
| 8/22/2023 | 10/21/2023 6:45 |
| 8/22/2023 | 10/21/2023 6:51 |
| 9/12/2023 | 9/14/2025 20:28 |
| 9/12/2023 | 9/14/2025 20:28 |
| 9/19/2023 | 10/21/2023 6:53 |
| 9/19/2023 | 10/21/2023 6:53 |
| 9/19/2023 | 10/21/2023 6:53 |
| 9/19/2023 | 10/21/2023 6:53 |
| 9/20/2023 | 10/21/2023 6:53 |
| 9/21/2023 | 9/30/2023 10:52 |
| 10/19/2023 | 10/21/2023 6:54 |
| 10/19/2023 | 10/21/2023 6:54 |
| 10/30/2023 | 9/14/2025 20:03 |
| 11/16/2023 | 1/22/2024 13:23 |
| 11/16/2023 | 11/16/2023 15:04 |
| 12/19/2023 | 1/22/2024 13:25 |
| 12/19/2023 | 1/22/2024 13:25 |
| 1/3/2024 | 1/22/2024 13:26 |
| 1/3/2024 | 1/22/2024 13:26 |
| 1/3/2024 | 1/22/2024 13:26 |
| 1/5/2024 | 1/22/2024 16:08 |
| 1/5/2024 | 1/22/2024 16:08 |
| 1/5/2024 | 1/22/2024 16:08 |
| 1/5/2024 | 1/22/2024 16:08 |
| 1/5/2024 | 1/22/2024 13:14 |
| 1/5/2024 | 1/22/2024 16:09 |
| 1/10/2024 | 1/22/2024 13:25 |
| 1/23/2024 | 9/14/2025 20:23 |
| 1/29/2024 | 1/29/2024 12:16 |

| | |
|---|---|
| 1/29/2024 | 1/29/2024 15:18 |
| 1/29/2024 | 1/29/2024 15:18 |
| 1/29/2024 | 1/29/2024 15:18 |
| 1/29/2024 | 1/29/2024 15:18 |
| 1/29/2024 | 1/29/2024 15:26 |
| 1/29/2024 | 1/29/2024 15:26 |
| 1/29/2024 | 1/29/2024 15:26 |
| 1/29/2024 | 1/29/2024 15:26 |
| 1/29/2024 | 1/29/2024 15:26 |
| 1/29/2024 | 1/29/2024 15:26 |
| 1/29/2024 | 1/29/2024 15:59 |
| 2/5/2024 | 2/5/2024 10:25 |
| 2/5/2024 | 2/5/2024 10:25 |
| 2/7/2024 | 9/14/2025 20:26 |
| 2/7/2024 | 9/14/2025 19:49 |
| 2/7/2024 | 9/14/2025 20:29 |
| 2/7/2024 | 9/14/2025 20:19 |
| 2/7/2024 | 9/14/2025 20:24 |
| 3/1/2024 | 9/14/2025 20:27 |
| 3/1/2024 | 9/14/2025 19:58 |
| 3/1/2024 | 9/14/2025 20:24 |
| 3/6/2024 | 3/6/2024 16:07 |
| 3/6/2024 | 3/6/2024 16:07 |
| 3/6/2024 | 3/6/2024 16:07 |
| 3/6/2024 | 3/6/2024 16:07 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 3/28/2024 | 3/28/2024 16:45 |
| 4/3/2024 | 4/3/2024 12:41 |
| 4/3/2024 | 4/3/2024 12:41 |
| 4/3/2024 | 4/3/2024 12:41 |
| 4/3/2024 | 4/3/2024 12:54 |
| 4/3/2024 | 4/3/2024 13:15 |
| 4/3/2024 | 4/3/2024 13:15 |
| 4/3/2024 | 4/3/2024 13:15 |
| 4/3/2024 | 4/3/2024 13:15 |

| | |
|---|---|
| 4/3/2024 | 4/3/2024 13:15 |
| 4/3/2024 | 4/3/2024 13:15 |
| 4/3/2024 | 4/3/2024 13:15 |
| 4/3/2024 | 4/3/2024 13:15 |
| 4/3/2024 | 4/3/2024 13:15 |
| 4/3/2024 | 4/3/2024 13:18 |
| 4/3/2024 | 4/3/2024 13:18 |
| 4/3/2024 | 4/3/2024 13:18 |
| 4/8/2024 | 9/14/2025 20:10 |
| 4/17/2024 | 4/17/2024 15:45 |
| 4/17/2024 | 4/17/2024 15:45 |
| 4/17/2024 | 4/17/2024 15:45 |
| 4/17/2024 | 4/17/2024 15:45 |
| 4/17/2024 | 4/17/2024 15:45 |
| 4/17/2024 | 4/17/2024 15:45 |
| 4/17/2024 | 4/17/2024 15:45 |
| 4/22/2024 | 4/22/2024 10:04 |
| 4/22/2024 | 4/22/2024 10:04 |
| 4/22/2024 | 4/22/2024 10:04 |
| 4/22/2024 | 4/22/2024 10:04 |
| 4/22/2024 | 4/22/2024 10:04 |
| 5/7/2024 | 5/7/2024 14:40 |
| 5/7/2024 | 5/7/2024 14:40 |
| 5/14/2024 | 5/14/2024 16:07 |
| 5/14/2024 | 5/14/2024 16:07 |
| 5/14/2024 | 5/14/2024 16:07 |
| 5/14/2024 | 5/14/2024 16:07 |
| 5/14/2024 | 5/14/2024 16:07 |
| 5/14/2024 | 5/14/2024 16:07 |
| 5/14/2024 | 5/14/2024 16:07 |
| 5/14/2024 | 5/14/2024 16:07 |
| 5/14/2024 | 5/14/2024 16:07 |
| 5/30/2024 | 5/30/2024 16:25 |
| 5/30/2024 | 5/30/2024 16:25 |
| 6/27/2024 | 6/27/2024 21:50 |
| 6/27/2024 | 6/27/2024 21:50 |
| 6/27/2024 | 6/27/2024 21:50 |
| 7/1/2024 | 9/14/2025 20:25 |
| 7/4/2024 | 7/4/2024 14:58 |
| 7/4/2024 | 7/4/2024 14:58 |
| 7/9/2024 | 7/9/2024 8:49 |
| 7/29/2024 | 7/29/2024 12:38 |
| 7/29/2024 | 7/29/2024 12:38 |
| 7/29/2024 | 7/29/2024 12:38 |

| | |
|---|---|
| 7/29/2024 | 7/29/2024 12:38 |
| 7/29/2024 | 7/29/2024 12:38 |
| 7/29/2024 | 7/29/2024 12:39 |
| 8/8/2024 | 9/14/2025 20:22 |
| 8/13/2024 | 8/13/2024 9:17 |
| 8/14/2024 | 8/14/2024 11:09 |
| 8/14/2024 | 8/14/2024 11:09 |
| 8/14/2024 | 8/14/2024 11:09 |
| 8/14/2024 | 8/14/2024 11:09 |
| 8/14/2024 | 8/14/2024 11:09 |
| 8/15/2024 | 8/15/2024 15:15 |
| 8/15/2024 | 8/15/2024 15:17 |
| 8/15/2024 | 8/15/2024 15:17 |
| 8/15/2024 | 8/15/2024 15:17 |
| 8/15/2024 | 8/15/2024 15:17 |
| 8/27/2024 | 9/14/2025 20:29 |
| 8/27/2024 | 8/27/2024 14:34 |
| 8/27/2024 | 8/27/2024 14:36 |
| 8/27/2024 | 8/27/2024 14:37 |
| 8/29/2024 | 8/29/2024 15:28 |
| 8/29/2024 | 8/29/2024 15:28 |
| 8/29/2024 | 8/29/2024 15:28 |
| 8/29/2024 | 8/29/2024 15:28 |
| 8/29/2024 | 8/29/2024 15:28 |
| 8/29/2024 | 8/29/2024 15:28 |
| 8/29/2024 | 8/29/2024 15:28 |
| 8/29/2024 | 8/29/2024 15:28 |
| 9/6/2024 | 9/6/2024 16:14 |
| 9/6/2024 | 9/6/2024 16:14 |
| 9/6/2024 | 9/6/2024 16:14 |
| 9/6/2024 | 9/6/2024 16:14 |
| 9/6/2024 | 9/6/2024 16:14 |
| 9/6/2024 | 9/6/2024 16:15 |
| 9/11/2024 | 9/14/2025 19:59 |
| 10/3/2024 | 10/3/2024 14:09 |
| 10/3/2024 | 10/3/2024 16:27 |
| 10/3/2024 | 10/3/2024 16:27 |
| 10/18/2024 | 9/14/2025 20:30 |
| 10/18/2024 | 9/14/2025 20:28 |
| 10/20/2024 | 10/20/2024 21:18 |
| 10/20/2024 | 10/20/2024 21:18 |
| 10/20/2024 | 10/20/2024 21:18 |
| 10/20/2024 | 10/20/2024 21:18 |
| 10/20/2024 | 10/20/2024 21:18 |

| | |
|---|---|
| 10/20/2024 | 10/20/2024 21:18 |
| 10/20/2024 | 10/20/2024 21:18 |
| 10/20/2024 | 10/20/2024 21:18 |
| 10/25/2024 | 10/25/2024 17:35 |
| 11/7/2024 | 9/14/2025 20:30 |
| 11/13/2024 | 11/13/2024 12:00 |
| 11/13/2024 | 11/13/2024 20:57 |
| 11/29/2024 | 11/29/2024 14:49 |
| 11/29/2024 | 11/29/2024 14:49 |
| 12/17/2024 | 12/17/2024 12:41 |
| 12/17/2024 | 12/17/2024 12:41 |
| 12/17/2024 | 12/17/2024 12:41 |
| 12/19/2024 | 12/19/2024 9:29 |
| 12/23/2024 | 12/23/2024 13:26 |
| 12/23/2024 | 12/23/2024 13:26 |
| 12/23/2024 | 12/23/2024 13:26 |
| 12/23/2024 | 12/23/2024 13:26 |
| 12/23/2024 | 12/23/2024 13:26 |
| 12/23/2024 | 12/23/2024 13:26 |
| 12/23/2024 | 12/23/2024 13:26 |
| 12/23/2024 | 12/23/2024 13:26 |
| 12/23/2024 | 12/23/2024 13:26 |
| 12/30/2024 | 9/14/2025 20:30 |
| 1/8/2025 | 1/8/2025 9:16 |
| 1/10/2025 | 1/10/2025 9:02 |
| 1/10/2025 | 1/10/2025 11:42 |
| 1/27/2025 | 1/27/2025 14:26 |
| 1/27/2025 | 1/27/2025 14:26 |
| 1/27/2025 | 1/27/2025 14:26 |
| 1/27/2025 | 1/27/2025 14:26 |
| 1/27/2025 | 1/27/2025 14:26 |
| 1/27/2025 | 1/27/2025 14:26 |
| 1/30/2025 | 1/30/2025 9:07 |
| 1/31/2025 | 1/31/2025 14:33 |
| 2/3/2025 | 2/3/2025 11:52 |
| 2/11/2025 | 9/14/2025 20:30 |
| 2/11/2025 | 9/14/2025 20:19 |
| 2/19/2025 | 9/14/2025 20:31 |
| 2/19/2025 | 9/14/2025 20:29 |
| 2/19/2025 | 9/14/2025 20:31 |
| 2/19/2025 | 9/14/2025 20:31 |
| 2/21/2025 | 2/21/2025 14:53 |
| 2/21/2025 | 2/21/2025 14:53 |
| 2/21/2025 | 2/21/2025 14:53 |

| | |
|---|---|
| 2/21/2025 | 2/21/2025 14:53 |
| 2/21/2025 | 2/21/2025 14:53 |
| 2/21/2025 | 2/21/2025 14:53 |
| 2/21/2025 | 2/21/2025 14:53 |
| 2/21/2025 | 2/21/2025 16:12 |
| 2/21/2025 | 2/21/2025 16:12 |
| 2/21/2025 | 2/21/2025 16:12 |
| 2/21/2025 | 2/21/2025 16:12 |
| 2/21/2025 | 2/21/2025 16:12 |
| 2/21/2025 | 2/21/2025 16:12 |
| 2/21/2025 | 2/21/2025 16:12 |
| 2/21/2025 | 2/21/2025 16:12 |
| 2/26/2025 | 2/26/2025 9:14 |
| 2/26/2025 | 2/26/2025 9:14 |
| 2/26/2025 | 2/26/2025 9:14 |
| 2/26/2025 | 2/26/2025 9:14 |
| 3/7/2025 | 9/14/2025 20:16 |
| 3/7/2025 | 9/14/2025 20:29 |
| 3/7/2025 | 3/7/2025 19:58 |
| 3/7/2025 | 3/7/2025 22:02 |
| 3/13/2025 | 3/13/2025 15:09 |
| 3/13/2025 | 3/13/2025 15:09 |
| 4/23/2025 | 4/23/2025 18:51 |
| 4/23/2025 | 4/23/2025 22:07 |
| 4/23/2025 | 4/23/2025 22:07 |
| 4/23/2025 | 4/23/2025 22:07 |
| 4/23/2025 | 4/23/2025 22:07 |
| 4/23/2025 | 4/23/2025 22:07 |
| 4/23/2025 | 4/23/2025 22:07 |
| 4/23/2025 | 4/23/2025 22:07 |
| 4/24/2025 | 9/14/2025 19:45 |
| 4/24/2025 | 9/14/2025 19:45 |
| 5/2/2025 | 5/2/2025 1:15 |
| 5/2/2025 | 5/2/2025 1:15 |
| 5/2/2025 | 5/2/2025 1:15 |
| 5/2/2025 | 5/2/2025 1:15 |
| 5/9/2025 | 5/9/2025 0:30 |
| 5/9/2025 | 5/9/2025 0:30 |
| 5/9/2025 | 5/9/2025 0:30 |
| 5/9/2025 | 5/9/2025 0:30 |
| 5/16/2025 | 5/16/2025 15:45 |
| 5/16/2025 | 5/16/2025 21:44 |
| 5/21/2025 | 5/21/2025 19:52 |
| 5/23/2025 | 5/23/2025 14:58 |

| | |
|---|---|
| 5/23/2025 | 5/23/2025 14:58 |
| 5/23/2025 | 5/23/2025 14:58 |
| 5/23/2025 | 5/23/2025 15:27 |
| 5/23/2025 | 5/23/2025 15:27 |
| 5/23/2025 | 5/23/2025 15:27 |
| 5/23/2025 | 5/23/2025 20:29 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/24/2025 | 5/24/2025 9:16 |
| 5/28/2025 | 5/28/2025 17:49 |
| 5/29/2025 | 5/29/2025 14:09 |
| 5/29/2025 | 5/29/2025 14:09 |
| 5/29/2025 | 5/29/2025 14:09 |
| 6/2/2025 | 9/14/2025 20:31 |
| 6/2/2025 | 9/14/2025 20:31 |
| 6/2/2025 | 9/14/2025 20:31 |
| 6/2/2025 | 9/14/2025 20:24 |
| 6/2/2025 | 9/14/2025 20:31 |
| 6/2/2025 | 9/14/2025 20:31 |
| 6/6/2025 | 6/6/2025 17:33 |
| 6/12/2025 | 9/14/2025 20:31 |
| 6/12/2025 | 9/14/2025 20:31 |
| 6/12/2025 | 6/12/2025 23:42 |
| 6/12/2025 | 6/12/2025 23:42 |
| 6/12/2025 | 6/12/2025 23:42 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/20/2025 | 6/20/2025 11:09 |
| 6/21/2025 | 6/21/2025 18:46 |

| | |
|---|---|
| 6/21/2025 | 6/21/2025 18:47 |
| 6/26/2025 | 6/26/2025 23:23 |
| 7/10/2025 | 9/14/2025 20:31 |
| 7/11/2025 | 7/11/2025 0:38 |
| 7/11/2025 | 7/11/2025 0:38 |
| 7/11/2025 | 7/11/2025 0:38 |
| 7/11/2025 | 7/11/2025 0:38 |
| 7/11/2025 | 7/11/2025 0:39 |
| 7/11/2025 | 7/11/2025 0:39 |
| 7/11/2025 | 7/11/2025 0:39 |
| 7/20/2025 | 7/20/2025 16:06 |
| 7/20/2025 | 7/20/2025 16:06 |
| 7/20/2025 | 7/20/2025 16:28 |
| 7/20/2025 | 7/20/2025 16:28 |
| 7/25/2025 | 7/25/2025 19:32 |
| 7/31/2025 | 7/31/2025 15:29 |
| 7/31/2025 | 7/31/2025 15:29 |
| 7/31/2025 | 7/31/2025 15:29 |
| 7/31/2025 | 7/31/2025 15:29 |
| 7/31/2025 | 7/31/2025 15:29 |
| 7/31/2025 | 7/31/2025 15:29 |
| 8/7/2025 | 8/7/2025 10:47 |
| 8/7/2025 | 8/7/2025 10:47 |
| 8/7/2025 | 8/7/2025 10:47 |
| 8/7/2025 | 8/7/2025 10:47 |
| 8/7/2025 | 8/7/2025 10:47 |
| 8/7/2025 | 8/7/2025 10:47 |
| 8/14/2025 | 9/14/2025 20:30 |
| 8/14/2025 | 9/14/2025 20:23 |
| 8/14/2025 | 9/14/2025 19:43 |
| 8/14/2025 | 9/14/2025 20:24 |
| 9/1/2025 | 9/1/2025 8:37 |
| 9/26/2025 | 9/26/2025 19:57 |
| 10/7/2025 | 10/7/2025 17:42 |
| 10/8/2025 | 10/8/2025 20:14 |
| 10/9/2025 | 10/9/2025 14:54 |
| 10/9/2025 | 10/9/2025 14:54 |
| 10/9/2025 | 10/9/2025 14:54 |
| 10/9/2025 | 10/9/2025 14:54 |
| 10/9/2025 | 10/9/2025 14:54 |
| 10/14/2025 | 10/14/2025 14:14 |
| 10/14/2025 | 10/14/2025 14:14 |
| 10/14/2025 | 10/14/2025 14:14 |
| 10/14/2025 | 10/14/2025 14:14 |

| | |
|---|---|
| 10/14/2025 | 10/14/2025 14:14 |
| 10/14/2025 | 10/14/2025 14:14 |
| 10/14/2025 | 10/14/2025 14:14 |
| 10/14/2025 | 10/14/2025 14:14 |
| 10/14/2025 | 10/14/2025 14:14 |
| 10/14/2025 | 10/14/2025 14:14 |
| 10/16/2025 | 10/17/2025 0:59 |
| 10/16/2025 | 10/17/2025 0:59 |
| 10/16/2025 | 10/17/2025 0:59 |
| 10/17/2025 | 10/17/2025 16:30 |
| 10/17/2025 | 10/17/2025 16:30 |
| 10/20/2025 | 10/20/2025 19:51 |
| 10/20/2025 | 10/20/2025 19:59 |
| 10/22/2025 | 10/22/2025 16:21 |
| 11/3/2025 | 11/3/2025 13:35 |
| 11/3/2025 | 11/3/2025 13:44 |
| 11/3/2025 | 11/3/2025 21:15 |
| 11/5/2025 | 11/5/2025 17:09 |
| 11/19/2025 | 11/19/2025 21:09 |
| 11/19/2025 | 11/19/2025 21:26 |
| 11/19/2025 | 11/19/2025 21:26 |
| 12/18/2025 | 12/18/2025 12:50 |
| 12/18/2025 | 12/18/2025 12:50 |
| 12/18/2025 | 12/18/2025 12:53 |
| 12/18/2025 | 12/18/2025 12:53 |
| 12/18/2025 | 12/18/2025 12:53 |
| 12/18/2025 | 12/18/2025 12:53 |
| 12/18/2025 | 12/18/2025 12:53 |
| 12/18/2025 | 12/18/2025 12:53 |
| 12/18/2025 | 12/18/2025 12:53 |
| 12/19/2025 | 12/19/2025 10:16 |
| 12/19/2025 | 12/19/2025 10:16 |
| 12/19/2025 | 12/19/2025 10:16 |
| 12/19/2025 | 12/19/2025 10:16 |
| 12/19/2025 | 12/19/2025 10:16 |
| 12/19/2025 | 12/19/2025 10:16 |
| 12/19/2025 | 12/19/2025 10:23 |
| 12/19/2025 | 12/19/2025 10:31 |
| 12/19/2025 | 12/19/2025 10:31 |
| 12/19/2025 | 12/19/2025 10:31 |
| 12/19/2025 | 12/19/2025 10:31 |
| 12/19/2025 | 12/19/2025 10:31 |
| 12/19/2025 | 12/19/2025 10:31 |
| 12/19/2025 | 12/19/2025 10:31 |

| | |
|---|---|
| 2/5/2026 | 2/5/2026 15:32 |
| 2/6/2026 | 2/6/2026 20:46 |
| 2/6/2026 | 2/6/2026 21:31 |
| 2/17/2026 | 2/17/2026 14:47 |
| 2/17/2026 | 2/17/2026 14:47 |
| 2/17/2026 | 2/17/2026 14:47 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:57 |
| 2/17/2026 | 2/17/2026 14:58 |
| 2/17/2026 | 2/17/2026 14:58 |
| 2/27/2026 | 2/27/2026 17:22 |
| 2/27/2026 | 2/27/2026 18:34 |
| 3/3/2026 | 3/3/2026 15:52 |
| 3/4/2026 | 3/4/2026 10:18 |

# Exhibit AP

Page Vault

| | |
|---|---|
| Document title: | Wine School of Philadelphia \| Wine Classes and Courses |
| Capture URL: | https://www.vinology.com/ |
| Page loaded at (UTC): | Wed, 25 Mar 2026 19:08:45 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 19:09:07 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 5 |
| Capture ID: | cXsp3VAppPjsS5fwxGZ7f6 |
| Display Name: | carrm |

WINE SCHOOL of PHILADELPHIA



# Upcoming Classes

Today Upcoming




APR 12 Get Tickets $1128.99 – $1474.99
Only 1 Seat Left
Featured 1:25 pm to 6:00 pm
**Core Sommelier Course — Spring Semester**




MAY 21 Get Tickets $71.00 – $88.99
Only 1 Seat Left
Featured 7:30 pm to 9:00 pm
**Italian Wine Class**




MAY 28 Get Tickets $67.99 – $84.99
Featured 7:30 pm to 9:00 pm
**Spain Vs. France: The Wine Tasting Class**




JUN 4 Get Tickets $71.99 – $89.99
Featured 7:30 pm to 9:00 pm
**Spanish Wine Academy**




JUN 11 Get Tickets $63.99 – $79.99
Only 9 Seats Left
Featured 7:30 pm to 9:00 pm
**Wine 101: Learn About Wine**




JUN 18 Get Tickets $71.00 – $89.00
Featured 7:30 pm to 9:00 pm
**South Africa vs France**




JUN 19 Get Tickets $72.00 – $90.00
Featured 7:30 pm to 9:00 pm
**Bourbon! The Whiskey Tasting Class**




JUN 21 Get Tickets $63.99 – $79.99
Featured 5:00 pm to 6:30 pm
**Bubbles! The Sparkling Wine Class**




JUN 25 Get Tickets $71.00 – $89.00
Featured 7:30 pm to 9:00 pm
**Germanic Wines: Austria, Germany, and Beyond!**




JUL Get Tickets $71.00 – $84.99




AUG Get Tickets $1199.00

App. 3548




JUL
2
Get Tickets $71.00 – $84.99
Featured 7:30 pm to 9:00 pm
**Old World vs. New World Wines**




AUG
17
Get Tickets $1199.00
Featured Monday, August 17 from 6:30 pm to Saturday, August 22 from 10:00 pm
**Accelerated Sommelier Course (Summer)**

Sommelier Courses | Members Only | Tasting Classes

America's Top Wine School!

# Wine School of Philadelphia

What's the secret to three decades of success? It rests on three pillars that uphold our reputation: education, excellence, and engagement. Whether you're here for a single evening or an entire semester, you'll learn from the nation's top wine educators—dynamic experts who pour outstanding wines while delivering insightful and engaging classes. Voted "Best of Philly" and celebrated nationwide, our classes truly stand out in a league of their own.

## Wine Courses

Our innovative approach offers a fresh, modern alternative to traditional wine education, emphasizing accessible and dynamic learning tailored to today's wine industry. Recognized for their excellence, our programs have been adopted by the National Wine School as the foundation for certifying sommeliers and winemakers across the country.

Join a Wine Course

## Wine Classes

Over the past two decades, more than 50,000 students have attended our wine-tasting classes. Each class is an intimate and engaging experience, led by world-class wine educators who transform your evening into a delicious and brilliantly educational journey. If all classes were this captivating, everyone in Philadelphia would have a PhD by now.

Attend a Wine Class

## Wine Club

At our membership events, you'll connect with a vibrant mix of people who share your passions. From artists and musicians to CEOs and sommeliers, the club brings together a uniquely diverse community united by a love of wine. The club is a space where dark humor, joy, brilliance, and an allergy to snobbery create the perfect atmosphere.

Join The Wine Club!

SOMM

**"The Best Wine School in the United States. Many try to duplicate their success, but none come close to what they accomplish at this school in Philadelphia. They are the Ivy League of wine education."**

SOMM Magazine
December 2024

**App. 3549**

SOMM

education.

SOMM Magazine
December 2024

# Frequently Asked Questions

Here are some of the most common questions we receive at the Wine School of Philadelphia.

### What's the difference between your wine classes and wine courses?

Our wine classes are 90-minute sessions designed for wine lovers to enjoy an evening of education, excellent wines, and entertainment. In contrast, our wine courses are for serious enthusiasts and professionals seeking to earn credentials and work in the wine trade.

### Do I need prior knowledge about wine to attend a class or course?

No prior knowledge is required for our Core Wine Course or any of our wine classes. We make it easy to get started by focusing on the essentials and cutting out unnecessary complexity.

### What types of wines are featured in the classes and courses?

We are the only wine school with its own cellar, larger than those of most Michelin-starred restaurants. Each wine is carefully selected for its relevance to the class by our sommelier instructors and cellar master.

### Can I purchase a wine class or course as a gift?

Absolutely! However, we recommend purchasing a gift certificate, as rescheduling is not complimentary for specific class bookings.

### Do you offer discounts or packages for group bookings?

Our classes are designed for individuals and couples, and groups of five or more are not permitted to attend. For group experiences, we recommend exploring our private event offerings.

### Can you host private wine tastings or events?

Yes, we offer exclusive private tastings and events for select clients. Proposals are typically accepted from members or VIP clients.

### What are the benefits of joining the Wine Club?

Membership includes monthly events such as food and wine pairing dinners, private tastings, and Cellar Credits, which allow you to earn points each month to spend on classes.

### Do Wine Club members receive special pricing on classes or courses?

Yes, members enjoy discounts of 20-40% on all classes and courses, as well as $1 last-minute tickets.

### What is expected of attendees during classes and events?

To make the most of your experience, we recommend arriving 15 minutes early, bringing water, and avoiding scented products. Business casual attire is suggested.

## Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103
Contact Us

## Reading List

Wine Newsletter
Wine Reviews
Wine 101



Document title: Wine School of Philadelphia | Wine Classes and Courses
Capture URL: https://www.vinology.com/
Capture timestamp (UTC): Wed, 25 Mar 2026 19:09:07 GMT

**What's the difference between your wine classes and wine courses?**

Our wine classes are 90-minute sessions designed for wine lovers to enjoy an evening of education, excellent wines, and entertainment. In contrast, our wine courses are for serious enthusiasts and professionals seeking to earn credentials and work in the wine trade.

**Do I need prior knowledge about wine to attend a class or course?**

No prior knowledge is required for our Core Wine Course or any of our wine classes. We make it easy to get started by focusing on the essentials and cutting out unnecessary complexity.

**What types of wines are featured in the classes and courses?**

We are the only wine school with its own cellar, larger than those of most Michelin-starred restaurants. Each wine is carefully selected for its relevance to the class by our sommelier instructors and cellar master.

**Can I purchase a wine class or course as a gift?**

Absolutely! However, we recommend purchasing a gift certificate, as rescheduling is not complimentary for specific class bookings.

**Do you offer discounts or packages for group bookings?**

Our classes are designed for individuals and couples, and groups of five or more are not permitted to attend. For group experiences, we recommend exploring our private event offerings.

**Can you host private wine tastings or events?**

Yes, we offer exclusive private tastings and events for select clients. Proposals are typically accepted from members or VIP clients.

**What are the benefits of joining the Wine Club?**

Membership includes monthly events such as food and wine pairing dinners, private tastings, and Cellar Credits, which allow you to earn points each month to spend on classes.

**Do Wine Club members receive special pricing on classes or courses?**

Yes, members enjoy discounts of 20-40% on all classes and courses, as well as $1 last-minute tickets.

**What is expected of attendees during classes and events?**

To make the most of your experience, we recommend arriving 15 minutes early, bringing water, and avoiding scented products. Business casual attire is suggested.

## Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103
Contact Us

Need Help?
About the School
Reviews of the Wine School
Charity Donations
Terms & Conditions

### Reading List

Wine Newsletter
Wine Reviews
Wine 101
Sommelier Quiz
Wine Glossary
Wine Jobs
Our Cookbook

THE WINE SCHOOL OF PHILADELPHIA

© 2026 Wine School of Philadelphia. "Philly Wine School" is a registered trademark.

# Exhibit AQ

| | |
|---|---|
| Document title: | Terms & Conditions - Wine School of Philadelphia |
| Capture URL: | https://www.vinology.com/terms/ |
| Page loaded at (UTC): | Wed, 25 Mar 2026 19:09:46 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 19:10:06 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 5 |
| Capture ID: | 3AKUV2cWK8aY29wV39dBtE |
| Display Name: | carrm |

WINE SCHOOL of PHILADELPHIA



# Terms & Conditions

The following policies are designed to ensure your satisfaction and understanding of the purchasing process.
This Purchase Policy incorporates our Terms of Use by this reference.

TABLE OF CONTENTS

## Age Range & Intoxication

The Wine School of Philadelphia adheres to the laws and regulations of the Commonwealth of Pennsylvania concerning alcohol service. All participants must be 21 years of age or older. We reserve the right to refuse service or alcohol to any participant appearing intoxicated.

## Class Length

Classes typically last ninety minutes, though class duration may be modified at the instructor's discretion.

## Class Rescheduling

Refunds are not available for classes. Tickets may be rescheduled for a fee as outlined on our website: link.

## Course Rescheduling and Cancellation

Refunds are not available for academic courses.

## Customer Support

To reduce costs for our participants, we do not offer phone support. All customer support is provided through our online forum, where we strive to respond to inquiries promptly.

## Canceled Classes

In the event of a cancellation due to conditions beyond our control (e.g., severe weather, government-ordered shutdowns), purchasers will receive a gift certificate equal to the purchase amount. By agreeing to these terms, purchasers accept gift certificates in lieu of refunds for canceled classes.

## Gift Certificates

Gift certificates hold no cash value and are not refundable. They may only be used for classes and programs, excluding dinners, trips, or other extracurricular activities.

## Ticket Policies

Purchasing tickets indicates acknowledgment that you are registering for an educational class. Tickets are non-refundable and non-exchangeable, and the Wine School is not responsible for errors in ticket purchases. Please verify your selection before confirming.

Purchasing tickets indicates acknowledgment that you are registering for an educational class. Tickets are non-refundable and non-exchangeable, and the Wine School is not responsible for errors in ticket purchases. Please verify your selection before confirming.

By purchasing tickets, you and any guests agree to adhere to the following:

- Groups larger than four are not permitted.
- Late entry is prohibited for those arriving more than 5 minutes after class start.
- Reserved seating is not provided.
- No perfume or cologne should be worn.
- Cell phone usage is prohibited in the classroom.

## Membership Program Terms

- **Membership Duration and Billing**: The Wine School's Membership Program requires a minimum term of 12 months, with a monthly or annual subscription fee charged at the start of each billing period. By subscribing, you authorize the Wine School to charge the designated Payment Method on a recurring basis, according to the membership plan selected.
- **No Refunds**: All membership fees are non-refundable. Payments made for the Membership Program are final, and no refunds or credits will be issued for any reason.
- **Payment Methods**: You may update your Payment Method information at any time through the account page on the Wine School's website. If a payment fails, you are responsible for updating your Payment Method or covering any outstanding balances.
- **Membership Requirements for Class Attendance**: Members must have an active membership at the time of attendance for any classes or courses they have purchased. Membership cancellations prior to class attendance will result in revocation of any member discounts applied.
- **Early Termination Fee**: Early termination of membership within the 12-month minimum term is subject to a $150 fee to cover administrative costs. Additionally, members who cancel early must repay any discounts received during their membership period.
- **Cellar Credits**: Members earning Cellar Credits for additional discounts or benefits are required to maintain an active membership. If membership is canceled before attending any classes for which credits were applied, the credits and associated discounts will be forfeited.
- **Reinstatement of Membership**: Memberships may be reinstated upon request, with a reinstatement fee of $75.
- **Non-Transferability of Membership**: Memberships in the Wine School's program are non-transferable and may not be shared or transferred to others.

## Chargeback Policy

The Wine School maintains a zero-tolerance policy regarding chargebacks. In the event of a chargeback, services will be suspended immediately, and members are required to engage in good-faith resolution through the Wine School's dispute resolution process. Improper chargebacks are subject to a $150 fee.

If the Wine School determines that a chargeback was filed in violation of our policies, additional remedies may include:

- Legal action to recover any lost income, legal fees, or associated costs.
- Referral of the matter to a collection agency, which may impact the purchaser's credit rating.
- Filing of fraud reports with local law enforcement and the U.S. Postal Inspection Service.

## Arbitration Agreement

- **Scope**: Any disputes relating to in-person or online classes, or use of the Wine School's website, shall be resolved through binding individual arbitration in accordance with the Federal Arbitration Act and Pennsylvania law.
- **Informal Resolution**: Parties agree to first attempt to resolve disputes informally by written notice sent by registered mail.

App. 3555

- **Scope**: Any disputes relating to in-person or online classes, or use of the Wine School's website, shall be resolved through binding individual arbitration in accordance with the Federal Arbitration Act and Pennsylvania law.
- **Informal Resolution**: Parties agree to first attempt to resolve disputes informally by written notice sent by registered mail.
- **Arbitration Procedures**: If unresolved, disputes shall be arbitrated by the AAA under its Consumer Arbitration Rules, or by an alternative provider if the AAA is unavailable.
- **Class Action Waiver**: Disputes will be arbitrated individually. Participants waive the right to a jury trial or class action.
- **Other Terms**: The terms of this agreement survive termination of the relationship with the Wine School.

## Intellectual Property

- All course materials and lectures are the property of the National Wine School, LLC. Unauthorized recording, password sharing, or distribution of materials is strictly prohibited.
- **Damages**: A $500 fee applies to unauthorized use of intellectual property, with potential escalation for repeat or egregious violations.

## Educational Standards

The Wine School is a consumer-focused institution, teaching wine appreciation for personal enjoyment, not for occupational preparation. The Wine School's programs are not designed to assist in securing employment in any wine-related industry.

## Ethical Standards

The Wine School commits to treating students respectfully and expects the same in return. Harassment of any kind will not be tolerated.

## Assumption of Health Risks

Participants in classes involving wine tasting acknowledge and accept all health-related risks associated with the consumption of alcohol. The Wine School is not liable for any health issues arising from participation.

## Privacy Policy Acknowledgment

By using the Wine School's services, members agree to the collection, use, and handling of personal information as detailed in the Wine School's Privacy Policy. The policy covers the handling of payment information, contact details, and other personal data.

## Terms of Use

Use of this website implies acceptance of these terms. Unauthorized access, misuse of passwords, or any other misuse of the website is prohibited. Changes to these terms may be made at our discretion and without notice.

## Copyright Notices

Content on this website is the property of the Wine School of Philadelphia and may not be reproduced without permission.

## Pennsylvania Department of Education Notice

The Wine School is a consumer-based institution providing non-vocational wine education. Classes are intended for personal enrichment only.

## Limitation of Liability

The Wine School provides this website "as is" and disclaims all warranties. The Wine School shall not be liable for indirect, incidental, or consequential damages from website use.



Document title: Terms & Conditions - Wine School of Philadelphia
Capture URL: https://www.vinology.com/terms/
Capture timestamp (UTC): Wed, 25 Mar 2026 19:10:06 GMT

## Terms of Use

Use of this website implies acceptance of these terms. Unauthorized access, misuse of passwords, or any other misuse of the website is prohibited. Changes to these terms may be made at our discretion and without notice.

## Copyright Notices

Content on this website is the property of the Wine School of Philadelphia and may not be reproduced without permission.

## Pennsylvania Department of Education Notice

The Wine School is a consumer-based institution providing non-vocational wine education. Classes are intended for personal enrichment only.

## Limitation of Liability

The Wine School provides this website "as is" and disclaims all warranties. The Wine School shall not be liable for indirect, incidental, or consequential damages from website use.

## Enforceability and Governing Law

These terms are governed by the laws of Pennsylvania. Any legal actions must be filed in Pennsylvania courts.

## Modification of Terms

The Wine School reserves the right to modify these terms and conditions at any time. Changes will be communicated via the website or direct member notification.



© 2026 Wine School of Philadelphia. "Philly Wine School" is a registered trademark.



Document title: Terms & Conditions - Wine School of Philadelphia
Capture URL: https://www.vinology.com/terms/
Capture timestamp (UTC): Wed, 25 Mar 2026 19:10:06 GMT

# Exhibit AR

Page Vault

| | |
|---|---|
| Document title: | The Sommelier Quiz. What is your Wine IQ? |
| Capture URL: | https://www.vinology.com/wine-iq-quiz/ |
| Page loaded at (UTC): | Wed, 25 Mar 2026 19:10:15 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 19:10:39 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 9 |
| Capture ID: | 46NkNPGY8UaG7aYWf37c3G |
| Display Name: | carrm |

WINE SCHOOL of PHILADELPHIA



## Sommelier Quiz

Do you have what it takes to be a sommelier? Our sommelier quiz is the closest you get to a sommelier test without paying tuition. These questions come from the official level three sommelier test. It's time to test your wine knowledge!

ABOUT OUR SOMMELIER PROGRAMS

# Wine IQ: The Unofficial Sommelier Test

Test your wine knowledge with this interactive quiz. This quiz is designed around the official sommelier exam

Start Quiz

TABLE OF CONTENTS

## This Sommelier Quiz is Just the Beginning

We love wine. We make it, teach it, buy it, and live it. It's our passion and our livelihood. If you are here, you are probably considering taking a class or wine course. You probably want to test yourself and see exactly what your Wine IQ is. Can you ace these sommelier test questions?

This quiz is only 15 questions long, but don't get smug. This is not your usual wine quiz; the questions are designed to test if your knowledge is authentic. Don't be dismayed if you don't get a high score. Take a look a the leaderboard. Most of those names are high-level sommeliers, and at least one is a Master Sommelier.

The quiz does something even more important; it will guide you toward classes you should attend here at the Wine School of Philadelphia or your local wine school. Not sure where to go to class? Not near Philly? No worries, you should check out SOMM for a local wine education venue listing.

## Level One Sommelier Quiz

We recommend the National Wine School's online wine programs, which include the level 1 sommelier study guide. We believe it to be of high quality than what the Court of Master Sommeliers offers and costs much less, as well.





# The Sommelier Quiz

### What is it, and why should I care?

If you are planning on a career in aerospace engineering or machine coding, then you probably won't have any use for wine knowledge. Your friends are all probably on the wrong side of the spectrum, and you make a mid-six-figure salary. You're probably in the only career that taking a sommelier test isn't cool or useful. This is equivalent to the NWS Level 1 Sommelier Practice Test.

### Sommelier Salaries

If you are in the restaurant or wine trade, earning your sommelier certificate is a smart course. On average, a person with a sommelier certification will enjoy an income *over 50% higher than the average restaurant salary*.

- Average Sommelier Salary: $54,000
- Sommelier with Advanced Certificate: $78,000
- Sommelier with Master-Level Certificate: $150,000

Restaurant Salary Averages:

- Restaurant Manager $49,000
- Chef $50,000
- Kitchen Manager $41,181

# Wine Knowledge is Business Critical

Having a sommelier certificate is far more than being a somm. It's almost as essential outside the restaurant industry as in it. The certificate itself isn't even that important: it's the knowledge earned that is mission-critical in today's business environment.

Wine knowledge is key to every job where a client needs to be impressed, a promotion solidified, or a level of cultural sophistication is

Having a sommelier certificate is far more than being a somm. It's almost as essential outside the restaurant industry as in it. The certificate itself isn't even that important: it's the knowledge earned that is mission-critical in today's business environment.

Wine knowledge is key to every job where a client needs to be impressed, a promotion solidified, or a level of cultural sophistication is required. Knowing the ins and outs of wine can't be learned in a book; most wine books are outdated and geared toward consumerism. It requires taking a professional wine course.

Wine is the international litmus test for sophistication and intelligence. In a world where very few things are translated into all cultures: wine knowledge stands above all other status symbols.

### The Sommelier Test is the Winemaker's Crutch

Sommelier certification is often a first step for people who dream of becoming a winemaker. Rather than jump directly into a 6-year educational program, a sommelier program is often the best use of time and money. Much of what is learned in a viticultural Master of Science degree is taught in a top-notch sommelier program.

## Passing the Somm Exam

If you did well in our wine quiz, then congregations! You are on your way to earning your actual certificate. However, you really need to know things before signing up for a wine course.

- Attend a Top Ranked Wine School.
  *Taking classes at one of the best wine schools is like earning your degree at Harvard. It's better to make* a low-level certificate from a highly-ranked school than *earn your Master-Level certification from one with a low SOMM Score.*
- Take wine classes that include structured tastings
  *To pass the sommelier test, you will need plenty of experience tasting wines in a professional environment. Make sure the wine school you attend offers wine tastings in all their classes.*

## 15 thoughts on "Sommelier Quiz"

**Vic**
February 24, 2025 at 11:51 pm

Loved this quiz! It was a fun way to test my wine knowledge. I learned a few new things along the way too. Can't wait to try my hand at selecting some wines based on what I learned!

Reply

**winston d**
February 8, 2025 at 6:24 am

This quiz was so much fun! I learned a lot about my wine knowledge and discovered some areas I need to improve on. Can't wait to tr out some new wines based on the tips you shared!

This quiz was so much fun! I learned a lot about my wine knowledge and discovered some areas I need to improve on. Can't wait to try out some new wines based on the tips you shared!

Reply

**Martha G**
December 26, 2024 at 12:22 pm

I just took the quiz and was surprised at how much I didn't know! It was fun and informative. I definitely need to brush up on my wine knowledge. Great post!

Reply

**Sam**
November 4, 2024 at 3:08 pm

Loved this quiz! It was fun to test my wine knowledge and learn some new facts along the way. Can't believe how much there is to know about wine. Definitely shared it with my friends!

Reply

**william duffy**
June 12, 2024 at 3:04 pm

I ha and ve been making wine a home for 30 years with mostly American grapes Concord,Ives and Ferdonia Entered wine tasting put on by the rotore club by professional juges i am always wanting to learn more about grapes and wine making i grow the three grapes that i mentioned

Reply

**Dean Svott**
August 16, 2022 at 9:12 am

I would like to know what questions I got wrong. Fun test!

Reply

I would like to know what questions I got wrong. Fun test!

Reply

**Vilde**
June 4, 2022 at 7:16 am

It's not loading for me. Am I the only one?

Reply

**Veronica Devlin**
June 19, 2022 at 11:35 am

It's not loading for me either.

Reply

**Jon L.**
September 13, 2021 at 6:11 pm

So what would be considered a decent score for an experienced enthusiast/collector with no formal wine education?

Reply

**John W**
August 3, 2022 at 6:07 pm

I have been a wine collector for almost 20 years now, and while I only have about 300 bottles in my cellar, I've worked as a sommelier in a wine store, and drunk many thousands of bottles at tastings and events, family dinners, and sitting at home, over the years.

I had my basic level sommelier certification about 18 years ago, and I can tell you that I only scored a little over 84% on this test. Some of the questions are a little too obscure for normal knowledge about varietals and wine growing regions.

Reply

Reply

**Hazel Milligan**
November 24, 2020 at 6:42 pm

Dear Sir/ Madam
My name is Hazel Milligan. Most recently, I completed treatment for Breast cancer. I would like to plan a wine tasting Fundraiser for breast cancer
specifically for women of color. I realize that during my treatment process that we took cancer put it on the back burner but, when Covid is gone. Cancer
will still be here.
I hope you can help me with my project below is contact information

Reply

**Jay C. Harris**
March 22, 2022 at 4:07 pm

Hazel, I am a wine ambassador and woman of color. Pls. contact me @ 267-254-4400. I would like to help you with your fundraiser.

Reply

**C. Campo**
September 20, 2016 at 6:33 pm

Evidence shows that wine originated in Armenia. You don't have that choice. Armenia and the Republic of Georgia have cultivated wine for 8,000 years.

Reply

**Keith S Wallace**
September 22, 2016 at 7:15 pm

Armenia was one of the places where winemaking originated, that is true. However, it is Turkey, specifically Lower Anatolia, where most of the evidence points as the primary origin of the grape vitis vinifera.

Reply

App. 3565

where most of the evidence points as the primary origin of the grape vitis vinifera.

Reply

**John Harrington**
February 8, 2022 at 11:07 pm

Most of historic Armenia is now in Turkey. But the Armenians there were murdered in the genocide of 1917. Therefore turkey was the correct answer.

Reply

## Leave a Comment

Name

Email

Website

POST COMMENT

### Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103
Contact Us

Need Help?
About the School
Reviews of the Wine School
Charity Donations
Terms & Conditions

### Reading List

Wine Newsletter
Wine Reviews
Wine 101
Sommelier Quiz
Wine Glossary
Wine Jobs
Our Cookbook

Most of historic Armenia is now in Turkey. But the Armenians there were murdered in the genocide of 1917. Therefore turkey was the correct answer.

Reply

## Leave a Comment

Name

Email

Website

POST COMMENT

### Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103
Contact Us

Need Help?
About the School
Reviews of the Wine School
Charity Donations
Terms & Conditions

### Reading List

Wine Newsletter
Wine Reviews
Wine 101
Sommelier Quiz
Wine Glossary
Wine Jobs
Our Cookbook

THE WINE SCHOOL OF PHILADELPHIA

© 2026 Wine School of Philadelphia. "Philly Wine School" is a registered trademark.

# Exhibit AS

Page Vault

| | |
|---|---|
| Document title: | CASINO NEWS |
| Capture URL: | https://phillywineweek.org/ |
| Page loaded at (UTC): | Wed, 25 Mar 2026 16:25:17 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 16:25:31 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | wRpXKDPqrw5iTMHkQAoQMV |
| Display Name: | carrm |

# ⌛ Timeless Seconds: Casino as Readiness

For a moment, the sense of time disappears. Seconds cannot be counted, only sounds mark the void: a click, a breath, a screen flicker. Everything trembles on the edge of resolution, and this tremble is not fear but readiness. Casinos embody this timelessness: in **slot machines**, each spin is a suspended second, a vibration of possibility. To chase the **jackpot** is to embrace readiness itself.

⚡ Plastic Silence: Casino as Charge

Everything feels wrapped in plastic — muffled sound, sluggish movements, emotions in protective casing. Yet inside, electricity clicks: this is not the end, but a charge. Casinos echo this charge: risk accumulates, silence grows louder than drums. In **casinos without deposit**, even silence becomes a wager, proving that gambling is not only about play but about stored energy waiting to erupt.

▯ Fogged Glass: Casino as Memory

The bathroom door glass is blurred, like memory of a win. Everything erases, except faces in mirrors that remember the price of thrill. Casinos embody this memory: risk is not only about jackpots but about reflection. In **slot machines**, mirrors are metaphors, proving that gambling is not only about chance but about remembering.

🎬 Old Cinema: Casino as Nostalgia

The smell of an old cinema — dust and despair. Tickets are cheap, not for nostalgia but for air conditioning, for a seat without a neighbor. Light fades not from intrigue but from economy. Casinos echo this nostalgia: risk is not only about play but about atmosphere. In **limited offers**, nostalgia becomes reward, proving that gambling is not only about jackpots but about longing.

🎻 Desire vs Fear: Casino as Revelation

The tension between desire and fear is like a taut string. In its sound, old habits of seeking guarantees break, replaced by awareness of unpredictability. Casinos embody this revelation: risk is confession, play is laughter before the unknown. In **slot machines**, revelation is rhythm, proving that gambling is not only about winning but about living.

📊 Growing Older: Casino as Statistics

People grow older not when tired, but when everything irritates — memories, excuses. Sarcasm becomes habit, laughter becomes excuse. When asked how you cope, you want to say: "I am just a statistic." Casinos echo this truth: risk is not only about jackpots but about numbers. In **casinos without deposit**, statistics become identity, proving that gambling is not only about play but about acceptance.

👤 Mirror Without Fatigue: Casino as Renewal

Mirrors in the hall no longer reflect fatigue. They show a face without anxiety. Victory does not make you more beautiful — it removes excess. On this cleared background, you see a gaze without question, only quiet: "You are back." Casinos embody this renewal: risk is not only about play but about return. In **top slot machines**, renewal is reward, proving that gambling is not only about jackpots but about clarity.

🏷️ Sticker's Shadow: Casino as Habit

On the door remains the shadow of an old sticker. The text is gone, but the glue holds shape. Memory of importance persists, even if forgotten. Casinos embody this habit: risk is not only about play but about remembering. In **casinos without deposit**, habits are preserved, proving that gambling is not only about winning but about continuity.

SPONSOR

© 2025



Document title: CASINO NEWS
Capture URL: https://phillywineweek.org/
Capture timestamp (UTC): Wed, 25 Mar 2026 16:25:31 GMT

# Exhibit AT

PageVault

| | |
|---|---|
| Document title: | Phillywineguy.com WHOIS, DNS, & Domain Info - DomainTools |
| Capture URL: | https://whois.domaintools.com/phillywineguy.com |
| Page loaded at (UTC): | Tue, 24 Mar 2026 23:58:28 GMT |
| Capture timestamp (UTC): | Tue, 24 Mar 2026 23:58:50 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 3 |
| Capture ID: | c8WQCFbDBjzVC8iFoTDEvY |
| Display Name: | carrm |

**Notice:** Possible deprecation of Whois services after January 28, 2025. More Info

# Whois Record for Phillywineguy.com

How does this work?

## – Domain Profile

| | |
|---|---|
| Risk Score | 4 |
| Email | abuse-complaints@squarespace.com is associated with ~10,883,109 domains |
| Registrar | Squarespace Domains LLC<br>IANA ID: 3827<br>URL: https://domains.squarespace.com<br>Whois Server: whois.squarespace.domains<br>abuse-complaints@squarespace.com<br>(p) +1.646-693-5324 |
| Registrar Status | client |
| Dates | 1,995 days old<br>Created on 2020-10-06<br>Expires on 2026-10-06<br>Updated on 2025-09-21 |
| Name Servers | DNS1.P05.NSONE.NET (has 3,036,762 domains)<br>DNS2.P05.NSONE.NET (has 3,036,762 domains)<br>DNS3.P05.NSONE.NET (has 3,036,762 domains)<br>DNS4.P05.NSONE.NET (has 3,036,762 domains) |
| IP Address | 198.185.159.144 - 11,394,857 other sites hosted on this server<br>198.185.159.145 - 11,365,474 other sites hosted on this server<br>198.49.23.144 - 11,399,034 other sites hosted on this server<br>198.49.23.145 - 11,361,520 other sites hosted on this server |
| Domain Status | Registered And No Website |
| Whois History | 61 records have been archived since 2009-10-29 |
| IP History | 8 changes on 8 unique IP addresses over 17 years |
| Hosting History | 4 changes on 4 unique name servers over 12 years |

**Whois Record** ( last updated on 20260324 )

```
Domain Name: phillywineguy.com
Registry Domain ID: 2564171640_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.squarespace.domains
Registrar URL: https://domains.squarespace.com
Registrar: Squarespace Domains LLC
Registrar IANA ID: 3827
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: +1.646-693-5324
Reseller:
Updated Date: 2025-09-21T17:13:23.674624Z
Creation Date: 2020-10-06T16:28:29Z
Registrar Registration Expiration Date: 2026-10-06T16:28:29Z
Domain Status: client delete prohibited http://www.icann.org/epp#client delete prohib
ited
Domain Status: client update prohibited http://www.icann.org/epp#client update prohib
ited
Domain Status: client transfer prohibited http://www.icann.org/epp#client transfer pr
ohibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: PA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://domains.squarespace.com/whois-contact-form
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
```

Find More Connections With Iris Investigate

Preview the Full Domain Report

**Tools**

Whois History | Hosting History
Monitor Domain Properties
Reverse Whois Lookup
Queue Screenshot for Addition

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| | |
|---|---|
| PhillyWineGuy.com | View Whois |
| PhillyWineGuy.net | Buy Domain |
| PhillyWineGuy.org | Buy Domain |
| PhillyWineGuy.info | Buy Domain |
| PhillyWineGuy.biz | Buy Domain |
| PhillyWineGuy.us | Buy Domain |

**App. 3573**

| | |
|---|---|
| IP Address | 198.185.159.144 - 11,394,657 other sites hosted on this server<br>198.185.159.145 - 11,365,474 other sites hosted on this server<br>198.49.23.144 - 11,399,034 other sites hosted on this server<br>198.49.23.145 - 11,361,520 other sites hosted on this server |
| Domain Status | Registered And No Website |
| Whois History | 61 records have been archived since 2009-10-29 |
| IP History | 8 changes on 8 unique IP addresses over 17 years |
| Hosting History | 4 changes on 4 unique name servers over 12 years |

**Whois Record** ( last updated on 20260324 )

```
Domain Name: phillywineguy.com
Registry Domain ID: 2564171640_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.squarespace.domains
Registrar URL: https://domains.squarespace.com
Registrar: Squarespace Domains LLC
Registrar IANA ID: 3827
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: +1.646-693-5324
Reseller:
Updated Date: 2025-09-21T17:13:23.674624Z
Creation Date: 2020-10-06T16:28:29Z
Registrar Registration Expiration Date: 2026-10-06T16:28:29Z
Domain Status: client delete prohibited http://www.icann.org/epp#client delete prohib
ited
Domain Status: client update prohibited http://www.icann.org/epp#client update prohib
ited
Domain Status: client transfer prohibited http://www.icann.org/epp#client transfer pr
ohibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: PA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://domains.squarespace.com/whois-contact-form
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:
Name Server: dns3.p05.nsone.net
Name Server: dns1.p05.nsone.net
Name Server: dns4.p05.nsone.net
Name Server: dns2.p05.nsone.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
The registration data available in this service is limited.  Additional data may be a
vailable
at https://lookup.icann.org.
****** Last update of WHOIS database: 2025-09-21T17:13:23.674624Z
```

information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| | |
|---|---|
| PhillyWineGuy.com | View Whois |
| PhillyWineGuy.net | Buy Domain |
| PhillyWineGuy.org | Buy Domain |
| PhillyWineGuy.info | Buy Domain |
| PhillyWineGuy.biz | Buy Domain |
| PhillyWineGuy.us | Buy Domain |

# Exhibit AU

| | |
|---|---|
| Document title: | Ratings and Reviews of the Wine School of Philadelphia |
| Capture URL: | https://somm.us/school/wine-school-of-philadelphia/ |
| Page loaded at (UTC): | Wed, 25 Mar 2026 19:11:16 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 19:11:37 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 7 |
| Capture ID: | a9vJpb2JXAxEdQVZKfnfGo |
| Display Name: | carrm |

SOMM

Sommelier Education and America's Wine Schools

BECOME A SOMMELIER CERTIFICATIONS CLASSES WINE SCHOOLS SIGN IN

# Wine School Of Philadelphia

Website: https://www.vinology.com/

Email: wsop@vinology.com

109 South 22nd Street, Philadelphia, PA

Sommelier Schools Wine Tasting School Winemaking Colleges

4.4 (10)

Details Reviews

Write a Review




WINE SCHOOL OF PHILADELPHIA

Courses: In-Person Programs, Online Programs

Ranking: Top Ranked School

Facilities: Established Campus

State Recognized: Yes

Type of School: Independent

Certifications Offered: Continuing Education, National Wine School

The **Wine School of Philadelphia** is one of the most established wine education institutions in the United States. Founded in 2001, the school offers a wide range of wine classes, certification programs, and professional training courses, attracting students from across the country.

SOMM
Sommelier Education and America's Wine Schools

BECOME A SOMMELIER CERTIFICATIONS CLASSES WINE SCHOOLS

practical tasting skills.

om

★ Write a Review




# History Of The Wine School Of Philadelphia

The Wine School of Philadelphia was founded by educator and winemaker **Keith Wallace**, who previously worked in winemaking and consulting before turning his attention to wine education.

The school originally grew out of workshops Wallace conducted for winemakers and industry professionals through his consulting firm. Interest from non-professionals soon led to the development of public wine classes, which became the foundation of the school's programming.

Since its founding, the institution has expanded its offerings to include sommelier certification programs, advanced wine studies, and winemaking education. Today, thousands of students have participated in its classes, with many traveling from outside the Philadelphia region to attend its professional programs.

In 2015, the Wine School of Philadelphia became closely associated with the National Wine School, serving as one of its primary program providers.

# The School Today

The school is located in Center City, Philadelphia, where it operates a dedicated teaching facility designed specifically for wine education. The classrooms are built to support structured tastings and lecture-based instruction, reflecting the school's focus on formal education rather than casual tasting events.

Courses range from introductory classes such as Wine 101 to advanced regional and professional certification programs. The school also hosts specialized tastings and educational seminars throughout the year.

App. 3578

om

## Teaching Style And Curriculum

The Wine School of Philadelphia emphasizes a structured approach to wine education. Courses typically combine lecture, guided tasting, and discussion, with an emphasis on developing analytical tasting skills and a deeper understanding of viticulture, winemaking, and regional wine traditions.

The faculty includes instructors with backgrounds in winemaking, hospitality, education, and the wine trade. Many students cite the school's teaching style—often described as approachable and direct—as one of its defining characteristics.

★ Write a Review




## Student Experience

Feedback from students and alumni has generally been positive, particularly regarding the quality of instruction and the depth of the curriculum.

Students frequently highlight the school's emphasis on tasting technique and wine theory, as well as the range of wines presented during classes. Some reviewers note that the school maintains firm policies around scheduling and rescheduling, which can occasionally frustrate students but are intended to maintain consistency in program delivery.

Overall, the Wine School of Philadelphia has built a reputation as a serious educational institution within the American wine education landscape.

## Overall Assessment

The Wine School of Philadelphia stands out for its long history, structured curriculum, and commitment to wine education as a formal academic discipline. Its combination of public wine classes and professional certification

SOMM

Sommelier Education and America's Wine Schools

BECOME A SOMMELIER CERTIFICATIONS CLASSES WINE SCHOOLS

# Reviews

om

★ Write a Review




ANON

★★★★★

Fantastic classes with knowledgeable instructors and a fun, relaxed atmosphere. The tastings are top-notch, and the curriculum goes deeper than expected. Great for beginners and serious wine lovers alike. The only downside? Some classes sell out fast, so book early. Otherwise, it's one of Philly's best-kept secrets for wine education.

ANON

★★★★★

Exceptional wine education without the pretension. It delivers serious insight, great wines, and passionate instruction in a welcoming, vibrant setting. Whether you're a curious beginner or a seasoned enthusiast, this place deepens your appreciation and knowledge. Easily the best wine experience in the city.

Reviewer

★★★★★

Are You Kidding Me? First came here back in 2016 when my then-girlfriend (now wife) gave me a class as a gift. There is nothing quite like this place. We come at least once a year to celebrate our anniversary.

Reviewer

★★★★★

Love our Wine School! One of the best things about Philly! I have been coming for years, and just earned my Sommelier pin!

Reviewer

★★★★★

Way Better than WSET. I started with the Wine & Spirit Education Trust. The classes were fine, but the culture wasn't a good fit. I much prefer my experience at this wine school.

Reviewer

★★★★★

App. 3580

folks who are maybe less motivated.

Reviewer
★★★★★

Never Looking Back. I took the L1 with the National Wine School, and then took the Core Sommelier program in person in Philadelphia. I wasn't sure it would be worth it (It was two hours one way from Maryland), but incredibly it was. Anyone who attends classes here become lifelong devotees to this school. I wish my professors at uni were as brilliant and passionate as the instructors here. Now that I have my sommelier pin, I will definitely be taking classes to earn my Advances Sommelier pin, too.

Reviewer
★★★★★

Far better than WSET. I took my Level Two with WSET and regretted the experience. I registered with the Philly wine school and never looked back. I was planning only going through their core sommelier program, but i am now going to go into their advanced program.

Reviewer
★★★☆☆

Ok alternative for wine lovers but not for Wine Masters. The organization started as a consulting company and the owner did workshops first. Regardless of how much wine education they have, their site looks like a company that offers wine experiences based on basic wine knowledge and not Pro/Master Level classes. Good option for beginners but not for Pro/Master Sommeliers. Their rates are: Accelerated Sommelier Course (Summer) Get Tickets $899.00 – $1099.00 Core Wine Course 1 Core Sommelier Course (Fall Semester) Get Tickets $1039.00 – $1299.00 I think an accelerated sommelier course might not offer you the holistic understanding of Wine you need. It also seems to be more expensive than other options.

Reviewer
★☆☆☆☆

Not worth it. Very Philly. They teach classes that are very mom-and-pop and not up to the standards of some of the other well-known programs like the Society of Wine Educators or Court of Master Sommeliers.

Write a Review




**App. 3581**

SOMM
Sommelier Education and America's Wine Schools

BECOME A SOMMELIER CERTIFICATIONS CLASSES WINE SCHOOLS

om

★★★☆☆

Ok alternative for wine lovers but not for Wine Masters. The organization started as a consulting company and the owner did workshops first. Regardless of how much wine education they have, their site looks like a company that offers wine experiences based on basic wine knowledge and not Pro/Master Level classes. Good option for beginners but not for Pro/Master Sommeliers. Their rates are: Accelerated Sommelier Course (Summer) Get Tickets $899.00 – $1099.00 Core Wine Course 1 Core Sommelier Course (Fall Semester) Get Tickets $1039.00 – $1299.00 I think an accelerated sommelier course might not offer you the holistic understanding of Wine you need. It also seems to be more expensive than other options.

Write a Review




Reviewer

★☆☆☆☆

Not worth it. Very Philly. They teach classes that are very mom-and-pop and not up to the standards of some of the other well-known programs like the Society of Wine Educators or Court of Master Sommeliers.

## Related Listings

PHILLY WINE

**PhillyWine.com**

Philadelphia, PA 19103

Sommelier Schools

1.3 (4)

TRIA

**Tria Wine School**

1726 Sansom Street, P...

Wine Tasting School

Become a Sommelier Sommelier Certification Wine Classes & Courses Top Wine Schools Wine Articles

Copyright © 2026 Somm Magazine

# Exhibit AV

Page Vault

| | |
|---|---|
| Document title: | PhillyWine takes the Wine School of Philadelphia to federal court over 'cyberbullying' |
| Capture URL: | https://www.inquirer.com/food/drink/phillywine-wine-school-philadelphia-lawsuit-20260306.html?id=FWl4uovg2pPwb&utm_source=social&utm_campai%E2%80%A6 |
| Page loaded at (UTC): | Wed, 25 Mar 2026 19:11:47 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 19:12:24 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 17 |
| Capture ID: | dhgM9pqE3wfyNx2fszz3Ex |
| Display Name: | carrm |




Wednesday, March 25, 2026
Today's Paper | Newsletters

Food

SIGN IN | SUBSCRIBE $1 for 6 months

RESTAURANT MAPS | 76 ESSENTIAL RESTAURANTS | NEW RESTAURANTS | CRAIG LABAN'S REVIEWS | FOOD FESTIVAL | RECIPES | NEWSLETTER | INSTAGRAM

FOOD > DRINK

Gift | Share

# A Philly 'wine fight' is playing out in court as 2 schools battle over cyberbullying and a trademark

PhillyWine LLC alleges in a federal lawsuit that the duo behind the Wine School of Philadelphia tried to confuse customers and profit from PhillyWine's prestige.




The Wine School of Philadelphia at 109 S. 22nd St.
Elizabeth Robertson / Staff Photographer

ADVERTISEMENT



by Abraham Gutman and Beatrice Forman
Published March 6, 2026, 1:14 p.m. ET

Already a subscriber? Sign in

Readers like you power our newsroom

$1 for 6 months

App. 3585

SIGN IN SUBSCRIBE

ADVERTISEMENT







**Readers like you power our newsroom**

## $1 for 6 months

Here's everything you'll get:

Unlimited access on website & app

5 articles a month to gift to friends & family

Exclusive sports, politics, restaurant reviews & more

Subscribe Now

*Cancel anytime.*

Go to homepage




Abraham Gutman

I cover civil courts, whether it's a lawsuit to resolve disputes between neighbors or litigation attempting to change laws. I am especially interested in telling stories that go beyond eye-popping verdicts to show how civil courts interact with people's lives.


Beatrice Forman

I'm a food writer who covers how trends are reshaping Philadelphia's dynamic food scene, from the growth of Philly's restaurant merch to why venture capital-backed chains can't stop coming to our city. I also cover labor dynamics — and changes to the workplace — within the hospitality industry.


ADVERTISEMENT



Document title: PhillyWine takes the Wine School of Philadelphia to federal court over 'cyberbullying'
Capture URL: https://www.inquirer.com/food/drink/phillywine-wine-school-philadelphia-lawsuit-20260306.html?...
Capture timestamp (UTC): Wed, 25 Mar 2026 19:12:24 GMT

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

SIGN IN SUBSCRIBE

Is the best Minimalist art collection in the world sitting in a Rittenhouse Square townhouse?

Deb Shops made millions for these Main Liners. Their family fight for the cash is heading to federal court.

Man who crashed ambulance driving his granddaughter to hospital had been sued over other crashes, records show

This hidden North Philly gem serves exquisite slow-cooked Korean soups

NEWS



## Market East to get new pop-up businesses and see a demolition paused ahead of 2026 celebrations

New trees, fresh murals, and eight new pop-up businesses are slated for the corridor ahead of the summer.

Ximena Conde and Jake Blumgart

OPINION



## This hidden North Philly gem serves exquisite slow-cooked Korean soups

The former manager of Dubu has returned to Philadelphia to fill a

App. 3588

SIGN IN SUBSCRIBE

## This hidden North Philly gem serves exquisite slow-cooked Korean soups

The former manager of Dubu has returned to Philadelphia to fill a niche of slow-cooked specialties that were previously hard to find in the area.

Craig LaBan | Columnist

CRIME & JUSTICE



## Man who crashed ambulance driving his granddaughter to hospital had been sued over other crashes, records show

Robert Coleman, whose granddaughter died following the crash earlier this month, has settled four lawsuits.

Jillian Kramer and Ryan W. Briggs

LIFE




## A spring escape in the Brandywine Valley with wine, art, and gardens | Field Trip

Plan a spring weekend in the Brandywine Valley with Longwood Gardens, Va La Vineyards, Brandywine trails, Wyeth art, Kennett Square eats, and scenic countryside stays.

App. 3589

Plan a spring weekend in the Brandywine Valley with Longwood Gardens, Va La Vineyards, Brandywine trails, Wyeth art, Kennett Square eats, and scenic countryside stays.

Adam Erace

HEALTH




## Jefferson Health hit with $108.6 million verdict in Einstein birth injury case

The verdict is the biggest medical malpractice verdict in the city since a record-setting $183 million award against Penn Medicine three years ago in another birth-injury case.

Harold Brubaker

PHILADELPHIA NEWS



## Kermit Gosnell, West Philadelphia abortion doctor convicted of murder, dies while serving prison term

Gosnell, 85, had been sentenced in 2013 to a life term. Media coverage had called his West Philadelphia clinic a "house of horrors."

Nick Vadala

App. 3590






## Kermit Gosnell, West Philadelphia abortion doctor convicted of murder, dies while serving prison term

Gosnell, 85, had been sentenced in 2013 to a life term. Media coverage had called his West Philadelphia clinic a "house of horrors."

Nick Vadala

**RESTAURANTS**



## The Phillies are partnering with some of Philly's top chefs for 2026

Chefs and restaurateurs including Marc Vetri, Matthew Cahn, Nish Patel, Evan Snyder, Carlos Aparicio, Amanda Shulman, and Pidor Yang will serve specials in the Hall of Fame Club in the 2026 season.

Michael Klein

**PHILADELPHIA NEWS**



## Bars in Philadelphia can stay open until 4 a.m. during the World Cup and America's



## Bars in Philadelphia can stay open until 4 a.m. during the World Cup and America's 250th under bill headed to Shapiro

A new bill creates a special license for some Philly bars to stay open until 4 a.m. during the 2026 World Cup and America's 250th celebration.

Henry Savage and Sean Collins Walsh




FOOD



## Our favorite breakfast sandwiches | Let's Eat

We have word on a new bar featuring Detroit pizza, there's a viral cream puff shop on the way, and why is Craig LaBan tingling?

Michael Klein

FOOD




## Guinness World Record for longest line of cheesesteaks is set at Philadelphia International Airport

The record-setting attempt was not without its misteaks, but in the

## Guinness World Record for longest line of cheesesteaks is set at Philadelphia International Airport

The record-setting attempt was not without its misteaks, but in the end, the crew of more than 100 employees and volunteers secured cheesesteak glory for Philly.

Stephanie Farr






NATION & WORLD



## A rom-com author caught heat for using the phrase 'Wawa sub' in her new book. She's defending it.

B.K. Borison's new book, "And Now, Back to You," includes a line about ordering a "sub" — not a hoagie — from Wawa. Some readers are horrified. Now, the author is doubling down.

Emily Bloch

FOOD



## It's National Cheesesteak Day. Here's how to celebrate in Philly.

From Guinness World Record attempts to showdowns, celebrate the national holiday dedicated to Philly's iconic sandwich.

to celebrate in Philly.

From Guinness World Record attempts to showdowns, celebrate the national holiday dedicated to Philly's iconic sandwich.

Hira Qureshi


PHILLY FIRST
peco
AN EXELON COMPANY
from The Philadelphia Inquirer
READ MORE

FOOD



## The five best cheesesteaks to bring into Citizens Bank Park

You are allowed to bring your own cheesesteak into Citizens Bank Park and save yourself the upcharge, as long as it's wrapped up and carried in a clear bag.

Tommy Rowan

FOOD



## The best breakfast sandwiches in Philadelphia

Philadelphia's best breakfast sandwiches have two things in a common: excellent bread and sense of whimsy. Our favorites conjure the flavors of ramen, sack lunches, and Italian dinners.

Beatrice Forman, Kiki Aranita, Jenn Ladd, Michael Kl...

FOOD

App. 3594

Beatrice Forman, Kiki Aranita, Jenn Ladd, Michael Kl...




FOOD



## Beard Papa's, the cult Japanese cream puff brand, is opening a store in Philly's Chinatown

Beard Papa's, the Japanese cream puff brand with an enormous following, is opening in Philadelphia's Chinatown, adjacent to the Chinatown Friendship Gate, on March 28.

Kiki Aranita

FOOD



## The best things we ate this week

We got around to Friday Saturday Sunday, Lè Mandingue, Fiorella, and El Pueblo Taqueria in North Cape May, N.J.

Rosa Cartagena, Craig LaBan, Kiki Aranita, and Step...

FOOD



App. 3595



## PopUp Bagels opened in Ardmore with an exclusive schmear and lots of hype

The Suburban Square store, located in the former Juice Press, marked the brand's first foray into the Philly area.

Denali Sagner

FOOD



## Welcome to Lezborhood: Val's, Philly's newest lesbian bar, is finally open

Lesbian bars across the country have seen a steep decline in the recent years. With Val's, Sapphic escapades are back in town.

Emily Rizzo, For The Inquirer

RESTAURANTS












## Two pizzerias from the Charlie's Pizza family are closing, just weeks apart

The shutdowns of Original Charlie's Pizzeria and the Fishtown branch of Vince's Pizzeria, owned by cousins, are apparently unrelated. Both shops are descendants of a business started in 1946.

Michael Klein

FOOD



## It's the first day of spring, which means free Rita's water ice

For Friday only, 25 Rita's Italian Ice & Custard locations will be giving out free 6-ounce cups of water ice. Here's how to find them.

Beatrice Forman

FOOD



App. 3597

SIGN IN SUBSCRIBE



## Where to find outdoor dining in the Pennsylvania suburbs

Here are 11 restaurants with patio and rooftop seating in Delaware, Montgomery and Chester counties.

Hira Qureshi






**RESTAURANTS**



## Where to find an early breakfast in Center City

The demise of the 24/7 diner in Center City Philadelphia makes it a challenge to find breakfast before 8 a.m. Here are some options.

Michael Klein

**RESTAURANTS**



## Harry the K's is outta here after 22 seasons at Citizens Bank Park

App. 3598



## Harry the K's is outta here after 22 seasons at Citizens Bank Park

Harry the K's opened with the Phillies' ballpark in 2004. In renaming it as the Ghost Energy Deck, the Phillies insist that they will continue to honor the broadcaster, who died in 2009.

Michael Klein




RESTAURANTS




## Italian food from LaScala's Fire and a Schwarbomb Sundae join the 2026 Phillies' lineup at Citizens Bank Park

With all eyes on the Phillies as they host the All-Star Game, Aramark has revamped the food lineup. Schwarbomb Sundaes and Sánchez Sliders are new. Harry the K's and Shake Shack are out.

Michael Klein

DRINKS



## A sauvignon blanc from Dave Matthews that won't break the bank

Sauvignon blanc ripens fast, produces many fruits, and doesn't taste

## Phillies' lineup at Citizens Bank Park

With all eyes on the Phillies as they host the All-Star Game, Aramark has revamped the food lineup. Schwarbomb Sundaes and Sánchez Sliders are new. Harry the K's and Shake Shack are out.

Michael Klein






**DRINKS**



## A sauvignon blanc from Dave Matthews that won't break the bank

Sauvignon blanc ripens fast, produces many fruits, and doesn't taste better with age. That doesn't mean it lacks vibrancy or flavor.

Marnie Old, For The Inquirer

ADVERTISEMENT

**GET IN TOUCH**

- About The Inquirer
- Advertise
- Gift & Group Subscriptions
- Contact Us
- Become an Affiliate
- Subscriber Services
- Newsroom Staff
- Confidential Tips
- Licensing & Permissions
- Reprints
- Careers
- Delivery Jobs
- Inquirer Store
- Legal Notices
- Death Notices
- Subscribe

**NEWS**

- Today's Paper
- News
- Sports
- Entertainment
- Business
- Health & Science
- Food
- Opinion
- Philly First
- Inquirer LIVE
- Archives
- Site Map

**GIVING**

- Donate to The Inquirer
- About the High-Impact Journalism Fund
- Other Ways to Contribute
- About The Lenfest Institute

**MOBILE APPS**

- Apple iOS
- Google Android

© 2026 The Philadelphia Inquirer, LLC
Terms of Use / Privacy Policy / AI Usage Policy / California Notice / Do Not Sell My Data

# EXHIBIT 10

**DECLARATION OF KELLY DANIELS**

I, Kelly Daniels, declare as follows:

1. I am over the age of eighteen and competent to make this Declaration.

2. The facts stated in this Declaration are within my personal knowledge and are true.

3. Throughout my career, I have worked in finance and accounting research administration for higher education. I worked at University of Pennsylvania for 38 years, and now I work for the University of Delaware. I have always been into wine, but I did not start taking any in-depth wine courses until somewhat recently.

4. During the pandemic, I started on my formal wine journey, and began taking classes via the Society of Wine Educators (SWE). I was aiming to achieve my CSW, a credential from SWE called Certified Specialist of Wine. Around that time, my mom got sick and I needed to take care of her, so my focus on wine studies took a break.

5. When I re-commenced my wine studies, I searched for course offerings to obtain credentials from the Wine Spirits & Education Trust (WSET) and decided to take classes at Napa Valley Wine Academy. I obtained my Level 2 Intermediate certificate from the Wine Spirits & Education Trust (WSET) in or around October 2021. I later finished my studies for my CSW in or around April 2022.

6. Meanwhile, I was looking at other avenues to obtain more knowledge and credentials in the wine world, while I was working at a winery and at a wine bar, and running private wine tastings on my own. In or around late 2021 or early January 2022, I considered taking wine courses to enable me to become a sommelier. I searched online for wine education programs in Philadelphia and found the National Wine School. Based on the school's online presence and how it positioned itself, I believed that it was a legitimate Philadelphia-based wine school. On January 10, 2022, I enrolled in online courses with the National Wine School and paid $850 for the National Wine School's Core (Level 1-3) Courses. **Exhibit A** at 1.

7. On January 11, 2022, I passed Level 1 and received a congratulatory email from Philip Brandeis at the National Wine School, who was writing from the email address info@wineschool.us. **Exhibit B** at 1.

8. I then began to prepare for taking the National Wine School's Level 2 coursework. This included ordering a separate sensory kit and the necessary wines. In all, these additional expenses brought the cost of taking the course up to around $1,500. When I received the required sensory kit, I discovered that it was missing material necessary to complete Level 2 coursework. Beginning on or around January 24, 2022, I emailed the National Wine School three times in an attempt to rectify this so that I could complete the course, but I did not receive any response. **Exhibit C** at 1-3; **Exhibit B** at 5-6.

9. On or around February 3, 2022, I logged into my National Wine School account where the course materials and my account information were stored. The portal stated that I had no courses available to me, and the certificate that I had earned for passing the Level 1 course was no longer there on the portal.

10. That same day, I emailed the National Wine School to ask for assistance in accessing the courses that I had purchased. The responses that I received were not helpful. I was told that I could sign up for a group Q&A Zoom call with the National Wine School's director, Keith Wallace, which I thought would not provide me with specific attention I needed. In the response, Philip Brandeis also randomly praised Keith Wallace excessively. The interactions that I had with Philip Brandeis were strange to me, and the way that he was talking about Keith Wallace made me wonder whether the emails from Philip Brandeis were actually from Keith Wallace. **Exhibit D** at 1-13.

11. I declined to join the group Q&A Zoom call, and requested a separate time to discuss my specific issues. To set up a separate Zoom call, I was directed to the website vinology.com and provided only one 30-minute window five days away. I had to work during that one timeframe and could not attend the Zoom call at that time. I let the National Wine School know this but they refused to offer other times or means to discuss or address my problem. **Exhibit D** at 7-9.

12. I filed a dispute with PayPal and my credit card company about the charge for the courses and alerted the National Wine School to the charge-back request. Only because of this action did the National Wine School give me access again to my Level 2 course. **Exhibit E** 1-4.

13. On February 11, 2022, I received an email from the National Wine School stating that my password with my National Wine School account had been changed. I was told to contact the Site Administrator at keith@vinology.com if this had been done in error. I emailed the National Wine School back that same day to let them know that I had not changed my email address for my account. **Exhibit F** at 1-2. The issue was seemingly fixed, and I was given access again to the Level 2 and 3 courses that I had paid for.

14. About a week later, on February 17, 2022, I received an email from the National Wine School stating that the email address associated with my National Wine School account had been changed again, but this time to kdd4wine@gmail.con, which differed by one letter from my valid email address at kdd4wine@gmail.com. Again, I was told to contact the Site Administrator at keith@vinology.com if this was done in error. I emailed the National Wine School in response to tell them that this was a mistake and that I had not changed my email address for the account. I did not receive a response, so I sent a follow up email. **Exhibit F** at 3-5; **Exhibit G** at 1-2.

15. On February 19, 2022, even though I had been emailing with Philip Brandeis about these issues, who supposedly works at the National Wine School, I suddenly received an unsigned response from noreply@vinology.com chastising me for emailing the National Wine School during the weekend. Whoever sent the email (apparently someone from the Wine School of Philadelphia based on the email address) claimed that my difficulties in accessing my National Wine School courses were rooted in me using multiple email addresses to set up my National Wine School account, which was not true. I used only one email address (kdd4wine@gmail.com) to set up my National Wine School Account. The anonymous person accused me of violating the terms of service on the vinology.com website. Since I had signed up for classes on the National Wine School website, it was unclear why I would be beholden to terms and conditions found on the Wine School of Philadelphia website. The person writing the email closed it by threatening to

share their "concerns" with potential employers if they contacted the National Wine School about me. **Exhibit G** at 1-2.

16. This interaction further raised my suspicions that Philip Brandeis and Keith Wallace were actually the same person, because I had been trying to fix my National Wine School account with Philip Brandeis (who would suddenly and randomly praise Keith Wallace), and kept asking to speak with someone on the phone about my issues. But Philip Brandeis told me that I had to talk to the Director and Site Administrator of the National Wine School, Keith Wallace, either via a Zoom call at a specific time (which I was unable to attend due to the only option being while I was at work) or via his email address at keith@vinology.com. And, while I had been emailing with the National Wine School/Philip Brandeis, suddenly someone from noreply@vinology.com sent an email to me, chastising me per above, but that email address had not been included on any of my prior emails with National Wine School/Philip Brandeis. I noticed that Keith Wallace also had signed my Level 1 certification from the National Wine School as the "Chairman" of the school and I thought it odd that one man held all of these roles for a school that claimed to be national in scope with such high prestige.

17. This highly unprofessional experience made me feel unheard, frustrated, and taken advantage of. I had never received such bad customer service before. I began to look elsewhere for wine education opportunities in Philadelphia. Around this time, I had learned that PhillyWine provided coursework for WSET certifications, but my research also found that Keith Wallace used the Instagram handle @phillywine and I thought that meant that he was affiliated with PhillyWine. I was interested in taking courses under the WSET framework and possibly doing so closer to home instead of online, and I also knew I could take such classes through PhillyWine. But given the retaliatory and concerning interaction that I had with the National Wine School and Keith Wallace, I did not want to continue to pursue wine education with Keith Wallace for fear of having to interact with him again. In essence, he had soured me on wine schools in the Philadelphia area and I mistakenly believed he was affiliated with PhillyWine.

18. Ultimately, I decided to continue my WSET studies online with Napa Valley Wine Academy. I later spoke with Bob Trimble who informed me that PhillyWine runs a WSET-affiliated school that is not connected with Keith Wallace in any way, and it was only then that I discovered I could take WSET courses here in Philadelphia without having to deal with Keith Wallace. Bob Trimble also advised me to read the recent news article published in the Philadelphia Inquirer about this lawsuit, which I did, and which led me to contact PhillyWine's counsel. However, because I started my WSET courses with Napa Valley Wine Academy, I ended up taking and completing my Level 3 courses outside of Philadelphia, which has limited my professional path and opportunities in Philadelphia because I was unable to make connections locally during those courses. Now that I know that PhillyWine is a legitimate company that is separate and distinct from Keith Wallace's business, I am considering pursuing my last WSET coursework, to obtain my Level 4, via PhillyWine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: Signed by: Kelly Daniels 722E3FB27377422...

Name: Kelly Daniels

Date: 03/23/2026

# EXHIBIT A

9:47 5G
◂ Search

# Re: Congratulations on Passing Level One!

me Feb 3
to National




On Thu, Feb 3, 2022 at 8:47 PM National <national@wineschool.us> wrote:

> We'll look into that and get back to you.

# EXHIBIT B

Gmail **Kelly Daniels <kellydiannedaniels@gmail.com>**

## Congratulations on Passing Level One!

15 messages

**Philip Brandeis** <info@wineschool.us> Tue, Jan 11, 2022 at 10:55 AM
To: kdd4wine@gmail.com

NATIONAL
WINE SCHOOL

Kelly,

I am pleased to inform you that your final score of 90 was sufficient to pass the L1 Exam. Your L1 Wine Certification is now available within your NWS account.

It was a pleasure to have you in class, and I encourage you to continue your wine education with Level Two, which features the dynamic lectures of Keith Wallace. He is the greatest wine instructor I have ever experienced (I took his classes about ten years ago in Philadelphia), and his online courses are incredible. Here is a short clip of one: https://youtu.be/tYCcYkCKI8E

Congratulations!

Philip Brandeis
The National Wine School

P.S. Here is the link to the L2 Program: https://www.wineschool.us/courses/level-two-sommelier/

*Don't want to receive this email anymore? Click here to manage your notification emails subscription.*

---

**Kelly Daniels** <kdd4wine@gmail.com> Thu, Feb 3, 2022 at 8:42 PM
To: Philip Brandeis <info@wineschool.us>

Where are my courses? When  I log in and it says I have no courses. I paid for Level 1-3.
I've not had luck getting reposone to multiple emails I have sent regarding this course.

*Kelly Dianne Daniels, WSET2*
Wine Consultant & Educator
m:  (610)659-5367
w: https://linktr.ee/kellydianne
e:  kdd@sippingwithkelly.com, kdd4wine@gmail.com

**App. 3608**

"Wine holds more memories than any other beverage in the world." - Jon Acuff

[Quoted text hidden]

---

**National** <national@wineschool.us> Thu, Feb 3, 2022 at 8:46 PM
To: Kelly Daniels <kdd4wine@gmail.com>

We'll look into that and get back to you. Please note: this is the first email we have received from you.
[Quoted text hidden]
--
Student Support Services
National Wine School
www.wineschool.us

---

**Kelly Daniels** <kdd4wine@gmail.com> Thu, Feb 3, 2022 at 8:48 PM
To: National <national@wineschool.us>

I can forward the other 3 if you need.

*Kelly Dianne Daniels, WSET2*
Wine Consultant & Educator
m: (610)659-5367
w: https://linktr.ee/kellydianne
e: kdd@sippingwithkelly.com, kdd4wine@gmail.com

"Wine holds more memories than any other beverage in the world." - Jon Acuff

[Quoted text hidden]

---

**Kelly Daniels** <kdd4wine@gmail.com> Thu, Feb 3, 2022 at 9:00 PM
To: National <national@wineschool.us>

App. 3609


Order #833330 was placed on January 10th and is currently Completed.
Order details
Product
Total
Core (L1-L3) Online Wine Course × 1
$850.00
Subtotal:
$850.00
Fees/Taxes:
$0.00
Payment method:
PayPal and Venmo
Total:
$850.00
ORDER AGAIN

On Thu, Feb 3, 2022 at 8:47 PM National <national@wineschool.us> wrote:
[Quoted text hidden]
--
This message was sent from my iPhone so please excuse my brevity and any typographical errors.

---

**National** <national@wineschool.us> Fri, Feb 4, 2022 at 12:30 PM
To: Kelly Daniels <kdd4wine@gmail.com>

Kelly,

We have located a number of inconsistencies at this point, and the only way to assist you is by discussing the matter via zoom. Please sign up to speak with the Director Keith Wallace by using this link: https://www.vinology.com/class/qa-2022-01-12-2022-02-09/

Thank you.

On Thu, Feb 3, 2022 at 9:04 PM Kelly Daniels <kdd4wine@gmail.com> wrote:

> My level 1 certification is also not there anymore either.
>
> *Kelly Dianne Daniels, WSET2*
> Wine Consultant & Educator
> m: (610)659-5367
> w: https://linktr.ee/kellydianne
> e: kdd@sippingwithkelly.com, kdd4wine@gmail.com
>
> "Wine holds more memories than any other beverage in the world." - Jon Acuff
>
> [Quoted text hidden]

[Quoted text hidden]

---

**Kelly Daniels** <kdd4wine@gmail.com> Fri, Feb 4, 2022 at 12:53 PM
To: National <national@wineschool.us>

Inconsistencies where? And why can't this be set up their normal channels versus having a zoom
[Quoted text hidden]

---

**Kelly Daniels** <kdd4wine@gmail.com> Fri, Feb 4, 2022 at 12:54 PM
To: National <national@wineschool.us>

I am at waiting to the ninth to have this figured out. I paid for levels one through three and I want that put them back in my account. Please give me someone I can speak to immediately

On Fri, Feb 4, 2022 at 12:30 PM National <national@wineschool.us> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**Kelly Daniels** <kdd4wine@gmail.com> Fri, Feb 4, 2022 at 12:58 PM
To: National <national@wineschool.us>

**App. 3611**

I should say I am not waiting for a Q&A session. I would like to speak to someone to resolve my issue immediately otherwise I will just contact my credit card company and ask for a refund. This is ridiculous. No when I emailed has been helpful at all
[Quoted text hidden]

---

**Kelly Daniels** <kdd4wine@gmail.com> Fri, Feb 4, 2022 at 1:14 PM
To: National <national@wineschool.us>

I just clicked on the link and it's a Q&A session with the Director. This has nothing to do with my issue. Also the Q&A session is offered at a time when I'm not available. I would like my account credited for the purchases I made please give me someone to speak to who can rectify this ASAP. Otherwise I will simply just contact my credit card company and get a refund and continue my studies with another institution. Inconsistencies and issues are on your side. And you need to rectify them
[Quoted text hidden]

---

**National** <national@wineschool.us> Fri, Feb 4, 2022 at 9:10 PM
To: Kelly Daniels <kdd4wine@gmail.com>

I'm sorry, we're trying our best to help you. Unfortunately what you've described isn't possible when compared to our systems data that tracks everything. If we could speak to you over the phone/zoom we can hopefully get a better understanding of what is going on.

If you ask around you'll learn that Keith Wallace is one of the most knowledgeable people you can speak with. He helped design the program and sits on the Board. We are very lucky to have him.

I hope you'll reconsider the chargeback. That creates a real hardship for small businesses.

In the meantime, we will try to figure out what might be occurring, but since no other students have described these issues it's difficult to ascertain.

Thank you for your patience and consideration. We hope you decide to continue with our program.
[Quoted text hidden]

---

**Kelly Daniels** <kdd4wine@gmail.com> Fri, Feb 4, 2022 at 10:33 PM
To: National <national@wineschool.us>

Thanks ! However it is possible bc it's what has happened- I would not be writing you if it didn't. And giving me one option of half Half hour window (5 days away! ) for a general q&A session when I'm not available (bc I work ) is not being helpful at all!! Are you kidding me?!
getting a human on the phone to assist me asap would be helpful. I'm the customer! Who paid good money to participate in your program .

1 . I purchased the program for level 1-3 (provided proof of purchase ) . I have an email and receipt confirming purchase a date enrollment.

2. Took level one and passed on 1/11 . The original email below confirms that !! and I printed the certificate!!!! So how do you not have record of it? (See pic below )

3.)Until last week I was logging into
My account to get info about all the wines etc I needed for level 2 ( which I went out and purchased) and I was able to see my certificates , courses etc . in addition I also purchased your $50 sensory kit (which came to me missing items!! ) I emailed you about that 3 time too - with no response!!

4.) I logged in yesterday to begin my studies only to see that you now have no record of my certification for level 1 . And there is no record of me purchasing level 1-3 ( which I provided proof of )

So how can you say it's not possible- when I provided you proof .

**App. 3612**

And quite the contrary it's a real hardship for me to spend $1,500( if you factor in the course , sensory kit , wine and

related supplies) and not receive what I paid for . Not to mention my time - which I can't get back .

I also can't continue the program if I don't have access to the courses!! You are not making sense!

I have filed a dispute with my credit card company. You have to get this resolved asap or refund my money. I've provided them all documentation and correspondence as well.


LEVEL ONE SOMMELIER
NATIONAL WINE SCHOOL
THIS CERTIFICATE IS PRESENTED TO
Kelly Daniels
In vino veritas, in cervesio felicitas
Be it known that the board of directors of the National Wine School in the state of Delaware, United States of America and upon the recommendation of the Faculty has conferred all the rights, honors, and privileges pertaining to this certificate.
January 11, 2022
DATE
NWS
Keith Wallace
CHAIRMAN




[Quoted text hidden]
[Quoted text hidden]

App. 3615

---

**Kelly Daniels** <kdd4wine@gmail.com> Tue, Feb 8, 2022 at 8:22 AM
To: National <national@wineschool.us>

Good Morning,
Just checking in to see what progress you have made on getting my account straightened out. I have not heard back from you
Kelly

*Kelly Dianne Daniels, WSET2*
Wine Consultant & Educator
m: (610)659-5367
w: https://linktr.ee/kellydianne
e: kdd@sippingwithkelly.com, kdd4wine@gmail.com

"Wine holds more memories than any other beverage in the world." - Jon Acuff

[Quoted text hidden]

---

**National** <national@wineschool.us> Wed, Feb 9, 2022 at 10:19 AM
To: Kelly Daniels <kdd4wine@gmail.com>

I'm very sorry for the delay. We are looking into it, but with the information provided it's very difficult. The fastest way to resolve this would be to join the zoom Q&A today, but if that is not possible, please let me know when you might be available for a zoom call with the director.
[Quoted text hidden]

---

**Kelly Daniels** <kdd4wine@gmail.com> Wed, Feb 9, 2022 at 10:23 AM
To: National <national@wineschool.us>

I don't know what else you need besides a paid receipt and all the information I sent you. You're not making sense and you're not being clear or helpful. And I already told you I work during the day so I'm not available to hop on a zoom. Please give me a phone number and a person to speak to so that we can resolve this. I've never had such poor customer service in my life. What other information do you need to resolve this besides what I've already provided
[Quoted text hidden]
[Quoted text hidden]

# EXHIBIT C

**---------- Forwarded message ---------**
**From: Kelly Daniels <kdd4wine@gmail.com>**
**Date: Thu, Feb 3, 2022 at 7:52 PM**
**Subject: Third request - response needed please. Re: Your National Wine School order is now complete**
**To: National Wine School <keith@wineschool.us>**

***Kelly Dianne Daniels, WSET2***
**Wine Consultant & Educator**
**m: (610)659-5367**
**w: https://linktr.ee/kellydianne**
**e: kdd@sippingwithkelly.com, kdd4wine@gmail.com**

**"Wine holds more memories than any other beverage in the world." - Jon Acuff**

**On Mon, Jan 24, 2022 at 3:36 PM Kelly Daniels <kdd4wine@gmail.com> wrote:**
**Hi there,**
**I received my kit. Thanks very much!**

**on the inside of the lid it says (see image below) don't open zippered bags until final exam. However there is nothing in the box**
**except the 8 vials.**
**Am I missing something?**



***Kelly Dianne Daniels, WSET2***
**Wine Consultant & Educator**
**m: (610)659-5367**
**w: https://linktr.ee/kellydianne**
**e: kdd@sippingwithkelly.com, kdd4wine@gmail.com**

**"Wine holds more memories than any other beverage in the world." - Jon Acuff**

**On Fri, Jan 21, 2022 at 2:55 PM National Wine School <keith@wineschool.us> wrote:**

**Thanks for shopping with us**

**Hi Kelly,**
**We have finished processing your order.**
**[Order #16924] (January 11, 2022)**

| Product | Quantity | Price |
|---|---|---|
| L2 Sensory Wine Kit | 1 | $50.00 |
| Subtotal: | | $50.00 |
| Shipping: | | Free shipping |

| | |
|---|---|
| **Payment method:** | **PayPal** |
| **Total:** | **$50.00** |

| **Billing address** | **Shipping address** |
|---|---|
| ***Kelly Daniels*** | ***Kelly Daniels*** |
| ***26 E 6th St*** | ***26 E 6th St*** |
| ***Historic New Castle, DE 19720*** | ***Historic New Castle, DE 19720*** |
| ***+16106595367*** | |
| ***kdd4wine@gmail.com*** | |

**Thanks for shopping with us.**

**Professional Wine Certification for the United States**

**--**
**This message was sent from my iPhone so please excuse my brevity and any typographical errors.**

# EXHIBIT D

Gmail

Kelly Daniels <kellydiannedaniels@gmail.com>

## Student support question from Kelly Daniels

2 messages

**National Wine School** <national@wineschool.us> Thu, Feb 3, 2022 at 8:47 PM
To: Kelly Daniels <kdd4wine@gmail.com>

Kelly Daniels,

Thank you for your email. We can answer all questions regarding the National Wine School (NWS), which includes onboarding, technical support, credentials, and accreditation.

However, for questions relating to the finances, scholarships, or schedules of an affiliated school or university, we recommend you contact them directly. On your form, you stated that online is your school of record.

This is an automated message, but an NWS representative will be following up shortly on any matter regarding onboarding, technical support, credentials, or accreditation.

-------------------

**Name**

Kelly Daniels

**Email address**

kdd4wine@gmail.com

**How can we help?**

- I am a registered student and need help.

**Enrolled Program(s)**

- Level One
- Level Two
- Level Three

**I am having a problem with**

- My account.

**My Account**

My Level 1 certificate/credential is nt longer showing in my account. And the Level 2 and 3 I purchased are not there either. I also emailed you twice (way more than three or four day ag) about an issue with my aroma kit. It's missing . Your responsiveness has been very lacking. Please respond asap or I will request a refund from my credit card company,

App. 3622

| |
|---|
| **School of Record** |
| online |
| **Terms** |
| • Yes |

---

**National Wine School** <national@wineschool.us> Fri, Feb 4, 2022 at 7:43 AM
To: Kelly Daniels <kdd4wine@gmail.com>

Kelly Daniels,

Thank you for your email. We can answer all questions regarding the National Wine School (NWS), which includes onboarding, technical support, credentials, and accreditation.

However, for questions relating to the finances, scholarships, or schedules of an affiliated school or university, we recommend you contact them directly. On your form, you stated that I registered online with the national wine school . It does not specifically say which school I am associated with. I would assume that it's the one in Philadelphia but you should be able to tell me that. As I'm taking my courses online. is your school of record.

This is an automated message, but an NWS representative will be following up shortly on any matter regarding onboarding, technical support, credentials, or accreditation.

-------------------

| |
|---|
| **Name** |
| Kelly Daniels |
| **Email address** |
| kdd4wine@gmail.com |
| **How can we help?** |
| • I am a registered student and need help. |
| **Enrolled Program(s)** |
| • Level One<br>• Level Two<br>• Level Three |
| **I am having a problem with** |
| • My account. |

App. 3623

**My Account**

Hi! I purchased level 1-3 . Order number 83330 . I took level 1 and passes on Jan 11 - have email and certificate to prove so . I purchased the sensory kit and all the wines and related supplies for level 2 . When
I logged to my account yesterday to start level two it said I'm not enrolled in any courses, my level one certificate is not there and it's telling me Im not enrolled in any courses have to buy level two and three again. None of my information is there! I would like this resolved ASAP as I have planned on working on my studies today and this weekend. I emailed yesterday and someone said they would take a look but that's not really helpful. I would like to know when this is going to be resolved. Also on a separate note I've emailed( three times) about items missing from my sensory kit . Only after sending the email three times did I receive an email saying that I should use this form instead. There are items missing from my kit and I would like to have that resolved as well.

**School of Record**

I registered online with the national wine school . It does not specifically say which school I am associated with. I would assume that it's the one in Philadelphia but you should be able to tell me that. As I'm taking my courses online.

**Terms**

- Yes

5G

◀ Search

# Re: Congratulations on Passing Level One!

Wine Education and Certi...ions/National Wine School

National Feb 3

to me

We'll look into that and get back to you. Please note: this is the first email we have received from you.

On Thu, Feb 3, 2022 at 8:43 PM Kelly Daniels <kdd4wine@gmail.com> wrote:

> Where are my courses? When I log in and it says I have no courses. I paid for Level 1-3.
> I've not had luck getting reposone to multiple emails I have sent regarding this course.
>
> *Kelly Dianne Daniels, WSET2*
> Wine Consultant & Educator
> m: (610)659-5367
> w: https://linktr.ee/kellydianne
> e: kdd@sippingwithkelly.com, kdd4wine@gmail.com
>
> "Wine holds more memories than any other beverage in the world." - Jon Acuff

App. 3625

On Tue, Jan 11, 2022 at 10:55 AM Philip

◂ Search

# Re: Congratulations on Passing Level One!



me Feb 3
to National

I can forward the other 3 if you need.

*Kelly Dianne Daniels, WSET2*
Wine Consultant & Educator
m: (610)659-5367
w: https://linktr.ee/kellydianne
e: kdd@sippingwithkelly.com, kdd4wine@gmail.com

WSET
LEVEL 2 WINES CERTIFIED

"Wine holds more memories than any other beverage in the world." - Jon Acuff

On Thu, Feb 3, 2022 at 8:47 PM National <national@wineschool.us> wrote:

> We'll look into that and get back to you. Please note: this is the first email we have received from you.
>
> On Thu, Feb 3, 2022 at 8:43 PM Kelly Daniels <kdd4wine@gmail.com> wrote:
>
>> Where are my courses? When I log in and it says I have no courses. I paid for Level 1-3.
>> I've not had luck getting reposone to multiple emails I have sent regarding this course

5G

◀ Search

# Re: Congratulations on Passing Level One!

me Feb 4

to National

Inconsistencies where? And why can't this be set up their normal channels versus having a zoom

On Fri, Feb 4, 2022 at 12:30 PM National <national@wineschool.us> wrote:

> Kelly,
>
> We have located a number of inconsistencies at this point, and the only way to assist you is by discussing the matter via zoom. Please sign up to speak with the Director Keith Wallace by using this link: https://www.vinology.com/class/qa-2022-01-12-2022-02-09/
>
> Thank you.
>
> On Thu, Feb 3, 2022 at 9:04 PM Kelly Daniels <kdd4wine@gmail.com> wrote:
>
>> My level 1 certification is also not there anymore either.
>>
>> *Kelly Dianne Daniels, WSET2*
>> Wine Consultant & Educator
>> m: (610)659-5367
>> w: https://linktr.ee/kellydianne

App. 3627

5G

◂ Search

# Re: Congratulations on Passing Level One!

me Feb 4

to National

I am at waiting to the ninth to have this figured out. I paid for levels one through three and I want that put them back in my account. Please give me someone I can speak to immediately

On Fri, Feb 4, 2022 at 12:30 PM National <national@wineschool.us> wrote:

> Kelly,
>
> We have located a number of inconsistencies at this point, and the only way to assist you is by discussing the matter via zoom. Please sign up to speak with the Director Keith Wallace by using this link: https://www.vinology.com/class/qa-2022-01-12-2022-02-09/
>
> Thank you.
>
> On Thu, Feb 3, 2022 at 9:04 PM Kelly Daniels <kdd4wine@gmail.com> wrote:
>
> > My level 1 certification is also not there anymore either.
> >
> > *Kelly Dianne Daniels, WSET2*
> > Wine Consultant & Educator
> > m: (610)659-5367

5G

◄ Search

# Re: Congratulations on Passing Level One!



me Feb 4
to National

I should say I am not waiting for a Q&A session. I would like to speak to someone to resolve my issue immediately otherwise I will just contact my credit card company and ask for a refund. This is ridiculous. No when I emailed has been helpful at all

On Fri, Feb 4, 2022 at 12:54 PM Kelly Daniels <kdd4wine@gmail.com> wrote:

> I am at waiting to the ninth to have this figured out. I paid for levels one through three and I want that put them back in my account. Please give me someone I can speak to immediately
>
> On Fri, Feb 4, 2022 at 12:30 PM National <national@wineschool.us> wrote:
>
>> Kelly,
>>
>> We have located a number of inconsistencies at this point, and the only way to assist you is by discussing the matter via zoom. Please sign up to speak with the Director Keith Wallace by using this link: https://www.vinology.com/class/qa-2022-01-12-2022-02-09/
>>
>> Thank you.

5G

◀ Search

# Re: Congratulations on Passing Level One!



me Feb 4

to National

I just clicked on the link and it's a Q&A session with the Director. This has nothing to do with my issue. Also the Q&A session is offered at a time when I'm not available. I would like my account credited for the purchases I made please give me someone to speak to who can rectify this ASAP. Otherwise I will simply just contact my credit card company and get a refund and continue my studies with another institution. Inconsistencies and issues are on your side. And you need to rectify them

On Fri, Feb 4, 2022 at 12:58 PM Kelly Daniels <kdd4wine@gmail.com> wrote:

> I should say I am not waiting for a Q&A session. I would like to speak to someone to resolve my issue immediately otherwise I will just contact my credit card company and ask for a refund. This is ridiculous. No when I emailed has been helpful at all
>
> On Fri, Feb 4, 2022 at 12:54 PM Kelly Daniels <kdd4wine@gmail.com> wrote:
>
>> I am at waiting to the ninth to have this figured out. I paid for levels one through three and I want that put them back in account. Please give me someone I can speak to immediately

5G

◄ Search

# Re: Congratulations on Passing Level One!

Wine Education and Certi...ions/National Wine School

National Feb 4

to me

I'm sorry, we're trying our best to help you. Unfortunately what you've described isn't possible when compared to our systems data that tracks everything. If we could speak to you over the phone/zoom we can hopefully get a better understanding of what is going on.

If you ask around you'll learn that Keith Wallace is one of the most knowledgeable people you can speak with. He helped design the program and sits on the Board. We are very lucky to have him.

I hope you'll reconsider the chargeback. That creates a real hardship for small businesses.

In the meantime, we will try to figure out what might be occurring, but since no other students have described these issues it's difficult to ascertain.

Thank you for your patience and consideration. We hope you decide to continue with our program.

On Fri, Feb 4, 2022 at 1:15 PM Kelly Daniels <kdd4wine@gmail.com> wrote:

5G
◂ Search

# Re: Congratulations on Passing Level One!

me Feb 4
to National

Thanks ! However it is possible bc it's what has happened- I would not be writing you if it didn't. And giving me one option of half Half hour window (5 days away! ) for a general q&A session when I'm not available (bc I work ) is not being helpful at all!! Are you kidding me?!
getting a human on the phone to assist me asap would be helpful. I'm the customer! Who paid good money to participate in your program .

1 . I purchased the program for level 1-3 (provided proof of purchase ) . I have an email and receipt confirming purchase a date enrollment.

2. Took level one and passed on 1/11 . The original email below confirms that !! and I printed the certificate!!!! So how do you not have record of it? (See pic below )

3.)Until last week I was logging into
My account to get info about all the wines etc I needed for level 2 ( which I went out and purchased) and I was able to see my certificates , courses etc . in addition I also purchased your $50 sensory kit (which came to me missing items!! ) I emailed you about that 3 time too - with no response!!

**App. 3632**

4.) I logged in yesterday to begin my studies only to see that you now have no record of my

5G

◄ Search

3.)Until last week I was logging into
My account to get info about all the wines etc I needed for level 2 ( which I went out and purchased) and I was able to see my certificates , courses etc . in addition I also purchased your $50 sensory kit (which came to me missing items!! ) I emailed you about that 3 time too - with no response!!

4.) I logged in yesterday to begin my studies only to see that you now have no record of my certification for level 1 . And there is no record of me purchasing level 1-3 ( which I provided proof of )

So how can you say it's not possible- when I provided you proof .

And quite the contrary it's a real hardship for me to spend $1,500( if you factor in the course , sensory kit , wine and related supplies) and not receive what I paid for . Not to mention my time - which I can't get back .

I also can't continue the program if I don't have access to the courses!! You are not making sense!

I have filed a dispute with my credit card company. You have to get this resolved asap or refund my money. I've provided them all documentation and correspondence as well.



App. 3633

5G

◂ Search

# Re: Congratulations on Passing Level One!



me Feb 9

to National

I don't know what else you need besides a paid receipt and all the information I sent you. You're not making sense and you're not being clear or helpful. And I already told you I work during the day so I'm not available to hop on a zoom. Please give me a phone number and a person to speak to so that we can resolve this. I've never had such poor customer service in my life. What other information do you need to resolve this besides what I've already provided

On Wed, Feb 9, 2022 at 10:20 AM National <national@wineschool.us> wrote:

> I'm very sorry for the delay. We are looking into it, but with the information provided it's very difficult. The fastest way to resolve this would be to join the zoom Q&A today, but if that is not possible, please let me know when you might be available for a zoom call with the director.
>
> On Tue, Feb 8, 2022 at 8:23 AM Kelly Daniels <kdd4wine@gmail.com> wrote:
>
> > Good Morning,
> > Just checking in to see what progress you have made on getting my account straightened out. I have not heard back from you
> > Kelly
> >
> > *Kelly Dianne Daniels, WSET2*
> > Wine Consultant & Educator
> > m: (610)659-5367
> > w: https://linktr.ee/kellydianne
> > e: kdd@sippingwithkelly.com, kdd4wine@gmail.com

**App. 3634**

◄ Search

info@wineschool.us

From | To | Attachment | Date | Is

Philip Brandeis — Feb 17
[National Wine School] Email Changed
Hi kdd4wine@gmail.com, This not... Inbox

Philip Brandeis — Feb 14
Welcome to the L3 Sommelier Course
National Wine School Kelly, You ar... Inbox

Philip Brandeis — Feb 14
Welcome to the L2 Sommelier Course
National Wine School Kelly, Welco... Inbox

Philip Brandeis — Feb 13
Welcome to the L2 Sommelier Course
National Wine School Kelly, Welco... Inbox

Philip Brandeis — Feb 12
Welcome to the L1 Wine Course
National Wine School Kelly, Welco... Inbox

me — Feb 11
Re: [National Wine School] Password Ch...
Hi there ! This is not something that I ch...

Philip Brandeis — Feb 11
[National Wine School] Password Chang...
Hi kdd4wine@gmai... Wine Edu...ine School

me — Feb 9
Re: Congratulations on Passing Level On...
I don't know what else you need beside...

image_6712806 +1

# EXHIBIT E

Gmail

Kelly Daniels <kddthewinestellar@gmail.com>

## Dispute Case initiated

**Discover Card** <discover@services.discover.com> Mon, Feb 21, 2022 at 11:04 PM
Reply-To: dontrply@services.discovercard.com
To: KDD4WINE@gmail.com

DISCOVER

Access My Account

Account number ending in 6578

Dear Kelly Daniels,

Thank you for your recent inquiry regarding a charge on your account. We're happy to investigate this for you. In the meantime, we have applied a provisional credit to your account and notified the merchant of this situation. Here is the case number for your record:

| | |
|---|---|
| Case Number: | 31037050RG |
| Merchant Name: | PAYPAL *PYPL PAYIN4 |
| Dispute Amount: | $212.50 |

In most cases, the provisional credit we've applied will remain on your account. However, if the merchant provides documentation that shows the charge is valid, we will remove the provisional credit and notify you with a copy of the information provided from the merchant. Otherwise, the provisional credit will become permanent. This process typically takes less than sixty days, though more complex cases may require additional time.

You can review the status of this investigation at any time by visiting Discover.com or by calling our Billing Assistance team from 6:30AM to 1:00AM (ET) every day at 1-800-DISCOVER (1-800-347-2683).

Sincerely,

Discover Card Customer Service

Find Us on Facebook Follow Us on Twitter Read Our Blog Discover Mobile

Add discover@service.discover.com to your address book to ensure delivery of these e-mails. See ways to help identify Discover e-mails by visiting our email security page.

IMPORTANT INFORMATION

**App. 3637**

This e-mail was sent to: KDD4WINE@GMAIL.COM for account number ending with **6578**.

You are receiving this e-mail because you are a Discover Cardmember

Gmail **Kelly Daniels <kddthewinestellar@gmail.com>**

## Dispute Case initiated

**Discover Card** <discover@services.discover.com> Sat, Mar 5, 2022 at 11:07 PM
Reply-To: dontrply@services.discovercard.com
To: KDD4WINE@gmail.com

DISCOVER

Access My Account

Account number ending in 6578

Dear Kelly Daniels,

Thank you for your recent inquiry regarding a charge on your account. We're happy to investigate this for you. In the meantime, we have applied a provisional credit to your account and notified the merchant of this situation. Here is the case number for your record:

| | |
|---|---|
| Case Number: | 08778366RG |
| Merchant Name: | PAYPAL *PYPL PAYIN4 |
| Dispute Amount: | $212.50 |

In most cases, the provisional credit we've applied will remain on your account. However, if the merchant provides documentation that shows the charge is valid, we will remove the provisional credit and notify you with a copy of the information provided from the merchant. Otherwise, the provisional credit will become permanent. This process typically takes less than sixty days, though more complex cases may require additional time.

You can review the status of this investigation at any time by visiting Discover.com or by calling our Billing Assistance team from 6:30AM to 1:00AM (ET) every day at 1-800-DISCOVER (1-800-347-2683).

Sincerely,

Discover Card Customer Service

Find Us on Facebook Follow Us on Twitter Read Our Blog Discover Mobile

Add discover@service.discover.com to your address book to ensure delivery of these e-mails. See ways to help identify Discover e-mails by visiting our email security page.

IMPORTANT INFORMATION

**App. 3639**

This e-mail was sent to: KDD4WINE@GMAIL.COM for account number ending with **6578**.

You are receiving this e-mail because you are a Discover Cardmember

# EXHIBIT F

5G

◀ Search

# [National Wine School] Password Changed

Wine Education and Certi...ions/National Wine School

Philip Brandeis Feb 11

to me

Hi kdd4wine@gmail.com,

This notice confirms that your password was changed on National Wine School.

If you did not change your password, please contact the Site Administrator at keith@vinology.com

This email has been sent to kdd4wine@gmail.com

Regards,
All at National Wine School
https://www.wineschool.us

Reply Forward

5G

◀ Search

# Re: [National Wine School] Password Changed

me Feb 11

to National, Philip

Hi there !
This is not something that I changed.
Kindly advise . Thanks

On Fri, Feb 11, 2022 at 2:49 PM Philip Brandeis <info@wineschool.us> wrote:

> Hi kdd4wine@gmail.com,
>
> This notice confirms that your password was changed on National Wine School.
>
> If you did not change your password, please contact the Site Administrator at keith@vinology.com
>
> This email has been sent to kdd4wine@gmail.com
>
> Regards,
> All at National Wine School
> https://www.wineschool.us

•••

Reply Reply all Forward

Gmail

Kelly Daniels <kellydiannedaniels@gmail.com>

## [National Wine School] Email Changed

**Philip Brandeis** <info@wineschool.us> Thu, Feb 17, 2022 at 4:22 PM
To: kdd4wine@gmail.com

Hi kdd4wine@gmail.com,

This notice confirms that your email address on National Wine School was changed to kdd4wine@gmail.con.

If you did not change your email, please contact the Site Administrator at
keith@vinology.com

This email has been sent to kdd4wine@gmail.com

Regards,
All at National Wine School
https://www.wineschool.us

5G

◀ Search

# Re: [National Wine School] Email Changed

me Feb 17
to National, Philip

Good evening! I just received this message but I'm not sure why this was changed or who did it but it wasn't me. Also the new email address you typed is not valid
Please advise
On Thu, Feb 17, 2022 at 4:22 PM Philip Brandeis <info@wineschool.us> wrote:

> Hi kdd4wine@gmail.com,
>
> This notice confirms that your email address on National Wine School was changed to kdd4wine@gmail.con.
>
> If you did not change your email, please contact the Site Administrator at keith@vinology.com
>
> This email has been sent to kdd4wine@gmail.com
>
> Regards,
> All at National Wine School
> https://www.wineschool.us

...

Reply | Reply all | Forward

◄ Search

info@wineschool.us

From ▾ | To ▾ | Attachment ▾ | Date ▾ | Is

Philip Brandeis — Feb 17
[National Wine School] Email Changed
Hi kdd4wine@gmail.com, This not... Inbox

Philip Brandeis — Feb 14
Welcome to the L3 Sommelier Course
National Wine School Kelly, You ar... Inbox

Philip Brandeis — Feb 14
Welcome to the L2 Sommelier Course
National Wine School Kelly, Welco... Inbox

Philip Brandeis — Feb 13
Welcome to the L2 Sommelier Course
National Wine School Kelly, Welco... Inbox

Philip Brandeis — Feb 12
Welcome to the L1 Wine Course
National Wine School Kelly, Welco... Inbox

me — Feb 11
Re: [National Wine School] Password Ch...
Hi there ! This is not something that I ch...

Philip Brandeis — Feb 11
[National Wine School] Password Chang...
Hi kdd4wine@gmai... Wine Edu...ine School

me — Feb 9
Re: Congratulations on Passing Level On...
I don't know what else you need beside...

# EXHIBIT G

---------- Forwarded message ---------
From: **Kelly Daniels** <kdd4wine@gmail.com>
Date: Sat, Feb 19, 2022 at 1:25 PM
Subject: Re: Please respond Re: [National Wine School] Email Changed
To: National Wine School <keith@vinology.com>, Philip Brandeis <info@wineschool.us>

On Sat, Feb 19, 2022 at 11:41 AM Kelly Daniels <kdd4wine@gmail.com> wrote:

This is 100% not correct. My comments are below.

*Kelly Dianne Daniels, WSET3*
Wine Consultant & Educator
m: (610)659 5367
w: https://linktr.ee/kellydianne
e: kdd@sippingwithkelly.com, kdd4wine@gmail.com

"Wine holds more memories than any other beverage in the world." - Jon Acuff

On Sat, Feb 19, 2022 at 11:16 AM Wine School of Philadelphia <noreply@vinology.com> wrote:

We were going to contact you in a formal letter, but since you are contacting us on a weekend, we will address this now.

Here is the reason you are having difficulty: you made multiple errors, abused our staff, and then issued a chargeback. Here is a more detailed inventory of the issue at hand:

- You used multiple names and email addresses when registering (which was the only problem with your account).

Kelly - No i did not. My emial has always been kdd4wine@gmail.com

- When our staff attempted to help you, they were treated to abuse. We retain these communications.

Kelly- You did not attempt to help me. I have emails to prove so. I was not provided a person to talk to or any information on why there was an issue with my account. AFter muliple inquiries
You gave me a half hour window for a zoom conference that I told you i could not attend bc I work and you offered me no other options for help or a person to take to. How is that helpful I was forced to file a complaint with paypal because of your non responsiveness/helpfulness. ***ONLY*** after I filed a dispute with paypal did you provide me with what I originally purchased L1-3 . I told you and paypal that I was initially able to get into Level 2 but then at some point(and I have emails and screenshots to prove) my account no longer reflected my purchases. You resolved that and I re-started L2 last week. On the 17th I received an email that you had changed my email (without my permission) to an email that does not exist so i can't get into my account. Again I emailed you asking why and letting you know that I didn't initiate that change and once again you did not respond.
Holding you accountable and calling you out on lack of concern and/or poor customer service is not abusive, it was a statement of fact. You would be equally as frustrated having to repeatedly reach out to get someone to respond only to not have the issue resolved. And you are continuing in that same manner (of not being helpful to someone who paid good money to take a course for you.) I have retained all emails as well. Case in point you are not addressing why my email was changed and I now can't get into my account.

- You refused to attend a zoom meeting to address the issue.

Kelly - Yes, a 30 minute window of time that I was not available (because I work-and i let you know that) for a general Q&A session about the course. That's not helpful and I was not offered any other option for assistance. That's not helpful.

- You issued a chargeback.

Kelly - Yes b/c I did not get the entirety of what I paid for. You would have done the same.

- We have proof you took L1 and then took L2 classes **after** you issued the chargeback.

Kelly - I already told you I took level one and initiated level two but then at some point
I was no longer able to access the courses. I sent screenshots of what I was seeing on my side and proof of purchase and still no helpful response from you. And you never shared any of what you mentioned above with me - getting on the phone with me and walking through what is clearly a technical issue on your side would have been helpful in trying to see what happened with my account. You never offered that

- You still have access to all courses

Kelly- No I don't. I can't get into my account now because you changed my email to one that does not exist (see email below) my email is and has always been kdd4wine@gmail.com. I've NEVER used another email. You changed it to kdd4wine@gmail.con (does not exist and I did not initiate this)

- You must address the violations of our terms of service.

Please see the TOS here: https://www.vinology.com/terms/#h-chargeback-policy and here: https://www.vinology.com/terms/#h-ethical-standards

Bottom line: We are well within our rights to enforce the terms and conditions; We also have the right to address our concerns to any potential employer, when such advice is requested. We do not want it to come to this, but if you continue to escalate, you leave us no good options.

Kelly - Are you threatening me because I am asking for what I paid for and for assistance that I am entitled to?
Duly noted.

On Sat, Feb 19, 2022 at 10:28 AM Kelly Daniels <kdd4wine@gmail.com> wrote:

You changed my email without my permission-WHY?!?- and you changed it to an email that does not exist. I can't get into my account now. Was this intentional?
Please correct this ASAP my email is kdd4wine@gmail.com so that I can get back into my account.
I've had nothing but issues (negative ones) with my experience with the wine school in relation to getting what I paid for and my account information being correct

information being correct.

*Kelly Dianne Daniels, WSET2*
Wine Consultant & Educator
m: (610)659-5367
w: https://linktr.ee/kellydianne
e: kdd@sippingwithkelly.com, kdd4wine@gmail.com

"Wine holds more memories than any other beverage in the world." - Jon Acuff

On Thu, Feb 17, 2022 at 6:21 PM Kelly Daniels <kdd4wine@gmail.com> wrote:

Good evening! I just received this message but I'm not sure why this was changed or who did it but it wasn't me. Also the new email address you typed is not valid
Please advise

On Thu, Feb 17, 2022 at 4:22 PM Philip Brandeis <info@wineschool.us> wrote:

Hi kdd4wine@gmail.com,

This notice confirms that your email address on National Wine School was changed to kdd4wine@gmail.con.

If you did not change your email, please contact the Site Administrator at keith@vinology.com

This email has been sent to kdd4wine@gmail.com

Regards,
All at National Wine School
https://www.wineschool.us

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: DD2CE9B6-0B9B-42B3-B73C-6B253C6DAA5B | | Status: Completed |
| Subject: GreenbergTraurig: Request for Electronic Signature ( 56698) | | |
| Quest ID #: 56698 | | |
| Source Envelope: | | |
| Document Pages: 48 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | GreenbergTraurig |
| AutoNav: Enabled | | GTDocuSign@gtlaw.com |
| EnvelopeId Stamping: Enabled | | IP Address: 65.57.166.54 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>3/23/2026 7:27:26 PM | Holder: GreenbergTraurig<br>GTDocuSign@gtlaw.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Kelly Daniels<br>kellydiannedaniels@gmail.com<br>Security Level: Email, Account Authentication (None) | Signed by:<br>Kelly Daniels<br>722E3FB27377422...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address:<br>2601:45:501:6a90:45fe:a042:ea92:a8de<br>Signed using mobile | Sent: 3/23/2026 7:27:27 PM<br>Viewed: 3/23/2026 7:40:52 PM<br>Signed: 3/23/2026 7:51:34 PM |

**Electronic Record and Signature Disclosure:**
Accepted: 3/23/2026 7:40:52 PM
ID: 5bea3d9c-682d-431d-b970-38c2ba0bf6e8
Company Name: GreenbergTraurig

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Barry R. Horwitz<br>Barry.Horwitz@gtlaw.com<br>Greenberg Traurig<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 3/23/2026 7:27:26 PM<br>Viewed: 3/23/2026 8:06:42 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/23/2026 7:27:26 PM |
| Certified Delivered | Security Checked | 3/23/2026 7:40:52 PM |
| Signing Complete | Security Checked | 3/23/2026 7:51:34 PM |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Completed | Security Checked | 3/23/2026 7:51:34 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

**Electronic Record and Signature Disclosure**

Case 2:26-cv-01268-JDW Document 30-5 Filed 03/25/26 Page 52 of 54

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, GreenbergTraurig (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact GreenbergTraurig:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: PrivacyOffice@gtlaw.com

**To advise GreenbergTraurig of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at PrivacyOffice@gtlaw.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from GreenbergTraurig**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to InformationGovernance@gtlaw.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with GreenbergTraurig**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to PrivacyOffice@gtlaw.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify GreenbergTraurig as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by GreenbergTraurig during the course of your relationship with GreenbergTraurig.

# EXHIBIT 11

**SECOND (REBUTTAL) DECLARATION OF NOELLE ALLEN**

I, Noelle Allen, declare as follows:

1. I am over the age of eighteen and competent to make this Declaration.

2. The facts stated in this Declaration are within my personal knowledge and are true.

3. First and foremost, the ownership of PhillyWine by Matt Kirkland and myself is not as questionable as Keith Wallace claims. I have known Neal Ewing since 2014. I was a student of his and eventually taught classes for him. When I learned of Neal's retirement, I knew that Matt and I were the best people to take over the business.

**Wallace's Contradictions and Half-Truths**

4. In Wallace's Declaration, while he admits to being the creator and administrator of SOMM.us (*see* Dkt. 25-1, Wallace Decl. ¶ 78), he denies that he drafts content for SOMM.us, and specifically claims "[t]he review for my trade name 'Philly Wine School' was also prepared and drafted by a third-party writer, which I believed to be independent and based on other publicly available information" *Id*. ¶ 82; *see also* Dk. 6-5 Kirkland Decl. Exhibit W p. 42.

5. I conducted research online and the claim that Wallace himself did not write the review on SOMM.us for Philly Wine School is false.

6. First, I typed https://somm.us/wp-json/wp/v2/users ("SOMM.us API") into a web browser, which shows the publicly accessible WordPress REST API for the website SOMM.us. WordPress REST API is a built-in feature of WordPress that allows computers, applications, and developers to access website data in a predictable, organized format. This data includes display names, usernames, author profile URLs, and more.

7. The WordPress API for SOMM.us currently shows two authors, each with a unique WordPress user ID: Author "Keith" -ID 1 and Author "Claire"- ID 19655.

8. The author assigned to any page on SOMM.us can be determined by adding the parameter "?author=1" or "?author=19655" to the page's URL. Numerous articles captured on the Internet Archive show that certain pages from SOMM.us were originally attributed to display the name "Greg Osborne" or "G. Osborne," which I believe to actually be Keith Wallace. *See* Exhibit B. More specifically, if one views the source code on the live website for the article titled, "What Am I Drinking" (URL = somm.us/what-am-i-drinking-wine-school/?author=19655, to view source code, URL = view-source:somm.us/what-am-i-drinking-wine-school/?author=19655), the name 'Greg Osborne' is attached to the URL for author "Claire", which I believe to be Claire Seroskie, another alias used by Wallace, as explained in our original motion filings. *See* Exhibit C.

9. Viewing the same article as it was captured by the Internet Archive's Wayback Machine, the author named 'Greg Osborne' links to the URL somm.us/author/keith, indicating that Keith Wallace is the author. *See* Exhibit D. There's no difference in content between the live article at the URL above, and the version captured by the Internet Article, but a comparison of the two shows that the author ID was changed from "author Keith" to "author Claire."

10. Based on the above, the underlying author IDs on the SOMM.us website have been changed over time, but the *displayed* author name "Greg Osborne" has remained consistent. Moreover, the above indicates that Wallace is still trying to manipulate evidence in his favor.

11. The SOMM.us article referenced above, i.e., the review for Wallace's wine school that he references at ¶ 82 of his declaration, can be found at the URL https://somm.us/philly-wine-school-review/. As discussed in our papers, there is substantial evidence that "Claire" is actually an alias of Wallace. *See* Dkt. 6-7, Declaration of Barry Horwitz ("Horwitz Decl.") ¶¶ 14-18. Thus, Wallace's claim that an independent third-party authored this particular SOMM.us article is at best misleading, and at worst, completely false.

12. Wallace also states in ¶¶ 83-84 of his declaration that he didn't know that Matt Kirkland and I owned PhillyWine "until late 2024" but the SOMM.us review of PhillyWine posted in late 2023 states "Neal's retirement ushers in a new era for WSET Philadelphia, now under the aegis of Noelle Allen. The company was purchased by Noelle . . . in May 2022." *See* Exhibit E, the review captured in the Internet Archive at https://web.archive.org/web/20231204190328/https://somm.us/schools/phillywine-com/. As discussed, since the evidence indicates that Wallace is responsible for SOMM.us and that he authored this review, this is further evidence that Wallace was aware that Matt and I owned PhillyWine in 2022.

13. I also find it surprising that Wallace did not attempt to refute, much less dispute, that he specifically registered the Instagram handle @phillywine "to mess with or upset Neal," as I testified in my earlier declaration. *See* Dkt. 6-6, Declaration of Noelle Allen ("Allen Decl.) ¶ 11.

**Philip Brandeis – An Additional Alias of Keith Wallace**

14. After the Philadelphia Inquirer published the recent article about this lawsuit, our attorney Barry Horwitz was connected to Kelly Daniels by Scot Ziskind, and Kelly shared with our attorney the customer service experience she had with the National Wine School and a supposed employee of that wine school, Philip Brandeis.

15. Based on the information set forth in Kelly Daniels' declaration (Ex. 11), I conducted further research regarding Philip Brandeis.

16. As part of my research, I had seen online that Philip Brandeis claimed to be an employee of both the National Wine School and the Wine School of Philadelphia. *See* Exhibit F for screenshots illustrating Philip Brandeis' connection to both the National Wine School and the Wine School of Philadelphia.

17. I searched online to see what I could learn about Philip Brandeis. The information that I gathered, as outlined herein, led me to believe that Philip is not an actual person and is instead another one of Keith Wallace's aliases.

18. First, on March 24, 2026, I visited the X account of the National Wine School, which has the handle @winostan. *See* Exhibit G.

19. I found the unique identifier number (1138579682) of the account by right clicking on the banner photograph and selecting "inspect." I then reviewed the source URL and found the identification number. *See* highlighted line of text in Exhibit H.

20. I then reviewed the web archive pages for that account and discovered that the same handle, @winostan, with the same unique identifier number of 1138579682, previously had an account name of Philip Brandeis in or around 2018. *See* Exhibit I.

21. During this period, the Philip Brandeis account retweeted another person discussing taking an upcoming WSET exam, which would be unusual if the account was being run for the National Wine School, since the National Wine School does not offer WSET programming and instead runs a wine credentialing program that competes with WSET. *See* Exhibit J.

22. At an unknown date the @winostan handle transitioned from the Philip Brandeis account name to the National Wine School account name. Although it would not be unusual for an employee of a small company to start and run a social media account for that company and transition the account upon leaving, it would be unusual for an individual to hand over their personal account over to their employer for that company's use.

23. It is my understanding that if Philip Brandeis had relinquished his X handle, @winostan, and then that handle was made available for someone else to have, then the two separate accounts would not share the same unique identifier number, indicating that the account really did not change hands at all, and that it is likely that, Keith Wallace, simply changed the name on the account from Philip Brandeis to the National Wine School.

24. My research on Philip Brandeis also identified a Quora.com account for him, which claims that he works in Customer Support at the Wine School of Philadelphia. A copy of a relevant webpage from quora.com is attached as Exhibit K. Further evidencing Philip Brandeis' relatedness to Keith Wallace is the fact that Philip Brandeis follows only 15 other Quora accounts, as of earlier this week, two of which are Keith Wallace accounts. *See* Exhibit L. Further, Philip Brandeis only has five followers, one of which is Keith Wallace. *See* Exhibit M.

25. A "Philip B." Yelp account has also been complimented by a "Keith W." account and by accounts associated with two other suspected Keith Wallace aliases, Maeghan Kresge and Claire Seroskie. This online interaction between Keith Wallace's accounts and the accounts of his suspected aliases are used to make each appear like a legitimate, real person to unsuspecting customers. *See* Exhibit N.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: [signature]

Name: Noelle Allen

Date: 3/25/2026

# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20241003005655/https://somm.us/author/keith/

(https://web.archive.org/web/20241003005655/https://somm.us/)

**Where** Your Region...

## Greg Osborne

Joined In Feb 2013

SOMM
(https://web.archive.org/web/20241003005655/https://somm.us/)

**About SOMM (https://web.archive.org/web/20241003005655/https://somm.us/about-somm/)**

**How We Rate Wine Schools (https://web.archive.org/web/20241003005655/https://somm.us/reviews/)**

**Contact SOMM (https://web.archive.org/web/20241003005655/https://somm.us/contact/)**

**App. 3660**

# Top Comments

**Wine Tasting Classes Across America (https://web.archive.org/web/20241003005655/https://somm.us/wine-tasting-classes-across-america/)**
4 September, 2023 1 Comment

**Boycott the Master Sommeliers? (https://web.archive.org/web/20241003005655/https://somm.us/boycott-master-sommeliers/)**
19 June, 2020 35 Comments

**Best Wine for Scent Therapy (https://web.archive.org/web/20241003005655/https://somm.us/scent-therapy/)**
18 May, 2016 18 Comments

**Is Your Sommelier Fake? Science saysR (https://web.archive.org/web/20241003005655/https://somm.us/fake-sommelier/)**
6 April, 2016 12 Comments

**Ask a Sommelier: The 15 Most Common Wine (https://web.archive.org/web/20241003005655/https://somm.us/ask-a-somm-the-15-most-common-wine-questions/)**
19 October, 2018 8 Comments

# Popular Articles

Wine Tasting Classes Across America (https://web.archive.org/web/20241003005655/https://somm.us/wine-tasting-classes-across-america/)
Ten Classic Food and Wine Pairings (https://web.archive.org/web/20241003005655/https://somm.us/10-classic-food-and-wine-pairings/)
The SOMM Mission (https://web.archive.org/web/20241003005655/https://somm.us/the-somm-mission/)
Somm to Sideways: Our Favorite Wine Movies (https://web.archive.org/web/20241003005655/https://somm.us/wine-movie/)
What is a Sommelier? (https://web.archive.org/web/20241003005655/https://somm.us/what-is-a-sommelier/)
COVID-19, Anosmia and Ageusia (https://web.archive.org/web/20241003005655/https://somm.us/ageusia/)
Becoming a Sommelier (https://web.archive.org/web/20241003005655/https://somm.us/become-a-sommelier/)
Sommelier Asks: Cooking or Baking—Which One Do You Prefer? (https://web.archive.org/web/20241003005655/https://somm.us/cooking-baking-one-prefer/)

# Reading List

International Wine Guild (https://web.archive.org/web/20241003005655/https://somm.us/schools/international-wine-guild/)
North American Sommelier Association (https://web.archive.org/web/20241003005655/https://somm.us/schools/north-american-sommelier-association/)
Vine Lab Wine & Spirits Academy of Minnesota (https://web.archive.org/web/20241003005655/https://somm.us/schools/vine-lab-wine-spirits-academy-of-minnesota/)
Add Listing (https://web.archive.org/web/20241003005655/https://somm.us/add-listing/)
Login (https://web.archive.org/web/20241003005655/https://somm.us/login-2/)
Contact Us (https://web.archive.org/web/20241003005655/https://somm.us/contact/)
Payment Checkout (https://web.archive.org/web/20241003005655/https://somm.us/payment-checkout/)

**App. 3661**

Submit Your Listing (https://web.archive.org/web/20241003005655/https://somm.us/submit-listing/)
The Wine Academy of Utah (https://web.archive.org/web/20241003005655/https://somm.us/schools/the-wine-academy-of-utah/)

Copyright © SOMM

SOMM • Reviews of Sommelier Courses and Wine Schools

SOMM • Reviews of Sommelier Courses and Wine Schools



# Author: G. Osborne

## Wine and Spirits Education Trust

Whether you're an ultimate wine enthusiast, or whether you're looking to make wine your profession, WSET offers a range of qualifications to get you to the exact level you want to be. The Wine & Spirits Education Trust accommodates 12

G. Osborne 5th May 2020 Sommelier Certification

No Comments Read more

## Top Sites for Virtual Wine Tastings



What are virtual wine tastings? Online wine classes are nothing new. Highly respected wine institutions like Wine Spectator and the University of California at Davis have been offering online courses for years. Interest for such programs was high at the

G. Osborne 13th April 2020

Food and Wine, Sommelier School Reviews No Comments

Read more

Search

## Archives


May 2020

April 2020

March 2020

January 2020

December 2019

November 2019

October 2019

September 2019

August 2019

July 2019

June 2019

April 2019

February 2019

November 2018

October 2018

September 2018


App. 3663

## Court of Master Sommeliers

If you're looking for a quality institute to complete a well-regarded wine certification, one of the institutions that should be on the top of your list, is the Court of Wine Masters. Established in 1969, this London based institution is

G. Osborne 6th April 2020 Sommelier Certification
No Comments Read more

## The Society of Wine Educators

The wine industry has so much to offer – especially when it comes to proper wine education. There are several great institutions that provide some world-class education. Let's take a look at one of these great institutions and what they

G. Osborne 17th March 2020 Sommelier Certification
No Comments Read more

## Court of Master Sommeliers

Court of Master Sommeliers: An introduction The Court of Master Sommeliers (CMS) is an organization established in April 1977 to sponsor improved standards of service, especially wine and cuisine pairing, in hotels and restaurants. It was founded by several trade

May 2018
February 2018
January 2018
November 2017
October 2017
September 2017
July 2017
June 2017
June 2016
May 2016
April 2016
March 2016
February 2016
September 2015
August 2015
March 2015
January 2015
November 2014
October 2014
September 2014
August 2014
April 2014
January 2010

### Meta

Log in

App. 3664

G. Osborne 16th March 2020 Sommelier Certification

2 Comments Read more

# Somm to Sideways: Our Favorite Wine Movies




When you get bitten by the wine bug, you can't stop thinking of the precious buzzy liquid. Wine is just so complex and satisfying because it's about learning and learning some more; the more you know about wine and its nuances,

G. Osborne 7th January 2020 Food and Wine

3 Comments Read more

# Wine Classes Everywhere



Enjoying wine is all about knowing the most you can about it. There are very few things in life that require as much attention as tasting fine wine. The more you know about grape varieties, regions, producers, climate, soils and

G. Osborne 1st December 2019 Sommelier Certification

No Comments Read more

# Top Wine Blogs for Aspiring Sommeliers



Wine has been a hot topic for millennia; it has entwined with our culture like no other drink. Wine is fun, interesting, desirable, and posh; it's the one drink for which you actually need to hit the books to fully

App. 3665

G. Osborne 19th November 2019 Food and Wine
No Comments Read more

# French Food and Wine Pairings

French Food and Wine Pairings

France has one of the broadest cuisines on earth. Its influence on western food is undeniable. It has been the inspiration and starting point of many food trends and styles for generations. Classic French cuisine, as interpreted by talented chefs

G. Osborne 22nd October 2019 Food and Wine
No Comments Read more

# 10 Classic Food and Wine Pairings



Pairing food and wine is an innovative endeavor, it's all about creativity and having fun. Experimentation is part of mastering this exquisite craft, yet some pairings are so good that we go back to them time and again. These are

G. Osborne 24th September 2019 Food and Wine
No Comments Read more

« Previous

App. 3666

## SOMM Articles

- Wine and Spirits Education Trust
- Top Sites for Virtual Wine Tastings
- Court of Master Sommeliers
- The Society of Wine Educators
- Court of Master Sommeliers
- Somm to Sideways: Our Favorite Wine Movies
- Wine Classes Everywhere
- Top Wine Blogs for Aspiring Sommeliers
- French Food and Wine Pairings

## SOMM Search

Search

## Research

- Food and Wine (19)
- Sommelier Certification (30)
- Sommelier School Reviews (8)

## Sommelier Talk

- mpgemballaHax on 14th Annual Wines of Chile Awards Come to Washington, DC
- G. Osborne on Napa Valley Wine Academy
- G. Osborne on Somm to Sideways: Our Favorite Wine Movies
- Patrick Burns on Somm to Sideways: Our Favorite Wine Movies
- Patrick L. Burns on Somm to Sideways: Our Favorite Wine Movies
- Marilie on Napa Valley Wine Academy

Copyright © 2020 SOMM • Reviews of Sommelier Courses and Wine Schools. Powered by WordPress. Theme: Spacious by ThemeGrill.

Court of Master Sommeliers Wine & Spirit Education Trust Society of Wine Educators National Wine School Educational Wines

# EXHIBIT C

Line wrap ☑

```
<!DOCTYPE html>
<html lang="en-US">
<head>
<meta charset="UTF-8">
<meta name="viewport" content="width=device-width, initial-scale=1">
    <link rel="profile" href="https://gmpg.org/xfn/11">
    <title>Review of What Am I Drinking?! a Wine School in Suburban Philadelphia</title>
<meta name="dc.title" content="Review of What Am I Drinking?! a Wine School in Suburban Philadelphia">
<meta name="dc.description" content="Are you interested in attending wine classes at What Am I Drinking?! Make sure to read the reviews before you invest your money.">
<meta name="dc.relation" content="https://somm.us/what-am-i-drinking-wine-school/">
<meta name="dc.source" content="https://somm.us/">
<meta name="dc.language" content="en_US">
<meta name="description" content="Are you interested in attending wine classes at What Am I Drinking?! Make sure to read the reviews before you invest your money.">
<meta name="robots" content="index, follow, max-snippet:-1, max-image-preview:large, max-video-preview:-1">
<link rel="canonical" href="https://somm.us/what-am-i-drinking-wine-school/">
<meta property="og:url" content="https://somm.us/what-am-i-drinking-wine-school/">
<meta property="og:site_name" content="SOMM">
<meta property="og:locale" content="en_US">
<meta property="og:type" content="article">
<meta property="og:title" content="Review of What Am I Drinking?! a Wine School in Suburban Philadelphia">
<meta property="og:description" content="Are you interested in attending wine classes at What Am I Drinking?! Make sure to read the reviews before you invest your money.">
<meta property="og:image" content="https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school.png">
<meta property="og:image:secure_url" content="https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school.png">
<meta property="og:image:width" content="246">
<meta property="og:image:height" content="246">
<meta property="og:image:alt" content="what am i drinking wine school">
<meta name="twitter:card" content="summary">
<meta name="twitter:title" content="Review of What Am I Drinking?! a Wine School in Suburban Philadelphia">
<meta name="twitter:description" content="Are you interested in attending wine classes at What Am I Drinking?! Make sure to read the reviews before you invest your money.">
<meta name="twitter:image" content="https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school.png">
<link rel='dns-prefetch' href='//maps.googleapis.com' />
<link rel='dns-prefetch' href='//fonts.googleapis.com' />
<link href='https://fonts.googleapis.com' rel='preconnect' />
<link href='https://fonts.gstatic.com' crossorigin='anonymous' rel='preconnect' />
<link rel="alternate" type="application/rss+xml" title="SOMM &raquo; Feed" href="https://somm.us/feed/" />
<link rel="alternate" type="application/rss+xml" title="SOMM &raquo; Comments Feed" href="https://somm.us/comments/feed/" />
<script type="application/ld+json">
{"@context":"https:\/\/schema.org\/","@type":"OpinionNewsArticle","datePublished":"2019-04-05T12:50:11-07:00","dateModified":"2026-03-04T11:05:06-08:00","mainEntityOfPage":{"@type":"WebPage","@id":"https:\/\/somm.us\/what-am-i-drinking-wine-school\/"},"headline":"What Am I Drinking?!","author":{"@type":"Person","name":"Greg Osborne","url":"https:\/\/somm.us\/author\/claire\/"},"image":{"@type":"ImageObject","url":"https:\/\/somm.us\/wp-content\/uploads\/2019\/04\/what-am-i-drinking-wine-school.png"},"publisher":{"@type":"Organization","name":"SOMM","logo":{"@type":"ImageObject","url":"https:\/\/somm.us\/wp-content\/uploads\/2022\/07\/SOMM-JUDGE-AND-BOOK-LOGO.png","width":"284","height":"497"}},"description":"When we heard about a new wine school opening up in Philadelphia, we had great expectations. Philly has become one of the greatest towns for wine education. What Am I Drinking?! is using a sophisticated website and has a brick-and-mortar facility in Bryn Mawr, a wealthy suburb. Plus, the owner&#039;s&hellip;"}
</script>
```

App. 3669

```
<link rel="alternate" type="application/rss+xml" title="SOMM &raquo; What Am I Drinking?!
Comments Feed" href="https://somm.us/what-am-i-drinking-wine-school/feed/" />
<link rel="alternate" title="oEmbed (JSON)" type="application/json+oembed"
href="https://somm.us/wp-json/oembed/1.0/embed?url=https%3A%2F%2Fsomm.us%2Fwhat-am-i-drinking-
wine-school%2F" />
<link rel="alternate" title="oEmbed (XML)" type="text/xml+oembed" href="https://somm.us/wp-
json/oembed/1.0/embed?url=https%3A%2F%2Fsomm.us%2Fwhat-am-i-drinking-wine-
school%2F&#038;format=xml" />
<style id='wp-img-auto-sizes-contain-inline-css'>
img:is([sizes=auto i],[sizes^="auto," i]){contain-intrinsic-size:3000px 1500px}
/*# sourceURL=wp-img-auto-sizes-contain-inline-css */
</style>
<link rel='stylesheet' id='astra-theme-css-css' href='https://somm.us/wp-
content/themes/astra/assets/css/minified/main.min.css?ver=4.12.6' media='all' />
<style id='astra-theme-css-inline-css'>
:root{--ast-post-nav-space:0;--ast-container-default-xlg-padding:2.5em;--ast-container-default-
lg-padding:2.5em;--ast-container-default-slg-padding:2em;--ast-container-default-md-
padding:2.5em;--ast-container-default-sm-padding:2.5em;--ast-container-default-xs-padding:2.4em;-
-ast-container-default-xxs-padding:1.8em;--ast-code-block-background:#ECEFF3;--ast-comment-
inputs-background:#F9FAFB;--ast-normal-container-width:1200px;--ast-narrow-container-
width:750px;--ast-blog-title-font-weight:600;--ast-blog-meta-weight:600;--ast-global-color-
primary:var(--ast-global-color-5);--ast-global-color-secondary:var(--ast-global-color-4);--ast-
global-color-alternate-background:var(--ast-global-color-7);--ast-global-color-subtle-
background:var(--ast-global-color-6);--ast-bg-style-guide:var( --ast-global-color-secondary,--
ast-global-color-5 );--ast-shadow-style-guide:0px 0px 4px 0 #00000057;--ast-global-dark-bg-
style:#fff;--ast-global-dark-lfs:#fbfbfb;--ast-widget-bg-color:#fafafa;--ast-wc-container-head-
bg-color:#fbfbfb;--ast-title-layout-bg:#eeeeee;--ast-search-border-color:#e7e7e7;--ast-lifter-
hover-bg:#e6e6e6;--ast-gallery-block-color:#000;--srfm-color-input-label:var(--ast-global-color-
2);}html{font-size:100%;}a{color:var(--ast-global-color-0);}a:hover,a:focus{color:var(--ast-
global-color-1);}body,button,input,select,textarea,.ast-button,.ast-custom-button{font-
family:'Work Sans',sans-serif;font-weight:400;font-size:16px;font-size:1rem;line-height:var(--
ast-body-line-height,1.60);}blockquote{color:var(--ast-global-color-3);}h1,h2,h3,h4,h5,h6,.entry-
content :where(h1,h2,h3,h4,h5,h6),.site-title,.site-title a{font-family:'DM Serif
Display',serif;font-weight:500;}.ast-site-identity .site-title a{color:var(--ast-global-color-
2);}.site-title{font-size:36px;font-size:2.25rem;display:block;}header .custom-logo-link img{max-
width:148px;width:148px;}.astra-logo-svg{width:148px;}.site-header .site-description{font-
size:9px;font-size:0.5625rem;display:block;}.entry-title{font-size:24px;font-size:1.5rem;}.ast-
blog-single-element.ast-taxonomy-container a{font-size:14px;font-size:0.875rem;}.ast-blog-meta-
container{font-size:13px;font-size:0.8125rem;}.archive .ast-article-post .ast-article-inner,.blog
.ast-article-post .ast-article-inner,.archive .ast-article-post .ast-article-inner:hover,.blog
.ast-article-post .ast-article-inner:hover{border-top-left-radius:1px;border-top-right-
radius:1px;border-bottom-right-radius:1px;border-bottom-left-
radius:1px;overflow:hidden;}h1,.entry-content :where(h1){font-size:48px;font-size:3rem;font-
weight:500;font-family:'DM Serif Display',serif;line-height:1.2em;text-
transform:capitalize;}h2,.entry-content :where(h2){font-size:38px;font-size:2.375rem;font-
weight:500;font-family:'DM Serif Display',serif;line-height:1.2em;text-
transform:capitalize;}h3,.entry-content :where(h3){font-size:30px;font-size:1.875rem;font-
weight:500;font-family:'DM Serif Display',serif;line-height:1.2em;}h4,.entry-content :where(h4)
{font-size:24px;font-size:1.5rem;line-height:1.3em;font-weight:500;font-family:'DM Serif
Display',serif;}h5,.entry-content :where(h5){font-size:21px;font-size:1.3125rem;line-
height:1.4em;font-weight:500;font-family:'DM Serif Display',serif;}h6,.entry-content :where(h6)
{font-size:17px;font-size:1.0625rem;line-height:1.25em;font-weight:500;font-family:'DM Serif
Display',serif;}::selection{background-color:var(--ast-global-color-
0);color:#ffffff;}body,h1,h2,h3,h4,h5,h6,.entry-title a,.entry-content :where(h1,h2,h3,h4,h5,h6)
{color:var(--ast-global-color-3);}.tagcloud a:hover,.tagcloud a:focus,.tagcloud a.current-
item{color:#ffffff;border-color:var(--ast-global-color-0);background-color:var(--ast-global-
color-
0);}input:focus,input[type="text"]:focus,input[type="email"]:focus,input[type="url"]:focus,input[
type="password"]:focus,input[type="reset"]:focus,input[type="search"]:focus,textarea:focus{border
-color:var(--ast-global-color-
0);}input[type="radio"]:checked,input[type=reset],input[type="checkbox"]:checked,input[type="chec
kbox"]:hover:checked,input[type="checkbox"]:focus:checked,input[type=range]::-webkit-slider-
thumb{border-color:var(--ast-global-color-0);background-color:var(--ast-global-color-0);box-
shadow:none;}.site-footer a:hover + .post-count,.site-footer a:focus + .post-
count{background:var(--ast-global-color-0);border-color:var(--ast-global-color-0);}.single .nav-
```

App. 3670

```
links .nav-previous,.single .nav-links .nav-next{color:var(--ast-global-color-0);}.entry-
meta,.entry-meta *{line-height:1.45;color:var(--ast-global-color-0);}.entry-meta a:not(.ast-
button):hover,.entry-meta a:not(.ast-button):hover *,.entry-meta a:not(.ast-button):focus,.entry-
meta a:not(.ast-button):focus *,.page-links > .page-link,.page-links .page-link:hover,.post-
navigation a:hover{color:var(--ast-global-color-1);}#cat option,.secondary .calendar_wrap thead
a,.secondary .calendar_wrap thead a:visited{color:var(--ast-global-color-0);}.secondary
.calendar_wrap #today,.ast-progress-val span{background:var(--ast-global-color-0);}.secondary
a:hover + .post-count,.secondary a:focus + .post-count{background:var(--ast-global-color-
0);border-color:var(--ast-global-color-0);}.calendar_wrap #today > a{color:#ffffff;}.page-links
.page-link,.single .post-navigation a{color:var(--ast-global-color-3);}.ast-search-menu-icon
.search-form button.search-submit{padding:0 4px;}.ast-search-menu-icon form.search-form{padding-
right:0;}.ast-header-search .ast-search-menu-icon.ast-dropdown-active .search-form,.ast-header-
search .ast-search-menu-icon.ast-dropdown-active .search-field:focus{transition:all
0.2s;}.search-form input.search-field:focus{outline:none;}.ast-mobile-header-content .ast-
builder-layout-element:not(.ast-builder-menu):not(.ast-header-divider-element),.ast-mobile-popup-
content .ast-builder-layout-element:not(.ast-builder-menu):not(.ast-header-divider-element)
{padding:15px 20px;}.ast-search-menu-icon .search-form button.search-submit:focus,.ast-theme-
transparent-header .ast-header-search .ast-dropdown-active .ast-icon,.ast-theme-transparent-
header .ast-inline-search .search-field:focus .ast-icon{color:var(--ast-global-color-1);}.ast-
desktop .ast-header-search .slide-search .search-form{border:2px solid var(--ast-global-color-
0);}.ast-header-search .slide-search .search-field{background-color:(--ast-global-dark-bg-
style);}.ast-archive-title{color:var(--ast-global-color-2);}.widget-title{font-size:22px;font-
size:1.375rem;color:var(--ast-global-color-2);}.single .ast-author-details .author-
title{color:var(--ast-global-color-1);}.ast-single-post .entry-content a,.ast-comment-content
a:not(.ast-comment-edit-reply-wrap a){text-decoration:underline;}.ast-single-post .entry-content
.uagb-tab a,.ast-single-post .entry-content .uagb-ifb-cta a,.ast-single-post .entry-content
.uabb-module-content a,.ast-single-post .entry-content .uagb-post-grid a,.ast-single-post .entry-
content .uagb-timeline a,.ast-single-post .entry-content .uagb-toc__wrap a,.ast-single-post
.entry-content .uagb-taxomony-box a,.entry-content .wp-block-latest-posts > li > a,.ast-single-
post .entry-content .wp-block-file__button,a.ast-post-filter-single,.ast-single-post .ast-
comment-content .comment-reply-link,.ast-single-post .ast-comment-content .comment-edit-
link{text-decoration:none;}.ast-search-menu-icon.slide-search a:focus-visible:focus-
visible,.astra-search-icon:focus-visible,#close:focus-visible,a:focus-visible,.ast-menu-
toggle:focus-visible,.site .skip-link:focus-visible,.wp-block-loginout input:focus-visible,.wp-
block-search.wp-block-search__button-inside .wp-block-search__inside-wrapper,.ast-header-
navigation-arrow:focus-visible,.ast-orders-table__row .ast-orders-table__cell:focus-
visible,a#ast-apply-coupon:focus-visible,#ast-apply-coupon:focus-visible,#close:focus-
visible,.button.search-submit:focus-visible,#search_submit:focus,.normal-search:focus-
visible,.ast-header-account-wrap:focus-visible,.astra-cart-drawer-close:focus,.ast-single-
variation:focus,.ast-button:focus,.ast-builder-button-wrap:has(.ast-custom-button-
link:focus),.ast-builder-button-wrap .ast-custom-button-link:focus{outline-style:dotted;outline-
color:inherit;outline-
width:thin;}input:focus,input[type="text"]:focus,input[type="email"]:focus,input[type="url"]:focu
s,input[type="password"]:focus,input[type="reset"]:focus,input[type="search"]:focus,input[type="n
umber"]:focus,textarea:focus,.wp-block-search__input:focus,[data-section="section-header-mobile-
trigger"] .ast-button-wrap .ast-mobile-menu-trigger-minimal:focus,.ast-mobile-popup-drawer.active
.menu-toggle-close:focus,#ast-scroll-top:focus,#coupon_code:focus,#ast-coupon-code:focus{border-
style:dotted;border-color:inherit;border-width:thin;}input{outline:none;}.ast-logo-title-inline
.site-logo-img{padding-right:1em;}.site-logo-img img{ transition:all 0.2s linear;}body .ast-
oembed-container *{position:absolute;top:0;width:100%;height:100%;left:0;}body .wp-block-embed-
pocket-casts .ast-oembed-container *{position:unset;}.ast-single-post-featured-section + article
{margin-top: 2em;}.site-content .ast-single-post-featured-section img {width: 100%;overflow:
hidden;object-fit: cover;}.site > .ast-single-related-posts-container {margin-top: 0;}@media
(min-width: 922px) {.ast-desktop .ast-container--narrow {max-width: var(--ast-narrow-container-
width);margin: 0
auto;}}input[type="text"],input[type="number"],input[type="email"],input[type="url"],input[type="
password"],input[type="search"],input[type=reset],input[type=tel],input[type=date],select,textare
a{font-size:16px;font-style:normal;font-weight:400;line-height:24px;width:100%;padding:12px
16px;border-radius:4px;box-shadow:0px 1px 2px 0px rgba(0,0,0,0.05);color:var(--ast-form-input-
text,#475569);}input[type="text"],input[type="number"],input[type="email"],input[type="url"],inpu
t[type="password"],input[type="search"],input[type=reset],input[type=tel],input[type=date],select
{height:40px;}input[type="date"]{border-width:1px;border-style:solid;border-color:var(--ast-
border-color);background:var( --ast-global-color-secondary,--ast-global-color-5
);}input[type="text"]:focus,input[type="number"]:focus,input[type="email"]:focus,input[type="url"
]:focus,input[type="password"]:focus,input[type="search"]:focus,input[type=reset]:focus,input[typ
```


App. 3671

```
e="tel"]:focus,input[type="date"]:focus,select:focus,textarea:focus{border-color:#046BD2;box-shadow:none;outline:none;color:var(--ast-form-input-focus-text,#475569);}label,legend{color:var(--ast-global-color-2,#111827 );font-size:14px;font-style:normal;font-weight:500;line-height:20px;}select{padding:6px 10px;}fieldset{padding:30px;border-radius:4px;}button,.ast-button,.button,input[type="button"],input[type="reset"],input[type="submit"]{border-radius:4px;box-shadow:0px 1px 2px 0px rgba(0,0,0,0.05);}:root{--ast-comment-inputs-background:#FFF;}::placeholder{color:var(--ast-form-field-color,#9CA3AF);}::-ms-input-placeholder{color:var(--ast-form-field-color,#9CA3AF);}@media (max-width:921.9px){#ast-desktop-header{display:none;}}@media (min-width:922px){#ast-mobile-header{display:none;}}.wp-block-buttons.aligncenter{justify-content:center;}@media (max-width:921px){.ast-theme-transparent-header #primary,.ast-theme-transparent-header #secondary{padding:0;}}@media (max-width:921px){.ast-plain-container.ast-no-sidebar #primary{padding:0;}}.ast-plain-container.ast-no-sidebar #primary{margin-top:0;margin-bottom:0;}@media (min-width:1200px){.ast-plain-container.ast-no-sidebar #primary{margin-top:60px;margin-bottom:60px;}}@media (max-width:921px){.ast-separate-container #primary,.ast-narrow-container #primary{padding-top:0px;}}@media (max-width:544px){.ast-separate-container #primary,.ast-narrow-container #primary{padding-top:0px;}}@media (max-width:921px){.ast-separate-container #primary,.ast-narrow-container #primary{padding-bottom:0px;}}@media (max-width:544px){.ast-separate-container #primary,.ast-narrow-container #primary{padding-bottom:0px;}}.wp-block-button.is-style-outline .wp-block-button__link{border-color:var(--ast-global-color-0);border-top-width:0px;border-right-width:0px;border-bottom-width:0px;border-left-width:0px;}div.wp-block-button.is-style-outline > .wp-block-button__link:not(.has-text-color),div.wp-block-button.wp-block-button__link.is-style-outline:not(.has-text-color){color:var(--ast-global-color-0);}.wp-block-button.is-style-outline .wp-block-button__link:hover,.wp-block-buttons .wp-block-button.is-style-outline .wp-block-button__link:focus,.wp-block-buttons .wp-block-button.is-style-outline > .wp-block-button__link:not(.has-text-color):hover,.wp-block-buttons .wp-block-button.wp-block-button__link.is-style-outline:not(.has-text-color):hover{color:var(--ast-global-color-2);background-color:var(--ast-global-color-1);border-color:var(--ast-global-color-1);}.post-page-numbers.current .page-link,.ast-pagination .page-numbers.current{color:#ffffff;border-color:var(--ast-global-color-0);background-color:var(--ast-global-color-0);}.wp-block-button.is-style-outline .wp-block-button__link{border-top-width:0px;border-right-width:0px;border-bottom-width:0px;border-left-width:0px;}.wp-block-buttons .wp-block-button.is-style-outline .wp-block-button__link.wp-element-button,.ast-outline-button,.wp-block-uagb-buttons-child .uagb-buttons-repeater.ast-outline-button{border-color:var(--ast-global-color-0);border-top-width:2px;border-right-width:2px;border-bottom-width:2px;border-left-width:2px;font-family:'Roboto Slab',serif;font-weight:500;font-size:14px;font-size:0.875rem;line-height:1em;text-transform:uppercase;letter-spacing:1px;padding-top:15px;padding-right:30px;padding-bottom:15px;padding-left:30px;border-top-left-radius:50px;border-top-right-radius:50px;border-bottom-right-radius:50px;border-bottom-left-radius:50px;}.wp-block-buttons .wp-block-button.is-style-outline > .wp-block-button__link:not(.has-text-color),.wp-block-buttons .wp-block-button.wp-block-button__link.is-style-outline:not(.has-text-color),.ast-outline-button{color:var(--ast-global-color-0);}.wp-block-button.is-style-outline .wp-block-button__link:hover,.wp-block-buttons .wp-block-button.is-style-outline .wp-block-button__link:focus,.wp-block-buttons .wp-block-button.is-style-outline > .wp-block-button__link:not(.has-text-color):hover,.wp-block-buttons .wp-block-button.wp-block-button__link.is-style-outline:not(.has-text-color):hover,.ast-outline-button:hover,.ast-outline-button:focus,.wp-block-uagb-buttons-child .uagb-buttons-repeater.ast-outline-button:hover,.wp-block-uagb-buttons-child .uagb-buttons-repeater.ast-outline-button:focus{color:var(--ast-global-color-2);background-color:var(--ast-global-color-1);border-color:var(--ast-global-color-1);}.ast-single-post .entry-content a.ast-outline-button,.ast-single-post .entry-content .is-style-outline>.wp-block-button__link{text-decoration:none;}.wp-block-button .wp-block-button__link.wp-element-button.is-style-outline:not(.has-background),.wp-block-button.is-style-outline>.wp-block-button__link.wp-element-button:not(.has-background),.ast-outline-button{background-color:rgba(0,0,0,0);}.uagb-buttons-repeater.ast-outline-button{border-radius:9999px;}@media (max-width:921px){.wp-block-buttons .wp-block-button.is-style-outline .wp-block-button__link.wp-element-button,.ast-outline-button,.wp-block-uagb-buttons-child .uagb-buttons-repeater.ast-outline-button{font-size:14px;font-size:0.875rem;padding-top:13px;padding-right:26px;padding-bottom:13px;padding-left:26px;}}@media (max-width:544px){.wp-block-buttons .wp-block-button.is-style-outline .wp-block-button__link.wp-element-button,.ast-outline-button,.wp-block-uagb-buttons-child .uagb-buttons-repeater.ast-outline-button{font-size:14px;font-size:0.875rem;padding-top:12px;padding-right:24px;padding-bottom:12px;padding-left:24px;}}.entry-content[data-ast-blocks-layout] > figure{margin-bottom:1em;}h1.widget-title{font-weight:500;}h2.widget-title{font-weight:500;}h3.widget-title{font-weight:500;}#page{display:flex;flex-direction:column;min-height:100vh;}.ast-404-layout-1 h1.page-title{color:var(--ast-global-color-2);}.single .post-navigation a{line-
```

App. 3672

```
height:1em;height:inherit;}.error-404 .page-sub-title{font-size:1.5rem;font-
weight:inherit;}.search .site-content .content-area .search-form{margin-bottom:0;}#page .site-
content{flex-grow:1;}.widget{margin-bottom:1.25em;}#secondary li{line-height:1.5em;}#secondary
.wp-block-group h2{margin-bottom:0.7em;}#secondary h2{font-size:1.7rem;}.ast-separate-container
.ast-article-post,.ast-separate-container .ast-article-single,.ast-separate-container .comment-
respond{padding:2.5em;}.ast-separate-container .ast-article-single .ast-article-
single{padding:0;}.ast-article-single .wp-block-post-template-is-layout-grid{padding-
left:0;}.ast-separate-container .comments-title,.ast-narrow-container .comments-
title{padding:1.5em 2em;}.ast-page-builder-template .comment-form-textarea,.ast-comment-formwrap
.ast-grid-common-col{padding:0;}.ast-comment-formwrap{padding:0;display:inline-flex;column-
gap:20px;width:100%;margin-left:0;margin-right:0;}.comments-area
textarea#comment:focus,.comments-area textarea#comment:active,.comments-area .ast-comment-
formwrap input[type="text"]:focus,.comments-area .ast-comment-formwrap input[type="text"]:active
{box-shadow:none;outline:none;}.archive.ast-page-builder-template .entry-header{margin-
top:2em;}.ast-page-builder-template .ast-comment-formwrap{width:100%;}.entry-title{margin-
bottom:0.6em;}.ast-archive-description p{font-size:inherit;font-weight:inherit;line-
height:inherit;}.ast-article-single figure,.ast-article-single img:not(figure img){box-shadow:0 0
30px 0 rgba(0,0,0,.15);-webkit-box-shadow:0 0 30px 0 rgba(0,0,0,.15);-moz-box-shadow:0 0 30px 0
rgba(0,0,0,.15);}.ast-separate-container .ast-comment-list li.depth-1,.hentry{margin-
bottom:1.5em;}.site-content section.ast-archive-description{margin-bottom:2em;}@media (min-
width:921px){.ast-left-sidebar.ast-page-builder-template #secondary,.archive.ast-right-
sidebar.ast-page-builder-template .site-main{padding-left:20px;padding-right:20px;}}@media (max-
width:544px){.ast-comment-formwrap.ast-row{column-gap:10px;display:inline-block;}#ast-commentform
.ast-grid-common-col{position:relative;width:100%;}}@media (min-width:1201px){.ast-separate-
container .ast-article-post,.ast-separate-container .ast-article-single,.ast-separate-container
.ast-author-box,.ast-separate-container .ast-404-layout-1,.ast-separate-container .no-
results{padding:2.5em;}}@media (max-width:921px){.ast-left-sidebar #content > .ast-
container{display:flex;flex-direction:column-reverse;width:100%;}}@media (min-width:922px){.ast-
separate-container.ast-right-sidebar #primary,.ast-separate-container.ast-left-sidebar
#primary{border:0;}.search-no-results.ast-separate-container #primary{margin-bottom:4em;}}.wp-
block-button .wp-block-button__link{color:var(--ast-global-color-5);}.wp-block-button .wp-block-
button__link:hover,.wp-block-button .wp-block-button__link:focus{color:var(--ast-global-color-
2);background-color:var(--ast-global-color-1);border-color:var(--ast-global-color-1);}.wp-block-
button .wp-block-button__link,.wp-block-search .wp-block-search__button,body .wp-block-file .wp-
block-file__button{border-style:solid;border-top-width:0px;border-right-width:0px;border-left-
width:0px;border-bottom-width:0px;border-color:var(--ast-global-color-0);background-color:var(--
ast-global-color-0);color:var(--ast-global-color-5);font-family:'Roboto Slab',serif;font-
weight:500;line-height:1em;text-transform:uppercase;letter-spacing:1px;font-size:14px;font-
size:0.875rem;border-top-left-radius:3px;border-top-right-radius:3px;border-bottom-right-
radius:3px;border-bottom-left-radius:3px;padding-top:10px;padding-right:20px;padding-
bottom:10px;padding-left:20px;}.ast-single-post .entry-content .wp-block-button .wp-block-
button__link,.ast-single-post .entry-content .wp-block-search .wp-block-search__button,body
.entry-content .wp-block-file .wp-block-file__button{text-decoration:none;}@media (max-
width:921px){.wp-block-button .wp-block-button__link,.wp-block-search .wp-block-
search__button,body .wp-block-file .wp-block-file__button{font-size:14px;font-
size:0.875rem;}}@media (max-width:544px){.wp-block-button .wp-block-button__link,.wp-block-search
.wp-block-search__button,body .wp-block-file .wp-block-file__button{font-size:14px;font-
size:0.875rem;}}.menu-toggle,button,.ast-button,.ast-custom-
button,.button,input#submit,input[type="button"],input[type="submit"],input[type="reset"],#commen
ts .submit,.search .search-submit,form[CLASS*="wp-block-search__"].wp-block-search .wp-block-
search__inside-wrapper .wp-block-search__button,body .wp-block-file .wp-block-
file__button,.search .search-submit{border-style:solid;border-top-width:0px;border-right-
width:0px;border-left-width:0px;border-bottom-width:0px;color:var(--ast-global-color-5);border-
color:var(--ast-global-color-0);background-color:var(--ast-global-color-0);padding-
top:10px;padding-right:20px;padding-bottom:10px;padding-left:20px;font-family:'Roboto
Slab',serif;font-weight:500;font-size:14px;font-size:0.875rem;line-height:1em;text-
transform:uppercase;letter-spacing:1px;border-top-left-radius:3px;border-top-right-
radius:3px;border-bottom-right-radius:3px;border-bottom-left-radius:3px;}button:focus,.menu-
toggle:hover,button:hover,.ast-button:hover,.ast-custom-button:hover .button:hover,.ast-custom-
button:hover
,input[type=reset]:hover,input[type=reset]:focus,input#submit:hover,input#submit:focus,input[type
="button"]:hover,input[type="button"]:focus,input[type="submit"]:hover,input[type="submit"]:focus
,form[CLASS*="wp-block-search__"].wp-block-search .wp-block-search__inside-wrapper .wp-block-
search__button:hover,form[CLASS*="wp-block-search__"].wp-block-search .wp-block-search__inside-
wrapper .wp-block-search__button:focus,body .wp-block-file .wp-block-file__button:hover,body .wp-
```

App. 3673

```
block-file .wp-block-file__button:focus{color:var(--ast-global-color-2);background-color:var(--
ast-global-color-1);border-color:var(--ast-global-color-1);}form[CLASS*="wp-block-search__"].wp-
block-search .wp-block-search__inside-wrapper .wp-block-search__button.has-icon{padding-
top:calc(10px - 3px);padding-right:calc(20px - 3px);padding-bottom:calc(10px - 3px);padding-
left:calc(20px - 3px);}@media (max-width:921px){.menu-toggle,button,.ast-button,.ast-custom-
button,.button,input#submit,input[type="button"],input[type="submit"],input[type="reset"],#commen
ts .submit,.search .search-submit,form[CLASS*="wp-block-search__"].wp-block-search .wp-block-
search__inside-wrapper .wp-block-search__button,body .wp-block-file .wp-block-
file__button,.search .search-submit{font-size:14px;font-size:0.875rem;}}@media (max-width:544px)
{.menu-toggle,button,.ast-button,.ast-custom-
button,.button,input#submit,input[type="button"],input[type="submit"],input[type="reset"],#commen
ts .submit,.search .search-submit,form[CLASS*="wp-block-search__"].wp-block-search .wp-block-
search__inside-wrapper .wp-block-search__button,body .wp-block-file .wp-block-
file__button,.search .search-submit{font-size:14px;font-size:0.875rem;}}@media (max-width:921px)
{.menu-toggle,button,.ast-
button,.button,input#submit,input[type="button"],input[type="submit"],input[type="reset"]{font-
size:14px;font-size:0.875rem;}.ast-mobile-header-stack .main-header-bar .ast-search-menu-
icon{display:inline-block;}.ast-header-break-point.ast-header-custom-item-outside .ast-mobile-
header-stack .main-header-bar .ast-search-icon{margin:0;}.ast-comment-avatar-wrap img{max-
width:2.5em;}.ast-comment-meta{padding:0 1.8888em 1.3333em;}}@media (min-width:544px){.ast-
container{max-width:100%;}}@media (max-width:544px){.ast-separate-container .ast-article-
post,.ast-separate-container .ast-article-single,.ast-separate-container .comments-title,.ast-
separate-container .ast-archive-description{padding:1.5em 1em;}.ast-separate-container #content
.ast-container{padding-left:0.54em;padding-right:0.54em;}.ast-separate-container .ast-comment-
list .bypostauthor{padding:.5em;}.ast-search-menu-icon.ast-dropdown-active .search-
field{width:170px;}.menu-toggle,button,.ast-
button,.button,input#submit,input[type="button"],input[type="submit"],input[type="reset"]{font-
size:14px;font-size:0.875rem;}} #ast-mobile-header .ast-site-header-cart-li a{pointer-
events:none;}.ast-separate-container{background-color:var(--ast-global-color-4);background-
image:none;}@media (max-width:921px){.widget-title{font-size:22px;font-
size:1.375rem;}body,button,input,select,textarea,.ast-button,.ast-custom-button{font-
size:16px;font-size:1rem;}#secondary,#secondary button,#secondary input,#secondary
select,#secondary textarea{font-size:16px;font-size:1rem;}.site-title{font-size:22px;font-
size:1.375rem;display:block;}.site-header .site-description{display:block;}.entry-title{font-
size:22px;font-size:1.375rem;}h1,.entry-content :where(h1){font-size:40px;}h2,.entry-content
:where(h2){font-size:32px;}h3,.entry-content :where(h3){font-size:26px;}h4,.entry-content
:where(h4){font-size:20px;font-size:1.25rem;}h5,.entry-content :where(h5){font-size:17px;font-
size:1.0625rem;}h6,.entry-content :where(h6){font-size:15px;font-size:0.9375rem;}}@media (max-
width:544px){.widget-title{font-size:22px;font-
size:1.375rem;}body,button,input,select,textarea,.ast-button,.ast-custom-button{font-
size:16px;font-size:1rem;}#secondary,#secondary button,#secondary input,#secondary
select,#secondary textarea{font-size:16px;font-size:1rem;}.site-title{font-size:20px;font-
size:1.25rem;display:block;}.site-header .site-description{display:block;}.entry-title{font-
size:18px;font-size:1.125rem;}h1,.entry-content :where(h1){font-size:36px;}h2,.entry-content
:where(h2){font-size:28px;}h3,.entry-content :where(h3){font-size:22px;}h4,.entry-content
:where(h4){font-size:18px;font-size:1.125rem;}h5,.entry-content :where(h5){font-size:15px;font-
size:0.9375rem;}h6,.entry-content :where(h6){font-size:14px;font-size:0.875rem;}}@media (max-
width:544px){html{font-size:100%;}}@media (min-width:922px){.ast-container{max-
width:1240px;}}@media (min-width:922px){.ast-narrow-container .site-content > .ast-container{max-
width:750px;}}@media (min-width:922px){.ast-narrow-container .site-content > .ast-container{max-
width:750px;}}@media (min-width:922px){.site-content .ast-container{display:flex;}}@media (max-
width:921px){.site-content .ast-container{flex-direction:column;}}.entry-content
:where(h1,h2,h3,h4,h5,h6){clear:none;}@media (min-width:922px){.main-header-menu .sub-menu .menu-
item.ast-left-align-sub-menu:hover > .sub-menu,.main-header-menu .sub-menu .menu-item.ast-left-
align-sub-menu.focus > .sub-menu{margin-left:-0px;}}.entry-content li > p{margin-bottom:0;}.site
.comments-area{padding-bottom:2em;margin-top:2em;}.wp-block-file {display: flex;align-items:
center;flex-wrap: wrap;justify-content: space-between;}.wp-block-pullquote {border: none;}.wp-
block-pullquote blockquote::before {content: "\201D";font-family: "Helvetica",sans-serif;display:
flex;transform: rotate( 180deg );font-size: 6rem;font-style: normal;line-height: 1;font-weight:
bold;align-items: center;justify-content: center;}.has-text-align-right > blockquote::before
{justify-content: flex-start;}.has-text-align-left > blockquote::before {justify-content: flex-
end;}figure.wp-block-pullquote.is-style-solid-color blockquote {max-width: 100%;text-align:
inherit;}:root {--wp--custom--ast-default-block-top-padding: 3em;--wp--custom--ast-default-block-
right-padding: 3em;--wp--custom--ast-default-block-bottom-padding: 3em;--wp--custom--ast-default-
block-left-padding: 3em;--wp--custom--ast-container-width: 1200px;--wp--custom--ast-content-
```

App. 3674

```
width-size: 1200px;--wp--custom--ast-wide-width-size: calc(1200px + var(--wp--custom--ast-
default-block-left-padding) + var(--wp--custom--ast-default-block-right-padding));}.ast-narrow-
container {--wp--custom--ast-content-width-size: 750px;--wp--custom--ast-wide-width-size:
750px;}@media(max-width: 921px) {:root {--wp--custom--ast-default-block-top-padding: 3em;--wp--
custom--ast-default-block-right-padding: 2em;--wp--custom--ast-default-block-bottom-padding:
3em;--wp--custom--ast-default-block-left-padding: 2em;}}@media(max-width: 544px) {:root {--wp--
custom--ast-default-block-top-padding: 3em;--wp--custom--ast-default-block-right-padding: 1.5em;-
-wp--custom--ast-default-block-bottom-padding: 3em;--wp--custom--ast-default-block-left-padding:
1.5em;}}.entry-content > .wp-block-group,.entry-content > .wp-block-cover,.entry-content > .wp-
block-columns {padding-top: var(--wp--custom--ast-default-block-top-padding);padding-right: var(-
-wp--custom--ast-default-block-right-padding);padding-bottom: var(--wp--custom--ast-default-
block-bottom-padding);padding-left: var(--wp--custom--ast-default-block-left-padding);}.ast-
plain-container.ast-no-sidebar .entry-content > .alignfull,.ast-page-builder-template .ast-no-
sidebar .entry-content > .alignfull {margin-left: calc( -50vw + 50%);margin-right: calc( -50vw +
50%);max-width: 100vw;width: 100vw;}.ast-plain-container.ast-no-sidebar .entry-content .alignfull
.alignfull,.ast-page-builder-template.ast-no-sidebar .entry-content .alignfull .alignfull,.ast-
plain-container.ast-no-sidebar .entry-content .alignfull .alignwide,.ast-page-builder-
template.ast-no-sidebar .entry-content .alignfull .alignwide,.ast-plain-container.ast-no-sidebar
.entry-content .alignwide .alignfull,.ast-page-builder-template.ast-no-sidebar .entry-content
.alignwide .alignfull,.ast-plain-container.ast-no-sidebar .entry-content .alignwide
.alignwide,.ast-page-builder-template.ast-no-sidebar .entry-content .alignwide .alignwide,.ast-
plain-container.ast-no-sidebar .entry-content .wp-block-column .alignfull,.ast-page-builder-
template.ast-no-sidebar .entry-content .wp-block-column .alignfull,.ast-plain-container.ast-no-
sidebar .entry-content .wp-block-column .alignwide,.ast-page-builder-template.ast-no-sidebar
.entry-content .wp-block-column .alignwide {margin-left: auto;margin-right: auto;width: 100%;}
[data-ast-blocks-layout] .wp-block-separator:not(.is-style-dots) {height: 0;}[data-ast-blocks-
layout] .wp-block-separator {margin: 20px auto;}[data-ast-blocks-layout] .wp-block-
separator:not(.is-style-wide):not(.is-style-dots) {max-width: 100px;}[data-ast-blocks-layout]
.wp-block-separator.has-background {padding: 0;}.entry-content[data-ast-blocks-layout] > * {max-
width: var(--wp--custom--ast-content-width-size);margin-left: auto;margin-right: auto;}.entry-
content[data-ast-blocks-layout] > .alignwide {max-width: var(--wp--custom--ast-wide-width-
size);}.entry-content[data-ast-blocks-layout] .alignfull {max-width: none;}.entry-content .wp-
block-columns {margin-bottom: 0;}blockquote {margin: 1.5em;border-color: rgba(0,0,0,0.05);}.wp-
block-quote:not(.has-text-align-right):not(.has-text-align-center) {border-left: 5px solid
rgba(0,0,0,0.05);}.has-text-align-right > blockquote,blockquote.has-text-align-right {border-
right: 5px solid rgba(0,0,0,0.05);}.has-text-align-left > blockquote,blockquote.has-text-align-
left {border-left: 5px solid rgba(0,0,0,0.05);}.wp-block-site-tagline,.wp-block-latest-posts
.read-more {margin-top: 15px;}.wp-block-loginout p label {display: block;}.wp-block-loginout
p:not(.login-remember):not(.login-submit) input {width: 100%;}.wp-block-loginout input:focus
{border-color: transparent;}.wp-block-loginout input:focus {outline: thin dotted;}.entry-content
.wp-block-media-text .wp-block-media-text__content {padding: 0 0 0 8%;}.entry-content .wp-block-
media-text.has-media-on-the-right .wp-block-media-text__content {padding: 0 8% 0 0;}.entry-
content .wp-block-media-text.has-background .wp-block-media-text__content {padding: 8%;}.entry-
content .wp-block-cover:not([class*="background-color"]):not(.has-text-color.has-link-color) .wp-
block-cover__inner-container,.entry-content .wp-block-cover:not([class*="background-color"]) .wp-
block-cover-image-text,.entry-content .wp-block-cover:not([class*="background-color"]) .wp-block-
cover-text,.entry-content .wp-block-cover-image:not([class*="background-color"]) .wp-block-
cover__inner-container,.entry-content .wp-block-cover-image:not([class*="background-color"]) .wp-
block-cover-image-text,.entry-content .wp-block-cover-image:not([class*="background-color"]) .wp-
block-cover-text {color: var(--ast-global-color-primary,var(--ast-global-color-5));}.wp-block-
loginout .login-remember input {width: 1.1rem;height: 1.1rem;margin: 0 5px 4px 0;vertical-align:
middle;}.wp-block-latest-posts > li > *:first-child,.wp-block-latest-posts:not(.is-grid) >
li:first-child {margin-top: 0;}.entry-content > .wp-block-buttons,.entry-content > .wp-block-
uagb-buttons {margin-bottom: 1.5em;}.wp-block-search__inside-wrapper .wp-block-search__input
{padding: 0 10px;color: var(--ast-global-color-3);background: var(--ast-global-color-
primary,var(--ast-global-color-5));border-color: var(--ast-border-color);}.wp-block-latest-posts
.read-more {margin-bottom: 1.5em;}.wp-block-search__no-button .wp-block-search__inside-wrapper
.wp-block-search__input {padding-top: 5px;padding-bottom: 5px;}.wp-block-latest-posts .wp-block-
latest-posts__post-date,.wp-block-latest-posts .wp-block-latest-posts__post-author {font-size:
1rem;}.wp-block-latest-posts > li > *,.wp-block-latest-posts:not(.is-grid) > li {margin-top:
12px;margin-bottom: 12px;}.ast-page-builder-template .entry-content[data-ast-blocks-layout] >
.alignwide:where(:not(.uagb-is-root-container):not(.spectra-is-root-container)) > * {max-width:
var(--wp--custom--ast-wide-width-size);}.ast-page-builder-template .entry-content[data-ast-
blocks-layout] > .inherit-container-width > *,.ast-page-builder-template .entry-content[data-ast-
blocks-layout] > *:not(.wp-block-group):where(:not(.uagb-is-root-container):not(.spectra-is-root-
```

App. 3675

```
container)) > *,.entry-content[data-ast-blocks-layout] > .wp-block-cover .wp-block-cover__inner-
container {max-width: var(--wp--custom--ast-content-width-size) ;margin-left: auto;margin-right:
auto;}.ast-page-builder-template .entry-content[data-ast-blocks-layout] > *,.ast-page-builder-
template .entry-content[data-ast-blocks-layout] > .alignfull:where(:not(.wp-block-
group):not(.uagb-is-root-container):not(.spectra-is-root-container)) > * {max-width:
none;}.entry-content[data-ast-blocks-layout] .wp-block-cover:not(.alignleft):not(.alignright)
{width: auto;}@media(max-width: 1200px) {.ast-separate-container .entry-content >
.alignfull,.ast-separate-container .entry-content[data-ast-blocks-layout] > .alignwide,.ast-
plain-container .entry-content[data-ast-blocks-layout] > .alignwide,.ast-plain-container .entry-
content .alignfull {margin-left: calc(-1 * min(40px,20px)) ;margin-right: calc(-1 *
min(40px,20px));}}@media(min-width: 1201px) {.ast-separate-container .entry-content > .alignfull
{margin-left: calc(-1 * 40px );margin-right: calc(-1 * 40px );}.ast-separate-container .entry-
content[data-ast-blocks-layout] > .alignwide,.ast-plain-container .entry-content[data-ast-blocks-
layout] > .alignwide {margin-left: calc(-1 * var(--wp--custom--ast-default-block-left-padding)
);margin-right: calc(-1 * var(--wp--custom--ast-default-block-right-padding) );}}@media(min-
width: 921px) {.ast-separate-container .entry-content .wp-block-group.alignwide:not(.inherit-
container-width) > :where(:not(.alignleft):not(.alignright)),.ast-plain-container .entry-content
.wp-block-group.alignwide:not(.inherit-container-width) >
:where(:not(.alignleft):not(.alignright)) {max-width: calc( var(--wp--custom--ast-content-width-
size) + 80px );}.ast-plain-container.ast-right-sidebar .entry-content[data-ast-blocks-layout]
.alignfull,.ast-plain-container.ast-left-sidebar .entry-content[data-ast-blocks-layout]
.alignfull {margin-left: -60px;margin-right: -60px;}}@media(min-width: 544px) {.entry-content >
.alignleft {margin-right: 20px;}.entry-content > .alignright {margin-left: 20px;}}@media (max-
width:544px){.wp-block-columns .wp-block-column:not(:last-child){margin-bottom:20px;}.wp-block-
latest-posts{margin:0;}}@media( max-width: 600px ) {.entry-content .wp-block-media-text .wp-
block-media-text__content,.entry-content .wp-block-media-text.has-media-on-the-right .wp-block-
media-text__content {padding: 8% 0 0;}.entry-content .wp-block-media-text.has-background .wp-
block-media-text__content {padding: 8%;}}.ast-page-builder-template .entry-header {padding-left:
0;}.ast-narrow-container .site-content .wp-block-uagb-image--align-full .wp-block-uagb-
image__figure {max-width: 100%;margin-left: auto;margin-right: auto;}.entry-content ul,.entry-
content ol {padding: revert;margin: revert;padding-left: 20px;}.entry-content ul.wc-block-
product-template{padding: 0;}:root .has-ast-global-color-0-color{color:var(--ast-global-color-
0);}:root .has-ast-global-color-0-background-color{background-color:var(--ast-global-color-
0);}:root .wp-block-button .has-ast-global-color-0-color{color:var(--ast-global-color-0);}:root
.wp-block-button .has-ast-global-color-0-background-color{background-color:var(--ast-global-
color-0);}:root .has-ast-global-color-1-color{color:var(--ast-global-color-1);}:root .has-ast-
global-color-1-background-color{background-color:var(--ast-global-color-1);}:root .wp-block-
button .has-ast-global-color-1-color{color:var(--ast-global-color-1);}:root .wp-block-button
.has-ast-global-color-1-background-color{background-color:var(--ast-global-color-1);}:root .has-
ast-global-color-2-color{color:var(--ast-global-color-2);}:root .has-ast-global-color-2-
background-color{background-color:var(--ast-global-color-2);}:root .wp-block-button .has-ast-
global-color-2-color{color:var(--ast-global-color-2);}:root .wp-block-button .has-ast-global-
color-2-background-color{background-color:var(--ast-global-color-2);}:root .has-ast-global-color-
3-color{color:var(--ast-global-color-3);}:root .has-ast-global-color-3-background-
color{background-color:var(--ast-global-color-3);}:root .wp-block-button .has-ast-global-color-3-
color{color:var(--ast-global-color-3);}:root .wp-block-button .has-ast-global-color-3-background-
color{background-color:var(--ast-global-color-3);}:root .has-ast-global-color-4-color{color:var(-
-ast-global-color-4);}:root .has-ast-global-color-4-background-color{background-color:var(--ast-
global-color-4);}:root .wp-block-button .has-ast-global-color-4-color{color:var(--ast-global-
color-4);}:root .wp-block-button .has-ast-global-color-4-background-color{background-color:var(--
ast-global-color-4);}:root .has-ast-global-color-5-color{color:var(--ast-global-color-5);}:root
.has-ast-global-color-5-background-color{background-color:var(--ast-global-color-5);}:root .wp-
block-button .has-ast-global-color-5-color{color:var(--ast-global-color-5);}:root .wp-block-
button .has-ast-global-color-5-background-color{background-color:var(--ast-global-color-5);}:root
.has-ast-global-color-6-color{color:var(--ast-global-color-6);}:root .has-ast-global-color-6-
background-color{background-color:var(--ast-global-color-6);}:root .wp-block-button .has-ast-
global-color-6-color{color:var(--ast-global-color-6);}:root .wp-block-button .has-ast-global-
color-6-background-color{background-color:var(--ast-global-color-6);}:root .has-ast-global-color-
7-color{color:var(--ast-global-color-7);}:root .has-ast-global-color-7-background-
color{background-color:var(--ast-global-color-7);}:root .wp-block-button .has-ast-global-color-7-
color{color:var(--ast-global-color-7);}:root .wp-block-button .has-ast-global-color-7-background-
color{background-color:var(--ast-global-color-7);}:root .has-ast-global-color-8-color{color:var(-
-ast-global-color-8);}:root .has-ast-global-color-8-background-color{background-color:var(--ast-
global-color-8);}:root .wp-block-button .has-ast-global-color-8-color{color:var(--ast-global-
color-8);}:root .wp-block-button .has-ast-global-color-8-background-color{background-color:var(--
```

ast-global-color-8);}:root{--ast-global-color-0:#737880;--ast-global-color-1:#65696F;--ast-global-color-2:#151616;--ast-global-color-3:#393C40;--ast-global-color-4:#F6F6F6;--ast-global-color-5:#FFFFFF;--ast-global-color-6:#F1F0F0;--ast-global-color-7:#232529;--ast-global-color-8:#222222;}:root {--ast-border-color : var(--ast-global-color-6);}.site .site-content #primary .ast-article-single,.ast-separate-container .site-content #secondary .widget{padding-top:40px;padding-bottom:40px;padding-left:40px;padding-right:40px;}@media (max-width:921px){.site .site-content #primary{margin-top:40px;margin-bottom:20px;}.site .site-content #primary .ast-article-single,.ast-separate-container .site-content #secondary .widget{padding-top:32px;padding-bottom:32px;padding-left:32px;padding-right:32px;}}@media (max-width:544px){.site .site-content #primary{margin-top:30px;margin-bottom:30px;}.site .site-content #primary .ast-article-single,.ast-separate-container .site-content #secondary .widget{padding-top:24px;padding-bottom:24px;padding-left:24px;padding-right:24px;}}.ast-single-entry-banner {-js-display: flex;display: flex;flex-direction: column;justify-content: center;text-align: center;position: relative;background: var(--ast-title-layout-bg);}.ast-single-entry-banner[data-banner-layout="layout-1"] {max-width: 1200px;background: inherit;padding: 20px 0;}.ast-single-entry-banner[data-banner-width-type="custom"] {margin: 0 auto;width: 100%;}.ast-single-entry-banner + .site-content .entry-header {margin-bottom: 0;}.site .ast-author-avatar {--ast-author-avatar-size: 40px;}a.ast-underline-text {text-decoration: underline;}.ast-container > .ast-terms-link {position: relative;display: block;}a.ast-button.ast-badge-tax {padding: 4px 8px;border-radius: 3px;font-size: inherit;}header.entry-header:not(.related-entry-header){text-align:left;}header.entry-header:not(.related-entry-header) *{color:var(--ast-global-color-3);}header.entry-header:not(.related-entry-header) .entry-title{color:var(--ast-global-color-2);font-weight:400;font-size:32px;font-size:2rem;}header.entry-header:not(.related-entry-header) .entry-meta,header.entry-header:not(.related-entry-header) .entry-meta *{font-weight:400;font-size:13px;font-size:0.8125rem;}header.entry-header:not(.related-entry-header) a,header.entry-header:not(.related-entry-header) a *{color:var(--ast-global-color-0);}header.entry-header:not(.related-entry-header) a:hover,header.entry-header:not(.related-entry-header) a:hover *{color:var(--ast-global-color-1);}header.entry-header:not(.related-entry-header) > *:not(:last-child){margin-bottom:25px;}header.entry-header:not(.related-entry-header) .post-thumb-img-content{text-align:center;}header.entry-header:not(.related-entry-header) .post-thumb img,.ast-single-post-featured-section.post-thumb img{aspect-ratio:4/3;width:100%;height:100%;object-fit:cover;}@media (max-width:921px){header.entry-header:not(.related-entry-header){text-align:left;}}@media (max-width:544px){header.entry-header:not(.related-entry-header){text-align:left;}}.ast-archive-entry-banner {-js-display: flex;display: flex;flex-direction: column;justify-content: center;text-align: center;position: relative;background: var(--ast-title-layout-bg);}.ast-archive-entry-banner[data-banner-width-type="custom"] {margin: 0 auto;width: 100%;}.ast-archive-entry-banner[data-banner-layout="layout-1"] {background: inherit;padding: 20px 0;text-align: left;}.ast-archive-entry-banner[data-post-type="post"]{text-align:left;justify-content:center;min-height:412px;padding-top:3em;padding-right:3em;padding-bottom:3em;padding-left:3em;}.ast-archive-entry-banner[data-post-type="post"] .ast-container{width:100%;}.ast-archive-entry-banner[data-post-type="post"] .ast-container *{color:var(--ast-global-color-5);}.ast-archive-entry-banner[data-post-type="post"] .ast-container h1{color:#ffffff;font-family:'Roboto Slab',serif;font-weight:400;font-size:52px;font-size:3.25rem;text-transform:uppercase;}.ast-page-builder-template .ast-archive-entry-banner[data-post-type="post"] .ast-container{max-width:100%;}.ast-narrow-container .ast-archive-entry-banner[data-post-type="post"] .ast-container{max-width:750px;}.ast-archive-entry-banner[data-post-type="post"] .ast-container a,.ast-archive-entry-banner[data-post-type="post"] .ast-container a *{color:var(--ast-global-color-5);}.ast-archive-entry-banner[data-post-type="post"] .ast-container a:hover,.ast-archive-entry-banner[data-post-type="post"] .ast-container a:hover *{color:var(--ast-global-color-1);}.ast-archive-entry-banner[data-post-type="post"] .ast-container > *:not(:last-child){margin-bottom:25px;}.ast-archive-entry-banner[data-post-type="post"] .ast-container > *:last-child{margin-bottom:0;}.ast-archive-entry-banner[data-post-type="post"][data-banner-background-type="custom"]{background-image:linear-gradient(to right,rgba(35,37,41,0.6),rgba(35,37,41,0.6)),url(http://somm.us/wp-content/uploads/2023/11/sommelier-pouring-wine-into-wine-glasses-for-wine-2022-10-27-20-04-28-utc-scaled-e1749949585914.jpg);background-repeat:no-repeat;background-position:center center;background-size:cover;background-attachment:scroll;}@media (min-width:922px){.ast-narrow-container .ast-archive-entry-banner[data-post-type="post"] .ast-container{max-width:750px;padding-left:0;padding-right:0;}}@media (max-width:921px){.ast-archive-entry-banner[data-post-type="post"]{min-height:400px;}.ast-archive-entry-banner[data-post-type="post"] .ast-container{padding-left:0;padding-right:0;}.ast-archive-entry-banner[data-post-type="post"] .ast-container h1{font-size:40px;font-size:2.5rem;}}@media (max-width:544px){.ast-archive-entry-banner[data-post-type="post"]{min-height:300px;}.ast-archive-entry-banner[data-post-type="post"] .ast-container h1{font-size:20px;font-size:1.25rem;}}.ast-breadcrumbs .trail-browse,.ast-breadcrumbs .trail-items,.ast-breadcrumbs .trail-items li{display:inline-

App. 3677

```
block;margin:0;padding:0;border:none;background:inherit;text-indent:0;text-decoration:none;}.ast-
breadcrumbs .trail-browse{font-size:inherit;font-style:inherit;font-
weight:inherit;color:inherit;}.ast-breadcrumbs .trail-items{list-style:none;}.trail-items
li::after{padding:0 0.3em;content:"\00bb";}.trail-items li:last-of-
type::after{display:none;}h1,h2,h3,h4,h5,h6,.entry-content :where(h1,h2,h3,h4,h5,h6){color:var(--
ast-global-color-2);}.entry-title a{color:var(--ast-global-color-2);}@media (max-width:921px)
{.ast-builder-grid-row-container.ast-builder-grid-row-tablet-3-firstrow .ast-builder-grid-row >
*:first-child,.ast-builder-grid-row-container.ast-builder-grid-row-tablet-3-lastrow .ast-builder-
grid-row > *:last-child{grid-column:1 / -1;}}@media (max-width:544px){.ast-builder-grid-row-
container.ast-builder-grid-row-mobile-3-firstrow .ast-builder-grid-row > *:first-child,.ast-
builder-grid-row-container.ast-builder-grid-row-mobile-3-lastrow .ast-builder-grid-row > *:last-
child{grid-column:1 / -1;}}.ast-builder-layout-element[data-section="title_tagline"]
{display:flex;}@media (max-width:921px){.ast-header-break-point .ast-builder-layout-element[data-
section="title_tagline"]{display:flex;}}@media (max-width:544px){.ast-header-break-point .ast-
builder-layout-element[data-section="title_tagline"]{display:flex;}}.ast-builder-menu-1{font-
family:inherit;font-weight:inherit;text-transform:uppercase;}.ast-builder-menu-1 .menu-item >
.menu-link{font-size:14px;font-size:0.875rem;color:var(--ast-global-color-3);}.ast-builder-menu-1
.menu-item > .ast-menu-toggle{color:var(--ast-global-color-3);}.ast-builder-menu-1 .menu-
item:hover > .menu-link,.ast-builder-menu-1 .inline-on-mobile .menu-item:hover > .ast-menu-
toggle{color:var(--ast-global-color-1);}.ast-builder-menu-1 .menu-item:hover > .ast-menu-
toggle{color:var(--ast-global-color-1);}.ast-builder-menu-1 .menu-item.current-menu-item > .menu-
link,.ast-builder-menu-1 .inline-on-mobile .menu-item.current-menu-item > .ast-menu-toggle,.ast-
builder-menu-1 .current-menu-ancestor > .menu-link{color:var(--ast-global-color-0);}.ast-builder-
menu-1 .menu-item.current-menu-item > .ast-menu-toggle{color:var(--ast-global-color-0);}.ast-
builder-menu-1 .sub-menu,.ast-builder-menu-1 .inline-on-mobile .sub-menu{border-top-
width:2px;border-bottom-width:0px;border-right-width:0px;border-left-width:0px;border-color:var(-
-ast-global-color-0);border-style:solid;}.ast-builder-menu-1 .sub-menu .sub-menu{top:-2px;}.ast-
builder-menu-1 .main-header-menu > .menu-item > .sub-menu,.ast-builder-menu-1 .main-header-menu >
.menu-item > .astra-full-megamenu-wrapper{margin-top:0px;}.ast-desktop .ast-builder-menu-1 .main-
header-menu > .menu-item > .sub-menu:before,.ast-desktop .ast-builder-menu-1 .main-header-menu >
.menu-item > .astra-full-megamenu-wrapper:before{height:calc( 0px + 2px + 5px );}.ast-desktop
.ast-builder-menu-1 .menu-item .sub-menu .menu-link{border-style:none;}@media (max-width:921px)
{.ast-header-break-point .ast-builder-menu-1 .menu-item.menu-item-has-children > .ast-menu-
toggle{top:0;}.ast-builder-menu-1 .inline-on-mobile .menu-item.menu-item-has-children > .ast-
menu-toggle{right:-15px;}.ast-builder-menu-1 .menu-item-has-children > .menu-
link:after{content:unset;}.ast-builder-menu-1 .main-header-menu > .menu-item > .sub-menu,.ast-
builder-menu-1 .main-header-menu > .menu-item > .astra-full-megamenu-wrapper{margin-
top:0;}}@media (max-width:544px){.ast-header-break-point .ast-builder-menu-1 .menu-item.menu-
item-has-children > .ast-menu-toggle{top:0;}.ast-builder-menu-1 .main-header-menu > .menu-item >
.sub-menu,.ast-builder-menu-1 .main-header-menu > .menu-item > .astra-full-megamenu-
wrapper{margin-top:0;}}.ast-builder-menu-1{display:flex;}@media (max-width:921px){.ast-header-
break-point .ast-builder-menu-1{display:flex;}}@media (max-width:544px){.ast-header-break-point
.ast-builder-menu-1{display:flex;}}.site-below-footer-wrap{padding-top:20px;padding-
bottom:20px;}.site-below-footer-wrap[data-section="section-below-footer-builder"]{background-
color:var(--ast-global-color-5);background-image:none;min-height:60px;border-style:solid;border-
width:0px;border-top-width:1px;border-top-color:#eaeaea;}.site-below-footer-wrap[data-
section="section-below-footer-builder"] .ast-builder-grid-row{max-width:1200px;min-
height:60px;margin-left:auto;margin-right:auto;}.site-below-footer-wrap[data-section="section-
below-footer-builder"] .ast-builder-grid-row,.site-below-footer-wrap[data-section="section-below-
footer-builder"] .site-footer-section{align-items:center;}.site-below-footer-wrap[data-
section="section-below-footer-builder"].ast-footer-row-inline .site-footer-
section{display:flex;margin-bottom:0;}.ast-builder-grid-row-full .ast-builder-grid-row{grid-
template-columns:1fr;}@media (max-width:921px){.site-below-footer-wrap[data-section="section-
below-footer-builder"].ast-footer-row-tablet-inline .site-footer-section{display:flex;margin-
bottom:0;}.site-below-footer-wrap[data-section="section-below-footer-builder"].ast-footer-row-
tablet-stack .site-footer-section{display:block;margin-bottom:10px;}.ast-builder-grid-row-
container.ast-builder-grid-row-tablet-full .ast-builder-grid-row{grid-template-
columns:1fr;}}@media (max-width:544px){.site-below-footer-wrap[data-section="section-below-
footer-builder"].ast-footer-row-mobile-inline .site-footer-section{display:flex;margin-
bottom:0;}.site-below-footer-wrap[data-section="section-below-footer-builder"].ast-footer-row-
mobile-stack .site-footer-section{display:block;margin-bottom:10px;}.ast-builder-grid-row-
container.ast-builder-grid-row-mobile-full .ast-builder-grid-row{grid-template-
columns:1fr;}}.site-below-footer-wrap[data-section="section-below-footer-builder"]
{display:grid;}@media (max-width:921px){.ast-header-break-point .site-below-footer-wrap[data-
section="section-below-footer-builder"]{display:grid;}}@media (max-width:544px){.ast-header-
```

App. 3678

```
break-point .site-below-footer-wrap[data-section="section-below-footer-builder"]
{display:grid;}}.ast-footer-copyright{text-align:center;}.ast-footer-copyright.site-footer-focus-
item {color:var(--ast-global-color-3);}@media (max-width:921px){.ast-footer-copyright{text-
align:right;}}@media (max-width:544px){.ast-footer-copyright{text-align:center;}}.ast-footer-
copyright.site-footer-focus-item {font-size:15px;font-size:0.9375rem;}@media (max-width:921px)
{.ast-footer-copyright.site-footer-focus-item {font-size:15px;font-size:0.9375rem;}}@media (max-
width:544px){.ast-footer-copyright.site-footer-focus-item {font-size:14px;font-
size:0.875rem;}}.ast-footer-copyright.ast-builder-layout-element{display:flex;}@media (max-
width:921px){.ast-header-break-point .ast-footer-copyright.ast-builder-layout-
element{display:flex;}}@media (max-width:544px){.ast-header-break-point .ast-footer-
copyright.ast-builder-layout-element{display:flex;}}.site-above-footer-wrap{padding-
top:20px;padding-bottom:20px;}.site-above-footer-wrap[data-section="section-above-footer-
builder"]{background-color:#eeeeee;background-image:none;min-height:60px;}.site-above-footer-
wrap[data-section="section-above-footer-builder"] .ast-builder-grid-row{max-width:1200px;min-
height:60px;margin-left:auto;margin-right:auto;}.site-above-footer-wrap[data-section="section-
above-footer-builder"] .ast-builder-grid-row,.site-above-footer-wrap[data-section="section-above-
footer-builder"] .site-footer-section{align-items:flex-start;}.site-above-footer-wrap[data-
section="section-above-footer-builder"].ast-footer-row-inline .site-footer-
section{display:flex;margin-bottom:0;}.ast-builder-grid-row-full .ast-builder-grid-row{grid-
template-columns:1fr;}@media (max-width:921px){.site-above-footer-wrap[data-section="section-
above-footer-builder"].ast-footer-row-tablet-inline .site-footer-section{display:flex;margin-
bottom:0;}.site-above-footer-wrap[data-section="section-above-footer-builder"].ast-footer-row-
tablet-stack .site-footer-section{display:block;margin-bottom:10px;}.ast-builder-grid-row-
container.ast-builder-grid-row-tablet-full .ast-builder-grid-row{grid-template-
columns:1fr;}}@media (max-width:544px){.site-above-footer-wrap[data-section="section-above-
footer-builder"].ast-footer-row-mobile-inline .site-footer-section{display:flex;margin-
bottom:0;}.site-above-footer-wrap[data-section="section-above-footer-builder"].ast-footer-row-
mobile-stack .site-footer-section{display:block;margin-bottom:10px;}.ast-builder-grid-row-
container.ast-builder-grid-row-mobile-full .ast-builder-grid-row{grid-template-
columns:1fr;}}.site-above-footer-wrap[data-section="section-above-footer-builder"]
{display:grid;}@media (max-width:921px){.ast-header-break-point .site-above-footer-wrap[data-
section="section-above-footer-builder"]{display:grid;}}@media (max-width:544px){.ast-header-
break-point .site-above-footer-wrap[data-section="section-above-footer-builder"]
{display:grid;}}.footer-widget-area.widget-area.site-footer-focus-item{width:auto;}.ast-footer-
row-inline .footer-widget-area.widget-area.site-footer-focus-item{width:100%;}.ast-desktop .ast-
mega-menu-enabled .ast-builder-menu-1 div:not( .astra-full-megamenu-wrapper) .sub-menu,.ast-
builder-menu-1 .inline-on-mobile .sub-menu,.ast-desktop .ast-builder-menu-1 .astra-full-megamenu-
wrapper,.ast-desktop .ast-builder-menu-1 .menu-item .sub-menu{box-shadow:0px 4px 10px -2px
rgba(0,0,0,0.1);}.ast-desktop .ast-mobile-popup-drawer.active .ast-mobile-popup-inner{max-
width:35%;}@media (max-width:921px){.ast-mobile-popup-drawer.active .ast-mobile-popup-inner{max-
width:90%;}}@media (max-width:544px){.ast-mobile-popup-drawer.active .ast-mobile-popup-inner{max-
width:90%;}}.ast-header-break-point .main-header-bar{border-bottom-width:1px;}@media (min-
width:922px){.main-header-bar{border-bottom-width:1px;}}.main-header-menu .menu-item,#astra-
footer-menu .menu-item,.main-header-bar .ast-masthead-custom-menu-items{-js-
display:flex;display:flex;-webkit-box-pack:center;-webkit-justify-content:center;-moz-box-
pack:center;-ms-flex-pack:center;justify-content:center;-webkit-box-orient:vertical;-webkit-box-
direction:normal;-webkit-flex-direction:column;-moz-box-orient:vertical;-moz-box-
direction:normal;-ms-flex-direction:column;flex-direction:column;}.main-header-menu > .menu-item
> .menu-link,#astra-footer-menu > .menu-item > .menu-link{height:100%;-webkit-box-align:center;-
webkit-align-items:center;-moz-box-align:center;-ms-flex-align:center;align-items:center;-js-
display:flex;display:flex;}.ast-header-break-point .main-navigation ul .menu-item .menu-link
.icon-arrow:first-of-type svg{top:.2em;margin-top:0px;margin-
left:0px;width:.65em;transform:translate(0,-2px) rotateZ(270deg);}.ast-mobile-popup-content .ast-
submenu-expanded > .ast-menu-toggle{transform:rotateX(180deg);overflow-y:auto;}@media (min-
width:922px){.ast-builder-menu .main-navigation > ul > li:last-child a{margin-right:0;}}.ast-
separate-container .ast-article-inner{background-color:var(--ast-global-color-5);background-
image:none;}@media (max-width:921px){.ast-separate-container .ast-article-inner{background-
color:var(--ast-global-color-5);background-image:none;}}@media (max-width:544px){.ast-separate-
container .ast-article-inner{background-color:var(--ast-global-color-5);background-
image:none;}}.ast-separate-container .ast-article-single:not(.ast-related-post),.ast-separate-
container .error-404,.ast-separate-container .no-results,.single.ast-separate-container .site-
main .ast-author-meta,.ast-separate-container .related-posts-title-wrapper,.ast-separate-
container .comments-count-wrapper,.ast-box-layout.ast-plain-container .site-content,.ast-padded-
layout.ast-plain-container .site-content,.ast-separate-container .ast-archive-description,.ast-
separate-container .comments-area{background-color:var(--ast-global-color-5);background-
```

App. 3679

```
image:none;}.ast-narrow-container .site-content{background-color:var(--ast-global-color-5);background-image:none;}@media (max-width:921px){.ast-separate-container .ast-article-single:not(.ast-related-post),.ast-separate-container .error-404,.ast-separate-container .no-results,.single.ast-separate-container .site-main .ast-author-meta,.ast-separate-container .related-posts-title-wrapper,.ast-separate-container .comments-count-wrapper,.ast-box-layout.ast-plain-container .site-content,.ast-padded-layout.ast-plain-container .site-content,.ast-separate-container .ast-archive-description{background-color:var(--ast-global-color-5);background-image:none;}.ast-narrow-container .site-content{background-color:var(--ast-global-color-5);background-image:none;}}@media (max-width:544px){.ast-separate-container .ast-article-single:not(.ast-related-post),.ast-separate-container .error-404,.ast-separate-container .no-results,.single.ast-separate-container .site-main .ast-author-meta,.ast-separate-container .related-posts-title-wrapper,.ast-separate-container .comments-count-wrapper,.ast-box-layout.ast-plain-container .site-content,.ast-padded-layout.ast-plain-container .site-content,.ast-separate-container .ast-archive-description{background-color:var(--ast-global-color-5);background-image:none;}.ast-narrow-container .site-content{background-color:var(--ast-global-color-5);background-image:none;}}.ast-separate-container.ast-two-container #secondary .widget{background-color:var(--ast-global-color-5);background-image:none;}@media (max-width:921px){.ast-separate-container.ast-two-container #secondary .widget{background-color:var(--ast-global-color-5);background-image:none;}}@media (max-width:544px){.ast-separate-container.ast-two-container #secondary .widget{background-color:var(--ast-global-color-5);background-image:none;}}.ast-plain-container,.ast-page-builder-template{background-color:var(--ast-global-color-5);background-image:none;}@media (max-width:921px){.ast-plain-container,.ast-page-builder-template{background-color:var(--ast-global-color-5);background-image:none;}}@media (max-width:544px){.ast-plain-container,.ast-page-builder-template{background-color:var(--ast-global-color-5);background-image:none;}}.ast-related-post-title,.entry-meta * {word-break: break-word;}.ast-related-post-cta.read-more .ast-related-post-link {text-decoration: none;}.ast-page-builder-template .ast-related-post .entry-header,.ast-related-post-content .entry-header,.ast-related-post-content .entry-meta {margin: 1em auto 1em auto;padding: 0;}.ast-related-posts-wrapper {display: grid;grid-column-gap: 25px;grid-row-gap: 25px;}.ast-related-posts-wrapper .ast-related-post,.ast-related-post-featured-section {padding: 0;margin: 0;width: 100%;position: relative;}.ast-related-posts-inner-section {height: 100%;}.post-has-thumb + .entry-header,.post-has-thumb + .entry-content {margin-top: 1em;}.ast-related-post-content .entry-meta {margin-top: 0.5em;}.ast-related-posts-inner-section .post-thumb-img-content {margin: 0;position: relative;}.ast-single-related-posts-container {border-top: 1px solid var(--ast-single-post-border,var(--ast-border-color));}.ast-separate-container .ast-single-related-posts-container {border-top: 0;}.ast-single-related-posts-container {padding-top: 2em;}.ast-related-posts-title-section {padding-bottom: 20px;}.ast-page-builder-template .ast-single-related-posts-container {margin-top: 0;padding-left: 20px;padding-right: 20px;}@media (max-width: 544px) {.ast-related-posts-title-section {padding-bottom: 1.5em;}}.ast-single-related-posts-container .ast-related-posts-wrapper{grid-template-columns:repeat( 2,1fr );}.ast-related-posts-inner-section .ast-date-meta .posted-on,.ast-related-posts-inner-section .ast-date-meta .posted-on *{background:var(--ast-global-color-0);color:#ffffff;}.ast-related-posts-inner-section .ast-date-meta .posted-on .date-month,.ast-related-posts-inner-section .ast-date-meta .posted-on .date-year{color:#ffffff;}.ast-single-related-posts-container{background-color:var(--ast-global-color-4);}.ast-related-posts-title{color:var(--ast-global-color-2);font-weight:700;font-size:26px;font-size:1.625rem;line-height:1.6em;text-transform:uppercase;}.ast-related-posts-title-section .ast-related-posts-title{text-align:left;}.ast-related-post-content .entry-header .ast-related-post-title,.ast-related-post-content .entry-header .ast-related-post-title a{color:var(--ast-global-color-2);font-weight:400;font-size:20px;font-size:1.25rem;line-height:1.5em;}.ast-related-post-content .entry-meta,.ast-related-post-content .entry-meta *{font-weight:400;font-size:14px;font-size:0.875rem;line-height:1.6em;}.ast-related-post-excerpt{color:var(--ast-global-color-2);}.ast-related-post-content .post-thumb-img-content img{aspect-ratio:4/3;width:100%;object-fit:cover;}.ast-related-cat-style--badge .cat-links > a,.ast-related-tag-style--badge .tags-links > a{border-style:solid;border-top-width:0px;border-right-width:0px;border-left-width:0px;border-bottom-width:0px;padding:4px 8px;border-radius:3px;font-size:inherit;color:var(--ast-global-color-5);border-color:var(--ast-global-color-0);background-color:var(--ast-global-color-0);}.ast-related-cat-style--badge .cat-links > a:hover,.ast-related-tag-style--badge .tags-links > a:hover{color:var(--ast-global-color-2);background-color:var(--ast-global-color-1);border-color:var(--ast-global-color-1);}.ast-related-cat-style--underline .cat-links > a,.ast-related-tag-style--underline .tags-links > a{text-decoration:underline;}@media (max-width:921px){.ast-single-related-posts-container .ast-related-posts-wrapper .ast-related-post{width:100%;}.ast-single-related-posts-container .ast-related-posts-wrapper{grid-template-columns:repeat( 2,1fr );}.ast-single-related-posts-container{background-color:var(--ast-global-color-4);}}@media (max-width:544px){.ast-single-related-posts-container .ast-related-posts-wrapper{grid-template-columns:1fr;}.ast-single-related-posts-container{background-color:var(--ast-global-color-
```

App. 3680

```
4);}}.site .ast-single-related-posts-container{border-top-style:solid;border-right-
style:solid;border-bottom-style:solid;border-left-style:solid;border-color:var(--ast-global-
color-6);border-top-width:2px;border-bottom-width:2px;border-left-width:2px;border-right-
width:2px;}.site .ast-single-related-posts-container{padding-top:2.5em;padding-
bottom:2.5em;padding-left:2.5em;padding-right:2.5em;margin-top:2em;}#ast-scroll-top {display:
none;position: fixed;text-align: center;cursor: pointer;z-index: 99;width: 2.1em;height:
2.1em;line-height: 2.1;color: #ffffff;border-radius: 2px;content: "";outline: inherit;}@media
(min-width: 769px) {#ast-scroll-top {content: "769";}}#ast-scroll-top .ast-icon.icon-arrow svg
{margin-left: 0px;vertical-align: middle;transform: translate(0,-20%) rotate(180deg);width:
1.6em;}.ast-scroll-to-top-right {right: 30px;bottom: 30px;}.ast-scroll-to-top-left {left:
30px;bottom: 30px;}#ast-scroll-top{background-color:var(--ast-global-color-0);font-
size:15px;}@media (max-width:921px){#ast-scroll-top .ast-icon.icon-arrow svg{width:1em;}}.ast-
mobile-header-content > *,.ast-desktop-header-content > * {padding: 10px 0;height: auto;}.ast-
mobile-header-content > *:first-child,.ast-desktop-header-content > *:first-child {padding-top:
10px;}.ast-mobile-header-content > .ast-builder-menu,.ast-desktop-header-content > .ast-builder-
menu {padding-top: 0;}.ast-mobile-header-content > *:last-child,.ast-desktop-header-content >
*:last-child {padding-bottom: 0;}.ast-mobile-header-content .ast-search-menu-icon.ast-inline-
search label,.ast-desktop-header-content .ast-search-menu-icon.ast-inline-search label {width:
100%;}.ast-desktop-header-content .main-header-bar-navigation .ast-submenu-expanded > .ast-menu-
toggle::before {transform: rotateX(180deg);}#ast-desktop-header .ast-desktop-header-content,.ast-
mobile-header-content .ast-search-icon,.ast-desktop-header-content .ast-search-icon,.ast-mobile-
header-wrap .ast-mobile-header-content,.ast-main-header-nav-open.ast-popup-nav-open .ast-mobile-
header-wrap .ast-mobile-header-content,.ast-main-header-nav-open.ast-popup-nav-open .ast-desktop-
header-content {display: none;}.ast-main-header-nav-open.ast-header-break-point #ast-desktop-
header .ast-desktop-header-content,.ast-main-header-nav-open.ast-header-break-point .ast-mobile-
header-wrap .ast-mobile-header-content {display: block;}.ast-desktop .ast-desktop-header-content
.astra-menu-animation-slide-up > .menu-item > .sub-menu,.ast-desktop .ast-desktop-header-content
.astra-menu-animation-slide-up > .menu-item .menu-item > .sub-menu,.ast-desktop .ast-desktop-
header-content .astra-menu-animation-slide-down > .menu-item > .sub-menu,.ast-desktop .ast-
desktop-header-content .astra-menu-animation-slide-down > .menu-item .menu-item > .sub-menu,.ast-
desktop .ast-desktop-header-content .astra-menu-animation-fade > .menu-item > .sub-menu,.ast-
desktop .ast-desktop-header-content .astra-menu-animation-fade > .menu-item .menu-item > .sub-
menu {opacity: 1;visibility: visible;}.ast-hfb-header.ast-default-menu-enable.ast-header-break-
point .ast-mobile-header-wrap .ast-mobile-header-content .main-header-bar-navigation {width:
unset;margin: unset;}.ast-mobile-header-content.content-align-flex-end .main-header-bar-
navigation .menu-item-has-children > .ast-menu-toggle,.ast-desktop-header-content.content-align-
flex-end .main-header-bar-navigation .menu-item-has-children > .ast-menu-toggle {left: calc( 20px
- 0.907em);right: auto;}.ast-mobile-header-content .ast-search-menu-icon,.ast-mobile-header-
content .ast-search-menu-icon.slide-search,.ast-desktop-header-content .ast-search-menu-
icon,.ast-desktop-header-content .ast-search-menu-icon.slide-search {width: 100%;position:
relative;display: block;right: auto;transform: none;}.ast-mobile-header-content .ast-search-menu-
icon.slide-search .search-form,.ast-mobile-header-content .ast-search-menu-icon .search-
form,.ast-desktop-header-content .ast-search-menu-icon.slide-search .search-form,.ast-desktop-
header-content .ast-search-menu-icon .search-form {right: 0;visibility: visible;opacity:
1;position: relative;top: auto;transform: none;padding: 0;display: block;overflow: hidden;}.ast-
mobile-header-content .ast-search-menu-icon.ast-inline-search .search-field,.ast-mobile-header-
content .ast-search-menu-icon .search-field,.ast-desktop-header-content .ast-search-menu-
icon.ast-inline-search .search-field,.ast-desktop-header-content .ast-search-menu-icon .search-
field {width: 100%;padding-right: 5.5em;}.ast-mobile-header-content .ast-search-menu-icon
.search-submit,.ast-desktop-header-content .ast-search-menu-icon .search-submit {display:
block;position: absolute;height: 100%;top: 0;right: 0;padding: 0 1em;border-radius: 0;}.ast-hfb-
header.ast-default-menu-enable.ast-header-break-point .ast-mobile-header-wrap .ast-mobile-header-
content .main-header-bar-navigation ul .sub-menu .menu-link {padding-left: 30px;}.ast-hfb-
header.ast-default-menu-enable.ast-header-break-point .ast-mobile-header-wrap .ast-mobile-header-
content .main-header-bar-navigation .sub-menu .menu-item .menu-item .menu-link {padding-left:
40px;}.ast-mobile-popup-drawer.active .ast-mobile-popup-inner{background-color:#ffffff;;}.ast-
mobile-header-wrap .ast-mobile-header-content,.ast-desktop-header-content{background-
color:#ffffff;;}.ast-mobile-popup-content > *,.ast-mobile-header-content > *,.ast-desktop-popup-
content > *,.ast-desktop-header-content > *{padding-top:0px;padding-bottom:0px;}.content-align-
flex-start .ast-builder-layout-element{justify-content:flex-start;}.content-align-flex-start
.main-header-menu{text-align:left;}.ast-mobile-popup-drawer.active .menu-toggle-
close{color:#3a3a3a;}.ast-mobile-header-wrap .ast-primary-header-bar,.ast-primary-header-bar
.site-primary-header-wrap{min-height:80px;}.ast-desktop:not(:has(.ast-header-sticked)) .ast-
primary-header-bar .main-header-menu > .menu-item{line-height:80px;}.ast-header-break-point
#masthead .ast-mobile-header-wrap .ast-primary-header-bar,.ast-header-break-point #masthead .ast-
```


App. 3681

```
mobile-header-wrap .ast-below-header-bar,.ast-header-break-point #masthead .ast-mobile-header-
wrap .ast-above-header-bar{padding-left:20px;padding-right:20px;}.ast-header-break-point .ast-
primary-header-bar{border-bottom-width:0px;border-bottom-color:#eaeaea;border-bottom-
style:solid;}@media (min-width:922px){.ast-primary-header-bar{border-bottom-width:0px;border-
bottom-color:#eaeaea;border-bottom-style:solid;}}.ast-primary-header-bar{background-color:var(--
ast-global-color-5);background-image:none;}@media (max-width:921px){.ast-mobile-header-wrap .ast-
primary-header-bar,.ast-primary-header-bar .site-primary-header-wrap{min-height:80px;}}@media
(max-width:544px){.ast-mobile-header-wrap .ast-primary-header-bar ,.ast-primary-header-bar .site-
primary-header-wrap{min-height:80px;}}.ast-desktop .ast-primary-header-bar.main-header-bar,.ast-
header-break-point #masthead .ast-primary-header-bar.main-header-bar{padding-left:40px;padding-
right:40px;}@media (max-width:921px){.ast-desktop .ast-primary-header-bar.main-header-bar,.ast-
header-break-point #masthead .ast-primary-header-bar.main-header-bar{padding-left:32px;padding-
right:32px;}}@media (max-width:544px){.ast-desktop .ast-primary-header-bar.main-header-bar,.ast-
header-break-point #masthead .ast-primary-header-bar.main-header-bar{padding-left:24px;padding-
right:24px;}}.ast-primary-header-bar{display:block;}@media (max-width:921px){.ast-header-break-
point .ast-primary-header-bar{display:grid;}}@media (max-width:544px){.ast-header-break-point
.ast-primary-header-bar{display:grid;}}[data-section="section-header-mobile-trigger"] .ast-
button-wrap .ast-mobile-menu-trigger-outline{background:transparent;color:var(--ast-global-color-
0);border-top-width:2px;border-bottom-width:2px;border-right-width:2px;border-left-
width:2px;border-style:solid;border-color:var(--ast-global-color-0);}[data-section="section-
header-mobile-trigger"] .ast-button-wrap .mobile-menu-toggle-icon .ast-mobile-
svg{width:20px;height:20px;fill:var(--ast-global-color-0);}[data-section="section-header-mobile-
trigger"] .ast-button-wrap .mobile-menu-wrap .mobile-menu{color:var(--ast-global-color-0);}.ast-
builder-menu-mobile .main-navigation .main-header-menu .menu-item > .menu-link{color:var(--ast-
global-color-3);}.ast-builder-menu-mobile .main-navigation .main-header-menu .menu-item > .ast-
menu-toggle{color:var(--ast-global-color-3);}.ast-builder-menu-mobile .main-navigation .main-
header-menu .menu-item:hover > .menu-link,.ast-builder-menu-mobile .main-navigation .inline-on-
mobile .menu-item:hover > .ast-menu-toggle{color:var(--ast-global-color-1);}.ast-builder-menu-
mobile .menu-item:hover > .menu-link,.ast-builder-menu-mobile .main-navigation .inline-on-mobile
.menu-item:hover > .ast-menu-toggle{color:var(--ast-global-color-1);}.ast-builder-menu-mobile
.main-navigation .menu-item:hover > .ast-menu-toggle{color:var(--ast-global-color-1);}.ast-
builder-menu-mobile .main-navigation .menu-item.current-menu-item > .menu-link,.ast-builder-menu-
mobile .main-navigation .inline-on-mobile .menu-item.current-menu-item > .ast-menu-toggle,.ast-
builder-menu-mobile .main-navigation .menu-item.current-menu-ancestor > .menu-link,.ast-builder-
menu-mobile .main-navigation .menu-item.current-menu-ancestor > .ast-menu-toggle{color:var(--ast-
global-color-1);}.ast-builder-menu-mobile .main-navigation .menu-item.current-menu-item > .ast-
menu-toggle{color:var(--ast-global-color-1);}.ast-builder-menu-mobile .main-navigation .menu-
item.menu-item-has-children > .ast-menu-toggle{top:0;}.ast-builder-menu-mobile .main-navigation
.menu-item-has-children > .menu-link:after{content:unset;}.ast-hfb-header .ast-builder-menu-
mobile .main-header-menu,.ast-hfb-header .ast-builder-menu-mobile .main-navigation .menu-item
.menu-link,.ast-hfb-header .ast-builder-menu-mobile .main-navigation .menu-item .sub-menu .menu-
link{border-style:none;}.ast-builder-menu-mobile .main-navigation .menu-item.menu-item-has-
children > .ast-menu-toggle{top:0;}@media (max-width:921px){.ast-builder-menu-mobile .main-
navigation .main-header-menu .menu-item > .menu-link{color:var(--ast-global-color-2);padding-
top:5px;padding-bottom:5px;padding-left:32px;padding-right:32px;}.ast-builder-menu-mobile .main-
navigation .main-header-menu .menu-item > .ast-menu-toggle{color:var(--ast-global-color-2);}.ast-
builder-menu-mobile .main-navigation .main-header-menu .menu-item:hover > .menu-link,.ast-
builder-menu-mobile .main-navigation .inline-on-mobile .menu-item:hover > .ast-menu-
toggle{color:var(--ast-global-color-1);}.ast-builder-menu-mobile .main-navigation .menu-
item:hover > .ast-menu-toggle{color:var(--ast-global-color-1);}.ast-builder-menu-mobile .main-
navigation .menu-item.current-menu-item > .menu-link,.ast-builder-menu-mobile .main-navigation
.inline-on-mobile .menu-item.current-menu-item > .ast-menu-toggle,.ast-builder-menu-mobile .main-
navigation .menu-item.current-menu-ancestor > .menu-link,.ast-builder-menu-mobile .main-
navigation .menu-item.current-menu-ancestor > .ast-menu-toggle{color:var(--ast-global-color-
1);}.ast-builder-menu-mobile .main-navigation .menu-item.current-menu-item > .ast-menu-
toggle{color:var(--ast-global-color-1);}.ast-builder-menu-mobile .main-navigation .menu-
item.menu-item-has-children > .ast-menu-toggle{top:5px;right:calc( 32px - 0.907em );}.ast-
builder-menu-mobile .main-navigation .menu-item-has-children > .menu-
link:after{content:unset;}.ast-builder-menu-mobile .main-navigation .main-header-menu ,.ast-
builder-menu-mobile .main-navigation .main-header-menu .menu-link,.ast-builder-menu-mobile .main-
navigation .main-header-menu .sub-menu{background-color:var(--ast-global-color-5);background-
image:none;}}@media (max-width:544px){.ast-builder-menu-mobile .main-navigation .main-header-menu
.menu-item > .menu-link{padding-top:5px;padding-bottom:5px;padding-left:24px;padding-
right:24px;}.ast-builder-menu-mobile .main-navigation .menu-item.menu-item-has-children > .ast-
menu-toggle{top:5px;right:calc( 24px - 0.907em );}}.ast-builder-menu-mobile .main-
```


App. 3682

```
navigation{display:block;}@media (max-width:921px){.ast-header-break-point .ast-builder-menu-
mobile .main-navigation{display:block;}}@media (max-width:544px){.ast-header-break-point .ast-
builder-menu-mobile .main-navigation{display:block;}}.ast-above-header .main-header-bar-
navigation{height:100%;}.ast-header-break-point .ast-mobile-header-wrap .ast-above-header-wrap
.main-header-bar-navigation .inline-on-mobile .menu-item .menu-link{border:none;}.ast-header-
break-point .ast-mobile-header-wrap .ast-above-header-wrap .main-header-bar-navigation .inline-
on-mobile .menu-item-has-children > .ast-menu-toggle::before{font-size:.6rem;}.ast-header-break-
point .ast-mobile-header-wrap .ast-above-header-wrap .main-header-bar-navigation .ast-submenu-
expanded > .ast-menu-toggle::before{transform:rotateX(180deg);}.ast-mobile-header-wrap .ast-
above-header-bar ,.ast-above-header-bar .site-above-header-wrap{min-height:50px;}.ast-desktop
.ast-above-header-bar .main-header-menu > .menu-item{line-height:50px;}.ast-desktop .ast-above-
header-bar .ast-header-woo-cart,.ast-desktop .ast-above-header-bar .ast-header-edd-cart{line-
height:50px;}.ast-above-header-bar{border-bottom-width:1px;border-bottom-color:#eaeaea;border-
bottom-style:solid;}.ast-above-header.ast-above-header-bar{background-color:#ffffff;background-
image:none;}.ast-header-break-point .ast-above-header-bar{background-color:#ffffff;}@media (max-
width:921px){#masthead .ast-mobile-header-wrap .ast-above-header-bar{padding-left:20px;padding-
right:20px;}}.ast-above-header-bar{display:block;}@media (max-width:921px){.ast-header-break-
point .ast-above-header-bar{display:grid;}}@media (max-width:544px){.ast-header-break-point .ast-
above-header-bar{display:grid;}}.footer-nav-wrap .astra-footer-vertical-menu {display:
grid;}@media (min-width: 769px) {.footer-nav-wrap .astra-footer-horizontal-menu li {margin:
0;}.footer-nav-wrap .astra-footer-horizontal-menu a {padding: 0 0.5em;}}@media (min-width: 769px)
{.footer-nav-wrap .astra-footer-horizontal-menu li:first-child a {padding-left: 0;}.footer-nav-
wrap .astra-footer-horizontal-menu li:last-child a {padding-right: 0;}}.footer-widget-area[data-
section="section-footer-menu"] .astra-footer-horizontal-menu{justify-content:center;}.footer-
widget-area[data-section="section-footer-menu"] .astra-footer-vertical-menu .menu-item{align-
items:center;}#astra-footer-menu .menu-item > a{color:var(--ast-global-color-2);font-
size:16px;font-size:1rem;}#astra-footer-menu .menu-item:hover > a{color:var(--ast-global-color-
1);}#astra-footer-menu .menu-item.current-menu-item > a{color:var(--ast-global-color-0);}@media
(max-width:921px){.footer-widget-area[data-section="section-footer-menu"] .astra-footer-tablet-
horizontal-menu{justify-content:flex-start;display:flex;}.footer-widget-area[data-
section="section-footer-menu"] .astra-footer-tablet-vertical-menu{display:grid;justify-
content:flex-start;}.footer-widget-area[data-section="section-footer-menu"] .astra-footer-tablet-
vertical-menu .menu-item{align-items:flex-start;}#astra-footer-menu .menu-item > a{font-
size:15px;font-size:0.9375rem;padding-top:0px;padding-bottom:0px;padding-left:0px;padding-
right:20px;}}@media (max-width:544px){.footer-widget-area[data-section="section-footer-menu"]
.astra-footer-mobile-horizontal-menu{justify-content:center;display:flex;}.footer-widget-
area[data-section="section-footer-menu"] .astra-footer-mobile-vertical-menu{display:grid;justify-
content:center;}.footer-widget-area[data-section="section-footer-menu"] .astra-footer-mobile-
vertical-menu .menu-item{align-items:center;}#astra-footer-menu .menu-item > a{font-
size:14px;font-size:0.875rem;padding-bottom:10px;padding-left:0px;padding-right:0px;}}.footer-
widget-area[data-section="section-footer-menu"]{display:block;}@media (max-width:921px){.ast-
header-break-point .footer-widget-area[data-section="section-footer-menu"]{display:block;}}@media
(max-width:544px){.ast-header-break-point .footer-widget-area[data-section="section-footer-menu"]
{display:block;}}.comment-reply-title{font-size:20px;font-size:1.25rem;}.ast-comment-meta{line-
height:1.666666667;color:var(--ast-global-color-0);font-size:13px;font-size:0.8125rem;}.ast-
comment-list #cancel-comment-reply-link{font-size:16px;font-size:1rem;}.comments-title {padding:
1em 0 0;}.comments-title {word-wrap: break-word;font-weight: 600; padding-bottom: 1em;}.ast-
comment-list {margin: 0;word-wrap: break-word;padding-bottom: 0;list-style: none;}.ast-comment-
list li {list-style: none;}.ast-comment-list .ast-comment-edit-reply-wrap {-js-display:
flex;display: flex;justify-content: flex-end;}.ast-comment-list .comment-awaiting-moderation
{margin-bottom: 0;}.ast-comment {padding: 0 ;}.ast-comment-info img {border-radius: 50%;}.ast-
comment-cite-wrap cite {font-style: normal;}.comment-reply-title {font-weight: 600;line-height:
1.65;}.ast-comment-meta {margin-bottom: 0.5em;}.comments-area .comment-form-comment {width:
100%;border: none;margin: 0;padding: 0;}.comments-area .comment-notes,.comments-area .comment-
textarea,.comments-area .form-allowed-tags {margin-bottom: 1.5em;}.comments-area .form-submit
{margin-bottom: 0;}.comments-area textarea#comment,.comments-area .ast-comment-formwrap
input[type="text"] {width: 100%;border-radius: 0;vertical-align: middle;margin-bottom:
10px;}.comments-area .no-comments {margin-top: 0.5em;margin-bottom: 0.5em;}.comments-area
p.logged-in-as {margin-bottom: 1em;}.ast-separate-container .ast-comment-list {padding-bottom:
0;}.ast-separate-container .ast-comment-list li.depth-1 .children li,.ast-narrow-container .ast-
comment-list li.depth-1 .children li {padding-bottom: 0;padding-top: 0;margin-bottom: 0;}.ast-
separate-container .ast-comment-list .comment-respond {padding-top: 0;padding-bottom:
1em;background-color: transparent;}.ast-comment-list .comment .comment-respond {padding-bottom:
2em;border-bottom: none;}.ast-separate-container .ast-comment-list .bypostauthor,.ast-narrow-
container .ast-comment-list .bypostauthor {padding: 2em;margin-bottom: 1em;}.ast-separate-
```

App. 3683

```
container .ast-comment-list .bypostauthor li,.ast-narrow-container .ast-comment-list
.bypostauthor li {background: transparent;margin-bottom: 0;padding: 0 0 0 2em;}.comment-content a
{word-wrap: break-word;}.comment-form-legend {margin-bottom: unset;padding: 0 0.5em;}.comment-
reply-title {padding-top: 0;margin-bottom: 1em;}.ast-comment {padding-top: 2.5em;padding-bottom:
2.5em;border-top: 1px solid var(--ast-single-post-border,var(--ast-border-color));}.ast-separate-
container .ast-comment-list .comment + .comment,.ast-narrow-container .ast-comment-list .comment
+ .comment {padding-top: 0;padding-bottom: 0;}.ast-plain-container .ast-comment,.ast-page-
builder-template .ast-comment {padding: 2em 0;}.page.ast-page-builder-template .comments-area
{margin-top: 2em;}.ast-comment-list .children {margin-left: 2em;}@media (max-width: 992px) {.ast-
comment-list .children {margin-left: 1em;}}.ast-comment-list #cancel-comment-reply-link {white-
space: nowrap;font-size: 13px;font-weight: normal;margin-left: 1em;}.ast-comment-info {display:
flex;position: relative;}.ast-comment-meta {justify-content: right;padding: 0 3.4em
1.60em;}.comments-area #wp-comment-cookies-consent {margin-right: 10px;}.ast-page-builder-
template .comments-area {padding-left: 20px;padding-right: 20px;margin-top: 0;margin-bottom:
2em;}.ast-separate-container .ast-comment-list .bypostauthor .bypostauthor {background:
transparent;margin-bottom: 0;padding-right: 0;padding-bottom: 0;padding-top: 0;}@media (min-
width:922px){.ast-separate-container .ast-comment-list li .comment-respond{padding-
left:2.66666em;padding-right:2.66666em;}}@media (max-width:544px){.ast-separate-container .ast-
comment-list li.depth-1{margin-bottom:0;}.ast-separate-container .ast-comment-list
.bypostauthor{padding:.5em;}.ast-comment-meta{font-size:13px;font-size:0.8125rem;}.comment-reply-
title{font-size:20px;font-size:1.25rem;}.ast-comment-list #cancel-comment-reply-link{font-
size:16px;font-size:1rem;}.ast-separate-container .ast-comment-list .bypostauthor li{padding:0 0
0 .5em;}.ast-comment-list .children{margin-left:0.66666em;}}.ast-comment-cite-wrap cite {font-
weight: 600;font-size: 1.2em;}.ast-comment-info img {box-shadow: 0 0 5px 0
rgba(0,0,0,.15);border: 1px solid var(--ast-single-post-border,var(--ast-border-color));}.ast-
comment-info {margin-bottom: 1em;}.logged-in span.ast-reply-link {margin-right: 16px;}a.comment-
edit-link,a.comment-reply-link {font-size: 13px;transition: all 0.2s;}header.ast-comment-meta
{text-transform: inherit;}.ast-page-builder-template .ast-comment-list .children {margin-top:
0em;}.ast-page-builder-template .ast-comment-meta {padding: 0 22px;}.ast-comment-content.comment
p {margin-bottom: 16px;}.ast-comment-list .ast-comment-edit-reply-wrap {justify-content: flex-
start;align-items: center;}.comment-awaiting-moderation {margin-top: 20px;}.entry-content ul
li,.entry-content ol li {margin-bottom: 10px;}.comment-respond {padding-top: 2em;padding-bottom:
2em;}.ast-comment-list + .comment-respond {border-top: 1px solid var(--ast-single-post-
border,var(--ast-border-color));padding-bottom: 0;}.comment .comment-reply-title {display:
flex;align-items: center;justify-content: space-between;}@media(min-width: 545px) {header.ast-
comment-meta {display: flex;width: 100%;margin-bottom: 0;padding-bottom: 0;align-items:
center;}a.comment-reply-link {padding: 1px 10px;display: block;border-radius: 3px;border:
none;}.ast-separate-container .ast-comment-list li.depth-1,.ast-narrow-container .ast-comment-
list li.depth-1 {margin-bottom: 0;}.ast-comment-time {display: flex;margin-left: auto;font-
weight: 500;}section.ast-comment-content.comment {padding-left: 50px;}.ast-comment .comment-
reply-link:hover {background: var(--ast-global-color-0);color: #fff;}.ast-comment .comment-edit-
link:hover {text-decoration: underline;}svg.ast-reply-icon {fill: currentColor;margin-right:
5px;padding-top: 2px;transition: none;}.comment-reply-link:hover .ast-reply-icon {fill:
#fff;}}@media(min-width: 921px) {.ast-comment-cite-wrap {margin-left: -7px;}section.ast-comment-
content.comment {padding-left: 70px;}}@media (max-width:921px){.ast-comment-avatar-wrap img{max-
width:2.5em;}.comments-area{margin-top:1.5em;}.ast-comment-meta{padding:0 1.8888em
1.3333em;}.comment-reply-title{font-size:20px;font-size:1.25rem;}.ast-comment-list #cancel-
comment-reply-link{font-size:16px;font-size:1rem;}.ast-comment-avatar-wrap{margin-
right:0.5em;}}:root {--ast-single-post-border: #e1e8ed;}.entry-content > * {margin-bottom:
1.5em;}.entry-content :where(h1,h2,h3,h4,h5,h6) {margin-top: 1.5em;margin-bottom: calc(0.3em +
10px);}code,kbd,samp {background: var(--ast-code-block-background);padding: 3px 6px;}.ast-
row.comment-textarea fieldset.comment-form-comment {border: none;padding: unset;margin-bottom:
1.5em;}.entry-content .wp-block-image,.entry-content .wp-block-embed {margin-top: 2em;margin-
bottom: 3em;}:root {--ast-single-post-nav-padding: 4em 0 0;}.ast-single-post .ast-post-format-
content {max-width: 100%;}.post-navigation + .comments-area {border-top: none;padding-top:
5em;}.single .post-navigation a p {margin-top: 0.5em;margin-bottom: 0;text-transform:
initial;line-height: 1.65em;font-weight: normal;}.single .post-navigation a .ast-post-nav {font-
weight: 600;display: block;text-transform: uppercase;font-size: 0.85em;letter-spacing:
0.05em;}.single .post-navigation a svg {top: .125em;width: 1em;height: 1em;position:
relative;fill: currentColor;}.page-links .page-link:hover,.single .post-navigation a:hover
{color: var(--ast-global-color-1);}@media( min-width: 320px ) {.single .post-navigation .nav-
previous a {text-align: left;padding-right: 20px;}.single .post-navigation .nav-next a {text-
align: right;padding-left: 20px;}.comment-navigation .nav-previous:after,.post-navigation .nav-
previous:after {position: absolute;content: "";top: 25%;right: 0;width: 1px;height:
50%;background: var(--ast-single-post-border,var(--ast-border-color));}}@media( max-width: 544px
```

App. 3684

```
) {.single .post-navigation .nav-links {-js-display: inline-flex;display: inline-flex;width: 100%;padding-left: 20px; padding-right: 20px;}.single .post-navigation a p {display: none;}.single .post-navigation .nav-previous {margin-bottom: 0;}}@media( min-width: 421px ) {.single .post-navigation a {max-width: 80%;width: 100%;}.post-navigation a {font-weight: 500;font-size: 16px;}}
/*# sourceURL=astra-theme-css-inline-css */
</style>
<link rel='stylesheet' id='astra-google-fonts-css' href='https://fonts.googleapis.com/css?family=Work+Sans%3A400%7CDM+Serif+Display%3A500%2C400%7CRoboto+Slab%3A400%2C500&#038;display=swap&#038;ver=4.12.6' media='all' />
<link rel='stylesheet' id='fontawesome-css' href='https://somm.us/wp-content/plugins/hivepress/assets/css/fontawesome/fontawesome.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='fontawesome-solid-css' href='https://somm.us/wp-content/plugins/hivepress/assets/css/fontawesome/solid.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='fancybox-css' href='https://somm.us/wp-content/plugins/hivepress/node_modules/@fancyapps/fancybox/dist/jquery.fancybox.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='slick-css' href='https://somm.us/wp-content/plugins/hivepress/node_modules/slick-carousel/slick/slick.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='flatpickr-css' href='https://somm.us/wp-content/plugins/hivepress/node_modules/flatpickr/dist/flatpickr.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='select2-css' href='https://somm.us/wp-content/plugins/hivepress/node_modules/select2/dist/css/select2.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='intl-tel-input-css' href='https://somm.us/wp-content/plugins/hivepress/node_modules/intl-tel-input/build/css/intlTelInput.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='jquery-ui-css' href='https://somm.us/wp-content/plugins/hivepress/assets/css/jquery-ui.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='hivepress-grid-css' href='https://somm.us/wp-content/plugins/hivepress/assets/css/grid.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='hivepress-core-common-css' href='https://somm.us/wp-content/plugins/hivepress/assets/css/common.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='hivepress-core-frontend-css' href='https://somm.us/wp-content/plugins/hivepress/assets/css/frontend.min.css?ver=1.7.22' media='all' />
<link rel='stylesheet' id='hivepress-geolocation-css' href='https://somm.us/wp-content/plugins/hivepress-geolocation/assets/css/common.min.css?ver=1.3.10' media='all' />
<link rel='stylesheet' id='hivepress-geolocation-frontend-css' href='https://somm.us/wp-content/plugins/hivepress-geolocation/assets/css/frontend.min.css?ver=1.3.10' media='all' />
<link rel='stylesheet' id='hivepress-reviews-frontend-css' href='https://somm.us/wp-content/plugins/hivepress-reviews/assets/css/frontend.min.css?ver=1.4.0' media='all' />
<style id='wp-block-library-inline-css'>
:root{--wp-block-synced-color:#7a00df;--wp-block-synced-color--rgb:122,0,223;--wp-bound-block-color:var(--wp-block-synced-color);--wp-editor-canvas-background:#ddd;--wp-admin-theme-color:#007cba;--wp-admin-theme-color--rgb:0,124,186;--wp-admin-theme-color-darker-10:#006ba1;--wp-admin-theme-color-darker-10--rgb:0,107,160.5;--wp-admin-theme-color-darker-20:#005a87;--wp-admin-theme-color-darker-20--rgb:0,90,135;--wp-admin-border-width-focus:2px}@media (min-resolution:192dpi){:root{--wp-admin-border-width-focus:1.5px}}.wp-element-button{cursor:pointer}:root .has-very-light-gray-background-color{background-color:#eee}:root .has-very-dark-gray-background-color{background-color:#313131}:root .has-very-light-gray-color{color:#eee}:root .has-very-dark-gray-color{color:#313131}:root .has-vivid-green-cyan-to-vivid-cyan-blue-gradient-background{background:linear-gradient(135deg,#00d084,#0693e3)}:root .has-purple-crush-gradient-background{background:linear-gradient(135deg,#34e2e4,#4721fb 50%,#ab1dfe)}:root .has-hazy-dawn-gradient-background{background:linear-gradient(135deg,#faaca8,#dad0ec)}:root .has-subdued-olive-gradient-background{background:linear-gradient(135deg,#fafae1,#67a671)}:root .has-atomic-cream-gradient-background{background:linear-gradient(135deg,#fdd79a,#004a59)}:root .has-nightshade-gradient-background{background:linear-gradient(135deg,#330968,#31cdcf)}:root .has-midnight-gradient-background{background:linear-gradient(135deg,#020381,#2874fc)}:root{--wp--preset--font-size--normal:16px;--wp--preset--font-size--huge:42px}.has-regular-font-size{font-size:1em}.has-larger-font-size{font-size:2.625em}.has-normal-font-size{font-size:var(--wp--preset--font-size--normal)}.has-huge-font-size{font-size:var(--wp--preset--font-size--huge)}.has-text-align-center{text-align:center}.has-text-align-left{text-align:left}.has-text-align-right{text-align:right}.has-fit-text{white-space:nowrap!important}#end-resizable-editor-section{display:none}.aligncenter{clear:both}.items-
```

```
justified-left{justify-content:flex-start}.items-justified-center{justify-content:center}.items-
justified-right{justify-content:flex-end}.items-justified-space-between{justify-content:space-
between}.screen-reader-text{border:0;clip-
path:inset(50%);height:1px;margin:-1px;overflow:hidden;padding:0;position:absolute;width:1px;word
-wrap:normal!important}.screen-reader-text:focus{background-color:#ddd;clip-
path:none;color:#444;display:block;font-size:1em;height:auto;left:5px;line-
height:normal;padding:15px 23px 14px;text-decoration:none;top:5px;width:auto;z-index:100000}html
:where(.has-border-color){border-style:solid}html :where([style*=border-top-color]){border-top-
style:solid}html :where([style*=border-right-color]){border-right-style:solid}html
:where([style*=border-bottom-color]){border-bottom-style:solid}html :where([style*=border-left-
color]){border-left-style:solid}html :where([style*=border-width]){border-style:solid}html
:where([style*=border-top-width]){border-top-style:solid}html :where([style*=border-right-width])
{border-right-style:solid}html :where([style*=border-bottom-width]){border-bottom-
style:solid}html :where([style*=border-left-width]){border-left-style:solid}html
:where(img[class*=wp-image-]){height:auto;max-width:100%}:where(figure){margin:0 0 1em}html
:where(.is-position-sticky){--wp-admin--admin-bar--position-offset:var(--wp-admin--admin-bar--
height,0px)}@media screen and (max-width:600px){html :where(.is-position-sticky){--wp-admin--
admin-bar--position-offset:0px}}

/*# sourceURL=wp-block-library-inline-css */
</style>
<style id='wp-block-image-inline-css'>
.wp-block-image>a,.wp-block-image>figure>a{display:inline-block}.wp-block-image img{box-
sizing:border-box;height:auto;max-width:100%;vertical-align:bottom}@media not (prefers-reduced-
motion){.wp-block-image img.hide{visibility:hidden}.wp-block-image img.show{animation:show-
content-image .4s}}.wp-block-image[style*=border-radius] img,.wp-block-image[style*=border-
radius]>a{border-radius:inherit}.wp-block-image.has-custom-border img{box-sizing:border-box}.wp-
block-image.aligncenter{text-align:center}.wp-block-image.alignfull>a,.wp-block-
image.alignwide>a{width:100%}.wp-block-image.alignfull img,.wp-block-image.alignwide
img{height:auto;width:100%}.wp-block-image .aligncenter,.wp-block-image .alignleft,.wp-block-
image .alignright,.wp-block-image.aligncenter,.wp-block-image.alignleft,.wp-block-
image.alignright{display:table}.wp-block-image .aligncenter>figcaption,.wp-block-image
.alignleft>figcaption,.wp-block-image .alignright>figcaption,.wp-block-
image.aligncenter>figcaption,.wp-block-image.alignleft>figcaption,.wp-block-
image.alignright>figcaption{caption-side:bottom;display:table-caption}.wp-block-image
.alignleft{float:left;margin:.5em 1em .5em 0}.wp-block-image .alignright{float:right;margin:.5em
0 .5em 1em}.wp-block-image .aligncenter{margin-left:auto;margin-right:auto}.wp-block-image
:where(figcaption){margin-bottom:1em;margin-top:.5em}.wp-block-image.is-style-circle-mask
img{border-radius:9999px}@supports ((-webkit-mask-image:none) or (mask-image:none)) or (-webkit-
mask-image:none){.wp-block-image.is-style-circle-mask img{border-radius:0;-webkit-mask-
image:url('data:image/svg+xml;utf8,<svg viewBox="0 0 100 100" xmlns="http://www.w3.org/2000/svg">
<circle cx="50" cy="50" r="50"/></svg>');mask-image:url('data:image/svg+xml;utf8,<svg viewBox="0
0 100 100" xmlns="http://www.w3.org/2000/svg"><circle cx="50" cy="50" r="50"/></svg>');mask-
mode:alpha;-webkit-mask-position:center;mask-position:center;-webkit-mask-repeat:no-repeat;mask-
repeat:no-repeat;-webkit-mask-size:contain;mask-size:contain}}:root :where(.wp-block-image.is-
style-rounded img,.wp-block-image .is-style-rounded img){border-radius:9999px}.wp-block-image
figure{margin:0}.wp-lightbox-container{display:flex;flex-direction:column;position:relative}.wp-
lightbox-container img{cursor:zoom-in}.wp-lightbox-container img:hover+button{opacity:1}.wp-
lightbox-container button{align-items:center;backdrop-filter:blur(16px)
saturate(180%);background-color:#5a5a5a40;border:none;border-radius:4px;cursor:zoom-
in;display:flex;height:20px;justify-
content:center;opacity:0;padding:0;position:absolute;right:16px;text-
align:center;top:16px;width:20px;z-index:100}@media not (prefers-reduced-motion){.wp-lightbox-
container button{transition:opacity .2s ease}}.wp-lightbox-container button:focus-
visible{outline:3px auto #5a5a5a40;outline:3px auto -webkit-focus-ring-color;outline-
offset:3px}.wp-lightbox-container button:hover{cursor:pointer;opacity:1}.wp-lightbox-container
button:focus{opacity:1}.wp-lightbox-container button:focus,.wp-lightbox-container
button:hover,.wp-lightbox-container button:not(:hover):not(:active):not(.has-background)
{background-color:#5a5a5a40;border:none}.wp-lightbox-overlay{box-sizing:border-box;cursor:zoom-
out;height:100vh;left:0;overflow:hidden;position:fixed;top:0;visibility:hidden;width:100%;z-
index:100000}.wp-lightbox-overlay .close-button{align-
items:center;cursor:pointer;display:flex;justify-content:center;min-height:40px;min-
width:40px;padding:0;position:absolute;right:calc(env(safe-area-inset-right) +
16px);top:calc(env(safe-area-inset-top) + 16px);z-index:5000000}.wp-lightbox-overlay .close-
button:focus,.wp-lightbox-overlay .close-button:hover,.wp-lightbox-overlay .close-
```

App. 3686

```
button:not(:hover):not(:active):not(.has-background){background:none;border:none}.wp-lightbox-overlay .lightbox-image-container{height:var(--wp--lightbox-container-height);left:50%;overflow:hidden;position:absolute;top:50%;transform:translate(-50%,-50%);transform-origin:top left;width:var(--wp--lightbox-container-width);z-index:9999999999}.wp-lightbox-overlay .wp-block-image{align-items:center;box-sizing:border-box;display:flex;height:100%;justify-content:center;margin:0;position:relative;transform-origin:0 0;width:100%;z-index:3000000}.wp-lightbox-overlay .wp-block-image img{height:var(--wp--lightbox-image-height);min-height:var(--wp--lightbox-image-height);min-width:var(--wp--lightbox-image-width);width:var(--wp--lightbox-image-width)}.wp-lightbox-overlay .wp-block-image figcaption{display:none}.wp-lightbox-overlay button{background:none;border:none}.wp-lightbox-overlay .scrim{background-color:#fff;height:100%;opacity:.9;position:absolute;width:100%;z-index:2000000}.wp-lightbox-overlay.active{visibility:visible}@media not (prefers-reduced-motion){.wp-lightbox-overlay.active{animation:turn-on-visibility .25s both}.wp-lightbox-overlay.active img{animation:turn-on-visibility .35s both}.wp-lightbox-overlay.show-closing-animation:not(.active){animation:turn-off-visibility .35s both}.wp-lightbox-overlay.show-closing-animation:not(.active) img{animation:turn-off-visibility .25s both}.wp-lightbox-overlay.zoom.active{animation:none;opacity:1;visibility:visible}.wp-lightbox-overlay.zoom.active .lightbox-image-container{animation:lightbox-zoom-in .4s}.wp-lightbox-overlay.zoom.active .lightbox-image-container img{animation:none}.wp-lightbox-overlay.zoom.active .scrim{animation:turn-on-visibility .4s forwards}.wp-lightbox-overlay.zoom.show-closing-animation:not(.active){animation:none}.wp-lightbox-overlay.zoom.show-closing-animation:not(.active) .lightbox-image-container{animation:lightbox-zoom-out .4s}.wp-lightbox-overlay.zoom.show-closing-animation:not(.active) .lightbox-image-container img{animation:none}.wp-lightbox-overlay.zoom.show-closing-animation:not(.active) .scrim{animation:turn-off-visibility .4s forwards}}@keyframes show-content-image{0%{visibility:hidden}99%{visibility:hidden}to{visibility:visible}}@keyframes turn-on-visibility{0%{opacity:0}to{opacity:1}}@keyframes turn-off-visibility{0%{opacity:1;visibility:visible}99%{opacity:0;visibility:visible}to{opacity:0;visibility:hidden}}@keyframes lightbox-zoom-in{0%{transform:translate(calc((-100vw + var(--wp--lightbox-scrollbar-width))/2 + var(--wp--lightbox-initial-left-position)),calc(-50vh + var(--wp--lightbox-initial-top-position))) scale(var(--wp--lightbox-scale))}to{transform:translate(-50%,-50%) scale(1)}}@keyframes lightbox-zoom-out{0%{transform:translate(-50%,-50%) scale(1);visibility:visible}99%{visibility:visible}to{transform:translate(calc((-100vw + var(--wp--lightbox-scrollbar-width))/2 + var(--wp--lightbox-initial-left-position)),calc(-50vh + var(--wp--lightbox-initial-top-position))) scale(var(--wp--lightbox-scale));visibility:hidden}}
/*# sourceURL=https://somm.us/wp-includes/blocks/image/style.min.css */
</style>

<link rel='stylesheet' id='spectra-pro-block-css-css' href='https://somm.us/wp-content/plugins/spectra-pro/dist/style-blocks.css?ver=1.2.10' media='all' />
<style id='global-styles-inline-css'>
:root{--wp--preset--aspect-ratio--square: 1;--wp--preset--aspect-ratio--4-3: 4/3;--wp--preset--aspect-ratio--3-4: 3/4;--wp--preset--aspect-ratio--3-2: 3/2;--wp--preset--aspect-ratio--2-3: 2/3;--wp--preset--aspect-ratio--16-9: 16/9;--wp--preset--aspect-ratio--9-16: 9/16;--wp--preset--color--black: #000000;--wp--preset--color--cyan-bluish-gray: #abb8c3;--wp--preset--color--white: #ffffff;--wp--preset--color--pale-pink: #f78da7;--wp--preset--color--vivid-red: #cf2e2e;--wp--preset--color--luminous-vivid-orange: #ff6900;--wp--preset--color--luminous-vivid-amber: #fcb900;--wp--preset--color--light-green-cyan: #7bdcb5;--wp--preset--color--vivid-green-cyan: #00d084;--wp--preset--color--pale-cyan-blue: #8ed1fc;--wp--preset--color--vivid-cyan-blue: #0693e3;--wp--preset--color--vivid-purple: #9b51e0;--wp--preset--color--ast-global-color-0: var(--ast-global-color-0);--wp--preset--color--ast-global-color-1: var(--ast-global-color-1);--wp--preset--color--ast-global-color-2: var(--ast-global-color-2);--wp--preset--color--ast-global-color-3: var(--ast-global-color-3);--wp--preset--color--ast-global-color-4: var(--ast-global-color-4);--wp--preset--color--ast-global-color-5: var(--ast-global-color-5);--wp--preset--color--ast-global-color-6: var(--ast-global-color-6);--wp--preset--color--ast-global-color-7: var(--ast-global-color-7);--wp--preset--color--ast-global-color-8: var(--ast-global-color-8);--wp--preset--gradient--vivid-cyan-blue-to-vivid-purple: linear-gradient(135deg,rgb(6,147,227) 0%,rgb(155,81,224) 100%);--wp--preset--gradient--light-green-cyan-to-vivid-green-cyan: linear-gradient(135deg,rgb(122,220,180) 0%,rgb(0,208,130) 100%);--wp--preset--gradient--luminous-vivid-amber-to-luminous-vivid-orange: linear-gradient(135deg,rgb(252,185,0) 0%,rgb(255,105,0) 100%);--wp--preset--gradient--luminous-vivid-orange-to-vivid-red: linear-gradient(135deg,rgb(255,105,0) 0%,rgb(207,46,46) 100%);--wp--preset--gradient--very-light-gray-to-cyan-bluish-gray: linear-gradient(135deg,rgb(238,238,238) 0%,rgb(169,184,195) 100%);--wp--preset--gradient--cool-to-warm-spectrum: linear-gradient(135deg,rgb(74,234,220) 0%,rgb(151,120,209) 20%,rgb(207,42,186) 40%,rgb(238,44,130) 60%,rgb(251,105,98) 80%,rgb(254,248,76) 100%);--wp--preset--gradient--blush-
```

App. 3687

light-purple: linear-gradient(135deg,rgb(255,206,236) 0%,rgb(152,150,240) 100%);--wp--preset--gradient--blush-bordeaux: linear-gradient(135deg,rgb(254,205,165) 0%,rgb(254,45,45) 50%,rgb(107,0,62) 100%);--wp--preset--gradient--luminous-dusk: linear-gradient(135deg,rgb(255,203,112) 0%,rgb(199,81,192) 50%,rgb(65,88,208) 100%);--wp--preset--gradient--pale-ocean: linear-gradient(135deg,rgb(255,245,203) 0%,rgb(182,227,212) 50%,rgb(51,167,181) 100%);--wp--preset--gradient--electric-grass: linear-gradient(135deg,rgb(202,248,128) 0%,rgb(113,206,126) 100%);--wp--preset--gradient--midnight: linear-gradient(135deg,rgb(2,3,129) 0%,rgb(40,116,252) 100%);--wp--preset--font-size--small: 13px;--wp--preset--font-size--medium: 20px;--wp--preset--font-size--large: 36px;--wp--preset--font-size--x-large: 42px;--wp--preset--spacing--20: 0.44rem;--wp--preset--spacing--30: 0.67rem;--wp--preset--spacing--40: 1rem;--wp--preset--spacing--50: 1.5rem;--wp--preset--spacing--60: 2.25rem;--wp--preset--spacing--70: 3.38rem;--wp--preset--spacing--80: 5.06rem;--wp--preset--shadow--natural: 6px 6px 9px rgba(0, 0, 0, 0.2);--wp--preset--shadow--deep: 12px 12px 50px rgba(0, 0, 0, 0.4);--wp--preset--shadow--sharp: 6px 6px 0px rgba(0, 0, 0, 0.2);--wp--preset--shadow--outlined: 6px 6px 0px -3px rgb(255, 255, 255), 6px 6px rgb(0, 0, 0);--wp--preset--shadow--crisp: 6px 6px 0px rgb(0, 0, 0);}:root { --wp--style--global--content-size: var(--wp--custom--ast-content-width-size);--wp--style--global--wide-size: var(--wp--custom--ast-wide-width-size); }:where(body) { margin: 0; }.wp-site-blocks > .alignleft { float: left; margin-right: 2em; }.wp-site-blocks > .alignright { float: right; margin-left: 2em; }.wp-site-blocks > .aligncenter { justify-content: center; margin-left: auto; margin-right: auto; }:where(.wp-site-blocks) > * { margin-block-start: 24px; margin-block-end: 0; }:where(.wp-site-blocks) > :first-child { margin-block-start: 0; }:where(.wp-site-blocks) > :last-child { margin-block-end: 0; }:root { --wp--style--block-gap: 24px; }:root :where(.is-layout-flow) > :first-child{margin-block-start: 0;}:root :where(.is-layout-flow) > :last-child{margin-block-end: 0;}:root :where(.is-layout-flow) > *{margin-block-start: 24px;margin-block-end: 0;}:root :where(.is-layout-constrained) > :first-child{margin-block-start: 0;}:root :where(.is-layout-constrained) > :last-child{margin-block-end: 0;}:root :where(.is-layout-constrained) > *{margin-block-start: 24px;margin-block-end: 0;}:root :where(.is-layout-flex){gap: 24px;}:root :where(.is-layout-grid){gap: 24px;}.is-layout-flow > .alignleft{float: left;margin-inline-start: 0;margin-inline-end: 2em;}.is-layout-flow > .alignright{float: right;margin-inline-start: 2em;margin-inline-end: 0;}.is-layout-flow > .aligncenter{margin-left: auto !important;margin-right: auto !important;}.is-layout-constrained > .alignleft{float: left;margin-inline-start: 0;margin-inline-end: 2em;}.is-layout-constrained > .alignright{float: right;margin-inline-start: 2em;margin-inline-end: 0;}.is-layout-constrained > .aligncenter{margin-left: auto !important;margin-right: auto !important;}.is-layout-constrained > :where(:not(.alignleft):not(.alignright):not(.alignfull)){max-width: var(--wp--style--global--content-size);margin-left: auto !important;margin-right: auto !important;}.is-layout-constrained > .alignwide{max-width: var(--wp--style--global--wide-size);}body .is-layout-flex{display: flex;}.is-layout-flex{flex-wrap: wrap;align-items: center;}.is-layout-flex > :is(*, div){margin: 0;}body .is-layout-grid{display: grid;}.is-layout-grid > :is(*, div){margin: 0;}body{padding-top: 0px;padding-right: 0px;padding-bottom: 0px;padding-left: 0px;}a:where(:not(.wp-element-button)){text-decoration: none;}:root :where(.wp-element-button, .wp-block-button__link){background-color: #32373c;border-width: 0;color: #fff;font-family: inherit;font-size: inherit;font-style: inherit;font-weight: inherit;letter-spacing: inherit;line-height: inherit;padding-top: calc(0.667em + 2px);padding-right: calc(1.333em + 2px);padding-bottom: calc(0.667em + 2px);padding-left: calc(1.333em + 2px);text-decoration: none;text-transform: inherit;}.has-black-color{color: var(--wp--preset--color--black) !important;}.has-cyan-bluish-gray-color{color: var(--wp--preset--color--cyan-bluish-gray) !important;}.has-white-color{color: var(--wp--preset--color--white) !important;}.has-pale-pink-color{color: var(--wp--preset--color--pale-pink) !important;}.has-vivid-red-color{color: var(--wp--preset--color--vivid-red) !important;}.has-luminous-vivid-orange-color{color: var(--wp--preset--color--luminous-vivid-orange) !important;}.has-luminous-vivid-amber-color{color: var(--wp--preset--color--luminous-vivid-amber) !important;}.has-light-green-cyan-color{color: var(--wp--preset--color--light-green-cyan) !important;}.has-vivid-green-cyan-color{color: var(--wp--preset--color--vivid-green-cyan) !important;}.has-pale-cyan-blue-color{color: var(--wp--preset--color--pale-cyan-blue) !important;}.has-vivid-cyan-blue-color{color: var(--wp--preset--color--vivid-cyan-blue) !important;}.has-vivid-purple-color{color: var(--wp--preset--color--vivid-purple) !important;}.has-ast-global-color-0-color{color: var(--wp--preset--color--ast-global-color-0) !important;}.has-ast-global-color-1-color{color: var(--wp--preset--color--ast-global-color-1) !important;}.has-ast-global-color-2-color{color: var(--wp--preset--color--ast-global-color-2) !important;}.has-ast-global-color-3-color{color: var(--wp--preset--color--ast-global-color-3) !important;}.has-ast-global-color-4-color{color: var(--wp--preset--color--ast-global-color-4) !important;}.has-ast-global-color-5-color{color: var(--wp--preset--color--ast-global-color-5) !important;}.has-ast-global-color-6-color{color: var(--wp--preset--color--ast-global-color-6) !important;}.has-ast-global-color-7-color{color: var(--wp--preset--color--ast-global-color-7) !important;}.has-ast-global-color-8-color{color: var(--wp--preset--color--ast-global-color-8)

App. 3688

!important;}.has-black-background-color{background-color: var(--wp--preset--color--black) !important;}.has-cyan-bluish-gray-background-color{background-color: var(--wp--preset--color--cyan-bluish-gray) !important;}.has-white-background-color{background-color: var(--wp--preset--color--white) !important;}.has-pale-pink-background-color{background-color: var(--wp--preset--color--pale-pink) !important;}.has-vivid-red-background-color{background-color: var(--wp--preset--color--vivid-red) !important;}.has-luminous-vivid-orange-background-color{background-color: var(--wp--preset--color--luminous-vivid-orange) !important;}.has-luminous-vivid-amber-background-color{background-color: var(--wp--preset--color--luminous-vivid-amber) !important;}.has-light-green-cyan-background-color{background-color: var(--wp--preset--color--light-green-cyan) !important;}.has-vivid-green-cyan-background-color{background-color: var(--wp--preset--color--vivid-green-cyan) !important;}.has-pale-cyan-blue-background-color{background-color: var(--wp--preset--color--pale-cyan-blue) !important;}.has-vivid-cyan-blue-background-color{background-color: var(--wp--preset--color--vivid-cyan-blue) !important;}.has-vivid-purple-background-color{background-color: var(--wp--preset--color--vivid-purple) !important;}.has-ast-global-color-0-background-color{background-color: var(--wp--preset--color--ast-global-color-0) !important;}.has-ast-global-color-1-background-color{background-color: var(--wp--preset--color--ast-global-color-1) !important;}.has-ast-global-color-2-background-color{background-color: var(--wp--preset--color--ast-global-color-2) !important;}.has-ast-global-color-3-background-color{background-color: var(--wp--preset--color--ast-global-color-3) !important;}.has-ast-global-color-4-background-color{background-color: var(--wp--preset--color--ast-global-color-4) !important;}.has-ast-global-color-5-background-color{background-color: var(--wp--preset--color--ast-global-color-5) !important;}.has-ast-global-color-6-background-color{background-color: var(--wp--preset--color--ast-global-color-6) !important;}.has-ast-global-color-7-background-color{background-color: var(--wp--preset--color--ast-global-color-7) !important;}.has-ast-global-color-8-background-color{background-color: var(--wp--preset--color--ast-global-color-8) !important;}.has-black-border-color{border-color: var(--wp--preset--color--black) !important;}.has-cyan-bluish-gray-border-color{border-color: var(--wp--preset--color--cyan-bluish-gray) !important;}.has-white-border-color{border-color: var(--wp--preset--color--white) !important;}.has-pale-pink-border-color{border-color: var(--wp--preset--color--pale-pink) !important;}.has-vivid-red-border-color{border-color: var(--wp--preset--color--vivid-red) !important;}.has-luminous-vivid-orange-border-color{border-color: var(--wp--preset--color--luminous-vivid-orange) !important;}.has-luminous-vivid-amber-border-color{border-color: var(--wp--preset--color--luminous-vivid-amber) !important;}.has-light-green-cyan-border-color{border-color: var(--wp--preset--color--light-green-cyan) !important;}.has-vivid-green-cyan-border-color{border-color: var(--wp--preset--color--vivid-green-cyan) !important;}.has-pale-cyan-blue-border-color{border-color: var(--wp--preset--color--pale-cyan-blue) !important;}.has-vivid-cyan-blue-border-color{border-color: var(--wp--preset--color--vivid-cyan-blue) !important;}.has-vivid-purple-border-color{border-color: var(--wp--preset--color--vivid-purple) !important;}.has-ast-global-color-0-border-color{border-color: var(--wp--preset--color--ast-global-color-0) !important;}.has-ast-global-color-1-border-color{border-color: var(--wp--preset--color--ast-global-color-1) !important;}.has-ast-global-color-2-border-color{border-color: var(--wp--preset--color--ast-global-color-2) !important;}.has-ast-global-color-3-border-color{border-color: var(--wp--preset--color--ast-global-color-3) !important;}.has-ast-global-color-4-border-color{border-color: var(--wp--preset--color--ast-global-color-4) !important;}.has-ast-global-color-5-border-color{border-color: var(--wp--preset--color--ast-global-color-5) !important;}.has-ast-global-color-6-border-color{border-color: var(--wp--preset--color--ast-global-color-6) !important;}.has-ast-global-color-7-border-color{border-color: var(--wp--preset--color--ast-global-color-7) !important;}.has-ast-global-color-8-border-color{border-color: var(--wp--preset--color--ast-global-color-8) !important;}.has-vivid-cyan-blue-to-vivid-purple-gradient-background{background: var(--wp--preset--gradient--vivid-cyan-blue-to-vivid-purple) !important;}.has-light-green-cyan-to-vivid-green-cyan-gradient-background{background: var(--wp--preset--gradient--light-green-cyan-to-vivid-green-cyan) !important;}.has-luminous-vivid-amber-to-luminous-vivid-orange-gradient-background{background: var(--wp--preset--gradient--luminous-vivid-amber-to-luminous-vivid-orange) !important;}.has-luminous-vivid-orange-to-vivid-red-gradient-background{background: var(--wp--preset--gradient--luminous-vivid-orange-to-vivid-red) !important;}.has-very-light-gray-to-cyan-bluish-gray-gradient-background{background: var(--wp--preset--gradient--very-light-gray-to-cyan-bluish-gray) !important;}.has-cool-to-warm-spectrum-gradient-background{background: var(--wp--preset--gradient--cool-to-warm-spectrum) !important;}.has-blush-light-purple-gradient-background{background: var(--wp--preset--gradient--blush-light-purple) !important;}.has-blush-bordeaux-gradient-background{background: var(--wp--preset--gradient--blush-bordeaux) !important;}.has-luminous-dusk-gradient-background{background: var(--wp--preset--gradient--luminous-dusk) !important;}.has-pale-ocean-gradient-background{background: var(--wp--preset--gradient--pale-ocean) !important;}.has-electric-grass-gradient-background{background: var(--wp--preset--gradient--electric-grass) !important;}.has-midnight-gradient-background{background: var(--wp--preset--gradient--midnight) !important;}.has-small-font-size{font-size: var(--wp--preset--

App. 3689

```
font-size--small) !important;}.has-medium-font-size{font-size: var(--wp--preset--font-size--
medium) !important;}.has-large-font-size{font-size: var(--wp--preset--font-size--large)
!important;}.has-x-large-font-size{font-size: var(--wp--preset--font-size--x-large) !important;}
/*# sourceURL=global-styles-inline-css */
</style>

<link rel='stylesheet' id='astra-addon-css-css' href='https://somm.us/wp-content/uploads/astra-
addon/astra-addon-69bdf150bb8698-76159801.css?ver=4.12.4' media='all' />
<style id='astra-addon-css-inline-css'>
#content:before{content:"921";position:absolute;overflow:hidden;opacity:0;visibility:hidden;}.blo
g-layout-2{position:relative;}.single .ast-author-details .author-title{color:var(--ast-global-
color-0);}.single.ast-page-builder-template .ast-single-author-box{padding:2em 20px;}.single.ast-
separate-container .ast-author-meta{padding:3em;}@media (max-width:921px){.single.ast-separate-
container .ast-author-meta{padding:1.5em 2.14em;}.single .ast-author-meta .post-author-
avatar{margin-bottom:1em;}.ast-separate-container .ast-grid-2 .ast-article-post,.ast-separate-
container .ast-grid-3 .ast-article-post,.ast-separate-container .ast-grid-4 .ast-article-
post{width:100%;}.ast-separate-container .ast-grid-md-1 .ast-article-post{width:100%;}.ast-
separate-container .ast-grid-md-2 .ast-article-post.ast-separate-posts,.ast-separate-container
.ast-grid-md-3 .ast-article-post.ast-separate-posts,.ast-separate-container .ast-grid-md-4 .ast-
article-post.ast-separate-posts{padding:0 .75em 0;}.blog-layout-1 .post-content,.blog-layout-1
.ast-blog-featured-section{float:none;}.ast-separate-container .ast-article-post.remove-featured-
img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-featured-section:first-
child .square .posted-on{margin-top:0;}.ast-separate-container .ast-article-post.remove-featured-
img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-featured-section:first-
child .circle .posted-on{margin-top:1em;}.ast-separate-container .ast-article-post.remove-
featured-img-padding .blog-layout-1 .post-content .ast-blog-featured-section:first-child .post-
thumb-img-content{margin-top:-1.5em;}.ast-separate-container .ast-article-post.remove-featured-
img-padding .blog-layout-1 .post-thumb-img-content{margin-left:-2.14em;margin-
right:-2.14em;}.ast-separate-container .ast-article-single.remove-featured-img-padding .single-
layout-1 .entry-header .post-thumb-img-content:first-child{margin-top:-1.5em;}.ast-separate-
container .ast-article-single.remove-featured-img-padding .single-layout-1 .post-thumb-img-
content{margin-left:-2.14em;margin-right:-2.14em;}.ast-separate-container.ast-blog-grid-2 .ast-
article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-
blog-featured-section .square .posted-on,.ast-separate-container.ast-blog-grid-3 .ast-article-
post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-
featured-section .square .posted-on,.ast-separate-container.ast-blog-grid-4 .ast-article-
post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-
featured-section .square .posted-on{margin-left:-1.5em;margin-right:-1.5em;}.ast-separate-
container.ast-blog-grid-2 .ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-
layout-1 .post-content .ast-blog-featured-section .circle .posted-on,.ast-separate-container.ast-
blog-grid-3 .ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1
.post-content .ast-blog-featured-section .circle .posted-on,.ast-separate-container.ast-blog-
grid-4 .ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-
content .ast-blog-featured-section .circle .posted-on{margin-left:-0.5em;margin-
right:-0.5em;}.ast-separate-container.ast-blog-grid-2 .ast-article-post.remove-featured-img-
padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-featured-section:first-child
.square .posted-on,.ast-separate-container.ast-blog-grid-3 .ast-article-post.remove-featured-img-
padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-featured-section:first-child
.square .posted-on,.ast-separate-container.ast-blog-grid-4 .ast-article-post.remove-featured-img-
padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-featured-section:first-child
.square .posted-on{margin-top:0;}.ast-separate-container.ast-blog-grid-2 .ast-article-
post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-
featured-section:first-child .circle .posted-on,.ast-separate-container.ast-blog-grid-3 .ast-
article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-
blog-featured-section:first-child .circle .posted-on,.ast-separate-container.ast-blog-grid-4
.ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content
.ast-blog-featured-section:first-child .circle .posted-on{margin-top:1em;}.ast-separate-
container.ast-blog-grid-2 .ast-article-post.remove-featured-img-padding .blog-layout-1 .post-
content .ast-blog-featured-section:first-child .post-thumb-img-content,.ast-separate-
container.ast-blog-grid-3 .ast-article-post.remove-featured-img-padding .blog-layout-1 .post-
content .ast-blog-featured-section:first-child .post-thumb-img-content,.ast-separate-
container.ast-blog-grid-4 .ast-article-post.remove-featured-img-padding .blog-layout-1 .post-
content .ast-blog-featured-section:first-child .post-thumb-img-content{margin-top:-1.5em;}.ast-
separate-container.ast-blog-grid-2 .ast-article-post.remove-featured-img-padding .blog-layout-1
.post-thumb-img-content,.ast-separate-container.ast-blog-grid-3 .ast-article-post.remove-
```

App. 3690

```
featured-img-padding .blog-layout-1 .post-thumb-img-content,.ast-separate-container.ast-blog-
grid-4 .ast-article-post.remove-featured-img-padding .blog-layout-1 .post-thumb-img-
content{margin-left:-1.5em;margin-right:-1.5em;}.blog-layout-2{display:flex;flex-
direction:column-reverse;}.ast-separate-container .blog-layout-3,.ast-separate-container .blog-
layout-1{display:block;}.ast-plain-container .ast-grid-2 .ast-article-post,.ast-plain-container
.ast-grid-3 .ast-article-post,.ast-plain-container .ast-grid-4 .ast-article-post,.ast-page-
builder-template .ast-grid-2 .ast-article-post,.ast-page-builder-template .ast-grid-3 .ast-
article-post,.ast-page-builder-template .ast-grid-4 .ast-article-post{width:100%;}.ast-separate-
container .ast-blog-layout-4-grid .ast-article-post{display:flex;}}@media (max-width:921px){.ast-
separate-container .ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-
1 .post-content .ast-blog-featured-section .square .posted-on{margin-top:0;margin-
left:-2.14em;}.ast-separate-container .ast-article-post.remove-featured-img-padding.has-post-
thumbnail .blog-layout-1 .post-content .ast-blog-featured-section .circle .posted-on{margin-
top:0;margin-left:-1.14em;}}@media (min-width:922px){.ast-separate-container.ast-blog-grid-2
.ast-archive-description,.ast-separate-container.ast-blog-grid-3 .ast-archive-description,.ast-
separate-container.ast-blog-grid-4 .ast-archive-description{margin-bottom:1.33333em;}.blog-
layout-2.ast-no-thumb .post-content,.blog-layout-3.ast-no-thumb .post-content{width:calc(100% -
5.714285714em);}.blog-layout-2.ast-no-thumb.ast-no-date-box .post-content,.blog-layout-3.ast-no-
thumb.ast-no-date-box .post-content{width:100%;}.ast-separate-container .ast-grid-2 .ast-article-
post.ast-separate-posts,.ast-separate-container .ast-grid-3 .ast-article-post.ast-separate-
posts,.ast-separate-container .ast-grid-4 .ast-article-post.ast-separate-posts{border-
bottom:0;}.ast-separate-container .ast-grid-2 > .site-main > .ast-row:before,.ast-separate-
container .ast-grid-2 > .site-main > .ast-row:after,.ast-separate-container .ast-grid-3 > .site-
main > .ast-row:before,.ast-separate-container .ast-grid-3 > .site-main > .ast-row:after,.ast-
separate-container .ast-grid-4 > .site-main > .ast-row:before,.ast-separate-container .ast-grid-4
> .site-main > .ast-row:after{flex-basis:0;width:0;}.ast-separate-container .ast-grid-2 .ast-
article-post,.ast-separate-container .ast-grid-3 .ast-article-post,.ast-separate-container .ast-
grid-4 .ast-article-post{display:flex;padding:0;}.ast-plain-container .ast-grid-2 > .site-main >
.ast-row,.ast-plain-container .ast-grid-3 > .site-main > .ast-row,.ast-plain-container .ast-grid-
4 > .site-main > .ast-row,.ast-page-builder-template .ast-grid-2 > .site-main > .ast-row,.ast-
page-builder-template .ast-grid-3 > .site-main > .ast-row,.ast-page-builder-template .ast-grid-4
> .site-main > .ast-row{margin-left:-1em;margin-right:-1em;display:flex;flex-flow:row wrap;align-
items:stretch;}.ast-plain-container .ast-grid-2 > .site-main > .ast-row:before,.ast-plain-
container .ast-grid-2 > .site-main > .ast-row:after,.ast-plain-container .ast-grid-3 > .site-main
> .ast-row:before,.ast-plain-container .ast-grid-3 > .site-main > .ast-row:after,.ast-plain-
container .ast-grid-4 > .site-main > .ast-row:before,.ast-plain-container .ast-grid-4 > .site-
main > .ast-row:after,.ast-page-builder-template .ast-grid-2 > .site-main > .ast-row:before,.ast-
page-builder-template .ast-grid-2 > .site-main > .ast-row:after,.ast-page-builder-template .ast-
grid-3 > .site-main > .ast-row:before,.ast-page-builder-template .ast-grid-3 > .site-main > .ast-
row:after,.ast-page-builder-template .ast-grid-4 > .site-main > .ast-row:before,.ast-page-
builder-template .ast-grid-4 > .site-main > .ast-row:after{flex-basis:0;width:0;}.ast-plain-
container .ast-grid-2 .ast-article-post,.ast-plain-container .ast-grid-3 .ast-article-post,.ast-
plain-container .ast-grid-4 .ast-article-post,.ast-page-builder-template .ast-grid-2 .ast-
article-post,.ast-page-builder-template .ast-grid-3 .ast-article-post,.ast-page-builder-template
.ast-grid-4 .ast-article-post{display:flex;}.ast-plain-container .ast-grid-2 .ast-article-
post:last-child,.ast-plain-container .ast-grid-3 .ast-article-post:last-child,.ast-plain-
container .ast-grid-4 .ast-article-post:last-child,.ast-page-builder-template .ast-grid-2 .ast-
article-post:last-child,.ast-page-builder-template .ast-grid-3 .ast-article-post:last-child,.ast-
page-builder-template .ast-grid-4 .ast-article-post:last-child{margin-bottom:1.5em;}.ast-
separate-container .ast-grid-2 > .site-main > .ast-row,.ast-separate-container .ast-grid-3 >
.site-main > .ast-row,.ast-separate-container .ast-grid-4 > .site-main > .ast-row{margin-
left:-1em;margin-right:-1em;display:flex;flex-flow:row wrap;align-items:stretch;}.single .ast-
author-meta .ast-author-details{display:flex;align-items:center;}.post-author-bio .author-
title{margin-bottom:10px;}}@media (min-width:922px){.single .post-author-avatar,.single .post-
author-bio{float:left;clear:right;}.single .ast-author-meta .post-author-avatar{margin-
right:1.33333em;}.single .ast-author-meta .about-author-title-wrapper,.single .ast-author-meta
.post-author-bio{text-align:left;}.blog-layout-2 .post-content{padding-right:2em;}.blog-layout-
2.ast-no-date-box.ast-no-thumb .post-content{padding-right:0;}.blog-layout-3 .post-
content{padding-left:2em;}.blog-layout-3.ast-no-date-box.ast-no-thumb .post-content{padding-
left:0;}.ast-separate-container .ast-grid-2 .ast-article-post.ast-separate-posts:nth-
child(2n+0),.ast-separate-container .ast-grid-2 .ast-article-post.ast-separate-posts:nth-
child(2n+1),.ast-separate-container .ast-grid-3 .ast-article-post.ast-separate-posts:nth-
child(2n+0),.ast-separate-container .ast-grid-3 .ast-article-post.ast-separate-posts:nth-
child(2n+1),.ast-separate-container .ast-grid-4 .ast-article-post.ast-separate-posts:nth-
child(2n+0),.ast-separate-container .ast-grid-4 .ast-article-post.ast-separate-posts:nth-
```

App. 3691

```
child(2n+1){padding:0 1em 0;}}@media (max-width:544px){.ast-separate-container .ast-grid-sm-1
.ast-article-post{width:100%;}.ast-separate-container .ast-grid-sm-2 .ast-article-post.ast-
separate-posts,.ast-separate-container .ast-grid-sm-3 .ast-article-post.ast-separate-posts,.ast-
separate-container .ast-grid-sm-4 .ast-article-post.ast-separate-posts{padding:0 .5em 0;}.ast-
separate-container .ast-grid-sm-1 .ast-article-post.ast-separate-posts{padding:0;}.ast-separate-
container .ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-
content .ast-blog-featured-section:first-child .circle .posted-on{margin-top:0.5em;}.ast-
separate-container .ast-article-post.remove-featured-img-padding .blog-layout-1 .post-thumb-img-
content,.ast-separate-container .ast-article-single.remove-featured-img-padding .single-layout-1
.post-thumb-img-content,.ast-separate-container.ast-blog-grid-2 .ast-article-post.remove-
featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-featured-section
.square .posted-on,.ast-separate-container.ast-blog-grid-3 .ast-article-post.remove-featured-img-
padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-featured-section .square
.posted-on,.ast-separate-container.ast-blog-grid-4 .ast-article-post.remove-featured-img-
padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-featured-section .square
.posted-on{margin-left:-1em;margin-right:-1em;}.ast-separate-container.ast-blog-grid-2 .ast-
article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-
blog-featured-section .circle .posted-on,.ast-separate-container.ast-blog-grid-3 .ast-article-
post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-
featured-section .circle .posted-on,.ast-separate-container.ast-blog-grid-4 .ast-article-
post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-blog-
featured-section .circle .posted-on{margin-left:-0.5em;margin-right:-0.5em;}.ast-separate-
container.ast-blog-grid-2 .ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-
layout-1 .post-content .ast-blog-featured-section:first-child .circle .posted-on,.ast-separate-
container.ast-blog-grid-3 .ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-
layout-1 .post-content .ast-blog-featured-section:first-child .circle .posted-on,.ast-separate-
container.ast-blog-grid-4 .ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-
layout-1 .post-content .ast-blog-featured-section:first-child .circle .posted-on{margin-
top:0.5em;}.ast-separate-container.ast-blog-grid-2 .ast-article-post.remove-featured-img-padding
.blog-layout-1 .post-content .ast-blog-featured-section:first-child .post-thumb-img-content,.ast-
separate-container.ast-blog-grid-3 .ast-article-post.remove-featured-img-padding .blog-layout-1
.post-content .ast-blog-featured-section:first-child .post-thumb-img-content,.ast-separate-
container.ast-blog-grid-4 .ast-article-post.remove-featured-img-padding .blog-layout-1 .post-
content .ast-blog-featured-section:first-child .post-thumb-img-content{margin-
top:-1.33333em;}.ast-separate-container.ast-blog-grid-2 .ast-article-post.remove-featured-img-
padding .blog-layout-1 .post-thumb-img-content,.ast-separate-container.ast-blog-grid-3 .ast-
article-post.remove-featured-img-padding .blog-layout-1 .post-thumb-img-content,.ast-separate-
container.ast-blog-grid-4 .ast-article-post.remove-featured-img-padding .blog-layout-1 .post-
thumb-img-content{margin-left:-1em;margin-right:-1em;}.ast-separate-container .ast-grid-2 .ast-
article-post .blog-layout-1,.ast-separate-container .ast-grid-2 .ast-article-post .blog-layout-
2,.ast-separate-container .ast-grid-2 .ast-article-post .blog-layout-3{padding:1.33333em
1em;}.ast-separate-container .ast-grid-3 .ast-article-post .blog-layout-1,.ast-separate-container
.ast-grid-4 .ast-article-post .blog-layout-1{padding:1.33333em 1em;}.single.ast-separate-
container .ast-author-meta{padding:1.5em 1em;}}@media (max-width:544px){.ast-separate-container
.ast-article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content
.ast-blog-featured-section .square .posted-on{margin-left:-1em;}.ast-separate-container .ast-
article-post.remove-featured-img-padding.has-post-thumbnail .blog-layout-1 .post-content .ast-
blog-featured-section .circle .posted-on{margin-left:-0.5em;}}h1,h2,h3,h4,h5,h6{margin-
bottom:20px;}@media (min-width:922px){.ast-hide-display-device-desktop{display:none;}
[class^="astra-advanced-hook-"] .wp-block-query .wp-block-post-template .wp-block-
post{width:100%;}}@media (min-width:545px) and (max-width:921px){.ast-hide-display-device-
tablet{display:none;}}@media (max-width:544px){.ast-hide-display-device-
mobile{display:none;}}.ast-article-post .ast-date-meta .posted-on,.ast-article-post .ast-date-
meta .posted-on *{background:var(--ast-global-color-0);color:#ffffff;}.ast-article-post .ast-
date-meta .posted-on .date-month,.ast-article-post .ast-date-meta .posted-on .date-
year{color:#ffffff;}.ast-loader > div{background-color:var(--ast-global-color-0);}.blog-layout-4
.post-thumb-img-content{position:static;}.blog-layout-4 .ast-blog-single-element.ast-taxonomy-
container.cat-links{position:static;text-align:inherit;}.single .post-navigation a{padding:8px
14px;transition:all 0.2s;font-size:14px;color:var(--ast-global-color-3);border:1px solid var(--
ast-single-post-border,var(--ast-border-color));border-radius:4px;}.ast-separate-container.single
.post-navigation a{background-color:var(--ast-global-color-primary,--ast-global-color-5);}.single
.post-navigation a:hover{color:var(--ast-global-color-0);border-color:var(--ast-global-color-
0);}.ast-page-builder-template .ast-archive-description{margin-bottom:2em;}.ast-pagination .page-
numbers{color:var(--ast-global-color-3);border-color:var(--ast-global-color-0);}.ast-pagination
.page-numbers.current,.ast-pagination .page-numbers:focus,.ast-pagination .page-
```

App. 3692

numbers:hover{color:#ffffff;background-color:var(--ast-global-color-0);border-color:var(--ast-global-color-0);}.ast-load-more {cursor: pointer;display: none;border: 2px solid var(--ast-border-color);transition: all 0.2s linear;color: #000;}.ast-load-more.active {display: inline-block;padding: 0 1.5em;line-height: 3em;}.ast-load-more.no-more:hover {border-color: var(--ast-border-color);color: #000;}.ast-load-more.no-more:hover {background-color: inherit;}.ast-header-search .ast-search-menu-icon .search-field{border-radius:2px;}.ast-header-search .ast-search-menu-icon .search-submit{border-radius:2px;}.ast-header-search .ast-search-menu-icon .search-form{border-top-width:1px;border-bottom-width:1px;border-left-width:1px;border-right-width:1px;border-color:#ddd;border-radius:2px;}@media (min-width:922px){.ast-container{max-width:1240px;}}@media (min-width:993px){.ast-container{max-width:1240px;}}@media (min-width:1201px){.ast-container{max-width:1240px;}}@media (max-width:921px){.ast-separate-container .ast-article-post,.ast-separate-container .ast-article-single,.ast-separate-container .ast-comment-list li.depth-1,.ast-separate-container .comment-respond .ast-separate-container .ast-related-posts-wrap{padding-top:1.5em;padding-bottom:1.5em;}.ast-separate-container .ast-article-post,.ast-separate-container .ast-article-single,.ast-separate-container .comments-count-wrapper,.ast-separate-container .ast-comment-list li.depth-1,.ast-separate-container .comment-respond,.ast-separate-container .related-posts-title-wrapper,.ast-separate-container .related-posts-title-wrapper .single.ast-separate-container .about-author-title-wrapper,.ast-separate-container .ast-related-posts-wrap{padding-right:2.14em;padding-left:2.14em;}.ast-narrow-container .ast-article-post,.ast-narrow-container .ast-article-single,.ast-narrow-container .ast-comment-list li.depth-1,.ast-narrow-container .comment-respond,.ast-narrow-container .ast-related-posts-wrap,.ast-narrow-container .ast-single-related-posts-container{padding-top:1.5em;padding-bottom:1.5em;}.ast-narrow-container .ast-article-post,.ast-narrow-container .ast-article-single,.ast-narrow-container .comments-count-wrapper,.ast-narrow-container .ast-comment-list li.depth-1,.ast-narrow-container .comment-respond,.ast-narrow-container .related-posts-title-wrapper,.ast-narrow-container .related-posts-title-wrapper,.single.ast-narrow-container .about-author-title-wrapper,.ast-narrow-container .ast-related-posts-wrap,.ast-narrow-container .ast-single-related-posts-container{padding-right:2.14em;padding-left:2.14em;}.ast-separate-container.ast-right-sidebar #primary,.ast-separate-container.ast-left-sidebar #primary,.ast-separate-container #primary,.ast-plain-container #primary,.ast-narrow-container #primary{margin-top:1.5em;margin-bottom:1.5em;}.ast-left-sidebar #primary,.ast-right-sidebar #primary,.ast-separate-container.ast-right-sidebar #primary,.ast-separate-container.ast-left-sidebar #primary,.ast-separate-container #primary,.ast-narrow-container #primary{padding-left:0em;padding-right:0em;}.ast-no-sidebar.ast-separate-container .entry-content .alignfull,.ast-no-sidebar.ast-narrow-container .entry-content .alignfull{margin-right:-2.14em;margin-left:-2.14em;}}@media (max-width:544px){.ast-separate-container .ast-article-post,.ast-separate-container .ast-article-single,.ast-separate-container .ast-comment-list li.depth-1,.ast-separate-container .comment-respond,.ast-separate-container .ast-related-posts-wrap{padding-top:1.5em;padding-bottom:1.5em;}.ast-narrow-container .ast-article-post,.ast-narrow-container .ast-article-single,.ast-narrow-container .ast-comment-list li.depth-1,.ast-narrow-container .comment-respond,.ast-narrow-container .ast-related-posts-wrap,.ast-narrow-container .ast-single-related-posts-container{padding-top:1.5em;padding-bottom:1.5em;}.ast-separate-container .ast-article-post,.ast-separate-container .ast-article-single,.ast-separate-container .comments-count-wrapper,.ast-separate-container .ast-comment-list li.depth-1,.ast-separate-container .comment-respond,.ast-separate-container .related-posts-title-wrapper,.ast-separate-container .related-posts-title-wrapper,.single.ast-separate-container .about-author-title-wrapper,.ast-separate-container .ast-related-posts-wrap{padding-right:1em;padding-left:1em;}.ast-narrow-container .ast-article-post,.ast-narrow-container .ast-article-single,.ast-narrow-container .comments-count-wrapper,.ast-narrow-container .ast-comment-list li.depth-1,.ast-narrow-container .comment-respond,.ast-narrow-container .related-posts-title-wrapper,.ast-narrow-container .related-posts-title-wrapper,.single.ast-narrow-container .about-author-title-wrapper,.ast-narrow-container .ast-related-posts-wrap,.ast-narrow-container .ast-single-related-posts-container{padding-right:1em;padding-left:1em;}.ast-no-sidebar.ast-separate-container .entry-content .alignfull,.ast-no-sidebar.ast-narrow-container .entry-content .alignfull{margin-right:-1em;margin-left:-1em;}}@media (max-width:544px){.ast-header-break-point .header-main-layout-2 .site-branding,.ast-header-break-point .ast-mobile-header-stack .ast-mobile-menu-buttons{padding-bottom:0px;}}@media (max-width:921px){.ast-separate-container.ast-two-container #secondary .widget,.ast-separate-container #secondary .widget{margin-bottom:1.5em;}}@media (max-width:921px){.ast-separate-container #primary,.ast-narrow-container #primary{padding-top:0px;}}@media (max-width:921px){.ast-separate-container #primary,.ast-narrow-container #primary{padding-bottom:0px;}}.ast-builder-menu-1 .main-header-menu.submenu-with-border .astra-megamenu,.ast-builder-menu-1 .main-header-menu.submenu-with-border .astra-full-megamenu-wrapper{border-top-width:2px;border-bottom-width:0px;border-right-width:0px;border-left-width:0px;border-style:solid;}@media (max-width:921px){.ast-header-break-point .ast-builder-menu-1 .main-header-menu .sub-menu > .menu-item > .menu-link{padding-top:0px;padding-

App. 3693

```
bottom:0px;padding-left:30px;padding-right:20px;}.ast-header-break-point .ast-builder-menu-1
.sub-menu .menu-item.menu-item-has-children > .ast-menu-toggle{top:0px;right:calc( 20px - 0.907em
);}}@media (max-width:544px){.ast-header-break-point .ast-builder-menu-1 .sub-menu .menu-
item.menu-item-has-children > .ast-menu-toggle{top:0px;}}.ast-above-header,.main-header-bar,.ast-
below-header {-webkit-transition: all 0.2s linear;transition: all 0.2s linear;}.ast-above-
header,.main-header-bar,.ast-below-header {max-width:100%;}[CLASS*="-sticky-header-active"] .ast-
header-sticked [data-section="section-header-mobile-trigger"] .ast-button-wrap .mobile-menu-
toggle-icon .ast-mobile-svg{fill:var(--ast-global-color-0);}[CLASS*="-sticky-header-active"]
.ast-header-sticked [data-section="section-header-mobile-trigger"] .ast-button-wrap .mobile-menu-
wrap .mobile-menu{color:var(--ast-global-color-0);}[CLASS*="-sticky-header-active"] .ast-header-
sticked [data-section="section-header-mobile-trigger"] .ast-button-wrap .ast-mobile-menu-trigger-
outline{background:transparent;color:var(--ast-global-color-0);border-color:var(--ast-global-
color-0);}.site-title,.site-title a{font-weight:500;font-family:'DM Serif Display',serif;line-
height:1.23em;}.ast-blog-meta-container{font-weight:600;}.ast-read-more-container a{font-
size:16px;font-size:1rem;}.ast-excerpt-container{font-size:16px;font-size:1rem;}.ast-pagination
.page-numbers,.ast-pagination .page-navigation{font-size:16px;font-size:1rem;}.widget-
area.secondary .sidebar-main .wp-block-heading,#secondary .widget-title{font-size:26px;font-
size:1.625rem;font-weight:500;font-family:'DM Serif Display',serif;line-height:1.23em;}.secondary
.widget > *:not(.widget-title){font-size:16px;font-size:1rem;}.blog .entry-title,.blog .entry-
title a,.archive .entry-title,.archive .entry-title a,.search .entry-title,.search .entry-title
a{font-family:'DM Serif Display',serif;font-weight:500;line-height:1.23em;}button,.ast-
button,input#submit,input[type="button"],input[type="submit"],input[type="reset"]{font-
size:14px;font-size:0.875rem;font-weight:500;font-family:'Roboto Slab',serif;text-
transform:uppercase;}h4.widget-title{font-weight:500;}h5.widget-title{font-weight:500;}h6.widget-
title{font-weight:500;}@media (max-width:921px){button,.ast-
button,input#submit,input[type="button"],input[type="submit"],input[type="reset"]{font-
size:14px;font-size:0.875rem;}}@media (max-width:544px){button,.ast-
button,input#submit,input[type="button"],input[type="submit"],input[type="reset"]{font-
size:14px;font-size:0.875rem;}}.ast-hfb-header.ast-desktop .ast-builder-menu-1 .main-header-menu
.menu-item.menu-item-heading > .menu-link{font-weight:700;}.ast-desktop .ast-mm-widget-content
.ast-mm-widget-item{padding:0;}.ast-header-break-point .menu-text + .icon-arrow,.ast-desktop
.menu-link > .icon-arrow:first-child,.ast-header-break-point .main-header-menu > .menu-item >
.menu-link .icon-arrow,.ast-header-break-point .astra-mm-highlight-label + .icon-
arrow{display:none;}.ast-advanced-headers-layout.ast-advanced-headers-layout-2 .ast-
container{flex-direction:column;}.ast-advanced-headers-different-logo .advanced-header-logo,.ast-
header-break-point .ast-has-mobile-header-logo .advanced-header-logo{display:inline-block;}.ast-
header-break-point.ast-advanced-headers-different-logo .ast-has-mobile-header-logo .ast-mobile-
header-logo{display:none;}.ast-advanced-headers-layout{width:100%;}.ast-header-break-point .ast-
advanced-headers-parallax{background-attachment:fixed;}.ast-primary-sticky-header-active.ast-
main-header-nav-open #masthead > #ast-desktop-header ul#ast-desktop-toggle-
menu{display:none;}#masthead .site-logo-img .astra-logo-svg,.ast-header-break-point #ast-fixed-
header .site-logo-img .custom-logo-link img {max-width:148px;}[CLASS*="-sticky-header-active"]
#ast-fixed-header.ast-header-sticked .site-title a,[CLASS*="-sticky-header-active"] .ast-header-
sticked .site-title a:focus,[CLASS*="-sticky-header-active"] .ast-header-sticked .site-title
a:visited ,[CLASS*="-sticky-header-active"] .ast-header-sticked .site-title a{color:var(--ast-
global-color-2);}[CLASS*="-sticky-header-active"].ast-desktop .ast-builder-menu-1 .main-header-
menu.ast-mega-menu-enabled .sub-menu .menu-item.menu-item-heading > .menu-
link{background:transparent;}[CLASS*="-sticky-header-active"].ast-desktop .ast-builder-menu-1
.main-header-menu.ast-mega-menu-enabled .sub-menu .menu-item.menu-item-heading:hover > .menu-
link,[CLASS*="-sticky-header-active"].ast-desktop .ast-builder-menu-1 .main-header-menu.ast-mega-
menu-enabled .sub-menu .menu-item.menu-item-heading > .menu-
link:hover{background:transparent;}@media (max-width:921px){.ast-primary-sticky-header-
active.ast-main-header-nav-open nav{overflow-y:auto;max-height:calc(100vh - 100px);}}[CLASS*="-
sticky-header-active"].ast-desktop .ast-builder-menu-2 .main-header-menu.ast-mega-menu-enabled
.sub-menu .menu-item.menu-item-heading > .menu-link{background:transparent;}[CLASS*="-sticky-
header-active"].ast-desktop .ast-builder-menu-2 .main-header-menu.ast-mega-menu-enabled .sub-menu
.menu-item.menu-item-heading:hover > .menu-link,[CLASS*="-sticky-header-active"].ast-desktop
.ast-builder-menu-2 .main-header-menu.ast-mega-menu-enabled .sub-menu .menu-item.menu-item-
heading > .menu-link:hover{background:transparent;}@media (max-width:921px){.ast-primary-sticky-
header-active.ast-main-header-nav-open nav{overflow-y:auto;max-height:calc(100vh - 100px);}}#ast-
fixed-header .site-title a,#ast-fixed-header .site-title a:focus,#ast-fixed-header .site-title
a:hover,#ast-fixed-header .site-title a:visited{color:#222;}#ast-fixed-header .site-header .site-
description{color:var(--ast-global-color-3);}.ast-transparent-header #ast-fixed-header .main-
header-bar,.ast-transparent-header.ast-primary-sticky-enabled .ast-main-header-wrap .main-header-
bar.ast-header-sticked,.ast-primary-sticky-enabled .ast-main-header-wrap .main-header-bar.ast-
```

App. 3694

```
header-sticked,.ast-primary-sticky-header-ast-primary-sticky-enabled .ast-main-header-wrap .main-header-bar.ast-header-sticked,#ast-fixed-header .main-header-bar,#ast-fixed-header .ast-masthead-custom-menu-items .ast-inline-search .search-field,#ast-fixed-header .ast-masthead-custom-menu-items .ast-inline-search .search-field:focus{backdrop-filter:unset;-webkit-backdrop-filter:unset;}#ast-fixed-header .ast-above-header{backdrop-filter:unset;-webkit-backdrop-filter:unset;}#ast-fixed-header .ast-below-header{background:#414042;backdrop-filter:unset;-webkit-backdrop-filter:unset;}
/*# sourceURL=astra-addon-css-inline-css */
</style>
<link rel='stylesheet' id='newsletter-css' href='https://somm.us/wp-content/plugins/newsletter/style.css?ver=9.1.7' media='all' />
<link rel='stylesheet' id='somm-son-of-astra-theme-css-css' href='https://somm.us/wp-content/themes/son%20of%20astra/style.css?ver=1.0.0' media='all' />
<link rel='stylesheet' id='wp-block-paragraph-css' href='https://somm.us/wp-includes/blocks/paragraph/style.min.css?ver=6.9.4' media='all' />
<link rel='stylesheet' id='wp-block-heading-css' href='https://somm.us/wp-includes/blocks/heading/style.min.css?ver=6.9.4' media='all' />
<link rel='stylesheet' id='wp-block-quote-css' href='https://somm.us/wp-includes/blocks/quote/style.min.css?ver=6.9.4' media='all' />
<script src="https://somm.us/wp-includes/js/jquery/jquery.min.js?ver=3.7.1" id="jquery-core-js"></script>
<script src="https://somm.us/wp-includes/js/jquery/jquery-migrate.min.js?ver=3.4.1" id="jquery-migrate-js"></script>
<script id="zxcvbn-async-js-extra">
var _zxcvbnSettings = {"src":"https://somm.us/wp-includes/js/zxcvbn.min.js"};
//# sourceURL=zxcvbn-async-js-extra
</script>
<script src="https://somm.us/wp-includes/js/zxcvbn-async.min.js?ver=1.0" id="zxcvbn-async-js"></script>
<link rel="https://api.w.org/" href="https://somm.us/wp-json/" /><link rel="alternate" title="JSON" type="application/json" href="https://somm.us/wp-json/wp/v2/posts/114033" /><link rel="EditURI" type="application/rsd+xml" title="RSD" href="https://somm.us/xmlrpc.php?rsd" />
<style id="uagb-style-conditional-extension">@media (min-width: 1025px){body .uag-hide-desktop.uagb-google-map__wrap,body .uag-hide-desktop{display:none !important}}@media (min-width: 768px) and (max-width: 1024px){body .uag-hide-tab.uagb-google-map__wrap,body .uag-hide-tab{display:none !important}}@media (max-width: 767px){body .uag-hide-mob.uagb-google-map__wrap,body .uag-hide-mob{display:none !important}}</style><style id="uagb-style-frontend-114033">.uag-blocks-common-selector{z-index:var(--z-index-desktop) !important}@media (max-width: 976px){.uag-blocks-common-selector{z-index:var(--z-index-tablet) !important}}@media (max-width: 767px){.uag-blocks-common-selector{z-index:var(--z-index-mobile) !important}}
</style><link rel="icon" href="https://somm.us/wp-content/uploads/2017/09/cropped-favicon-32x32.png" sizes="32x32" />
<link rel="icon" href="https://somm.us/wp-content/uploads/2017/09/cropped-favicon-192x192.png" sizes="192x192" />
<link rel="apple-touch-icon" href="https://somm.us/wp-content/uploads/2017/09/cropped-favicon-180x180.png" />
<meta name="msapplication-TileImage" content="https://somm.us/wp-content/uploads/2017/09/cropped-favicon-270x270.png" />
        <style id="wp-custom-css">
            .hp-listing--view-block .hp-listing__created-date,
.hp-listing--view-page .hp-listing__created-date {
  display: none;
}
.hp-review__created-date  {
  display: none;
}
@media only screen and (max-width: 48em) {
    .home .hp-listings .hp-grid__item { max-width:75%}
}        </style>

<script async src='https://www.googletagmanager.com/gtag/js?id=G-ZQQPKCQ6SM'></script><script>
window.dataLayer = window.dataLayer || [];
function gtag(){dataLayer.push(arguments);}gtag('js', new Date());
gtag('set', 'cookie_domain', 'auto');
gtag('set', 'cookie_flags', 'SameSite=None;Secure');
```

App. 3695

```
window.addEventListener('load', function () {
    var links = document.querySelectorAll('a');
    for (let i = 0; i < links.length; i++) {
        links[i].addEventListener('click', function(e) {
            var n = this.href.includes('somm.us');
            if (n == false) {
                gtag('event', 'click', {'event_category': 'external links','event_label' :
this.href});
            }
        });
        }
    });

 gtag('config', 'G-ZQQPKCQ6SM' , {});

</script>
<link rel='stylesheet' id='astra-addon-megamenu-dynamic-css' href='https://somm.us/wp-
content/plugins/astra-addon/addons/nav-menu/assets/css/minified/magamenu-frontend.min.css?
ver=4.12.4' media='all' />
<style id='astra-addon-megamenu-dynamic-inline-css'>
.ast-desktop .menu-item-119669 .astra-mm-icon-label.icon-item-119669,  .ast-header-break-point
.menu-item-119669 .astra-mm-icon-label.icon-item-119669{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119669 .astra-mm-icon-label.icon-
item-119669 svg,  .ast-header-break-point .menu-item-119669 .astra-mm-icon-label.icon-item-119669
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119670 .astra-mm-icon-label.icon-item-119670,  .ast-header-break-point .menu-
item-119670 .astra-mm-icon-label.icon-item-119670{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119670 .astra-mm-icon-label.icon-
item-119670 svg,  .ast-header-break-point .menu-item-119670 .astra-mm-icon-label.icon-item-119670
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119671 .astra-mm-icon-label.icon-item-119671,  .ast-header-break-point .menu-
item-119671 .astra-mm-icon-label.icon-item-119671{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119671 .astra-mm-icon-label.icon-
item-119671 svg,  .ast-header-break-point .menu-item-119671 .astra-mm-icon-label.icon-item-119671
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119672 .astra-mm-icon-label.icon-item-119672,  .ast-header-break-point .menu-
item-119672 .astra-mm-icon-label.icon-item-119672{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119672 .astra-mm-icon-label.icon-
item-119672 svg,  .ast-header-break-point .menu-item-119672 .astra-mm-icon-label.icon-item-119672
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119669 .astra-mm-icon-label.icon-item-119669,  .ast-header-break-point .menu-
item-119669 .astra-mm-icon-label.icon-item-119669{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119669 .astra-mm-icon-label.icon-
item-119669 svg,  .ast-header-break-point .menu-item-119669 .astra-mm-icon-label.icon-item-119669
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119670 .astra-mm-icon-label.icon-item-119670,  .ast-header-break-point .menu-
item-119670 .astra-mm-icon-label.icon-item-119670{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119670 .astra-mm-icon-label.icon-
item-119670 svg,  .ast-header-break-point .menu-item-119670 .astra-mm-icon-label.icon-item-119670
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119671 .astra-mm-icon-label.icon-item-119671,  .ast-header-break-point .menu-
item-119671 .astra-mm-icon-label.icon-item-119671{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119671 .astra-mm-icon-label.icon-
item-119671 svg,  .ast-header-break-point .menu-item-119671 .astra-mm-icon-label.icon-item-119671
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119672 .astra-mm-icon-label.icon-item-119672,  .ast-header-break-point .menu-
item-119672 .astra-mm-icon-label.icon-item-119672{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119672 .astra-mm-icon-label.icon-
item-119672 svg,  .ast-header-break-point .menu-item-119672 .astra-mm-icon-label.icon-item-119672
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119669 .astra-mm-icon-label.icon-item-119669,  .ast-header-break-point .menu-
item-119669 .astra-mm-icon-label.icon-item-119669{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119669 .astra-mm-icon-label.icon-
item-119669 svg,  .ast-header-break-point .menu-item-119669 .astra-mm-icon-label.icon-item-119669
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
```

App. 3696

```
desktop .menu-item-119670 .astra-mm-icon-label.icon-item-119670,  .ast-header-break-point .menu-
item-119670 .astra-mm-icon-label.icon-item-119670{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119670 .astra-mm-icon-label.icon-
item-119670 svg,  .ast-header-break-point .menu-item-119670 .astra-mm-icon-label.icon-item-119670
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119671 .astra-mm-icon-label.icon-item-119671,  .ast-header-break-point .menu-
item-119671 .astra-mm-icon-label.icon-item-119671{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119671 .astra-mm-icon-label.icon-
item-119671 svg,  .ast-header-break-point .menu-item-119671 .astra-mm-icon-label.icon-item-119671
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119672 .astra-mm-icon-label.icon-item-119672,  .ast-header-break-point .menu-
item-119672 .astra-mm-icon-label.icon-item-119672{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119672 .astra-mm-icon-label.icon-
item-119672 svg,  .ast-header-break-point .menu-item-119672 .astra-mm-icon-label.icon-item-119672
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119669 .astra-mm-icon-label.icon-item-119669,  .ast-header-break-point .menu-
item-119669 .astra-mm-icon-label.icon-item-119669{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119669 .astra-mm-icon-label.icon-
item-119669 svg,  .ast-header-break-point .menu-item-119669 .astra-mm-icon-label.icon-item-119669
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119670 .astra-mm-icon-label.icon-item-119670,  .ast-header-break-point .menu-
item-119670 .astra-mm-icon-label.icon-item-119670{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119670 .astra-mm-icon-label.icon-
item-119670 svg,  .ast-header-break-point .menu-item-119670 .astra-mm-icon-label.icon-item-119670
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119671 .astra-mm-icon-label.icon-item-119671,  .ast-header-break-point .menu-
item-119671 .astra-mm-icon-label.icon-item-119671{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119671 .astra-mm-icon-label.icon-
item-119671 svg,  .ast-header-break-point .menu-item-119671 .astra-mm-icon-label.icon-item-119671
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}.ast-
desktop .menu-item-119672 .astra-mm-icon-label.icon-item-119672,  .ast-header-break-point .menu-
item-119672 .astra-mm-icon-label.icon-item-119672{display:inline-block;vertical-
align:middle;line-height:0;margin:5px;}.ast-desktop .menu-item-119672 .astra-mm-icon-label.icon-
item-119672 svg,  .ast-header-break-point .menu-item-119672 .astra-mm-icon-label.icon-item-119672
svg{color:var(--ast-global-color-0);fill:var(--ast-global-color-0);width:20px;height:20px;}
/*# sourceURL=astra-addon-megamenu-dynamic-inline-css */
</style>

</head>

<body itemtype='https://schema.org/Blog' itemscope='itemscope' class="wp-singular post-template-
default single single-post postid-114033 single-format-standard wp-custom-logo wp-embed-
responsive wp-theme-astra wp-child-theme-sonofastra hp-theme--astra ast-desktop ast-narrow-
container ast-no-sidebar astra-4.12.6 ast-blog-single-style-1 ast-single-post ast-inherit-site-
logo-transparent ast-hfb-header ast-full-width-layout ast-inherit-site-logo-sticky ast-primary-
sticky-enabled ast-normal-title-enabled astra-addon-4.12.4">

<a
    class="skip-link screen-reader-text"
    href="#content">
        Skip to content</a>

<div
class="hfeed site" id="page">
            <header
        class="site-header header-main-layout-1 ast-primary-menu-enabled ast-logo-title-inline
ast-hide-custom-menu-mobile ast-builder-menu-toggle-icon ast-mobile-header-inline" id="masthead"
itemtype="https://schema.org/WPHeader" itemscope="itemscope" itemid="#masthead"     >
            <div id="ast-desktop-header" data-toggle-type="dropdown">
        <div class="ast-above-header-wrap  ">
        <div class="ast-above-header-bar ast-above-header  site-header-focus-item" data-
section="section-above-header-builder">
                        <div class="site-above-header-wrap ast-builder-grid-row-container site-
header-focus-item ast-container" data-section="section-above-header-builder">
```

App. 3697

```
                <div class="ast-builder-grid-row ast-grid-center-col-layout-only ast-flex ast-grid-center-col-layout">
                                                                                    <div class="site-header-above-section-center site-header-section ast-flex ast-grid-section-center">
                                        <div class="ast-builder-layout-element ast-flex site-header-focus-item" data-section="title_tagline">
                            <div
                class="site-branding ast-site-identity" itemtype="https://schema.org/Organization" itemscope="itemscope"                >
                    <span class="site-logo-img"><a href="https://somm.us/" class="custom-logo-link" rel="home"><picture><source srcset="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.webp 148w,https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1.webp 150w" sizes="(max-width: 148px) 100vw, 148px" type="image/webp"><img src="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.jpg" height="148" width="148" srcset="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.jpg 148w, https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1.jpg 150w" sizes="(max-width: 148px) 100vw, 148px" class="custom-logo sp-no-webp" alt="somm logo" decoding="async"  > </picture></a></span><div class="ast-site-title-wrap">
                        <span class="site-title" itemprop="name">
                <a href="https://somm.us/" rel="home" itemprop="url" >
                    SOMM
                </a>
            </span>
                        <p class="site-description" itemprop="description">
                Sommelier Education and America&#039;s Wine Schools
            </p>
                </div>            </div>
            <!-- .site-branding -->
                    </div>
                                </div>
                                                                                    </div>
                    </div>
                                </div>
            </div>
        <div class="ast-main-header-wrap main-header-bar-wrap ">
        <div class="ast-primary-header-bar ast-primary-header main-header-bar site-header-focus-item" data-section="section-primary-header-builder">
                        <div class="site-primary-header-wrap ast-builder-grid-row-container site-header-focus-item ast-container" data-section="section-primary-header-builder">
                <div class="ast-builder-grid-row ast-grid-center-col-layout-only ast-flex ast-grid-center-col-layout">
                                                                                    <div class="site-header-primary-section-center site-header-section ast-flex ast-grid-section-center">
                                        <div class="ast-builder-menu-1 ast-builder-menu ast-flex ast-builder-menu-1-focus-item ast-builder-layout-element site-header-focus-item" data-section="section-hb-menu-1">
            <div class="ast-main-header-bar-alignment"><div class="main-header-bar-navigation"><nav class="site-navigation ast-flex-grow-1 navigation-accessibility site-header-focus-item" id="primary-site-navigation-desktop" aria-label="Primary Site Navigation" itemtype="https://schema.org/SiteNavigationElement" itemscope="itemscope"><div class="main-navigation ast-inline-flex"><ul id="ast-hf-menu-1" class="main-header-menu ast-menu-shadow ast-nav-menu ast-flex  submenu-with-border stack-on-mobile ast-mega-menu-enabled"><li class="menu-item menu-item--first menu-item--user-login">   <a href="#user_login_modal" class="hp-menu__item hp-menu__item--user-login hp-link">
        <i class="hp-icon fas fa-sign-in-alt"></i>
        <span>Sign In</span>
    </a>
    </li><li id="menu-item-119669" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119669"><a href="/become-a-sommelier/" class="menu-link"><span class="ast-icon icon-arrow"><svg class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
```

App. 3698

```
                </svg></span><span class="menu-text">Become a Sommelier</span></a></li><li
id="menu-item-119670" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-
119670"><a href="/sommelier-certification-101/" class="menu-link"><span class="ast-icon icon-
arrow"><svg class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px"
height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043"
xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Certifications</span></a></li><li id="menu-
item-119671" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119671"><a
href="https://somm.us/wine-classes/" class="menu-link"><span class="ast-icon icon-arrow"><svg
class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px"
height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043"
xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Classes</span></a></li><li id="menu-item-
119672" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119672"><a
href="https://somm.us/top-ranked-wine-schools-in-america/" class="menu-link"><span class="ast-
icon icon-arrow"><svg class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px"
height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043"
xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Wine Schools</span></a></li><li class="menu-
item menu-item--last menu-item--user-login">    <a href="#user_login_modal" class="hp-menu__item
hp-menu__item--user-login hp-link">
        <i class="hp-icon fas fa-sign-in-alt"></i>
        <span>Sign In</span>
    </a>
    </li></ul></div></nav></div></div>      </div>
                                    </div>
                                                                            </div>
                    </div>
                                </div>
            </div>
    </div> <!-- Main Header Bar Wrap -->
<div id="ast-mobile-header" class="ast-mobile-header-wrap " data-type="dropdown">
        <div class="ast-main-header-wrap main-header-bar-wrap" >
        <div class="ast-primary-header-bar ast-primary-header main-header-bar site-primary-
header-wrap site-header-focus-item ast-builder-grid-row-layout-default ast-builder-grid-row-
tablet-layout-default ast-builder-grid-row-mobile-layout-default" data-section="section-primary-
header-builder">
                                    <div class="ast-builder-grid-row ast-builder-grid-row-has-
sides ast-builder-grid-row-no-center">
                                                    <div class="site-header-primary-section-left
site-header-section ast-flex site-header-section-left">
                                        <div class="ast-builder-layout-element ast-flex site-
header-focus-item" data-section="title_tagline">
                            <div
                class="site-branding ast-site-identity"
itemtype="https://schema.org/Organization" itemscope="itemscope"             >
                    <span class="site-logo-img"><a href="https://somm.us/" class="custom-logo-
link" rel="home"><picture><source srcset="https://somm.us/wp-content/uploads/2025/06/cropped-
somm-logo-1-148x148.webp 148w,https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1.webp 
150w" sizes="(max-width: 148px) 100vw, 148px" type="image/webp"><img src="https://somm.us/wp-
content/uploads/2025/06/cropped-somm-logo-1-148x148.jpg" height="148" width="148"
srcset="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.jpg 148w, 
https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1.jpg 150w" sizes="(max-width:
148px) 100vw, 148px" class="custom-logo sp-no-webp" alt="somm logo" decoding="async"  >
</picture></a></span><div class="ast-site-title-wrap">
                        <span class="site-title" itemprop="name">
                <a href="https://somm.us/" rel="home" itemprop="url" >
                    SOMM
                </a>
```

App. 3699

```
            </span>
                        <p class="site-description" itemprop="description">
                Sommelier Education and America&#039;s Wine Schools
            </p>
                </div>              </div>
            <!-- .site-branding -->
                    </div>
                                </div>

<div class="site-header-primary-section-right site-header-section ast-flex ast-grid-right-
section">
                                        <div class="ast-builder-layout-element ast-flex site-
header-focus-item" data-section="section-header-mobile-trigger">
                        <div class="ast-button-wrap">
                <button
                    type="button"
                    class="menu-toggle main-header-menu-toggle ast-mobile-menu-trigger-outline"
                    aria-expanded="false"
                    aria-label="Main menu toggle"
                                                        >
                    <span class="mobile-menu-toggle-icon">
                        <span aria-hidden="true" class="ahfb-svg-iconset ast-inline-flex svg-
baseline"><svg class='ast-mobile-svg ast-menu-svg' fill='currentColor' version='1.1'
xmlns='http://www.w3.org/2000/svg' width='24' height='24' viewBox='0 0 24 24'><path d='M3
13h18c0.552 0 1-0.448 1-1s-0.448-1-1-1h-18c-0.552 0-1 0.448-1 1s0.448 1 1 1zM3 7h18c0.552 0 1-
0.448 1-1s-0.448-1-1-1h-18c-0.552 0-1 0.448-1 1s0.448 1 1 1zM3 19h18c0.552 0 1-0.448 1-1s-0.448-
1-1-1h-18c-0.552 0-1 0.448-1 1s0.448 1 1 1z'></path></svg></span><span aria-hidden="true"
class="ahfb-svg-iconset ast-inline-flex svg-baseline"><svg class='ast-mobile-svg ast-close-svg'
fill='currentColor' version='1.1' xmlns='http://www.w3.org/2000/svg' width='24' height='24'
viewBox='0 0 24 24'><path d='M5.293 6.707l5.293 5.293-5.293 5.293c-0.391 0.391-0.391 1.024 0
1.414s1.024 0.391 1.414 0l5.293-5.293 5.293 5.293c0.391 0.391 1.024 0.391 1.414 0s0.391-1.024 0-
1.414l-5.293-5.293 5.293-5.293c0.391-0.391 0.391-1.024 0-1.414s-1.024-0.391-1.414 0l-5.293 5.293-
5.293-5.293c-0.391-0.391-1.024-0.391-1.414 0s-0.391 1.024 0 1.414z'></path></svg></span>
</span>
                                    </button>
            </div>
                    </div>
                                    </div>
                                            </div>
                        </div>
    </div>
                <div class="ast-mobile-header-content content-align-flex-start ">
                        <div class="ast-builder-menu-mobile ast-builder-menu ast-builder-menu-
mobile-focus-item ast-builder-layout-element site-header-focus-item" data-section="section-
header-mobile-menu">
            <div class="ast-main-header-bar-alignment"><div class="main-header-bar-navigation">
<nav class="site-navigation ast-flex-grow-1 navigation-accessibility site-header-focus-item"
id="ast-mobile-site-navigation" aria-label="Site Navigation: Homepage Menu"
itemtype="https://schema.org/SiteNavigationElement" itemscope="itemscope"><div class="main-
navigation"><ul id="ast-hf-mobile-menu" class="main-header-menu ast-nav-menu ast-flex  submenu-
with-border astra-menu-animation-fade  stack-on-mobile ast-mega-menu-enabled"><li class="menu-
item menu-item-type-custom menu-item-object-custom menu-item-119669"><a href="/become-a-
sommelier/" class="menu-link"><span class="ast-icon icon-arrow"><svg class="ast-arrow-svg"
xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1"
x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-
background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Become a Sommelier</span></a></li><li
class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119670"><a
href="/sommelier-certification-101/" class="menu-link"><span class="ast-icon icon-arrow"><svg
class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px"
height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043"
xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
```

App. 3700

```
                </svg></span><span class="menu-text">Certifications</span></a></li><li class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119671"><a href="https://somm.us/wine-classes/" class="menu-link"><span class="ast-icon icon-arrow"><svg class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Classes</span></a></li><li class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119672"><a href="https://somm.us/top-ranked-wine-schools-in-america/" class="menu-link"><span class="ast-icon icon-arrow"><svg class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Wine Schools</span></a></li></ul></div></nav></div></div>      </div>
                    </div>
            </div>
                <header id="ast-fixed-header" class="site-header header-main-layout-1 ast-primary-menu-enabled ast-logo-title-inline ast-hide-custom-menu-mobile ast-builder-menu-toggle-icon ast-mobile-header-inline" style="visibility: hidden;" data-type="fixed-header">



                    <div id="ast-desktop-header" data-toggle-type="dropdown">
        <div class="ast-above-header-wrap  ">
        <div class="ast-above-header-bar ast-above-header  site-header-focus-item" data-section="section-above-header-builder">
                        <div class="site-above-header-wrap ast-builder-grid-row-container site-header-focus-item ast-container" data-section="section-above-header-builder">
                <div class="ast-builder-grid-row ast-grid-center-col-layout-only ast-flex ast-grid-center-col-layout">
                                                                        <div class="site-header-above-section-center site-header-section ast-flex ast-grid-section-center">
                                        <div class="ast-builder-layout-element ast-flex site-header-focus-item" data-section="title_tagline">
                            <div
                class="site-branding ast-site-identity"
itemtype="https://schema.org/Organization" itemscope="itemscope"             >
                    <span class="site-logo-img"><a href="https://somm.us/" class="custom-logo-link" rel="home"><picture><source srcset="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.webp 148w,https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1.webp 150w" sizes="(max-width: 148px) 100vw, 148px" type="image/webp"><img src="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.jpg" height="148" width="148" srcset="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.jpg 148w, https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1.jpg 150w" sizes="(max-width: 148px) 100vw, 148px" class="custom-logo sp-no-webp" alt="somm logo" decoding="async"  > </picture></a></span><div class="ast-site-title-wrap">
                        <span class="site-title" itemprop="name">
                <a href="https://somm.us/" rel="home" itemprop="url" >
                    SOMM
                </a>
            </span>
                        <p class="site-description" itemprop="description">
                Sommelier Education and America&#039;s Wine Schools
            </p>
                </div>            </div>
            <!-- .site-branding -->
                    </div>
                                </div>
                                                                                                    </div>
                    </div>
                            </div>
```

App. 3701

```
            </div>
        <div class="ast-main-header-wrap main-header-bar-wrap ">
        <div class="ast-primary-header-bar ast-primary-header main-header-bar site-header-focus-item" data-section="section-primary-header-builder">
                        <div class="site-primary-header-wrap ast-builder-grid-row-container site-header-focus-item ast-container" data-section="section-primary-header-builder">
                <div class="ast-builder-grid-row ast-grid-center-col-layout-only ast-flex ast-grid-center-col-layout">
                                                                        <div class="site-header-primary-section-center site-header-section ast-flex ast-grid-section-center">
                                                <div class="ast-builder-menu-1 ast-builder-menu ast-flex ast-builder-menu-1-focus-item ast-builder-layout-element site-header-focus-item" data-section="section-hb-menu-1">
            <div class="ast-main-header-bar-alignment"><div class="main-header-bar-navigation"><nav class="site-navigation ast-flex-grow-1 navigation-accessibility site-header-focus-item" id="primary-site-navigation-desktop-sticky" aria-label="Primary Site Navigation" itemtype="https://schema.org/SiteNavigationElement" itemscope="itemscope"><div class="main-navigation ast-inline-flex"><ul id="ast-hf-menu-1-sticky" class="main-header-menu ast-menu-shadow ast-nav-menu ast-flex  submenu-with-border stack-on-mobile ast-mega-menu-enabled"><li class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119669"><a href="/become-a-sommelier/" class="menu-link"><span class="ast-icon icon-arrow"><svg class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Become a Sommelier</span></a></li><li class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119670"><a href="/sommelier-certification-101/" class="menu-link"><span class="ast-icon icon-arrow"><svg class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Certifications</span></a></li><li class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119671"><a href="https://somm.us/wine-classes/" class="menu-link"><span class="ast-icon icon-arrow"><svg class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Classes</span></a></li><li class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119672"><a href="https://somm.us/top-ranked-wine-schools-in-america/" class="menu-link"><span class="ast-icon icon-arrow"><svg class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Wine Schools</span></a></li></ul></div></nav></div></div>      </div>
                                </div>
                                                                        </div>
                    </div>
                                </div>
            </div>
    </div> <!-- Main Header Bar Wrap -->
<div id="ast-mobile-header" class="ast-mobile-header-wrap " data-type="dropdown">
        <div class="ast-main-header-wrap main-header-bar-wrap" >
        <div class="ast-primary-header-bar ast-primary-header main-header-bar site-primary-header-wrap site-header-focus-item ast-builder-grid-row-layout-default ast-builder-grid-row-tablet-layout-default ast-builder-grid-row-mobile-layout-default" data-section="section-primary-header-builder">
                                <div class="ast-builder-grid-row ast-builder-grid-row-has-sides ast-builder-grid-row-no-center">
```

App. 3702

```
                                                    <div class="site-header-primary-section-left site-header-section ast-flex site-header-section-left">
                                        <div class="ast-builder-layout-element ast-flex site-header-focus-item" data-section="title_tagline">
                            <div
                class="site-branding ast-site-identity"
itemtype="https://schema.org/Organization" itemscope="itemscope"          >
                    <span class="site-logo-img"><a href="https://somm.us/" class="custom-logo-link" rel="home"><picture><source srcset="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.webp 148w,https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1.webp 150w" sizes="(max-width: 148px) 100vw, 148px" type="image/webp"><img src="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.jpg" height="148" width="148" srcset="https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1-148x148.jpg 148w, https://somm.us/wp-content/uploads/2025/06/cropped-somm-logo-1.jpg 150w" sizes="(max-width: 148px) 100vw, 148px" class="custom-logo sp-no-webp" alt="somm logo" decoding="async"  > </picture></a></span><div class="ast-site-title-wrap">
                        <span class="site-title" itemprop="name">
                <a href="https://somm.us/" rel="home" itemprop="url" >
                    SOMM
                </a>
            </span>
                        <p class="site-description" itemprop="description">
                Sommelier Education and America&#039;s Wine Schools
            </p>
                </div>            </div>
            <!-- .site-branding -->
                    </div>
                                    </div>

<div class="site-header-primary-section-right site-header-section ast-flex ast-grid-right-section">
                                        <div class="ast-builder-layout-element ast-flex site-header-focus-item" data-section="section-header-mobile-trigger">
                        <div class="ast-button-wrap">
                <button
                    type="button"
                    class="menu-toggle main-header-menu-toggle ast-mobile-menu-trigger-outline"
                    aria-expanded="false"
                    aria-label="Main menu toggle"
                                                                        >
                    <span class="mobile-menu-toggle-icon">
                        <span aria-hidden="true" class="ahfb-svg-iconset ast-inline-flex svg-baseline"><svg class='ast-mobile-svg ast-menu-svg' fill='currentColor' version='1.1' xmlns='http://www.w3.org/2000/svg' width='24' height='24' viewBox='0 0 24 24'><path d='M3 13h18c0.552 0 1-0.448 1-1s-0.448-1-1-1h-18c-0.552 0-1 0.448-1 1s0.448 1 1 1zM3 7h18c0.552 0 1-0.448 1-1s-0.448-1-1-1h-18c-0.552 0-1 0.448-1 1s0.448 1 1 1zM3 19h18c0.552 0 1-0.448 1-1s-0.448-1-1-1h-18c-0.552 0-1 0.448-1 1s0.448 1 1 1z'></path></svg></span><span aria-hidden="true" class="ahfb-svg-iconset ast-inline-flex svg-baseline"><svg class='ast-mobile-svg ast-close-svg' fill='currentColor' version='1.1' xmlns='http://www.w3.org/2000/svg' width='24' height='24' viewBox='0 0 24 24'><path d='M5.293 6.707l5.293 5.293-5.293 5.293c-0.391 0.391-0.391 1.024 0 1.414s1.024 0.391 1.414 0l5.293-5.293 5.293 5.293c0.391 0.391 1.024 0.391 1.414 0s0.391-1.024 0-1.414l-5.293-5.293 5.293-5.293c0.391-0.391 0.391-1.024 0-1.414s-1.024-0.391-1.414 0l-5.293 5.293-5.293-5.293c-0.391-0.391-1.024-0.391-1.414 0s-0.391 1.024 0 1.414z'></path></svg></span> </span>
                                    </button>
            </div>
                    </div>
                                    </div>
                                            </div>
                        </div>
        </div>
                <div class="ast-mobile-header-content content-align-flex-start ">
                        <div class="ast-builder-menu-mobile ast-builder-menu ast-builder-menu-mobile-focus-item ast-builder-layout-element site-header-focus-item" data-section="section-header-mobile-menu">
```

App. 3703

```
            <div class="ast-main-header-bar-alignment"><div class="main-header-bar-navigation">
<nav class="site-navigation ast-flex-grow-1 navigation-accessibility site-header-focus-item"
id="ast-mobile-site-navigation" aria-label="Site Navigation: Homepage Menu"
itemtype="https://schema.org/SiteNavigationElement" itemscope="itemscope"><div class="main-
navigation"><ul id="ast-hf-mobile-menu" class="main-header-menu ast-nav-menu ast-flex  submenu-
with-border astra-menu-animation-fade  stack-on-mobile ast-mega-menu-enabled"><li class="menu-
item menu-item-type-custom menu-item-object-custom menu-item-119669"><a href="/become-a-
sommelier/" class="menu-link"><span class="ast-icon icon-arrow"><svg class="ast-arrow-svg"
xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1"
x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-
background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Become a Sommelier</span></a></li><li
class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119670"><a
href="/sommelier-certification-101/" class="menu-link"><span class="ast-icon icon-arrow"><svg
class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px"
height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043"
xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Certifications</span></a></li><li
class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119671"><a
href="https://somm.us/wine-classes/" class="menu-link"><span class="ast-icon icon-arrow"><svg
class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px"
height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043"
xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Classes</span></a></li><li class="menu-item
menu-item-type-custom menu-item-object-custom menu-item-119672"><a href="https://somm.us/top-
ranked-wine-schools-in-america/" class="menu-link"><span class="ast-icon icon-arrow"><svg
class="ast-arrow-svg" xmlns="http://www.w3.org/2000/svg"
xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1" x="0px" y="0px" width="26px"
height="16.043px" viewBox="57 35.171 26 16.043" enable-background="new 57 35.171 26 16.043"
xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span><span class="menu-text">Wine Schools</span></a></li></ul></div>
</nav></div></div>      </div>
                </div>
            </div>



                </header><!-- #astra-fixed-header -->

                        </header><!-- #masthead -->
            <div id="content" class="site-content">
        <div class="ast-container">


    <div id="primary" class="content-area primary">


                    <main id="main" class="site-main">


<article
class="post-114033 post type-post status-publish format-standard has-post-thumbnail hentry
category-wine-schools tag-philadelphia tag-philly tag-what-am-i-drinking tag-wine-school ast-
article-single" id="post-114033" itemtype="https://schema.org/CreativeWork"
itemscope="itemscope">



<div class="ast-post-format- single-layout-1 ast-no-date-box">
```

App. 3704

```
        <header class="entry-header ">


            <h1 class="entry-title" itemprop="headline">What Am I Drinking?!</h1><div class="post-thumb-img-content post-thumb"><picture><source srcset="https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school.webp 246w,https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-150x150.webp 150w,https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-65x65.webp 65w,https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-230x230.webp 230w" sizes="(max-width: 246px) 100vw, 246px" type="image/webp"><img src="https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school.png" height="246" width="246" srcset="https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school.png 246w, https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-150x150.png 150w, https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-65x65.png 65w, https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-230x230.png 230w" sizes="(max-width: 246px) 100vw, 246px" class="sp-no-webp attachment-full size-full wp-post-image sp-no-webp" alt="what am i drinking wine school" itemprop="image" decoding="async"  > </picture></div>  <div class="ast-breadcrumbs-wrapper">
        <div class="ast-breadcrumbs-inner">
            <nav role="navigation" aria-label="Breadcrumbs" class="breadcrumb-trail breadcrumbs"><div class="ast-breadcrumbs"><ul class="trail-items"><li class="trail-item trail-begin"><a href="https://somm.us/" rel="home"><span>Home</span></a></li><li class="trail-item"><a href="https://somm.us/wine-schools/"><span>Wine Schools &amp; Programs</span></a></li><li class="trail-item trail-end"><span><span>What Am I Drinking?!</span></span></li></ul></div></nav></div>
    </div>


        </header><!-- .entry-header -->



    <div class="entry-content clear"
    data-ast-blocks-layout="true" itemprop="text"   >


        <figure class="wp-block-image aligncenter is-style-default"><a href="https://somm.us/wp-content/uploads/2019/04/serena-zelenzny.png"><picture><source srcset="https://somm.us/wp-content/uploads/2019/04/serena-zelenzny-1024x807.webp 1024w,https://somm.us/wp-content/uploads/2019/04/serena-zelenzny-150x118.webp 150w,https://somm.us/wp-content/uploads/2019/04/serena-zelenzny-300x236.webp 300w,https://somm.us/wp-content/uploads/2019/04/serena-zelenzny-768x605.webp 768w,https://somm.us/wp-content/uploads/2019/04/serena-zelenzny.webp 1126w" sizes="(max-width: 1024px) 100vw, 1024px" type="image/webp"><img src="https://somm.us/wp-content/uploads/2019/04/serena-zelenzny-1024x807.png" height="807" width="1024" srcset="https://somm.us/wp-content/uploads/2019/04/serena-zelenzny-1024x807.png 1024w, https://somm.us/wp-content/uploads/2019/04/serena-zelenzny-150x118.png 150w, https://somm.us/wp-content/uploads/2019/04/serena-zelenzny-300x236.png 300w, https://somm.us/wp-content/uploads/2019/04/serena-zelenzny-768x605.png 768w, https://somm.us/wp-content/uploads/2019/04/serena-zelenzny.png 1126w" sizes="(max-width: 1024px) 100vw, 1024px" class="wp-image-114038 sp-no-webp" alt="Serena Zelezny Marketing" decoding="async"  > </picture></a></figure><p>When we heard about a new wine school opening up in Philadelphia, we had great expectations. Philly has become one of the greatest towns for wine education. <em>What Am I Drinking?!</em> is using a sophisticated website and has a brick-and-mortar facility in Bryn Mawr, a wealthy suburb. Plus, the owner&#8217;s bio states she is a wine industry veteran from <a href="https://somm.us/california-wine-schools/">California</a> who had relocated to the East Coast to teach about wine.  When the school opened in April 2017, it looked like it would be a huge hit.</p><p>Since opening, this wine school has built a following, albeit a small one. At this point, they do not offer <a href="https://somm.us/sommelier-certification-101/">sommelier certifications</a> or professional training. The classes offered are reasonably priced 90-minute classes on various subjects: sparkling, natural wines, decoding wine lingo, and a class called &#8220;Ladies’ Night: Rosé.&#8221;    All in all, <em>What Am I Drinking?!</em>
```

App. 3705

```
isn&#8217;t the pinnacle of wine education, but that is not their goal. Instead, they offer a fun wine-centric night out.</p><h3 class="wp-block-heading">Our Ranking of What Am I Drinking?! </h3><p>With that in mind,  you may wonder why we are giving <em>What Am I Drinking?!</em> the lowest grade ever at SOMM. The reason is quite simple: the owner violated the cardinal rule of the wine trade.  Our industry has always been one of communal support and mutual success. People and companies which break that code are punished. During a <a href="https://somm.us/wine-tasting-classes-across-america/">wine tasting</a> in late 2018 we attended, Serena Zelezny spent more time significant time throwing shade at members of the wine community.  After that class, we followed up with former students and heard similar complaints.</p><p>One of the major reasons for the poor conduct we saw first-hand is likely because Serena Zelezny is not actually a part of the wine trade: she&#8217;s a marketing professional. Before living in Philadelphia, she lived and worked with her husband in Tucson, <a href="https://somm.us/arizona-wine-schools/">Arizona</a>. She worked in public relations and taught marketing part-time. It was s profession she has over 20 years of experience in.   In 2013, her husband accepted a job at Drexel University&#8217;s Lebow College Of Business (in Philadelphia), and they moved across the country.</p><p>In her LinkedIn profile, she states:</p><blockquote class="wp-block-quote is-layout-flow wp-block-quote-is-layout-flow"><p>Equipped with years of experience working in wineries, wine bars, and as a wine journalist, and coursework at wine schools in California, she has passed advanced examinations with both the Wine and Spirits Education Trust and <a href="https://somm.us/school/society-of-wine-educators/">Society of Wine Educators</a>.</p></blockquote><p>We attempted to verify that claim, but we did not find any records of her working in the wine trade. The only records we have found are that by 2015, she started taking <a href="https://somm.us/wine-classes/">wine classes</a> and had earned a low-level sommelier certification.  In fact, she doesn&#8217;t mention any wine-related experience at all in her own bio (as of March 2019, see the screenshot above)</p><p>While we hope Serena  Zelezny has success, we encourage her to adopt a more supportive and holistic approach to wine education.  At that point, we will reconsider our rating.</p><figure class="wp-block-image aligncenter wp-image-114037 size-medium is-style-default"><picture><source srcset="https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835-276x300.webp 276w,https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835-138x150.webp 138w,https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835.webp 726w" sizes="auto, (max-width: 276px) 100vw, 276px" type="image/webp"><img src="https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835-276x300.jpg" height="300" width="276" srcset="https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835-276x300.jpg 276w, https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835-138x150.jpg 138w, https://somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835.jpg 726w" sizes="auto, (max-width: 276px) 100vw, 276px" class="wp-image-114037 sp-no-webp" alt="what am i drinking wine school-building" loading="lazy" decoding="async"  > </picture><figcaption class="wp-element-caption">Headquarters of the &#8220;What Am I Drinking&#8221; Wine School</figcaption></figure><p class="has-text-align-right">For a complete overview, see our guide to <a href="https://somm.us/top-ranked-wine-schools-in-america/">wine schools and programs</a><br /></p>


            </div><!-- .entry-content .clear -->
</div>

    <div class="ast-single-related-posts-container "><div class="ast-related-posts-title-section"> <h2 class="ast-related-posts-title"> Related Articles </h2> </div><div class="ast-related-posts-wrapper">                          <article class="ast-related-post post-119511 post type-post status-publish format-standard hentry category-wine-schools">
                            <div class="ast-related-posts-inner-section">
                                <div class="ast-related-post-content">

<header class="entry-header related-entry-header">
                                                                          <h3 class="ast-related-post-title entry-title">
                <a href="https://somm.us/north-carolina-wine-schools/" target="_self" rel="bookmark noopener noreferrer">North Carolina Wine Schools</a>
            </h3>
        <div class="entry-meta ast-related-cat-style--badge ast-related-tag-style--none"><span class="ast-taxonomy-container cat-links default"><a href="https://somm.us/wine-schools/"
```

```
rel="category tag">Wine Schools &amp; Programs</a></span></div>
</header>
                                                                                                    <div
class="entry-content clear">
                                                                                        </div>
                                </div>
                            </div>
                        </article>
                                            <article class="ast-related-post post-113281 post
type-post status-publish format-standard has-post-thumbnail hentry category-wine-schools">
                            <div class="ast-related-posts-inner-section">
                                <div class="ast-related-post-content">

<header class="entry-header related-entry-header">
                                                                    <h3 class="ast-related-post-
title entry-title">
                <a href="https://somm.us/reviews-of-american-wine-schools/" target="_self"
rel="bookmark noopener noreferrer">Reviews of American Wine Schools</a>
            </h3>
        <div class="entry-meta ast-related-cat-style--badge ast-related-tag-style--none"><span
class="ast-taxonomy-container cat-links default"><a href="https://somm.us/wine-schools/"
rel="category tag">Wine Schools &amp; Programs</a></span></div>
</header>
                                                                                                    <div
class="entry-content clear">
                                                                                        </div>
                                </div>
                            </div>
                        </article>
                                            <article class="ast-related-post post-119068 post
type-post status-publish format-standard has-post-thumbnail hentry category-wine-schools tag-top-
wine-school">
                            <div class="ast-related-posts-inner-section">
                                <div class="ast-related-post-content">

<header class="entry-header related-entry-header">
                                                                    <h3 class="ast-related-post-
title entry-title">
                <a href="https://somm.us/the-top-wine-school-of-2025-wine-school-of-
philadelphia/" target="_self" rel="bookmark noopener noreferrer">Editorial Spotlight: Wine School
of Philadelphia (2025)</a>
            </h3>
        <div class="entry-meta ast-related-cat-style--badge ast-related-tag-style--none"><span
class="ast-taxonomy-container cat-links default"><a href="https://somm.us/wine-schools/"
rel="category tag">Wine Schools &amp; Programs</a></span> / <span class="ast-taxonomy-container
tags-links default"><a href="https://somm.us/tag/top-wine-school/" rel="tag">top wine school</a>
</span></div>                                                                   </header>
                                                                                                    <div
class="entry-content clear">
                                                                                        </div>
                                </div>
                            </div>
                        </article>
                                            <article class="ast-related-post post-119856 post
type-post status-publish format-standard has-post-thumbnail hentry category-somm category-
courses-classes category-sommelier-certification-credentials category-wine-schools">
                            <div class="ast-related-posts-inner-section">
                                <div class="ast-related-post-content">

<header class="entry-header related-entry-header">
                                                                    <h3 class="ast-related-post-
title entry-title">
                <a href="https://somm.us/guide-to-sommelier-certifications/" target="_self"
rel="bookmark noopener noreferrer">Best Sommelier Certification Programs in the United States
(2026 Guide)</a>
```

App. 3707

```
            </h3>
        <div class="entry-meta ast-related-cat-style--badge ast-related-tag-style--none"><span class="ast-taxonomy-container cat-links default"><a href="https://somm.us/somm/" rel="category tag">Become a Sommelier</a>, <a href="https://somm.us/courses-classes/" rel="category tag">Courses &amp; Classes</a>, <a href="https://somm.us/sommelier-certification-credentials/" rel="category tag">Sommelier Certification &amp; Credentials</a>, <a href="https://somm.us/wine-schools/" rel="category tag">Wine Schools &amp; Programs</a></span></div>
</header>
                                                                                        <div class="entry-content clear">
                                                                            </div>
                                </div>
                            </div>
                        </article>
                                            <article class="ast-related-post post-119507 post type-post status-publish format-standard hentry category-wine-schools">
                            <div class="ast-related-posts-inner-section">
                                <div class="ast-related-post-content">
<header class="entry-header related-entry-header">
                                                                    <h3 class="ast-related-post-title entry-title">
                <a href="https://somm.us/virginia-wine-schools/" target="_self" rel="bookmark noopener noreferrer">Virginia Wine Schools</a>
            </h3>
        <div class="entry-meta ast-related-cat-style--badge ast-related-tag-style--none"><span class="ast-taxonomy-container cat-links default"><a href="https://somm.us/wine-schools/" rel="category tag">Wine Schools &amp; Programs</a></span></div>
</header>
                                                                                        <div class="entry-content clear">
                                                                            </div>
                                </div>
                            </div>
                        </article>
                                            <article class="ast-related-post post-119531 post type-post status-publish format-standard hentry category-wine-schools tag-connecticut">
                            <div class="ast-related-posts-inner-section">
                                <div class="ast-related-post-content">
<header class="entry-header related-entry-header">
                                                                    <h3 class="ast-related-post-title entry-title">
                <a href="https://somm.us/connecticut-wine-schools/" target="_self" rel="bookmark noopener noreferrer">Connecticut Wine Schools</a>
            </h3>
        <div class="entry-meta ast-related-cat-style--badge ast-related-tag-style--none"><span class="ast-taxonomy-container cat-links default"><a href="https://somm.us/wine-schools/" rel="category tag">Wine Schools &amp; Programs</a></span> / <span class="ast-taxonomy-container tags-links default"><a href="https://somm.us/tag/connecticut/" rel="tag">Connecticut</a></span></div>                                                            </header>
                                                                                        <div class="entry-content clear">
                                                                            </div>
                                </div>
                            </div>
                        </article>
                                            <article class="ast-related-post post-119457 post type-post status-publish format-standard has-post-thumbnail hentry category-wine-schools">
                            <div class="ast-related-posts-inner-section">
                                <div class="ast-related-post-content">
<header class="entry-header related-entry-header">
                                                                    <h3 class="ast-related-post-title entry-title">
```

App. 3708

```
                <a href="https://somm.us/philly-wine-school-review/" target="_self" rel="bookmark noopener noreferrer">Philly Wine School Review</a>
            </h3>
        <div class="entry-meta ast-related-cat-style--badge ast-related-tag-style--none"><span class="ast-taxonomy-container cat-links default"><a href="https://somm.us/wine-schools/" rel="category tag">Wine Schools &amp; Programs</a></span></div>
</header>
                                                                                        <div class="entry-content clear">
                                                                            </div>
                                </div>
                            </div>
                        </article>
                                            <article class="ast-related-post post-119517 post type-post status-publish format-standard hentry category-wine-schools tag-tennessee">
                            <div class="ast-related-posts-inner-section">
                                <div class="ast-related-post-content">

<header class="entry-header related-entry-header">
                                                                    <h3 class="ast-related-post-title entry-title">
                <a href="https://somm.us/tennessee-wine-schools/" target="_self" rel="bookmark noopener noreferrer">Tennessee Wine Schools</a>
            </h3>
        <div class="entry-meta ast-related-cat-style--badge ast-related-tag-style--none"><span class="ast-taxonomy-container cat-links default"><a href="https://somm.us/wine-schools/" rel="category tag">Wine Schools &amp; Programs</a></span> / <span class="ast-taxonomy-container tags-links default"><a href="https://somm.us/tag/tennessee/" rel="tag">Tennessee</a></span></div>
</header>
                                                                                        <div class="entry-content clear">
                                                                            </div>
                                </div>
                            </div>
                        </article>
                    </div> </div>
</article><!-- #post-## -->

<nav class="navigation post-navigation" aria-label="Posts">
                <div class="nav-links"><div class="nav-previous"><a title="Philly Wine School Review" href="https://somm.us/philly-wine-school-review/" rel="prev"><span class="ast-post-nav" aria-hidden="true"><span aria-hidden="true" class="ahfb-svg-iconset ast-inline-flex svg-baseline"><svg xmlns='http://www.w3.org/2000/svg' viewBox='0 0 448 512'><path d='M134.059 296H436c6.627 0 12-5.373 12-12v-56c0-6.627-5.373-12-12-12H134.059v-46.059c0-21.382-25.851-32.09-40.971-16.971L7.029 239.029c-9.373 9.373-9.373 24.569 0 33.941l86.059 86.059c15.119 15.119 40.971 4.411 40.971-16.971V296z'></path></svg></span> Previous</span> <p> Philly Wine School Review </p></a></div><div class="nav-next"><a title="Wine Educator Jobs in the United States" href="https://somm.us/wine-educator-jobs/" rel="next"><span class="ast-post-nav" aria-hidden="true">Next <span aria-hidden="true" class="ahfb-svg-iconset ast-inline-flex svg-baseline"><svg xmlns='http://www.w3.org/2000/svg' viewBox='0 0 448 512'><path d='M313.941 216H12c-6.627 0-12 5.373-12 12v56c0 6.627 5.373 12 12 12h301.941v46.059c0 21.382 25.851 32.09 40.971 16.971l86.059-86.059c9.373-9.373 9.373-24.569 0-33.941l-86.059-86.059c-15.119-15.119-40.971-4.411-40.971 16.971V216z'></path></svg></span></span> <p> Wine Educator Jobs in the United States </p></a></div></div>
        </nav>      <div id="comments" class="comments-area comment-form-position-below ">


                <h3 class="comments-title">
                4 thoughts on &ldquo;What Am I Drinking?!&rdquo;          </h3>

        <ol class="ast-comment-list">
                            <li class="wp_review_visitor byuser comment-author-keith even thread-even depth-1" id="li-comment-173643">

                    <article id="comment-173643" class="ast-comment">
```

App. 3709

```
                    <div class= 'ast-comment-info'>
                        <div class='ast-comment-avatar-wrap'></div><!-- Remove 1px Space
                        -->
                                <header class="ast-comment-meta ast-row ast-comment-author
capitalize"><div class="ast-comment-cite-wrap"><cite><b class="fn">keith</b> </cite></div><div
class="ast-comment-time"><span  class="timendate"><a href="https://somm.us/what-am-i-drinking-
wine-school/#comment-173643"><time datetime="2021-05-14T10:43:43-07:00">14th May 2021 at 10:43
am</time></a></span></div>                                                             </header>
<!-- .ast-comment-meta -->
                            </div>
                            <section class="ast-comment-content comment  entry-content">
                                <p>Visitor Rating: 1 Stars</p>
                                <div class="ast-comment-edit-reply-wrap">
                                    <span class="ast-reply-link"><a rel="nofollow"
class="comment-reply-link" href="https://somm.us/what-am-i-drinking-wine-school/?
replytocom=173643#respond" data-commentid="173643" data-postid="114033" data-
belowelement="comment-173643" data-respondelement="respond" data-replyto="Reply to keith" aria-
label="Reply to keith">Reply</a></span>                              </div>
                                                            </section> <!-- .ast-comment-content
-->
                                                a</article><!-- #comment-## -->

                </li><!-- #comment-## -->
                <li class="wp_review_visitor odd alt thread-odd thread-alt depth-1" id="li-
comment-164770">

                    <article id="comment-164770" class="ast-comment">
                    <div class= 'ast-comment-info'>
                        <div class='ast-comment-avatar-wrap'></div><!-- Remove 1px Space
                        -->
                                <header class="ast-comment-meta ast-row ast-comment-author
capitalize"><div class="ast-comment-cite-wrap"><cite><b class="fn">Anonymous</b> </cite></div>
<div class="ast-comment-time"><span  class="timendate"><a href="https://somm.us/what-am-i-
drinking-wine-school/#comment-164770"><time datetime="2019-11-20T09:10:33-08:00">20th November
2019 at 9:10 am</time></a></span></div>
</header> <!-- .ast-comment-meta -->
                            </div>
                            <section class="ast-comment-content comment  entry-content">
                                <p>Visitor Rating: 5 Stars</p>
                                <div class="ast-comment-edit-reply-wrap">
                                    <span class="ast-reply-link"><a rel="nofollow"
class="comment-reply-link" href="https://somm.us/what-am-i-drinking-wine-school/?
replytocom=164770#respond" data-commentid="164770" data-postid="114033" data-
belowelement="comment-164770" data-respondelement="respond" data-replyto="Reply to Anonymous"
aria-label="Reply to Anonymous">Reply</a></span>                                </div>
                                                            </section> <!-- .ast-comment-content
-->
                                                </article><!-- #comment-## -->

                </li><!-- #comment-## -->
                <li class="comment even thread-even depth-1" id="li-comment-164769">

                    <article id="comment-164769" class="ast-comment">
                    <div class= 'ast-comment-info'>
                        <div class='ast-comment-avatar-wrap'></div><!-- Remove 1px Space
                        -->
                                <header class="ast-comment-meta ast-row ast-comment-author
capitalize"><div class="ast-comment-cite-wrap"><cite><b class="fn">Marleigh</b> </cite></div><div
class="ast-comment-time"><span  class="timendate"><a href="https://somm.us/what-am-i-drinking-
wine-school/#comment-164769"><time datetime="2019-11-20T09:10:04-08:00">20th November 2019 at
9:10 am</time></a></span></div>
</header> <!-- .ast-comment-meta -->
                            </div>
                            <section class="ast-comment-content comment  entry-content">
```

**App. 3710**

```
                                <p>Serena has taught me more about wine than any other
pretentious, wine industry snob I&#8217;ve encountered, after coming in contact with many. Any
shade thrown was probably well deserved and if you were offended, then the shoe probably fits
perfectly. Serena debunks the bullshit of the wine industry and those that understand that,
appreciate it. You say that she violated a cardinal rule, and then you go on to violate that same
rule; wishing her success but bashing her in the process? &#8220;One of the major reasons for the
poor conduct we saw first-hand is likely due to the fact that&#8230;&#8221; LIKELY DUE TO THE
FACT. So you&#8217;re assuming. And I&#8217;m going to assume that you didn&#8217;t even try to
reach out to her and clarify the facts of her background BEFORE writing this poor review,
slandering her name and potentially harming her business? If I was Serena I would pursue
litigation for defamation of character. </p>
<p>&#8220;Communal support and mutual success.&#8221; Maybe you should practice what you preach
and &#8220;adopt a more supportive and holistic approach to wine education.&#8221; </p>
<p>This review is an unfair depiction of Serena&#8217;s ability, care for her students and love
for teaching wine to those that want to learn in a fun and welcoming environment. Anyone that is
reading this review before attending one of her classes, don&#8217;t let this stop you.
You&#8217;ll have a great time and you&#8217;ll learn a lot in the process&#8230; </p>
<p>&#8211; I have no relation to Serena or bias involved. My only connection is being a student
in one of her classes.</p>
                                <div class="ast-comment-edit-reply-wrap">
                                    <span class="ast-reply-link"><a rel="nofollow"
class="comment-reply-link" href="https://somm.us/what-am-i-drinking-wine-school/?
replytocom=164769#respond" data-commentid="164769" data-postid="114033" data-
belowelement="comment-164769" data-respondelement="respond" data-replyto="Reply to Marleigh"
aria-label="Reply to Marleigh">Reply</a></span>                           </div>
                                                            </section> <!-- .ast-comment-content
-->
                                                </article><!-- #comment-## -->

                </li><!-- #comment-## -->
                <li class="wp_review_visitor byuser comment-author-keith odd alt thread-odd
thread-alt depth-1" id="li-comment-163991">

                    <article id="comment-163991" class="ast-comment">
                    <div class= 'ast-comment-info'>
                        <div class='ast-comment-avatar-wrap'></div><!-- Remove 1px Space
                        -->
                                <header class="ast-comment-meta ast-row ast-comment-author
capitalize"><div class="ast-comment-cite-wrap"><cite><b class="fn">keith</b> </cite></div><div
class="ast-comment-time"><span  class="timendate"><a href="https://somm.us/what-am-i-drinking-
wine-school/#comment-163991"><time datetime="2019-04-05T12:50:34-07:00">5th April 2019 at 12:50
pm</time></a></span></div>                                                            </header>
<!-- .ast-comment-meta -->
                            </div>
                            <section class="ast-comment-content comment  entry-content">
                                <p>Visitor Rating: 1 Stars</p>
                                <div class="ast-comment-edit-reply-wrap">
                                    <span class="ast-reply-link"><a rel="nofollow"
class="comment-reply-link" href="https://somm.us/what-am-i-drinking-wine-school/?
replytocom=163991#respond" data-commentid="163991" data-postid="114033" data-
belowelement="comment-163991" data-respondelement="respond" data-replyto="Reply to keith" aria-
label="Reply to keith">Reply</a></span>                           </div>
                                                            </section> <!-- .ast-comment-content
-->
                                                </article><!-- #comment-## -->

                </li><!-- #comment-## -->
        </ol><!-- .ast-comment-list -->




        <div id="respond" class="comment-respond">
        <h3 id="reply-title" class="comment-reply-title">Leave a Comment <small><a rel="nofollow"
id="cancel-comment-reply-link" href="/what-am-i-drinking-wine-school/?author=19655#respond"
```

App. 3711

```
style="display:none;">Cancel Reply</a></small></h3><form action="https://somm.us/wp-comments-
post.php" method="post" id="ast-commentform" class="comment-form"><p class="comment-notes"><span
id="email-notes">Your email address will not be published.</span> <span class="required-field-
message">Required fields are marked <span class="required">*</span></span></p><div class="ast-row
comment-textarea"><fieldset class="comment-form-comment"><legend class ="comment-form-legend">
</legend><div class="comment-form-textarea ast-grid-common-col"><label for="comment"
class="screen-reader-text">Type here..</label><textarea autocomplete="new-password"
id="ef7fc4fc29"  name="ef7fc4fc29"   placeholder="Type here.." cols="45" rows="8" aria-
required="true"></textarea><textarea id="comment" aria-label="hp-comment" aria-hidden="true"
name="comment" autocomplete="new-password" style="padding:0 !important;clip:rect(1px, 1px, 1px,
1px) !important;position:absolute !important;white-space:nowrap !important;height:1px
!important;width:1px !important;overflow:hidden !important;" tabindex="-1"></textarea><script
data-noptimize>document.getElementById("comment").setAttribute( "id",
"a7c2ec826d0c89b144eefc66212d91c3" );document.getElementById("ef7fc4fc29").setAttribute( "id",
"comment" );</script></div></fieldset></div><div class="ast-comment-formwrap ast-row">
            <p class="comment-form-author ast-grid-common-col ast-width-lg-33 ast-width-md-4 ast-
float">
                <label for="author" class="screen-reader-text">Name*</label>
                <input id="author" name="author" type="text"
                    value=""
                    placeholder="Name*"
                    size="30" aria-required='true' autocomplete="name" />
            </p>
<p class="comment-form-email ast-grid-common-col ast-width-lg-33 ast-width-md-4 ast-float">
            <label for="email" class="screen-reader-text">Email*</label>
            <input id="email" name="email" type="text"
                value=""
                placeholder="Email*"
                size="30" aria-required='true' autocomplete="email" />
        </p>
<p class="comment-form-url ast-grid-common-col ast-width-lg-33 ast-width-md-4 ast-float">
            <label for="url" class="screen-reader-text">Website</label>
            <input id="url" name="url" type="text"
                value=""
                placeholder="Website"
                size="30" autocomplete="url" />
        </p>
        </div>


<div class='tnp-comments'><label for="tnp-comments-checkbox"><input type="checkbox" value="1"
name="newsletter" id="tnp-comments-checkbox" checked> </label></div>

<p class="form-submit"><input name="submit" type="submit" id="submit" class="submit" value="Post
Comment" /> <input type='hidden' name='comment_post_ID' value='114033' id='comment_post_ID' />
<input type='hidden' name='comment_parent' id='comment_parent' value='0' />
</p></form> </div><!-- #respond -->


</div><!-- #comments -->

            </main><!-- #main -->


    </div><!-- #primary -->


    </div> <!-- ast-container -->
    </div><!-- #content -->
<footer
class="site-footer" id="colophon" itemtype="https://schema.org/WPFooter" itemscope="itemscope"
itemid="#colophon">
            <div class="site-above-footer-wrap ast-builder-grid-row-container site-footer-focus-
item ast-builder-grid-row-full ast-builder-grid-row-tablet-full ast-builder-grid-row-mobile-full
```

```
ast-footer-row-stack ast-footer-row-tablet-stack ast-footer-row-mobile-stack" data-section="section-above-footer-builder">
    <div class="ast-builder-grid-row-container-inner">
                    <div class="ast-builder-footer-grid-columns site-above-footer-inner-wrap ast-builder-grid-row">
                                            <div class="site-footer-above-section-1 site-footer-section site-footer-section-1">
                                <div class="footer-widget-area widget-area site-footer-focus-item" data-section="section-footer-menu">
                <div class="footer-bar-navigation"><nav class="site-navigation ast-flex-grow-1 navigation-accessibility footer-navigation" id="footer-site-navigation" aria-label="Site Navigation: SOMM Footer Menu" itemtype="https://schema.org/SiteNavigationElement" itemscope="itemscope"><div class="footer-nav-wrap"><ul id="astra-footer-menu" class="ast-nav-menu ast-flex astra-footer-horizontal-menu astra-footer-tablet-horizontal-menu astra-footer-mobile-vertical-menu"><li id="menu-item-119677" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119677"><a href="/become-a-sommelier/" class="menu-link">Become a Sommelier</a></li>
<li id="menu-item-119678" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119678"><a href="/sommelier-certification-101/" class="menu-link">Sommelier Certification</a></li>
<li id="menu-item-119679" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119679"><a href="/wine-classes/" class="menu-link">Wine Classes &#038; Courses</a></li>
<li id="menu-item-119680" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119680"><a href="/top-ranked-wine-schools-in-america/" class="menu-link">Top Wine Schools</a></li>
<li id="menu-item-119681" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-119681"><a href="https://somm.us/food-and-wine/" class="menu-link">Wine Articles</a></li>
</ul></div></nav></div>         </div>
                            </div>
                                            </div>
            </div>

</div>
<div class="site-below-footer-wrap ast-builder-grid-row-container site-footer-focus-item ast-builder-grid-row-full ast-builder-grid-row-tablet-full ast-builder-grid-row-mobile-full ast-footer-row-stack ast-footer-row-tablet-stack ast-footer-row-mobile-stack" data-section="section-below-footer-builder">
    <div class="ast-builder-grid-row-container-inner">
                    <div class="ast-builder-footer-grid-columns site-below-footer-inner-wrap ast-builder-grid-row">
                                            <div class="site-footer-below-section-1 site-footer-section site-footer-section-1">
                                <div class="ast-builder-layout-element ast-flex site-footer-focus-item ast-footer-copyright" data-section="section-footer-builder">
                <div class="ast-footer-copyright"><p style="text-align: center">Copyright &copy; 2026 Somm Magazine</p>
</div>          </div>
                        </div>
                                            </div>
            </div>

</div>
    </footer><!-- #colophon -->
    </div><!-- #page -->
<script type="speculationrules">
{"prefetch":[{"source":"document","where":{"and":[{"href_matches":"/*"},{"not":{"href_matches":["/wp-*.php","/wp-admin/*","/wp-content/uploads/*","/wp-content/*","/wp-content/plugins/*","/wp-content/themes/son%20of%20astra/*","/wp-content/themes/astra/*","/*\\?(.+)"]}},{"not":{"selector_matches":"a[rel~=\"nofollow\"]"}},{"not":{"selector_matches":".no-prefetch, .no-prefetch a"}}]},"eagerness":"conservative"}]}
</script>
<div id="user_login_modal" class="hp-modal" data-component="modal"> <h3 class="hp-modal__title">Sign In</h3>
    <form class="hp-form--narrow hp-block hp-form hp-form--user-login" data-model="user" action="#" data-action="https://somm.us/wp-json/hivepress/v1/users/login/" method="POST" data-
```

App. 3713

```
redirect="true" data-component="form"><div class="hp-form__messages" data-component="messages">
</div><div class="hp-form__fields"><div class="hp-form__field hp-form__field--text"><label
class="hp-field__label hp-form__label"><span>Username or Email</span></label><input type="text"
name="username_or_email" value="" autocomplete="username" maxlength="254" required="required"
class="hp-field hp-field--text"></div><div class="hp-form__field hp-form__field--password"><label
class="hp-field__label hp-form__label"><span>Password</span></label><input type="password"
name="password" autocomplete="current-password" data-component="password" maxlength="64"
required="required" class="hp-field hp-field--password"><a href="#" title="Show" data-
component="toggle" data-icon="eye-slash" data-caption="Hide" class="hp-field__icon hp-link"><i
class="hp-icon fas fa-eye"></i></a></div></div><div class="hp-form__footer"><button type="submit"
class="hp-form__button button-primary alt button hp-field hp-field--submit"><span>Sign In</span>
</button><div class="hp-form__actions"> <p class="hp-form__action hp-form__action--user-
register">Don&#039;t have an account yet? <a href="#user_register_modal">Register</a></p>
    <a href="#user_password_request_modal" class="hp-form__action hp-form__action--user-password-
request">Forgot password?</a>
</div></div></form></div><div id="user_register_modal" class="hp-modal" data-component="modal">
<h3 class="hp-modal__title">Register</h3>
    <form class="hp-form--narrow hp-block hp-form hp-form--user-register" data-model="user" data-
message="Please check your email to activate your account." action="#" data-
action="https://somm.us/wp-json/hivepress/v1/users/" method="POST" data-component="form"><div
class="hp-form__messages" data-component="messages"></div><div class="hp-form__fields"><input
type="hidden" name="_redirect" value="" class="hp-field hp-field--hidden"><div class="hp-
form__field hp-form__field--text"><label class="hp-field__label hp-form__label">
<span>Username</span></label><input type="text" name="username" value="" autocomplete="username"
maxlength="60" required="required" class="hp-field hp-field--text"></div><div class="hp-
form__field hp-form__field--email"><label class="hp-field__label hp-form__label">
<span>Email</span></label><input type="email" name="email" value="" autocomplete="email"
maxlength="254" required="required" class="hp-field hp-field--email"></div><div class="hp-
form__field hp-form__field--password"><label class="hp-field__label hp-form__label">
<span>Password</span></label><input type="password" name="password" autocomplete="new-password"
data-component="password" minlength="8" maxlength="64" required="required" class="hp-field hp-
field--password"><a href="#" title="Show" data-component="toggle" data-icon="eye-slash" data-
caption="Hide" class="hp-field__icon hp-link"><i class="hp-icon fas fa-eye"></i></a></div></div>
<div class="hp-form__footer"><button type="submit" class="hp-form__button button-primary alt
button hp-field hp-field--submit"><span>Register</span></button><div class="hp-form__actions"><p
class="hp-form__action hp-form__action--user-login">Already have an account? <a
href="#user_login_modal">Sign In</a></p>
</div></div></form></div><div id="user_password_request_modal" class="hp-modal" data-
component="modal">  <h3 class="hp-modal__title">Reset Password</h3>
    <form data-message="Password reset email has been sent." action="#" data-
action="https://somm.us/wp-json/hivepress/v1/users/request-password/" method="POST" data-
component="form" class="hp-form hp-form--user-password-request"><div class="hp-form__header"><p
class="hp-form__description">Please enter your username or email address, you will receive a link
to create a new password via email.</p><div class="hp-form__messages" data-component="messages">
</div></div><div class="hp-form__fields"><div class="hp-form__field hp-form__field--text"><label
class="hp-field__label hp-form__label"><span>Username or Email</span></label><input type="text"
name="username_or_email" value="" autocomplete="username" maxlength="254" required="required"
class="hp-field hp-field--text"></div></div><div class="hp-form__footer"><button type="submit"
class="hp-form__button button-primary alt button hp-field hp-field--submit"><span>Send
Email</span></button></div></form></div>
<div id="ast-scroll-top" tabindex="0" class="ast-scroll-top-icon ast-scroll-to-top-right" data-
on-devices="both">
    <span class="ast-icon icon-arrow"><svg class="ast-arrow-svg"
xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1"
x="0px" y="0px" width="26px" height="16.043px" viewBox="57 35.171 26 16.043" enable-
background="new 57 35.171 26 16.043" xml:space="preserve">
                <path d="M57.5,38.193l12.5,12.5l12.5-12.5l-2.5-2.5l-10,10l-10-10L57.5,38.193z" />
                </svg></span>   <span class="screen-reader-text">Scroll to Top</span>
</div>
<script type="module">
                import language from "https://somm.us/wp-
content/plugins/hivepress/node_modules/intl-tel-input/build/js/i18n/en/index.js";

                window.intlTelInputi18n = language;
            </script>           <script>
```

App. 3714

```
/(trident|msie)/i.test(navigator.userAgent)&&document.getElementById&&window.addEventListener&&wi
ndow.addEventListener("hashchange",function(){var t,e=location.hash.substring(1);/^[A-z0-
9_-]+$/.test(e)&&(t=document.getElementById(e))&&
(/^(?:a|select|input|button|textarea)$/i.test(t.tagName)||(t.tabIndex=-1),t.focus())},!1);
            </script>
            <script src="https://maps.googleapis.com/maps/api/js?
libraries=places&amp;key=AIzaSyAIJpJmISclOYuYLdnLihNtz8kzCowm1q4&amp;language=en&amp;region=US"
id="google-maps-js"></script>
<script src="https://somm.us/wp-includes/js/comment-reply.min.js?ver=6.9.4" id="comment-reply-js"
async data-wp-strategy="async" fetchpriority="low"></script>
<script id="astra-theme-js-js-extra">
var astra =
{"break_point":"921","isRtl":"","is_scroll_to_id":"1","is_scroll_to_top":"1","is_header_footer_bu
ilder_active":"1","responsive_cart_click":"flyout","is_dark_palette":"","revealEffectEnable":"","
edit_post_url":"https://somm.us/wp-admin/post.php?post=
{{id}}&action=edit","ajax_url":"https://somm.us/wp-admin/admin-
ajax.php","infinite_count":"2","infinite_total":"0","pagination":"number","infinite_scroll_event"
:"scroll","no_more_post_message":"No more posts to show.","grid_layout":
{"desktop":3,"tablet":1,"mobile":1},"site_url":"https://somm.us","blogArchiveTitleLayout":"layout
-2","blogArchiveTitleOn":"1","show_comments":"Show
Comments","enableHistoryPushState":"1","masonryEnabled":"1","blogMasonryBreakPoint":"0"};
//# sourceURL=astra-theme-js-js-extra
</script>
<script src="https://somm.us/wp-content/themes/astra/assets/js/minified/frontend.min.js?
ver=4.12.6" id="astra-theme-js-js"></script>
<script src="https://somm.us/wp-includes/js/jquery/ui/core.min.js?ver=1.13.3" id="jquery-ui-core-
js"></script>
<script src="https://somm.us/wp-includes/js/jquery/ui/mouse.min.js?ver=1.13.3" id="jquery-ui-
mouse-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress/node_modules/jquery-ui-touch-
punch/jquery.ui.touch-punch.min.js?ver=1.7.22" id="jquery-ui-touch-punch-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress/node_modules/blueimp-file-
upload/js/jquery.fileupload.js?ver=1.7.22" id="fileupload-js"></script>
<script src="https://somm.us/wp-
content/plugins/hivepress/node_modules/@fancyapps/fancybox/dist/jquery.fancybox.min.js?
ver=1.7.22" id="fancybox-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress/node_modules/slick-
carousel/slick/slick.min.js?ver=1.7.22" id="slick-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress/node_modules/sticky-
sidebar/dist/jquery.sticky-sidebar.min.js?ver=1.7.22" id="sticky-sidebar-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress/node_modules/php-date-formatter/js/php-
date-formatter.min.js?ver=1.7.22" id="php-date-formatter-js"></script>
<script src="https://somm.us/wp-
content/plugins/hivepress/node_modules/flatpickr/dist/flatpickr.min.js?ver=1.7.22" id="flatpickr-
js"></script>
<script src="https://somm.us/wp-
content/plugins/hivepress/node_modules/select2/dist/js/select2.full.min.js?ver=1.7.22"
id="select2-full-js"></script>
<script id="intl-tel-input-js-extra">
var intlTelInputData = {"utilsURL":"https://somm.us/wp-
content/plugins/hivepress/node_modules/intl-tel-input/build/js/utils.js"};
//# sourceURL=intl-tel-input-js-extra
</script>
<script src="https://somm.us/wp-content/plugins/hivepress/node_modules/intl-tel-
input/build/js/intlTelInput.min.js?ver=1.7.22" id="intl-tel-input-js"></script>
<script src="https://somm.us/wp-includes/js/jquery/ui/sortable.min.js?ver=1.13.3" id="jquery-ui-
sortable-js"></script>
<script id="hivepress-core-js-extra">
var hivepressCoreData = {"apiURL":"https://somm.us/wp-
json/hivepress/v1","apiNonce":"64677d6c89","language":"en"};
//# sourceURL=hivepress-core-js-extra
</script>
<script src="https://somm.us/wp-content/plugins/hivepress/assets/js/common.min.js?ver=1.7.22"
id="hivepress-core-js"></script>
```

App. 3715

```
<script src="https://somm.us/wp-includes/js/dist/hooks.min.js?ver=dd5603f07f9220ed27f1" id="wp-hooks-js"></script>
<script src="https://somm.us/wp-includes/js/dist/i18n.min.js?ver=c26c3dc7bed366793375" id="wp-i18n-js"></script>
<script id="wp-i18n-js-after">
wp.i18n.setLocaleData( { 'text direction\u0004ltr': [ 'ltr' ] } );
//# sourceURL=wp-i18n-js-after
</script>
<script id="password-strength-meter-js-extra">
var pwsL10n = {"unknown":"Password strength unknown","short":"Very weak","bad":"Weak","good":"Medium","strong":"Strong","mismatch":"Mismatch"};
//# sourceURL=password-strength-meter-js-extra
</script>
<script src="https://somm.us/wp-admin/js/password-strength-meter.min.js?ver=6.9.4" id="password-strength-meter-js"></script>
<script src="https://somm.us/wp-includes/js/jquery/ui/slider.min.js?ver=1.13.3" id="jquery-ui-slider-js"></script>
<script src="https://somm.us/wp-includes/js/imagesloaded.min.js?ver=5.0.0" id="imagesloaded-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress/assets/js/frontend.min.js?ver=1.7.22" id="hivepress-core-frontend-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress-geolocation/assets/js/markerclustererplus.min.js?ver=1.3.10" id="markerclustererplus-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress-geolocation/assets/js/oms.min.js?ver=1.3.10" id="markerspiderfier-js"></script>
<script src="https://somm.us/wp-includes/js/jquery/ui/menu.min.js?ver=1.13.3" id="jquery-ui-menu-js"></script>
<script src="https://somm.us/wp-includes/js/dist/dom-ready.min.js?ver=f77871ff7694fffea381" id="wp-dom-ready-js"></script>
<script src="https://somm.us/wp-includes/js/dist/a11y.min.js?ver=cb460b4676c94bd228ed" id="wp-a11y-js"></script>
<script src="https://somm.us/wp-includes/js/jquery/ui/autocomplete.min.js?ver=1.13.3" id="jquery-ui-autocomplete-js"></script>
<script id="hivepress-geolocation-js-extra">
var hivepressGeolocationData = {"assetURL":"https://somm.us/wp-content/plugins/hivepress-geolocation/assets"};
//# sourceURL=hivepress-geolocation-js-extra
</script>
<script src="https://somm.us/wp-content/plugins/hivepress-geolocation/assets/js/common.min.js?ver=1.3.10" id="hivepress-geolocation-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress-reviews/node_modules/raty-js/lib/jquery.raty.js?ver=1.4.0" id="raty-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress-reviews/assets/js/frontend.min.js?ver=1.4.0" id="hivepress-reviews-frontend-js"></script>
<script src="https://somm.us/wp-content/plugins/hivepress/node_modules/select2/dist/js/i18n/en.js?ver=1.7.22" id="select2-en-js"></script>
<script id="uagb-loop-builder-js-extra">
var uagb_loop_builder = {"ajax_url":"https://somm.us/wp-admin/admin-ajax.php","post_id":"114033","nonce":"a8c6937087"};
//# sourceURL=uagb-loop-builder-js-extra
</script>
<script src="https://somm.us/wp-content/plugins/spectra-pro/assets/js/loop-builder.js?ver=1.2.10" id="uagb-loop-builder-js"></script>
<script src="https://somm.us/wp-includes/js/masonry.min.js?ver=4.2.2" id="masonry-js"></script>
<script src="https://somm.us/wp-includes/js/jquery/jquery.masonry.min.js?ver=3.1.2b" id="jquery-masonry-js"></script>
<script id="astra-addon-js-js-extra">
var astraAddon = {"is_elementor_active":"","sticky_active":"1","svgIconClose":"\u003Cspan class=\"ast-icon icon-close\"\u003E\u003Csvg viewBox=\"0 0 512 512\" aria-hidden=\"true\" role=\"img\" version=\"1.1\" xmlns=\"http://www.w3.org/2000/svg\" xmlns:xlink=\"http://www.w3.org/1999/xlink\" width=\"18px\" height=\"18px\"\u003E\n
\u003Cpath d=\"M71.029 71.029c9.373-9.372 24.569-9.372 33.942 0L256 222.059l151.029-151.03c9.373-9.372 24.569-9.372 33.942 0 9.372 9.373 9.372 24.569 0 33.942L289.941 256l151.03 151.029c9.372
```

App. 3716

```
9.373 9.372 24.569 0 33.942-9.373 9.372-24.569 9.372-33.942 0L256 289.941l-151.029 151.03c-9.373 9.372-24.569 9.372-33.942 0-9.372-9.373-9.372-24.569 0-33.942L222.059 256 71.029 104.971c-9.372-9.373-9.372-24.569 0-33.942z\" /\u003E\n
\u003C/svg\u003E\u003C/span\u003E","hf_account_show_menu_on":"hover","hf_account_action_type":"link","hf_account_logout_action":"link","header_main_stick":"1","header_above_stick":"1","header_below_stick":"1","stick_header_meta":"","header_main_stick_meta":"","header_above_stick_meta":"","header_below_stick_meta":"","sticky_header_on_devices":"both","sticky_header_style":"fade","sticky_hide_on_scroll":"0","break_point":"921","tablet_break_point":"921","mobile_break_point":"544","header_main_shrink":"","header_animation_effect":"fade","header_logo_width":"","responsive_header_logo_width":
{"desktop":148,"tablet":"","mobile":""},"stick_origin_position":"","site_layout":"ast-full-width-layout","site_content_width":"1240","site_layout_padded_width":"1200","site_layout_box_width":"1200","header_builder_active":"1","component_limit":"10","is_header_builder_active":"1"};
//# sourceURL=astra-addon-js-js-extra
</script>
<script src="https://somm.us/wp-content/uploads/astra-addon/astra-addon-69bdf150bc4712-35041373.js?ver=4.12.4" id="astra-addon-js-js"></script>
<script src="https://somm.us/wp-content/plugins/astra-addon/assets/js/minified/purify.min.js?ver=4.12.4" id="astra-dom-purify-js"></script>
<script id="newsletter-js-extra">
var newsletter_data = {"action_url":"https://somm.us/wp-admin/admin-ajax.php"};
//# sourceURL=newsletter-js-extra
</script>
<script src="https://somm.us/wp-content/plugins/newsletter/main.js?ver=9.1.7" id="newsletter-js">
</script>
    </body>
</html>

<!-- plugin=object-cache-pro client=phpredis metric#hits=9654 metric#misses=22 metric#hit-ratio=99.8 metric#bytes=5527822 metric#prefetches=0 metric#store-reads=230 metric#store-writes=118 metric#store-hits=284 metric#store-misses=6 metric#sql-queries=45 metric#ms-total=2096.64 metric#ms-cache=35.63 metric#ms-cache-avg=0.1027 metric#ms-cache-ratio=1.7 sample#redis-hits=97400555 sample#redis-misses=10783499 sample#redis-hit-ratio=90.0 sample#redis-ops-per-sec=188 sample#redis-evicted-keys=0 sample#redis-used-memory=17627416 sample#redis-used-memory-rss=8650752 sample#redis-memory-fragmentation-ratio=0.5 sample#redis-connected-clients=1 sample#redis-tracking-clients=0 sample#redis-rejected-connections=0 sample#redis-keys=8478 -->
```

**App. 3717**

# EXHIBIT D

Line wrap ☑

```
<!DOCTYPE html> <!--[if IE 7]><html class="ie ie7" lang="en-US"> <![endif]--> <!--[if IE 8]><html
class="ie ie8" lang="en-US"> <![endif]--> <!--[if !(IE 7) & !(IE 8)]><!--><html lang="en-US"> <!-
-<![endif]--><head><script src="//archive.org/includes/athena.js" type="text/javascript">
</script>
<script type="text/javascript">window.addEventListener('DOMContentLoaded',function(){var
v=archive_analytics.values;v.service='wb';v.server_name='wwwb-
app204.us.archive.org';v.server_ms=257;archive_analytics.send_pageview({});});</script>
<script type="text/javascript" src="https://web-static.archive.org/_static/js/bundle-playback.js?
v=2N_sDSC0" charset="utf-8"></script>
<script type="text/javascript" src="https://web-static.archive.org/_static/js/wombat.js?
v=txqj7nKC" charset="utf-8"></script>
<script>window.RufflePlayer=window.RufflePlayer||{};window.RufflePlayer.config=
{"autoplay":"on","unmuteOverlay":"hidden","showSwfDownload":true};</script>
<script type="text/javascript" src="https://web-static.archive.org/_static/js/ruffle/ruffle.js">
</script>
<script type="text/javascript">
    __wm.init("https://web.archive.org/web");
  __wm.wombat("https://www.somm.us/what-am-i-drinking-wine-
school/","20200519051751","https://web.archive.org/","web","https://web-
static.archive.org/_static/",
          "1589865471");
</script>
<link rel="stylesheet" type="text/css" href="https://web-static.archive.org/_static/css/banner-
styles.css?v=1utQkbB3" />
<link rel="stylesheet" type="text/css" href="https://web-
static.archive.org/_static/css/iconochive.css?v=3PDvdIFv" />
<!-- End Wayback Rewrite JS Include -->
<meta charset="UTF-8"/><meta name="viewport" content="width=device-width, initial-scale=1"><link
rel="profile" href="http://gmpg.org/xfn/11"/><link media="all"
href="https://web.archive.org/web/20200519051751cs_/https://www.somm.us/wp-
content/cache/autoptimize/css/autoptimize_3d602c23a24670553a3e19d678e58426.css"
rel="stylesheet"/><title>What Am I Drinking?! Wine School : Sommelier School Reviews</title><meta
name="description" content="  When we heard about a new wine school opening up in Philadelphia,
we had great expectations. Philly has become one of the greatest towns for wine • Sommelier
School Reviews s • Philadelphia, Philly, What Am I Drinking, wine school"/><meta name="robots"
content="index, follow"/><meta name="googlebot" content="index, follow, max-snippet:-1, max-
image-preview:large, max-video-preview:-1"/><meta name="bingbot" content="index, follow, max-
snippet:-1, max-image-preview:large, max-video-preview:-1"/><link rel="canonical"
href="https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-
school/"/><meta property="og:locale" content="en_US"/><meta property="og:type"
content="article"/><meta property="og:title" content="What Am I Drinking?! Wine School :
Sommelier School Reviews"/><meta property="og:description" content="  When we heard about a new
wine school opening up in Philadelphia, we had great expectations. Philly has become one of the
greatest towns for wine • Sommelier School Reviews s • Philadelphia, Philly, What Am I Drinking,
wine school"/><meta property="og:url"
content="https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-
school/"/><meta property="og:site_name" content="SOMM • Reviews of Sommelier Courses and Wine
Schools"/><meta property="article:published_time" content="2019-04-05T19:50:11+00:00"/><meta
property="article:modified_time" content="2019-04-07T18:19:26+00:00"/><meta property="og:image"
content="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school.png"/><meta property="og:image:width"
content="246"/><meta property="og:image:height" content="246"/><meta name="twitter:card"
content="summary_large_image"/> <script type="application/ld+json" class="yoast-schema-graph">
{"@context":"https://web.archive.org/web/20200519051751/https://schema.org","@graph":
[{"@type":"Organization","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/#o
rganization","name":"SOMM","url":"https://web.archive.org/web/20200519051751/https://www.somm.us/
","sameAs":[],"logo":
{"@type":"ImageObject","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/#log
o","inLanguage":"en-US","url":"https://web.archive.org/web/20200519051751/https://www.somm.us/wp-
content/uploads/2017/09/cropped-somm-
logo.jpg","width":100,"height":100,"caption":"SOMM"},"image":
{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/#logo"}},
{"@type":"WebSite","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/#website
","url":"https://web.archive.org/web/20200519051751/https://www.somm.us/","name":"SOMM \u2022
```

App. 3719

Reviews of Sommelier Courses and Wine Schools","description":"Reviews of  Sommelier Education in America","publisher":
{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/#organization"},"potentialAction":
[{"@type":"SearchAction","target":"https://web.archive.org/web/20200519051751/https://www.somm.us/?s={search_term_string}","query-input":"required name=search_term_string"}],"inLanguage":"en-US"},
{"@type":"ImageObject","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#primaryimage","inLanguage":"en-US","url":"https://web.archive.org/web/20200519051751/https://www.somm.us/wp-content/uploads/2019/04/what-am-i-drinking-wine-school.png","width":246,"height":246,"caption":"what am i drinking wine school"},
{"@type":"WebPage","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#webpage","url":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/","name":"What Am I Drinking?! Wine School : Sommelier School Reviews","isPartOf":
{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/#website"},"primaryImageOfPage":{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#primaryimage"},"datePublished":"2019-04-05T19:50:11+00:00","dateModified":"2019-04-07T18:19:26+00:00","description":"  When we heard about a new wine school opening up in Philadelphia, we had great expectations. Philly has become one of the greatest towns for wine • Sommelier School Reviews s • Philadelphia, Philly, What Am I Drinking, wine school","breadcrumb":{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#breadcrumb"},"inLanguage":"en-US","potentialAction":
[{"@type":"ReadAction","target":
["https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/"]}]},
{"@type":"BreadcrumbList","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#breadcrumb","itemListElement":
[{"@type":"ListItem","position":1,"item":
{"@type":"WebPage","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/","url":"https://web.archive.org/web/20200519051751/https://www.somm.us/","name":"Sommelier Schools and Certifications"}},{"@type":"ListItem","position":2,"item":
{"@type":"WebPage","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/blog/","url":"https://web.archive.org/web/20200519051751/https://www.somm.us/blog/","name":"The SOMM Blog"}},{"@type":"ListItem","position":3,"item":
{"@type":"WebPage","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/reviews/schools/","url":"https://web.archive.org/web/20200519051751/https://www.somm.us/reviews/schools/","name":"Sommelier School Reviews"}},{"@type":"ListItem","position":4,"item":
{"@type":"WebPage","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/","url":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/","name":"What Am I Drinking?! Wine School"}}]},
{"@type":"Article","@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#article","isPartOf":
{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#webpage"},"author":
{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/#/schema/person/4df860c629f522cc3979e4f4416dff70"},"headline":"What Am I Drinking?! Wine School","datePublished":"2019-04-05T19:50:11+00:00","dateModified":"2019-04-07T18:19:26+00:00","commentCount":"3","mainEntityOfPage":
{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#webpage"},"publisher":
{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/#organization"},"image":
{"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#primaryimage"},"keywords":"Philadelphia,Philly,What Am I Drinking,wine school","articleSection":"Sommelier School Reviews","inLanguage":"en-US","potentialAction":
[{"@type":"CommentAction","name":"Comment","target":
["https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#respond"]}]},{"@type":
["Person"],"@id":"https://web.archive.org/web/20200519051751/https://www.somm.us/#/schema/person/4df860c629f522cc3979e4f4416dff70","name":"G. Osborne"}]}</script> <link rel="dns-prefetch" href="//web.archive.org/web/20200519051751/https://fonts.googleapis.com/"/><link rel="dns-prefetch" href="//web.archive.org/web/20200519051751/https://s.w.org/"/><link rel="alternate"

App. 3720

```
type="application/rss+xml" title="SOMM • Reviews of Sommelier Courses and Wine Schools » Feed"
href="https://web.archive.org/web/20200519051751/https://www.somm.us/feed/"/><link
rel="alternate" type="application/rss+xml" title="SOMM • Reviews of Sommelier Courses and Wine
Schools » Comments Feed"
href="https://web.archive.org/web/20200519051751/https://www.somm.us/comments/feed/"/><link
rel="alternate" type="application/rss+xml" title="SOMM • Reviews of Sommelier Courses and Wine
Schools » What Am I Drinking?!  Wine School Comments Feed"
href="https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-
school/feed/"/> <script type="text/javascript">window._wpemojiSettings =
{"baseUrl":"https:\/\/web.archive.org\/web\/20200519051751\/https:\/\/s.w.org\/images\/core\/emoj
i\/12.0.0-
1\/72x72\/","ext":".png","svgUrl":"https:\/\/web.archive.org\/web\/20200519051751\/https:\/\/s.w.
org\/images\/core\/emoji\/12.0.0-1\/svg\/","svgExt":".svg","source":
{"concatemoji":"https:\/\/web.archive.org\/web\/20200519051751\/https:\/\/www.somm.us\/wp-
includes\/js\/wp-emoji-release.min.js?ver=5.4.1"}};
            /*! This file is auto-generated */
            !function(e,a,t){var
r,n,o,i,p=a.createElement("canvas"),s=p.getContext&&p.getContext("2d");function c(e,t){var
a=String.fromCharCode;s.clearRect(0,0,p.width,p.height),s.fillText(a.apply(this,e),0,0);var
r=p.toDataURL();return
s.clearRect(0,0,p.width,p.height),s.fillText(a.apply(this,t),0,0),r===p.toDataURL()}function l(e)
{if(!s||!s.fillText)return!1;switch(s.textBaseline="top",s.font="600 32px Arial",e)
{case"flag":return!c([127987,65039,8205,9895,65039],[127987,65039,8203,9895,65039])&&
(!c([55356,56826,55356,56819],
[55356,56826,8203,55356,56819])&&!c([55356,57332,56128,56423,56128,56418,56128,56421,56128,56430,
56128,56423,56128,56447],
[55356,57332,8203,56128,56423,8203,56128,56418,8203,56128,56421,8203,56128,56430,8203,56128,56423
,8203,56128,56447]));case"emoji":return!c([55357,56424,55356,57342,8205,55358,56605,8205,55357,56
424,55356,57340],
[55357,56424,55356,57342,8203,55358,56605,8203,55357,56424,55356,57340])}return!1}function d(e)
{var
t=a.createElement("script");t.src=e,t.defer=t.type="text/javascript",a.getElementsByTagName("head
")[0].appendChild(t)}for(i=Array("flag","emoji"),t.supports=
{everything:!0,everythingExceptFlag:!0},o=0;o<i.length;o++)t.supports[i[o]]=l(i[o]),t.supports.ev
erything=t.supports.everything&&t.supports[i[o]],"flag"!==i[o]&&
(t.supports.everythingExceptFlag=t.supports.everythingExceptFlag&&t.supports[i[o]]);t.supports.ev
erythingExceptFlag=t.supports.everythingExceptFlag&&!t.supports.flag,t.DOMReady=!1,t.readyCallbac
k=function(){t.DOMReady=!0},t.supports.everything||(n=function()
{t.readyCallback()},a.addEventListener?
(a.addEventListener("DOMContentLoaded",n,!1),e.addEventListener("load",n,!1)):
(e.attachEvent("onload",n),a.attachEvent("onreadystatechange",function()
{"complete"===a.readyState&&t.readyCallback()})),(r=t.source||{}).concatemoji?
d(r.concatemoji):r.wpemoji&&r.twemoji&&(d(r.twemoji),d(r.wpemoji)))}
(window,document,window._wpemojiSettings);</script> <link rel="stylesheet" id="tt-easy-google-
fonts-css" href="https://web.archive.org/web/20200519051751cs_/https://fonts.googleapis.com/css?
family=Source+Serif+Pro%3Aregular&amp;subset=latin%2Call&amp;ver=5.4.1" type="text/css"
media="all"/><link rel="stylesheet" id="spacious_googlefonts-css"
href="//web.archive.org/web/20200519051751cs_/https://fonts.googleapis.com/css?
family=Lato&amp;ver=5.4.1" type="text/css" media="all"/> <script type="text/javascript">var
SDT_DATA = {"ajaxurl":"https:\/\/web.archive.org\/web\/20200519051751\/https:\/\/www.somm.us\/wp-
admin\/admin-
ajax.php","siteUrl":"https:\/\/web.archive.org\/web\/20200519051751\/https:\/\/www.somm.us\/","pl
uginsUrl":"https:\/\/web.archive.org\/web\/20200519051751\/https:\/\/www.somm.us\/wp-
content\/plugins","isAdmin":""};</script> <script type="text/javascript"
src="https://web.archive.org/web/20200519051751js_/https://www.somm.us/wp-
includes/js/jquery/jquery.js?ver=1.12.4-wp"></script> <script type="text/javascript">var
DTGS_NONCE_FRONTEND = "2c3d75d66c"</script> <!--[if lte IE 8]> <script type='text/javascript'
src='https://www.somm.us/wp-content/themes/spacious/js/html5shiv.min.js?ver=5.4.1'></script> <!
[endif]--><link rel="https://api.w.org/" href="https://www.somm.us/wp-json/"/><link rel="EditURI"
type="application/rsd+xml" title="RSD" href="https://www.somm.us/xmlrpc.php?rsd"/><link
rel="wlwmanifest" type="application/wlwmanifest+xml" href="https://www.somm.us/wp-
includes/wlwmanifest.xml"/><meta name="generator" content="WordPress 5.4.1"/><link
rel="shortlink" href="https://web.archive.org/web/20200519051751/https://www.somm.us/?p=114033"/>
<link rel="alternate" type="application/json+oembed"
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wp-json/oembed/1.0/embed?
```

App. 3721

```
url=https%3A%2F%2Fwww.somm.us%2Fwhat-am-i-drinking-wine-school%2F"/><link rel="alternate"
type="text/xml+oembed" href="https://web.archive.org/web/20200519051751/https://www.somm.us/wp-
json/oembed/1.0/embed?url=https%3A%2F%2Fwww.somm.us%2Fwhat-am-i-drinking-wine-
school%2F&amp;format=xml"/><link rel="pingback" href="https://www.somm.us/xmlrpc.php"><link
rel="icon" href="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2017/09/cropped-favicon-32x32.png" sizes="32x32"/><link rel="icon"
href="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2017/09/cropped-favicon-192x192.png" sizes="192x192"/><link rel="apple-touch-
icon" href="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2017/09/cropped-favicon-180x180.png"/><meta name="msapplication-TileImage"
content="https://www.somm.us/wp-content/uploads/2017/09/cropped-favicon-270x270.png"/>  <script>
(function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
    (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new Date();a=s.createElement(o),
    m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
})(window,document,'script','https://web.archive.org/web/20200519051751/https://www.google-
analytics.com/analytics.js','ga');
  ga('create', 'UA-245085-10', 'auto');
  ga('send', 'pageview');</script> </head><body class="post-template-default single single-post
postid-114033 single-format-standard wp-custom-logo no-sidebar-full-width blog-medium narrow-
978"><!-- BEGIN WAYBACK TOOLBAR INSERT -->
<script>__wm.rw(0);</script>
<div id="wm-ipp-base" lang="en" style="display:none;direction:ltr;" toolbar-mode="auto">
<div id="wm-ipp" style="position:fixed;left:0;top:0;right:0;">
<div id="donato" style="position:relative;width:100%;height:0;">
  <div id="donato-base">
    <iframe id="donato-if" src="https://archive.org/includes/donate.php?
as_page=1&amp;platform=wb&amp;referer=https%3A//web.archive.org/web/20200519051751/https%3A/www.s
omm.us/what-am-i-drinking-wine-school/"
        scrolling="no" frameborder="0" style="width:100%; height:100%">
    </iframe>
  </div>
</div><div id="wm-ipp-inside">
  <div id="wm-toolbar" style="position:relative;display:flex;flex-flow:row nowrap;justify-
content:space-between;" nav="async">
    <div id="wm-logo" style="/*width:110px;*/padding-top:12px;">
      <a href="/web/" title="Wayback Machine home page"><img src="https://web-
static.archive.org/_static/images/toolbar/wayback-toolbar-logo-200.png" srcset="https://web-
static.archive.org/_static/images/toolbar/wayback-toolbar-logo-100.png, https://web-
static.archive.org/_static/images/toolbar/wayback-toolbar-logo-150.png 1.5x, https://web-
static.archive.org/_static/images/toolbar/wayback-toolbar-logo-200.png 2x" alt="Wayback Machine"
style="width:100px" border="0" /></a>
    </div>
    <div class="c" style="display:flex;flex-flow:column nowrap;justify-content:space-
between;flex:1;">
      <form class="u" style="display:flex;flex-direction:row;flex-wrap:nowrap;" target="_top"
method="get" action="/web/submit" name="wmtb" id="wmtb"><input type="text" name="url"
id="wmtbURL" value="https://www.somm.us/what-am-i-drinking-wine-school/"
onfocus="this.focus();this.select();" style="flex:1;"/><input type="hidden" name="type"
value="replay" /><input type="hidden" name="date" value="20200519051751" /><input type="submit"
value="Go" />
      </form>
      <div style="display:flex;flex-flow:row nowrap;align-items:flex-end;">
                <div class="s" id="wm-nav-captures" style="flex:1;">
                    <a class="t" href="/web/20200519051751*/https://www.somm.us/what-am-i-
drinking-wine-school/" title="See a list of every capture for this URL">7 captures</a>
          <div class="r" title="Timespan for captures of this URL">19 May 2020 - 17 Sep
2024</div>
          </div>
        <div class="k">
          <a href="" id="wm-graph-anchor">
            <div id="wm-ipp-sparkline" title="Explore captures for this URL" style="position:
relative">
              <canvas id="wm-sparkline-canvas" width="775" height="27" border="0"></canvas>
            </div>
          </a>
```

```
        </div>
      </div>
    </div>
    <div class="n">
      <table>
        <tbody>
          <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
          <tr class="m">
            <td class="b" nowrap="nowrap">Apr</td>
            <td class="c" id="displayMonthEl" title="You are here: 05:17:51 May 19, 2020">MAY</td>
            <td class="f" nowrap="nowrap">Jun</td>
          </tr>
          <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
          <tr class="d">
            <td class="b" nowrap="nowrap"><span class="ta"></span></td>
            <td class="c" id="displayDayEl" style="width:34px;font-size:22px;white-space:nowrap;" title="You are here: 05:17:51 May 19, 2020">19</td>
            <td class="f" nowrap="nowrap"><span class="ta"></span></td>
          </tr>
          <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
          <tr class="y">
            <td class="b" nowrap="nowrap">2019</td>
            <td class="c" id="displayYearEl" title="You are here: 05:17:51 May 19, 2020">2020</td>
            <td class="f" nowrap="nowrap">2021</td>
          </tr>
        </tbody>
      </table>
    </div>
    <div class="r" style="display:flex;flex-flow:column nowrap;align-items:flex-end;justify-content:space-between;">
      <div id="wm-btns" style="text-align:right;height:23px;">
                <span class="xxs">
          <div id="wm-save-snapshot-success">success</div>
          <div id="wm-save-snapshot-fail">fail</div>
          <a id="wm-save-snapshot-open" href="#" title="Share via My Web Archive" >
            <span class="iconochive-web"></span>
          </a>
          <a href="https://archive.org/account/login.php" title="Sign In" id="wm-sign-in">
            <span class="iconochive-person"></span>
          </a>
          <span id="wm-save-snapshot-in-progress" class="iconochive-web"></span>
        </span>
                <a class="xxs" href="https://help.archive.org/help/category/the-wayback-machine/" title="Get some help using the Wayback Machine" style="top:-6px;"><span class="iconochive-question" style="color:rgb(87,186,244);font-size:160%;"></span></a>
        <a id="wm-tb-close" href="#close" style="top:-2px;" title="Close the toolbar"><span class="iconochive-remove-circle" style="color:#888888;font-size:240%;"></span></a>
      </div>
      <div id="wm-share" class="xxs">
        <a href="/web/20200519051751/http://web.archive.org/screenshot/https://www.somm.us/what-am-i-drinking-wine-school/"
           id="wm-screenshot"
           title="screenshot">
          <span class="wm-icon-screen-shot"></span>
        </a>
        <a href="#" id="wm-video" title="video">
          <span class="iconochive-movies"></span>
        </a>
        <a id="wm-share-facebook" href="#" data-url="https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/" title="Share on Facebook" style="margin-right:5px;" target="_blank"><span class="iconochive-facebook" style="color:#3b5998;font-size:160%;"></span></a>
```

App. 3723

```
        <a id="wm-share-twitter" href="#" data-
url="https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-
school/" title="Share on Twitter" style="margin-right:5px;" target="_blank"><span
class="iconochive-twitter" style="color:#1dcaff;font-size:160%;"></span></a>
      </div>
      <div style="padding-right:2px;text-align:right;white-space:nowrap;">
        <a id="wm-expand" class="wm-btn wm-closed" href="#expand"><span id="wm-expand-icon"
class="iconochive-down-solid"></span> <span class="xxs" style="font-size:80%;">About this
capture</span></a>
      </div>
    </div>
  </div>
    <div id="wm-capinfo" style="border-top:1px solid #777;display:none; overflow: hidden">
        <div id="wm-capinfo-notice" source="api"></div>
                <div id="wm-capinfo-collected-by">
    <div style="background-color:#666;color:#fff;font-weight:bold;text-align:center;padding:2px
0;">COLLECTED BY</div>
    <div style="padding:3px;position:relative" id="wm-collected-by-content">
      <div style="display:inline-block;vertical-align:top;width:49%;">
            <span class="c-logo" style="background-
image:url(https://archive.org/services/img/wikipedia-eventstream)"></span>
        <div>Collection: <a style="color:#33f;" href="https://archive.org/details/wikipedia-
eventstream" target="_new"><span class="wm-title">Wikipedia Eventstream</span></a></div>
          </div>
    </div>
    </div>
    <div id="wm-capinfo-timestamps">
    <div style="background-color:#666;color:#fff;font-weight:bold;text-align:center;padding:2px
0;" title="Timestamps for the elements of this page">TIMESTAMPS</div>
    <div>
      <div id="wm-capresources" style="margin:0 5px 5px 5px;max-height:250px;overflow-y:scroll
!important"></div>
      <div id="wm-capresources-loading" style="text-align:left;margin:0 20px 5px
5px;display:none"><img src="https://web-static.archive.org/_static/images/loading.gif"
alt="loading" /></div>
    </div>
    </div>
  </div></div></div></div><div id="wm-ipp-print">The Wayback Machine -
https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-
school/</div>
<script type="text/javascript">//<![CDATA[
__wm.bt(775,27,25,2,"web","https://www.somm.us/what-am-i-drinking-wine-
school/","20200519051751",1996,"https://web-static.archive.org/_static/",["https://web-
static.archive.org/_static/css/banner-styles.css?v=1utQkbB3","https://web-
static.archive.org/_static/css/iconochive.css?v=3PDvdIFv"], false);
  __wm.rw(1);
//]]></script>
<!-- END WAYBACK TOOLBAR INSERT -->
 <div id="page" class="hfeed site"> <a class="skip-link screen-reader-text" href="#main">Skip to
content</a><header id="masthead" class="site-header clearfix spacious-header-display-one"><div
id="wp-custom-header" class="wp-custom-header"><img
src="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2017/09/cropped-somm-header.png" class="header-image" width="1400" height="400"
alt="SOMM • Reviews of Sommelier Courses and Wine Schools"></div><div id="header-text-nav-
container" class=""><div class="inner-wrap" id="spacious-header-display-one"><div id="header-
text-nav-wrap" class="clearfix"><div id="header-left-section"><div id="header-logo-image"> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/" class="custom-logo-link"
rel="home"><img width="100" height="100"
src="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2017/09/cropped-somm-logo-1.jpg" class="custom-logo" alt="SOMM • Reviews of
Sommelier Courses and Wine Schools"
srcset="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2017/09/cropped-somm-logo-1.jpg 100w,
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2017/09/cropped-somm-logo-1-65x65.jpg 65w" sizes="(max-width: 100px) 100vw,
```

App. 3724

```
100px"/></a></div><div id="header-text" class="screen-reader-text"><h3 id="site-title"> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/" title="SOMM • Reviews of
Sommelier Courses and Wine Schools" rel="home">SOMM • Reviews of Sommelier Courses and Wine
Schools</a></h3><p id="site-description">Reviews of  Sommelier Education in America</p></div>
</div><div id="header-right-section"><div class="header-action"></div><nav id="site-navigation"
class="main-navigation clearfix   " role="navigation"><p class="menu-toggle">Menu</p><div
class="menu-primary-container"><ul id="menu-somm-primary-menu" class="menu"><li id="menu-item-
113652" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-has-children
menu-item-113652"><a href="#">Sommelier Certifications</a><ul class="sub-menu"><li id="menu-item-
113646" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-113646"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/sommelier-certification-
101/">Sommelier Certification 101</a></li><li id="menu-item-113974" class="menu-item menu-item-
type-post_type menu-item-object-post menu-item-has-children menu-item-113974"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/court-of-master-
sommeliers/">REVIEW: Court of Master Sommeliers</a><ul class="sub-menu"><li id="menu-item-113973"
class="menu-item menu-item-type-post_type menu-item-object-post menu-item-113973"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/court-master-sommeliers/">An
Introduction to the Court of Master Sommeliers</a></li><li id="menu-item-113975" class="menu-item
menu-item-type-post_type menu-item-object-post menu-item-113975"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/press-release-master-
sommelier-exam/">Cheating Scandal</a></li></ul></li><li id="menu-item-113976" class="menu-item
menu-item-type-post_type menu-item-object-post menu-item-113976"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/national-wine-
school/">REVIEW: National Wine School</a></li><li id="menu-item-113977" class="menu-item menu-
item-type-post_type menu-item-object-post menu-item-113977"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/society-wine-
educators/">REVIEW: Society of Wine Educators</a></li><li id="menu-item-113971" class="menu-item
menu-item-type-post_type menu-item-object-post menu-item-has-children menu-item-113971"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wine-spirit-education-
trust/">REVIEW: Wine &#038; Spirit Education Trust</a><ul class="sub-menu"><li id="menu-item-
113972" class="menu-item menu-item-type-post_type menu-item-object-post menu-item-113972"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wine-spirit-
education/">Introduction to the Wine and Spirit Education Trust</a></li><li id="menu-item-113953"
class="menu-item menu-item-type-post_type menu-item-object-post menu-item-113953"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wset-master-wine/">Master of
Wine</a></li></ul></li><li id="menu-item-113642" class="menu-item menu-item-type-post_type menu-
item-object-page menu-item-113642"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/sommelier-
courses/">Sommelier Course Comparison Chart</a></li></ul></li><li id="menu-item-113653"
class="menu-item menu-item-type-custom menu-item-object-custom menu-item-has-children menu-item-
113653"><a href="#">Wine Schools</a><ul class="sub-menu"><li id="menu-item-113649" class="menu-
item menu-item-type-post_type menu-item-object-page menu-item-113649"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wine-schools/">Wine Schools
in America</a></li><li id="menu-item-113645" class="menu-item menu-item-type-post_type menu-item-
object-page menu-item-113645"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/reviews/">How We Rate Wine
Schools</a></li></ul></li><li id="menu-item-114047" class="menu-item menu-item-type-custom menu-
item-object-custom menu-item-has-children menu-item-114047"><a href="#">Wine Educators</a><ul
class="sub-menu"><li id="menu-item-114048" class="menu-item menu-item-type-post_type menu-item-
object-post menu-item-114048"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wine-educator/">Become a
Wine Educator</a></li><li id="menu-item-114055" class="menu-item menu-item-type-post_type menu-
item-object-post menu-item-114055"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wine-educator-jobs/">Wine
Educator Jobs</a></li></ul></li><li id="menu-item-113685" class="menu-item menu-item-type-custom
menu-item-object-custom menu-item-has-children menu-item-113685"><a href="#">Sommelier Career</a>
<ul class="sub-menu"><li id="menu-item-113689" class="menu-item menu-item-type-post_type menu-
item-object-post menu-item-113689"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/what-is-a-sommelier/">What
is a Sommelier?</a></li><li id="menu-item-113644" class="menu-item menu-item-type-post_type menu-
item-object-page menu-item-113644"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/sommelier-job-
description/">Somm Job Description</a></li><li id="menu-item-113666" class="menu-item menu-item-
type-post_type menu-item-object-post menu-item-113666"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/fake-sommelier/">Are You A
```

```
Fake Somm?</a></li><li id="menu-item-113667" class="menu-item menu-item-type-post_type menu-item-
object-post menu-item-113667"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/master-sommeliers/">The
Master Sommelier</a></li></ul></li><li id="menu-item-113654" class="menu-item menu-item-type-
custom menu-item-object-custom menu-item-has-children menu-item-113654"><a href="#">More</a><ul
class="sub-menu"><li id="menu-item-113648" class="menu-item menu-item-type-post_type menu-item-
object-page menu-item-113648"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/about-somm/">About Somm</a>
</li><li id="menu-item-113668" class="menu-item menu-item-type-post_type menu-item-object-page
current_page_parent menu-item-113668"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/blog/">Our Blog</a></li><li
id="menu-item-113643" class="menu-item menu-item-type-post_type menu-item-object-page menu-item-
113643"><a href="https://web.archive.org/web/20200519051751/https://www.somm.us/educational-
wines/">Educational Wines</a></li><li id="menu-item-113686" class="menu-item menu-item-type-
post_type menu-item-object-post menu-item-113686"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/order-wine-restaurant/">How
to Order Wine at a Restaurant</a></li></ul></li></ul></div></nav></div></div></div></div><div
class="header-post-title-container clearfix"><div class="inner-wrap"><div class="post-title-
wrapper"><h1 class="header-post-title-class">What Am I Drinking?!  Wine School</h1></div></div>
</div></header><div id="main" class="clearfix"><div class="inner-wrap"><div id="primary"><div
id="content" class="clearfix"><article id="post-114033" class="post-114033 post type-post status-
publish format-standard has-post-thumbnail hentry category-schools tag-philadelphia tag-philly
tag-what-am-i-drinking tag-wine-school"><div class="entry-content clearfix"><p><img class="size-
full wp-image-114028 aligncenter"
src="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school.png" alt="what am i drinking wine school"
width="246" height="246"
srcset="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school.png 246w,
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school-150x150.png 150w,
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school-65x65.png 65w,
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school-230x230.png 230w" sizes="(max-width:
246px) 100vw, 246px"/></p><p><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wp-
content/uploads/2019/04/serena-zelenzny.png"><img class="aligncenter wp-image-114038 size-large"
src="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/serena-zelenzny-1024x807.png" alt="Serena Zelezny Marketing" width="750"
height="591" srcset="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/serena-zelenzny-1024x807.png 1024w,
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/serena-zelenzny-150x118.png 150w,
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/serena-zelenzny-300x236.png 300w,
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/serena-zelenzny-768x605.png 768w,
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/serena-zelenzny.png 1126w" sizes="(max-width: 750px) 100vw, 750px"/></a>
</p><p> </p><p>When we heard about a new wine school opening up in Philadelphia, we had
great expectations. Philly has become one of the greatest towns for wine education. <em>What Am I
Drinking?!</em> is using a sophisticated website and has a brick-and-mortar facility in Bryn
Mawr, a wealthy suburb.</p><p>Plus, the owner&#8217;s bio states she is a wine industry veteran
from California who had relocated to the East Coast to teach about wine.  When the school opened
in April 2017, it looked like it would be a huge hit.</p><p>Since opening, this wine school has
built a following, albeit a small one. At this point, they do not offer sommelier certifications
or professional training. The classes offered are reasonably priced 90-minute classes on various
subjects: sparkling, natural wines, decoding wine lingo, and a class called &#8220;Ladies' Night:
Rosé&#8221;.    All in all, <em>What Am I Drinking?!</em> isn&#8217;t the pinnacle of wine
education, but that is not their goal. Instead, they offer a fun wine-centric night out.</p>
<p>With that in mind,  you may wonder why we are giving <em>What Am I Drinking?!</em> the lowest
grade ever at SOMM. The reason is quite simple: the owner violated the cardinal rule of the wine
trade.  Our industry has always been one of communal support and mutual success. People and
companies which break that code are punished. During a wine tasting in late 2018 we attended,
```

App. 3726

```
Serena Zelezny spent more time significant time throwing shade at members of the wine community.
After that class, we followed up with former students and heard similar complaints.</p><p>One of
the major reasons for the poor conduct we saw first-hand is likely due to the fact that Serena
Zelezny is not actually apart of the wine trade: she&#8217;s a marketing professional. Prior to
living in Philadelphia, she lived and worked with her husband in Tucson, Arizona. She worked in
public relations and taught marketing part-time. It was s profession she has over 20 years of
experience in.   In 2013, her husband accepted a job at Drexel University&#8217;s Lebow College
Of Business (in Philadelphia) and they moved across the country.</p><p>In her LinkedIn profile,
she states:</p><blockquote><p>Equipped with years of experience working in wineries, wine bars,
and as a wine journalist, and coursework at wine schools in California, she has passed advanced
examinations with both the Wine and Spirits Education Trust and Society of Wine Educators.</p>
</blockquote><p>We attempted to verify that claim, but we did not find any records of her working
in the wine trade. The only records we have found is that by 2015, she started taking wine
classes and had earned a low-level sommelier certification.  In fact, she doesn&#8217;t mention
any wine related experience at all in her own bio (as of March 2019, see the screenshot above)
</p><p>While we hope Serena  Zelezny has success, we encourage her to adopt a more supportive and
holistic approach to wine education.  At that point, we will reconsider our rating.</p><p> 
</p><figure id="attachment_114037" aria-describedby="caption-attachment-114037" style="width:
276px" class="wp-caption aligncenter"><img class="wp-image-114037 size-medium"
src="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835-276x300.png"
alt="what am i drinking wine school-building" width="276" height="300"
srcset="https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835-276x300.png 276w, 
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835-138x150.png 138w, 
https://web.archive.org/web/20200519051751im_/https://www.somm.us/wp-
content/uploads/2019/04/what-am-i-drinking-wine-school-building-e1554495827835.png 726w" sizes="
(max-width: 276px) 100vw, 276px"/><figcaption id="caption-attachment-114037" class="wp-caption-
text">Headquarters of the &#8220;What Am I Drinking&#8221; Wine School</figcaption></figure><div
id="review" class="review-wrapper wp-review-114033 wp-review-percentage-type wp-review-default-
template wp-review-box-full-width"><div class="review-heading"><h5 class="review-title"> What Am
I Drinking?!  Wine School</h5></div><ul class="review-list"><li><div class="review-percentage">
<div class="review-result-wrapper" style="background-color: #95bae0;"><div class="review-result"
style="width:25%; background-color: #1e73be;"></div><div class="review-result-text" style="color:
#e7e7e7;">25%</div></div></div> <span>Quality of Instruction - <span>25%</span></span></li></ul>
<div class="review-total-wrapper"> <span class="review-total-box">25%</span></div><div
class="review-desc"><p class="review-summary-title"><strong>A Wine School in Name Only</strong>
</p><p>A wine school in name only. We hope that  What Am I Drinking is not a harbinger of things
to come: promotion and marketing in the guise of education.  The owner&#8217;s willingness to
throw shade on other wine schools puts the nail in the coffin.</p></div><div class="user-review-
area visitors-review-area"><div class="wp-review-user-rating wp-review-user-rating-star"><div
id="wp-review-star-rating-4919" class="wp-review-rating-input review-star" data-post-id="114033"
data-token="8fc2584dcb"><div class="wp-review-loading-msg"> <span class="animate-spin fa fa-
spinner"></span> Sending</div><div class="review-result-wrapper"> <span data-input-value="1"
title="1/5"><i class="mts-icon-star"></i></span><span data-input-value="2" title="2/5"><i
class="mts-icon-star"></i></span><span data-input-value="3" title="3/5"><i class="mts-icon-star">
</i></span><span data-input-value="4" title="4/5"><i class="mts-icon-star"></i></span><span data-
input-value="5" title="5/5"><i class="mts-icon-star"></i></span><div class="review-result"
style="width:60%;"> <i class="mts-icon-star"></i><i class="mts-icon-star"></i><i class="mts-icon-
star"></i><i class="mts-icon-star"></i><i class="mts-icon-star"></i></div></div> <input
type="hidden" class="wp-review-user-rating-val" name="wp-review-user-rating-val" value="3"/>
<input type="hidden" class="wp-review-user-rating-nonce" value="8fc2584dcb"/> <input
type="hidden" class="wp-review-user-rating-postid" value="114033"/></div></div><div class="user-
total-wrapper"><h5 class="user-review-title">User Review</h5> <span class="review-total-box">
<span class="wp-review-user-rating-total">3</span> <small>(<span class="wp-review-user-rating-
counter">2</span> votes)</small> </span></div></div></div><div class="extra-hatom-entry-title">
<span class="entry-title">What Am I Drinking?!  Wine School</span></div><div class="tags"> Tagged
on: <a href="https://web.archive.org/web/20200519051751/https://www.somm.us/tag/philadelphia/"
rel="tag">Philadelphia</a>    <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/tag/philly/"
rel="tag">Philly</a>    <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/tag/what-am-i-drinking/"
rel="tag">What Am I Drinking</a>    <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/tag/wine-school/"
```

App. 3727

```
rel="tag">wine school</a></div></div><footer class="entry-meta-bar clearfix"><div class="entry-
meta clearfix"> <span class="by-author author vcard"><a class="url fn n"
href="https://web.archive.org/web/20200519051751/https://www.somm.us/author/keith/">G.
Osborne</a></span> <span class="date"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-
school/" title="12:50 pm" rel="bookmark"><time class="entry-date published" datetime="2019-04-
05T12:50:11-07:00">5th April 2019</time><time class="updated" datetime="2019-04-07T11:19:26-
07:00">7th April 2019</time></a></span> <span class="category"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/reviews/schools/"
rel="category tag">Sommelier School Reviews</a></span> <span class="comments"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-
school/#comments">1 Comment</a></span></div></footer></article><ul class="default-wp-page
clearfix"><li class="previous"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/somm-questions/" rel="prev">
<span class="meta-nav">&larr;</span> Q&#038;A with a Somm</a></li><li class="next"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wine-educator-jobs/"
rel="next">Wine Educator Jobs in the United States <span class="meta-nav">&rarr;</span></a></li>
</ul><div id="comments" class="comments-area"><h3 class="comments-title"> One thought on &ldquo;
<span>What Am I Drinking?!  Wine School</span>&rdquo;</h3><ul class="comment-list"><li
class="comment even thread-even depth-1" id="li-comment-164769"><article id="comment-164769"
class="comment"><header class="comment-meta comment-author vcard"><div class="comment-author-
link">Marleigh</div><div class="comment-date-time">20th November 2019 at 9:10 am</div><a
class="comment-permalink"
href="https://web.archive.org/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-
school/#comment-164769">Permalink</a></header><section class="comment-content comment"><p>Serena
has taught me more about wine than any other pretentious, wine industry snob I&#8217;ve
encountered, after coming in contact with many. Any shade thrown was probably well deserved and
if you were offended, then the shoe probably fits perfectly. Serena debunks the bullshit of the
wine industry and those that understand that, appreciate it. You say that she violated a cardinal
rule, and then you go on to violate that same rule; wishing her success but bashing her in the
process? &#8220;One of the major reasons for the poor conduct we saw first-hand is likely due to
the fact that&#8230;&#8221; LIKELY DUE TO THE FACT. So you&#8217;re assuming. And I&#8217;m going
to assume that you didn&#8217;t even try to reach out to her and clarify the facts of her
background BEFORE writing this poor review, slandering her name and potentially harming her
business? If I was Serena I would pursue litigation for defamation of character.</p>
<p>&#8220;Communal support and mutual success.&#8221; Maybe you should practice what you preach
and &#8220;adopt a more supportive and holistic approach to wine education.&#8221;</p><p>This
review is an unfair depiction of Serena&#8217;s ability, care for her students and love for
teaching wine to those that want to learn in a fun and welcoming environment. Anyone that is
reading this review before attending one of her classes, don&#8217;t let this stop you.
You&#8217;ll have a great time and you&#8217;ll learn a lot in the process&#8230;</p><p>&#8211; I
have no relation to Serena or bias involved. My only connection is being a student in one of her
classes.</p> <a rel="nofollow" class="comment-reply-link" href="#comment-164769" data-
commentid="164769" data-postid="114033" data-belowelement="comment-164769" data-
respondelement="respond" aria-label="Reply to Marleigh">Reply</a></section></article></li></ul>
<div id="respond" class="comment-respond"><h3 id="reply-title" class="comment-reply-title">Leave
a Reply <small><a rel="nofollow" id="cancel-comment-reply-link"
href="/web/20200519051751/https://www.somm.us/what-am-i-drinking-wine-school/#respond"
style="display:none;">Cancel reply</a></small></h3><form
action="https://web.archive.org/web/20200519051751/https://www.somm.us/wp-comments-post.php"
method="post" id="commentform" class="comment-form" novalidate><p class="comment-notes"><span
id="email-notes">Your email address will not be published.</span> Required fields are marked
<span class="required">*</span></p><p class="comment-form-comment"><label
for="comment">Comment</label><textarea id="comment" name="comment" cols="45" rows="8"
maxlength="65525" required="required"></textarea></p><p class="comment-form-author"><label
for="author">Name <span class="required">*</span></label> <input id="author" name="author"
type="text" value="" size="30" maxlength="245" required="required"/></p><p class="comment-form-
email"><label for="email">Email <span class="required">*</span></label> <input id="email"
name="email" type="email" value="" size="30" maxlength="100" aria-describedby="email-notes"
required="required"/></p><p class="comment-form-url"><label for="url">Website</label> <input
id="url" name="url" type="url" value="" size="30" maxlength="200"/></p><p class="form-submit">
<input name="submit" type="submit" id="submit" class="submit" value="Post Comment"/> <input
type="hidden" name="comment_post_ID" value="114033" id="comment_post_ID"/> <input type="hidden"
name="comment_parent" id="comment_parent" value="0"/></p><p style="display: none;"><input
type="hidden" id="akismet_comment_nonce" name="akismet_comment_nonce" value="5d7a8556d4"/></p><p
```

App. 3728

```
style="display: none;"><input type="hidden" id="ak_js" name="ak_js" value="107"/></p></form>
</div></div></div></div></div></div><footer id="colophon" class="clearfix"><div class="footer-
widgets-wrapper"><div class="inner-wrap"><div class="footer-widgets-area clearfix"><div
class="tg-one-fourth tg-column-1"><aside id="recent-posts-3" class="widget
widget_recent_entries"><h3 class="widget-title"><span>SOMM Articles</span></h3><ul><li> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/virtual-wine-tastings/">Top
Sites for Virtual Wine Tastings</a></li><li> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/court-of-master-somm/">Court
of Master Sommeliers</a></li><li> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/the-society-of-wine-
educators/">The Society of Wine Educators</a></li><li> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/court-of-master-
sommeliers/">Court of Master Sommeliers</a></li><li> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/somm-to-sideways/">Somm to
Sideways: Our Favorite Wine Movies</a></li><li> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wine-classes/">Wine Classes
Everywhere</a></li><li> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/top-wine-blogs/">Top Wine
Blogs for Aspiring Sommeliers</a></li><li> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/french-food-and-wine-
pairings/">French Food and Wine Pairings</a></li><li> <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/10-classic-food-and-wine-
pairings/">10 Classic Food and Wine Pairings</a></li></ul></aside></div><div class="tg-one-fourth
tg-column-2"><aside id="search-2" class="widget widget_search"><h3 class="widget-title">
<span>SOMM Search</span></h3><form
action="https://web.archive.org/web/20200519051751/https://www.somm.us/" class="search-form
searchform clearfix" method="get"><div class="search-wrap"> <input type="text"
placeholder="Search" class="s field" name="s"> <button class="search-icon" type="submit">
</button></div></form></aside><aside id="categories-4" class="widget widget_categories"><h3
class="widget-title"><span>Research</span></h3><ul><li class="cat-item cat-item-2615"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/reviews/food-and-wine/">Food
and Wine</a> (19)</li><li class="cat-item cat-item-1753"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/reviews/somm/">Sommelier
Certification</a> (28)</li><li class="cat-item cat-item-2605"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/reviews/schools/">Sommelier
School Reviews</a> (8)</li></ul></aside></div><div class="tg-one-fourth tg-after-two-blocks-
clearfix tg-column-3"></div><div class="tg-one-fourth tg-one-fourth-last tg-column-4"><aside
id="recent-comments-3" class="widget widget_recent_comments"><h3 class="widget-title">
<span>Sommelier Talk</span></h3><ul id="recentcomments"><li class="recentcomments"><span
class="comment-author-link">mpgemballaHax</span> on <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wines-chile-awards-
washington-dc/#comment-165658">14th Annual Wines of Chile Awards Come to Washington, DC</a></li>
<li class="recentcomments"><span class="comment-author-link"><a
href="https://web.archive.org/web/20200519051751/http://www.somm.us/" rel="external nofollow ugc"
class="url">G. Osborne</a></span> on <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/napa-valley-wine-
academy/#comment-165434">Napa Valley Wine Academy</a></li><li class="recentcomments"><span
class="comment-author-link"><a
href="https://web.archive.org/web/20200519051751/http://www.somm.us/" rel="external nofollow ugc"
class="url">G. Osborne</a></span> on <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/somm-to-sideways/#comment-
165433">Somm to Sideways: Our Favorite Wine Movies</a></li><li class="recentcomments"><span
class="comment-author-link">Patrick Burns</span> on <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/somm-to-sideways/#comment-
165424">Somm to Sideways: Our Favorite Wine Movies</a></li><li class="recentcomments"><span
class="comment-author-link">Patrick L. Burns</span> on <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/somm-to-sideways/#comment-
165417">Somm to Sideways: Our Favorite Wine Movies</a></li><li class="recentcomments"><span
class="comment-author-link">Marilie</span> on <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/napa-valley-wine-
academy/#comment-165280">Napa Valley Wine Academy</a></li></ul></aside></div></div></div></div>
<div class="footer-socket-wrapper clearfix"><div class="inner-wrap"><div class="footer-socket-
area"><div class="copyright">Copyright &copy; 2020 <a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/" title="SOMM • Reviews of
Sommelier Courses and Wine Schools"><span>SOMM • Reviews of Sommelier Courses and Wine
```

```
Schools</span></a>. Powered by <a
href="https://web.archive.org/web/20200519051751/https://wordpress.org/" target="_blank"
title="WordPress"><span>WordPress</span></a>. Theme: Spacious by <a
href="https://web.archive.org/web/20200519051751/https://themegrill.com/themes/spacious"
target="_blank" title="ThemeGrill" rel="author"><span>ThemeGrill</span></a>.</div><nav
class="small-menu clearfix"><div class="menu-somm-footer-menu-container"><ul id="menu-somm-
footer-menu" class="menu"><li id="menu-item-113495" class="menu-item menu-item-type-post_type
menu-item-object-post menu-item-113495"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/court-of-master-
sommeliers/">Court of Master Sommeliers</a></li><li id="menu-item-113496" class="menu-item menu-
item-type-post_type menu-item-object-post menu-item-113496"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/wine-spirit-education-
trust/">Wine &#038; Spirit Education Trust</a></li><li id="menu-item-113497" class="menu-item
menu-item-type-post_type menu-item-object-post menu-item-113497"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/society-wine-
educators/">Society of Wine Educators</a></li><li id="menu-item-113498" class="menu-item menu-
item-type-post_type menu-item-object-post menu-item-113498"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/national-wine-
school/">National Wine School</a></li><li id="menu-item-113500" class="menu-item menu-item-type-
post_type menu-item-object-page menu-item-113500"><a
href="https://web.archive.org/web/20200519051751/https://www.somm.us/educational-
wines/">Educational Wines</a></li></ul></div></nav></div></div></div></footer> <a
href="#masthead" id="scroll-up"></a></div> <script type="text/javascript">var _wpUtilSettings =
{"ajax":{"url":"\/wp-admin\/admin-ajax.php"}};</script> <script type="text/javascript">var
wpreview = {"ajaxurl":"https:\/\/web.archive.org\/web\/20200519051751\/https:\/\/www.somm.us\/wp-
admin\/admin-ajax.php"};</script> <script defer
src="https://web.archive.org/web/20200519051751js_/https://www.somm.us/wp-
content/cache/autoptimize/js/autoptimize_28baaff67cf93b0d4f19910ddd7e0949.js"></script></body>
</html><!-- WP Fastest Cache file was created in 0.27295207977295 seconds, on 01-05-20 9:52:02 --
><!--
     FILE ARCHIVED ON 05:17:51 May 19, 2020 AND RETRIEVED FROM THE
     INTERNET ARCHIVE ON 21:56:28 Mar 25, 2026.
     JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

     ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
     SECTION 108(a)(3)).
-->
<!--
playback timings (ms):
  captures_list: 6.624
  exclusion.robots: 0.042
  exclusion.robots.policy: 0.031
  esindex: 0.011
  cdx.remote: 15.768
  LoadShardBlock: 126.474 (3)
  PetaboxLoader3.datanode: 89.844 (4)
  PetaboxLoader3.resolve: 89.388 (2)
  load_resource: 82.246
  nav: 0.125 (6)
-->
```

App. 3730

# EXHIBIT E

Page Vault

| | |
|---|---|
| Document title: | WSET Philadelphia - Can it Become a Top 10 Wine School? |
| Capture URL: | https://web.archive.org/web/20231204190328/https://somm.us/schools/phillywine-com/ |
| Page loaded at (UTC): | Wed, 25 Mar 2026 21:20:47 GMT |
| Capture timestamp (UTC): | Wed, 25 Mar 2026 21:23:41 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 6 |
| Capture ID: | q6QftDgYq8SztvAwCCLCGq |
| Display Name: | carrm |

INTERNET ARCHIVE WaybackMachine https://somm.us/schools/phillywine-com/ Go JUN DEC APR
7 captures 04
4 Dec 2022 - 23 Apr 2024 2022 2023 2024 About this capture








1335 BEAUMONT DRIVE, GLADWYNE, PA 19035
Get Directions

(610) 649-9936

https://www.phillywine.com/

$$$$ Price Range

# WSET Philadelphia (PhillyWineLLC)

Claimed 1.7/5 3 Reviews

Share Save Add a Review

**TL;DR** The lowest-ranked wine school in America has new ownership. We expect –and look forward to– the quality of this program will increase over time. Right now, we recommend a wait-and-see approach.

## A WSET Philadelphia Retrospective

WSET Philadelphia had been a prominent name in the Philadelphia wine education scene for decades, initially under the stewardship of Neal Ewing. The roots of this school delve deep into the historical narrative of wine education in the United States.

Neal's sister, Mary Ewing-Mulligan, was the pioneering force behind bringing the Wine & Spirits Education Trust (WSET) certifications to the U.S., establishing the International Wine Center in 1994 as the first organization in the country to adopt WSET certifications. The Ewing family's commitment to wine education was further solidified when Neal introduced WSET programming to Philadelphia, making him one of the early proponents of British-based wine education.

PHILLY WINE

### Neal Ewing

Before retiring, Neal had extensive teaching experience at local institutions, not just at WSET Philadelphia. He served as an Adjunct Instructor at Drexel University's LeBow College of Business for over 16 years, a Wine Instructor at Temple University for over 17 years, and at the Restaurant School at Walnut Hill College for nearly 20 years. A notable contribution to the Philly wine scene was leading a 10-week "First Growth" course preparing students for the Society of Wine Educators' Certified Specialist in Wine exam. Furthermore,

Neal's early endeavors at WSET Philadelphia included hosting wine tastings and events around Philadelphia. However, by 2007, most of these activities ceased as the Wine School of Philadelphia started offering similar opportunities. The rivalry between Neal and the Wine School of Philadelphia

### Top Wine Schools

Sommelier Schools 4.5
Napa Valley Wine Academy
2501 Oak St Napa California 94559

Sommelier Schools 4.0
UNLV Sommelier Academy Certificate
501 N Stephanie St Henderson Nevada 89014

Sommelier Schools 4.5
Wine School of Philadelphia
109 S 22nd St, Philadelphia, PA 19103

Sommelier Schools 3.8
Fine Vintage LTD
1001 Fourth Avenue Plaza Suite 3200 Seattle Washington 98154

Sommelier Schools 3.3
San Francisco Wine School
415 Grand Ave, #301, San Francisco, California 94080

App. 3733

Furthermore,

Neal's early endeavors at WSET Philadelphia included hosting wine tastings and events around Philadelphia. However, by 2007, most of these activities ceased as the Wine School of Philadelphia started offering similar opportunities. The rivalry between Neal and the Wine School of Philadelphia stemmed from Neal's perception of the latter as a competitor, leading to a strained relationship between the two entities.

### Transition to a New Era

Neal's retirement ushers in a new era for WSET Philadelphia, now under the aegis of Noelle Allen. The company was purchased by Noelle and rebranded as PhillyWineLLC in May 2022; ironically, Noelle is a graduate of the Wine School of Philadelphia –which was reported by the Academic Wino back in 2016.

We expect she will bring a fresh perspective to PhillyWineLLC. Professionally, Noelle previously worked in wine distribution through VinoBliss, and as a blogger at WineLaLa. This transition may carry a tinge of sadness for Neal, as his life's work is now run by an alumna of the school he once viewed as his nemesis.



### Wine Education in Philadelphia

According to current students, Noelle's tenure is having a rocky start. While her past work showcases aspiration, the wine courses somewhat lack substance, according to several students. Others vehemently disagree, pointing towards long-established misogyny at WSET Philadelphia as the cause for any

Sommelier Schools 3.3
San Francisco Wine School
415 Grand Ave, #301 San Francisco California 94080

### Nearby Wine Schools

**Wine School of Phila..**
4.5 6 Ratings
Delaware District of Columbia Maryland New Jersey New York Online Pennsylvania 7.4 mil

**NJ Wine School..**
2.0 1 Rating
New Jersey New York Pennsylvania 69 mil

**International Wine C..**
3.8 2 Ratings
Connecticut New Jersey New York Pennsylvania 84.7 mil

**Institute of Culina..**
4.0 2 Ratings
Connecticut Massachusetts New Jersey New York Pennsylvania Vermont 84.7 mil

**American Sommelier..**
4.0 2 Ratings
New York USA 86.4 mil

App. 3734

### Wine Education in Philadelphia

According to current students, Noelle's tenure is having a rocky start. While her past work showcases aspiration, the wine courses somewhat lack substance, according to several students. Others vehemently disagree, pointing towards long-established misogyny at WSET Philadelphia as the cause for any conflicts.

We hope they can get beyond the conflict and create something new and great at WSET Philadelphia. In the past, we have ranked this school as one of the worst in the country, largely due to Neal's teaching style and history of personal grievances.

> *In our survey, Phillywine students were not kind in their reviews. Much of the criticism is leveled at the dry and uninspiring way the WSET programs are taught at this school. Most point to lackluster power-point presentations and lectures that are simple recitals from the reading materials.*
>
> *While running dull classes is a big negative for any wine school, our surveys of previous WSET students highlighted a graver issue with Phillywine. Students complained that Mr. Ewing was prone to slanderous remarks towards his peers in the wine trade. Our rating of Phillywine is solely based on the content of the programs. We did not think to include a rating for poor behavior. If we did, Phillywine would have earned an even lower grade than it already does.*
>
> *WSET Philadelpia Review, Circa 2020*

This is a new dawn for the school, and we hope they can rebuild with new energy and hope. That said, the landscape of wine education in Philadelphia is now dotted with long-established providers, among which Fine Vintage LTD and the Wine School of Philadelphia are noteworthy.

Fine Vintage LTD, a family-owned company established in 1995, offers a blend of proprietary wine certificate courses alongside standard WSET programs, with a presence in numerous cities across the United States. Their offerings are polished, well-received, and backed by the robust infrastructure of a national company. On the other hand, the Wine School of Philadelphia, founded in 2001, has grown into one of the top-tier wine schools in the USA, with a strong focus on sommelier certification and a rich history rooted in the passion of its founder, Keith Wallace.

### The Way Forward

PhillyWineLLC, nestled in this competitive milieu, has the potential to carve a unique niche by blending the rich legacy inherited from Neal with the fresh, innovative approach brought in by Noelle. The juxtaposition of tradition and innovation could steer PhillyWineLLC towards becoming a vibrant hub for wine education in Philadelphia, fostering a community of learners and aficionados keen on delving into the enthralling world of wines.

In the past, we felt the quality of this school was so low that wine students should seek another venue. With the new ownership, we no longer believe such a negative review is warranted. As more information comes in and we gain more insight, we will update this page.

### 3 Reviews For WSET Philadelphia (PhillyWineLLC)

**Filter By :** Newest

Mathew A.
14 Reviews

**Not great**
November 1, 2022 8:15 am
3.0

Management is inept, classes are worse. Skip it.

Was this review ...? Interesting 0 LOL 0 Love 0

Jane Hyde

**Not pleasant**

Was this review ...? Interesting 0 LOL 0 Love 0

Jane Hyde
6 Reviews

Not pleasant
October 14, 2022 3:45 pm
1.0.0

I met the owner (Neil) a few year ago. A very disagreeable man who seems to relish in talking badly about others.

Was this review ...? Interesting 0 LOL 0 Love 0

John Smidt
4 Reviews

The worst!
October 14, 2022 3:39 pm
1.0.0

I love WSET programs, but this must be the worst run program.

Was this review ...? Interesting 0 LOL 0 Love 0

Write A Review

Your Rating Select Images Browse

SOMM

Best Online Wine Courses Wine Course Comparisons Contact SOMM Sommelier Certification 101

Top Articles

Boycott the Master Sommeliers?
19 June, 2020 39 Comments

Best Wine for Scent Therapy
18 May, 2016 23 Comments

The Top Online Sommelier Courses
7 June, 2023 13 Comments

Is Your Sommelier Fake? Science saysR
6 April, 2016 12 Comments

WINE SCHOOL 4.5 7.4 mil

New Jersey Wine School 2.0 69 mil

INTERNATIONAL WINE CENTER 3.8 84.7 mil

4.0

App. 3736

John Smidt
4 Reviews

The worst!
October 14, 2022 3:39 pm
1.0.0

I love WSET programs, but this must be the worst run program.

Was this review ...? Interesting 0 LOL 0 Love 0

**Write A Review**

Your Rating ☆☆☆☆☆ Select Images Browse

SOMM

Best Online Wine Courses | Wine Course Comparisons | Contact SOMM | Sommelier Certification 101

## Top Articles

Boycott the Master Sommeliers?
19 June, 2020 39 Comments
Best Wine for Scent Therapy
18 May, 2016 23 Comments
The Top Online Sommelier Courses
7 June, 2023 13 Comments
Is Your Sommelier Fake? Science saysR
6 April, 2016 12 Comments

Wine School — 4.5 — 7.4 mil
New Jersey Wine School — 69 mil
International Wine Center — 3.8 — 84.7 mil
International Culinary Center — 4.0 — 85.1 mil
American Sommelier — 4.0 — 86.4 mil

Copyright © SOMM

# EXHIBIT F

WINE SCHOOL

## The Sommelier Smackdown

**The International Sensation Developed by the Wine School of Philadelphia.**
Take the best sommeliers in the Delaware Valley, the region's only independent wine school, a four-snack menu, and a challenge too tempting to refuse. What do you get? The Sommelier Smackdown!

In each episode of the Smackdown, a contestant is given the evening's menu and a small stack of cash. Their job is simple: create the best food & wine experience in less than an hour.

> *Move over, Iron Chef. The latest hot culinary competition is the popular "Sommelier Smackdown," which pits two wine experts in a palate-to-palate showdown at the Wine School of Philadelphia. Armed with the same menu, the two contestants – an instructor and a sommelier from a local restaurant – purchase wines from local retailers to complement each dish. Attendees then decide the winner after tasting the food-wine pairings.*
>
> *October 25th edition of Zagat's Buzz Newsletter*

# The Food & Wine Competition

Take the best sommeliers in the Delaware Valley, the region's only independe[nt wine]
school, a four-snack menu, and a challenge too tempting to refuse. What do you get?

App. 3739

The Sommelier Smackdown!

In each episode of the Smackdown, a contestant is given the evening's menu and a small stack of cash. Their job is simple: create the best food & wine experience in less than an hour.

# You are the Wine & Food Critic

At the Smackdown, you can turn the tables on the food & wine professionals. You get to judge the sommelier. Sure, they have years of experience, but only your opinion counts this time. So have fun and vote on your palate.

# Learn the Sommelier's Secrets

The Sommelier Smackdown is a master class in food & wine pairing. During the class, the sommelier will talk to you about why & how they created each food and wine pairing, and you will taste the results. Could it get any better than this?




The WWE Puts the Smackdown on a Philly Wine School

Plus, reality TV turns to winemaking, and a new wine video game puts you in charge of the winery

Posted: October 22, 2009

• Aggressive trademark disputes between wineries are nothing new, but this is the first time Unfiltered has seen a Goliath like **Vince McMahon** and his World Wrestling Entertainment (WWE) go after the David-esque Wine School of Philadelphia. WWE recently delivered a cease and desist letter to the school after becoming aware of its popular "Sommelier Smackdown" series of events, in which

WWE, Wine Spectator, October 22nd, 2009

# History of the Sommelier Smackdown

### The Origin of the Somm Smack

In the summer of 2007, Keith Wallace was worried about the state of the wine trade. The population as a whole looked at wine people as snobs. That was causing a severe problem at the School. "Wine as snobbery" drew too many entitled narcissists into the wine school. Too often, people would ask questions about master sommeliers or demand we supply them with sommelier jobs.

As an empathic person, Keith wanted to see more interesting people represented in classes (and in the wine trade in general). He wanted to see fewer snobs and more LGBTQ+ and minorities in class. This was in 2009.

The School had been going strong for eight years, and it was time to change the landscape in Philadelphia. So in August, Keith coined the term "Sommelier Smackdown" and created a wine event around it. Once a month, he started to invite local sommeliers to compete in a silly little food and wine pairing event. It wa to humanize sommeliers and (occasionally) to burst a few inflated egos.

App. 3741




South Park Season 13 Episode 10 featuring the Wine School of Philadelphia, October 21st, 2009

## The World Wrestling Entertainment Cometh

On October 1st, 2009, the School receives a cease and desist order from the World Wrestling Entertainment (WWE) for our use of the term Sommelier Smackdown. At first terrified of the idea of being sued by a multinational company, Keith decides against hiding under a rock. So instead, he writes a press release.

> *Vince McMahon Issues Smackdown Against Wine School*
>
> *Philadelphia, PA. Vince McMahon is taking on his oddest foe to date: a sommelier wine tasting. The World Wrestling Entertainment, Inc., has issued a cease and desist against The Wine School of Philadelphia and its popular "Sommelier Smackdown" series of wine classes.*

> *In a letter to the school's owner, the WWE's lawyers are threatened legal action if the school does not stop hosting the series of wine tastings. "I feel kind of special," says Keith Wallace, "I am being picked on by Vince McMahon. I better start working out."*
>
> *The Sommelier Smackdown is a series of food and wine pairing events that take place in Philadelphia. The event pits a sommelier against a member of The Wine School team, and the audience gets to vote for the winner.*
>
> *Mr. Wallace says he will not stop running the classes, at least for now. "They don't have a leg to stand on. I am not going to bow down to a bully," he says. "They claim that they own the term "smackdown" but they don't."*
>
> *In response to the WWE threat, Wallace is calling out Mr. McMahon and the wrestler Chris Jerico to a wine-tasting double-team cage match.*
>
> *Keith Wallace is the Founder and Director of The Wine School of Philadelphia. He is a contributing writer for The Daily Beast, and is currently working on his first book for Running Press.*

The news story is picked up in hundreds of national newspapers and magazines, including the  National Law Journal and the Napa Valley Register.

# Compete in the Smackdown!

Are you a sommelier, published author, or chef? Then, you can compete in the Sommelier Smackdown!

The Sommelier Smackdown is one of Philadelphia's most popular and entertaining food and wine events. Since 2004, the Wine School has offered this unique and popular event to the public. Over 4,500 people have attended a Sommelier Smackdown, with seats selling out two months prior.

What is this Smackdown, you ask? It's a copywritten and original event created by Keith Wallace, held exclusively at the **Wine School of Philadelphia**. It challenges top-notch restaurant or wine professionals in a food and wine pairing competition.

The contestant is given the menu –often coming directly from our bestselling Corked & Forked cookbook– several days before the event. The somm has to purchase their own wines, but we know a sommelier salary doesn't go as far as it use to: the Wine School supplies a stipend for the wine along with the menu.

Cash and menu in hand, the contestants purchase wines from a local PLCB wine shop. No special trips to the wine cellar are allowed!

### The Smackdown Begins

And that's when the fun begins. In front of a sold-out audience at the Wine School, the contestants present their pairing while the audience samples the menu items. The beauty of this event is that it is a uniformly positive experience for all involved. Even the shyest and taciturn sommeliers and industry professionals thoroughly enjoy their moment in the sun at the Wine School. But, most importantly, it giv
an audience to enjoy a night with two brilliant culinary minds.

Not just sommeliers and restaurateurs from Philadelphia are featured in the Smackdown. Winemakers like Louis-Fabrice Latour, national personalities like Gary Vaynerchuk, and bestselling authors like Benjamin Wallace have competed. Even executive chefs and local brewmasters have joined in the fun. There are two simple reasons: first, it gives them exclusive exposure to an influential and highly targeted audience, and second because it's a damn hoot.

Smackdowns are held once a month in the evening, typically on the last Wednesday of the month. The event is also promoted to the local media and the Wine School's publishing wing. In  June 2022, the School had a readership of over 87,000 people. This is the kind of exposure that can't be bought.

# Sommeliers of the Smackdown

## Restaurants

- Fountain Restaurant at the Four Seasons
- Lacroix at the Rittenhouse Hotel
- Ruth's Chris
- Le Bec-Fin
- Vetri
- 10 Arts
- Sbraga
- Amada
- The Prime Rib
- Davio's
- 20 Manning
- Del Frisco's Double Eagle Steakhouse
- Jet Wine Bar

App. 3745

# Wineries

- Maison Louis Latour
- Roche Winery
- Decibel Winery
- William Heritage Winery
- Karamoor Estate
- Amalthea Cellars
- Chaddsford Winery

# Wine Shops

- 420 Market
- Wine Works
- Newman Imports

# Wine Writers

- Benjamin Wallace
- Gary Vaynerchuk
- Lynn Hoffman
- Jason Wilson
- Brian Freedman

# Sommeliers

*The best & brightest wine personalities in Philadelphia have competed. Here are a few of the folks!*

- Anca Howell
- Hai Tran
- Gary Vaynerchuk
- Justin Timsit
- Anthony Masapollo
- Cyril Addison
- Eric Arnold
- Christophe Tassan
- Ryan Davis
- Mark Hoyt
- Christophe Guillot
- Jason Whiteside
- Eric Miller
- Ryan Margolis
- Benny Robling
- Jeff Bloom

**The Menu for the Sommelier Smackdown***

- Camembert with Fig & Port Jam
- Roasted Onions with Aged Balsamic
- Smoked Salmon with Pickled Shallots
- Haricot Vert with Fried Onion and Black Truffle Salt
- Prosciutto with Squash
- Smoked Pork Loin with Pickles

*this is a sample menu

App. 3747

**The SOMM SMACK Email**

As a contestant, you are sent an email from Keith Wallace several days before the event. It will look like this:

> *Welcome to the Smackdown! Looking forward to seeing you next week at the Wine School. Here are the details.*
>
> *Location: Wine School of Philadelphia, 109 S. 22nd Street, Philly*
>
> *Date:  Arrival Time: 6:30-6:45 pm End Time: 9:30 pm*
>
> *Philip Brandeis*

**The Premise of the Sommelier Smackdown**

The founder of the Wine School has created a 6-course menu for the evening. Your job is to pair a wine with each dish. Simple enough, right?

Here's where things get fun. You won't be able to taste the food before the event (although you will be able to ask as many questions as you like) and have a strict budget of $100 retail for all the wines.

One of the greatest draws of this event is for you, the wine professional, to explain why you made the choices you did. People are fascinated by the selection process smart wine folks go through when making food & wine pairing decisions.

**Before the Sommelier Smackdown**

Purchase one wine for each course (one bottle of each) for six wines. Your total budget is $100, plus tax. Please include receipts so we can reimburse you. Th

menu is listed below. Please email Keith at least 48 hours before the event if you have any questions.

If you are bringing white wine, please make sure it is chilled before you arrive at the School (or come early)

**During the Sommelier Smackdown**

You will be talking about your wine pairing and pouring your wine selections. Your audience will be a group of approximately two dozen wine lovers. The founder of the Wine School will be with you for the entire evening. His main goal is to support you and ensure the audience loves you. There will be lively banter!

## Leave a Comment

Name

Email

Website

POST COMMENT

## Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103
Contact Us

Need Help?

About the School

Reviews of the Wine School

Charity Donations

Terms & Conditions

### Reading List

Wine Newsletter

Wine Reviews

Wine 101

Sommelier Quiz

Wine Glossary

Wine Jobs

Our Cookbook

© 2026 Wine School of Philadelphia. “Philly Wine School” is a registered trademark.

National
Wine
School

Sommelier and Wine Certifications for the United States

# Advanced Sommelier Certification

| Current Status | Price | Get Started |
|---|---|---|
| NOT ENROLLED | Closed | This course is currently closed |

Congratulations on reaching the precipice of a significant milestone in your wine education journey. Your dedication and mastery have not gone unnoticed, and you stand on the threshold of earning your Advanced Sommelier Pin.

The journey to this point has demanded not only a deep understanding of the vast world of wine but also a commitment to the art and science of sommelier work that few can claim to have navigated successfully. Your progression through the rigorous curriculum and practical examinations speaks to your exceptional capability and passion for the field.

The final step in this journey requires you to complete a comprehensive writing project. This assignment is designed to encapsulate your learning, articulate your future ambitions in the wine industry, and present your unique sommelier philosophy. It represents an opportunity to reflect on your growth and to forecast the impact you wish to make in the wine community.

I have every confidence in your ability to complete this final task with the same distinction

Email SIGN UP

App. 3752

Advanced Sommelier Pin will be a testament not only to your knowledge and skill but also to your profound dedication to the culture and craft of wine.

Best wishes as you embark on this final endeavor. Your academic and professional contributions to the field of wine are eagerly anticipated.

Sincerely,

Philip Brandeis
National Wine School

## Current Course

Course Home

Advanced Sommelier Certification Project



© 2026 National Wine School.
"National Wine School" is a
registered trademark.

WINE SCHOOL

# How to Become a Sommelier

Posted by Keith Wallace

▶ Table of Contents

# Sommelier 101

## What is a Sommelier Certification?

Sommelier certification has its roots in the restaurant industry but has transcended the wine list, becoming the de facto certification for the entire wine industry. Regardless of the wine jobs you seek, a sommelier certification is usually mandatory.

This is true even for a winemaking career.

The move away from a university education was due to the shortage of winem in the 2010s. Previously, a master's degree in viticulture from a leading institutio…

like the University of California at Davis was a requirement. With very few graduates, wineries looking for talent began casting their net wider.

At this point, a sommelier certification is essential for any wine job you seek. This is a significant change, as you can now spend two years tasting wine instead of four years –at least– earning a university degree.

### Sommelier Certification Process

To become a sommelier, follow these essential steps:

1. Find a reputable wine school offering professional wine courses.
2. Register for a course suited to your knowledge level, such as the Core Sommelier program.
3. Attend professional wine classes covering winemaking, tasting, and wine regions.
4. Pass the sommelier exam to demonstrate your expertise.
5. Earn your L3 sommelier certification, marking your professional journey's start.



## Sommelier Certifications Levels

There are five levels of sommelier certification. Completing up to level three grants you a sommelier pin. For the Advanced Sommelier pin, you must complete Level Four, and for the Master-level pin, Level Five is required. Some agencies use

trademarked terms for these levels, like the "Master Sommelier" trademark by the Court of Master Sommeliers (CMS).

| LEVEL | TRADE NAMES | CORE COMPETENCY |
|---|---|---|
| L1 (Level One) | Level One Certification (NWS) Introductory Sommelier Certificate (CMS), Award in Wines (WSET) | Basic Wine Knowledge. Some schools do not require this for in-person classes. |
| L2 (Level Two) | Foundation Certificate (NWS), Award in Wines and Spirits (WSET) | Blind Tasting Proficiency (NWS)<br>Beginner Wine Knowledge (WSET) |
| L3 (Level Three) | Certified Sommelier (NWS and CMS) | Comprehension of all major wine regions, wine laws, and varietals. |
| L4 (Level Four) | Advanced Sommelier (NWS and CMS) | Advanced knowledge of terroir, history, and winemaking. |
| L5 (Level Five) | Master in Wine Studies (NWS), Master Sommelier (CMS), and Master of Wine (WSET) | Comprehensive knowledge of wine and ability to perform at an executive level. |

# Choosing the Right Sommelier Credential



## Sommelier Accreditation

App. 3758

There are three major credentialing agencies in the United States, each with strengths and weaknesses, though their certifications are similar.

- **Wine & Spirit Education Trust (WSET):** This company offers a franchise model for wine programming, providing "wine awards" rather than sommelier certification.
- **National Wine School (NWS):** Originally university-only, it now offers online and select in-person programs and offers sommelier certification up to the master's Level.
- **Court of Master Sommeliers (CMS):** A well-respected institution that established the concept of a Master Sommelier, though it has faced recent controversies and politicization.

Other reputable programs include the Society of Wine Educators, the North American Sommelier Association, the International Sommelier Guild, and the International Wine Guild.

## Picking Your Sommelier School

Wine education has been prominent in American cities since the 1980s. There are about a hundred wine schools across the U.S., with SOMM providing a comprehensive listing. Given the minimal government regulation over wine education, consider the following before investing in your education:

- Have they been in business for over five years?
- Does the school offer one of the top three credentials?
- Do they have a brick-and-mortar facility?

### The Best Wine Schools in the United States

There are many wine schools, but according to SOMM, the two top-ranked in the United States are the Napa Valley Wine Academy and the Wine School of Philadelphia.

## Online Sommelier Courses




According to Philip Brandeis of the National Wine School, online sommelier programs have surged in popularity, with more students enrolling in these programs than in-person ones. In 2023, 354 students graduated from the Advanced Sommelier program, while 378 completed the online program. Innovations such as

App. 3760

the coravin system for tasting wine without opening bottles, customizable wine aroma kits, and high-definition streaming for audio/visual content have made online learning more feasible and appealing.

Some programs, like WSET, have not kept up with these advancements, relying on long PowerPoint presentations and lacking a learning management system (LMS).

## Alternative Paths

While formal wine education and certification are the most direct routes, alternative paths to becoming a sommelier include:

1. Self-education through books, wine magazines, and tastings.
2. Joining wine clubs and networking at industry events.
3. Gaining experience in the hospitality industry by starting in entry-level positions.
4. Seeking mentorship from established sommeliers.
5. Participating in online communities and forums to learn from experienced professionals.

These paths require significant time investment and may not offer the same recognition or opportunities as formal certification.




# Become a Sommelier: Most Asked Questions

- **What is a wine expert called?** Wine experts may be called sommeliers, winemakers, or wine enthusiasts, depending on their background and education.
- **How much do sommeliers make?** Salaries vary widely, with restauran sommeliers earning $40K to $100K and higher-level sommeliers earnin

App. 3762

six figures in distribution or import companies.

- **What does a sommelier do?** Sommeliers manage wine programs for restaurants and may work in tech startups, wine magazines, wineries, and import companies.
- **What is a sommelier diploma?** Issued by accredited agencies, sommelier diplomas include Certified Sommelier, Advanced Sommelier, and Master Sommelier levels.
- **What is a sommelier test?** Each certification level requires passing an exam, often including a blind-tasting component.
- **What is a Certified Sommelier?** Those who pass both Level Two and Level Three exams can use this title.
- **What is an Advanced Sommelier?** An Advanced Sommelier must identify major grape varietals and wine regions in a blind tasting and have at least one year of formal training.
- **What is the Master Sommelier Exam?** The highest-level exam in the wine service profession is known as the Level 5 Sommelier Exam.
- **How much does it cost to be a Master Sommelier?** Costs vary by agency, with NWS charging $6,600 for the complete in-person program from L1 to L5 and CMS charging $4,783 for exams only. Additional hidden costs may exceed $20K.
- **What does WSET stand for?** Wine and Spirit Education Trust is a significant certifying body for sommeliers and wine professionals.
- **What is the CSW exam?** Certified Specialist of Wine Exam by the Society of Wine Educators.
- **How long does it take to become a sommelier?** It can take as little as a week (Accelerated Core Program) to five years (Master Sommelier, CMS).

## Sign Up & Save on All Classes!

First Name

App. 3763

Email

☑ Learn About Wine!

SUBSCRIBE

Join our newsletter today and unlock exclusive offers and wine education insights straight to your inbox!

Articles, Featured, Restaurant Reviews, Sommelier Articles, Wine Education, Wine Regions, Wine Trade

become, Become a Sommelier, how to become a sommelier, sommelier, Sommelier Certification

‹ Wine Reviews

› Updates to our Wine Club!

# 8 thoughts on "How to Become a Sommelier"

**damani**

February 8, 2025 at 6:23 am

This post is incredibly helpful! I had no idea there were so many steps involved in becoming a sommelier. The tips on study resources and tasting practice are especially useful. I can't wait to start my journey towards certification!

Reply

**meta**

January 8, 2025 at 8:49 pm

Great insights on the journey to becoming a sommelier! The step-by-step breakdown really helps demystify the certification process. I'm excited to start my own path in wine education!

Reply

**Jane G**

November 15, 2024 at 5:01 pm

This post is incredibly helpful! The step-by-step breakdown makes the journey to becoming a sommelier feel achievable. I especially appreciated the tips on studying and gaining practical experience. Excited to start my own journey!

**App. 3765**

Reply

**Lloyd Ziome**

September 14, 2024 at 1:18 pm

This topic of Wine here was very helpful interesting and well articulated in the subject wonderful.

Reply

**Jordan Zucker**

August 15, 2022 at 1:59 pm

“Varietal” is an adjective. The type of grape is “variety.”

Reply

**Frank**

September 22, 2022 at 8:21 am

It’s also a noun.

Reply

**Liz**

June 13, 2019 at 12:50 pm

The Master Sommelier and the Master of Wine are two entirely different tracks – both pinnacles of the profession. Master Somms (MS) have achieved the pinnacle of success in the wine industry, geared toward service. Masters of Wine (MWs) have obtained the highest pinnacle of achievement in the wine industry in general. MWs and students of the Institute of Masters of Wine (IMW) are a diverse group – winemakers, wine educators, wine buyers, viticulturalists, writers and business people. And yes, some sommeliers. The program is extremely rigorous and academic. A few rare talents have managed to achieve both the MS and the MW title. BTW, the IMW is a separate organization from WSET!

Reply

**Keith S Wallace**

June 13, 2019 at 4:55 pm

I would find fault in calling either the Master of Wine or Master Sommelier as the pinnacle of the wine trade. An MS (Master of Science) from the University of California at Davis is a far greater achievement.

I'd like to point out that IMW, WSET, and CMS are agencies that cover the same material and offer certifications based on industry standards. Under US law, their certifications are undifferentiated.

App. 3767

Reply

## Leave a Comment

Name

Email

Website

POST COMMENT

## Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103

Contact Us

Need Help?

About the School

App. 3768

Reviews of the Wine School

Charity Donations

Terms & Conditions

## Reading List

Wine Newsletter

Wine Reviews

Wine 101

Sommelier Quiz

Wine Glossary

Wine Jobs

Our Cookbook

THE WINE SCHOOL OF PHILADELPHIA

© 2026 Wine School of Philadelphia. “Philly Wine School” is a registered trademark.

App. 3770

IMDb Sign in Use app

Back

Keith Wallace

# Biography

Jump to

## Biography

App. 3771

Keith brings the beauty, fun, and science of wine to the world. Keith is a former winemaker who went on to found the largest independent wine school in America.

Keith's deep knowledge and keen wit have made him a go-to resource for media outlets and production companies in need of a wine expert. Along with his acting work, he has been featured on National Public Radio, CBS News and MSNBC.
- IMDb mini biography by: Philip Brandeis

## Family

**Spouse**
Alana Zerbe (August 28, 2011 - present)

## Contribute to this page >

Suggest an edit or add missing content

**Learn more about contributing** >

**Edit page**

## More from this person

**View agent, publicist, legal and company contact details on IMDbPro**




App. 3772

Sponsored

## More to explore

Photos

2026 Oscars Red Carpet: All the Best Photos

See the gallery



Sponsored

App. 3773

List

2026 Awards Season Guide

See the list




Photos

Sponsored

Streaming Stars, Then and Now

See the gallery

Recently viewed

Clear all

App. 3775

Keith Wallace

Sponsored

Get the IMDb App

Sign in for more access

Help Site Index IMDbPro

Box Office Mojo License IMDb Data

Press Room Advertising Jobs

Conditions of Use Privacy Policy

Your Ads Privacy Choices

© 1990-2026 by IMDb.com, Inc.

National Wine School

Sommelier and Wine Certifications for the United States

# Master in Wine Sommelier Certification

| Current Status | Price | Get Started |
|---|---|---|
| NOT ENROLLED | Closed | This course is currently closed |

## Welcome to the Master in Wine Program

On behalf of the faculty and staff at National Wine School, I am thrilled to welcome you to the Master in Wine Program. As you embark on this prestigious journey, you join a community dedicated to excellence, innovation, and the profound appreciation of wine culture.

Our program is designed to challenge and inspire you. Your journey through the Master in Wine Program will deepen your understanding of viticulture and enology and enhance your analytical and sensory evaluation skills. This comprehensive approach will prepare you for leadership roles in the wine industry, whether in production, management, education, or beyond.

As you settle into your studies, I encourage you to take full advantage of the resources available to you. Our faculty are not just educators; they are mentors, each with a wealth of experience and a deep passion for wine. Engage with them, and with your peers, for these relationships will enrich your experience and expand your professional network.

Should you have any questions or require assistance as you prepare for the start of the

Email SIGN UP

App. 3778

Once again, welcome to the Master in Wine Program . We are honored to have you with us and look forward to witnessing the contributions you will make to the world of wine.

Warmest regards,

Philip Brandeis
National Wine School

## Current Course

Course Home

Upload Final Thesis

Home Blog My Account Student Support
Sommelier Certification Verification About Sommelier Accreditation

© 2026 National Wine School.
"National Wine School" is a
registered trademark.

App. 3779

# PR UNDERGROUND (https://www.prunderground.con

ONLINE PRESS RELEASE DISTRIBUTION SERVICE

st

NATIONAL WINE SCHOOL

Social Media Newsroom

## ABOUT

The National Wine School is a California-based professional school that offers offers sommelier certification programs. The school does not accept students directly. It delivers training, testing, accreditation, and online resources to its network of schools and colleges.

## CONNECT

## PRESS CONTACT

**NAME** Philip Brandeis

**PHONE** 215-965-1514 x55

**EMAIL** Contact Us

**WEBSITE** https://www.winecertifications.com (https://www.winecertifications.com)

## PRESS RELEASES

**The National Wine School Offers New Sommelier Certifications to the Public**

MORE (HTTPS://WWW.PRUNDERGROUND.COM/THE-NATIONAL-WINE-SCHOOL-OFFERS-NEW-SOMMELIER-CERTIFICATIONS-TO-THE

RELEASED ON MARCH 19, 2018

## Latest News

### Andy LaPointe of CryptoWisdom.com Featured in Reader's Digest on Affordable Retirement (https://www.prunderground.com/andy-lapointe-of-cryptowisdom-com-featured-in-readers-digest-on-affordable-retirement/00375288/)

POSTED ON 7:51 AM

### Rising Car Accident Claims in Orange County: What Victims Need to Know in 2026 – Bad Accident Lawyer (https://www.prunderground.com/rising-car-accident-claims-in-orange-county-what-victims-need-to-know-in-2026-bad-accident-lawyer/00375166/)

POSTED ON 10:30 PM

READ MORE (HTTPS://WWW.PRUNDERGROUND.COM/ARCHIVED-RELEASES/)

## Case Studies

**Case Study:** A press release to publicize a Kickstarter crowdfunding project (9 Tips!) (https://www.prunderground.com/case-study-using-a-press-release-to-publicize-a-kickstarter-crowdfunding-project-9-tips/0077188/)
**Case Study:** Press Release on Nashville's Uber for Medicine (https://www.prunderground.com/?p=58946)
**Case Study:** A press release to announce a social media conference in Texas (https://www.prunderground.com/case-study-results-a-press-release-to-announce-social-media-day-in-texas/0036781/)
**Case Study:** Social Media Press Release to help launch a KickStarter campaign (https://www.prunderground.com/case-study-social-media-press-release-to-help-launch-a-kickstarter-campaign/0033110/)
**Read More --> (https://www.prunderground.com/category/blog/case-studies/)**

## Distribution Points




©2026 PR UNDERGROUND

**Talk to us!**

If you need any help, please contact us (https://www.prunderground.com/contact-us/) or give us a call on (646) 801-6772!

**Our Site**

HOME (HTTPS://WWW.PRUNDERGROUND.COM/)
DISTRIBUTION (HTTPS://WWW.PRUNDERGROUND.COM/PRUNDERGROUND-COM-PRESS-RELEASE-SYNDICATION-NEWS-WEBSITES/)
PLANS & PRICING (HTTPS://WWW.PRUNDERGROUND.COM/PRESS-RELEASE-PACKAGES/)
NEWSROOM (HTTPS://WWW.PRUNDERGROUND.COM/ARCHIVED-RELEASES/)
HOW IT WORKS (HTTPS://WWW.PRUNDERGROUND.COM/HOWITWORKS/)
F.A.Q.'S (HTTPS://WWW.PRUNDERGROUND.COM/FAQ/)



**More Information**

HOME (HTTPS://WWW.PRUNDERGROUND.COM/)
ABOUT US (HTTPS://WWW.PRUNDERGROUND.COM/ABOUT-US/)

TERMS OF SERVICE (HTTPS://WWW.PRUNDERGROUND.COM/TERMS-OF-SERVICE/)
CONTACT US (HTTPS://WWW.PRUNDERGROUND.COM/CONTACT-US/)
PRIVACY POLICY (HTTPS://WWW.PRUNDERGROUND.COM/PRIVACY-POLICY/)

# EXHIBIT G


National Wine School
21.8K posts
New to X?
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.
NATIONAL WINE SCHOOL
Follow
National Wine School
@Winostan
America's independent wine school. Real wine education, zero snobbery. Get our free wine class and start learning today 👇
Trade School
Philadelphia, PA
wineschool.us/hub
Joined January 2013
1,027 Following
1,205 Followers
Don't miss what's happening
People on X are the first to know.
Log in
Sign up
https://x.com/Winostan
3/25/2026 9:05:16 AM

# EXHIBIT H


Welcome
Elements
Console
Sources
Network
Performance
Memory
Application
div.r-1p0dtai.r-1pi2tsx.r-1d2f490.r-u8s1d.r-ipm5af.r-13qz1uu 111.33 × 37.1
Nation al Wine School
@Winos...
America's independe nt wine school. Real wine education, zero snobbery. Get our
Log in
Sign up
r role="banner" class="css-175oi2r r-1rvibr r-1g40b8q r-obd0qt r-16y2uox"> … </header>
role="main" class="css-175oi2r r-16y2uox r-1wbh5a2 r-1oszu61 r-13qz1uu">
class="css-175oi2r r-150rngu r-16y2uox r-1wbh5a2 r-1oszu61 r-13qz1uu">
iv class="css-175oi2r r-aqfbo4 r-16y2uox">
<div class="css-175oi2r r-1oszu61 r-1niwhzg r-18u37iz r-16y2uox r-2llsf r-13qz1uu r-1wtj0ep">
<div class="css-175oi2r r-14lw9ot r-jxzhtn r-1ua6aaf r-th6na r-1phboty r-16y2uox r-184en5c r-1abdc3e r-1lg4w6
<div aria-label="Home timeline" tabindex="0" class="css-175oi2r">
<div class="css-175oi2r r-aqfbo4 r-gtdqiz r-1gn8etr r-4zbufd r-1g40b8q"> … </div>
<div class="css-175oi2r r-orgf3d r-633pao" style="height: 0px;"></div>
<div class="css-175oi2r">
<div class="css-175oi2r r-16y2uox">
<div class="css-175oi2r r-f8sm7e r-13qz1uu">
<div class="css-175oi2r">
<a href="/Winostan/header_photo" aria-hidden="true" role="link" tabindex="-1" class="css-175oi2r r-
<div class="css-175oi2r r-1adg3ll r-1udh08x" style>
<div class="r-1adg3ll r-13qz1uu" style="padding-bottom: 33.3333%;"></div>
<div class="r-1p0dtai r-1pi2tsx r-1d2f490 r-u8s1d r-ipm5af r-13qz1uu">
<div class="css-175oi2r r-1mlwlqe r-1udh08x r-417010 r-aqfbo4 r-n1ft60 r-gf0ln r-agouwx r-1p0
<div class="css-175oi2r r-1niwhzg r-vvn4in r-u6sd8q r-1p0dtai r-1pi2tsx r-1d2f490 r-u8s1d r-
twimg.com/profile_banners/1138579682/1765508632/300x100");"></div>
<img alt draggable="true" src="https://pbs.twimg.com/profile_banners/1138579682/1765508632/3
</div>
</div>
</div>
</a>
<div class="css-175oi2r r-3pj75a r-ttdzmv r-1ifxtd0">
<div class="css-175oi2r r-1habvwh r-18u37iz r-1w6e6rj r-1wtj0ep">
div.css-175oi2r.r-1niwhzg.r-vvn4in.r-u6sd8q.r-1p0dtai.r-1pi2tsx.r-1d2f490.r-u8s1d.r-zchlnj.r-ipm5af.r-13qz1uu.r-1wyyakw.r-4gszlv
1138579682
2 of 4
Console
Issues
Styles
Computed
Layout
Filter
:hov .cls
element.style {
filter: brightness(1);
background-image: url(
https://pbs.twimg.com/profile_… );
}
.r-zchlnj { Winostan:259
right: 0px;
}
.r-vvn4in { Winostan:248
background-position: center;
}
.r-u8s1d { Winostan:242
position: absolute;
}
.r-u6sd8q { Winostan:241
background-repeat: no-repeat;
}
.r-ipm5af { Winostan:213
top: 0px;
}
.r-4gszlv { Winostan:173
background-size: cover;
}
.r-1wyyakw { Winostan:156
z-index: -1;
https://x.com/Winostan
3/25/2026 9:12:19 AM

# EXHIBIT I

## JSON


```
{
  "contributors": null,
  "coordinates": null,
  "created_at": "Sat Jul 21 18:51:45 +0000 2018",
  "entities": {
    "hashtags": [
      {
        "indices": [
          38,
          43
        ],
        "text": "Wine"
      },
      {
        "indices": [
          55,
          60
        ],
        "text": "WSET"
      }
    ],
    "symbols": [],
    "urls": [],
    "user_mentions": [
      {
        "id": 30013777,
        "id_str": "30013777",
        "indices": [
          3,
          14
        ],
        "name": "Karen Dolan",
        "screen_name": "karendolan"
      }
    ]
  },
  "favorite_count": 0,
  "favorited": false,
  "filter_level": "low",
  "geo": null,
  "id": 1020743148111351808,
  "id_str": "1020743148111351808",
  "in_reply_to_screen_name": null,
  "in_reply_to_status_id": null,
  "in_reply_to_status_id_str": null,
  "in_reply_to_user_id": null,
  "in_reply_to_user_id_str": null,
  "is_quote_status": false,
  "lang": "en",
  "place": null,
  "quote_count": 0,
  "reply_count": 0,
  "retweet_count": 0,
  "retweeted": false,
  "retweeted_status": {
    "contributors": null,
    "coordinates": null,
    "created_at": "Sat Jul 21 18:49:30 +0000 2018",
    "display_text_range": [
      0,
      140
    ],
    "entities": {
      "hashtags": [
        {
          "indices": [
            22,
            27
          ],
          "text": "Wine"
        },
        {
          "indices": [
            39,
            44
          ],
          "text": "WSET"
        }
      ],
      "symbols": [],
      "urls": [
        {
          "display_url": "twitter.com/i/web/status/1\u2026",
          "expanded_url": "https://twitter.com/i/web/status/1020742583050473478",
```


App. 3789

```
            "indices": [
              117,
              140
            ],
            "url": "https://t.co/HzQeUl72LU"
          }
        ],
        "user_mentions": []
      },
      "extended_tweet": {
        "display_text_range": [
          0,
          146
        ],
        "entities": {
          "hashtags": [
            {
              "indices": [
                22,
                27
              ],
              "text": "Wine"
            },
            {
              "indices": [
                39,
                44
              ],
              "text": "WSET"
            }
          ],
          "media": [
            {
              "display_url": "pic.twitter.com/qLpVkCX3lA",
              "expanded_url": "https://twitter.com/karendolan/status/1020742583050473478/photo/1",
              "id": 1020742576733917186,
              "id_str": "1020742576733917186",
              "indices": [
                147,
                170
              ],
              "media_url": "http://pbs.twimg.com/tweet_video_thumb/Dipn9yVXkAIdMuN.jpg",
              "media_url_https": "https://pbs.twimg.com/tweet_video_thumb/Dipn9yVXkAIdMuN.jpg",
              "sizes": {
                "large": {
                  "h": 352,
                  "resize": "fit",
                  "w": 480
                },
                "medium": {
                  "h": 352,
                  "resize": "fit",
                  "w": 480
                },
                "small": {
                  "h": 352,
                  "resize": "fit",
                  "w": 480
                },
                "thumb": {
                  "h": 150,
                  "resize": "crop",
                  "w": 150
                }
              },
              "type": "animated_gif",
              "url": "https://t.co/qLpVkCX3lA",
              "video_info": {
                "aspect_ratio": [
                  15,
                  11
                ],
                "variants": [
                  {
                    "bitrate": 0,
                    "content_type": "video/mp4",
                    "url": "https://video.twimg.com/tweet_video/Dipn9yVXkAIdMuN.mp4"
                  }
                ]
              }
            }
          ],
          "symbols": [],
          "urls": [],
          "user_mentions": []
        },
        "extended_entities": {
          "media": [
            {
              "display_url": "pic.twitter.com/qLpVkCX3lA",
              "expanded_url": "https://twitter.com/karendolan/status/1020742583050473478/photo/1",
              "id": 1020742576733917186,
              "id_str": "1020742576733917186",
              "indices": [
                147,
                170
              ],
              "media_url": "http://pbs.twimg.com/tweet_video_thumb/Dipn9yVXkAIdMuN.jpg",
```

App. 3790

```
              "media_url_https": "https://pbs.twimg.com/tweet_video_thumb/Dipn9yVXkAIdMuN.jpg",
              "sizes": {
                "large": {
                  "h": 352,
                  "resize": "fit",
                  "w": 480
                },
                "medium": {
                  "h": 352,
                  "resize": "fit",
                  "w": 480
                },
                "small": {
                  "h": 352,
                  "resize": "fit",
                  "w": 480
                },
                "thumb": {
                  "h": 150,
                  "resize": "crop",
                  "w": 150
                }
              },
              "type": "animated_gif",
              "url": "https://t.co/qLpVkCX3lA",
              "video_info": {
                "aspect_ratio": [
                  15,
                  11
                ],
                "variants": [
                  {
                    "bitrate": 0,
                    "content_type": "video/mp4",
                    "url": "https://video.twimg.com/tweet_video/Dipn9yVXkAIdMuN.mp4"
                  }
                ]
              }
            }
          ]
        },
        "full_text": "Taking WSET 3 Monday!\n#Wine tweeps and #WSET geeks- can you send words of advice and encouragement? \ud83e\udd17\u
      },
      "favorite_count": 0,
      "favorited": false,
      "filter_level": "low",
      "geo": null,
      "id": 1020742583050473478,
      "id_str": "1020742583050473478",
      "in_reply_to_screen_name": null,
      "in_reply_to_status_id": null,
      "in_reply_to_status_id_str": null,
      "in_reply_to_user_id": null,
      "in_reply_to_user_id_str": null,
      "is_quote_status": false,
      "lang": "en",
      "place": null,
      "possibly_sensitive": false,
      "quote_count": 0,
      "reply_count": 0,
      "retweet_count": 1,
      "retweeted": false,
      "source": "\u003ca href=\"http://twitter.com/download/iphone\" rel=\"nofollow\"\u003eTwitter for iPhone\u003c/a\u003e",
      "text": "Taking WSET 3 Monday!\n#Wine tweeps and #WSET geeks- can you send words of advice and encouragement? \ud83e\udd17\ud83c\ud
      "truncated": true,
      "user": {
        "contributors_enabled": false,
        "created_at": "Thu Apr 09 16:21:38 +0000 2009",
        "default_profile": false,
        "default_profile_image": false,
        "description": "IPS. \"For Love of the Grape Blog\" #WSET certified. Views here are personal and only my own. #JuvenileJustice/#w
        "favourites_count": 4993,
        "follow_request_sent": null,
        "followers_count": 2026,
        "following": null,
        "friends_count": 3149,
        "geo_enabled": true,
        "id": 30013777,
        "id_str": "30013777",
        "is_translator": false,
        "lang": "en",
        "listed_count": 104,
        "location": "Washington DC",
        "name": "Karen Dolan",
        "notifications": null,
        "profile_background_color": "CFF09E",
        "profile_background_image_url": "http://abs.twimg.com/images/themes/theme3/bg.gif",
        "profile_background_image_url_https": "https://abs.twimg.com/images/themes/theme3/bg.gif",
        "profile_background_tile": false,
        "profile_banner_url": "https://pbs.twimg.com/profile_banners/30013777/1474311886",
        "profile_image_url": "http://pbs.twimg.com/profile_images/747983668782702592/Udp_Ekte_normal.jpg",
        "profile_image_url_https": "https://pbs.twimg.com/profile_images/747983668782702592/Udp_Ekte_normal.jpg",
        "profile_link_color": "79BD9A",
        "profile_sidebar_border_color": "0B486B",
        "profile_sidebar_fill_color": "3B8686",
        "profile_text_color": "2A6304",
        "profile_use_background_image": true,
        "protected": false,
```


App. 3791

```
      "screen_name": "karendolan",
      "statuses_count": 21356,
      "time_zone": null,
      "translator_type": "none",
      "url": null,
      "utc_offset": null,
      "verified": false
    }
  },
  "source": "\u003ca href=\"https://roundteam.co\" rel=\"nofollow\"\u003eRoundTeam\u003c/a\u003e",
  "text": "RT @karendolan: Taking WSET 3 Monday!\n#Wine tweeps and #WSET geeks- can you send words of advice and encouragement? \ud83e\
  "timestamp_ms": "1532199105657",
  "truncated": false,
  "user": {
    "contributors_enabled": false,
    "created_at": "Fri Feb 01 03:14:58 +0000 2013",
    "default_profile": true,
    "default_profile_image": false,
    "description": "Wine School Graduate, Sommelier, and Happy Drunk",
    "favourites_count": 2,
    "follow_request_sent": null,
    "followers_count": 1548,
    "following": null,
    "friends_count": 1258,
    "geo_enabled": false,
    "id": 1138579682,
    "id_str": "1138579682",
    "is_translator": false,
    "lang": "en",
    "listed_count": 81,
    "location": "Los Angeles, CA",
    "name": "Philip Brandeis",
    "notifications": null,
    "profile_background_color": "C0DEED",
    "profile_background_image_url": "http://abs.twimg.com/images/themes/theme1/bg.png",
    "profile_background_image_url_https": "https://abs.twimg.com/images/themes/theme1/bg.png",
    "profile_background_tile": false,
    "profile_banner_url": "https://pbs.twimg.com/profile_banners/1138579682/1359688693",
    "profile_image_url": "http://pbs.twimg.com/profile_images/3190744543/73252bcc0cf40b0f8ebb6d0fe4891d2e_normal.jpeg",
    "profile_image_url_https": "https://pbs.twimg.com/profile_images/3190744543/73252bcc0cf40b0f8ebb6d0fe4891d2e_normal.jpeg",
    "profile_link_color": "1DA1F2",
    "profile_sidebar_border_color": "C0DEED",
    "profile_sidebar_fill_color": "DDEEF6",
    "profile_text_color": "333333",
    "profile_use_background_image": true,
    "protected": false,
    "screen_name": "Winostan",
    "statuses_count": 25053,
    "time_zone": null,
    "translator_type": "none",
    "url": "http://www.winecertifications.com",
    "utc_offset": null,
    "verified": false
  }
}
```


This is a page generated by the Internet Archive's Wayback Machine from Twitter/X post data. Display formatted HTML

This is a page generated by the Internet Archive's Wayback Machine from Twitter/X post data. [Display JSON.]



**Philip Brandeis**
@Winostan

RT @karendolan: Taking WSET 3 Monday!
#Wine tweeps and #WSET geeks- can you send words of advice and encouragement? 🤗🍷🍾maybe send a Brunell…

Sat Jul 21 2018 14:51:45 GMT-0400 (Eastern Daylight Time)

**App. 3793**

# EXHIBIT J

The Wayback Machine - https://web.archive.org/web/20180721185145/https://twitter.com/Winostan/status/1020…

This is a page generated by the Internet Archive's Wayback Machine from Twitter/X post data. Display JSON.



**Philip Brandeis**
@Winostan

RT @karendolan: Taking WSET 3 Monday!
#Wine tweeps and #WSET geeks- can you send words of advice and encouragement? 🤗🍷🍾maybe send a Brunell…

Sat Jul 21 2018 14:51:45 GMT-0400 (Eastern Daylight Time)

**App. 3795**

# EXHIBIT K

Quora

Sign In



# Philip Brandeis

Customer Support at the Wine School of Philadelphia, Level IV SOMM

5 followers · 15 following

Profile 1 Answer 1 Question 0 Posts 5 Followers Following Edits Activity

Profile

Most recent

Search content

**Are there any secret societies in Philadelphia?**

**4 answers** · Last followed 5y



**Philip Brandeis**

Former Executive Chef · 9y

**Why do humans cook food when animals do not? Why are animals OK not cooking food?**

One reason we cook food is that we eat a much wider range of foods than any other species. It is a way to go beyond what our specialization as a species offered us. It is also a way to create food from things that no other animal could consume. (more)

Credentials & Highlights

More

Works at Wine School of Philadelphia

Studied at Wine School of Philadelphia

Lives in Philadelphia, PA

1.1K content views 1 this month

Joined May 2016

Knows about

**Cooking**
1 answer

**Food**

**Wine School of Philadelphia**

**The Wine and Spirit Education Trust**

**Court of Master Sommeliers**

View more

About · Careers · Privacy · Terms · Contact · Languages · Your Ad Choices · Press · © Quora, Inc. 2026

**App. 3797**

# EXHIBIT L

Philip Brandeis

5 Followers 15 Following

**Ambika Mehra**, works at Business
53 followers
Follow

**Keith Wallace**, worked at Wine School of Philadelphia
334 followers
Follow

**Remy Arnold**
1 follower
Follow

**Stephanie Felgoise**
1 follower
Follow

**Keith Wallace**
24 followers
Follow

**Deeksha Gupta**, works at NERA Economic Consulting
111 followers
Follow

**Keck Medicine of USC**, 500+ internationally renowned doctors at a leading academic medical center
11.3K followers
Follow

**Melanie Lynskey**, Actress, We'll Never Have Paris
13.6K followers
Follow

**Francis Lawrence**, Director, The Hunger Games: Catching Fire
17.8K followers
Follow

**John Amaechi**, Personal development & organisational change expert, NY Times best-selling author, a Senior Fellow at the App...
11.6K followers
Follow

**Farhad Manjoo**, Technology columnist, Slate.com
15.4K followers
Follow

**John Markoff**, New York Times reporter
10.7K followers
Follow

**Sean Rad**, Founder & CEO of Tinder. Founder of Adly.
13.9K followers
Follow

**Clara Shih**, Founder/CEO of Hearsay Social, Author of "The Social Business Imperative"
16.4K followers
Follow

**M.G. Siegler**, Investor, Writer
30.4K followers
Follow

App. 3799

# EXHIBIT M

Philip Brandeis

**Prince Henry Charles Albert David**
4.8K followers
Follow

**Christy**, S E X Date - https://orgy.casa
26 followers
Follow

**Delilah Nethken**, lives in Denver, CO
0 followers
Follow

**Beth Sobieski**
2 followers
Follow

**Keith Wallace**, worked at Wine School of Philadelphia
334 followers
Follow

App. 3801

# EXHIBIT N




# Philip B.

Philadelphia, PA
35 4 0

Never Eat Your Pad Thai with a Spoon

Add friend

Compliment | Message | Follow

Profile overview
Reviews
Collections
Compliments
Friends

Report this profile
Block Philip B.

## Compliments

Send compliment



**Keith W.**
Philadelphia, PA
1264 10 16

Good writer — Oct 5, 2011

Oscar Wilde once said, "Anybody can make history. Only a great man can write it." You my friend, are this (wo)man.



**Charlia X.**
Philadelphia, PA
16 3 0

Like your profile — Oct 4, 2011

Your profile is like bad medicine. Bad medicine is what I need.



**Maeghan K.**
Philadelphia, PA
27 28 0

You're funny — Oct 4, 2011

Once you get your own sitcom I'll be there to add the laugh track.



**Marcus C.**
Philadelphia, PA
45 21 2

Write more — Oct 4, 2011

I know you must have a lot of other commitments and social activities that take away time from your Yelp reviews but I can't take it anymore...you have to write another review. It's like coffee in the morning and I've started getting headaches from your absence so please think of the little guys and prioritize!



**claire s.**
Philadelphia, PA
177 31 10

Thank you — Oct 4, 2011

At first I was afraid, I was petrified. Kept thinking I could never live without Yelp by my side. And then I found your reviews, they gave me strength to step out the door, and now I'm calling all my friends and hitting the dance floor.



**Tony B.**
Philadelphia, PA
224 35 12

You're cool — Oct 4, 2011

For Philip's review of Cochon

You're so cool polar bears wear sweaters around you.



**Tony B.**
Philadelphia, PA
224 35 12

Great photo — Oct 4, 2011

Nice photos Leibovitz. Keep shooting!

1 of 1

Content Guidelines
Accessibility Statement
Terms of Service
Privacy Policy
Support
Yelp Mobile
Developers
RSS
Yelp Guest Manager
Business Resources
Business Support
Marketing & Advertising Agencies
Common Problems

**https://www.yelp.com/user_details_thanx?userid=IFYvLRf7XXtPPJhvS3izbg**
146.0.3856.78
Microsoft Windows 11 Enterprise 24H2 (64-bit Build 26100)
3/25/2026 9:42:23 AM

GT GreenbergTraurig

Brian T. Feeney
Tel 215.988.7812
Fax 215.717.5265
Brian.Feeney@gtlaw.com

April 3, 2026

***VIA* ELECTRONIC MAIL**

Honorable Joshua D. Wolson
Chambers_of_Judge_Wolson@paed.uscourts.gov
**U. S. District Court for the Eastern District of Pennsylvania**
James A. Byrne United States Courthouse
601 Market Street, Room 12613
Philadelphia, PA 19106

**Re: *PhillyWine LLC v. KSWCO LLC, et al.* – 2:26-cv-01268-JDW**

Dear Judge Wolson:

We represent Plaintiff PhillyWine LLC ("PhillyWine") in the above-referenced matter. Having reviewed the sur-reply brief (ECF 31) Defendants filed on April 1, 2026, PhillyWine believes that oral argument on Plaintiff's Motion for a Preliminary Injunction will clarify the factual and legal issues and otherwise aid in the Court's decisional process. Accordingly, we write to respectfully request that the Court keep the oral argument it has scheduled for Tuesday, April 21, 2026, at 10:00 a.m., on the calendar. We further respectfully request that the Court hold the oral argument by Zoom.

We are grateful for the Court's consideration of this request.

Respectfully,

Brian T. Feeney

BTF:mh

cc. All counsel of record (via email)

DIRECT DIAL NUMBER:
(215) 575-7038

Stanford B. Ponson
sponson@dilworthlaw.com

April 6, 2026

**<u>VIA ELECTRONIC MAIL</u>**
Honorable Joshua D. Wolson
**U.S. District Court for the Eastern District of Pennsylvania**
James A. Byrne United States Courthouse
601 Market Street, Room 12613
Philadelphia, PA 19106
Chambers_of_Judge_Wolson@paed.uscourts.gov

**Re: *PhillyWine LLC v. KSWCO LLC, et al.* – 2:26-cv-01268-JDW**

Dear Judge Wolson:

Dilworth Paxson LLP represents Defendants KSWCO LLC, et al ("Defendants") in the above-referenced matter. We write to respond to Plaintiff's letter dated April 3, 2026. In its letter, Plaintiff—for the first time and without discussing with Defendants—requested that oral argument on its Motion for Preliminary Injunction (the "Motion") be held remotely.

During Your Honor's March 17, 2026 telephone conference with the parties, it was discussed that if the Court determined oral argument was necessary, ample notice would be given to allow the parties to travel to Philadelphia for argument in person. To aid in that planning, the Court tentatively held April 21, 2026 at 10:00 a.m. for oral argument.

It is unclear what has changed on the Plaintiff's side between then and now, but Defendants believe that if an argument is to be held on the Plaintiff's Motion, it would be appropriate for that argument to occur in person. Defendants therefore oppose Plaintiff's request.

Sincerely yours,

Stanford B. Ponson

SBP:def
cc: Counsel of record (via email)