UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 26-2423**

Phillywine LLC v. Kswco LLC

To: Clerk

1) Motion by Appellee for Leave to File Supplemental Appendix

---

The foregoing motion is also construed as a motion to expand the record. So construed, the motion is referred to the merits panel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 28, 2026
MS/cc: All counsel/partis of record