Case No. 2026-2423

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

PHILLYWINE LLC,
*Appellant*,

v.

KSWCO LLC, SALKEDS LLC, THE NATIONAL WINE SCHOOL LLC,
ALANA ZERBE, and KEITH WALLACE,
*Appellees*.

*On Appeal from the U.S. District Court for the Eastern District of Pennsylvania*
*in Case No. 2:26-cv-01268 – Honorable Joshua D. Wolson*

# APPELLANT'S RESPONSE TO APPELLEES' MOTION FOR PERMISSION TO FILE SUPPLEMENTAL APPENDIX

Brian T. Feeney, Esq.
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103

Ian C. Ballon, Esq.
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

Marc H. Trachtenberg, Esq.
Barry R. Horwitz, Esq.
**GREENBERG TRAURIG, LLP**
360 N. Green Street, Suite 1300
Chicago, IL 60607

*Attorneys for Appellant PhillyWine LLC*

Appellant PhillyWine LLC ("PhillyWine"), through the undersigned counsel, hereby responds to Appellees' Motion for Permission to File Supplemental Appendix.

In compliance with Fed. R. App. P. 30(a)(2)'s directive that "[m]emoranda of law in the district court should not be included in the appendix unless they have independent relevance," PhillyWine did not include either party's memoranda of law filed in the district court. The memoranda of law filed below do not have "independent relevance," as PhillyWine will explain in its forthcoming reply brief. Nevertheless, because Appellees have advanced arguments that ask this Court to consider the positions taken by the parties in the briefing below, PhillyWine does not object to the supplemental appendix Appellees seek permission to file.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

Dated: November 5, 2026

*<u>/s/ Brian T. Feeney</u>*

Brian T. Feeney, Esq.
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania 19103

Ian C. Ballon, Esq.
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, California 94303

Marc H. Trachtenberg, Esq.
Barry R. Horwitz, Esq.
**GREENBERG TRAURIG, LLP**
360 N. Green Street, Suite 1300
Chicago, Illinois 60607

*Attorneys for Appellant PhillyWine LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2026, I caused a true and correct copy of the foregoing Response to Appellees' Motion for Permission to File Supplemental Appendix to be served via the Court's CM/ECF system upon all counsel of record.

*/s/Brian T. Feeney*
Brian T. Feeney, Esq.